Lawrence H. Meuers, Esq. (SBN: 197663)
MEUERS LAW FIRM, P.L.
5395 Park Central Court
Naples, FL 34109-5932
Telephone: (239) 513-9191
Facsimile: (239) 513-9677

**Attorneys for Plaintiff**

*E-filing*

ADR

FILED

2008 SEP -3 P 2: 30

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

CHARLIE'S ENTERPRISES, INC. dba
OK PRODUCE,

        Plaintiff,

vs.

KIMOMEX MARKETS, INC. dba
MERCADOS SUVIANDA; ALBERT T.
LUJAN and BYRON E. FETTERS,

        Defendants.

C08 04167

BY FAX

## PLAINTIFF'S EX-PARTE MOTION FOR A TEMPORARY RESTRAINING ORDER

Plaintiff, Charlie's Enterprises, Inc. dba OK Produce, ("Plaintiff"), hereby applies to the Court for entry of a Temporary Restraining Order Without Notice ("TRO") pursuant to Rule 65(b) of the Federal Rules of Civil Procedure (the "Federal Rules") against Defendant, Kimomex Markets, Inc. dba Mercados Suvianda ("Kimomex"). In support of its Application, Plaintiff states as follows:

    1.    Plaintiff bases its request upon the following:

        a.    The Declaration of Melissa Garcia, Accounts Receivable Manager of Charlie's Enterprises, Inc. dba OK Produce ;

        b.    The Memorandum of Law in Support of the instant Motion; and

        c.    The Certification of Counsel Why Notice Should Not Be Required

1    Under Federal Rule 65(b).

2    2.    The proposed TRO attached to the Plaintiff's moving papers seeks to
3    enjoin Defendants, their agents, employees, successors, banking institutions, attorneys,
4    and all other persons in active concert or participation with them from using,
5    transferring, consuming or otherwise dissipating trust assets under the Perishable
6    Agricultural Commodities Act of 1930, as amended, 7 U.S.C. §499a-q et seq. ("PACA"),
7    or making payment of any PACA trust asset to any creditor, person, or entity until
8    further order of this Court, or upon agreement of the Plaintiff.

9    3.    Absent the relief requested in this Application, Plaintiff will suffer
10    immediate and irreparable injury, loss, and damage because Defendants will continue
11    dissipating Plaintiff's interest in the statutory trust until judgment can be granted on the
12    merits.

13    4.    Because the Defendants already possess $501,694.63 of PACA trust assets
14    which is property of the Plaintiff, Plaintiff submits that this may serve as the security for
15    the injunctive relief required by Rule 65(c) of the Federal Rules of Civil Procedure.

16    5.    No prior application for such relief has been made in this matter.

17    Respectfully submitted on Wednesday, September 03, 2008.

18    **MEUERS LAW FIRM, PL**

19    *Lawrence H. Meuers*
20    Lawrence H. Meuers
21    *California Bar No. 197663*
   Katy Koestner Esquivel
22    5395 Park Central Court
   Naples, Florida 34109-5932
23    Telephone: (239)513-9191
   Facsimile: (239)513-9677
24    lmeuers@meuerslawfirm.com
   kesquivel@meuerslawfirm.com

25    *Attorneys for Plaintiff*