1  Lawrence H. Meuers, Esq. (SBN: 197663)
   MEUERS LAW FIRM, P.L.
2  5395 Park Central Court
   Naples, FL 34109-5932
3  Telephone: (239) 513-9191
   Facsimile: (239) 513-0677
4
   Attorneys for Plaintiff
5

FILED

2008 SEP -3 P 2: 30

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

ADR

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| CHARLIE'S ENTERPRISES, INC. dba OK PRODUCE,<br><br>Plaintiff,<br><br>vs.<br><br>KIMOMEX MARKETS, INC. dba MERCADOS SUVIANDA; ALBERT T. LUJAN and BYRON E. FETTERS,<br><br>Defendants. | C08 04167 |

BY FAX

**PLAINTIFF'S MOTION FOR ISSUANCE OF PRELIMINARY INJUNCTION AND MOTION TO CONSOLIDATE THE TRIAL ON THE MERITS WITH HEARING ON PRELIMINARY INJUNCTION**

Plaintiff, Charlie's Enterprises, Inc. dba OK Produce, ("Plaintiff"), by and through its undersigned counsel, hereby moves the Court to issue a Preliminary Injunction against Defendants, to enforce the statutory trust pursuant Section 5(c) of the Perishable Agricultural Commodities Act, 7 U.S.C. §499e(c)(4), by segregating all trust assets of Kimomex Markets, Inc. dba Mercados Suvianda ("Kimomex"). This Motion is supported by the Declaration of Melissa Garcia, Accounts Receivable Manager of Charlie's Enterprises, Inc. dba OK Produce, and the Memorandum of Law, each of which has been filed contemporaneously herewith.

Plaintiff's Motion For Issuance of Preliminary Injunction and Motion To Consolidate the Trial on the Merits With Hearing On Preliminary Injunction

Page 1 of 2

Moreover, the Plaintiff requests that this Court consolidate the hearing on the Motion for a Preliminary Injunction with the trial on the merits pursuant to Rule 65(a)(2), Fed.R.Civ.P., which provides that:

> Before or after the commencement of the hearing of an application for a preliminary injunction, the court may order the trial of the action on the merits to be advanced and consolidated with the hearing of the application.

The District Court has discretion as in determining whether or not consolidation of the Preliminary Injunction hearing with the trial is appropriate. See Air Line Pilots Assn., Int'l v. Alaska Airlines, Inc., 898 F.2d 1393 (9th Cir., 1990). Plaintiff submits that consolidation in this case is appropriate with respect to its claims under PACA, and that consolidation will conserve the time and resources of the Court and the parties.

WHEREFORE, Plaintiff requests that the Court enter a Preliminary Injunction enforcing the statutory trust pursuant Section 5(c) of the Perishable Agricultural Commodities Act, 7 U.S.C. §499e(c)(4), by segregating all trust assets of Kimomex, and that this Court enter an Order consolidating the hearing on the Preliminary Injunction with the trial on the merits pursuant to Rule 65 (a)(2), Fed.R.Civ.P.

Respectfully submitted on Wednesday, September 03, 2008.

**MEUERS LAW FIRM, PL**

*/s/ Lawrence H. Meuers*

Lawrence H. Meuers
California Bar No. 197663
Katy Koestner Esquivel
5395 Park Central Court
Naples, Florida 34109-5932
Telephone: (239)513-9191
Facsimile: (239)513-9677
lmeuers@meuerslawfirm.com
kesquivel@meuerslawfirm.com

*Attorneys for Plaintiff*

Plaintiff's Motion For Issuance of Preliminary Injunction and Motion To Consolidate the Trial on the Merits With Hearing On Preliminary Injunction

Page 2 of 2