1  Lawrence H. Meuers, Esq. (SBN: 197663)
   MEUERS LAW FIRM, P.L.
2  5395 Park Central Court
   Naples, FL 34109-5932
3  Telephone:  (239) 513-9191
   Facsimile: (239) 513-9677
4                        E-filing
   Attorneys for Plaintiff

**FILED**

2008 SEP -3  P 2: 29

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

ADR

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

CHARLIE'S ENTERPRISES, INC. dba
OK PRODUCE,

        Plaintiff,

    vs.

KIMOMEX MARKETS, INC. dba
MERCADOS SUVIANDA; ALBERT T.
LUJAN and BYRON E. FETTERS,

        Defendants.

**C08  04167**

**RS**

**BY FAX**

## CERTIFICATION OF COUNSEL AS TO WHY NOTICE IS NOT REQUIRED PURSUANT TO RULE 65(b)

The undersigned represents Plaintiff, Charlie's Enterprises, Inc. dba OK Produce in this action to enforce the trust provisions of the Perishable Agricultural Commodities Act (PACA), 7 U.S.C. §499e(c).

Notice of Plaintiff's Motion for an Ex Parte Temporary Restraining Order should not be required because notice will afford Defendants with an opportunity to dissipate trust assets that are required by statute to be held for the benefit of Plaintiff, who is a PACA trust creditor of Defendants.  Defendants are under a statutory duty to pay promptly for produce from the trust established by statute.  **Defendants have failed to pay**.  In addition:

Certification of Counsel

a) Plaintiff has not been paid for $501,694.63 worth of produce that it sold to Defendant Kimomex. (See ¶8 of the Declaration of Melissa Garcia, filed contemporaneously herewith).

a) Kimomex has been a customer of OK Produce since late 2006, and has historically been a slow-paying customer. (¶11)

b) Kimomex opened a second location in the spring of 2008. Since then, OK Produce has become increasingly concerned about Kimomex's ability to pay. (¶12)

c) A pattern has emerged where Kimomex has been providing payment information that is not accurate, and Plaintiff has had increasing difficulty obtaining payment information. (¶14)

d) On June 16, 2008, Kimomex's President acknowledged that Kimomex was "out of terms" and has since made 2 proposals for paying in full the amounts owed to OK Produce by July 14, none of which were made. (¶¶16, 17, 18)

e) Small payments have been trickling in on average every 10 days, and after Plaintiff has made a number of calls seeking payment. (¶18)

f) Defendant Kimomex oftentimes omits payment for some of the invoices issued by Plaintiff. (¶19)

g) Plaintiff believes that Kimomex has failed to maintain sufficient trust assets to satisfy its obligations to OK Produce, and is dissipating PACA trust assets. (¶22)

All of this evidence indicates that the Defendant Kimomex is experiencing serious financial problems.

Therefore, advising Defendants of the pendency of this Motion will afford them the opportunity to make payments on non-trust debts with trust assets in order to avoid serious personal liabilities, e.g. criminal liability for failure to pay withholding taxes, or civil liabilities. Once the trust assets are dissipated, it is all but impossible to recover them. H.R. Rep. No. 543, 98th Cong., 2d Sess. 4 (1983), reprinted in 1984 U.S. Code & Admin. News 405, 411. See also J.R. Brooks & Son. Inc. v. Norman's Country Market. Inc, 98 B.R. 47 (Bkrtcy. N.D. Fla. 1989). Entry of an Ex-Parte Temporary Restraining Order guarantees the performance of this statutory duty, and prevents further dissipation pending a further hearing, which can be set as soon as possible.

Certification of Counsel

1    Respectfully submitted on Wednesday, September 03, 2008.

2                                **MEUERS LAW FIRM, PL**

3

4                                Lawrence H. Meuers

                                *California Bar No. 197663*

5                                 Katy Koestner Esquivel

                                5395 Park Central Court

6                                 Naples, Florida 34109-5932

                                Telephone: (239)513-9191

7                                 Facsimile:  (239)513-9677

                                lmeuers@meuerslawfirm.com

8                                 kesquivel@meuerslawfirm.com

9                                 *Attorneys for Plaintiff*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Certification of Counsel