1  Lawrence H. Meuers, Esq. (SBN: 197663)
   MEUERS LAW FIRM, P.L.
2  5395 Park Central Court
   Naples, FL 34109-5932
3  Telephone: (239) 513-9191
   Facsimile: (239) 513-9677
4  
   Attorneys for Plaintiff
5  

**FILED**

2008 SEP -3 P 2: 29

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| CHARLIE'S ENTERPRISES, INC. dba OK PRODUCE, Plaintiff, vs. KIMOMEX MARKETS, INC. dba MERCADOS SUVIANDA; ALBERT T. LUJAN and BYRON E. FETTERS, Defendants. | C08 04167 BY FAX |
|---|---|

**PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

COMES NOW, Plaintiff, Charlie's Enterprises, Inc. dba OK Produce, (a private, non-governmental party) by and through its undersigned counsel and pursuant to Rule 7.1, Federal Rules of Civil Procedure, and certifies that there are no corporate parents, affiliates and/or subsidiaries of Plaintiff which are publicly held.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

//
//
//
//

Plaintiff's Rule 7.1 Corporate Disclosure Statement                                Page 1 of 2

1     Respectfully submitted on Wednesday, September 03, 2008.

2

3                       **MEUERS LAW FIRM, PL**

*/s/ Lawrence H. Meuers*

Lawrence H. Meuers
*California Bar No. 197663*
Katy Koestner Esquivel
5395 Park Central Court
Naples, Florida 34109-5932
Telephone: (239)513-9191
Facsimile: (239)513-9677
lmeuers@meuerslawfirm.com
kesquivel@meuerslawfirm.com

*Attorneys for Plaintiff*