1  Lawrence H. Meuers, Esq. (SBN: 197663)
   MEUERS LAW FIRM, P.L.
2  5395 Park Central Court
   Naples, FL 34109
3  Telephone: (239) 513-9191
   Facsimile: (239) 513-9677 E-filing
4
   Attorneys for Plaintiff
5

**Filed**

SEP  3  2008

6
7  ADR

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
                    SAN JOSE DIVISION

10 CHARLIE'S ENTERPRISES, INC. dba
   OK PRODUCE,
11
              Plaintiff,
12
         vs.                          **C08  04167  RS**
13
14 KIMOMEX MARKETS, INC. dba
   MERCADOS SUVIANDA; ALBERT T.
15 LUJAN and BYRON E. FETTERS,

16           Defendants.             **BY FAX**

17        DECLARATION OF MELISSA GARCIA IN SUPPORT
18        OF MOTION FOR TEMPORARY RESTRAINING ORDER

19 STATE OF CALIFORNIA        )
                              ) ss:
20 COUNTY OF FRESNO           )

21       I, Melissa Garcia, being duly sworn, depose and state as follows:

22       1.      I am the Accounts Receivable Manager of Charlie's Enterprises, Inc. dba
23 OK Produce ("OK Produce") and, in such capacity, file this Declaration in support of
24 Plaintiff's Motion for Temporary Restraining Order ("TRO") against the Defendant
25 Kimomex Markets, Inc. dba Mercado Suvianda ("Kimomex") .

26       2.      I am authorized to make this Declaration and am competent to testify at
27 trial regarding the statements made in this Declaration.

28       3.      Plaintiff, OK Produce, seeks a Temporary Restraining Order ("TRO") in

1  this matter to preserve its beneficial interest in the statutory trust created under the
2  Perishable Agricultural Commodities Act, 1930, 7 U.S.C. §§ 499a-499q, as amended
3  (1984 & Supp. 1995) (the "PACA").  The PACA trust assets are now in the Defendants'
4  possession and control.

5  ## ACCOUNT HISTORY

6      4.      OK Produce is a PACA licensee (PACA License No. 19891473).

7      5.      OK Produce sold perishable agricultural commodities (hereinafter
8  "Produce") to Kimomex as described in the chart included with attached Composite
9  Exhibit "A."[1]  As reflected on the chart, Kimomex received and accepted the Produce
10 and no adjustments have been made on the invoice amount except as listed.  This chart
11 uses the following terms, which shall have the following described meaning:

12     A.    **Invoice Number** refers to the number under which the commodity was
13 sold to Kimomex, or the number of the credit invoice issued to Kimomex
   by OK Produce.

14     B.    **Date of Transaction** refers to the date, which begins the payment term
15 between OK Produce and Kimomex.

16     C.    **Date of Shipment** refers to the date Produce was delivered to Kimomex.

17     D.    **Invoice Amount Due** refers to the total amount owed and remaining
   unpaid, regardless of whether the particular invoice amount qualifies for
18 trust protection.

19     E.    **Trust Amount** refers to the amount owed and remaining unpaid which is
   entitled to trust protection due to Monterey Mushrooms' satisfaction of
20 the applicable PACA regulations.

21 Included in Composite Exhibit "A" are true and accurate copies of all the invoices that
22 contained the statutory trust language.

23     6.      Each invoice was hand delivered to Kimomex contemporaneous with OK
24 Produce's delivery of the commodity.

25     7.      The Produce OK Produce sold to Kimomex consisted of various fresh
26 fruits and vegetables, all of which were shipped in interstate commerce and,

27

28     [1] OK Produce also sold non-produce items such as juice, nuts, and flowers.  OK Produce is only
relying upon the produce sales in seeking injunctive relief.

1   accordingly, subject to the provisions of the PACA.

2        8.    Kimomex has not paid the invoices and, upon information and belief,
3   Kimomex does not have sufficient funds to fully satisfy OK Produce's PACA trust claim
4   in full, as required under the PACA.  This dissipation of the trust is most commonly
5   due to Kimomex's diversion of the PACA trust assets to the claims of other creditors
6   which are subordinate to the PACA trust claims such as OK Produce or to Kimomex's
7   Principals' own personal use.

8                    **EVIDENCE OF TRUST DISSIPATION**

9        9.    Beginning with Kimomex's inability to satisfy OK Produce's PACA trust
10  claims, I on behalf of OK Produce, began investigating Kimomex's financial position.
11  All of the information I have discovered concerning the financial status of Kimomex has
12  led me to believe that Kimomex owes considerable sums to other Produce suppliers
13  who are asserting qualified PACA trust claims and who are experiencing similar
14  problems with collections from Kimomex.

15       10.   I report to and have shared the information regarding my collection
16  efforts on this account to Charlotte Showers, OK Produce's Controller; Brady Matoian,
17  General Manager; Chris Castro, General Manager, and Abel Magana, Sales
18  Representative.  In addition, Xiomara Zepeda, Accounts Receivable Clerk, has been
19  assisting me with this file.

20       11.   Kimomex has been a customer of OK Produce since late 2006.  Kimomex
21  has historically been a slow-paying customer.

22       12.   Since OK Produce began supplying Kimomex in 2006, it has operated as
23  Mercado Suvianda out of its location at 1070 S. White Road.  In the spring of 2008,
24  Kimomex opened a second Mercado Suvianda location in San Jose, located at 272 E.
25  Santa Clara Street.  Billing for both locations is processed by Kimomex at its corporate
26  headquarters.  Since the second location has opened, OK Produce has become
27  increasingly concerned about Kimomex's ability to pay.

28       13.   When trying to collect on this account, my contact with Kimomex is Elena

---

Declaration of Melissa Garcia in Support of Motion for Temporary Restraining Order

1   Perez, the Accounts Payable Clerk.  Based upon my discussions with her, it is my
2   understanding that Kimomex cuts checks to its suppliers on Friday of each week.  I will
3   oftentimes call her early the next week to find out whether a check has been issued by
4   Kimomex, and if so, the amount of the check.

5       14.    A pattern has emerged where Kimomex will provide payment
6   information that is not accurate, and I have had increasing difficulty obtaining payment
7   information.

8       15.    Increasingly concerned about Kimomex's ability to pay, on June 10, 2008,
9   OK Produce changed the payment terms for all sales from 28 days to 21 days.

10      16.    On June 16, 2008, Kimomex's President, Defendant Albert T. Lujan sent an
11  email to Brady Matoian acknowledging that Kimomex was "out of terms" with its
12  account and proposed a plan for paying $90,000 weekly to OK Produce in order to bring
13  the account current.

14      17.    OK Produce demanded that the account be immediately brought current,
15  and on June 20, Mr. Lujan sent a second proposal for six, $100,000 payments between
16  June 21 and July 14.

17      18.    Again, none of the proposed payments were made, and instead, smaller
18  payments have been trickling in on average every 10 days, and after I have made a
19  number of calls seeking payment.

20      19.    Although the invoices are hand-delivered to Kimomex with the product,
21  Kimomex oftentimes omits payment for some of the invoices.  When I receive the
22  payment, I fax or email Kimomex with a list of the skipped invoices and request
23  payment.

24      20.    A payment from Kimomex was received on August 25 in the amount of
25  $43,578.20. As of the date of signing this declaration, I do not know whether that check
26  has cleared.

27      21.    It is clear that Kimomex does not have sufficient funds to pay OK Produce
28  all amounts that are currently past due, or the amounts that will be due in the coming

1  days.

2      22.    Based upon the foregoing, I believe that Kimomex has failed to maintain

3  sufficient trust assets to satisfy its obligations to OK Produce, and is dissipating PACA

4  trust assets.

5      23.    Based on my personal experience, it appears that Kimomex has and is

6  continuing to dissipate the PACA trust to the point that Kimomex is unable to satisfy

7  not only the amounts owed to OK Produce, but also the claims of other similarly

8  situated PACA trust claimants who may be unaware of the dissipated condition of the

9  PACA trust. Thus, unless Kimomex is forced to satisfy its non-Produce debt and other

10 operating expenses out of its profit margin and not by dipping into the PACA trust

11 assets, Kimomex will continue to aggravate the situation through further dissipation of

12 the PACA trust.

13     24.    Based on my experience in the collection of Produce related receivables, I

14 have found that when a situation has deteriorated to this extent, it inevitably leads to

15 the liquidation of the entity charged with maintaining the PACA trust. My experience

16 has also proven such dissipation will undoubtedly continue until any hope of recovery

17 is lost, thereby rendering the trust protection under the PACA a meaningless formality.

18     **I declare, under penalty of perjury as set forth in 28 U.S.C. §1746, the foregoing**

19 **statements to be true and correct.**

20

21

22 Melissa Garcia
   Accounts Receivable Manager
23 August 29, 2008

24

25

26

27

28

## Charlies Enterprises, Inc. dba OK Produce

### v.

## Kimomex Markets, Inc. dba  Mercado Suvianda

### (Store #1 - 1070 S. White Road)

| Invoice Number | Transaction Date | Invoice Date | Payment Due Date 10 Days | Invoice Amount | No. of Days Overdue 9/3/2008 | Accrued Interest 18% | Trust Amount |
|---|---|---|---|---|---|---|---|
| 1766281 | 2/18/2008 | 2/18/2008 | 2/28/2008 | $ (30.00) | 188 | | $ (30.00) |
| 1777170 | 4/8/2008 | 4/8/2008 | 4/18/2008 | $ 55.04 | 138 | $ 3.75 | $ 58.79 |
| 1782387 | 5/2/2008 | 5/2/2008 | 5/12/2008 | $ (5.25) | 114 | | $ (5.25) |
| 1783149 | 5/6/2008 | 5/6/2008 | 5/16/2008 | $ (80.00) | 110 | | $ (80.00) |
| 1783424 | 5/7/2008 | 5/7/2008 | 5/17/2008 | $ (25.00) | 109 | | $ (25.00) |
| 1783536 | 5/8/2008 | 5/8/2008 | 5/18/2008 | $ (11.85) | 108 | | $ (11.85) |
| 1783558 | 5/8/2008 | 5/8/2008 | 5/18/2008 | $ (465.00) | 108 | | $ (465.00) |
| 1783905 | 5/9/2008 | 5/9/2008 | 5/19/2008 | $ (12.00) | 107 | | $ (12.00) |
| 1784615 | 5/13/2008 | 5/13/2008 | 5/23/2008 | $ (44.25) | 103 | | $ (44.25) |
| 1784702 | 5/13/2008 | 5/13/2008 | 5/23/2008 | $ (128.00) | 103 | | $ (128.00) |
| 1785078 | 5/15/2008 | 5/15/2008 | 5/25/2008 | $ (200.50) | 101 | | $ (200.50) |
| 1785084 | 5/15/2008 | 5/15/2008 | 5/25/2008 | $ (57.50) | 101 | | $ (57.50) |
| 1785150 | 5/16/2008 | 5/16/2008 | 5/26/2008 | $ 7,116.95 | 100 | $ 350.97 | $ 7,467.92 |
| 1785593 | 5/18/2008 | 5/18/2008 | 5/28/2008 | $ (115.00) | 98 | | $ (115.00) |
| 1786161 | 5/20/2008 | 5/20/2008 | 5/30/2008 | $ (77.50) | 96 | | $ (77.50) |
| 1786208 | 5/20/2008 | 5/20/2008 | 5/30/2008 | $ (310.00) | 96 | | $ (310.00) |
| 1786209 | 5/20/2008 | 5/20/2008 | 5/30/2008 | $ (225.00) | 96 | | $ (225.00) |
| 1786803 | 5/23/2008 | 5/23/2008 | 6/2/2008 | $ (155.00) | 93 | | $ (155.00) |
| 1786809 | 5/23/2008 | 5/23/2008 | 6/2/2008 | $ (40.00) | 93 | | $ (40.00) |
| 1789367 | 6/5/2008 | 6/5/2008 | 6/15/2008 | $ (24.10) | 80 | | $ (24.10) |
| 1789877 | 6/9/2008 | 6/9/2008 | 6/19/2008 | $ 9,443.05 | 76 | $ 353.92 | $ 9,796.97 |
| 1790149 | 6/10/2008 | 6/10/2008 | 6/20/2008 | $ 7,707.30 | 75 | $ 285.06 | $ 7,992.36 |
| 1790413 | 6/11/2008 | 6/11/2008 | 6/21/2008 | $ 9,022.50 | 74 | $ 329.26 | $ 9,351.76 |
| 1790685* | 6/12/2008 | 6/12/2008 | 6/22/2008 | $ 9,270.15 | 73 | $ 333.73 | $ 9,603.88 |
| 1790887 | 6/13/2008 | 6/13/2008 | 6/23/2008 | $ 7,817.40 | 72 | $ 277.57 | $ 8,094.97 |
| 1791061 | 6/13/2008 | 6/13/2008 | 6/23/2008 | $ (231.25) | 72 | | $ (231.25) |
| 1791101 | 6/14/2008 | 6/14/2008 | 6/24/2008 | $ 9,027.70 | 71 | $ 316.09 | $ 9,343.79 |
| 1791340 | 6/16/2008 | 6/16/2008 | 6/26/2008 | $ 8,129.00 | 69 | $ 276.61 | $ 8,405.61 |
| 1791535 | 6/17/2008 | 6/17/2008 | 6/27/2008 | $ 4,871.00 | 68 | $ 163.35 | $ 5,034.35 |
| 1791810 | 6/17/2008 | 6/17/2008 | 6/27/2008 | $ (254.75) | 68 | | $ (254.75) |
| 1791868 | 6/18/2008 | 6/18/2008 | 6/28/2008 | $ 7,198.70 | 67 | $ 237.85 | $ 7,436.55 |
| 1792084 | 6/19/2008 | 6/19/2008 | 6/29/2008 | $ 6,000.70 | 66 | $ 195.31 | $ 6,196.01 |
| 1792292 | 6/20/2008 | 6/20/2008 | 6/30/2008 | $ 3,684.55 | 65 | $ 118.11 | $ 3,802.66 |
| 1792467 | 6/21/2008 | 6/21/2008 | 7/1/2008 | $ 11,187.70 | 64 | $ 353.10 | $ 11,540.80 |
| 1792685 | 6/23/2008 | 6/23/2008 | 7/3/2008 | $ 5,738.10 | 62 | $ 175.44 | $ 5,913.54 |
| 1792851 | 6/23/2008 | 6/23/2008 | 7/3/2008 | $ (200.00) | 62 | | $ (200.00) |
| 1792920 | 6/23/2008 | 6/23/2008 | 7/3/2008 | $ (150.85) | 62 | | $ (150.85) |
| 1793048 | 6/24/2008 | 6/24/2008 | 7/4/2008 | $ 5,700.45 | 61 | $ 171.48 | $ 5,871.93 |
| 1793230 | 6/25/2008 | 6/25/2008 | 7/5/2008 | $ 6,548.05 | 60 | $ 193.75 | $ 6,741.80 |
| 1793448 | 6/26/2008 | 6/26/2008 | 7/6/2008 | $ 5,466.20 | 59 | $ 159.04 | $ 5,625.24 |
| 1793599 | 6/26/2008 | 6/26/2008 | 7/6/2008 | $ (762.00) | 59 | | $ (762.00) |
| 1793627 | 6/26/2008 | 6/26/2008 | 7/6/2008 | $ (60.00) | 59 | | $ (60.00) |

## Charlies Enterprises, Inc. dba OK Produce

### v.

## Kimomex Markets, Inc. dba   Mercado Suvianda

### (Store #1 - 1070 S. White Road)

| Invoice Number | Transaction Date | Invoice Date | Payment Due Date 10 Days | Invoice Amount | No. of Days Overdue 9/3/2008 | Accrued Interest 18% | Trust Amount |
|---|---|---|---|---|---|---|---|
| 1793620 | 6/27/2008 | 6/27/2008 | 7/7/2008 | $ 4,586.05 | 58 | $ 131.17 | $ 4,717.22 |
| 1793847 | 6/27/2008 | 6/27/2008 | 7/7/2008 | $ (12.25) | 58 | | $ (12.25) |
| 1793870 | 6/27/2008 | 6/27/2008 | 7/7/2008 | $ (246.00) | 58 | | $ (246.00) |
| 1793887 | 6/28/2008 | 6/28/2008 | 7/8/2008 | $ 5,851.10 | 57 | $ 164.47 | $ 6,015.57 |
| 1794093 | 6/29/2008 | 6/29/2008 | 7/9/2008 | $ (145.00) | 56 | | $ (145.00) |
| 1794115 | 6/29/2008 | 6/29/2008 | 7/9/2008 | $ (28.75) | 56 | | $ (28.75) |
| 1794240 | 6/30/2008 | 6/30/2008 | 7/10/2008 | $ 4,665.45 | 55 | $ 126.54 | $ 4,791.99 |
| 1794517 | 7/1/2008 | 7/1/2008 | 7/11/2008 | $ 3,914.95 | 54 | $ 104.26 | $ 4,019.21 |
| 1794673 | 7/2/2008 | 7/2/2008 | 7/12/2008 | $ 8,830.10 | 53 | $ 230.79 | $ 9,060.89 |
| 1794812 | 7/3/2008 | 7/3/2008 | 7/13/2008 | $ 6,341.35 | 52 | $ 162.62 | $ 6,503.97 |
| 1795067 | 7/4/2008 | 7/4/2008 | 7/14/2008 | $ 5,741.75 | 51 | $ 144.41 | $ 5,886.16 |
| 1795224 | 7/5/2008 | 7/5/2008 | 7/15/2008 | $ 6,318.90 | 50 | $ 155.81 | $ 6,474.71 |
| 1795580 | 7/7/2008 | 7/7/2008 | 7/17/2008 | $ 4,063.85 | 48 | $ 96.20 | $ 4,160.05 |
| 1795698* | 7/8/2008 | 7/8/2008 | 7/18/2008 | $ 5,988.95 | 47 | $ 138.81 | $ 6,127.76 |
| 1796001 | 7/9/2008 | 7/9/2008 | 7/19/2008 | $ 7,135.40 | 46 | $ 161.87 | $ 7,297.27 |
| 1796222 | 7/10/2008 | 7/10/2008 | 7/20/2008 | $ 6,063.30 | 45 | $ 134.56 | $ 6,197.86 |
| 1796450 | 7/11/2008 | 7/11/2008 | 7/21/2008 | $ 4,590.80 | 44 | $ 99.61 | $ 4,690.41 |
| 1796688 | 7/12/2008 | 7/12/2008 | 7/22/2008 | $ 9,412.60 | 43 | $ 199.60 | $ 9,612.20 |
| 1796869 | 7/14/2008 | 7/14/2008 | 7/24/2008 | $ 5,538.00 | 41 | $ 111.97 | $ 5,649.97 |
| 1797099 | 7/15/2008 | 7/15/2008 | 7/25/2008 | $ 5,267.00 | 40 | $ 103.90 | $ 5,370.90 |
| 1797307 | 7/16/2008 | 7/16/2008 | 7/26/2008 | $ 4,847.45 | 39 | $ 93.23 | $ 4,940.68 |
| 1797585 | 7/17/2008 | 7/17/2008 | 7/27/2008 | $ 3,330.45 | 38 | $ 62.41 | $ 3,392.86 |
| 1797816 | 7/18/2008 | 7/18/2008 | 7/28/2008 | $ 5,355.50 | 37 | $ 97.72 | $ 5,453.22 |
| 1798027 | 7/19/2008 | 7/19/2008 | 7/29/2008 | $ 6,761.25 | 36 | $ 120.04 | $ 6,881.29 |
| 1798256 | 7/21/2008 | 7/21/2008 | 7/31/2008 | $ 3,447.25 | 34 | $ 57.80 | $ 3,505.05 |
| 1798436 | 7/22/2008 | 7/22/2008 | 8/1/2008 | $ 5,678.25 | 33 | $ 92.41 | $ 5,770.66 |
| 1798797 | 7/23/2008 | 7/23/2008 | 8/2/2008 | $ 6,207.35 | 32 | $ 97.96 | $ 6,305.31 |
| 1798960* | 7/24/2008 | 7/24/2008 | 8/3/2008 | $ 5,405.25 | 31 | $ 82.63 | $ 5,487.88 |
| 1799120 | 7/25/2008 | 7/25/2008 | 8/4/2008 | $ 8,238.40 | 30 | $ 121.88 | $ 8,360.28 |
| 1799344 | 7/25/2008 | 7/25/2008 | 8/4/2008 | $ (75.75) | 30 | | $ (75.75) |
| 1799477* | 7/26/2008 | 7/26/2008 | 8/5/2008 | $ 10,907.05 | 29 | $ 155.99 | $ 11,063.04 |
| 1799580 | 7/28/2008 | 7/28/2008 | 8/7/2008 | $ 3,540.50 | 27 | $ 47.14 | $ 3,587.64 |
| 1799780 | 7/28/2008 | 7/28/2008 | 8/7/2008 | $ (90.00) | 27 | | $ (90.00) |
| 1799781 | 7/28/2008 | 7/28/2008 | 8/7/2008 | $ (112.50) | 27 | | $ (112.50) |
| 1799832 | 7/28/2008 | 7/28/2008 | 8/7/2008 | $ (786.60) | 27 | | $ (786.60) |
| 1799988 | 7/29/2008 | 7/29/2008 | 8/8/2008 | $ 5,626.95 | 26 | $ 72.15 | $ 5,699.10 |
| 1800157 | 7/30/2008 | 7/30/2008 | 8/9/2008 | $ 7,587.35 | 25 | $ 93.54 | $ 7,680.89 |
| 1801426 | 8/5/2008 | 8/5/2008 | 8/15/2008 | $ (85.00) | 19 | | $ (85.00) |
| 1804726 | 8/22/2008 | 8/22/2008 | 9/1/2008 | $ 6,499.80 | 2 | $ 6.41 | $ 6,506.21 |
| 1804727 | 8/22/2008 | 8/22/2008 | 9/1/2008 | $ 5,198.95 | 2 | $ 5.13 | $ 5,204.08 |
| 1804739 | 8/22/2008 | 8/22/2008 | 9/1/2008 | $ 2,643.08 | 2 | $ 2.61 | $ 2,645.69 |
| **Sub-Totals** | | | | **$ 304,322.27** | | **$ 7,770.03** | **$ 312,092.30** |

## *Charlies Enterprises, Inc. dba OK Produce*

### *v.*

## *Kimomex Markets, Inc. dba   Mercado Suvianda*

**(Store #1 - 1070 S. White Road)**

| Invoice Number | Transaction Date | Invoice Date | Payment Due Date 10 Days | Invoice Amount | No. of Days Overdue 9/3/2008 | Accrued Interest 18% | Trust Amount |
|---|---|---|---|---|---|---|---|
| *Estimated attorney fees* | | | | $   37,900.00 | | | $   37,900.00 |
| | | | | | | | |
| *TOTALS* | | | | $  342,222.27 | | $   7,770.03 | $  349,992.30 |
| | | | | | | | |
| *Additional daily interest accruing from above date* | | | | | | $     150.08 | |
| *Buyer agrees to pay all collection and attorney fees* | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| *\* Indicates that the  invoice amount listed includes only produce items.* | | | | | | | |



**OK PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

Customer:  **58457**
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
  408/503-6515

**Ship To:**
**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

Invoice #
**1766281**
Page:  **1**

THIS IS A CREDIT MEMO

9

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| 754473 |  | 26 | PTSY | 1765853 | 02/18/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 90103 |  | PLT | DEPOSIT PALLET | 5.00 | -30.00 | 0.00 | | |

| TOTALS | -6 | | | TOTAL | -30.00 | | |
|---|---|---|---|---|---|---|---|
| | | | | SALES TAX | 0.00 | PAYMENT TERMS | |
| | | | | INVOICE TOTAL | **$-30.00** | **Net 28 Days** | |

**JAMBA JUICE & SMOOTHIES ARE HERE! CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #:  47884    CDFA #:  A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.





**Customer:** 58457
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
    408/503-6515

**Ship To:**
**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

Invoice #
**1777170**
Page: **1**

P.O. Box 12838 – 1762 G Street
Fresno, CA · 93779-2838
(559) 445-8600
www.okproduce.com

9

| PURCHASE ORDER NUMBER | | ROUTE 017 | SALES REP ·26 | SERVICE REP MP | OK ORDER NUMBER 1066384 | | | INVOICE DATE 04/08/08 | |
|---|---|---|---|---|---|---|---|---|---|
| ITEM # | QTY | PACK/SIZE | DESCRIPTION | | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
| 88900 | 4 | EACH | SUP GRIP – SINGLE | | 0.01 | 0.04 | 0.01 | 0.00 | 0.00 |
| 90103 | 11 | PLT | DEPOSIT PALLET | | 5.00 | 55.00 | 0.00 | | |

04/08/08    TRUCK# 306

DRIVER (PRINT) Rodrigo Jarrp

## OK PRODUCE
### TRUCK LOAD MANIFEST

ROUTE# : 017

TIME LEAVING : 1:30    AM / PI

| INVOICE | CUSTOMER | TIME | | RETURNS | PALLETS | | RECEIVED BY: | |
|---|---|---|---|---|---|---|---|---|
| | | IN | OUT | | DEL | P/U | SIGNATURE | PRINT NAME |
| 1777167 | 58457  MERCADO SUVIANDA | 9/15 | | 5 stem 2 water melons | 11 | | | |
| | Pulp temp. | | | | | | | |
| NOTES: NO DRK STP/PALLET CHARGE | | | | | | | | |
| 1777170 | 58457  MERCADO SUVIANDA | 10/00 | | | 16 | | | |
| | Pulp temp. | 7:00 / 10:00 | | | | | | |

| TOTALS | 15 | | | | TOTAL | 55.04 | | PAYMENT TERMS |
| | | | | | SALES TAX | 0.00 | | Net 28 Days |
| | | | | | INVOICE TOTAL | $55.04 | | |

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884   CDFA #: A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
or proceeds from the sale of these commodities until full payment is received.

_____
DRIVER SIGNATURE

 This invoice is printed on recycled paper.



**OK PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

Customer: **58457**
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
   408/503-6515

**Ship To:**

**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

Invoice #
**1782387**
Page:    1

THIS IS A CREDIT MEMO                                                                    9

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| 747916 | | 26 | PTSY | 1781769 | 05/02/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 12412 | | | HERB BUNCH BASIL 6 CT | 5.25 | -5.25 | 0.00 | | |

| TOTALS | -1 | | | | | | | |
|---|---|---|---|---|---|---|---|---|

| TOTAL | -5.25 |
|---|---|
| SALES TAX | 0.00 |
| INVOICE TOTAL | $-5.25 |

PAYMENT TERMS
**Net 28 Days**

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #:  47884    CDFA #:  A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.



This invoice is printed on recycled paper.



**OK PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

Customer: **58457**
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
408/503-6515

**Ship To:**

**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

Invoice #
**1783149**
Page: 1

THIS IS A CREDIT MEMO

9

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| 756440 | | 26 | PTSY | 1782976 | 05/06/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 90103 | | PLT | DEPOSIT PALLET | 5.00 | -80.00 | 0.00 | | |

| TOTALS | -16 | | | | | | | |

| | |
|---|---|
| TOTAL | -80.00 |
| SALES TAX | 0.00 |
| INVOICE TOTAL | **$-80.00** |

PAYMENT TERMS
**Net 28 Days**

**JAMBA JUICE & SMOOTHIES ARE HERE! CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.



This invoice is printed on recycled paper.



**Customer: 58457**
408/503-6515

Invoice #
**1783424**
Page: 1

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
408/503-6515

**Ship To:**
**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

THIS IS A CREDIT MEMO

9

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | | INVOICE DATE |
|---|---|---|---|---|---|---|
| 757919 | | 26 | PTSY | 1782425 | | 05/07/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 22518 | | CTN | PINEAPPLE GOLD 8CT | 12.50 | -25.00 | 0.00 | | |

| TOTALS | -2 | | | TOTAL | -25.00 | PAYMENT TERMS |
|---|---|---|---|---|---|---|
| | | | | SALES TAX | 0.00 | Net 28 Days |
| | | | | INVOICE TOTAL | $-25.00 | |

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

DATE

CUSTOMER SIGNATURE

PRINT NAME

DRIVER SIGNATURE



A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.



**CK PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8800
www.okproduce.com

Customer: **58457**
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
    408/503-6515

**Ship To:**
**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

Invoice #
**1783536**
Page:    1

THIS IS A CREDIT MEMO                                                                9

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| 743658 | | 26 | PAM | 1782972 | 05/08/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 20507 | | CTN | BANANA BURRO "COLOR" 40# | 11.85 | -11.85 | 0.00 | | |

| TOTALS | -1 | | | | | | | |
|---|---|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| TOTAL | -11.85 | |
| SALES TAX | 0.00 | PAYMENT TERMS |
| INVOICE TOTAL | **$-11.85** | **Net 28 Days** |

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

State of CA Organic Reg #:  47884    CDFA #:  A6504

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.

**CK PRODUCE**

P.O. Box 12838 - 1752 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

Customer: **58457**
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
408/503-6515

**Ship To:**
**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

Invoice #
**1783558**
Page: 1

THIS IS A CREDIT MEMO                                            9

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | | INVOICE DATE |
|---|---|---|---|---|---|---|
| 737489 | | 26 | PAM | 1782425 | | 05/08/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 21625 | | BIN | MELON WTRMLN BIN 700# | 155.00 | -465.00 | 0.00 | | |

| TOTALS | -3 | | | | | |
|---|---|---|---|---|---|---|
| | | | | TOTAL | -465.00 | |
| | | | | SALES TAX | 0.00 | PAYMENT TERMS |
| | | | | INVOICE TOTAL | **$-465.00** | **Net 28 Days** |

JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884   CDFA #: A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
or proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.



**OK PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

Customer: **58457**
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
    408/503-6515

**Ship To:**

**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

Invoice #
**1783905**
Page:    1

THIS IS A CREDIT MEMO                                           9

| PURCHASE ORDER NUMBER 745172 | ROUTE | SALES REP 26 | SERVICE REP PTSY | OK ORDER NUMBER 1783158 | | INVOICE DATE 05/09/08 |
|---|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 11626 | | CTN | CUCUMBER HOT HOUSE 18CT | 12.00 | -12.00 | 0.00 | | |

| TOTALS | -1 | | | TOTAL | -12.00 | |
|---|---|---|---|---|---|---|
| | | | | SALES TAX | 0.00 | PAYMENT TERMS |
| | | | | INVOICE TOTAL | **$-12.00** | **Net 28 Days** |

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

State of CA Organic Reg #:  47884    CDFA #:  A6504

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.


This invoice is printed on recycled paper.

**CK PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

Customer: **58457**
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
    408/503-6515

**Ship To:**

**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

Invoice #
**1784615**
Page:    1

**THIS IS A CREDIT MEMO**

9

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | | INVOICE DATE |
|---|---|---|---|---|---|---|
| 747925 | | 26 | PTSY | 1784143 | | 05/13/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 11303 | | CTN | CILANTRO 60 CT | 12.75 | -12.75 | 0.00 | | |
| 22044 | | CTN | ORANGES NAVEL FCY 56CT 38# | 15.75 | -31.50 | 0.00 | | |

| TOTALS | -3 | | | | | | | |
|---|---|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| TOTAL | -44.25 | |
| SALES TAX | 0.00 | **PAYMENT TERMS** |
| INVOICE TOTAL | **$-44.25** | **Net 28 Days** |

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
  VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #:  47884    CDFA #:  A6504

The perishable agricultural commodities listed on this invoice are     The seller of these commodities retains a trust claim over these commodities, all
sold subject to the statutory trust authorized by section 5(c) of the    inventories of food or other products derived from these commodities, and any receivable
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).    of proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.



**OK PRODUCE**

Customer: **58457**
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
   408/503-6515

Invoice #
**1784702**
Page:  **1**

**Ship To:**

**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

**THIS IS A CREDIT MEMO**

9

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | | INVOICE DATE |
|---|---|---|---|---|---|---|
| 747922 | | 26 | PTSY | 1783658 | | 05/13/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 11508 | | CTN | CORN WHITE 48 CT | 16.00 | -128.00 | 0.00 | | |

| TOTALS | -8 | | | | | | |
|---|---|---|---|---|---|---|---|

| TOTAL | -128.00 | |
|---|---|---|
| SALES TAX | 0.00 | **PAYMENT TERMS** |
| INVOICE TOTAL | **$-128.00** | **Net 28 Days** |

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #:  47884    CDFA #:  A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

•  The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

_____
DRIVER SIGNATURE



This invoice is printed on recycled paper.



Customer: **58457**
408/503-6515

Invoice #
**1785078**
Page: 1

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
408/503-6515

**Ship To:**
**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

**THIS IS A CREDIT MEMO**

9

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | | | INVOICE DATE | | |
|---|---|---|---|---|---|---|---|---|---|
| 757925 | | 26 | PTSY | 1784784 | | | 05/15/08 | | |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 10306 | | CTN | BEAN GREEN 30# | 29.50 | -29.50 | 0.00 | | |
| 13751 | | CTN | PEPPER MANZANO 10# | 49.00 | -49.00 | 0.00 | | |
| 15705 | | | ONION YELLOW MED 50# | 7.50 | -75.00 | 0.00 | | |
| 22327 | | CTN | PEAR BOSC CHILEAN 70/80CT 40# | 37.50 | -37.50 | 0.00 | | |
| 12466 | | CTN | HERB VERDOLAGA "PURSLANE" 24CT | 9.50 | -9.50 | 0.00 | | |

| TOTALS | -14 | | | TOTAL | -200.50 | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | SALES TAX | 0.00 | | PAYMENT TERMS | |
| | | | | INVOICE TOTAL | **$-200.50** | | **Net 28 Days** | |

**JAMBA JUICE & SMOOTHIES ARE HERE! CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are      The seller of these commodities retains a trust claim over these commodities, all
sold subject to the statutory trust authorized by section 5(c) of the   inventories of food or other products derived from these commodities, and any receivable
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).        of proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.



Customer: **58457**
408/503-6515

Invoice #
**1785084**
Page: 1

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
    408/503-6515

**Ship To:**
**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

P.O. Box 12838 – 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

THIS IS A CREDIT MEMO

9

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | | INVOICE DATE |
|---|---|---|---|---|---|---|
| 757926 | | 26 | PTSY | 1784444 | | 05/15/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 21114 | | CTN | GRAPES GREEN SDLS CHLN 18# | 28.75 | -57.50 | 0.00 | | |

| TOTALS | -2 | | | | | |
|---|---|---|---|---|---|---|
| | | | | TOTAL | -57.50 | |
| | | | | SALES TAX | 0.00 | PAYMENT TERMS |
| | | | | INVOICE TOTAL | **$-57.50** | Net 28 Days |

**JAMBA JUICE & SMOOTHIES ARE HERE! CONTACT YOUR SALES REP TO GET ALL 6 VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE
•

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #:  47884     CDFA #:  A6504

The perishable agricultural commodities listed on this invoice are      The seller of these commodities retains a trust claim over these commodities, all
sold subject to the statutory trust authorized by section 5(c) of the     inventories of food or other products derived from these commodities, and any receivable
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).     of proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.





Customer: **58457**
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
    408/503-6516

**Ship To:**

**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

Invoice #
**1785150**
Page: 1

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

9

| PURCHASE ORDER NUMBER | ROUTE 018 | SALES REP 26 | SERVICE REP | OK ORDER NUMBER 1072505 | INVOICE DATE 05/16/08 |
|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 40438 | 1 | CTN * | BEAN GARBANZO "FRESH" 15# | 34.75 | 34.75 | 0.00 | | |
| 10403 | 1 | CTN * | BEET W-TOPS 12 CT | 16.00 | 16.00 | 0.00 | | |
| 10602 | 4 | CTN * | BROCCOLI 18 CT | 9.50 | 38.00 | 0.00 | | |
| 10604 | 2 | CTN * | BROCCOLI CROWN 20# | 8.75 | 17.50 | 0.00 | | |
| 10804 | 6 | CTN * | CABBAGE GREEN CELLO 45# | 15.50 | 93.00 | 0.00 | | |
| 10810 | 1 | CTN * | CABBAGE RED 45# | 27.50 | 27.50 | 0.00 | | |
| 12838 | 2 | CTN * | CACTUS LEAF 35# W/B | 11.00 | 22.00 | 0.00 | | |
| 10932 | 1 | CTN * | CARROT GF CTN 50# | 13.00 | 13.00 | 0.00 | | |
| 10927 | 1 | BALE | CARROT TABLE 24/2# | 13.50 | 13.50 | 0.00 | | |
| 11004 | 3 | CTN * | CAULIFLOWER 12 CT | 11.75 | 35.25 | 0.00 | | |
| 11202 | 1 | CTN | CHARD RED 12CT | 12.25 | 12.25 | 0.00 | | |
| 11205 | 1 | CTN | CHARD SWISS 12CT | 12.25 | 12.25 | 0.00 | | |
| 11303 | 10 | CTN * | CILANTRO 60 CT | 12.75 | 127.50 | 0.00 | | |
| 12412 | 1 | CTN | HERB BUNCH BASIL 6 CT | 5.25 | 5.25 | 0.00 | | |
| 12424 | 1 | CTN | HERB BUNCH MINT 6 CT | 4.50 | 4.50 | 0.00 | | |
| 12441 | 1 | DOZ | HERB EPAZOTE 1 DZ BUNCH | 9.00 | 9.00 | 0.00 | | |
| 12503 | 10 | CTN * | JICAMA 40# | 12.00 | 120.00 | 0.00 | | |
| 12722 | 10 | CTN * | LETTUCE CELLO 24 CT | 12.75 | 127.50 | 0.00 | | |
| 13001 | 1 | FLT | MUSH WHT WHL 12/8 OZ | 14.00 | 14.00 | 0.00 | | |
| 13031 | 1 | FLT | MUSH WHT SLC 12/8OZ | 14.50 | 14.50 | 0.00 | | |
| 12851 | 1 | CTN * | NOPALES DICED 12/1# | 16.00 | 16.00 | 0.00 | | |
| 13341 | 10 | SK | ONION WHITE MEDIUM 50# | 20.00 | 200.00 | 0.00 | | |
| 15705 | 10 | BG | ONION YELLOW MED 50# | 7.50 | 75.00 | 0.00 | | |
| 13741 | 1 | CTN * | PEPPER BELL GREEN LG 25# | 30.75 | 30.75 | 0.00 | | |
| 13730 | 1 | CTN * | PEPPER BELL RED 25# | 33.75 | 33.75 | 0.00 | | |
| 13713 | 1 | CTN | PEPPER BELL YELLOW 25# | 34.75 | 34.75 | 0.00 | | |
| 13798 | 4 | W/B * | PEPPER PASILLA 22# | 17.85 | 71.40 | 0.00 | | |
| 13733 | 3 | W/B * | PEPPER SERRANO CHILE W/B | 33.85 | 101.55 | 0.00 | | |
| 13840 | 8 | CTN * | POTATO WHITE ROSE #1 50# | 21.50 | 172.00 | 0.00 | | |
| 14008 | 4 | CTN * | RADISH W-TOPS 48 CT | 16.85 | 67.40 | 0.00 | | |
| 14401 | 1 | CTN * | SPINACH 24 CT | 13.00 | 13.00 | 0.00 | | |
| 14651 | 7 | CTN * | SQUASH CHAYOTE 50CT | 20.00 | 140.00 | 0.00 | | |
| 14635 | 5 | CTN * | SQUASH MEXICAN (GREY) | 13.85 | 69.25 | 0.00 | | |

| TOTALS | | | | TOTAL | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | **(Continued)** | SALES TAX | | PAYMENT TERMS | | |
| | | | | INVOICE TOTAL | | | | |

DATE

CUSTOMER SIGNATURE

PRINT NAME

DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #:  47884    CDFA #:  A6504

The perishable agricultural commodities listed on this invoice are          The seller of these commodities retains a trust claim over these commodities, all
sold subject to the statutory trust authorized by section 5(c) of the       inventories of food or other products derived from these commodities, and any receivable
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).            of proceeds from the sale of these commodities until full payment is received.              This invoice is printed on recycled paper.



**OK PRODUCE**

Invoice # **1785150**
Page: **2**

Customer: **58457**
408/503-6515

Ship To:
**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
    408/503-6515

O. Box 12838 - 1762 G Street
esno, CA 93779-2838
59) 445-8600
ww.okproduce.com

9

| PURCHASE ORDER NUMBER | ROUTE 018 | SALES REP 26 | SERVICE REP | OK ORDER NUMBER 1072505 | | INVOICE DATE 05/16/08 | | | |
|---|---|---|---|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 14905 | 60 | FLT * | TOMATO 5X5 2-LAYER | 15.75 | 945.00 | 0.00 | | |
| 14921 | 10 | CTN * | TOMATO ROMA 25# | 14.75 | 147.50 | 0.00 | | |
| 20158 | 6 | CTN * | APPLE FUJI 80/88CT | 26.00 | 156.00 | 0.00 | | |
| 20107 | 2 | CTN * | APPLE FUJI 12/3# | 18.50 | 37.00 | 0.00 | | |
| 20216 | 6 | CTN * | APPLE GALA 90/100ct | 26.00 | 156.00 | 0.00 | | |
| 20110 | 3 | CTN * | APPLE GALA ROYAL 12/3# | 20.75 | 62.25 | 0.00 | | |
| 20174 | 2 | CTN * | APPLE PINK LADY 12/3# | 18.50 | 37.00 | 0.00 | | |
| 20171 | 4 | CTN * | APPLE RED DEL 64/72CT | 24.00 | 96.00 | 0.00 | | |
| 20509 | 60 | CTN * | BANANA 3 CLR "CHIQUITA" | 22.50 | 1350.00 | 0.00 | | |
| 20540 | 1 | CTN * | BANANA BABY (DOMINICO)15# | 12.25 | 12.25 | 0.00 | | |
| 20507 | 1 | CTN * | BANANA BURRO "COLOR" 40# | 12.25 | 12.25 | 0.00 | | |
| 20704 | 3 | CTN * | COCONUT WHITE FRESH 20CT | 22.75 | 68.25 | 0.00 | | |
| 21113 | 6 | CTN * | GRAPES RED SDLS CHLN 18# | 20.75 | 124.50 | 0.00 | | |
| 21400 | 1 | CTN * | LEMON (SWEET) 40# | 30.00 | 30.00 | 0.00 | | |
| 21408 | 13 | CTN * | LIMES 230CT | 12.75 | 165.75 | 0.00 | | |
| 21410 | 10 | CTN * | LIME KEY 17/2# | 18.50 | 185.00 | 0.00 | | |
| 21502 | 10 | FLT * | MANGO TOMMY 12 CT | 7.25 | 72.50 | 0.00 | | |
| 21608 | 8 | CTN * | MELON CANTALOUPE 9CT 35# | 17.75 | 142.00 | 0.00 | | |
| 21619 | 6 | CTN * | MELON HONEYDEW 5/6CT 25# | 11.75 | 70.50 | 0.00 | | |
| 21603 | 4 | UNIT * | MELON TUSCAN 6/9CT 33# | 20.50 | 82.00 | 0.00 | | |
| 22038 | 2 | BIN * | ORANGES BIN 75/8# | 215.00 | 430.00 | 0.00 | | |
| 22044 | 15 | CTN * | ORANGES NAVEL FCY 56CT 38# | 16.75 | 251.25 | 0.00 | | |
| 22109 | 8 | CTN * | PAPAYA MARADOL "PREMIUM" 33# | 21.45 | 171.60 | 0.00 | | |
| 22325 | 7 | CTN * | PEAR D'ANJOU 60/70CT 44# | 24.50 | 171.50 | 0.00 | | |
| 22518 | 25 | CTN * | PINEAPPLE GOLD 8CT | 11.75 | 293.75 | 0.00 | | |
| 23020 | 4 | CTN * | TANGELO MINNEOLA 80ct CH 38# | 16.25 | 65.00 | 0.00 | | |

| TOTALS | 392 | | | | | | | |

| TOTAL | 7116.95 |
|---|---|
| SALES TAX | 0.00 |
| INVOICE TOTAL | **$7116.95** |

PAYMENT TERMS
Net 28 Days

05/16/08    TRUCK#    OK PRODUCE    ROUTE#: 018

**TRUCK LOAD MANIFEST**

DRIVER (PRINT): *ESCOBAR*    TIME LEAVING: 12 15    AM / PM

| INVOICE | CUSTOMER | TIME | | RETURNS | PALLETS | | RECEIVED BY: | |
|---|---|---|---|---|---|---|---|---|
| | | IN | OUT | | DEL | P/U | SIGNATURE | PRINT NAME |
| 1785150 | 58457  MERCADO SUVIANDA | 815 | 845 | 0 | 13 | 0 | | |
| | Pulp temp. | | | | | | | |

NOTES: NO DRK STP/PALLET CHARGE

sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).



CK
PRODUCE

P.O. Box 12838 – 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

Customer:  **58457**
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
   408/503-6515

**Ship To:**

**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

Invoice #
**1785593**
Page:   **1**

THIS IS A CREDIT MEMO                                          9

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| 746954 | | 26 | PTSY | 1785362 | 05/18/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 90103 | | PLT | DEPOSIT PALLET | 5.00 | -115.00 | 0.00 | | |

| TOTALS | -23 | | | | |
|---|---|---|---|---|---|
| | | | TOTAL | -115.00 | |
| | | | SALES TAX | 0.00 | |
| | | | INVOICE TOTAL | **$-115.00** | |

PAYMENT TERMS
**Net 28 Days**

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

State of CA Organic Reg #: 47884   CDFA#: A6504

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

_____
DRIVER SIGNATURE

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
or proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.



**OK PRODUCE**

P.O. Box 12838 – 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

Customer:  **58457**
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
408/503-6515

Ship To:
**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

Invoice #
**1786161**
Page:   1

THIS IS A CREDIT MEMO                                                        9

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| 746154 | | 26 | PTSY | 1785634 | 05/20/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 22005 | | CTN | ORANGES CELLO 10/4# | 15.50 | -77.50 | 0.00 | | |

| TOTALS | -5 | | | | |
|---|---|---|---|---|---|

| | |
|---|---|
| TOTAL | -77.50 |
| SALES TAX | 0.00 |
| INVOICE TOTAL | **$-77.50** |

PAYMENT TERMS
**Net 28 Days**

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

State of CA Organic Reg #:  47884      CDFA #:  A6504

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.



This invoice is printed on recycled paper.



| | | | | |
|---|---|---|---|---|
| **Customer: 58457** | | | Invoice # | |
| 408/503-6515 | | | **1786208** | |
| | | | Page: 1 | |
| MERCADO SUVIANDA #1PRODUCE(S.JOSE) | | **Ship To:** | | |
| 1070 S. WHITE RD | | **MERCADO SUVIANDA #1PRODUCE(S.JOSE)** | | |
| SAN JOSE, CA 95127 | | 1070 S. WHITE RD | | |
| 408/503-6515 | | SAN JOSE, CA 95127 | | |

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

**THIS IS A CREDIT MEMO**                                                9

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | | INVOICE DATE |
|---|---|---|---|---|---|---|
| 747929 | | 26 | PTSY | 1785362 | | 05/20/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 21625 | | BIN | MELON WTRMLN BIN 700# | 145.00 | -145.00 | 0.00 | | |
| 21630 | | BIN | MELON WTRMLN SDLS BIN 700LB | 165.00 | -165.00 | 0.00 | | |

| TOTALS | -2 | | | | | |
|---|---|---|---|---|---|---|
| | | | | TOTAL | -310.00 | PAYMENT TERMS |
| | | | | SALES TAX | 0.00 | |
| | | | | INVOICE TOTAL | **$-310.00** | Net 28 Days |

**JAMBA JUICE & SMOOTHIES ARE HERE! CONTACT YOUR SALES REP TO GET ALL 6 VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

State of CA Organic Reg #: 47884    CDFA #: A6504

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

_____
DRIVER SIGNATURE

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.



This invoice is printed on recycled paper.



**CK PRODUCE**

Customer: **58457**
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
    408/503-6515

Ship To:
**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

Invoice #
**1786209**
Page:  **1**

P.O. Box 12838 - 1782 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

THIS IS A CREDIT MEMO                                                                9

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | | INVOICE DATE |
|---|---|---|---|---|---|---|
| 747930 | | 26 | PTSY | 1785634 | | 05/20/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 21630 | | BIN | MELON WTRMLN SDLS BIN 700LB | 165.00 | -165.00 | 0.00 | | |
| 90103 | | PLT | DEPOSIT PALLET | 5.00 | -60.00 | 0.00 | | |

| TOTALS | -13 | | | | | | | |

| | |
|---|---|
| TOTAL | -225.00 |
| SALES TAX | 0.00 |
| INVOICE TOTAL | **$-225.00** |

PAYMENT TERMS
**Net 28 Days**

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #:  47884    COFA #:  A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.



**Customer: 58457**
408/503-6515

Invoice #
**1786803**
Page: 1

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
    408/503-6515

**Ship To:**
**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

THIS IS A CREDIT MEMO                                    9

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| 757542 | | 26 | PTSY | 1785882 | 05/23/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 21625 | | BIN | MELON WTRMLN BIN 700# | 155.00 | -155.00 | 0.00 | | |

| TOTALS | -1 | | | | |
|---|---|---|---|---|---|
| | | | TOTAL | -155.00 | |
| | | | SALES TAX | 0.00 | PAYMENT TERMS |
| | | | INVOICE TOTAL | **$-155.00** | **Net 28 Days** |

**JAMBA JUICE & SMOOTHIES ARE HERE! CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

DATE

CUSTOMER SIGNATURE

PRINT NAME

State of CA Organic Reg #: 47884    CDFA #: A6504

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

DRIVER SIGNATURE

This invoice is printed on recycled paper.



**CK PRODUCE**

| Customer: | **58457** | | | | Invoice # |
|---|---|---|---|---|---|
| 408/503-6515 | | | | | **1786809** |

**Ship To:**

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
   408/503-6515

**Ship To:**
**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

Page: 1

P.O. Box 12838 – 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

**THIS IS A CREDIT MEMO**

9

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| 745129 | | 26 | PTSY | 1786393 | 05/23/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 90103 | | PLT | DEPOSIT PALLET | 5.00 | -40.00 | 0.00 | | |

| TOTALS | -8 | | | | | | |
|---|---|---|---|---|---|---|---|

| TOTAL | -40.00 |
|---|---|
| SALES TAX | 0.00 |
| INVOICE TOTAL | **$-40.00** |

**PAYMENT TERMS**
**Net 28 Days**

**JAMBA JUICE & SMOOTHIES ARE HERE! CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #:  47884    CDFA #:  A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.

# CK PRODUCE

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

**Customer:** 58457
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
408/503-6515

**Ship To:**
**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

Invoice #
**1789367**
Page: 1

THIS IS A CREDIT MEMO                                                                 9

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| 747938 | | 26 | PTSY | 1788338 | 06/05/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 12851 | | CTN | NOPALES DICED 12/1# | 14.85 | -14.85 | 0.00 | | |
| 13363 | | CTN | ONION GREEN MEXICAN 2 DOZ | 9.25 | -9.25 | 0.00 | | |

| TOTALS | -2 | | | | | | | |

| | | |
|---|---|---|
| TOTAL | -24.10 | |
| SALES TAX | 0.00 | **PAYMENT TERMS** |
| INVOICE TOTAL | **$-24.10** | **Net 28 Days** |

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivable of proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.





**Invoice #**
**1789877**

Customer: **58457**
408/503-6515

**Ship To:**
**Page: 1**

MERCADO SUVIANDA #1PRODUCE(S.JOSE)    **MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD                                      1070 S. WHITE RD
SAN JOSE, CA 95127                                  SAN JOSE, CA 95127
    408/503-6515

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com                                                                                        9

| PURCHASE ORDER NUMBER | ROUTE 018 | SALES REP 26 | SERVICE REP | OK ORDER NUMBER 1076361 | | INVOICE DATE 06/09/08 | | |
|---|---|---|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 40438 | 2 | CTN | BEAN GARBANZO "FRESH" 15# | 28.75 | 57.50 | 0.00 | | |
| 10306 | 2 | CTN | BEAN GREEN 30# | 34.75 | 69.50 | 0.00 | | |
| 10403 | 4 | CTN | BEET W-TOPS 12 CT | 11.00 | 44.00 | 0.00 | | |
| 10503 | 1 | CTN | BOK CHOY 30# | 10.50 | 10.50 | 0.00 | | |
| 10602 | 4 | CTN | BROCCOLI 18 CT | 8.00 | 32.00 | 0.00 | | |
| 10604 | 2 | CTN | BROCCOLI CROWN 20# | 9.00 | 18.00 | 0.00 | | |
| 10804 | 7 | CTN | CABBAGE GREEN CELLO 45# | 14.75 | 103.25 | 0.00 | | |
| 10810 | 2 | CTN | CABBAGE RED 45# | 27.00 | 54.00 | 0.00 | | |
| 12838 | 4 | CTN | CACTUS LEAF 35# W/B | 10.00 | 40.00 | 0.00 | | |
| 10932 | 3 | CTN | CARROT GF CTN 50# | 13.25 | 39.75 | 0.00 | | |
| 10926 | 3 | BALE | CARROT TABLE 10/5# | 13.50 | 40.50 | 0.00 | | |
| 10927 | 2 | BALE | CARROT TABLE 24/2# | 13.50 | 27.00 | 0.00 | | |
| 10916 | 1 | SK | CARROT W/P MINI 20/2# | 25.50 | 25.50 | 0.00 | | |
| 10942 | 1 | CTN | CARROT PETITE MICRO 12/12OZ | 12.25 | 12.25 | 0.00 | | |
| 10965 | 1 | CTN | CARROT GF SHREDDED 12/10oz | 9.25 | 9.25 | 0.00 | | |
| 11004 | 7 | CTN | CAULIFLOWER 12 CT | 9.85 | 68.95 | 0.00 | | |
| 11202 | 1 | CTN | CHARD RED 12CT | 12.25 | 12.25 | 0.00 | | |
| 11205 | 1 | CTN | CHARD SWISS 12CT | 12.25 | 12.25 | 0.00 | | |
| 11102 | 2 | CTN | CELERY 24 CT | 30.75 | 61.50 | 0.00 | | |
| 11303 | 7 | CTN | CILANTRO 60 CT | 12.75 | 89.25 | 0.00 | | |
| 11508 | 7 | CTN | CORN WHITE 48 CT | 14.85 | 103.95 | 0.00 | | |
| 11607 | 5 | BSHL | CUCUMBER S/S 72 CT | 28.75 | 143.75 | 0.00 | | |
| 11606 | 4 | CTN | CUCUMBER PICKLING 25# | 12.75 | 51.00 | 0.00 | | |
| 12201 | 2 | CTN | GARLIC LOOSE 30# | 13.75 | 27.50 | 0.00 | | |
| 11402 | 1 | CTN | GRNS COLLARD 24 CT | 16.00 | 16.00 | 0.00 | | |
| 13102 | 1 | CTN | GRNS MUSTARD CURLY 24 CT | 14.00 | 14.00 | 0.00 | | |
| 15601 | 1 | CTN | GUAJES 10# | 30.85 | 30.85 | 0.00 | | |
| 12412 | 2 | CTN | HERB BUNCH BASIL 6 CT | 5.25 | 10.50 | 0.00 | | |
| 12424 | 2 | CTN | HERB BUNCH MINT 6 CT | 4.50 | 9.00 | 0.00 | | |
| 12441 | 1 | DOZ | HERB EPAZOTE 1 DZ BUNCH | 9.00 | 9.00 | 0.00 | | |
| 12466 | 1 | CTN | HERB VERDOLAGA "PURSLANE" 24CT | 9.50 | 9.50 | 0.00 | | |
| 12813 | 1 | CTN | LEEK 12 CT | 16.25 | 16.25 | 0.00 | | |
| 12722 | 10 | CTN | LETTUCE CELLO 24 CT | 13.75 | 137.50 | 0.00 | | |

| TOTALS | | | | TOTAL | | | PAYMENT TERMS | |
|---|---|---|---|---|---|---|---|---|
| | | | | SALES TAX | | | | |
| | | **(Continued)** | | INVOICE TOTAL | | | | |

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE



A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.



**OK PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

| Customer: | 58457 |
| | 408/503-6515 |

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
    408/503-6515

**Ship To:**

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127

Invoice #
**1789877**
Page:    2

9

| PURCHASE ORDER NUMBER | ROUTE 018 | SALES REP 26 | SERVICE REP | OK ORDER NUMBER 1076361 | INVOICE DATE 06/09/08 |
| --- | --- | --- | --- | --- | --- |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 12710 | 1 | CTN * | LETTUCE GREEN LEAF 24 CT | 11.85 | 11.85 | 0.00 | | |
| 12712 | 1 | CTN * | LETTUCE RED LEAF 24 CT | 11.85 | 11.85 | 0.00 | | |
| 12715 | 1 | CTN * | LETTUCE ROMAINE 24 CT | 11.85 | 11.85 | 0.00 | | |
| 12902 | 1 | CTN | MANN'S BROC/STIR FRY 6/1# | 12.50 | 12.50 | 0.00 | | |
| 12821 | 1 | CTN | MANN'S BROC/VEG MDLY 6/1# | 12.00 | 12.00 | 0.00 | | |
| 13001 | 1 | FLT | MUSH WHT WHL 12/8 OZ | 14.00 | 14.00 | 0.00 | | |
| 13031 | 1 | FLT | MUSH WHT SLC 12/8OZ | 14.50 | 14.50 | 0.00 | | |
| 12851 | 2 | CTN | NOPALES DICED 12/1# | 16.00 | 32.00 | 0.00 | | |
| 13306 | 3 | CTN | ONION GREEN 48 CT ICELESS | 11.75 | 35.25 | 0.00 | | |
| 13363 | 7 | CTN | ONION GREEN MEXICAN 2 DOZ | 8.75 | 61.25 | 0.00 | | |
| 13335 | 3 | CTN | ONION RED MEDIUM 40# SWEET | 14.50 | 43.50 | 0.00 | | |
| 13341 | 10 | SK | ONION WHITE MEDIUM 50# | 17.00 | 170.00 | 0.00 | | |
| 15705 | 7 | BG | ONION YELLOW MED 50# | 10.75 | 75.25 | 0.00 | | |
| 13409 | 1 | CTN | PARSLEY BUNCH 30 CT | 14.00 | 14.00 | 0.00 | | |
| 13411 | 1 | CTN | PARSLEY HYE 30 ct | 12.50 | 12.50 | 0.00 | | |
| 13610 | 1 | CTN * | PEA SNOW CHINA 10# | 18.00 | 18.00 | 0.00 | | |
| 13741 | 3 | CTN * | PEPPER BELL GREEN LG 25# | 24.75 | 74.25 | 0.00 | | |
| 13730 | 3 | CTN * | PEPPER BELL RED 25# | 21.75 | 65.25 | 0.00 | | |
| 13807 | 2 | CTN * | POTATO RED "A" 50# | 17.75 | 35.50 | 0.00 | | |
| 13840 | 5 | CTN * | POTATO WHITE ROSE #1 50# | 18.00 | 90.00 | 0.00 | | |
| 14008 | 3 | CTN * | RADISH W-TOPS 48 CT | 13.00 | 39.00 | 0.00 | | |
| 14401 | 2 | CTN | SPINACH 24 CT | 12.25 | 24.50 | 0.00 | | |
| 14617 | 2 | CTN | SQUASH KABOCHA 35# | 28.75 | 57.50 | 0.00 | | |
| 14635 | 15 | CTN | SQUASH MEXICAN (GREY) | 12.85 | 192.75 | 0.00 | | |
| 14620 | 2 | CTN | SQUASH SPAGHETTI 35# | 16.25 | 32.50 | 0.00 | | |
| 14703 | 1 | CTN * | TARO ROOT SMALL 30# | 18.50 | 18.50 | 0.00 | | |
| 14968 | 5 | CTN * | TOMATO RED GRAPE CLAMSHELL 12 CT | 16.25 | 81.25 | 0.00 | | |
| 14905 | 10 | FLT | TOMATO 5X5 2-LAYER | 15.75 | 157.50 | 0.00 | | |
| 14921 | 50 | CTN * | TOMATO ROMA 25# | 15.75 | 787.50 | 0.00 | | |
| 15001 | 1 | SK | TURNIP 25# | 10.75 | 10.75 | 0.00 | | |
| 15101 | 1 | CTN | WATERCRESS 12 CT | 14.00 | 14.00 | 0.00 | | |
| 12866 | 1 | CTN | XOCONOTLE 10# | 14.50 | 14.50 | 0.00 | | |
| 15201 | 0 | CTN * | YAM #1 40# | 32.00 | 0.00 | 1.14 | 0.00 | |

| TOTALS | | | | TOTAL | | | PAYMENT TERMS | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | **(Continued)** | SALES TAX | | | | |
| | | | | INVOICE TOTAL | | | | |

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.



Customer: **58457**
408/503-6515

Invoice #
**1789877**
Page: 3

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
    408/503-6515

**Ship To:**

**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

9

| PURCHASE ORDER NUMBER | ROUTE 018 | SALES REP 26 | SERVICE REP | OK ORDER NUMBER 1076361 | | INVOICE DATE 06/09/08 |
|---|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 12825 | 1 | CTN | YUCCA ROOT 40# | 36.25 | 36.25 | 0.00 | | |
| 20158 | 5 | CTN | APPLE FUJI 80/88CT | 28.50 | 142.50 | 0.00 | | |
| 20216 | 5 | CTN | APPLE GALA 100ct | 30.00 | 150.00 | 0.00 | | |
| 20114 | 1 | CTN | APPLE GOLD DEL"PREM" 80/88CT | 33.00 | 33.00 | 0.00 | | |
| 20143 | 2 | CTN | APPLE RED DEL "PREM" 72/80CT 40# | 30.00 | 60.00 | 0.00 | | |
| 20303 | 3 | | APRICOT VF 8's/LGR 24# | 23.75 | 71.25 | 0.00 | | |
| 20439 | 15 | CTN | AVOCADO HASS PREC 60CT | 32.85 | 492.75 | 0.00 | | |
| 20510 | 0 | CTN | BANANA 4 CLR "CHIQUITA" | 22.50 | 0.00 | 0.00 | | |
| 20540 | 2 | CTN | BANANA BABY (DOMINICO)15# | 12.75 | 25.50 | 0.00 | | |
| 20507 | 2 | CTN | BANANA BURRO "COLOR" 40# | 12.25 | 24.50 | 0.00 | | |
| 20544 | 2 | CTN | BANANA MACHO (COLOR) 48# | 26.50 | 53.00 | 0.00 | | |
| 21010 | 1 | CTN | GRAPEFRUIT 40 CT | 14.00 | 14.00 | 0.00 | | |
| 21209 | 10 | CTN | KIWI FRUIT VF 117 CT | 16.75 | 167.50 | 0.00 | | |
| 21302 | 1 | CTN | LEMONS CHOICE 115 CT | 38.75 | 38.75 | 0.00 | | |
| 21728 | 2 | CTN | MAMEY CTN 25# | 48.00 | 96.00 | 0.00 | | |
| 21508 | 10 | CTN | MANGO ATAULFO 20 CT | 6.50 | 65.00 | 0.00 | | |
| 21502 | 50 | FLT | MANGO TOMMY 12 CT | 5.50 | 275.00 | 0.00 | | |
| 21619 | 10 | CTN | MELON HONEYDEW 5/6CT 25# | 7.85 | 78.50 | 0.00 | | |
| 21622 | 10 | CTN | MELON JUAN CANARY 25# | 16.50 | 165.00 | 0.00 | | |
| 21603 | 0 | UNIT | MELON TUSCAN 6/9CT 33# | 15.00 | 0.00 | 0.00 | | |
| 21912 | 10 | CTN | NECTARINE YLW 64 VF 25# | 18.75 | 187.50 | 0.00 | | |
| 22038 | 1 | BIN | ORANGES BIN 75/8# | 215.00 | 215.00 | 0.00 | | |
| 22044 | 10 | CTN | ORANGES NAVEL FCY 48/56 CT 38# | 17.50 | 175.00 | 0.00 | | |
| 22213 | 15 | CTN | PEACH YLW 64 VF 25# | 18.75 | 281.25 | 0.00 | | |
| 22327 | 2 | CTN | PEAR BOSC CHILEAN 70/80CT 40# | 38.00 | 76.00 | 0.00 | | |
| 22325 | 2 | CTN | PEAR D'ANJOU 60/70CT 44# | 26.75 | 53.50 | 0.00 | | |
| 22518 | 20 | CTN | PINEAPPLE GOLD 8CT | 12.00 | 240.00 | 0.00 | | |
| 14128 | 1 | CTN | SALAD CRSP ROM GRDN 12/12oz | 13.75 | 13.75 | 0.00 | | |
| 14235 | 1 | CTN | SALAD ITALIAN 6/10 OZ | 10.50 | 10.50 | 0.00 | | |
| 14230 | 1 | CTN | SALAD MIX 18/12 oz | 11.75 | 11.75 | 0.00 | | |
| 40501 | 1 | CTN | APPLE CANDY KIT 24/5 OZ | 22.00 | 22.00 | 0.00 | | |
| 40503 | 1 | CTN | APPLE CARAMEL KIT 24/5 OZ | 22.00 | 22.00 | 0.00 | | |
| 35911 | 1 | CTN | DRD FRT "WF" BANANA CHIPS 30/18OZ. | 53.50 | 53.50 | 0.00 | | |

| TOTALS | | | | TOTAL | | | PAYMENT TERMS | |
|---|---|---|---|---|---|---|---|---|
| | | | **(Continued)** | SALES TAX | | | | |
| | | | | INVOICE TOTAL | | | | |

DATE

CUSTOMER SIGNATURE

PRINT NAME

DRIVER SIGNATURE



A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #:  47884    CDFA #:  A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
or proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.



Customer: 58457
408/503-6515

Invoice #
1789877
Page: 4

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
408/503-6515

Ship To:
MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8800
www.okproduce.com

9

| PURCHASE ORDER NUMBER | ROUTE 018 | SALES REP 26 | SERVICE REP | OK ORDER NUMBER 1076361 | INVOICE DATE 06/09/08 |
|---|---|---|---|---|---|

| ITEM# | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 35900 | 2 | CTN | DRD FRT "WF" MANGO SLICES 18/16OZ. | 46.00 | 92.00 | 0.00 | | |
| 35908 | 2 | CTN | DRD FRT "WF" PAPAYA SPEARS 18/16oz | 35.50 | 71.00 | 0.00 | | |
| 35907 | 2 | CTN | DRD FRT "WF" PINEAPPLE RINGS 18/16oz | 35.50 | 71.00 | 0.00 | | |
| 35206 | 1 | SK | DRD HOMINY PURPLE 50# | 44.00 | 44.00 | 0.00 | | |
| 35207 | 1 | SK | DRD HOMINY WHITE 50# | 44.00 | 44.00 | 0.00 | | |
| 35802 | 5 | CTN | FRUIT ROLL APRICOT 48/.75 | 13.75 | 68.75 | 0.00 | | |
| 35803 | 5 | CTN | FRUIT ROLL CHERRY 48/.75 | 13.75 | 68.75 | 0.00 | | |
| 35805 | 5 | CTN | FRUIT ROLL GRAPE 48/.75 | 13.75 | 68.75 | 0.00 | | |
| 35801 | 5 | CTN | FRUIT ROLL GRN/APPLE 48/.75 | 13.75 | 68.75 | 0.00 | | |
| 35806 | 5 | CTN | FRUIT ROLL RSPBRY 48/.75 | 13.75 | 68.75 | 0.00 | | |
| 35807 | 5 | CTN | FRUIT ROLL STRWBRY 48/.75 | 13.75 | 68.75 | 0.00 | | |
| 41424 | 1 | CTN | JUICE POM/CHERRY 6/16 OZ | 16.75 | 16.75 | 0.00 | | |
| 41425 | 0 | CTN | JUICE POM/MANGO 6/16 OZ | 16.75 | 0.00 | 3.99 | 0.00 | |
| 35906 | 5 | CTN | NUTS "WF" PEANUTS/CACAHUATES 24/20OZ. | 45.50 | 227.50 | 0.00 | | |
| 20509 | 65 | CTN | BANANA 3 CLR "CHIQUITA" | 22.50 | 1462.50 | 0.80 | 617.50 | 29.69 |

NOTES: DARK STOP OK-DOUBLE CHECK

| 1789870 | 58457 | MERCADO SUVIANDA | 9 | LUS | 8EL | 0 | 9 | 9 | | 10 | | DEMAND |
| | | Pulp temp. | | | | | | | | | | |

7:00 / 10:00
NOTES: NO DRK STP/PALLET CHARGE

| 1789877 | 58457 | MERCADO SUVIANDA | 0 | LUS | 8EL | 0 | 0 | 0 | | | | ARMAND |
| | | Pulp temp. | | | | | | | | | | |

| TOTALS | 550 | | | | | | | | TOTAL | 9443.05 |
|---|---|---|---|---|---|---|---|---|---|---|

| | SALES TAX | 0.00 | PAYMENT TERMS |
| | INVOICE TOTAL | $9443.05 | Net 28 Days |

JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).    The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivable or proceeds from the sale of these commodities until full payment is received.



This invoice is printed on recycled paper.

# CK PRODUCE

Customer: **58457**
408/503-6515

Invoice #
**1790149**
Page: **1**

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
    408/503-6515

**Ship To:**
**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

9

| PURCHASE ORDER NUMBER | ROUTE 017 | SALES REP 26 | SERVICE REP | OK ORDER NUMBER 1076544 | | INVOICE DATE 06/10/08 |
|---|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 10403 | 4 | CTN * | BEET W-TOPS 12 CT | 11.00 | 44.00 | 0.00 | | |
| 10602 | 5 | CTN * | BROCCOLI 18 CT | 8.50 | 42.50 | 0.00 | | |
| 10604 | 6 | CTN * | BROCCOLI CROWN 20# | 9.00 | 54.00 | 0.00 | | |
| 12838 | 2 | CTN * | CACTUS LEAF 35# W/B | 10.00 | 20.00 | 0.00 | | |
| 11004 | 5 | CTN * | CAULIFLOWER 12 CT | 9.85 | 49.25 | 0.00 | | |
| 11102 | 2 | CTN * | CELERY 24 CT | 28.85 | 57.70 | 0.00 | | |
| 11303 | 10 | CTN * | CILANTRO 60 CT | 11.50 | 115.00 | 0.00 | | |
| 11606 | 4 | CTN * | CUCUMBER PICKLING 25# | 12.85 | 51.40 | 0.00 | | |
| 12412 | 1 | CTN | HERB BUNCH BASIL 6 CT | 5.25 | 5.25 | 0.00 | | |
| 12424 | 1 | CTN | HERB BUNCH MINT 6 CT | 4.50 | 4.50 | 0.00 | | |
| 12441 | 1 | DOZ * | HERB EPAZOTE 1 DZ BUNCH | 8.50 | 8.50 | 0.00 | | |
| 12466 | 1 | CTN * | HERB VERDOLAGA "PURSLANE" 24CT | 7.50 | 7.50 | 0.00 | | |
| 12503 | 5 | CTN * | JICAMA 40# | 12.50 | 62.50 | 0.00 | | |
| 12722 | 10 | CTN * | LETTUCE CELLO 24 CT | 12.50 | 125.00 | 0.00 | | |
| 12715 | 1 | CTN * | LETTUCE ROMAINE 24 CT | 11.85 | 11.85 | 0.00 | | |
| 13001 | 1 | FLT | MUSH WHT WHL 12/8 OZ | 14.00 | 14.00 | 0.00 | | |
| 13031 | 1 | FLT | MUSH WHT SLC 12/8OZ | 14.50 | 14.50 | 0.00 | | |
| 13306 | 5 | CTN * | ONION GREEN 48 CT ICELESS | 11.50 | 57.50 | 0.00 | | |
| 13341 | 20 | SK * | ONION WHITE MEDIUM 50# | 15.85 | 317.00 | 0.00 | | |
| 15705 | 10 | BG * | ONION YELLOW MED 50# | 10.25 | 102.50 | 0.00 | | |
| 13741 | 3 | CTN * | PEPPER BELL GREEN LG 25# | 26.85 | 80.55 | 0.00 | | |
| 13730 | 1 | CTN * | PEPPER BELL RED 25# | 21.85 | 21.85 | 0.00 | | |
| 13722 | 1 | W/B | PEPPER LONG GRN CHILE 25# | 17.85 | 17.85 | 0.00 | | |
| 13751 | 0 | CTN * | PEPPER MANZANO # | 55.00 | 0.00 | 0.00 | | |
| 13733 | 6 | W/B | PEPPER SERRANO CHILE W/B | 32.85 | 197.10 | 0.00 | | |
| 13823 | 10 | BALE * | POTATO RUSSET 5/10# | 11.50 | 115.00 | 0.00 | | |
| 13840 | 5 | CTN * | POTATO WHITE ROSE #1 50# | 19.00 | 95.00 | 0.00 | | |
| 14401 | 2 | CTN * | SPINACH 24 CT | 13.00 | 26.00 | 0.00 | | |
| 14651 | 3 | CTN * | SQUASH CHAYOTE 50CT | 30.85 | 92.55 | 0.00 | | |
| 14612 | 6 | CTN * | SQUASH ITALIAN FCY #1 | 19.85 | 119.10 | 0.00 | | |
| 14635 | 10 | CTN * | SQUASH MEXICAN (GREY) | 12.85 | 128.50 | 0.00 | | |
| 14905 | 10 | FLT * | TOMATO 5X5 2-LAYER | 15.00 | 150.00 | 0.00 | | |
| 14921 | 80 | CTN * | TOMATO ROMA 25# | 15.85 | 1268.00 | 0.00 | | |

| TOTALS | | | | TOTAL | | PAYMENT TERMS |
|---|---|---|---|---|---|---|
| | | | | SALES TAX | | |
| | | | | INVOICE TOTAL | | |

**(Continued)**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.





**OK PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

Customer: 58457
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
408/503-6515

Ship To:
MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127

Invoice #
1790149
Page: 2

9

| PURCHASE ORDER NUMBER | ROUTE 017 | SALES REP 26 | SERVICE REP | OK ORDER NUMBER 1076544 | INVOICE DATE 06/10/08 |
|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 15101 | 1 | CTN | WATERCRESS 12 CT | 14.00 | 14.00 | 0.00 | | |
| 20193 | 15 | CTN * | APPLE BRAEBURN "PREM" 80/88CT 40# | 28.00 | 420.00 | 0.00 | | |
| 20158 | 3 | CTN * | APPLE FUJI 80/88CT | 28.50 | 85.50 | 0.00 | | |
| 20510 | 50 | CTN * | BANANA 4 CLR "CHIQUITA" | 22.50 | 1125.00 | 0.00 | | |
| 20540 | 1 | CTN * | BANANA BABY (DOMINICO)15# | 11.85 | 11.85 | 0.00 | | |
| 20507 | 1 | CTN * | BANANA BURRO "COLOR" 40# | 12.25 | 12.25 | 0.00 | | |
| 20563 | 1 | CTN * | BANANA LEAVES 25# | 26.85 | 26.85 | 0.00 | | |
| 20544 | 2 | CTN * | BANANA MACHO (COLOR) 48# | 26.50 | 53.00 | 0.00 | | |
| 21508 | 10 | CTN * | MANGO ATAULFO 20 CT | 6.50 | 65.00 | 0.00 | | |
| 21502 | 80 | FLT * | MANGO TOMMY 12 CT | 4.90 | 392.00 | 0.00 | | |
| 21614 | 10 | CTN * | MELON GALIA 25# | 14.85 | 148.50 | 0.00 | | |
| 21619 | 15 | CTN * | MELON HONEYDEW 5/6CT 25# | 7.75 | 116.25 | 0.00 | | |
| 21616 | 10 | CTN * | MELON HNYDW ORNG FLSH 25# | 14.85 | 148.50 | 0.00 | | |
| 21622 | 10 | CTN * | MELON JUAN CANARY 25# | 14.85 | 148.50 | 0.00 | | |
| 21625 | 2 | BIN * | MELON WTRMLN BIN 700# | 145.00 | 290.00 | 0.00 | | |
| 21630 | 0 | BIN * | MELON WTRMLN SDLS BIN 700LB | 140.00 | 0.00 | 0.29 | 0.00 | |
| 21912 | 10 | CTN * | NECTARINE YLW 64 VF 25# | 18.00 | 180.00 | 0.00 | | |
| 22044 | 15 | CTN * | ORANGES NAVEL FCY 48/56 CT 38# | 17.50 | 262.50 | 0.00 | | |
| 22215 | 15 | CTN * | PEACH YLW 56 VF 25# | 16.85 | 252.75 | 0.00 | | |
| 22327 | 2 | CTN * | PEAR BOSC CHILEAN 70/80CT 40# | 38.00 | 76.00 | 0.00 | | |
| 22325 | 2 | CTN * | PEAR D'ANJOU 60/70CT 44# | 26.85 | 53.70 | 0.00 | | |
| 14128 | 1 | CTN | SALAD CRSP ROM GRDN 12/12oz | 13.75 | 13.75 | 0.00 | | |
| 14235 | 1 | CTN | SALAD ITALIAN 6/10 OZ | 10.50 | 10.50 | 0.00 | | |
| 14230 | 1 | CTN | SALAD MIX 18/12 oz | 11.75 | 11.75 | 0.00 | | |
| 20228 | 5 | CTN * | APPLE VARIETY GALA WAXF 113CT | 27.00 | 135.00 | 1.02 | 58.80 | 30.34 |
| 11508 | 12 | CTN * | CORN WHITE 48 CT | 14.85 | 178.20 | 0.44 | 75.24 | 29.69 |

| TOTALS | 507 | | | TOTAL | 7707.30 | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | SALES TAX | 0.00 | PAYMENT TERMS | | |
| | | | | INVOICE TOTAL | $7707.30 | Net 28 Days | | |

06/10/08    TRUCK# 205/806

**OK PRODUCE**
**TRUCK LOAD MANIFEST**

ROUTE#: 017

DRIVER (PRINT) Antonio R. Najera

TIME LEAVING : 2:30    AM / PM

| INVOICE | CUSTOMER | TIME IN | OUT | RETURNS | PALLETS DEL | P/U | RECEIVED BY: SIGNATURE | PRINT NAME |
|---|---|---|---|---|---|---|---|---|
| 1790149 | 58457  MERCADO SUVIANDA | 5:45 | 8:00 | Ø | 9 | | Armando | |
| | Pulp temp. | | | | | | DRIVER SIGNATURE | |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivable of proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.



**OK PRODUCE**

P.O. Box 12838 – 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

Customer: **58457**
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
    408/503-6515

**Ship To:**

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127

Invoice #
**1790413**
Page:  1

9

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| | 017 | 26 | | 1076695 | 06/11/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 10602 | 2 | CTN | BROCCOLI 18 CT | 8.50 | 17.00 | 0.00 | | |
| 10804 | 5 | CTN | CABBAGE GREEN CELLO 45# | 14.85 | 74.25 | 0.00 | | |
| 10926 | 2 | BALE | CARROT TABLE 10/5# | 13.50 | 27.00 | 0.00 | | |
| 11004 | 6 | CTN | CAULIFLOWER 12 CT | 18.50 | 111.00 | 0.00 | | |
| 11303 | 5 | CTN | CILANTRO 60 CT | 11.50 | 57.50 | 0.00 | | |
| 11508 | 5 | CTN | CORN WHITE 48 CT | 19.85 | 99.25 | 0.00 | | |
| 11606 | 5 | CTN | CUCUMBER PICKLING 25# | 12.85 | 64.25 | 0.00 | | |
| 12412 | 1 | CTN | HERB BUNCH BASIL 6 CT | 5.25 | 5.25 | 0.00 | | |
| 12424 | 1 | CTN | HERB BUNCH MINT 6 CT | 4.50 | 4.50 | 0.00 | | |
| 12441 | 5 | DOZ | HERB EPAZOTE 1 DZ BUNCH | 8.50 | 42.50 | 0.00 | | |
| 12466 | 1 | CTN | HERB VERDOLAGA "PURSLANE" 24CT | 7.50 | 7.50 | 0.00 | | |
| 13001 | 1 | FLT | MUSH WHT WHL 12/8 OZ | 14.00 | 14.00 | 0.00 | | |
| 13031 | 1 | FLT | MUSH WHT SLC 12/8OZ | 14.50 | 14.50 | 0.00 | | |
| 13306 | 6 | CTN | ONION GREEN 48 CT ICELESS | 11.50 | 69.00 | 0.00 | | |
| 13335 | 4 | CTN | ONION RED MEDIUM 40# SWEET | 14.50 | 58.00 | 0.00 | | |
| 13341 | 15 | SK | ONION WHITE MEDIUM 50# | 15.85 | 237.75 | 0.00 | | |
| 15705 | 7 | BG | ONION YELLOW MED 50# | 10.25 | 71.75 | 0.00 | | |
| 13741 | 2 | CTN | PEPPER BELL GREEN LG 25# | 26.85 | 53.70 | 0.00 | | |
| 13730 | 2 | CTN | PEPPER BELL RED 25# | 21.85 | 43.70 | 0.00 | | |
| 13713 | 1 | CTN | PEPPER BELL YELLOW 25# | 28.50 | 28.50 | 0.00 | | |
| 13733 | 6 | W/B | PEPPER SERRANO CHILE W/B | 32.85 | 197.10 | 0.00 | | |
| 14401 | 1 | CTN | SPINACH 24 CT | 13.00 | 13.00 | 0.00 | | |
| 14651 | 4 | CTN | SQUASH CHAYOTE 50CT | 30.85 | 123.40 | 0.00 | | |
| 14635 | 5 | CTN | SQUASH MEXICAN (GREY) | 15.85 | 79.25 | 0.00 | | |
| 14921 | 100 | CTN | TOMATO ROMA 25# | 15.00 | 1500.00 | 0.86 | 650.00 | 30.23 |
| 20193 | 15 | CTN | APPLE BRAEBURN "PREM" 80/88CT 40# | 28.00 | 420.00 | 0.00 | | |
| 20158 | 7 | CTN | APPLE FUJI 80/88CT | 28.50 | 199.50 | 0.00 | | |
| 20439 | 15 | CTN | AVOCADO HASS PREC 60CT | 36.85 | 552.75 | 0.00 | | |
| 20510 | 60 | CTN | BANANA 4 CLR "CHIQUITA" | 22.50 | 1350.00 | 0.80 | 570.00 | 29.69 |
| 21209 | 15 | CTN | KIWI FRUIT VF 117 CT | 16.75 | 251.25 | 0.00 | | |
| 21502 | 150 | FLT | MANGO TOMMY 12 CT | 4.90 | 735.00 | 0.00 | | |
| 21619 | 10 | CTN | MELON HONEYDEW 5/6CT 25# | 7.75 | 77.50 | 0.00 | | |
| 21625 | 2 | BIN | MELON WTRMLN BIN 700# | 145.00 | 290.00 | 0.00 | | |

| TOTALS | | | TOTAL | | | | PAYMENT TERMS | |
|---|---|---|---|---|---|---|---|---|
| | | | SALES TAX | | | | | |
| **(Continued)** | | | INVOICE TOTAL | | | | | |

DATE

CUSTOMER SIGNATURE

PRINT NAME

DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
or proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.





**OK PRODUCE**

Invoice #
**1790413**
Page:    2

Customer:  **58457**
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
408/503-6515

Ship To:
**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

9

| PURCHASE ORDER NUMBER | ROUTE 017 | SALES REP 26 | SERVICE REP | OK ORDER NUMBER 1076695 | INVOICE DATE 06/11/08 |
|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 21630 | 3 | BIN | MELON WTRMLN SDLS BIN 700LB | 140.00 | 420.00 | 0.00 | | |
| 21912 | 20 | CTN | NECTARINE YLW 64 VF 25# | 18.00 | 360.00 | 0.00 | | |
| 22109 | 35 | CTN | PAPAYA MARADOL "PREMIUM" 33# | 19.00 | 665.00 | 0.00 | | |
| 22327 | 2 | CTN | PEAR BOSC CHILEAN 70/80CT 40# | 38.00 | 76.00 | 0.00 | | |
| 22325 | 6 | CTN | PEAR D'ANJOU 60/70CT 44# | 26.85 | 161.10 | 0.00 | | |
| 22518 | 10 | CTN | PINEAPPLE GOLD 8CT | 13.25 | 132.50 | 0.00 | | |
| 22612 | 3 | CTN | PLUM BLACK 50/55 VF 28# | 26.00 | 78.00 | 0.00 | | |
| 22613 | 3 | | PLUM RED 50/55 VF 28# | 26.00 | 78.00 | 0.00 | | |
| 14128 | 1 | CTN | SALAD CRSP ROM GRDN 12/12oz | 13.75 | 13.75 | 0.00 | | |
| 21614 | 10 | CTN | MELON GALIA 25# | 14.85 | 148.50 | 0.85 | 64.00 | 30.12 |

| 1790413 | 58457 | MERCADO SUVIANDA . | | | | | *Armando* |
|---|---|---|---|---|---|---|---|

Pulp temp.

NOTES: NO DRK STP/PALLET CHARGE

| TOTALS | 560 | | | TOTAL | 9022.50 | PAYMENT TERMS Net 21 Days |
|---|---|---|---|---|---|---|
| | | | | SALES TAX | 0.00 | |
| | | | | INVOICE TOTAL | **$9022.50** | |

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

DATE

CUSTOMER SIGNATURE

PRINT NAME

DRIVER SIGNATURE



A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #:  47884     CDFA #:  A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.



**OK PRODUCE**

Customer: **58457**
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
408/503-6515

Invoice #
**1790685**
Page: 1

**Ship To:**
**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

P.O. Box 12838 – 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

9

| PURCHASE ORDER NUMBER | ROUTE 004 | SALES REP 26 | SERVICE REP | OK ORDER NUMBER 1076909 | | INVOICE DATE 06/12/08 |
|---|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 10306 | 1 | CTN * | BEAN GREEN 30# | 34.85 | 34.85 | 0.00 | | |
| 10403 | 2 | CTN | BEET W-TOPS 12 CT | 14.50 | 29.00 | 0.00 | | |
| 10602 | 5 | CTN * | BROCCOLI 18 CT | 8.50 | 42.50 | 0.00 | | |
| 10604 | 6 | CTN * | BROCCOLI CROWN 20# | 9.00 | 54.00 | 0.00 | | |
| 10804 | 7 | CTN * | CABBAGE GREEN CELLO 45# | 14.85 | 103.95 | 0.00 | | |
| 10932 | 2 | CTN * | CARROT GF CTN 50# | 13.25 | 26.50 | 0.00 | | |
| 10926 | 2 | BALE * | CARROT TABLE 10/5# | 13.50 | 27.00 | 0.00 | | |
| 10927 | 2 | BALE * | CARROT TABLE 24/2# | 13.50 | 27.00 | 0.00 | | |
| 11004 | 5 | CTN * | CAULIFLOWER 12 CT | 18.50 | 92.50 | 0.00 | | |
| 11303 | 10 | CTN * | CILANTRO 60 CT | 11.50 | 115.00 | 0.00 | | |
| 11508 | 10 | CTN * | CORN WHITE 48 CT | 19.85 | 198.50 | 0.00 | | |
| 11606 | 5 | CTN * | CUCUMBER PICKLING 25# | 12.85 | 64.25 | 0.00 | | |
| 12201 | 2 | CTN * | GARLIC LOOSE 30# | 12.75 | 25.50 | 0.00 | | |
| 12424 | 1 | CTN | HERB BUNCH MINT 6 CT | 4.50 | 4.50 | 0.00 | | |
| 12441 | 4 | DOZ * | HERB EPAZOTE 1 DZ BUNCH | 8.50 | 34.00 | 0.00 | | |
| 12466 | 4 | CTN * | HERB VERDOLAGA "PURSLANE" 24CT | 7.50 | 30.00 | 0.00 | | |
| 12722 | 15 | CTN * | LETTUCE CELLO 24 CT | 12.50 | 187.50 | 0.00 | | |
| 12712 | 1 | CTN * | LETTUCE RED LEAF 24 CT | 11.85 | 11.85 | 0.00 | | |
| 12715 | 1 | CTN * | LETTUCE ROMAINE 24 CT | 11.85 | 11.85 | 0.00 | | |
| 13001 | 1 | FLT | MUSH WHT WHL 12/8 OZ | 14.00 | 14.00 | 0.00 | | |
| 13031 | 1 | FLT | MUSH WHT SLC 12/8OZ | 14.50 | 14.50 | 0.00 | | |
| 13302 | 1 | SK | ONION BOILER 25# | 22.50 | 22.50 | 0.00 | | |
| 13306 | 4 | CTN * | ONION GREEN 48 CT ICELESS | 11.50 | 46.00 | 0.00 | | |
| 13341 | 15 | SK * | ONION WHITE MEDIUM 50# | 15.85 | 237.75 | 0.00 | | |
| 13741 | 1 | CTN * | PEPPER BELL GREEN LG 25# | 26.85 | 26.85 | 0.00 | | |
| 13713 | 2 | CTN | PEPPER BELL YELLOW 25# | 28.50 | 57.00 | 0.00 | | |
| 13807 | 2 | CTN * | POTATO RED "A" 50# | 17.85 | 35.70 | 0.00 | | |
| 13840 | 8 | CTN * | POTATO WHITE ROSE #1 50# | 19.00 | 152.00 | 0.00 | | |
| 14401 | 1 | CTN * | SPINACH 24 CT | 13.00 | 13.00 | 0.00 | | |
| 14651 | 5 | CTN * | SQUASH CHAYOTE 50CT | 30.85 | 154.25 | 0.00 | | |
| 14612 | 5 | CTN * | SQUASH ITALIAN FCY #1 | 19.85 | 99.25 | 0.00 | | |
| 14635 | 10 | CTN * | SQUASH MEXICAN (GREY) | 15.85 | 158.50 | 0.00 | | |
| 14921 | 100 | CTN * | TOMATO ROMA 25# | 15.00 | 1500.00 | 0.00 | | |

| TOTALS | | | | TOTAL | | PAYMENT TERMS | | |
|---|---|---|---|---|---|---|---|---|
| | | | | SALES TAX | | | | |
| | | **(Continued)** | | INVOICE TOTAL | | | | |

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884   CDFA #: A6504

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivable of proceeds from the sale of these commodities until full payment is received.



This invoice is printed on recycled paper.



**OK PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

| Customer: | **58457** |
| --- | --- |
| 408/503-6515 | |

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
408/503-6515

**Ship To:**
**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

| Invoice # |
| --- |
| **1790685** |
| Page:   2 |

9

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
| --- | --- | --- | --- | --- | --- |
| | 004 | 26 | | 1076909 | 06/12/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 15101 | 1 | CTN | WATERCRESS 12 CT | 14.00 | 14.00 | 0.00 | | |
| 12825 | 1 | CTN | YUCCA ROOT 40# | 36.25 | 36.25 | 0.00 | | |
| 20193 | 10 | CTN | APPLE BRAEBURN "PREM" 80/88CT 40# | 28.00 | 280.00 | 0.00 | | |
| 20158 | 5 | CTN | APPLE FUJI 80/88CT | 28.50 | 142.50 | 0.00 | | |
| 20114 | 2 | CTN | APPLE GOLD DEL"PREM" 80/88CT | 33.00 | 66.00 | 0.00 | | |
| 20157 | 2 | CTN | APPLE GRNYSMTH PREM 80/88 CT | 31.00 | 62.00 | 0.00 | | |
| 20143 | 3 | CTN | APPLE RED DEL "PREM" 72/80CT 40# | 30.00 | 90.00 | 0.00 | | |
| 20439 | 10 | CTN | AVOCADO HASS PREC 60CT | 36.85 | 368.50 | 0.00 | | |
| 20510 | 48 | CTN | BANANA 4 CLR "CHIQUITA" | 22.50 | 1080.00 | 0.00 | | |
| 20540 | 4 | CTN | BANANA BABY (DOMINICO)15# | 11.85 | 47.40 | 0.00 | | |
| 20507 | 1 | CTN | BANANA BURRO "COLOR" 40# | 12.25 | 12.25 | 0.00 | | |
| 20563 | 2 | CTN | BANANA LEAVES 25# | 26.85 | 53.70 | 0.00 | | |
| 20544 | 3 | CTN | BANANA MACHO (COLOR) 48# | 26.50 | 79.50 | 0.00 | | |
| 21209 | 10 | CTN | KIWI FRUIT VF 117 CT | 16.75 | 167.50 | 0.00 | | |
| 21502 | 100 | FLT | MANGO TOMMY 12 CT | 4.90 | 490.00 | 0.00 | | |
| 21608 | 35 | CTN | MELON CANTALOUPE 9CT 35# | 9.00 | 315.00 | 0.00 | | |
| 21619 | 10 | CTN | MELON HONEYDEW 5/6CT 25# | 7.75 | 77.50 | 0.00 | | |
| 21616 | 10 | CTN | MELON HNYDW ORNG FLSH 25# | 14.85 | 148.50 | 0.00 | | |
| 21630 | 5 | BIN | MELON WTRMLN SDLS BIN 700LB | 140.00 | 700.00 | 0.00 | | |
| 21912 | 10 | CTN | NECTARINE YLW 64 VF 25# | 18.00 | 180.00 | 0.00 | | |
| 22109 | 20 | CTN | PAPAYA MARADOL "PREMIUM" 33# | 19.00 | 380.00 | 0.00 | | |
| 22215 | 15 | CTN | PEACH YLW 56 VF 25# | 16.85 | 252.75 | 0.00 | | |
| 22327 | 3 | CTN | PEAR BOSC CHILEAN 70/80CT 40# | 38.00 | 114.00 | 0.00 | | |
| 22325 | 5 | CTN | PEAR D'ANJOU 60/70CT 44# | 26.85 | 134.25 | 0.00 | | |
| 22612 | 3 | CTN | PLUM BLACK 50/55 VF 28# | 26.00 | 78.00 | 0.00 | | |
| 22613 | 3 | | PLUM RED 50/55 VF 28# | 26.00 | 78.00 | 0.00 | | |
| 14128 | 1 | CTN | SALAD CRSP ROM GRDN 12/12oz | 13.75 | 13.75 | 0.00 | | |
| 14235 | 1 | CTN | SALAD ITALIAN 6/10 OZ | 10.50 | 10.50 | 0.00 | | |
| 14230 | 1 | CTN | SALAD MIX 18/12 oz | 11.75 | 11.75 | 0.00 | | |
| 20228 | 5 | CTN | APPLE VARIETY GALA WAXF 113CT | 27.00 | 135.00 | 1.02 | 58.80 | 30.34 |

| TOTALS | 570 | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |

| TOTAL | 9270.15 |
| --- | --- |
| SALES TAX | 0.00 |
| INVOICE TOTAL | **$9270.15** |

PAYMENT TERMS
**Net 21 Days**

State of CA Organic Reg#:  47884    CDFA#:  A6504

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6**
**VARIETIES IN YOUR STORE.**

DATE

| | NOTES: NO DRK STP/PALLET CHARGE |
| --- | --- |
| 1790685 | 58457  MERCADO SUVIANDA |
| | Pulp temp. |

PRINT NAME

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

DRIVER SIGNATURE

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).    The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivable or proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.

# CK PRODUCE

**Invoice #** 1790887
**Page:** 1

503-6515

**Ship To:**

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127

P.O. Box 12838 – 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

9

| PURCHASE ORDER NUMBER | | ROUTE 018 | SALES REP 26 | SERVICE REP CMAR | OK ORDER NUMBER 1077080 | | | INVOICE DATE 06/13/08 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ITEM # | QTY | PACK/SIZE | DESCRIPTION | | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% | |
| 20510 | 22 | CTN * | BANANA 4 CLR "CHIQUITA" | | 22.50 | 495.00 | 0.80 | 209.00 | 29.69 | |
| 40438 | 2 | CTN * | BEAN GARBANZO "FRESH" 15# | | 30.85 | 61.70 | 2.94 | 26.50 | 30.05 | |
| 10306 | 2 | CTN * | BEAN GREEN 30# | | 34.85 | 69.70 | 1.66 | 29.90 | 30.02 | |
| 10602 | 4 | CTN * | BROCCOLI 18 CT | | 10.50 | 42.00 | 0.83 | 17.76 | 29.72 | |
| 10804 | 5 | CTN * | CABBAGE GREEN CELLO 45# | | 14.85 | 74.25 | 0.47 | 31.50 | 29.79 | |
| 10932 | 2 | CTN * | CARROT GF CTN 50# | | 13.25 | 26.50 | 0.38 | 11.50 | 30.26 | |
| 11202 | 1 | CTN | CHARD RED 12CT | | 12.25 | 12.25 | 1.46 | 5.27 | 30.08 | |
| 11205 | 1 | CTN | CHARD SWISS 12CT | | 12.25 | 12.25 | 1.46 | 5.27 | 30.08 | |
| 11102 | 2 | CTN | CELERY 24 CT | | 27.25 | 54.50 | 1.62 | 23.26 | 29.91 | |
| 11303 | 10 | CTN * | CILANTRO 60 CT | | 11.50 | 115.00 | 0.27 | 47.00 | 29.01 | |
| 11607 | 2 | BSHL * | CUCUMBER S/S 72 CT | | 26.75 | 53.50 | 0.53 | 22.82 | 29.90 | |
| 11606 | 3 | CTN * | CUCUMBER PICKLING 25# | | 12.85 | 38.55 | 0.73 | 16.20 | 29.59 | |
| 12201 | 2 | CTN * | GARLIC LOOSE 30# | | 12.75 | 25.50 | 0.61 | 11.10 | 30.33 | |
| 12412 | 1 | CTN * | HERB BUNCH BASIL 6 CT | | 5.25 | 5.25 | 1.25 | 2.25 | 30.00 | |
| 12441 | 3 | DOZ * | HERB EPAZOTE 1 DZ BUNCH | | 8.50 | 25.50 | 1.01 | 10.86 | 29.87 | |
| 12722 | 10 | CTN * | LETTUCE CELLO 24 CT | | 12.50 | 125.00 | 0.74 | 52.60 | 29.62 | |
| 13001 | 1 | FLT * | MUSH WHT WHL 12/8 OZ | | 12.00 | 12.00 | 1.43 | 5.16 | 30.07 | |
| 13031 | 1 | FLT * | MUSH WHT SLC 12/8OZ | | 12.00 | 12.00 | 1.43 | 5.16 | 30.07 | |
| 12851 | 1 | CTN * | NOPALES DICED 12/1# | | 16.00 | 16.00 | 1.90 | 6.80 | 29.82 | |
| 13302 | 1 | SK | ONION BOILER 25# | | 22.50 | 22.50 | 1.29 | 9.75 | 30.23 | |
| 13306 | 4 | CTN * | ONION GREEN 48 CT ICELESS | | 11.50 | 46.00 | 0.34 | 19.28 | 29.53 | |
| 13332 | 5 | CTN * | ONION RED JUMBO 40# SWEET | | 14.00 | 70.00 | 0.50 | 30.00 | 30.00 | |
| 13341 | 10 | SK * | ONION WHITE MEDIUM 50# | | 15.85 | 158.50 | 0.45 | 66.50 | 29.56 | |
| 15705 | 5 | BG * | ONION YELLOW MED 50# | | 10.25 | 51.25 | 0.29 | 21.25 | 29.31 | |
| 13409 | 1 | CTN * | PARSLEY BUNCH 30 CT | | 14.00 | 14.00 | 0.67 | 6.10 | 30.35 | |
| 13411 | 1 | CTN * | PARSLEY HYE 30 ct | | 14.00 | 14.00 | 0.67 | 6.10 | 30.35 | |
| 13741 | 2 | CTN * | PEPPER BELL GREEN LG 25# | | 26.85 | 53.70 | 1.53 | 22.80 | 29.80 | |
| 13730 | 2 | CTN * | PEPPER BELL RED 25# | | 21.85 | 43.70 | 1.25 | 18.80 | 30.08 | |
| 12831 | 1 | CTN * | PEPPER CHILACA FRESH 10# | | 17.00 | 17.00 | 2.43 | 7.30 | 30.04 | |
| 13773 | 1 | CTN * | PEPPER DE ARBOL-FRESH 10# | | 23.85 | 23.85 | 3.41 | 10.25 | 30.06 | |
| 13807 | 2 | CTN * | POTATO RED "A" 50# | | 17.85 | 35.70 | 0.51 | 15.30 | 30.00 | |
| 13832 | 1 | CTN * | POTATO RUSSET 80 CT | | 25.00 | 25.00 | 0.71 | 10.50 | 29.58 | |
| 13840 | 4 | CTN * | POTATO WHITE ROSE #1 50# | | 19.00 | 76.00 | 0.54 | 32.00 | 29.63 | |

**TOTALS**

1790887    58457   MERCADO SUVIANDA       9 900    100    0    9 9   Armando    Armando
Pulp temp:



**CK PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

Customer:  58457
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
        408/503-6515

**Ship To:**
**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

Invoice #
**1790887**
Page:    2

9

| PURCHASE ORDER NUMBER | ROUTE 018 | SALES REP 26 | SERVICE REP CMAR | OK ORDER NUMBER 1077080 | | INVOICE DATE 06/13/08 | | |
|---|---|---|---|---|---|---|---|---|

| ITEM# | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 14401 | 1 | CTN * | SPINACH 24 CT | 13.00 | 13.00 | 0.77 | 5.48 | 29.65 |
| 14651 | 4 | CTN * | SQUASH CHAYOTE 50CT | 30.85 | 123.40 | 0.88 | 52.60 | 29.89 |
| 14612 | 3 | CTN * | SQUASH ITALIAN FCY #1 | 17.85 | 53.55 | 1.02 | 22.95 | 30.00 |
| 14635 | 15 | CTN * | SQUASH MEXICAN (GREY) | 15.85 | 237.75 | 0.94 | 100.65 | 29.74 |
| 14921 | 80 | CTN * | TOMATO ROMA 25# | 15.00 | 1200.00 | 0.86 | 520.00 | 30.23 |
| 15101 | 1 | CTN * | WATERCRESS 12 CT | 14.00 | 14.00 | 1.67 | 6.04 | 30.14 |
| 20193 | 10 | CTN * | APPLE BRAEBURN "PREM" 80/88CT 40# | 28.00 | 280.00 | 1.00 | 120.00 | 30.00 |
| 20158 | 4 | CTN * | APPLE FUJI 80/88CT | 30.00 | 120.00 | 1.07 | 51.20 | 29.91 |
| 20228 | 3 | CTN * | APPLE VARIETY GALA WAXF 113CT | 27.00 | 81.00 | 1.02 | 35.28 | 30.34 |
| 20114 | 2 | CTN * | APPLE GOLD DEL"PREM" 80/88CT | 33.00 | 66.00 | 1.18 | 28.40 | 30.08 |
| 20157 | 1 | CTN * | APPLE GRNYSMTH PREM 80/88 CT | 31.00 | 31.00 | 1.11 | 13.40 | 30.18 |
| 20439 | 10 | CTN * | AVOCADO HASS PREC 60CT | 37.85 | 378.50 | 0.90 | 161.50 | 29.91 |
| 20540 | 3 | CTN * | BANANA BABY (DOMINICO)15# | 11.85 | 35.55 | 1.13 | 15.30 | 30.09 |
| 20544 | 3 | CTN * | BANANA MACHO (COLOR) 48# | 26.50 | 79.50 | 0.79 | 34.26 | 30.12 |
| 20706 | 1 | CTN * | COCONUT-THAI SHAVED 9CT | 11.75 | 11.75 | 1.87 | 5.08 | 30.18 |
| 21010 | 1 | CTN * | GRAPEFRUIT 40 CT | 14.00 | 14.00 | 0.50 | 6.00 | 30.00 |
| 21209 | 15 | CTN * | KIWI FRUIT VF 117 CT | 16.75 | 251.25 | 0.20 | 99.75 | 28.42 |
| 21302 | 2 | CTN * | LEMONS CHOICE 115 CT | 38.75 | 77.50 | 0.48 | 32.90 | 29.80 |
| 21400 | 2 | CTN * | LEMON (SWEET) 40# | 33.00 | 66.00 | 1.18 | 28.40 | 30.08 |
| 21728 | 3 | CTN * | MAMEY CTN 25# | 48.00 | 144.00 | 2.74 | 61.50 | 29.93 |
| 21503 | 50 | FLT * | MANGO TOMMY 14 CT | 4.50 | 225.00 | 0.46 | 97.00 | 30.12 |
| 21608 | 30 | CTN * | MELON CANTALOUPE 9CT 35# | 8.50 | 255.00 | 0.35 | 112.50 | 30.61 |
| 21619 | 15 | CTN * | MELON HONEYDEW 5/6CT 25# | 7.75 | 116.25 | 0.44 | 48.75 | 29.55 |
| 21625 | 3 | BIN * | MELON WTRMLN BIN 700# | 145.00 | 435.00 | 0.30 | 195.00 | 30.95 |
| 21630 | 3 | BIN * | MELON WTRMLN SDLS BIN 700LB | 140.00 | 420.00 | 0.29 | 189.00 | 31.03 |
| 21912 | 10 | CTN * | NECTARINE YLW 64 VF 25# | 15.75 | 157.50 | 0.90 | 67.50 | 30.00 |
| 22044 | 10 | CTN * | ORANGES NAVEL FCY 48/56 CT 38# | 17.50 | 175.00 | 0.66 | 75.80 | 30.22 |
| 22109 | 15 | CTN * | PAPAYA MARADOL "PREMIUM" 33# | 19.00 | 285.00 | 0.82 | 120.90 | 29.79 |
| 22215 | 10 | CTN * | PEACH YLW 56 VF 25# | 15.75 | 157.50 | 0.90 | 67.50 | 30.00 |
| 22326 | 1 | CTN * | PEAR ASIAN 12/14 Ct | 12.00 | 12.00 | 1.71 | 5.10 | 29.82 |
| 22327 | 2 | CTN * | PEAR BOSC CHILEAN 70/80CT 40# | 38.00 | 76.00 | 1.36 | 32.80 | 30.15 |
| 22325 | 3 | CTN * | PEAR D'ANJOU 60/70CT 44# | 29.50 | 88.50 | 0.94 | 38.40 | 30.26 |
| 14230 | 1 | CTN | SALAD MIX 18/12 oz | 11.75 | 11.75 | 0.93 | 4.99 | 29.81 |

| TOTALS | | | | TOTAL | | PAYMENT TERMS | | |
|---|---|---|---|---|---|---|---|---|
| | | | | SALES TAX | | | | |
| | | **(Continued)** | | INVOICE TOTAL | | | | |

DATE

CUSTOMER SIGNATURE

PRINT NAME

DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884   CDFA #: A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.



**OK PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8800
www.okproduce.com

Customer: **58457**
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
408/503-6515

Ship To:
**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

Invoice #
**1790887**
Page: 3

9

| PURCHASE ORDER NUMBER | ROUTE 018 | SALES REP 26 | SERVICE REP CMAR | OK ORDER NUMBER 1077080 | | | | INVOICE DATE 06/13/08 | |
|---|---|---|---|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET.PRICE | RET.PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 11505 | 10 | CTN | CORN BICOLOR 48CT | 19.75 | 197.50 | 0.59 | 85.70 | 30.26 |

1790887    58457    **MERCADO SUVIANDA**    9 900  1000  ①  9 9  Armando  Areland

Pulp temp.

| TOTALS | 442 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|

| | |
|---|---|
| TOTAL | 7817.40 |
| SALES TAX | 0.00 |
| INVOICE TOTAL | **$7817.40** |

PAYMENT TERMS
Net 21 Days

JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.

_____  DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

state of CA Organic Reg #: 47884   CDFA #: A6504

he perishable agricultural commodities listed on this invoice are
dd subject to the statutory trust authorized by section 5(c) of the
erishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.

# OK PRODUCE

**Customer:** 58457
408/503-6515

**Invoice #**
**1791061**
Page: 1

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
408/503-6515

**Ship To:**
**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

**THIS IS A CREDIT MEMO**

9

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| 747941 | | 26 | PTSY | 1789353 | 06/13/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 13733 | | W/B | PEPPER SERRANO CHILE W/B | 32.75 | -98.25 | 0.00 | | |
| 13341 | | SK | ONION WHITE MEDIUM 50# | 17.00 | -68.00 | 0.00 | | |
| 90103 | | PLT | DEPOSIT PALLET | 5.00 | -65.00 | 0.00 | | |

| TOTALS | -20 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | TOTAL | -231.25 | | | |
| | | | | SALES TAX | 0.00 | PAYMENT TERMS | | |
| | | | | INVOICE TOTAL | $-231.25 | Net 21 Days | | |

**JAMBA JUICE & SMOOTHIES ARE HERE! CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.
State of CA Organic Reg #: 47884    CDFA #: A6504
The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

_____
DRIVER SIGNATURE

This invoice is printed on recycled paper.



**O K PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

| Customer: 58457 | | | | | |
| 408/503-6515 | | | | | |
| MERCADO SUVIANDA #1PRODUCE(S.JOSE) | | | | **Ship To:** | |
| 1070 S. WHITE RD | | | | MERCADO SUVIANDA #1PRODUCE(S.JOSE) | |
| SAN JOSE, CA 95127 | | | | 1070 S. WHITE RD | |
| 408/503-6515 | | | | SAN JOSE, CA 95127 | |

Invoice #
**1791101**
Page: 1

9

| PURCHASE ORDER NUMBER | ROUTE 017 | SALES REP 26 | SERVICE REP | OK ORDER NUMBER 1077272 | INVOICE DATE 06/14/08 |
| --- | --- | --- | --- | --- | --- |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 10604 | 2 | CTN * | BROCCOLI CROWN 20# | 11.50 | 23.00 | 0.00 | | |
| 10804 | 5 | CTN * | CABBAGE GREEN CELLO 45# | 14.85 | 74.25 | 0.00 | | |
| 10932 | 3 | CTN * | CARROT GF CTN 50# | 13.25 | 39.75 | 0.00 | | |
| 10926 | 3 | BALE * | CARROT TABLE 10/5# | 13.50 | 40.50 | 0.00 | | |
| 10927 | 3 | BALE * | CARROT TABLE 24/2# | 13.50 | 40.50 | 0.00 | | |
| 10949 | 3 | CTN * | CARROT W.P. MINI 40/1# | 24.50 | 73.50 | 0.00 | | |
| 11004 | 2 | CTN * | CAULIFLOWER 12 CT | 22.00 | 44.00 | 0.00 | | |
| 11102 | 3 | CTN * | CELERY 24 CT | 27.25 | 81.75 | 0.00 | | |
| 11508 | 10 | CTN * | CORN WHITE 48 CT | 19.85 | 198.50 | 0.00 | | |
| 11607 | 7 | BSHL * | CUCUMBER S/S 72 CT | 26.75 | 187.25 | 0.00 | | |
| 11606 | 10 | CTN * | CUCUMBER PICKLING 25# | 12.85 | 128.50 | 0.00 | | |
| 12201 | 3 | CTN * | GARLIC LOOSE 30# | 12.75 | 38.25 | 0.00 | | |
| 11402 | 1 | CTN * | GRNS COLLARD 24 CT | 16.00 | 16.00 | 0.00 | | |
| 13102 | 1 | CTN * | GRNS MUSTARD CURLY 24 CT | 14.00 | 14.00 | 0.00 | | |
| 12722 | 10 | CTN * | LETTUCE CELLO 24 CT | 12.50 | 125.00 | 0.00 | | |
| 12710 | 1 | CTN * | LETTUCE GREEN LEAF 24 CT | 11.85 | 11.85 | 0.00 | | |
| 12712 | 1 | CTN * | LETTUCE RED LEAF 24 CT | 11.85 | 11.85 | 0.00 | | |
| 12715 | 1 | CTN * | LETTUCE ROMAINE 24 CT | 11.85 | 11.85 | 0.00 | | |
| 13001 | 1 | FLT * | MUSH WHT WHL 12/8 OZ | 12.00 | 12.00 | 0.00 | | |
| 13031 | 1 | FLT * | MUSH WHT SLC 12/8OZ | 12.00 | 12.00 | 0.00 | | |
| 12851 | 2 | CTN * | NOPALES DICED 12/1# | 16.00 | 32.00 | 0.00 | | |
| 13341 | 10 | SK * | ONION WHITE MEDIUM 50# | 15.85 | 158.50 | 0.00 | | |
| 15705 | 7 | BG * | ONION YELLOW MED 50# | 10.25 | 71.75 | 0.00 | | |
| 13741 | 2 | CTN * | PEPPER BELL GREEN LG 25# | 26.85 | 53.70 | 0.00 | | |
| 13832 | 2 | CTN * | POTATO RUSSET 80 CT | 25.00 | 50.00 | 0.00 | | |
| 13840 | 7 | CTN * | POTATO WHITE ROSE #1 50# | 19.00 | 133.00 | 0.00 | | |
| 14651 | 5 | CTN * | SQUASH CHAYOTE 50CT | 30.85 | 154.25 | 0.00 | | |
| 14612 | 7 | CTN * | SQUASH ITALIAN FCY #1 | 17.85 | 124.95 | 0.00 | | |
| 14635 | 10 | CTN * | SQUASH MEXICAN (GREY) | 15.85 | 158.50 | 0.00 | | |
| 14905 | 10 | FLT * | TOMATO 5X5 2-LAYER | 13.00 | 130.00 | 0.00 | | |
| 14921 | 200 | CTN * | TOMATO ROMA 25# | 15.00 | 3000.00 | 0.00 | | |
| 15201 | 2 | CTN * | YAM #1 40# | 29.00 | 58.00 | 0.00 | | |
| 20157 | 3 | CTN * | APPLE GRNYSMTH PREM 80/88 CT | 31.00 | 93.00 | 0.00 | | |

| TOTALS | | | | TOTAL | | PAYMENT TERMS | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | SALES TAX | | | | |
| | | (Continued) | | INVOICE TOTAL | | | | |

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE



A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
or proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.



**Customer: 58457**
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
408/503-6515

**Ship To:**
MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127

Invoice #
**1791101**
Page: 2

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

9

| | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | | INVOICE DATE |
|---|---|---|---|---|---|---|
| PURCHASE ORDER NUMBER | 017 | 26 | | 1077272 | | 06/14/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GR% |
|---|---|---|---|---|---|---|---|---|
| 20439 | 20 | CTN * | AVOCADO HASS PREC 60CT | 37.85 | 757.00 | 0.00 | | |
| 20510 | 25 | CTN * | BANANA 4 CLR "CHIQUITA" | 22.50 | 562.50 | 0.00 | | |
| 20507 | 2 | CTN * | BANANA BURRO "COLOR" 40# | 12.25 | 24.50 | 0.00 | | |
| 20544 | 3 | CTN * | BANANA MACHO (COLOR) 48# | 26.50 | 79.50 | 0.00 | | |
| 21010 | 2 | CTN * | GRAPEFRUIT 40 CT | 14.00 | 28.00 | 0.00 | | |
| 21608 | 80 | CTN * | MELON CANTALOUPE 9CT 35# | 8.50 | 680.00 | 0.00 | | |
| 21619 | 10 | CTN * | MELON HONEYDEW 5/6CT 25# | 7.75 | 77.50 | 0.00 | | |
| 21630 | 4 | BIN * | MELON WTRMLN SDLS BIN 700LB | 140.00 | 560.00 | 0.00 | | |
| 21912 | 20 | CTN * | NECTARINE YLW 64 VF 25# | 15.75 | 315.00 | 0.00 | | |
| 22046 | 1 | BIN # | ORANGES LOOSE BIN 800# | 200.00 | 200.00 | 0.00 | | |
| 22109 | 10 | CTN * | PAPAYA MARADOL "PREMIUM" 33# | 19.00 | 190.00 | 0.00 | | |
| 22327 | 0 | CTN * | PEAR BOSC CHILEAN 70/80CT 40# | 38.00 | 0.00 | 1.36 | 0.00 | |
| 22325 | 2 | CTN * | PEAR D'ANJOU 60/70CT 44# | 29.50 | 59.00 | 0.00 | | |
| 22518 | 7 | CTN * | PINEAPPLE GOLD 8CT | 13.25 | 92.75 | 0.00 | | |

| 1791100 | 58457 | MERCADO SUVIANDA | | | | |
|---|---|---|---|---|---|---|
| | Pulp temp. | | | | | |

7:00 / 10:00
NOTES: NO DRK STP/PALLET CHARGE

| 1791101 | 58457 | MERCADO SUVIANDA | | | | |
|---|---|---|---|---|---|---|
| | Pulp temp. | | | | | |

NOTES: NO DRK STP/PALLET CHARGE

| 1791104 | 58457 | MERCADO SUVIANDA | | | | |
|---|---|---|---|---|---|---|
| | Pulp temp. | | | | | |

| TOTAL | 9027.70 |
|---|---|
| SALES TAX | 0.00 |
| INVOICE TOTAL | **$9027.70** |

PAYMENT TERMS
Net 21 Days

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #:  47884    CDFA #:  A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
or proceeds from the sale of these commodities until full payment is received.


This invoice is printed on recycled paper.



**Customer: 58457**
408/503-6515

Invoice #
**1791340**
Page: 1

**Ship To:**

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
408/503-6515

**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

9

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| | 018 | 26 | CMAR | 1077501 | 06/16/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 40438 | 2 | CTN * | BEAN GARBANZO "FRESH" 15# | 30.85 | 61.70 | 2.94 | 26.50 | 30.05 |
| 10306 | 2 | CTN * | BEAN GREEN 30# | 34.85 | 69.70 | 1.66 | 29.90 | 30.02 |
| 10602 | 3 | CTN * | BROCCOLI 18 CT | 10.50 | 31.50 | 0.83 | 13.32 | 29.72 |
| 10604 | 3 | CTN * | BROCCOLI CROWN 20# | 11.50 | 34.50 | 0.82 | 14.70 | 29.88 |
| 10804 | 4 | CTN * | CABBAGE GREEN CELLO 45# | 14.85 | 59.40 | 0.47 | 25.20 | 29.79 |
| 10932 | 3 | CTN * | CARROT GF CTN 50# | 13.25 | 39.75 | 0.38 | 17.25 | 30.26 |
| 10926 | 3 | BALE | CARROT TABLE 10/5# | 13.50 | 40.50 | 1.93 | 17.40 | 30.05 |
| 10927 | 3 | BALE | CARROT TABLE 24/2# | 13.50 | 40.50 | 0.80 | 17.10 | 29.69 |
| 10949 | 3 | CTN * | CARROT W.P. MINI 40/1# | 24.50 | 73.50 | 0.88 | 32.10 | 30.40 |
| 11004 | 2 | CTN * | CAULIFLOWER 12 CT | 22.00 | 44.00 | 2.62 | 18.88 | 30.03 |
| 11102 | 3 | CTN * | CELERY 24 CT | 27.25 | 81.75 | 1.62 | 34.89 | 29.91 |
| 11303 | 7 | CTN * | CILANTRO 60 CT | 11.50 | 80.50 | 0.31 | 49.70 | 38.17 |
| 11508 | 10 | CTN * | CORN WHITE 48 CT | 19.85 | 198.50 | 0.59 | 84.70 | 29.91 |
| 11607 | 4 | BSHL | CUCUMBER S/S 72 CT | 26.75 | 107.00 | 0.53 | 45.64 | 29.90 |
| 11606 | 5 | CTN * | CUCUMBER PICKLING 25# | 12.85 | 64.25 | 0.73 | 27.00 | 29.59 |
| 12201 | 2 | CTN * | GARLIC LOOSE 30# | 13.85 | 27.70 | 0.66 | 11.90 | 30.05 |
| 12214 | 1 | CTN * | GARLIC CHINESE 48/5PC VXR | 12.75 | 12.75 | 0.41 | 6.93 | 35.21 |
| 12412 | 1 | CTN * | HERB BUNCH BASIL 6 CT | 5.25 | 5.25 | 1.25 | 2.25 | 30.00 |
| 12424 | 1 | CTN * | HERB BUNCH MINT 6 CT | 4.50 | 4.50 | 6.43 | 1.93 | 30.02 |
| 12441 | 3 | DOZ | HERB EPAZOTE 1 DZ BUNCH | 7.50 | 22.50 | 1.07 | 16.02 | 41.59 |
| 12466 | 3 | CTN * | HERB VERDOLAGA "PURSLANE" 24CT | 8.50 | 25.50 | 0.57 | 15.54 | 37.87 |
| 12722 | 10 | CTN * | LETTUCE CELLO 24 CT | 12.50 | 125.00 | 0.82 | 71.80 | 36.48 |
| 12710 | 1 | CTN * | LETTUCE GREEN LEAF 24 CT | 11.85 | 11.85 | 0.71 | 5.19 | 30.46 |
| 12712 | 1 | CTN * | LETTUCE RED LEAF 24 CT | 11.85 | 11.85 | 0.71 | 5.19 | 30.46 |
| 12715 | 1 | CTN * | LETTUCE ROMAINE 24 CT | 11.85 | 11.85 | 0.71 | 5.19 | 30.46 |
| 13001 | 1 | FLT | MUSH WHT WHL 12/8 OZ | 14.00 | 14.00 | 1.67 | 6.04 | 30.14 |
| 13031 | 1 | FLT | MUSH WHT SLC 12/8OZ | 14.50 | 14.50 | 1.73 | 6.26 | 30.15 |
| 12851 | 2 | CTN * | NOPALES DICED 12/1# | 16.00 | 32.00 | 1.90 | 13.60 | 29.82 |
| 13306 | 4 | CTN * | ONION GREEN 48 CT ICELESS | 11.50 | 46.00 | 0.35 | 21.20 | 31.55 |
| 13363 | 4 | CTN * | ONION GREEN MEXICAN 2 DOZ | 9.85 | 39.40 | 0.59 | 17.24 | 30.44 |
| 13332 | 3 | CTN * | ONION RED JUMBO 40# SWEET | 16.85 | 50.55 | 0.60 | 21.45 | 29.79 |
| 13341 | 7 | SK * | ONION WHITE MEDIUM 50# | 15.85 | 110.95 | 0.49 | 60.55 | 35.31 |
| 15705 | 5 | BG * | ONION YELLOW MED 50# | 10.25 | 51.25 | 0.29 | 21.25 | 29.31 |

| TOTALS | | | | TOTAL | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | SALES TAX | | | PAYMENT TERMS | |
| | | **(Continued)** | | INVOICE TOTAL | | | | |

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884  CDFA #: A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.



**CK PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

Customer: **58457**
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
408/503-6515

**Ship To:**
**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

Invoice #
**1791340**
Page: 2

9

| PURCHASE ORDER NUMBER | ROUTE 018 | SALES REP 26 | SERVICE REP CMAR | OK ORDER NUMBER 1077501 | INVOICE DATE 06/16/08 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ITEM # | QTY | PACK/SIZE | DESCRIPTION | | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
| 13411 | 1 | CTN | PARSLEY HYE 30 ct | | 14.00 | 14.00 | 0.67 | 6.10 | 30.35 |
| 13741 | 2 | CTN * | PEPPER BELL GREEN LG 25# | | 26.85 | 53.70 | 1.53 | 22.80 | 29.80 |
| 13730 | 2 | CTN * | PEPPER BELL RED 25# | | 21.85 | 43.70 | 1.25 | 18.80 | 30.08 |
| 13713 | 1 | CTN | PEPPER BELL YELLOW 25# | | 26.75 | 26.75 | 1.53 | 11.50 | 30.07 |
| 12831 | 1 | CTN | PEPPER CHILACA FRESH 10# | | 17.00 | 17.00 | 2.43 | 7.30 | 30.04 |
| 13773 | 1 | CTN | PEPPER DE ARBOL-FRESH 10# | | 23.85 | 23.85 | 3.41 | 10.25 | 30.06 |
| 13718 | 3 | W/B | PEPPER JALAPENO CHILE W/B | | 16.75 | 50.25 | 0.71 | 30.69 | 37.92 |
| 13798 | 2 | W/B | PEPPER PASILLA W/B 22# | | 16.75 | 33.50 | 1.12 | 15.78 | 32.02 |
| 13733 | 2 | W/B | PEPPER SERRANO CHILE W/B | | 29.75 | 59.50 | 1.12 | 25.62 | 30.10 |
| 13738 | 1 | W/B | PEPPER CHILE YELLOW 32# | | 15.85 | 15.85 | 0.71 | 6.87 | 30.24 |
| 13832 | 2 | CTN | POTATO RUSSET 80 CT | | 25.00 | 50.00 | 0.71 | 21.00 | 29.58 |
| 13815 | 4 | BALE | POTATO RUSSET 10/5# | | 12.50 | 50.00 | 1.79 | 21.60 | 30.17 |
| 13823 | 4 | BALE | POTATO RUSSET 5/10# | | 11.50 | 46.00 | 3.29 | 19.80 | 30.09 |
| 13840 | 4 | CTN | POTATO WHITE ROSE #1 50# | | 19.00 | 76.00 | 0.54 | 32.00 | 29.63 |
| 14008 | 3 | CTN * | RADISH W-TOPS 48 CT | | 13.00 | 39.00 | 0.39 | 17.16 | 30.56 |
| 14401 | 1 | CTN | SPINACH 24 CT | | 13.00 | 13.00 | 0.77 | 5.48 | 29.65 |
| 14651 | 3 | CTN * | SQUASH CHAYOTE 50CT | | 30.85 | 92.55 | 0.88 | 39.45 | 29.89 |
| 14612 | 5 | CTN * | SQUASH ITALIAN FCY #1 | | 17.85 | 89.25 | 1.02 | 38.25 | 30.00 |
| 14635 | 7 | CTN * | SQUASH MEXICAN (GREY) | | 15.85 | 110.95 | 0.94 | 46.97 | 29.74 |
| 14803 | 10 | W/B | TOMATILLO W/B | | 16.75 | 167.50 | 0.70 | 98.50 | 37.03 |
| 14809 | 3 | CTN * | TOMATILLO MILPERO 10/1# | | 15.50 | 46.50 | 2.21 | 19.80 | 29.86 |
| 14905 | 7 | FLT | TOMATO 5X5 2-LAYER | | 13.00 | 91.00 | 0.93 | 39.20 | 30.11 |
| 14921 | 80 | CTN * | TOMATO ROMA 25# | | 15.85 | 1268.00 | 0.91 | 552.00 | 30.33 |
| 15001 | 1 | CTN | WATERCRESS 12 CT | | 14.00 | 14.00 | 1.67 | 6.04 | 30.14 |
| 20193 | 5 | CTN * | APPLE BRAEBURN "PREM" 80/88CT 40# | | 28.00 | 140.00 | 1.07 | 74.00 | 34.58 |
| 20158 | 2 | CTN * | APPLE FUJI 80/88CT | | 30.00 | 60.00 | 1.07 | 25.60 | 29.91 |
| 20228 | 2 | CTN * | APPLE VARIETY GALA WAXF 113CT | | 27.00 | 54.00 | 1.02 | 23.52 | 30.34 |
| 20114 | 2 | CTN * | APPLE GOLD DEL"PREM" 80/88CT | | 33.00 | 66.00 | 1.18 | 28.40 | 30.08 |
| 20157 | 1 | CTN * | APPLE GRNYSMTH PREM 80/88 CT | | 31.00 | 31.00 | 1.11 | 13.40 | 30.18 |
| 20143 | 2 | CTN * | APPLE RED DEL "PREM" 72/80CT 40# | | 30.00 | 60.00 | 1.07 | 25.60 | 29.91 |
| 20439 | 10 | CTN * | AVOCADO HASS PREC 60CT | | 37.85 | 378.50 | 0.90 | 161.50 | 29.91 |
| 20509 | 48 | CTN * | BANANA 3 CLR "CHIQUITA" | | 22.50 | 1080.00 | 0.80 | 456.00 | 29.69 |
| 20540 | 2 | CTN * | BANANA BABY (DOMINICO)15# | | 11.85 | 23.70 | 1.22 | 12.90 | 35.25 |

| TOTALS | | | | TOTAL | | | | PAYMENT TERMS | |
|---|---|---|---|---|---|---|---|---|---|
| | | | **(Continued)** | SALES TAX | | | | | |
| | | | | INVOICE TOTAL | | | | | |

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE



A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
or proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.



**CK PRODUCE**

Customer: 58457
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
  408/503-6515

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

**Ship To:**
**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

Invoice #
**1791340**
Page:    3

9

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | | INVOICE DATE | | |
|---|---|---|---|---|---|---|---|---|
| | 018 | 26 | CMAR | 1077501 | | 06/16/08 | | |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 20544 | 2 | CTN * | BANANA MACHO (COLOR) 48# | 26.50 | 53.00 | 0.79 | 22.84 | 30.12 |
| 20704 | 1 | CTN * | COCONUT WHITE FRESH 20CT | 22.75 | 22.75 | 1.63 | 9.85 | 30.21 |
| 20706 | 1 | CTN * | COCONUT-THAI SHAVED 9CT | 11.75 | 11.75 | 1.87 | 5.08 | 30.18 |
| 21010 | 1 | CTN * | GRAPEFRUIT 40 CT | 14.00 | 14.00 | 0.50 | 6.00 | 30.00 |
| 21130 | 5 | CTN * | GRAPES GREEN SDLS 18# | 16.50 | 82.50 | 1.31 | 35.40 | 30.03 |
| 21129 | 5 | CTN * | GRAPES RED SLDS 18# | 18.85 | 94.25 | 1.50 | 40.75 | 30.19 |
| 21302 | 1 | CTN * | LEMONS CHOICE 115 CT | 38.75 | 38.75 | 0.48 | 16.45 | 29.80 |
| 21408 | 8 | CTN * | LIMES 230CT | 12.75 | 102.00 | 0.08 | 45.20 | 30.71 |
| 21410 | 8 | CTN * | LIME KEY 17/2# | 15.00 | 120.00 | 1.26 | 51.36 | 29.97 |
| 21508 | 10 | CTN * | MANGO ATAULFO 20 CT | 6.50 | 65.00 | 0.46 | 27.00 | 29.35 |
| 21503 | 50 | FLT | MANGO TOMMY 14 CT | 4.50 | 225.00 | 0.56 | 167.00 | 42.60 |
| 21608 | 20 | CTN * | MELON CANTALOUPE 9CT 35# | 8.50 | 170.00 | 0.37 | 89.00 | 34.36 |
| 21625 | 1 | BIN * | MELON WTRMLN BIN 700# | 145.00 | 145.00 | 0.30 | 65.00 | 30.95 |
| 21630 | 1 | BIN * | MELON WTRMLN SDLS BIN 700LB | 140.00 | 140.00 | 0.30 | 70.00 | 33.33 |
| 21912 | 10 | CTN * | NECTARINE YLW 64 VF 25# | 18.00 | 180.00 | 1.08 | 90.00 | 33.33 |
| 22044 | 5 | CTN * | ORANGES NAVEL FCY 48/56 CT 38# | 17.50 | 87.50 | 0.66 | 37.90 | 30.22 |
| 22215 | 10 | CTN * | PEACH YLW 56 VF 25# | 16.25 | 162.50 | 0.93 | 70.00 | 30.11 |
| 22326 | 1 | CTN * | PEAR ASIAN 12/14 Ct | 12.00 | 12.00 | 1.71 | 5.10 | 29.82 |
| 22325 | 2 | CTN * | PEAR D'ANJOU 60/70CT 44# | 29.50 | 59.00 | 0.94 | 25.60 | 30.26 |
| 22518 | 3 | CTN * | PINEAPPLE GOLD 8CT | 13.25 | 39.75 | 2.37 | 17.13 | 30.12 |
| 22612 | 2 | CTN * | PLUM BLACK 50/55.VF 28# | 26.00 | 52.00 | 1.33 | 22.48 | 30.18 |
| 22613 | 2 | CTN * | PLUM RED 50/55 VF 28# | 25.50 | 51.00 | 1.30 | 21.80 | 29.95 |
| 21619 | 5 | CTN * | MELON HONEYDEW 5/6CT 25# | 7.75 | 38.75 | 0.45 | 17.50 | 31.11 |
| 22109 | 7 | CTN * | PAPAYA MARADOL "PREMIUM" 33# | 19.00 | 133.00 | 0.83 | 58.73 | 30.63 |

06/16/08    TRUCK# *900*    OK PRODUCE    ROUTE# 018

**TRUCK LOAD MANIFEST**

DRIVER (PRINT) : *ESCOBAR*                    TIME LEAVING : *12:30*    AM / PM

| INVOICE | CUSTOMER | TIME | | RETURNS | PALLETS | | RECEIVED BY: | |
|---|---|---|---|---|---|---|---|---|
| | | IN | OUT | | DEL | P/U | SIGNATURE | PRINT NAME |
| 1791340 | 58457  MERCADO SUVIANDA | 615 | 815 | 0 | 0 | 0 | *ARMANDO* | *ARMAND* |
| | Pulp temp. | | | | | | | |
| | 7:00 / 10:00 | | | | | | | |
| | NOTES: NO DRK STP/PALLET CHARGE | | | | | | | |

|  |  |
|---|---|
| SALES TAX | 0.00 |
| INVOICE TOTAL | $8129.00 |

PAYMENT TERMS
Net 21 Days

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #:  47884    CDFA #:  A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
or proceeds from the sale of these commodities until full payment is received.

_____
DRIVER SIGNATURE



This invoice is printed on recycled paper.



**OK PRODUCE**

P.O. Box 12838 – 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

Customer: **58457**
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
408/503-6515

Ship To:
**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

Invoice #
**1791535**
Page: 1

9

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| | 017 | 26 | | 1077621 | 06/17/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 10403 | 1 | CTN | BEET W-TOPS 12 CT | 14.50 | 14.50 | 0.00 | | |
| 10602 | 3 | CTN * | BROCCOLI 18 CT | 11.25 | 33.75 | 0.00 | | |
| 10604 | 3 | CTN | BROCCOLI CROWN 20# | 12.50 | 37.50 | 0.00 | | |
| 10804 | 5 | CTN * | CABBAGE GREEN CELLO 45# | 14.85 | 74.25 | 0.00 | | |
| 10807 | 1 | CTN | CABBAGE NAPPA 30# | 14.85 | 14.85 | 0.00 | | |
| 10810 | 2 | CTN | CABBAGE RED 45# | 19.00 | 38.00 | 0.00 | | |
| 10926 | 3 | BALE * | CARROT TABLE 10/5# | 13.50 | 40.50 | 0.00 | | |
| 10927 | 2 | BALE * | CARROT TABLE 24/2# | 13.50 | 27.00 | 0.00 | | |
| 11004 | 2 | CTN * | CAULIFLOWER 12 CT | 22.00 | 44.00 | 0.00 | | |
| 11102 | 2 | CTN * | CELERY 24 CT | 25.85 | 51.70 | 0.00 | | |
| 11303 | 10 | CTN * | CILANTRO 60 CT | 12.85 | 128.50 | 0.00 | | |
| 11508 | 10 | CTN * | CORN WHITE 48 CT | 16.75 | 167.50 | 0.00 | | |
| 11607 | 7 | BSHL * | CUCUMBER S/S 72 CT | 28.75 | 201.25 | 0.00 | | |
| 11606 | 7 | CTN * | CUCUMBER PICKLING 25# | 12.35 | 86.45 | 0.00 | | |
| 12722 | 10 | CTN * | LETTUCE CELLO 24 CT | 14.85 | 148.50 | 0.00 | | |
| 13306 | 2 | CTN * | ONION GREEN 48 CT ICELESS | 12.25 | 24.50 | 0.00 | | |
| 13363 | 10 | CTN * | ONION GREEN MEXICAN 2 DOZ | 10.35 | 103.50 | 0.00 | | |
| 13341 | 10 | SK * | ONION WHITE MEDIUM 50# | 16.50 | 165.00 | 0.00 | | |
| 15705 | 10 | BG * | ONION YELLOW MED 50# | 9.75 | 97.50 | 0.00 | | |
| 14401 | 1 | CTN * | SPINACH 24 CT | 13.00 | 13.00 | 0.00 | | |
| 14651 | 2 | CTN * | SQUASH CHAYOTE 50CT | 30.85 | 61.70 | 0.00 | | |
| 14612 | 3 | CTN * | SQUASH ITALIAN FCY #1 | 16.85 | 50.55 | 0.00 | | |
| 14635 | 10 | CTN * | SQUASH MEXICAN (GREY) | 14.85 | 148.50 | 0.00 | | |
| 14921 | 40 | CTN * | TOMATO ROMA 25# | 13.50 | 540.00 | 0.00 | | |
| 15101 | 1 | CTN | WATERCRESS 12 CT | 14.00 | 14.00 | 0.00 | | |
| 20193 | 10 | CTN * | APPLE BRAEBURN "PREM" 80/88CT 40# | 30.00 | 300.00 | 0.00 | | |
| 20510 | 48 | CTN * | BANANA 4 CLR "CHIQUITA" | 22.50 | 1080.00 | 0.00 | | |
| 20540 | 1 | CTN * | BANANA BABY (DOMINICO)15# | 13.00 | 13.00 | 0.00 | | |
| 20507 | 1 | CTN * | BANANA BURRO "COLOR" 40# | 12.25 | 12.25 | 0.00 | | |
| 20544 | 2 | CTN * | BANANA MACHO (COLOR) 48# | 26.50 | 53.00 | 0.00 | | |
| 21508 | 20 | CTN * | MANGO ATAULFO 20 CT | 6.50 | 130.00 | 0.00 | | |
| 21911 | 20 | CTN * | NECTARINE YLW 56 VF 25# | 16.85 | 337.00 | 0.00 | | |
| 22046 | 1 | BIN # | ORANGES LOOSE BIN 700# | 200.00 | 200.00 | 0.00 | | |

| TOTALS | | | | TOTAL | | PAYMENT TERMS | |
|---|---|---|---|---|---|---|---|
| | | | | SALES TAX | | | |
| **(Continued)** | | | | INVOICE TOTAL | | | |

DATE
_____

CUSTOMER SIGNATURE
_____

PRINT NAME
_____

DRIVER SIGNATURE
_____

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivable or proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.



# OK PRODUCE

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

Cust.   r.  **58457**
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
   408/503-6515

**1791535**
Page:   2

**Ship To:**
MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127

INVOICE DATE
06/17/08

9

| PURCHASE ORDER NUMBER | ROUTE 017 | SALES REP 26 | SERVICE REP | OK ORDER NUMBER 1077621 | | | | |
|---|---|---|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 22109 | 15 | CTN * | PAPAYA MARADOL "PREMIUM" 33# | 22.25 | 333.75 | 0.00 | | |
| 22325 | 3 | CTN * | PEAR D'ANJOU 60/70CT 44# | 28.50 | 85.50 | 0.00 | | |

---

06/17/08    TRUCK# : 201    **OK PRODUCE**    **ROUTE# : 017**

**TRUCK LOAD MANIFEST**

DRIVER (PRINT) : _Rodrigo Jaime_    TIME LEAVING : 1 30    (AM)/ PM

| INVOICE | CUSTOMER | TIME IN | TIME OUT | RETURNS | PALLETS DEL | PALLETS P/U | SIGNATURE | PRINT NAME |
|---|---|---|---|---|---|---|---|---|
| 1791534 | 23944 FOOD 4 LESS #7 4 OS | | | | | | | |
| 1791535 | 58457 MERCADO SUVIANDA | 1 30 | | 0 | | 9 | Gildardo | |
| | Pulp temp. | | | | | | | |
| | NOTES: NO DRK STP/PALLET CHARGE | | | | | | | |
| 1791542 | 37673 LUCKY 7 SUPERMARKET | 1 4 | | | | | | |

RECEIVED BY:

| TOTALS | 278 | | | | |
|---|---|---|---|---|---|

| TOTAL | 4871.00 |
|---|---|
| SALES TAX | 0.00 |
| INVOICE TOTAL | **$4871.00** |

**PAYMENT TERMS**
Net 21 Days

**JAMBA JUICE & SMOOTHIES ARE HERE! CONTACT YOUR SALES REP TO GET ALL 6 VARIETIES IN YOUR STORE.**

. DATE
_____

CUSTOMER SIGNATURE
_____

PRINT NAME
_____

DRIVER SIGNATURE
_____

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.
State of CA Organic Reg #:  47884    CDFA #:  A8504
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivable of proceeds from the sale of these commodities until full payment is received.


This invoice is printed on recycled paper.



**OK PRODUCE**

Customer: **58457**
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
    408/503-6515

Ship To:

**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

Invoice #
**1791810**
Page: 1

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

THIS IS A CREDIT MEMO

9

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | | INVOICE DATE |
|---|---|---|---|---|---|---|
| 747945 | | 26 | PTSY | 1790887 | | 06/17/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 12831 | | CTN | PEPPER CHILACA FRESH 10# | 17.00 | -17.00 | 0.00 | | |
| 14635 | | CTN | SQUASH MEXICAN (GREY) | 15.85 | -237.75 | 0.00 | | |

| TOTALS | -16 | | | TOTAL | -254.75 | | PAYMENT TERMS |
|---|---|---|---|---|---|---|---|
| | | | | SALES TAX | 0.00 | | Net 21 Days |
| | | | | INVOICE TOTAL | $-254.75 | | |

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

State of CA Organic Reg #:  47884    CDFA #:  A6504

_____    DATE

_____    CUSTOMER SIGNATURE

_____    PRINT NAME

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

_____    DRIVER SIGNATURE

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.



This invoice is printed on recycled paper.



**Customer:** 58457
408/503-6515

**Ship To:**

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
   408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127

**Invoice #**
**1791868**
Page:    1

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

9

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| | 018 | 26 | CMAR | 1077888 | 06/18/08 |

| ITEM# | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 40438 | 1 | CTN | BEAN GARBANZO "FRESH" 15# | 30.85 | 30.85 | 2.94 | 13.25 | 30.05 |
| 10306 | 2 | CTN | BEAN GREEN 30# | 34.85 | 69.70 | 1.66 | 29.90 | 30.02 |
| 10602 | 3 | CTN | BROCCOLI 18 CT | 11.25 | 33.75 | 0.89 | 14.31 | 29.78 |
| 10604 | 3 | CTN | BROCCOLI CROWN 20# | 12.50 | 37.50 | 0.89 | 15.90 | 29.78 |
| 10804 | 7 | CTN | CABBAGE GREEN CELLO 45# | 14.85 | 103.95 | 0.47 | 44.10 | 29.79 |
| 12838 | 5 | CTN | CACTUS LEAF 35# W/B | 10.75 | 53.75 | 0.40 | 22.25 | 29.28 |
| 10932 | 2 | CTN | CARROT GF CTN 50# | 13.25 | 26.50 | 0.38 | 11.50 | 30.26 |
| 11004 | 2 | CTN | CAULIFLOWER 12 CT | 22.00 | 44.00 | 2.62 | 18.88 | 30.03 |
| 11303 | 8 | CTN | CILANTRO 60 CT | 12.85 | 102.80 | 0.31 | 46.00 | 30.91 |
| 11508 | 10 | CTN | CORN WHITE 48 CT | 16.75 | 167.50 | 0.50 | 72.50 | 30.21 |
| 11607 | 5 | BSHL | CUCUMBER S/S 72 CT | 28.75 | 143.75 | 0.57 | 61.45 | 29.95 |
| 11606 | 5 | CTN | CUCUMBER PICKLING 25# | 12.35 | 61.75 | 0.71 | 27.00 | 30.42 |
| 12722 | 10 | CTN | LETTUCE CELLO 24 CT | 14.85 | 148.50 | 0.88 | 62.70 | 29.69 |
| 13306 | 2 | CTN | ONION GREEN 48 CT ICELESS | 12.25 | 24.50 | 0.36 | 10.06 | 29.11 |
| 13363 | 8 | CTN | ONION GREEN MEXICAN 2 DOZ | 10.35 | 82.80 | 0.62 | 36.24 | 30.44 |
| 13341 | 8 | SK | ONION WHITE MEDIUM 50# | 16.50 | 132.00 | 0.47 | 56.00 | 29.79 |
| 15705 | 8 | BG | ONION YELLOW MED 50# | 9.75 | 78.00 | 0.28 | 34.00 | 30.36 |
| 14651 | 2 | CTN | SQUASH CHAYOTE 50CT | 30.85 | 61.70 | 0.88 | 26.30 | 29.89 |
| 14612 | 3 | CTN | SQUASH ITALIAN FCY #1 | 16.85 | 50.55 | 0.96 | 21.45 | 29.79 |
| 14635 | 10 | CTN | SQUASH MEXICAN (GREY) | 14.85 | 148.50 | 0.88 | 62.70 | 29.69 |
| 14921 | 40 | CTN | TOMATO ROMA 25# | 13.50 | 540.00 | 0.77 | 230.00 | 29.87 |
| 15101 | 1 | CTN | WATERCRESS 12 CT | 14.00 | 14.00 | 1.67 | 6.04 | 30.14 |
| 20510 | 48 | CTN | BANANA 4 CLR "CHIQUITA" | 22.50 | 1080.00 | 0.80 | 456.00 | 29.69 |
| 20544 | 2 | CTN | BANANA MACHO (COLOR) 48# | 26.50 | 53.00 | 0.79 | 22.84 | 30.12 |
| 22809 | 50 | CTN | BERRY STRWBRY LTD ED 8/1# | 10.50 | 525.00 | 1.88 | 227.00 | 30.19 |
| 21130 | 5 | CTN | GRAPES GREEN SDLS 18# | 16.50 | 82.50 | 1.31 | 35.40 | 30.03 |
| 21129 | 5 | CTN | GRAPES RED SLDS 18# | 18.85 | 94.25 | 1.50 | 40.75 | 30.19 |
| 21410 | 10 | CTN | LIME KEY 17/2# | 15.00 | 150.00 | 1.26 | 64.20 | 29.97 |
| 21508 | 20 | CTN | MANGO ATAULFO 20 CT | 6.50 | 130.00 | 0.46 | 54.00 | 29.35 |
| 21502 | 100 | FLT | MANGO TOMMY 12 CT | 4.90 | 490.00 | 0.58 | 206.00 | 29.60 |
| 21625 | 1 | BIN | MELON WTRMLN BIN 700# | 145.00 | 145.00 | 0.30 | 65.00 | 30.95 |
| 21630 | 1 | BIN | MELON WTRMLN SDLS BIN 700LB | 145.00 | 145.00 | 0.30 | 65.00 | 30.95 |
| 21911 | 10 | CTN | NECTARINE YLW 56 VF 25# | 16.85 | 168.50 | 0.96 | 71.50 | 29.79 |

| TOTALS | | | | TOTAL | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | SALES TAX | | | PAYMENT TERMS | |
| | | **(Continued)** | | INVOICE TOTAL | | | | |

DATE

_____

CUSTOMER SIGNATURE

_____

PRINT NAME

_____

DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #:  47884   CDFA #:  A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
or proceeds from the sale of these commodities until full payment is received.



This invoice is printed on recycled paper.



Customer: 58457
408/503-6515

Invoice #
**1791868**
Page: 2

**Ship To:**
**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
408/503-6515

P.O. Box 12838 – 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

| PURCHASE ORDER NUMBER | ROUTE 018 | SALES REP 26 | SERVICE REP CMAR | OK ORDER NUMBER 1077888 | INVOICE DATE 06/18/08 |
|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | REP GP% |
|---|---|---|---|---|---|---|---|---|
| 22109 | 10 | CTN | PAPAYA MARADOL "PREMIUM" 33# | 22.25 | 222.50 | 0.96 | 94.30 | 29.77 |
| 22215 | 30 | CTN | PEACH YLW 56 VF 25# | 16.85 | 505.50 | 0.96 | 214.50 | 29.79 |
| 22325 | 2 | CTN | PEAR D'ANJOU 60/70CT 44# | 28.50 | 57.00 | 0.90 | 24.00 | 29.63 |
| 22518 | 30 | CTN | PINEAPPLE GOLD 8CT | 12.50 | 375.00 | 2.23 | 160.20 | 29.93 |
| 10949 | 3 | CTN | CARROT W.P. MINI 40/1# | 24.50 | 73.50 | 0.88 | 32.10 | 30.40 |
| 13733 | 5 | W/B | PEPPER SERRANO CHILE W/B | 25.00 | 125.00 | 0.94 | 53.60 | 30.01 |
| 13840 | 10 | CTN | POTATO WHITE ROSE #1 50# | 16.85 | 168.50 | 0.48 | 71.50 | 29.79 |
| 22612 | 5 | CTN | PLUM BLACK 50/55 VF 28# | 26.00 | 130.00 | 1.33 | 56.20 | 30.18 |
| 14008 | 5 | CTN | RADISH W-TOPS 48 CT | 12.75 | 63.75 | 0.38 | 27.45 | 30.10 |
| 14401 | 1 | CTN | SPINACH 24 CT | 13.00 | 13.00 | 0.77 | 5.48 | 29.65 |
| 10926 | 1 | BALE | CARROT TABLE 10/5# | 13.50 | 13.50 | 1.93 | 5.80 | 30.05 |
| 10927 | 1 | BALE | CARROT TABLE 24/2# | 13.50 | 13.50 | 0.80 | 5.70 | 29.69 |
| 11102 | 2 | CTN | CELERY 24 CT | 25.85 | 51.70 | 1.54 | 22.22 | 30.06 |
| 12710 | 3 | CTN | LETTUCE GREEN LEAF 24 CT | 11.85 | 35.55 | 0.71 | 15.57 | 30.46 |
| 12712 | 3 | CTN | LETTUCE RED LEAF 24 CT | 11.85 | 35.55 | 0.71 | 15.57 | 30.46 |
| 12715 | 3 | CTN | LETTUCE ROMAINE 24 CT | 11.85 | 35.55 | 0.71 | 15.57 | 30.46 |
| 90103 | 12 | PLT | DEPOSIT PALLET | 5.00 | 60.00 | 0.00 | | |

| 1791868 | 58457  MERCADO SUVIANDA | | | | | | |
|---|---|---|---|---|---|---|---|
| | Pulp temp. | 7 | 830 930 | O | 7 13 | Armando | ARMAND |

| TOTALS | 523 | | | TOTAL | 7198.70 |
|---|---|---|---|---|---|
| | | | | SALES TAX | 0.00 |
| | | | | INVOICE TOTAL | **$7198.70** |

PAYMENT TERMS
**Net 21 Days**

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.
State of CA Organic Reg #:  47884   CDFA #:  A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable,
of proceeds from the sale of these commodities until full payment is received.

_____
DRIVER SIGNATURE

This invoice is printed on recycled paper.

**CK PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

Customer: **58457**
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
    408/503-6515

**Ship To:**
MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127

Invoice #
**1792084**
Page:    1

9

| PURCHASE ORDER NUMBER | ROUTE 004 | SALES REP 26 | SERVICE REP | OK ORDER NUMBER 1077986 | INVOICE DATE 06/19/08 |
|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 10403 | 1 | CTN | BEET W-TOPS 12 CT | 14.50 | 14.50 | 0.00 | | |
| 10602 | 5 | CTN * | BROCCOLI 18 CT | 11.25 | 56.25 | 0.00 | | |
| 10604 | 4 | CTN * | BROCCOLI CROWN 20# | 12.50 | 50.00 | 0.00 | | |
| 10804 | 10 | CTN * | CABBAGE GREEN CELLO 45# | 14.85 | 148.50 | 0.00 | | |
| 10932 | 1 | CTN * | CARROT GF CTN 50# | 13.25 | 13.25 | 0.00 | | |
| 10926 | 4 | BALE * | CARROT TABLE 10/5# | 13.50 | 54.00 | 0.00 | | |
| 10927 | 2 | BALE * | CARROT TABLE 24/2# | 13.50 | 27.00 | 0.00 | | |
| 11004 | 1 | CTN * | CAULIFLOWER 12 CT | 22.00 | 22.00 | 0.00 | | |
| 11102 | 2 | CTN * | CELERY 24 CT | 25.85 | 51.70 | 0.00 | | |
| 11303 | 10 | CTN * | CILANTRO 60 CT | 12.85 | 128.50 | 0.00 | | |
| 11607 | 10 | BSHL * | CUCUMBER S/S 72 CT | 28.75 | 287.50 | 0.00 | | |
| 12722 | 10 | CTN * | LETTUCE CELLO 24 CT | 14.85 | 148.50 | 0.00 | | |
| 13001 | 1 | FLT | MUSH WHT WHL 12/8 OZ | 14.00 | 14.00 | 0.00 | | |
| 13031 | 1 | FLT | MUSH WHT SLC 12/8OZ | 14.50 | 14.50 | 0.00 | | |
| 13306 | 2 | CTN * | ONION GREEN 48 CT ICELESS | 12.25 | 24.50 | 0.00 | | |
| 13341 | 10 | SK * | ONION WHITE MEDIUM 50# | 16.50 | 165.00 | 0.00 | | |
| 15705 | 8 | BG * | ONION YELLOW MED 50# | 9.75 | 78.00 | 0.00 | | |
| 13832 | 2 | CTN * | POTATO RUSSET  80 CT | 25.00 | 50.00 | 0.00 | | |
| 13840 | 15 | CTN * | POTATO WHITE ROSE #1 50# | 16.85 | 252.75 | 0.00 | | |
| 13841 | 15 | BALE * | POTATO WHITE #2 5/10# | 9.00 | 135.00 | 0.00 | | |
| 14401 | 1 | CTN * | SPINACH 24 CT | 13.00 | 13.00 | 0.00 | | |
| 15101 | 1 | CTN * | WATERCRESS 12 CT | 14.00 | 14.00 | 0.00 | | |
| 15201 | 2 | CTN * | YAM #1 40# | 29.00 | 58.00 | 0.00 | | |
| 20193 | 10 | CTN * | APPLE BRAEBURN "PREM" 80/88CT 40# | 30.00 | 300.00 | 0.00 | | |
| 20158 | 5 | CTN * | APPLE FUJI 80/88CT | 30.00 | 150.00 | 0.00 | | |
| 20114 | 2 | CTN * | APPLE GOLD DEL"PREM" 80/88CT | 33.00 | 66.00 | 0.00 | | |
| 20157 | 2 | CTN * | APPLE GRNSMTH PREM 80/88 CT | 31.00 | 62.00 | 0.00 | | |
| 20143 | 4 | CTN * | APPLE RED DEL "PREM" 72/80CT 40# | 30.00 | 120.00 | 0.00 | | |
| 20303 | 2 | * | APRICOT VF 8's/LGR 24# | 21.25 | 42.50 | 0.00 | | |
| 20510 | 30 | CTN * | BANANA 4 CLR "CHIQUITA" | 22.50 | 675.00 | 0.00 | | |
| 20540 | 1 | CTN * | BANANA BABY (DOMINICO)15# | 13.00 | 13.00 | 0.00 | | |
| 20507 | 1 | CTN * | BANANA BURRO "COLOR" 40# | 12.25 | 12.25 | 0.00 | | |
| 20544 | 2 | CTN * | BANANA MACHO (COLOR) 48# | 26.50 | 53.00 | 0.00 | | |

| TOTALS | | | | TOTAL | | | PAYMENT TERMS | |
|---|---|---|---|---|---|---|---|---|
| | | | | SALES TAX | | | | |
| | | | | INVOICE TOTAL | | | | |

**(Continued)**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE



A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884   CDFA #: A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.



**OK PRODUCE**

.O. Box 12838 - 1762 G Street
resno, CA 93779-2838
59) 445-8600
ww.okproduce.com

Customer: **58457**
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
   408/503-6515

Ship To:
**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

Invoice #
**1792084**
Page: 2

9

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| | 004 | 26 | | 1077986 | 06/19/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 21502 | 50 | FLT * | MANGO TOMMY 12 CT | 4.90 | 245.00 | 0.00 | | |
| 21608 | 60 | CTN * | MELON CANTALOUPE 9CT 35# | 9.00 | 540.00 | 0.00 | | |
| 21625 | 0 | BIN * | MELON WTRMLN BIN 700# | 145.00 | 0.00 | 0.30 | 0.00 | |
| 21630 | 1 | BIN * | MELON WTRMLN SDLS BIN 700LB | 145.00 | 145.00 | 0.00 | | |
| 22046 | 2 | BIN # | ORANGES LOOSE BIN 700# | 200.00 | 400.00 | 0.00 | | |
| 22215 | 20 | CTN * | PEACH YLW 56 VF 25# | 16.85 | 337.00 | 0.00 | | |
| 22325 | 6 | CTN * | PEAR D'ANJOU 60/70CT 44# | 28.50 | 171.00 | 0.00 | | |
| 10815 | 1 | CTN | SALAD COLESLAW PLAIN 12/16oz | 9.75 | 9.75 | 0.00 | | |
| 14128 | 1 | CTN | SALAD CRSP ROM GRDN 12/12oz | 13.75 | 13.75 | 0.00 | | |
| 35802 | 10 | CTN | FRUIT ROLL APRICOT 48/.75 | 13.75 | 137.50 | 0.00 | | |
| 35803 | 10 | CTN | FRUIT ROLL CHERRY 48/.75 | 13.75 | 137.50 | 0.00 | | |
| 35805 | 10 | CTN | FRUIT ROLL GRAPE 48/.75 | 13.75 | 137.50 | 0.00 | | |
| 35801 | 10 | CTN | FRUIT ROLL GRN/APPLE 48/.75 | 13.75 | 137.50 | 0.00 | | |
| 35806 | 10 | CTN | FRUIT ROLL RSPBRY 48/.75 | 13.75 | 137.50 | 0.00 | | |
| 35807 | 10 | CTN | FRUIT ROLL STRWBRY 48/.75 | 13.75 | 137.50 | 0.00 | | |

06/19/08    TRUCK#: *309*            **OK PRODUCE**                    ROUTE# : 004
                            **TRUCK LOAD MANIFEST**
RIVER (PRINT): _____            TIME LEAVING : *2 00*    AM / PM

| INVOICE | CUSTOMER | TIME IN | TIME OUT | RETURNS | PALLETS DEL | PALLETS P/U | SIGNATURE | PRINT NAME |
|---|---|---|---|---|---|---|---|---|
| | NOTES: NO DRK STP | | | | | | | |
| 1792073 | 58457  MERCADO SUVIANDA | | | | 9 | 9 | | |
| | Pulp temp. | | | | | | | |
| | 7:00 / 10:00 | | | | | | | |
| | NOTES: NO DRK STP/PALLET CHARGE | | | | | | | |
| 1792084 | 58457  MERCADO SUVIANDA | | | | | | | |
| | Pulp temp. | | | | | | | |
| | / | | | | | | | |
| | NOTES: NO DRK STP/PALLET CHARGE | | | | | | | |

| TALS | 378 | | | | TOTAL | 6000.70 | | |
| | | | | | SALES TAX | 0.00 | PAYMENT TERMS | |
| | | | | | INVOICE TOTAL | **$6000.70** | Net 21 Days | |

MBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
ARIETIES IN YOUR STORE.

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

NANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
NNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

e of CA Organic Reg #: 47884   CDFA #: A6504

perishable agricultural commodities listed on this invoice are     The seller of these commodities retains a trust claim over these commodities, all
subject to the statutory trust authorized by section 5(c) of the     inventories of food or other products derived from these commodities, and any receivable
nable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).     of proceeds from the sale of these commodities until full payment is received.


This invoice is printed on recycled paper

**CK PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

Customer: **58457**
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
    408/503-6515

**Ship To:**

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127

Invoice #
**1792292**
Page:    1

9

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| | 018 | 26 | | 1078183 | 06/20/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 10403 | 1 | CTN | BEET W-TOPS 12 CT | 14.50 | 14.50 | 0.00 | | |
| 10602 | 5 | CTN * | BROCCOLI 18 CT | 11.25 | 56.25 | 0.00 | | |
| 10926 | 3 | BALE * | CARROT TABLE 10/5# | 13.50 | 40.50 | 0.00 | | |
| 10927 | 2 | BALE * | CARROT TABLE 24/2# | 13.50 | 27.00 | 0.00 | | |
| 11004 | 5 | CTN * | CAULIFLOWER 12 CT | 17.25 | 86.25 | 0.00 | | |
| 11102 | 4 | CTN * | CELERY 24 CT | 21.85 | 87.40 | 0.00 | | |
| 11303 | 8 | CTN * | CILANTRO 60 CT | 12.85 | 102.80 | 0.00 | | |
| 11606 | 5 | CTN * | CUCUMBER PICKLING 25# | 12.35 | 61.75 | 0.00 | | |
| 15601 | 1 | CTN * | GUAJES 10# | 30.85 | 30.85 | 0.00 | | |
| 12412 | 2 | CTN | HERB BUNCH BASIL 6 CT | 5.25 | 10.50 | 0.00 | | |
| 12424 | 2 | CTN | HERB BUNCH MINT 6 CT | 4.50 | 9.00 | 0.00 | | |
| 12441 | 2 | DOZ * | HERB EPAZOTE 1 DZ BUNCH | 9.50 | 19.00 | 0.00 | | |
| 12722 | 7 | CTN * | LETTUCE CELLO 24 CT | 14.85 | 103.95 | 0.00 | | |
| 12710 | 2 | CTN * | LETTUCE GREEN LEAF 24 CT | 11.85 | 23.70 | 0.00 | | |
| 12712 | 2 | CTN * | LETTUCE RED LEAF 24 CT | 11.85 | 23.70 | 0.00 | | |
| 12715 | 2 | CTN * | LETTUCE ROMAINE 24 CT | 11.85 | 23.70 | 0.00 | | |
| 13001 | 1 | FLT | MUSH WHT WHL 12/8 OZ | 14.00 | 14.00 | 0.00 | | |
| 13031 | 1 | FLT | MUSH WHT SLC 12/8OZ | 14.50 | 14.50 | 0.00 | | |
| 13306 | 2 | CTN * | ONION GREEN 48 CT ICELESS | 12.25 | 24.50 | 0.00 | | |
| 13341 | 1 | SK * | ONION WHITE MEDIUM 50# | 16.50 | 16.50 | 0.00 | | |
| 15705 | 7 | BG * | ONION YELLOW MED 50# | 8.75 | 61.25 | 0.00 | | |
| 13738 | 1 | W/B * | PEPPER CHILE YELLOW 32# | 14.75 | 14.75 | 0.00 | | |
| 13840 | 10 | CTN * | POTATO WHITE ROSE #1 50# | 16.85 | 168.50 | 0.00 | | |
| 14008 | 8 | CTN * | RADISH W-TOPS 48 CT | 12.75 | 102.00 | 0.00 | | |
| 14401 | 1 | CTN * | SPINACH 24 CT | 13.00 | 13.00 | 0.00 | | |
| 14612 | 5 | CTN * | SQUASH ITALIAN FCY #1 | 14.35 | 71.75 | 0.00 | | |
| 14635 | 10 | CTN * | SQUASH MEXICAN (GREY) | 13.85 | 138.50 | 0.00 | | |
| 20193 | 14 | CTN * | APPLE BRAEBURN "PREM" 80/88CT 40# | 30.00 | 420.00 | 0.00 | | |
| 20158 | 7 | CTN * | APPLE FUJI 80/88CT | 30.00 | 210.00 | 0.00 | | |
| 20213 | 4 | CTN * | APPLE GALA NEW ZEALAND 80/88CT | 41.75 | 167.00 | 0.00 | | |
| 20439 | 7 | CTN * | AVOCADO HASS PREC 60CT | 38.85 | 271.95 | 0.00 | | |
| 20510 | 30 | CTN * | BANANA 4 CLR "CHIQUITA" | 21.50 | 645.00 | 0.00 | | |
| 21130 | 5 | CTN * | GRAPES GREEN SDLS 18# | 17.75 | 88.75 | 0.00 | | |

| TOTALS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | TOTAL | | | PAYMENT TERMS | |
| | | | | SALES TAX | | | | |
| | | | | INVOICE TOTAL | | | | |

**(Continued)**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg # 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are    The seller of these commodities retains a trust claim over these commodities, all
sold subject to the statutory trust authorized by section 5(c) of the    inventories of food or other products derived from these commodities, and any receivable
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).    of proceeds from the sale of these commodities until full payment is received.



This invoice is printed on recycled paper.



**OK PRODUCE**

| Customer: | **58457** | | Invoice # |
|---|---|---|---|
| | 408/503-6515 | | **1792292** |

**Ship To:**
Page: 2

MERCADO SUVIANDA #1PRODUCE(S.JOSE)    **MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD    **1070 S. WHITE RD**
SAN JOSE, CA 95127    **SAN JOSE, CA 95127**
408/503-6515

P.O. Box 12838 – 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

9

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | | | INVOICE DATE | |
|---|---|---|---|---|---|---|---|---|
| | 018 | 26 | | 1078183 | | | 06/20/08 | |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 21129 | 5 | CTN * | GRAPES RED SLDS 18# | 17.75 | 88.75 | 0.00 | | |
| 21302 | 1 | CTN * | LEMONS CHOICE 115 CT | 38.75 | 38.75 | 0.00 | | |
| 21608 | 30 | CTN * | MELON CANTALOUPE 9CT 35# | 9.00 | 270.00 | 0.00 | | |
| 22325 | 3 | CTN * | PEAR D'ANJOU 60/70CT 44# | 29.00 | 87.00 | 0.00 | | |
| 14128 | 1 | CTN | SALAD CRSP ROM GRDN 12/12oz | 13.75 | 13.75 | 0.00 | | |
| 14230 | 2 | CTN | SALAD MIX 18/12 oz | 11.75 | 23.50 | 0.00 | | |

6/20/08    TRUCK#: 400

DRIVER (PRINT): Escobar

**OK PRODUCE**
**TRUCK LOAD MANIFEST**

ROUTE# : 018

TIME LEAVING : 1:00    A

| INVOICE | CUSTOMER | TIME | | RETURNS | PALLETS | | RECEIVED BY: | |
|---|---|---|---|---|---|---|---|---|
| | | IN | OUT | | DEL | P/U | SIGNATURE | PRINT |
| 1792292 | 58457   MERCADO SUVIANDA | | | | | | Gildardo | Gilda |
| | Pulp Temp. | 5 | | 0 | 5 | 5 | | |

NOTES: NO DRK STP/PALLET CHARGE

| TOTALS | 209 | | TOTAL | 3684.55 | | PAYMENT TERMS |
|---|---|---|---|---|---|---|
| | | | SALES TAX | 0.00 | | Net 21 Days |
| | | | INVOICE TOTAL | **$3684.55** | | |

JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.

_____
DATE

State of CA Organic Reg #: 47884    CDFA #: A6504

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities; all
inventories of food or other products derived from these commodities, and any receivable
or proceeds from the sale of these commodities until full payment is received.

_____
DRIVER SIGNATURE

This invoice is printed on recycled paper.



**CK PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

| Customer: | 58457 | | Invoice # |
|---|---|---|---|
| | 408/503-6515 | | **1792467** |
| | | **Ship To:** | Page: 1 |

MERCADO SUVIANDA #1PRODUCE(S.JOSE)          **MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD                                        **1070 S. WHITE RD**
SAN JOSE, CA 95127                                     **SAN JOSE, CA 95127**
    408/503-6515

9

| PURCHASE ORDER NUMBER | ROUTE 017 | SALES REP 26 | SERVICE REP | OK ORDER NUMBER 1078436 | INVOICE DATE 06/21/08 |
|---|---|---|---|---|---|

| ITEM# | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 22517 | 40 | CTN * | PINEAPPLE GOLD 7CT | 10.00 | 400.00 | 0.00 | | |
| 10306 | 1 | CTN * | BEAN GREEN 30# | 28.75 | 28.75 | 0.00 | | |
| 10602 | 6 | CTN * | BROCCOLI 18 CT | 11.25 | 67.50 | 0.00 | | |
| 10604 | 4 | CTN * | BROCCOLI CROWN 20# | 12.50 | 50.00 | 0.00 | | |
| 10804 | 8 | CTN * | CABBAGE GREEN CELLO 45# | 14.85 | 118.80 | 0.00 | | |
| 10926 | 4 | BALE * | CARROT TABLE 10/5# | 13.50 | 54.00 | 0.00 | | |
| 10927 | 3 | BALE * | CARROT TABLE 24/2# | 13.50 | 40.50 | 0.00 | | |
| 11004 | 4 | CTN * | CAULIFLOWER 12 CT | 17.25 | 69.00 | 0.00 | | |
| 11202 | 1 | CTN * | CHARD RED 12CT | 12.25 | 12.25 | 0.00 | | |
| 11205 | 1 | CTN * | CHARD SWISS 12CT | 12.25 | 12.25 | 0.00 | | |
| 11102 | 5 | CTN * | CELERY 24 CT | 21.85 | 109.25 | 0.00 | | |
| 11303 | 10 | CTN * | CILANTRO 60 CT | 12.85 | 128.50 | 0.00 | | |
| 11508 | 40 | CTN * | CORN WHITE 48 CT | 15.75 | 630.00 | 0.00 | | |
| 11607 | 7 | BSHL * | CUCUMBER S/S 72 CT | 28.75 | 201.25 | 0.00 | | |
| 11606 | 6 | CTN * | CUCUMBER PICKLING 25# | 12.35 | 74.10 | 0.00 | | |
| 12201 | 2 | CTN * | GARLIC LOOSE 30# | 15.85 | 31.70 | 0.00 | | |
| 12412 | 2 | CTN | HERB BUNCH BASIL 6 CT | 5.25 | 10.50 | 0.00 | | |
| 12424 | 2 | CTN * | HERB BUNCH MINT 6 CT | 4.50 | 9.00 | 0.00 | | |
| 12441 | 2 | DOZ * | HERB EPAZOTE 1 DZ BUNCH | 9.50 | 19.00 | 0.00 | | |
| 12466 | 2 | CTN * | HERB VERDOLAGA "PURSLANE" 24CT | 8.75 | 17.50 | 0.00 | | |
| 12722 | 10 | CTN * | LETTUCE CELLO 24 CT | 14.85 | 148.50 | 0.00 | | |
| 12710 | 3 | CTN * | LETTUCE GREEN LEAF 24 CT | 11.85 | 35.55 | 0.00 | | |
| 12712 | 3 | CTN * | LETTUCE RED LEAF 24 CT | 11.85 | 35.55 | 0.00 | | |
| 12715 | 3 | CTN * | LETTUCE ROMAINE 24 CT | 11.85 | 35.55 | 0.00 | | |
| 12902 | 1 | CTN * | MANN'S BROC/STIR FRY 6/1# | 12.50 | 12.50 | 0.00 | | |
| 12821 | 1 | CTN * | MANN'S BROC/VEG MDLY 6/1# | 12.00 | 12.00 | 0.00 | | |
| 13001 | 1 | FLT | MUSH WHT WHL 12/8 OZ | 14.00 | 14.00 | 0.00 | | |
| 13031 | 1 | FLT | MUSH WHT SLC 12/8OZ | 14.50 | 14.50 | 0.00 | | |
| 12851 | 2 | CTN * | NOPALES DICED 12/1# | 16.00 | 32.00 | 0.00 | | |
| 13306 | 5 | CTN * | ONION GREEN 48 CT ICELESS | 12.25 | 61.25 | 0.00 | | |
| 13341 | 10 | SK * | ONION WHITE MEDIUM 50# | 16.50 | 165.00 | 0.00 | | |
| 15705 | 10 | BG * | ONION YELLOW MED 50# | 8.75 | 87.50 | 0.00 | | |
| 13741 | 2 | CTN * | PEPPER BELL GREEN LG 25# | 28.85 | 57.70 | 0.00 | | |

| TOTALS | | | | TOTAL | | PAYMENT TERMS | |
|---|---|---|---|---|---|---|---|
| | | | **(Continued)** | SALES TAX | | | |
| | | | | INVOICE TOTAL | | | |

DATE

CUSTOMER SIGNATURE

PRINT NAME

DRIVER SIGNATURE



A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivable or proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.



**OK PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

| Customer: **58457** | | |
| 408/503-6515 | | |

**Ship To:**

MERCADO SUVIANDA #1PRODUCE(S.JOSE)     **MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD                       1070 S. WHITE RD
SAN JOSE, CA 95127                     SAN JOSE, CA 95127
  408/503-6515

Invoice #
**1792467**
Page:     2

9

| PURCHASE ORDER NUMBER | | ROUTE 017 | SALES REP 26 | SERVICE REP | OK ORDER NUMBER 1078436 | | | INVOICE DATE 06/21/08 | | |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 13730 | 2 | CTN * | PEPPER BELL RED 25# | 21.85 | 43.70 | 0.00 | | |
| 13807 | 2 | CTN * | POTATO RED "A" 50# | 17.85 | 35.70 | 0.00 | | |
| 13832 | 2 | CTN * | POTATO RUSSET  80 CT | 25.00 | 50.00 | 0.00 | | |
| 13840 | 15 | CTN * | POTATO WHITE ROSE #1 50# | 16.85 | 252.75 | 0.00 | | |
| 13841 | 15 | BALE * | POTATO WHITE #2 5/10# | 9.00 | 135.00 | 0.00 | | |
| 14008 | 12 | CTN * | RADISH W-TOPS 48 CT | 12.75 | 153.00 | 0.00 | | |
| 14401 | 2 | CTN * | SPINACH 24 CT | 13.00 | 26.00 | 0.00 | | |
| 14651 | 5 | CTN * | SQUASH CHAYOTE 50CT | 25.00 | 125.00 | 0.00 | | |
| 14612 | 6 | CTN * | SQUASH ITALIAN FCY #1 | 12.85 | 77.10 | 0.00 | | |
| 14635 | 15 | CTN * | SQUASH MEXICAN (GREY) | 13.85 | 207.75 | 0.00 | | |
| 14905 | 10 | FLT * | TOMATO 5X5 2-LAYER | 11.50 | 115.00 | 0.00 | | |
| 14921 | 40 | CTN * | TOMATO ROMA 25# | 14.75 | 590.00 | 0.00 | | |
| 20158 | 7 | CTN * | APPLE FUJI 80/88CT | 30.00 | 210.00 | 0.00 | | |
| 20213 | 3 | CTN * | APPLE GALA NEW ZEALAND 80/88CT | 41.75 | 125.25 | 0.00 | | |
| 20114 | 3 | CTN * | APPLE GOLD DEL"PREM" 80/88CT | 33.00 | 99.00 | 0.00 | | |
| 20157 | 3 | CTN * | APPLE GRNYSMTH PREM 80/88 CT | 31.00 | 93.00 | 0.00 | | |
| 20143 | 4 | CTN * | APPLE RED DEL "PREM" 72/80CT 40# | 30.00 | 120.00 | 0.00 | | |
| 20439 | 30 | CTN * | AVOCADO HASS PREC 60CT | 38.85 | 1165.50 | 0.00 | | |
| 20510 | 51 | CTN * | BANANA 4 CLR "CHIQUITA" | 21.50 | 1096.50 | 0.00 | | |
| 20540 | 1 | CTN * | BANANA BABY (DOMINICO)15# | 13.00 | 13.00 | 0.00 | | |
| 20507 | 2 | CTN * | BANANA BURRO "COLOR" 40# | 12.25 | 24.50 | 0.00 | | |
| 20544 | 3 | CTN * | BANANA MACHO (COLOR) 48# | 26.00 | 78.00 | 0.00 | | |
| 21130 | 7 | CTN * | GRAPES GREEN SDLS 18# | 15.50 | 108.50 | 0.00 | | |
| 21129 | 7 | CTN * | GRAPES RED SLDS 18# | 15.50 | 108.50 | 0.00 | | |
| 21608 | 80 | CTN * | MELON CANTALOUPE 9CT 35# | 9.00 | 720.00 | 0.00 | | |
| 21614 | 4 | CTN * | MELON GALIA 25# | 15.75 | 63.00 | 0.00 | | |
| 21622 | 5 | CTN * | MELON JUAN CANARY 25# | 15.75 | 78.75 | 0.00 | | |
| 21626 | 7 | CTN * | MELON PERSONAL SIZE 8CT | 12.75 | 89.25 | 0.00 | | |
| 21625 | 4 | BIN * | MELON WTRMLN BIN 700# | 155.00 | 620.00 | 0.00 | | |
| 21630 | 4 | BIN * | MELON WTRMLN SDLS BIN 700LB | 155.00 | 620.00 | 0.00 | | |
| 21911 | 10 | CTN * | NECTARINE YLW 56 VF 25# | 16.85 | 168.50 | 0.00 | | |
| 22036 | 30 | CTN * | ORANGES NAVEL LATE CH 56 CT 38# | 10.75 | 322.50 | 0.00 | | |
| 22215 | 20 | CTN * | PEACH YLW 56 VF 25# | 16.85 | 337.00 | 0.00 | | |

| TOTALS | | | | TOTAL | | | | |
| | | | | SALES TAX | | PAYMENT TERMS | | |
| | | | | INVOICE TOTAL | | | | |

**(Continued)**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884  CDFA #:  A6504

The perishable agricultural commodities listed on this invoice are          The seller of these commodities retains a trust claim over these commodities, all
sold subject to the statutory trust authorized by section 5(c) of the        inventories of food or other products derived from these commodities, and any receivable
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).             of proceeds from the sale of these commodities until full payment is received.



This invoice is printed on recycled paper.

**OK PRODUCE**

Customer: **58457**
408/503-6515

Invoice #
**1792467**
Page: **3**

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD.
SAN JOSE, CA 95127
408/503-6515

**Ship To:**
**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

9

| PURCHASE ORDER NUMBER | ROUTE 017 | SALES REP 26 | SERVICE REP | OK ORDER NUMBER 1078436 | INVOICE DATE 06/21/08 |
|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 22327 | 3 | CTN * | PEAR BOSC CHILEAN 70/80CT 40# | 38.00 | 114.00 | 0.00 | | |
| 22325 | 5 | CTN * | PEAR D'ANJOU 60/70CT 44# | 29.00 | 145.00 | 0.00 | | |
| 14128 | 2 | CTN | SALAD CRSP ROM GRDN 12/12oz | 13.75 | 27.50 | 0.00 | | |
| 14235 | 1 | CTN | SALAD ITALIAN 6/10 OZ | 10.50 | 10.50 | 0.00 | | |
| 14230 | 2 | CTN | SALAD MIX 18/12 oz | 11.75 | 23.50 | 0.00 | | |

06/21/08    TRUCK#: _311_

**OK PRODUCE**
**TRUCK LOAD MANIFEST**

ROUTE#: 017

DRIVER (PRINT): _Rodrigo Jaime_

TIME LEAVING: _1:30_    AM / PM

| INVOICE | CUSTOMER | TIME IN | TIME OUT | RETURNS | PALLETS DEL | PALLETS P/U | RECEIVED BY: SIGNATURE | PRINT NAME |
|---|---|---|---|---|---|---|---|---|
| 92467 | 58457  MERCADO SUVIANDA  Pulp temp. | 8 00 | 9 30 | 0 | 24 | 0 | Jose V. Reyes | |

NOTES: NO DRK STP/PALLET CHARGE

| TOTALS | 626 | | | | | | | |

| TOTAL | 11187.70 |
|---|---|
| SALES TAX | 0.00 |
| INVOICE TOTAL | **$11187.70** |

PAYMENT TERMS
**Net 21 Days**

DATE

ZIMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.

CUSTOMER SIGNATURE

PRINT NAME

FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are
subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

DRIVER SIGNATURE

This invoice is printed on recycled paper



**CK PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

Customer: **58457**
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
408/503-6515

Ship To:
**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

Invoice #
**1792685**
Page: 1

9

| PURCHASE ORDER NUMBER | ROUTE 018 | SALES REP 26 | SERVICE REP | OK ORDER NUMBER 1078541 | INVOICE DATE 06/23/08 |
|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 12841 | 1 | CTN | ALOE VERA LEAVES 25# | 21.25 | 21.25 | 0.00 | | |
| 10210 | 1 | CTN * | ASPARAGUS 11# | 17.25 | 17.25 | 0.00 | | |
| 40438 | 2 | CTN * | BEAN GARBANZO "FRESH" 15# | 27.75 | 55.50 | 0.00 | | |
| 10306 | 1 | CTN * | BEAN GREEN 30# | 28.75 | 28.75 | 0.00 | | |
| 10403 | 2 | CTN | BEET W-TOPS 12 CT | 14.50 | 29.00 | 0.00 | | |
| 10602 | 3 | CTN * | BROCCOLI 18 CT | 11.25 | 33.75 | 0.00 | | |
| 10604 | 2 | CTN * | BROCCOLI CROWN 20# | 12.50 | 25.00 | 0.00 | | |
| 10804 | 5 | CTN * | CABBAGE GREEN CELLO 45# | 14.85 | 74.25 | 0.00 | | |
| 10810 | 1 | CTN | CABBAGE RED 45# | 19.00 | 19.00 | 0.00 | | |
| 10932 | 2 | CTN * | CARROT GF CTN 50# | 13.25 | 26.50 | 0.00 | | |
| 10926 | 2 | BALE * | CARROT TABLE 10/5# | 13.50 | 27.00 | 0.00 | | |
| 10927 | 2 | BALE * | CARROT TABLE 24/2# | 13.50 | 27.00 | 0.00 | | |
| 10949 | 1 | CTN * | CARROT W.P. MINI 40/1# | 24.00 | 24.00 | 0.00 | | |
| 10916 | 1 | SK * | CARROT W/P MINI 20/2# | 25.50 | 25.50 | 0.00 | | |
| 11004 | 3 | CTN * | CAULIFLOWER 12 CT | 17.25 | 51.75 | 0.00 | | |
| 11202 | 1 | CTN | CHARD RED 12CT | 12.25 | 12.25 | 0.00 | | |
| 11205 | 1 | CTN | CHARD SWISS 12CT | 12.25 | 12.25 | 0.00 | | |
| 11102 | 2 | CTN * | CELERY 24 CT | 21.85 | 43.70 | 0.00 | | |
| 11303 | 7 | CTN * | CILANTRO 60 CT | 12.85 | 89.95 | 0.00 | | |
| 11508 | 7 | CTN * | CORN WHITE 48 CT | 15.75 | 110.25 | 0.00 | | |
| 11607 | 5 | BSHL * | CUCUMBER S/S 72 CT | 28.75 | 143.75 | 0.00 | | |
| 11606 | 3 | CTN * | CUCUMBER PICKLING 25# | 12.35 | 37.05 | 0.00 | | |
| 12201 | 2 | CTN * | GARLIC LOOSE 30# | 15.85 | 31.70 | 0.00 | | |
| 11402 | 1 | CTN | GRNS COLLARD 24 CT | 16.00 | 16.00 | 0.00 | | |
| 13102 | 1 | CTN | GRNS MUSTARD CURLY 24 CT | 14.00 | 14.00 | 0.00 | | |
| 12412 | 1 | CTN | HERB BUNCH BASIL 6 CT | 5.25 | 5.25 | 0.00 | | |
| 12424 | 1 | CTN | HERB BUNCH MINT 6 CT | 4.50 | 4.50 | 0.00 | | |
| 12441 | 1 | DOZ | HERB EPAZOTE 1 DZ BUNCH | 9.50 | 9.50 | 0.00 | | |
| 12466 | 1 | CTN * | HERB VERDOLAGA "PURSLANE" 24CT | 8.75 | 8.75 | 0.00 | | |
| 12722 | 8 | CTN * | LETTUCE CELLO 24 CT | 14.85 | 118.80 | 0.00 | | |
| 12710 | 3 | CTN * | LETTUCE GREEN LEAF 24 CT | 11.85 | 35.55 | 0.00 | | |
| 12712 | 3 | CTN * | LETTUCE RED LEAF 24 CT | 11.85 | 35.55 | 0.00 | | |
| 12715 | 3 | CTN * | LETTUCE ROMAINE 24 CT | 11.85 | 35.55 | 0.00 | | |

| TOTALS | | | **(Continued)** | TOTAL | | PAYMENT TERMS | | |
|---|---|---|---|---|---|---|---|---|
| | | | | SALES TAX | | | | |
| | | | | INVOICE TOTAL | | | | |

DATE

CUSTOMER SIGNATURE

PRINT NAME

DRIVER SIGNATURE



A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884   CDFA #: A6504

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivable or proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.



**CK PRODUCE**

Customer: **58457**
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
    408/503-6515

Ship To:
**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

Invoice #
**1792685**
Page:    2

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

9

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | | INVOICE DATE |
|---|---|---|---|---|---|---|
| | 018 | 26 | | 1078541 | | 06/23/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 13001 | 1 | FLT | MUSH WHT WHL 12/8 OZ | 14.00 | 14.00 | 0.00 | | |
| 13031 | 1 | FLT | MUSH WHT SLC 12/8OZ | 14.50 | 14.50 | 0.00 | | |
| 12851 | 2 | CTN * | NOPALES DICED 12/1# | 16.00 | 32.00 | 0.00 | | |
| 13306 | 3 | CTN * | ONION GREEN 48 CT ICELESS | 12.25 | 36.75 | 0.00 | | |
| 13341 | 10 | SK * | ONION WHITE MEDIUM 50# | 16.50 | 165.00 | 0.00 | | |
| 15705 | 7 | BG * | ONION YELLOW MED 50# | 8.75 | 61.25 | 0.00 | | |
| 13610 | 1 | CTN * | PEA SNOW CHINA 10# | 18.00 | 18.00 | 0.00 | | |
| 13741 | 2 | CTN * | PEPPER BELL GREEN LG 25# | 28.85 | 57.70 | 0.00 | | |
| 13730 | 2 | CTN * | PEPPER BELL RED 25# | 21.85 | 43.70 | 0.00 | | |
| 13713 | 1 | CTN | PEPPER BELL YELLOW 25# | 29.75 | 29.75 | 0.00 | | |
| 13807 | 2 | CTN * | POTATO RED "A" 50# | 17.85 | 35.70 | 0.00 | | |
| 13823 | 5 | BALE * | POTATO RUSSET 5/10# | 11.50 | 57.50 | 0.00 | | |
| 13840 | 7 | CTN * | POTATO WHITE #1 50# | 16.85 | 117.95 | 0.00 | | |
| 13841 | 7 | BALE * | POTATO WHITE #2 5/10# | 9.00 | 63.00 | 0.00 | | |
| 14401 | 1 | CTN * | SPINACH 24 CT | 13.00 | 13.00 | 0.00 | | |
| 20195 | 7 | CTN | APPLE BRAEBURN 12/3# | 18.00 | 126.00 | 0.00 | | |
| 20158 | 5 | CTN * | APPLE FUJI 80/88CT | 30.00 | 150.00 | 0.00 | | |
| 20114 | 2 | CTN * | APPLE GOLD DEL"PREM" 80/88CT | 33.00 | 66.00 | 0.00 | | |
| 20157 | 2 | CTN * | APPLE GRNYSMTH PREM 80/88 CT | 31.00 | 62.00 | 0.00 | | |
| 20143 | 3 | CTN * | APPLE RED DEL "PREM" 72/80CT 40# | 30.00 | 90.00 | 0.00 | | |
| 20439 | 10 | CTN * | AVOCADO HASS PREC 60CT | 38.85 | 388.50 | 0.00 | | |
| 20510 | 40 | CTN * | BANANA 4 CLR "CHIQUITA" | 21.50 | 860.00 | 0.00 | | |
| 20540 | 1 | CTN * | BANANA BABY (DOMINICO)15# | 13.00 | 13.00 | 0.00 | | |
| 20507 | 1 | CTN * | BANANA BURRO "COLOR" 40# | 12.25 | 12.25 | 0.00 | | |
| 20544 | 1 | CTN * | BANANA MACHO (COLOR) 48# | 26.00 | 26.00 | 0.00 | | |
| 22809 | 8 | CTN * | BERRY STRWBRY LTD ED 8/1# | 10.50 | 84.00 | 0.00 | | |
| 21010 | 2 | CTN * | GRAPEFRUIT 40 CT | 14.00 | 28.00 | 0.00 | | |
| 21130 | 5 | CTN * | GRAPES GREEN SDLS 18# | 17.75 | 88.75 | 0.00 | | |
| 21129 | 5 | CTN * | GRAPES RED SLDS 18# | 17.75 | 88.75 | 0.00 | | |
| 21509 | 10 | CTN * | MANGO ATAULFO 18 CT | 6.25 | 62.50 | 0.00 | | |
| 21502 | 30 | FLT | MANGO TOMMY 12 CT | 4.90 | 147.00 | 0.00 | | |
| 21608 | 20 | CTN * | MELON CANTALOUPE 9CT 35# | 9.00 | 180.00 | 0.00 | | |
| 21625 | 2 | BIN | MELON WTRMLN BIN 700# | 155.00 | 310.00 | 0.00 | | |

| TOTALS | | | | TOTAL | | PAYMENT TERMS |
|---|---|---|---|---|---|---|
| | | | **(Continued)** | SALES TAX | | |
| | | | | INVOICE TOTAL | | |

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #:  47884    CDFA #:  A6504

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivable or proceeds from the sale of these commodities until full payment is received.

_____
DRIVER SIGNATURE



This invoice is printed on recycled paper.



Customer: **58457**

408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
   408/503-6515

**Ship To:**

**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

Invoice #
**1792685**
Page:   3

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

9

| PURCHASE ORDER NUMBER | ROUTE 018 | SALES REP 26 | SERVICE REP | OK ORDER NUMBER 1078541 | INVOICE DATE 06/23/08 |
|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 21630 | 2 | BIN * | MELON WTRMLN SDLS BIN 700LB | 155.00 | 310.00 | 0.00 | | |
| 21911 | 7 | CTN * | NECTARINE YLW 56 VF 25# | 16.85 | 117.95 | 0.00 | | |
| 22036 | 10 | CTN * | ORANGES NAVEL LATE CH 56 CT 38# | 12.00 | 120.00 | 0.00 | | |
| 22215 | 10 | CTN * | PEACH YLW 56 VF 25# | 16.85 | 168.50 | 0.00 | | |
| 22327 | 2 | CTN * | PEAR BOSC CHILEAN 70/80CT 40# | 38.00 | 76.00 | 0.00 | | |
| 22325 | 4 | CTN * | PEAR D'ANJOU 60/70CT 44# | 29.00 | 116.00 | 0.00 | | |
| 14128 | 1 | CTN | SALAD CRSP ROM GRDN 12/12oz | 13.75 | 13.75 | 0.00 | | |
| 14230 | 2 | CTN | SALAD MIX 18/12 oz | 11.75 | 23.50 | 0.00 | | |
| 35900 | 4 | CTN | DRD FRT "WF" MANGO SLICES 18/16OZ. | 46.00 | 184.00 | 0.00 | | |
| 35908 | 4 | CTN | DRD FRT "WF" PAPAYA SPEARS 18/16oz | 35.50 | 142.00 | 0.00 | | |
| 35907 | 4 | CTN | DRD FRT "WF" PINEAPPLE RINGS 18/16oz | 35.50 | 142.00 | 0.00 | | |

06/23/08    TRUCK#: _____    ROUTE# : 018

**OK PRODUCE**
**TRUCK LOAD MANIFEST**

TIME LEAVING: _12:30_    AM / PM

DRIVER (PRINT): _Escoban_

| INVOICE | CUSTOMER | TIME IN | OUT | RETURNS | PALLETS DEL | P/U | RECEIVED BY SIGNATURE | PRINT NAME |
|---|---|---|---|---|---|---|---|---|
| 1792685 | 58457 MERCADO SUVIANDA | ρ 645 | 845 | 15 cs merch 2 cks in | 0 | 0 | gridardo | GNDARDI |
| | Pulp temp. | | | 7 cs wtrmeln persinals | | | | |
| | NOTES: NO DRK STP/PALLET CHARGE | | | | | | | |

| TOTALS | 336 | | | | | |
|---|---|---|---|---|---|---|

| TOTAL | 6206.10 |
|---|---|
| SALES TAX | 0.00 |
| INVOICE TOTAL | **$6206.10** |

PAYMENT TERMS
**Net 21 Days**

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884   CDFA #: A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the

The seller of these commodities retains a trust claim over these commodities, all

_____
DRIVER SIGNATURE



**Customer:** **58457**
408/503-6515

Invoice #
**1792851**
Page: 1

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
408/503-6515

**Ship To:**
**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

THIS IS A CREDIT MEMO

9

| PURCHASE ORDER NUMBER 746854 | ROUTE | SALES REP 26 | SERVICE REP PTSY | OK ORDER NUMBER 1792084 | INVOICE DATE 06/23/08 |
|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 22046 | | BIN # | ORANGES LOOSE BIN 700# | 200.00 | -200.00 | 0.00 | | |

| TOTALS | -1 | | | | | |
|---|---|---|---|---|---|---|

| TOTAL | -200.00 | |
|---|---|---|
| SALES TAX | 0.00 | PAYMENT TERMS |
| INVOICE TOTAL | **$-200.00** | **Net 21 Days** |

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #:  47884    CDFA #:  A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
or proceeds from the sale of these commodities until full payment is received.

_____
DRIVER SIGNATURE



This invoice is printed on recycled paper.



**Customer: 58457**
408/503-6515

Invoice #
**1792920**
Page: 1

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
  408/503-6515

**Ship To:**
**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

P.O. Box 12838 – 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

THIS IS A CREDIT MEMO

9

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | | INVOICE DATE | |
|---|---|---|---|---|---|---|---|
| 750254 | | 26 | PTSY | 1792292 | | 06/23/08 | |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 20193 | | CTN | APPLE BRAEBURN "PREM" 80/88CT 40# | 30.00 | -120.00 | 0.00 | | |
| 15601 | | CTN | GUAJES 10# | 30.85 | -30.85 | 0.00 | | |

| TOTALS | -5 | | | | | | |
|---|---|---|---|---|---|---|---|

| TOTAL | -150.85 | PAYMENT TERMS |
|---|---|---|
| SALES TAX | 0.00 | |
| INVOICE TOTAL | **$-150.85** | **Net 21 Days** |

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #:  47884    CDFA #:  A6504

_____
DRIVER SIGNATURE

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

 This invoice is printed on recycled paper.



**Customer: 58457**
408/503-6515

Invoice #
**1793048**
Page: 1

**Ship To:**

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
408/503-6515

**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

9

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| | 017 | 26 | | 1078703 | 06/24/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 40438 | 1 | CTN * | BEAN GARBANZO "FRESH" 15# | 29.75 | 29.75 | 0.00 | | |
| 10604 | 2 | CTN | BROCCOLI CROWN 20# | 12.50 | 25.00 | 0.00 | | |
| 10804 | 5 | CTN * | CABBAGE GREEN CELLO 45# | 16.75 | 83.75 | 0.00 | | |
| 10932 | 2 | CTN * | CARROT GF CTN 50# | 13.25 | 26.50 | 0.00 | | |
| 10942 | 1 | CTN | CARROT PETITE MICRO 12/12OZ | 12.25 | 12.25 | 0.00 | | |
| 10965 | 1 | CTN | CARROT GF SHREDDED 12/10oz | 9.25 | 9.25 | 0.00 | | |
| 11303 | 10 | CTN | CILANTRO 60 CT | 12.85 | 128.50 | 0.00 | | |
| 11607 | 7 | BSHL * | CUCUMBER S/S 72 CT | 28.75 | 201.25 | 0.00 | | |
| 11606 | 10 | CTN * | CUCUMBER PICKLING 25# | 12.00 | 120.00 | 0.00 | | |
| 11402 | 1 | CTN | GRNS COLLARD 24 CT | 16.00 | 16.00 | 0.00 | | |
| 13102 | 1 | CTN | GRNS MUSTARD CURLY 24 CT | 14.00 | 14.00 | 0.00 | | |
| 12412 | 1 | CTN | HERB BUNCH BASIL 6 CT | 5.25 | 5.25 | 0.00 | | |
| 12424 | 1 | CTN | HERB BUNCH MINT 6 CT | 4.50 | 4.50 | 0.00 | | |
| 12441 | 0 | DOZ * | HERB EPAZOTE 1 DZ BUNCH | 9.50 | 0.00 | 0.00 | | |
| 12722 | 10 | CTN * | LETTUCE CELLO 24 CT | 15.75 | 157.50 | 0.00 | | |
| 13306 | 3 | CTN * | ONION GREEN 48 CT ICELESS | 12.25 | 36.75 | 0.00 | | |
| 13335 | 10 | CTN | ONION RED MEDIUM 40# SWEET | 12.50 | 125.00 | 0.00 | | |
| 13341 | 10 | SK * | ONION WHITE MEDIUM 50# | 16.50 | 165.00 | 0.00 | | |
| 13730 | 5 | CTN * | PEPPER BELL RED 25# | 18.75 | 93.75 | 0.00 | | |
| 13718 | 20 | W/B * | PEPPER JALAPENO CHILE W/B | 16.00 | 320.00 | 0.00 | | |
| 13738 | 3 | W/B * | PEPPER CHILE YELLOW 32# | 14.75 | 44.25 | 0.00 | | |
| 13832 | 1 | CTN * | POTATO RUSSET 80 CT | 25.00 | 25.00 | 0.00 | | |
| 13815 | 10 | BALE * | POTATO RUSSET 10/5# | 12.50 | 125.00 | 0.00 | | |
| 13823 | 10 | BALE * | POTATO RUSSET 5/10# | 11.50 | 115.00 | 0.00 | | |
| 13840 | 7 | CTN * | POTATO WHITE ROSE #1 50# | 16.85 | 117.95 | 0.00 | | |
| 13841 | 10 | BALE * | POTATO WHITE #2 5/10# | 10.00 | 100.00 | 0.00 | | |
| 14008 | 6 | CTN * | RADISH W-TOPS 48 CT | 12.75 | 76.50 | 0.00 | | |
| 14401 | 1 | CTN | SPINACH 24 CT | 13.00 | 13.00 | 0.00 | | |
| 14635 | 10 | CTN * | SQUASH MEXICAN (GREY) | 13.85 | 138.50 | 0.00 | | |
| 14905 | 5 | FLT * | TOMATO 5X5 2-LAYER | 17.25 | 86.25 | 0.00 | | |
| 15101 | 1 | CTN | WATERCRESS 12 CT | 14.00 | 14.00 | 0.00 | | |
| 12866 | 1 | CTN | XOCONOTLE 10# | 14.50 | 14.50 | 0.00 | | |
| 20195 | 7 | CTN | APPLE BRAEBURN 12/3# | 18.00 | 126.00 | 0.00 | | |

| TOTALS | | | | TOTAL | | | | |
|---|---|---|---|---|---|---|---|---|

| 1793048 | 58457   MERCADO SUVIANDA | 7/30 | 8/15 | 7 APPLES | 14 | 14 | Gildardo |
|---|---|---|---|---|---|---|---|
| | Pulp temp. | | | | | | |

DRIVER SIGNATURE

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the    The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivable



**OK PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

Customer:  **58457**
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
408/503-6515

Invoice #
**1793048**
Page:  2

**Ship To:**

**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

9

| PURCHASE ORDER NUMBER | ROUTE 017 | SALES REP 26 | SERVICE REP | OK ORDER NUMBER 1078703 | | INVOICE DATE 06/24/08 | | |
|---|---|---|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 20510 | 50 | CTN * | BANANA 4 CLR "CHIQUITA" | 20.75 | 1037.50 | 0.00 | | |
| 21728 | 5 | CTN * | MAMEY CTN 25# | 45.00 | 225.00 | 0.00 | | |
| 21509 | 20 | CTN * | MANGO ATAULFO 18 CT | 6.00 | 120.00 | 0.00 | | |
| 21502 | 70 | FLT * | MANGO TOMMY 12 CT | 4.90 | 343.00 | 0.00 | | |
| 21619 | 20 | CTN * | MELON HONEYDEW 5/6CT 25# | 8.50 | 170.00 | 0.00 | | |
| 21625 | 2 | BIN * | MELON WTRMLN BIN 700# | 145.00 | 290.00 | 0.00 | | |
| 21630 | 2 | BIN * | MELON WTRMLN SDLS BIN 700LB | 145.00 | 290.00 | 0.00 | | |
| 21911 | 10 | CTN * | NECTARINE YLW 56 VF 25# | 16.00 | 160.00 | 0.00 | | |
| 22036 | 20 | CTN * | ORANGES NAVEL LATE CH 56 CT 38# | 11.50 | 230.00 | 0.00 | | |
| 22325 | 10 | CTN * | PEAR D'ANJOU 60/70CT 44# | 26.50 | 265.00 | 0.00 | | |

NOTES: DRK STP OK-PALLET EXCHANGE -
recieves delivery till 4:30 than closes till 6am.

| 1793048 | 58457   MERCADO SUVIANDA | 7/30 | 8/15 | 7 APPLES | 14 | 14 | Gildardo |
|---|---|---|---|---|---|---|---|
| | Pulp temp. | | | | | | |

| TOTALS | 382 | | | | | | |
|---|---|---|---|---|---|---|---|

| TOTAL | 5700.45 |
|---|---|
| SALES TAX | 0.00 |
| INVOICE TOTAL | **$5700.45** |

PAYMENT TERMS
Net 21 Days

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.
State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.



**OK PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA  83779-2838
(559) 445-8600
www.okproduce.com

Customer: **58457**
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
    408/503-6515

Ship To:
**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

Invoice #
**1793230**
Page:    1

9

| ROUTE | SALES REP | SERVICE REP. | OK ORDER NUMBER | INVOICE DATE |
|-------|-----------|--------------|-----------------|--------------|
| 017 | 26 | | 1078918 | 06/25/08 |

PURCHASE ORDER NUMBER

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|--------|-----|-----------|-------------|------------|-----------|-----------|------------|---------|
| 10305 | 1 | CTN | BEAN FAVA (FRESH) 25# | 16.75 | 16.75 | 0.96 | 7.25 | 30.21 |
| 10306 | 1 | CTN * | BEAN GREEN 30# | 27.75 | 27.75 | 0.00 | | |
| 10804 | 5 | CTN * | CABBAGE GREEN CELLO 45# | 16.75 | 83.75 | 0.00 | | |
| 10807 | 1 | CTN * | CABBAGE NAPPA 30# | 14.85 | 14.85 | 0.00 | | |
| 10810 | 2 | CTN | CABBAGE RED 45# | 21.50 | 43.00 | 0.00 | | |
| 10932 | 2 | CTN * | CARROT GF CTN 50# | 13.25 | 26.50 | 0.00 | | |
| 11004 | 3 | CTN * | CAULIFLOWER 12 CT | 14.75 | 44.25 | 0.00 | | |
| 11508 | 10 | CTN * | CORN WHITE 48 CT | 15.75 | 157.50 | 0.00 | | |
| 11607 | 10 | BSHL * | CUCUMBER S/S 72 CT | 28.75 | 287.50 | 0.00 | | |
| 12722 | 10 | CTN * | LETTUCE CELLO 24 CT | 15.75 | 157.50 | 0.00 | | |
| 13001 | 1 | FLT | MUSH WHT WHL 12/8 OZ | 14.00 | 14.00 | 0.00 | | |
| 13031 | 1 | FLT | MUSH WHT SLC 12/8OZ | 14.50 | 14.50 | 0.00 | | |
| 12851 | 2 | CTN * | NOPALES DICED 12/1# | 16.00 | 32.00 | 0.00 | | |
| 13302 | 0 | SK | ONION BOILER 25# | 22.50 | 0.00 | 0.00 | | |
| 13335 | 5 | CTN | ONION RED MEDIUM 40# SWEET | 12.50 | 62.50 | 0.00 | | |
| 13341 | 10 | SK * | ONION WHITE MEDIUM 50# | 16.50 | 165.00 | 0.00 | | |
| 15705 | 5 | BG * | ONION YELLOW MED 50# | 8.25 | 41.25 | 0.00 | | |
| 13409 | 1 | CTN | PARSLEY BUNCH 30 CT | 13.25 | 13.25 | 0.00 | | |
| 13411 | 1 | CTN | PARSLEY HYE 30 ct | 12.50 | 12.50 | 0.00 | | |
| 13741 | 1 | CTN * | PEPPER BELL GREEN LG 25# | 28.85 | 28.85 | 0.00 | | |
| 13730 | 7 | CTN * | PEPPER BELL RED 25# | 18.75 | 131.25 | 0.00 | | |
| 13738 | 5 | W/B * | PEPPER CHILE YELLOW 32# | 14.75 | 73.75 | 0.00 | | |
| 13807 | 2 | CTN * | POTATO RED "A" 50# | 17.85 | 35.70 | 0.00 | | |
| 13815 | 10 | BALE * | POTATO RUSSET 10/5# | 12.50 | 125.00 | 0.00 | | |
| 13823 | 10 | BALE * | POTATO RUSSET 5/10# | 11.50 | 115.00 | 0.00 | | |
| 13840 | 5 | CTN * | POTATO WHITE ROSE #1 50# | 20.75 | 103.75 | 0.00 | | |
| 13841 | 15 | BALE * | POTATO WHITE #2 5/10# | 10.00 | 150.00 | 0.00 | | |
| 14612 | 4 | CTN * | SQUASH ITALIAN FCY #1 | 14.35 | 57.40 | 0.00 | | |
| 14905 | 7 | FLT * | TOMATO 5X5 2-LAYER | 17.25 | 120.75 | 0.00 | | |
| 20158 | 10 | CTN * | APPLE FUJI 80/88CT | 31.50 | 315.00 | 0.00 | | |
| 20213 | 5 | CTN * | APPLE GALA NEW ZEALAND 80/88CT | 42.75 | 213.75 | 0.00 | | |
| 20510 | 90 | CTN * | BANANA 4 CLR "CHIQUITA" | 20.75 | 1867.50 | 0.00 | | |
| 20540 | 1 | CTN * | BANANA BABY (DOMINICO)15# | 13.00 | 13.00 | 0.00 | | |

| TOTALS | | | | | | | | |
|--------|--|--|--|--|--|--|--|--|

**(Continued)**

| TOTAL | |
|-------|--|
| SALES TAX | |
| INVOICE TOTAL | |

PAYMENT TERMS

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivable or proceeds from the sale of these commodities until full payment is received.



This invoice is printed on recycled paper.



**Customer: 58457**
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
    408/503-6515

**Ship To:**
MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127

**Invoice #**
**1793230**
Page: 2

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

9

| PURCHASE ORDER NUMBER | | ROUTE 017 | SALES REP 26 | SERVICE REP | OK ORDER NUMBER 1078918 | | | INVOICE DATE 06/25/08 | | |
|---|---|---|---|---|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 20507 | 1 | CTN * | BANANA BURRO "COLOR" 40# | 12.25 | 12.25 | 0.00 | | |
| 20545 | 1 | CTN * | BANANA MACHO PLANTAIN 48# | 23.50 | 23.50 | 0.70 | 10.10 | 30.06 |
| 22809 | 7 | CTN * | BERRY STRWBRY LTD ED 8/1# | 11.75 | 82.25 | 0.00 | | |
| 21010 | 2 | CTN * | GRAPEFRUIT 40 CT | 14.00 | 28.00 | 0.00 | | |
| 21302 | 0 | CTN * | LEMONS CHOICE 115 CT | 37.75 | 0.00 | 0.47 | 0.00 | |
| 21400 | 3 | CTN * | LEMON (SWEET) 40# | 33.00 | 99.00 | 0.00 | | |
| 21728 | 5 | CTN * | MAMEY CTN 25# | 45.00 | 225.00 | 0.00 | | |
| 21619 | 10 | CTN * | MELON HONEYDEW 5/6CT 25# | 8.50 | 85.00 | 0.00 | | |
| 21625 | 2 | BIN | MELON WTRMLN BIN 700# | 145.00 | 290.00 | 0.00 | | |
| 21630 | 2 | BIN | MELON WTRMLN SDLS BIN 700LB | 145.00 | 290.00 | 0.00 | | |
| 21911 | 20 | CTN * | NECTARINE YLW 56 VF 25# | 16.00 | 320.00 | 0.00 | | |
| 22215 | 10 | CTN * | PEACH YLW 56 VF 25# | 16.85 | 168.50 | 0.00 | | |
| 22325 | 10 | CTN * | PEAR D'ANJOU 60/70CT 44# | 26.50 | 265.00 | 0.00 | | |
| 14240 | 1 | CTN | SALAD AMERICAN 6/12 OZ | 10.50 | 10.50 | 0.00 | | |
| 14235 | 1 | CTN | SALAD ITALIAN 6/10 OZ | 10.50 | 10.50 | 0.00 | | |
| 21300 | 2 | CTN | LEMONS FANCY 140 CT | 36.75 | 73.50 | 0.38 | 32.90 | 30.92 |

06/25/08    TRUCK#: 312

DRIVER (PRINT): Ostaro

**OK PRODUCE**
**TRUCK LOAD MANIFEST**

**ROUTE#: 017**

TIME LEAVING: 1:30   AM/PM

| INVOICE | CUSTOMER | TIME IN | OUT | RETURNS | PALLETS DEL | P/U | RECEIVED BY: SIGNATURE | PRINT NAME |
|---|---|---|---|---|---|---|---|---|
| 1793230 | 58457   MERCADO SUVIANDA | | | | 10 | 16 | Gilbardo | |
| | Pulp temp. | | | | | | | |
| | NOTES: NO DRK STP/PALLET CHARGE | | | | | | | |

| TOTALS | 320 | | | | | | TOTAL | 6548.05 |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | SALES TAX | 0.00 |
| | | | | | | | INVOICE TOTAL | **$6548.05** |

PAYMENT TERMS
Net 21 Days

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.
State of CA Organic Reg #:  47884     CDFA #:  A8504
The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c))

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable



Invoice #
**1793448**

Customer: **58457**
408/503-6515

Ship To:

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
    408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127

Page:    1

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
559/ 445-8600
www.okproduce.com

9

INVOICE DATE
06/26/08

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER |
|---|---|---|---|---|
| | 004 | 26 | CMAR | 1079115 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 10804 | 7 | CTN * | CABBAGE GREEN CELLO 45# | 16.75 | 117.25 | 0.53 | 49.70 | 29.77 |
| 10921 | 2 | CTN * | CARROT GF CTN 50# | 13.25 | 26.50 | 0.38 | 11.50 | 30.26 |
| 10932 | 2 | BALE * | CARROT TABLE 10/5# | 13.50 | 27.00 | 1.93 | 11.60 | 30.05 |
| 10926 | 2 | CTN * | CAULIFLOWER 12 CT | 14.75 | 29.50 | 1.76 | 12.74 | 30.16 |
| 11004 | 2 | CTN * | CORN WHITE 48 CT | 15.75 | 157.50 | 0.47 | 68.10 | 30.19 |
| 11508 | 10 | CTN * | CUCUMBER S/S 72 CT | 28.75 | 201.25 | 0.57 | 86.03 | 29.95 |
| 11607 | 7 | BSHL * | LETTUCE CELLO 24 CT | 15.75 | 157.50 | 0.94 | 68.10 | 30.19 |
| 12722 | 10 | CTN * | NOPALES DICED 12/1# | 16.00 | 32.00 | 1.90 | 13.60 | 29.82 |
| 12851 | 2 | CTN * | ONION RED MEDIUM 40# SWEET | 12.50 | 62.50 | 0.45 | 27.50 | 30.56 |
| 13335 | 5 | CTN | ONION WHITE MEDIUM 50# | 16.50 | 165.00 | 0.47 | 70.00 | 29.79 |
| 13341 | 10 | SK * | ONION YELLOW MED 50# | 8.25 | 82.50 | 0.24 | 37.50 | 31.25 |
| 15705 | 10 | BG * | PEPPER BELL RED 25# | 18.75 | 37.50 | 1.07 | 16.00 | 29.91 |
| 13730 | 2 | CTN * | PEPPER CHILE YELLOW 32# | 14.75 | 44.25 | 0.66 | 19.11 | 30.16 |
| 13738 | 3 | W/B * | POTATO RED "A" 50# | 17.85 | 35.70 | 0.51 | 15.30 | 30.00 |
| 13807 | 2 | CTN * | POTATO RUSSET 5/10# | 11.50 | 115.00 | 3.29 | 49.50 | 30.09 |
| 13823 | 10 | BALE * | POTATO WHITE ROSE #1 50# | 20.75 | 103.75 | 0.59 | 43.75 | 29.66 |
| 13840 | 5 | CTN * | POTATO WHITE #2 5/10# | 10.00 | 100.00 | 2.86 | 43.00 | 30.07 |
| 13841 | 10 | BALE * | APPLE FUJI 80/88CT | 31.50 | 315.00 | 1.13 | 137.00 | 30.31 |
| 20158 | 10 | CTN * | BANANA 3 CLR "CHIQUITA" | 20.75 | 996.00 | 0.74 | 424.80 | 29.90 |
| 20509 | 48 | CTN * | BERRY STRWBRY LTD ED 8/1# | 11.75 | 117.50 | 2.10 | 50.50 | 30.06 |
| 22809 | 10 | CTN * | MAMEY CTN 25# | 45.00 | 450.00 | 2.57 | 192.50 | 29.96 |
| 21728 | 10 | CTN * | MANGO ATAULFO 18 CT | 6.00 | 180.00 | 0.48 | 79.20 | 30.56 |
| 21509 | 30 | CTN * | MELON CANTALOUPE 12CT 35# | 11.75 | 117.50 | 0.48 | 50.50 | 30.06 |
| 21604 | 10 | CTN * | MELON HONEYDEW 5/6CT 25# | 8.50 | 85.00 | 0.49 | 37.50 | 30.61 |
| 21619 | 10 | CTN * | MELON WTRMLN BIN 700# | 145.00 | 290.00 | 0.30 | 130.00 | 30.95 |
| 21625 | 2 | BIN * | MELON WTRMLN SDLS BIN 700LB | 145.00 | 290.00 | 0.30 | 130.00 | 30.95 |
| 21630 | 2 | BIN * | NECTARINE YLW 56 VF 25# | 16.00 | 480.00 | 0.91 | 202.50 | 29.67 |
| 21911 | 30 | CTN * | PEAR D'ANJOU 60/70CT 44# | 26.50 | 265.00 | 0.84 | 113.00 | 29.89 |
| 22325 | 10 | CTN * | SALAD CRSP ROM GRDN 12/12oz | 13.75 | 13.75 | 1.64 | 5.93 | 30.13 |
| 14128 | 1 | CTN | SALAD MIX 18/12 oz | 11.75 | 11.75 | 0.93 | 4.99 | 29.81 |
| 14230 | 1 | CTN | ORANGES LOOSE BIN 700# | 180.00 | 360.00 | 0.32 | 152.00 | 29.69 |
| 22046 | 2 | BIN # | | | | | | |

| | | | TOTAL | 5466.20 |
|---|---|---|---|---|
| TOTALS | 275 | | SALES TAX | 0.00 |
| | | | INVOICE TOTAL | **$5466.20** |

PAYMENT TERMS
**Net 21 Days**

---

06/26/08    TRUCK#: **301**         **OK PRODUCE**              ROUTE#: 004
                                **TRUCK LOAD MANIFEST**
DRIVER (PRINT): *David T*                          TIME LEAVING : **2:00**   AM / PM

| INVOICE | CUSTOMER | TIME | RETURNS | PALLETS | RECEIVED BY: |
|---|---|---|---|---|---|
| 1793448 | 58457  MERCADO SUVIANDA | | | | *Gildardo* |
| | Pulp temp. | | | | |
| | 7:00 / 10:00 | | | | |
| | NOTES: NO DRK STR/PALLET CHARGE | | | | |



**OK PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

Customer:  **58457**
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
  408/503-6515

**Ship To:**
**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

Invoice #
**1793599**
Page:  1

THIS IS A CREDIT MEMO                                                    9

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| 750256 | | 26 | PTSY | 1792467 | 06/26/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 14635 | | CTN | SQUASH MEXICAN (GREY) | 13.85 | -207.75 | 0.00 | | |
| 21626 | | CTN | MELON PERSONAL SIZE 8CT | 12.75 | -89.25 | 0.00 | | |
| 21630 | | BIN | MELON WTRMLN SDLS BIN 700LB | 155.00 | -465.00 | 0.00 | | |

| TOTALS | -25 | | | | | |
|---|---|---|---|---|---|---|

| TOTAL | -762.00 |
|---|---|
| SALES TAX | 0.00 |
| INVOICE TOTAL | **$-762.00** |

PAYMENT TERMS
Net 21 Days

State of CA Organic Reg #:  47884    CDFA #:  A6504

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.



**OK PRODUCE**

Customer: **58457**
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
    408/503-6515

**Ship To:**
**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

Invoice #
**1793627**
Page:     1

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

**THIS IS A CREDIT MEMO**

9

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | | INVOICE DATE |
|---|---|---|---|---|---|---|
| 747949 | | 26 | PTSY | 1791868 | | 06/26/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 90103 | | PLT | DEPOSIT PALLET | 5.00 | -60.00 | 0.00 | | |

| TOTALS | -12 | | | TOTAL | -60.00 | | |
|---|---|---|---|---|---|---|---|
| | | | | SALES TAX | 0.00 | PAYMENT TERMS | |
| | | | | INVOICE TOTAL | **$-60.00** | **Net 21 Days** | |

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

_____
DRIVER SIGNATURE



This invoice is printed on recycled paper.

**OK PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

Customer:  **58457**
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
   408/503-6515

**Ship To:**

**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
**1070 S. WHITE RD**
SAN JOSE, CA 95127

Invoice #
**1793620**
Page:    1

9

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| | 017 | 26 | | 1079296 | 06/27/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 40438 | 2 | CTN * | BEAN GARBANZO "FRESH" 15# | 29.75 | 59.50 | 0.00 | | |
| 10306 | 2 | CTN * | BEAN GREEN 30# | 27.75 | 55.50 | 0.00 | | |
| 10505 | 1 | CTN | BOK CHOY BABY 30# | 15.75 | 15.75 | 0.00 | | |
| 10602 | 3 | CTN * | BROCCOLI 18 CT | 11.25 | 33.75 | 0.00 | | |
| 10604 | 4 | CTN * | BROCCOLI CROWN 20# | 12.50 | 50.00 | 0.00 | | |
| 10804 | 5 | CTN * | CABBAGE GREEN CELLO 45# | 16.75 | 83.75 | 0.00 | | |
| 10932 | 2 | CTN * | CARROT GF CTN 50# | 13.25 | 26.50 | 0.00 | | |
| 10926 | 2 | BALE * | CARROT TABLE 10/5# | 13.50 | 27.00 | 0.00 | | |
| 10927 | 2 | BALE * | CARROT TABLE 24/2# | 13.50 | 27.00 | 0.00 | | |
| 11202 | 1 | CTN | CHARD RED 12CT | 12.25 | 12.25 | 0.00 | | |
| 11205 | 1 | CTN | CHARD SWISS 12CT | 12.25 | 12.25 | 0.00 | | |
| 11102 | 2 | CTN * | CELERY 24 CT | 19.00 | 38.00 | 0.00 | | |
| 12722 | 8 | CTN * | LETTUCE CELLO 24 CT | 15.75 | 126.00 | 0.00 | | |
| 13001 | 1 | FLT | MUSH WHT WHL 12/8 OZ | 14.00 | 14.00 | 0.00 | | |
| 13031 | 1 | FLT | MUSH WHT SLC 12/8OZ | 14.50 | 14.50 | 0.00 | | |
| 12851 | 2 | CTN * | NOPALES DICED 12/1# | 16.00 | 32.00 | 0.00 | | |
| 13302 | 3 | SK | ONION BOILER 25# | 22.50 | 67.50 | 0.00 | | |
| 13306 | 3 | CTN * | ONION GREEN 48 CT ICELESS | 12.25 | 36.75 | 0.00 | | |
| 13341 | 10 | SK * | ONION WHITE MEDIUM 50# | 16.50 | 165.00 | 0.00 | | |
| 13409 | 1 | CTN | PARSLEY BUNCH 30 CT | 13.25 | 13.25 | 0.00 | | |
| 13411 | 1 | CTN | PARSLEY HYE 30 ct | 12.50 | 12.50 | 0.00 | | |
| 13610 | 1 | CTN * | PEA SNOW CHINA 10# | 20.00 | 20.00 | 0.00 | | |
| 13741 | 1 | CTN * | PEPPER BELL GREEN LG 25# | 28.85 | 28.85 | 0.00 | | |
| 13730 | 2 | CTN * | PEPPER BELL RED 25# | 18.75 | 37.50 | 0.00 | | |
| 13738 | 3 | W/B * | PEPPER CHILE YELLOW 32# | 14.75 | 44.25 | 0.00 | | |
| 13807 | 2 | CTN * | POTATO RED "A" 50# | 17.85 | 35.70 | 0.00 | | |
| 13835 | 3 | CTN * | POTATO SWEET #1 | 30.00 | 90.00 | 0.00 | | |
| 14401 | 1 | CTN * | SPINACH 24 CT | 13.00 | 13.00 | 0.00 | | |
| 15201 | 3 | CTN * | YAM #1 40# | 31.00 | 93.00 | 0.00 | | |
| 12825 | 3 | CTN * | YUCCA ROOT 40# | 38.75 | 116.25 | 0.00 | | |
| 20158 | 7 | CTN * | APPLE FUJI 80/88CT | 31.50 | 220.50 | 0.00 | | |
| 20510 | 40 | CTN * | BANANA 4 CLR "CHIQUITA" | 20.75 | 830.00 | 0.00 | | |
| 20540 | 4 | CTN * | BANANA BABY (DOMINICO)15# | 13.00 | 52.00 | 0.00 | | |

| TOTALS | | | | TOTAL | | PAYMENT TERMS | |
|---|---|---|---|---|---|---|---|
| | | | | SALES TAX | | | |
| | | **(Continued)** | | INVOICE TOTAL | | | |

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #:  47884    COFA #:  A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.



**OK PRODUCE**

P.O. Box 12838 – 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

Customer: **58457**
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
408/503-6515

**Ship To:**
**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

Invoice #
**1793620**
Page: **2**

9

| PURCHASE ORDER NUMBER | ROUTE 017 | SALES REP 26 | SERVICE REP | OK ORDER NUMBER 1079296 | | | INVOICE DATE 06/27/08 | |
|---|---|---|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 20507 | 3 | CTN * | BANANA BURRO "COLOR" 40# | 12.25 | 36.75 | 0.00 | | |
| 20544 | 6 | CTN * | BANANA MACHO (COLOR) 48# | 24.00 | 144.00 | 0.00 | | |
| 20526 | 3 | CTN * | BANANA MANZANO 20# | 19.50 | 58.50 | 0.00 | | |
| 22809 | 6 | CTN * | BERRY STRWBRY LTD ED 8/1# | 11.75 | 70.50 | 0.00 | | |
| 21010 | 1 | CTN * | GRAPEFRUIT 40 CT | 14.00 | 14.00 | 0.00 | | |
| 21728 | 6 | CTN * | MAMEY CTN 25# | 45.00 | 270.00 | 0.00 | | |
| 21509 | 20 | CTN * | MANGO ATAULFO 18 CT | 6.00 | 120.00 | 0.00 | | |
| 21619 | 10 | CTN * | MELON HONEYDEW 5/6CT 25# | 8.50 | 85.00 | 0.00 | | |
| 21625 | 2 | BIN * | MELON WTRMLN BIN 700# | 145.00 | 290.00 | 0.30 | 130.00 | 30.95 |
| 21630 | 2 | BIN * | MELON WTRMLN SDLS BIN 700LB | 145.00 | 290.00 | 0.30 | 130.00 | 30.95 |
| 21911 | 20 | CTN * | NECTARINE YLW 56 VF 25# | 16.00 | 320.00 | 0.00 | | |
| 22325 | 7 | CTN * | PEAR D'ANJOU 60/70CT 44# | 26.50 | 185.50 | 0.00 | | |
| 14128 | 1 | CTN | SALAD CRSP ROM GRDN 12/12oz | 13.75 | 13.75 | 0.00 | | |
| 14230 | 1 | CTN | SALAD MIX 18/12 oz | 11.75 | 11.75 | 0.00 | | |
| 14904 | 10 | FLT | TOMATO 4X5 2-LAYER 22# | 17.25 | 172.50 | 1.23 | 73.50 | 29.88 |

'27/08    TRUCK# :

DRIVER (PRINT) :

**OK PRODUCE**
**TRUCK LOAD MANIFEST**

ROUTE# : 017

TIME LEAVING : _____ AM / PM

| INVOICE | CUSTOMER | TIME | | RETURNS | PALLETS | | RECEIVED BY: | |
|---|---|---|---|---|---|---|---|---|
| | | IN | OUT | | DEL | P/U | SIGNATURE | PRINT NAME |
| 1793620 | 58457 MERCADO SUVIANDA | 8:22 | 9:30 | | 13 | | | |
| S | Pulp temp. | | | | | | | |
| | NOTES: NO DRK STP/PALLET CHARGE | | | | | | | |
| 1793621 | 58457 MERCADO SUVIANDA | 8:22 | 9:36 | | | ◯ | | |
| | Pulp temp. | | | | | | | |

| TOTALS | 225 | | | | | | TOTAL | 4586.05 |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | SALES TAX | 0.00 |
| | | | | | | | INVOICE TOTAL | **$4586.05** |

PAYMENT TERMS
Net 21 Days

**JAMBA JUICE & SMOOTHIES ARE HERE! CONTACT YOUR SALES REP TO GET ALL 6 VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #:  47884    CDFA #:  A6504

_____
DRIVER SIGNATURE



**OK PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

Customer: **58457**
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
408/503-6515

**Ship To:**
**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

Invoice #
**1793847**
Page: 1

**THIS IS A CREDIT MEMO**

9

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | | INVOICE DATE |
|---|---|---|---|---|---|---|
| 750255 | | 26 | PTSY | 1792685 | | 06/27/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 11205 | | CTN | CHARD SWISS 12CT | 12.25 | -12.25 | 0.00 | | |

| TOTALS | -1 | | | | |
|---|---|---|---|---|---|
| | | | TOTAL | -12.25 | |
| | | | SALES TAX | 0.00 | |
| | | | INVOICE TOTAL | **$-12.25** | |

PAYMENT TERMS
**Net 21 Days**

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884     CDFA #: A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

_____
DRIVER SIGNATURE



This invoice is printed on recycled paper.



Invoice #
**1793870**
Page:    1

Customer:  **58457**
408/503-6515

**Ship To:**

MERCADO SUVIANDA #1PRODUCE(S.JOSE)     **MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD                                              1070 S. WHITE RD
SAN JOSE, CA 95127                                          SAN JOSE, CA 95127
    408/503-6515

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

THIS IS A CREDIT MEMO                                              9

| PURCHASE ORDER NUMBER 746181 | ROUTE | SALES REP 26 | SERVICE REP PTSY | OK ORDER NUMBER 1793048 | | INVOICE DATE 06/27/08 |
|---|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 11606 | | CTN | CUCUMBER PICKLING 25# | 12.00 | -120.00 | 0.00 | | |
| 20195 | | CTN | APPLE BRAEBURN 12/3# | 18.00 | -126.00 | 0.00 | | |

| TOTALS | -17 | | | | | |
|---|---|---|---|---|---|---|

|  | TOTAL | -246.00 |
|---|---|---|
| | SALES TAX | 0.00 |
| | INVOICE TOTAL | **$-246.00** |

PAYMENT TERMS
**Net 21 Days**

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
 VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #:  47884    CDFA #:  A6504

The perishable agricultural commodities listed on this invoice are          The seller of these commodities retains a trust claim over these commodities, all
sold subject to the statutory trust authorized by section 5(c) of the      inventories of food or other products derived from these commodities, and any receivable
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).      of proceeds from the sale of these commodities until full payment is received.

_____
DRIVER SIGNATURE



This invoice is printed on recycled paper.

**OK PRODUCE**

Invoice #
**1793887**
Page: 1

Customer: **58457**
408/503-6515

Ship To:

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
408/503-6515

**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

9

| PURCHASE ORDER NUMBER | ROUTE 017 | SALES REP 26 | SERVICE REP | OK ORDER NUMBER 1079477 | | INVOICE DATE 06/28/08 |
|---|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 40438 | 1 | CTN * | BEAN GARBANZO "FRESH" 15# | 29.75 | 29.75 | 0.00 | | |
| 10306 | 2 | CTN * | BEAN GREEN 30# | 27.75 | 55.50 | 0.00 | | |
| 10602 | 5 | CTN * | BROCCOLI 18 CT | 11.25 | 56.25 | 0.00 | | |
| 10604 | 5 | CTN * | BROCCOLI CROWN 20# | 12.50 | 62.50 | 0.00 | | |
| 10804 | 4 | CTN * | CABBAGE GREEN CELLO 45# | 16.75 | 67.00 | 0.00 | | |
| 10932 | 3 | CTN * | CARROT GF CTN 50# | 13.25 | 39.75 | 0.00 | | |
| 10926 | 2 | BALE * | CARROT TABLE 10/5# | 13.50 | 27.00 | 0.00 | | |
| 10942 | 1 | CTN | CARROT PETITE MICRO 12/12OZ | 12.25 | 12.25 | 0.00 | | |
| 10965 | 1 | CTN | CARROT GF SHREDDED 12/10oz | 9.25 | 9.25 | 0.00 | | |
| 11102 | 4 | CTN * | CELERY 24 CT | 19.00 | 76.00 | 0.00 | | |
| 11303 | 10 | CTN * | CILANTRO 60 CT | 12.85 | 128.50 | 0.00 | | |
| 11508 | 7 | CTN * | CORN WHITE 48 CT | 14.75 | 103.25 | 0.00 | | |
| 12722 | 10 | CTN * | LETTUCE CELLO 24 CT | 15.75 | 157.50 | 0.00 | | |
| 12710 | 1 | CTN * | LETTUCE GREEN LEAF 24 CT | 14.00 | 14.00 | 0.00 | | |
| 12712 | 1 | CTN * | LETTUCE RED LEAF 24 CT | 14.00 | 14.00 | 0.00 | | |
| 12715 | 1 | CTN * | LETTUCE ROMAINE 24 CT | 14.00 | 14.00 | 0.00 | | |
| 13001 | 1 | FLT | MUSH WHT WHL 12/8 OZ | 14.00 | 14.00 | 0.00 | | |
| 13031 | 1 | FLT | MUSH WHT SLC 12/8OZ | 14.50 | 14.50 | 0.00 | | |
| 12851 | 1 | CTN * | NOPALES DICED 12/1# | 16.00 | 16.00 | 0.00 | | |
| 13302 | 2 | SK | ONION BOILER 25# | 26.25 | 52.50 | 0.00 | | |
| 13306 | 6 | CTN * | ONION GREEN 48 CT ICELESS | 12.25 | 73.50 | 0.00 | | |
| 13341 | 15 | SK * | ONION WHITE MEDIUM 50# | 16.50 | 247.50 | 0.00 | | |
| 13741 | 4 | CTN * | PEPPER BELL GREEN LG 25# | 28.85 | 115.40 | 0.00 | | |
| 13730 | 5 | CTN * | PEPPER BELL RED 25# | 18.75 | 93.75 | 0.00 | | |
| 13807 | 2 | CTN * | POTATO RED "A" 50# | 17.85 | 35.70 | 0.00 | | |
| 13832 | 2 | CTN * | POTATO RUSSET 80 CT | 25.00 | 50.00 | 0.00 | | |
| 13840 | 5 | CTN * | POTATO WHITE ROSE #1 50# | 20.75 | 103.75 | 0.00 | | |
| 13841 | 30 | BALE * | POTATO WHITE #2 5/10# | 10.00 | 300.00 | 0.00 | | |
| 14008 | 2 | CTN * | RADISH W-TOPS 48 CT | 13.75 | 27.50 | 0.00 | | |
| 14905 | 10 | FLT * | TOMATO 5X5 2-LAYER | 17.25 | 172.50 | 0.00 | | |
| 20114 | 2 | CTN * | APPLE GOLD DEL"PREM" 80/88CT | 33.00 | 66.00 | 0.00 | | |
| 20157 | 2 | CTN * | APPLE GRNYSMTH PREM 80/88 CT | 31.00 | 62.00 | 0.00 | | |
| 20143 | 5 | CTN * | APPLE RED DEL "PREM" 72/80CT 40# | 31.00 | 155.00 | 0.00 | | |

| TOTALS | | | | TOTAL | | PAYMENT TERMS |
|---|---|---|---|---|---|---|
| | | | **(Continued)** | SALES TAX | | |
| | | | | INVOICE TOTAL | | |

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivable or proceeds from the sale of these commodities until full payment is received.



This invoice is printed on recycled paper.



**Customer: 58457**
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
408/503-6515

**Ship To:**
**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

Invoice #
**1793887**
Page: 2

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

9

| PURCHASE ORDER NUMBER | ROUTE 017 | SALES REP 26 | SERVICE REP | OK ORDER NUMBER 1079477 | INVOICE DATE 06/28/08 |
|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 20510 | 70 | CTN * | BANANA 4 CLR "CHIQUITA" | 20.75 | 1452.50 | 0.00 | | |
| 20540 | 3 | CTN * | BANANA BABY (DOMINICO)15# | 13.00 | 39.00 | 0.00 | | |
| 20507 | 3 | CTN * | BANANA BURRO "COLOR" 40# | 12.25 | 36.75 | 0.00 | | |
| 20544 | 7 | CTN * | BANANA MACHO (COLOR) 48# | 24.00 | 168.00 | 0.00 | | |
| 21010 | 2 | CTN | GRAPEFRUIT 40 CT | 14.00 | 28.00 | 0.00 | | |
| 21119 | 4 | CTN * | GRAPES RED GLOBE 18# | 16.75 | 67.00 | 0.00 | | |
| 21129 | 4 | CTN * | GRAPES RED SLDS 18# | 17.75 | 71.00 | 0.00 | | |
| 21608 | 15 | CTN * | MELON CANTALOUPE 9CT 35# | 12.75 | 191.25 | 0.00 | | |
| 21630 | 2 | BIN | MELON WTRMLN SDLS BIN 700LB | 145.00 | 290.00 | 0.00 | | |
| 21915 | 2 | * | NECTARINE WHT 40/44 TP 18# | 18.75 | 37.50 | 0.00 | | |
| 21911 | 25 | CTN * | NECTARINE YLW 56 VF 25# | 16.00 | 400.00 | 0.00 | | |
| 22215 | 10 | CTN * | PEACH YLW 56 VF 25# | 15.50 | 155.00 | 0.00 | | |
| 22327 | 2 | CTN * | PEAR BOSC CHILEAN 70/80CT 40# | 38.00 | 76.00 | 0.00 | | |
| 22325 | 7 | CTN * | PEAR D'ANJOU 60/70CT 44# | 26.50 | 185.50 | 0.00 | | |
| 22616 | 3 | CTN * | PLUM BLACK 40/45 VF 28# | 22.75 | 68.25 | 0.00 | | |
| 22606 | 3 | * | PLUM RED 40/45 VF 28# | 22.75 | 68.25 | 0.00 | | |
| 14128 | 2 | CTN | SALAD CRSP ROM GRDN 12/12oz | 13.75 | 27.50 | 0.00 | | |
| 14230 | 2 | CTN | SALAD MIX 18/12 oz | 11.75 | 23.50 | 0.00 | | |

06/28/08    TRUCK#: 402

**OK PRODUCE**
**TRUCK LOAD MANIFEST**

ROUTE# : 017

DRIVER (PRINT): Rodrigo Jaime    TIME LEAVING : 1:00    AM / PM

| INVOICE | CUSTOMER | TIME IN | OUT | RETURNS | PALLETS DEL | P/U | RECEIVED BY: SIGNATURE | PRINT NAME |
|---|---|---|---|---|---|---|---|---|
| | NOTES: Jose Cell# 408-417-7402 | | | | | | | |
| 1793887 | 58457  MERCADO SUVIANDA<br>Pulp temp. | 9 00 | 10 30 | Ø | 16 | 17 | Armando | |
| | NOTES: NO DRK STP/PALLET CHARGE | | | | | | | |

| TOTALS | 319 | | | | TOTAL | 5851.10 | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | SALES TAX | 0.00 | PAYMENT TERMS | |
| | | | | | INVOICE TOTAL | **$5851.10** | Net 21 Days | |

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg#: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
or proceeds from the sale of these commodities until full payment is received.



This invoice is printed on recycled paper.



**CK PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

Customer: **58457**
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
    408/503-6515

**Ship To:**
**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

Invoice #
**1794093**
Page:    1

**THIS IS A CREDIT MEMO**                                    9

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| 759456 | | 26 | PTSY | 1793048 | 06/29/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 21630 | | BIN | MELON WTRMLN SDLS BIN 700LB | 145.00 | -145.00 | 0.00 | | |

| TOTALS | -1 | | | | |
|---|---|---|---|---|---|
| | | | | TOTAL | -145.00 |
| | | | | SALES TAX | 0.00 |
| | | | | INVOICE TOTAL | $-145.00 |

PAYMENT TERMS
Net 21 Days

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #:  47884    CDFA #:  A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.



**P.O. Box 12838 - 1762 G Street**
**Fresno, CA  93779-2838**
**(559) 445-8600**
**www.okproduce.com**

Customer:  **58457**
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
    408/503-6515

**Ship To:**

**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

Invoice #
**1794115**
Page:      1

**THIS IS A CREDIT MEMO**                                                        9

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | | INVOICE DATE |
|---|---|---|---|---|---|---|
| 746180 | | 26 | PTSY | 1792467 | | 06/29/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|---|
| 11607 | | BSHL | CUCUMBER S/S 72 CT | | 28.75 | -28.75 | 0.00 | | |

| TOTALS | -1 | | | TOTAL | -28.75 | | |
|---|---|---|---|---|---|---|---|
| | | | | SALES TAX | 0.00 | **PAYMENT TERMS** | |
| | | | | INVOICE TOTAL | **$-28.75** | **Net 21 Days** | |

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6**
**VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

State of CA Organic Reg #:  47884     CDFA #:  A6504

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.

_____
DRIVER SIGNATURE

**OK PRODUCE**

Customer: **58457**
408/503-6515

**Ship To:**

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127

Invoice #
**1794240**
Page: 1

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

9

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| | 018 | 26 | | 1079673 | 06/30/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 10403 | 1 | CTN | BEET W-TOPS 12 CT | 13.25 | 13.25 | 0.00 | | |
| 10602 | 4 | CTN | BROCCOLI 18 CT | 11.25 | 45.00 | 0.00 | | |
| 10604 | 3 | CTN | BROCCOLI CROWN 20# | 12.50 | 37.50 | 0.00 | | |
| 10804 | 5 | CTN | CABBAGE GREEN CELLO 45# | 16.75 | 83.75 | 0.00 | | |
| 10807 | 1 | CTN | CABBAGE NAPPA 30# | 13.85 | 13.85 | 0.00 | | |
| 10810 | 2 | CTN | CABBAGE RED 45# | 21.50 | 43.00 | 0.00 | | |
| 10932 | 2 | CTN | CARROT GF CTN 50# | 13.25 | 26.50 | 0.00 | | |
| 10926 | 2 | BALE | CARROT TABLE 10/5# | 13.50 | 27.00 | 0.00 | | |
| 10927 | 3 | BALE | CARROT TABLE 24/2# | 13.50 | 40.50 | 0.00 | | |
| 10949 | 1 | CTN | CARROT W.P. MINI 40/1# | 24.50 | 24.50 | 0.00 | | |
| 10916 | 1 | SK | CARROT W/P MINI 20/2# | 25.00 | 25.00 | 0.00 | | |
| 10942 | 1 | CTN | CARROT PETITE MICRO 12/12OZ | 12.25 | 12.25 | 0.00 | | |
| 10965 | 1 | CTN | CARROT GF SHREDDED 12/10oz | 9.25 | 9.25 | 0.00 | | |
| 11102 | 2 | CTN | CELERY 24 CT | 19.00 | 38.00 | 0.00 | | |
| 11303 | 10 | CTN | CILANTRO 60 CT | 12.85 | 128.50 | 0.00 | | |
| 11508 | 10 | CTN | CORN WHITE 48 CT | 14.75 | 147.50 | 0.00 | | |
| 11607 | 4 | BSHL | CUCUMBER S/S 72 CT | 28.75 | 115.00 | 0.00 | | |
| 11402 | 1 | CTN | GRNS COLLARD 24 CT | 16.00 | 16.00 | 0.00 | | |
| 13102 | 1 | CTN | GRNS MUSTARD CURLY 24 CT | 14.00 | 14.00 | 0.00 | | |
| 12722 | 10 | CTN | LETTUCE CELLO 24 CT | 15.75 | 157.50 | 0.00 | | |
| 12710 | 1 | CTN | LETTUCE GREEN LEAF 24 CT | 14.00 | 14.00 | 0.00 | | |
| 12712 | 1 | CTN | LETTUCE RED LEAF 24 CT | 14.00 | 14.00 | 0.00 | | |
| 12715 | 1 | CTN | LETTUCE ROMAINE 24 CT | 14.00 | 14.00 | 0.00 | | |
| 13001 | 1 | FLT | MUSH WHT WHL 12/8 OZ | 14.00 | 14.00 | 0.00 | | |
| 13031 | 1 | FLT | MUSH WHT SLC 12/8OZ | 14.50 | 14.50 | 0.00 | | |
| 12851 | 1 | CTN | NOPALES DICED 12/1# | 16.00 | 16.00 | 0.00 | | |
| 13302 | 1 | SK | ONION BOILER 25# | 26.25 | 26.25 | 0.00 | | |
| 13341 | 10 | SK | ONION WHITE MEDIUM 50# | 16.50 | 165.00 | 0.00 | | |
| 15705 | 10 | BG | ONION YELLOW MED 50# | 7.50 | 75.00 | 0.00 | | |
| 13741 | 4 | CTN | PEPPER BELL GREEN LG 25# | 28.85 | 115.40 | 0.00 | | |
| 13730 | 4 | CTN | PEPPER BELL RED 25# | 18.75 | 75.00 | 0.00 | | |
| 13713 | 2 | CTN | PEPPER BELL YELLOW 25# | 34.75 | 69.50 | 0.00 | | |
| 13807 | 2 | CTN | POTATO RED "A" 50# | 17.85 | 35.70 | 0.00 | | |

| TOTALS | | | | TOTAL | | PAYMENT TERMS | | |
|---|---|---|---|---|---|---|---|---|
| | | | | SALES TAX | | | | |
| | | **(Continued)** | | INVOICE TOTAL | | | | |

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.



This invoice is printed on recycled paper.



Customer: **58457**
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
   408/503-6515

**Ship To:**
**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
**1070 S. WHITE RD**
**SAN JOSE, CA 95127**

Invoice #
**1794240**
Page:    2

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

9

| PURCHASE ORDER NUMBER | ROUTE 018 | SALES REP 26 | SERVICE REP | OK ORDER NUMBER 1079673 | | | INVOICE DATE 06/30/08 | | |
|---|---|---|---|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 13835 | 1 | CTN * | POTATO SWEET #1 | 30.00 | 30.00 | 0.00 | | |
| 13840 | 5 | CTN * | POTATO WHITE ROSE #1 50# | 20.75 | 103.75 | 0.00 | | |
| 13841 | 10 | BALE * | POTATO WHITE #2 5/10# | 10.00 | 100.00 | 0.00 | | |
| 14008 | 5 | CTN * | RADISH W-TOPS 48 CT | 13.75 | 68.75 | 0.00 | | |
| 14401 | 2 | CTN * | SPINACH 24 CT | 13.00 | 26.00 | 0.00 | | |
| 14651 | 3 | CTN * | SQUASH CHAYOTE 50CT | 25.00 | 75.00 | 0.00 | | |
| 20158 | 7 | CTN * | APPLE FUJI 80/88CT | 31.50 | 220.50 | 0.00 | | |
| 20216 | 5 | CTN * | APPLE GALA CHILEAN 100ct | 37.50 | 187.50 | 0.00 | | |
| 20114 | 2 | CTN * | APPLE GOLD DEL"PREM" 80/88CT | 33.00 | 66.00 | 0.00 | | |
| 20157 | 2 | CTN * | APPLE GRNYSMTH PREM 80/88 CT | 31.00 | 62.00 | 0.00 | | |
| 20143 | 3 | CTN * | APPLE RED DEL "PREM" 72/80CT 40# | 31.00 | 93.00 | 0.00 | | |
| 20510 | 50 | CTN * | BANANA 4 CLR "CHIQUITA" | 20.75 | 1037.50 | 0.00 | | |
| 20540 | 2 | CTN * | BANANA BABY (DOMINICO)15# | 13.00 | 26.00 | 0.00 | | |
| 20507 | 2 | CTN * | BANANA BURRO "COLOR" 40# | 12.25 | 24.50 | 0.00 | | |
| 20544 | 4 | CTN * | BANANA MACHO (COLOR) 48# | 24.00 | 96.00 | 0.00 | | |
| 20526 | 1 | CTN * | BANANA MANZANO 20# | 19.50 | 19.50 | 1.39 | 8.30 | 29.86 |
| 22809 | 10 | CTN * | BERRY STRWBRY LTD ED 8/1# | 11.75 | 117.50 | 0.00 | | |
| 21010 | 0 | CTN * | GRAPEFRUIT 40 CT | 14.00 | 0.00 | 0.50 | 0.00 | |
| 21130 | 4 | CTN * | GRAPES GREEN SDLS 18# | 17.75 | 71.00 | 0.00 | | |
| 21129 | 4 | CTN * | GRAPES RED SLDS 18# | 17.75 | 71.00 | 0.00 | | |
| 21400 | 1 | CTN * | LEMON (SWEET) 40# | 33.00 | 33.00 | 0.00 | | |
| 21728 | 2 | CTN * | MAMEY CTN 25# | 45.00 | 90.00 | 0.00 | | |
| 22215 | 7 | CTN * | PEACH YLW 56 VF 25# | 15.50 | 108.50 | 0.00 | | |
| 22327 | 2 | CTN * | PEAR BOSC CHILEAN 70/80CT 40# | 38.00 | 76.00 | 0.00 | | |
| 22325 | 6 | CTN * | PEAR D'ANJOU 60/70CT 44# | 26.50 | 159.00 | 0.00 | | |
| 14128 | 1 | CTN * | SALAD CRSP ROM GRDN 12/12oz | 13.75 | 13.75 | 0.00 | | |
| 14230 | 2 | CTN | SALAD MIX 18/12 oz | 11.75 | 23.50 | 0.00 | | |

| TOTALS | 247 | | | | TOTAL | 4665.45 | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | SALES TAX | 0.00 | PAYMENT TERMS | |
| | | | | | INVOICE TOTAL | **$4665.45** | Net 21 Days | |

---

06/30/08    TRUCK#: 400          **OK PRODUCE**              ROUTE#: 018
                                 **TRUCK LOAD MANIFEST**
DRIVER (PRINT): Manuel Z                            TIME LEAVING: 12:30 AM / PM

| !INVOICE | CUSTOMER | TIME | | RETURNS | PALLETS | | RECEIVED BY: | |
|---|---|---|---|---|---|---|---|---|
| | | IN | OUT | | DEL | P/U | SIGNATURE | PRINT NAME |
| | NOTES: NO DRK STP/PALLET CHARGE | | | | | | | |
| 1794240 | 58457  MERCADO SUVIANDA | | | | | | Gildardo | |
| | Pulp temp. | | | | | | | |



**CK PRODUCE**

| Customer: | 58457 |
| | 408/503-6515 |

**Ship To:**

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127

Invoice #
**1794517**
Page: 1

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

9

| PURCHASE ORDER NUMBER | | ROUTE 017 | SALES REP 26 | SERVICE REP | OK ORDER NUMBER 1079845 | | | | INVOICE DATE 07/01/08 | |
|---|---|---|---|---|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 12841 | 1 | CTN | ALOE VERA LEAVES 25# | 21.25 | 21.25 | 0.00 | | |
| 10210 | 1 | CTN * | ASPARAGUS 11# | 21.00 | 21.00 | 0.00 | | |
| 10403 | 2 | CTN * | BEET W-TOPS 12 CT | 13.25 | 26.50 | 0.00 | | |
| 10602 | 3 | CTN * | BROCCOLI 18 CT | 10.75 | 32.25 | 0.00 | | |
| 10932 | 2 | CTN * | CARROT GF CTN 50# | 13.25 | 26.50 | 0.00 | | |
| 10926 | 4 | BALE * | CARROT TABLE 10/5# | 13.50 | 54.00 | 0.00 | | |
| 11303 | 10 | CTN * | CILANTRO 60 CT | 12.85 | 128.50 | 0.00 | | |
| 11619 | 10 | BSHL * | CUCUMBER SELECT 84 CT | 21.75 | 217.50 | 0.00 | | |
| 12201 | 5 | CTN * | GARLIC LOOSE 30# | 17.85 | 89.25 | 0.00 | | |
| 12722 | 10 | CTN * | LETTUCE CELLO 24 CT | 13.85 | 138.50 | 0.00 | | |
| 13001 | 1 | FLT | MUSH WHT WHL 12/8 OZ | 14.00 | 14.00 | 0.00 | | |
| 13031 | 1 | FLT | MUSH WHT SLC 12/8OZ | 14.50 | 14.50 | 0.00 | | |
| 12851 | 2 | CTN * | NOPALES DICED 12/1# | 16.00 | 32.00 | 0.00 | | |
| 13306 | 5 | CTN * | ONION GREEN 48 CT ICELESS | 12.25 | 61.25 | 0.00 | | |
| 13341 | 15 | SK * | ONION WHITE MEDIUM 50# | 15.00 | 225.00 | 0.00 | | |
| 13741 | 3 | CTN * | PEPPER BELL GREEN LG 25# | 28.85 | 86.55 | 0.00 | | |
| 13713 | 1 | CTN * | PEPPER BELL YELLOW 25# | 42.00 | 42.00 | 0.00 | | |
| 13733 | 3 | W/B * | PEPPER SERRANO CHILE W/B | 24.50 | 73.50 | 0.00 | | |
| 14651 | 4 | CTN * | SQUASH CHAYOTE 50CT | 25.00 | 100.00 | 0.00 | | |
| 14612 | 4 | CTN * | SQUASH ITALIAN FCY #1 | 10.85 | 43.40 | 0.00 | | |
| 14905 | 10 | FLT * | TOMATO 5X5 2-LAYER | 17.25 | 172.50 | 0.00 | | |
| 12825 | 1 | CTN * | YUCCA ROOT 40# | 38.75 | 38.75 | 0.00 | | |
| 20158 | 7 | CTN * | APPLE FUJI 80/88CT | 31.50 | 220.50 | 0.00 | | |
| 20509 | 25 | CTN * | BANANA 3 CLR "CHIQUITA" | 20.50 | 512.50 | 0.00 | | |
| 20540 | 2 | CTN * | BANANA BABY (DOMINICO)15# | 13.00 | 26.00 | 0.00 | | |
| 20507 | 2 | CTN * | BANANA BURRO "COLOR" 40# | 12.25 | 24.50 | 0.00 | | |
| 20544 | 2 | CTN * | BANANA MACHO (COLOR) 48# | 22.50 | 45.00 | 0.00 | | |
| 22823 | 1 | CTN * | BERRY BLACKBERRY 12/5.6OZ | 28.50 | 28.50 | 0.00 | | |
| 22822 | 1 | CTN * | BERRY BLUEBERRY 12/6 OZ | 26.00 | 26.00 | 0.00 | | |
| 22824 | 1 | FLT * | BERRY RASPBERRY 12/5.6OZ | 23.50 | 23.50 | 0.00 | | |
| 22809 | 5 | CTN * | BERRY STRWBRY LTD ED 8/1# | 11.75 | 58.75 | 0.00 | | |
| 21130 | 5 | CTN * | GRAPES GREEN SDLS 18# | 15.50 | 77.50 | 0.00 | | |
| 21300 | 2 | CTN * | LEMONS FANCY 140 CT | 37.75 | 75.50 | 0.00 | | |

| TOTALS | | | | TOTAL | | | PAYMENT TERMS | |
|---|---|---|---|---|---|---|---|---|
| | | | | SALES TAX | | | | |
| **(Continued)** | | | | INVOICE TOTAL | | | | |

DATE

CUSTOMER SIGNATURE

PRINT NAME

DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
or proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.



Customer: **58457**
408/503-6515

Invoice #
**1794517**
Page: **2**

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
408/503-6515

**Ship To:**
**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

9

| PURCHASE ORDER NUMBER | ROUTE 017 | SALES REP 26 | SERVICE REP | OK ORDER NUMBER 1079845 | | | INVOICE DATE 07/01/08 | | |
|---|---|---|---|---|---|---|---|---|---|
| ITEM # | QTY | PACK/SIZE | DESCRIPTION | | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
| 21608 | 20 | CTN * | MELON CANTALOUPE 9CT 35# | | 14.00 | 280.00 | 0.00 | | |
| 21919 | 15 | CTN * | NECTARINE W-FLESH VF 25# | | 15.50 | 232.50 | 0.00 | | |
| 22325 | 7 | CTN * | PEAR D'ANJOU 60/70CT 44# | | 26.50 | 185.50 | 0.00 | | |
| 22518 | 40 | CTN * | PINEAPPLE GOLD 8CT | | 11.00 | 440.00 | 0.00 | | |

07/01/08    TRUCK#: 307

DRIVER (PRINT): David

**OK PRODUCE**
**TRUCK LOAD MANIFEST**

ROUTE# : 017

TIME LEAVING : 2.00    AM / PM

| INVOICE | CUSTOMER | TIME | RETURNS | PALLETS | RECEIVED BY: |
|---|---|---|---|---|---|
| 1794517 | 58457 MERCADO SUVIANDA | | | | Gildardo |
| | Pulp temp. | | | | |

NOTES: NO DRK STP/PALLET CHARGE

| TOTALS | 233 | | | | |
|---|---|---|---|---|---|

| TOTAL | 3914.95 |
|---|---|
| SALES TAX | 0.00 |
| INVOICE TOTAL | **$3914.95** |

PAYMENT TERMS
Net 21 Days

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable



**CK PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

Customer: **58457**
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
408/503-6515

Ship To:
**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

Invoice # **1794673**
Page: 1

9

| PURCHASE ORDER NUMBER | | ROUTE 018 | SALES REP 26 | SERVICE REP | OK ORDER NUMBER 1080014 | | INVOICE DATE 07/02/08 | | | |
|---|---|---|---|---|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 10306 | 5 | CTN * | BEAN GREEN 30# | 24.85 | 124.25 | 0.00 | | |
| 10602 | 4 | CTN * | BROCCOLI 18 CT | 10.75 | 43.00 | 0.00 | | |
| 10604 | 4 | CTN * | BROCCOLI CROWN 20# | 11.75 | 47.00 | 0.00 | | |
| 10926 | 2 | BALE * | CARROT TABLE 10/5# | 13.50 | 27.00 | 0.00 | | |
| 10927 | 2 | BALE * | CARROT TABLE 24/2# | 13.50 | 27.00 | 0.00 | | |
| 10949 | 2 | CTN * | CARROT W.P. MINI 40/1# | 24.50 | 49.00 | 0.00 | | |
| 11303 | 7 | CTN * | CILANTRO 60 CT | 12.85 | 89.95 | 0.00 | | |
| 11508 | 75 | CTN * | CORN WHITE 48 CT | 14.75 | 1106.25 | 0.00 | | |
| 11619 | 25 | BSHL * | CUCUMBER SELECT 84 CT | 21.75 | 543.75 | 0.00 | | |
| 12722 | 20 | CTN * | LETTUCE CELLO 24 CT | 13.85 | 277.00 | 0.00 | | |
| 13001 | 1 | FLT | MUSH WHT WHL 12/8 OZ | 14.00 | 14.00 | 0.00 | | |
| 13031 | 1 | FLT | MUSH WHT SLC 12/8OZ | 14.50 | 14.50 | 0.00 | | |
| 12851 | 2 | CTN * | NOPALES DICED 12/1# | 16.00 | 32.00 | 0.00 | | |
| 13306 | 4 | CTN * | ONION GREEN 48 CT ICELESS | 12.25 | 49.00 | 0.00 | | |
| 13363 | 15 | CTN * | ONION GREEN MEXICAN 2 DOZ | 11.25 | 168.75 | 0.00 | | |
| 13341 | 10 | SK * | ONION WHITE MEDIUM 50# | 15.00 | 150.00 | 0.00 | | |
| 15705 | 20 | BG * | ONION YELLOW MED 50# | 8.00 | 160.00 | 0.00 | | |
| 13741 | 3 | CTN * | PEPPER BELL GREEN LG 25# | 28.85 | 86.55 | 0.00 | | |
| 13713 | 1 | CTN * | PEPPER BELL YELLOW 25# | 42.00 | 42.00 | 0.00 | | |
| 13840 | 5 | CTN * | POTATO WHITE ROSE #1 50# | 21.50 | 107.50 | 0.00 | | |
| 13841 | 5 | BALE * | POTATO WHITE #2 5/10# | 11.00 | 55.00 | 0.00 | | |
| 14008 | 7 | CTN * | RADISH W-TOPS 48 CT | 15.25 | 106.75 | 0.00 | | |
| 14401 | 1 | CTN * | SPINACH 24 CT | 14.25 | 14.25 | 0.00 | | |
| 14651 | 4 | CTN * | SQUASH CHAYOTE 50CT | 25.00 | 100.00 | 0.00 | | |
| 14612 | 6 | CTN * | SQUASH ITALIAN FCY #1 | 10.85 | 65.10 | 0.00 | | |
| 14921 | 70 | CTN * | TOMATO ROMA 25# | 17.25 | 1207.50 | 0.00 | | |
| 20158 | 7 | CTN * | APPLE FUJI 80/88CT | 31.50 | 220.50 | 0.00 | | |
| 20216 | 3 | CTN * | APPLE GALA CHILEAN 100ct | 37.50 | 112.50 | 0.00 | | |
| 20510 | 80 | CTN * | BANANA 4 CLR "CHIQUITA" | 20.50 | 1640.00 | 0.00 | | |
| 20540 | 3 | CTN * | BANANA BABY (DOMINICO)15# | 13.00 | 39.00 | 0.00 | | |
| 20507 | 2 | CTN * | BANANA BURRO "COLOR" 40# | 12.25 | 24.50 | 0.00 | | |
| 21130 | 6 | CTN * | GRAPES GREEN SDLS 18# | 17.75 | 106.50 | 0.00 | | |
| 21119 | 2 | CTN * | GRAPES RED GLOBE 18# | 16.75 | 33.50 | 0.00 | | |

| TOTALS | | | | TOTAL | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | SALES TAX | | PAYMENT TERMS | | |
| | | **(Continued)** | | INVOICE TOTAL | | | | |

DATE _____

CUSTOMER SIGNATURE _____

PRINT NAME _____

DRIVER SIGNATURE _____

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivable of proceeds from the sale of these commodities until full payment is received.



This invoice is printed on recycled paper.



**OK PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

Customer:  58457
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
    408/503-6515

Ship To:
MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127

Invoice #
**1794673**
Page:  2

| PURCHASE ORDER NUMBER | ROUTE 018 | SALES REP 26 | SERVICE REP | OK ORDER NUMBER 1080014 | | | INVOICE DATE 07/02/08 | | |
|---|---|---|---|---|---|---|---|---|---|

9

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 21129 | 6 | CTN * | GRAPES RED SLDS 18# | 17.75 | 106.50 | 0.00 | | |
| 21502 | 30 | FLT * | MANGO TOMMY 12 CT | 5.00 | 150.00 | 0.00 | | |
| 21608 | 10 | CTN * | MELON CANTALOUPE 9CT 35# | 14.00 | 140.00 | 0.00 | | |
| 21625 | 3 | BIN * | MELON WTRMLN BIN 700# | 150.00 | 450.00 | 0.00 | | |
| 21630 | 3 | BIN * | MELON WTRMLN SDLS BIN 700LB | 155.00 | 465.00 | 0.00 | | |
| 21911 | 10 | CTN * | NECTARINE YLW 56 VF 25# | 15.25 | 152.50 | 0.00 | | |
| 22215 | 10 | CTN * | PEACH YLW 56 VF 25# | 15.25 | 152.50 | 0.00 | | |
| 22518 | 30 | CTN * | PINEAPPLE GOLD 8CT | 11.00 | 330.00 | 0.00 | | |

---

07/02/08    TRUCK#: _400_

DRIVER (PRINT): _ESCOBAL_

**OK PRODUCE**
**TRUCK LOAD MANIFEST**

ROUTE#: 018

TIME LEAVING: _1230_    AM / PM

RECEIVED BY:

| INVOICE | CUSTOMER | TIME IN | OUT | RETURNS | PALLETS DEL | P/U | SIGNATURE | PRINT NAME |
|---|---|---|---|---|---|---|---|---|
| 1794673 | 58457  MERCADO SUVIANDA | 13 | 845  934 | 0 | 13 | 13 | | |
| | Pulp temp. | | | | | | | |
| | NOTES: NO DRK STP/PALLET CHARGE | | | | | | | |

| TOTALS | 506 | | | | | | | |

| | | TOTAL | 8830.10 | PAYMENT TERMS |
| | | SALES TAX | 0.00 | **Net 21 Days** |
| | | INVOICE TOTAL | **$8830.10** | |

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #:  47884    CDFA #:  A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.



This invoice is printed on recycled paper.



**OK PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA 95779-2838
(559) 445-8600
www.okproduce.com

| Customer: | 58457 | | Invoice # |
|---|---|---|---|
| | 408/503-6515 | | **1794812** |
| | | **Ship To:** | Page: 1 |
| | MERCADO SUVIANDA #1PRODUCE(S.JOSE) | MERCADO SUVIANDA #1PRODUCE(S.JOSE) | |
| | 1070 S. WHITE RD | 1070 S. WHITE RD | |
| | SAN JOSE, CA 95127 | SAN JOSE, CA 95127 | |
| | 408/503-6515 | | |

9

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| | 018 | 26 | | 1080231 | 07/03/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 10306 | 3 | CTN * | BEAN GREEN 30# | 24.85 | 74.55 | 0.00 | | |
| 10403 | 2 | CTN * | BEET W-TOPS 12 CT | 13.25 | 26.50 | 0.00 | | |
| 10503 | 1 | CTN * | BOK CHOY 30# | 11.00 | 11.00 | 0.00 | | |
| 10602 | 5 | CTN * | BROCCOLI 18 CT | 10.75 | 53.75 | 0.00 | | |
| 10604 | 5 | CTN * | BROCCOLI CROWN 20# | 11.75 | 58.75 | 0.00 | | |
| 10804 | 6 | CTN * | CABBAGE GREEN CELLO 45# | 16.75 | 100.50 | 0.00 | | |
| 10807 | 1 | CTN * | CABBAGE NAPPA 30# | 12.85 | 12.85 | 0.00 | | |
| 10932 | 2 | CTN * | CARROT GF CTN 50# | 13.25 | 26.50 | 0.00 | | |
| 11004 | 2 | CTN * | CAULIFLOWER 12 CT | 12.00 | 24.00 | 0.00 | | |
| 11102 | 2 | CTN * | CELERY 24 CT | 19.00 | 38.00 | 0.00 | | |
| 11303 | 10 | CTN * | CILANTRO 60 CT | 12.85 | 128.50 | 0.00 | | |
| 11508 | 40 | CTN * | CORN WHITE 48 CT | 14.75 | 590.00 | 0.00 | | |
| 11619 | 20 | BSHL * | CUCUMBER SELECT 84 CT | 21.75 | 435.00 | 0.00 | | |
| 12201 | 2 | CTN * | GARLIC LOOSE 30# | 17.85 | 35.70 | 0.00 | | |
| 12722 | 15 | CTN * | LETTUCE CELLO 24 CT | 13.85 | 207.75 | 0.00 | | |
| 13306 | 2 | CTN * | ONION GREEN 48 CT ICELESS | 12.25 | 24.50 | 0.00 | | |
| 13341 | 7 | SK * | ONION WHITE MEDIUM 50# | 15.00 | 105.00 | 0.00 | | |
| 15705 | 15 | BG * | ONION YELLOW MED 50# | 8.00 | 120.00 | 0.00 | | |
| 13733 | 3 | W/B * | PEPPER SERRANO CHILE W/B | 24.50 | 73.50 | 0.00 | | |
| 14008 | 7 | CTN * | RADISH W-TOPS 48 CT | 15.25 | 106.75 | 0.00 | | |
| 14651 | 6 | CTN * | SQUASH CHAYOTE 50CT | 25.00 | 150.00 | 0.00 | | |
| 14612 | 10 | CTN * | SQUASH ITALIAN FCY #1 | 10.85 | 108.50 | 0.00 | | |
| 14905 | 15 | FLT * | TOMATO 5X5 2-LAYER | 17.25 | 258.75 | 0.00 | | |
| 20158 | 10 | CTN * | APPLE FUJI 80/88CT | 31.50 | 315.00 | 0.00 | | |
| 20216 | 4 | CTN * | APPLE GALA CHILEAN 100ct | 37.50 | 150.00 | 0.00 | | |
| 20114 | 2 | CTN * | APPLE GOLD DEL"PREM" 80/88CT | 33.00 | 66.00 | 0.00 | | |
| 20510 | 75 | CTN * | BANANA 4 CLR "CHIQUITA" | 20.50 | 1537.50 | 0.00 | | |
| 21010 | 2 | CTN * | GRAPEFRUIT 40 CT | 14.00 | 28.00 | 0.00 | | |
| 21400 | 2 | CTN * | LEMON (SWEET) 40# | 33.00 | 66.00 | 0.00 | | |
| 21608 | 15 | CTN * | MELON CANTALOUPE 9CT 35# | 14.00 | 210.00 | 0.00 | | |
| 21625 | 2 | BIN * | MELON WTRMLN BIN 700# | 150.00 | 300.00 | 0.00 | | |
| 21630 | 2 | BIN * | MELON WTRMLN SDLS BIN 700LB | 155.00 | 310.00 | 0.00 | | |
| 22215 | 10 | CTN * | PEACH YLW 56 VF 25# | 15.25 | 152.50 | 0.00 | | |

| TOTALS | | | | TOTAL | | | PAYMENT TERMS | |
|---|---|---|---|---|---|---|---|---|
| | | | | SALES TAX | | | | |
| | | (Continued) | | INVOICE TOTAL | | | | |

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1·1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivable of proceeds from the sale of these commodities until full payment is received.

 This invoice is printed on recycled paper.



Customer: 58457
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
    408/503-6515

**Ship To:**
**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

Invoice #
**1794812**
Page: **2**

. Box 12838 - 1762 G Street
sno, CA  93779-2838
) 445-8600
w.okproduce.com

9

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | | INVOICE DATE |
|---|---|---|---|---|---|---|
| | 018 | 26 | | 1080231 | | 07/03/08 |

| EM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 2327 | 2 | CTN * | PEAR BOSC CHILEAN 70/80CT 40# | 38.00 | 76.00 | 0.00 | | |
| 2308 | 4 | CTN | PEAR PACKHAM 70/80 ct 40# | 35.00 | 140.00 | 0.00 | | |
| 2518 | 20 | CTN * | PINEAPPLE GOLD 8CT | 11.00 | 220.00 | 0.00 | | |

ROUTE#: 018

**OK PRODUCE**
**TRUCK LOAD MANIFEST**    TIME LEAVING: 100    AM/PM

07/03/08    TRUCK#: 404
DRIVER (PRINT): ALEX VOLKOV

RECEIVED BY:
SIGNATURE    PRINT NAME

| | CUSTOMER | TIME IN | OUT | RETURNS | PALLETS DEL | P/U | | |
|---|---|---|---|---|---|---|---|---|
| INVOICE | | | | | | | | |
| | 7:00 7 10:00 | 730 | | | | | Angelo | |
| | NOTES: NO DRK STP/PALLET CHARGE | | | | | | | |
| 1794812 | 58457 MERCADO SUVIANDA | | | | | | | |
| | Pulp temp: 1 | | | | | | | |
| | NOTES: NO DRK STP/PALLET CHARGE | | | | | | | |

| TALS | 331 | | | TOTAL | 6341.35 | | PAYMENT TERMS |
|---|---|---|---|---|---|---|---|
| | | | | SALES TAX | 0.00 | | Net 21 Days |
| | | | | INVOICE TOTAL | **$6341.35** | | |

MBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
RIETIES IN YOUR STORE.

DATE

CUSTOMER SIGNATURE

PRINT NAME

DRIVER SIGNATURE

of CA Organic Reg #:  47884    CDFA#:  A6504

NANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
NNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

perishable agricultural commodities listed on this invoice are    The seller of these commodities retains a trust claim over these commodities, all
subject to the statutory trust authorized by section 5(c) of the    inventories of food or other products derived from these commodities, and any receivable
hable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).    of proceeds from the sale of these commodities until full payment is received.    This invoice is printed on recycled paper.



**OK PRODUCE**

Customer: 58457
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
408/503-6515

Ship To:
**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

Invoice #
**1795067**
Page: 1

.O. Box 12838 - 1762 G Street
resno, CA 93779-2838
559) 445-8600
www.okproduce.com

9

| PURCHASE ORDER NUMBER | ROUTE 019 | SALES REP 26 | SERVICE REP | OK ORDER NUMBER 1080454 | INVOICE DATE 07/04/08 |
|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 10403 | 2 | CTN | BEET W-TOPS 12 CT | 13.25 | 26.50 | 0.00 | | |
| 10602 | 4 | CTN * | BROCCOLI 18 CT | 10.75 | 43.00 | 0.00 | | |
| 10604 | 4 | CTN * | BROCCOLI CROWN 20# | 11.75 | 47.00 | 0.00 | | |
| 10804 | 5 | CTN * | CABBAGE GREEN CELLO 45# | 16.75 | 83.75 | 0.00 | | |
| 10932 | 2 | CTN * | CARROT GF CTN 50# | 13.25 | 26.50 | 0.00 | | |
| 10926 | 5 | BALE * | CARROT TABLE 10/5# | 13.50 | 67.50 | 0.00 | | |
| 10927 | 3 | BALE * | CARROT TABLE 24/2# | 13.50 | 40.50 | 0.00 | | |
| 10949 | 2 | CTN * | CARROT W.P. MINI 40/1# | 24.50 | 49.00 | 0.00 | | |
| 10916 | 2 | SK * | CARROT W/P MINI 20/2# | 25.00 | 50.00 | 0.00 | | |
| 11004 | 3 | CTN * | CAULIFLOWER 12 CT | 12.00 | 36.00 | 0.00 | | |
| 11102 | 3 | CTN * | CELERY 24 CT | 19.00 | 57.00 | 0.00 | | |
| 11509 | 50 | CTN * | CORN YELLOW 48 CT | 15.75 | 787.50 | 0.00 | | |
| 12722 | 20 | CTN * | LETTUCE CELLO 24 CT | 13.85 | 277.00 | 0.00 | | |
| 13001 | 1 | FLT | MUSH WHT WHL 12/8 OZ | 14.00 | 14.00 | 0.00 | | |
| 13031 | 1 | FLT | MUSH WHT SLC 12/8OZ | 14.50 | 14.50 | 0.00 | | |
| 13306 | 10 | CTN * | ONION GREEN 48 CT ICELESS | 12.25 | 122.50 | 0.00 | | |
| 13341 | 10 | SK * | ONION WHITE MEDIUM 50# | 14.50 | 145.00 | 0.00 | | |
| 15705 | 20 | BG * | ONION YELLOW MED 50# | 8.00 | 160.00 | 0.00 | | |
| 13733 | 6 | W/B * | PEPPER SERRANO CHILE W/B | 24.50 | 147.00 | 0.00 | | |
| 13840 | 5 | CTN * | POTATO WHITE ROSE #1 50# | 21.50 | 107.50 | 0.00 | | |
| 14008 | 15 | CTN * | RADISH W-TOPS 48 CT | 14.25 | 213.75 | 0.00 | | |
| 14401 | 1 | CTN * | SPINACH 24 CT | 14.25 | 14.25 | 0.00 | | |
| 14612 | 10 | CTN * | SQUASH ITALIAN FCY #1 | 10.85 | 108.50 | 0.00 | | |
| 15101 | 1 | CTN * | WATERCRESS 12 CT | 14.00 | 14.00 | 0.00 | | |
| 20158 | 15 | CTN * | APPLE FUJI 80/88CT | 31.50 | 472.50 | 0.00 | | |
| 20510 | 90 | CTN * | BANANA 4 CLR "CHIQUITA" | 20.75 | 1867.50 | 0.00 | | |
| 21010 | 1 | CTN * | GRAPEFRUIT 40 CT | 15.50 | 15.50 | 0.00 | | |
| 21608 | 25 | CTN * | MELON CANTALOUPE 9CT 35# | 14.00 | 350.00 | 0.00 | | |
| 21911 | 10 | CTN * | NECTARINE YLW 56 VF 25# | 15.25 | 152.50 | 0.00 | | |
| 22215 | 10 | CTN * | PEACH YLW 56 VF 25# | 15.25 | 152.50 | 0.00 | | |
| 22313 | 4 | CTN * | PEAR RED 60 CT | 19.75 | 79.00 | 0.64 | 33.64 | 29.87 |

| | | |
|---|---|---|
| TOTAL | 5741.75 | |
| SALES TAX | 0.00 | PAYMENT TERMS |
| INVOICE TOTAL | **$5741.75** | Net 21 Days |

| TOTALS | 340 |
|---|---|

---

07/04/08    TRUCK#: 403

DRIVER (PRINT): _Custain_

**OK PRODUCE**
**TRUCK LOAD MANIFEST**

ROUTE#: 019

TIME LEAVING: 1230   AM/PM

| INVOICE | CUSTOMER | TIME IN | OUT | RETURNS | PALLETS DEL | P/U | RECEIVED BY: SIGNATURE | PRINT NAME |
|---|---|---|---|---|---|---|---|---|
| | NOTES: Juan Carlos cell# 408-726-2724 | | | | | | | |
| 1795067 | 58457 MERCADO SUVIANDA | | | | 10 | 38 | Gyldardo | |

# CK PRODUCE

**Customer:** 58457
408/503-6515

MERCADO SUVIANDA #1 PRODUCE (S. JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
408/503-6515

**Ship To:**
MERCADO SUVIANDA #1 PRODUCE (S. JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127

**Invoice #**
**1795224**
Page: 1

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

9

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | | INVOICE DATE |
|---|---|---|---|---|---|---|
| | 017 | 26 | | 1080578 | | 07/05/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 10403 | 1 | CTN | BEET W-TOPS 12 CT | 13.25 | 13.25 | 0.00 | | |
| 10602 | 4 | CTN * | BROCCOLI 18 CT | 10.75 | 43.00 | 0.00 | | |
| 10604 | 4 | CTN * | BROCCOLI CROWN 20# | 11.75 | 47.00 | 0.00 | | |
| 10804 | 7 | CTN * | CABBAGE GREEN CELLO 45# | 16.75 | 117.25 | 0.00 | | |
| 10932 | 3 | CTN * | CARROT GF CTN 50# | 13.25 | 39.75 | 0.00 | | |
| 10926 | 2 | BALE * | CARROT TABLE 10/5# | 13.50 | 27.00 | 0.00 | | |
| 11004 | 5 | CTN * | CAULIFLOWER 12 CT | 12.00 | 60.00 | 0.00 | | |
| 11202 | 1 | CTN | CHARD RED 12CT | 12.25 | 12.25 | 0.00 | | |
| 11205 | 1 | CTN | CHARD SWISS 12CT | 12.25 | 12.25 | 0.00 | | |
| 11303 | 25 | CTN * | CILANTRO 60 CT | 12.85 | 321.25 | 0.00 | | |
| 11508 | 75 | CTN * | CORN WHITE 48 CT | 14.75 | 1106.25 | 0.00 | | |
| 12722 | 20 | CTN * | LETTUCE CELLO 24 CT | 13.85 | 277.00 | 0.00 | | |
| 13001 | 1 | FLT | MUSH WHT WHL 12/8 OZ | 14.00 | 14.00 | 0.00 | | |
| 13031 | 1 | FLT | MUSH WHT SLC 12/8OZ | 14.50 | 14.50 | 0.00 | | |
| 12851 | 2 | CTN * | NOPALES DICED 12/1# | 16.00 | 32.00 | 0.00 | | |
| 15705 | 15 | BG * | ONION YELLOW MED 50# | 8.00 | 120.00 | 0.00 | | |
| 13409 | 1 | CTN | PARSLEY BUNCH 30 CT | 13.25 | 13.25 | 0.00 | | |
| 13411 | 1 | CTN | PARSLEY HYE 30 ct | 12.50 | 12.50 | 0.00 | | |
| 13741 | 4 | CTN * | PEPPER BELL GREEN LG 25# | 28.85 | 115.40 | 0.00 | | |
| 14612 | 10 | CTN * | SQUASH ITALIAN FCY #1 | 10.85 | 108.50 | 0.00 | | |
| 14905 | 10 | FLT * | TOMATO 5X5 2-LAYER | 17.25 | 172.50 | 0.00 | | |
| 20158 | 10 | CTN * | APPLE FUJI 80/88CT | 31.50 | 315.00 | 0.00 | | |
| 20510 | 50 | CTN * | BANANA 4 CLR "CHIQUITA" | 20.75 | 1037.50 | 0.00 | | |
| 20544 | 2 | CTN * | BANANA MACHO (COLOR) 48# | 22.50 | 45.00 | 0.00 | | |
| 21130 | 5 | CTN * | GRAPES GREEN SDLS 18# | 17.75 | 88.75 | 0.00 | | |
| 21119 | 2 | CTN * | GRAPES RED GLOBE 18# | 16.75 | 33.50 | 0.00 | | |
| 21129 | 5 | CTN * | GRAPES RED SLDS 18# | 17.75 | 88.75 | 0.00 | | |
| 21608 | 20 | CTN * | MELON CANTALOUPE 9CT 35# | 14.00 | 280.00 | 0.00 | | |
| 21625 | 1 | BIN | MELON WTRMLN BIN 700# | 150.00 | 150.00 | 0.31 | 67.00 | 30.88 |
| 21630 | .3 | BIN | MELON WTRMLN SDLS BIN 700LB | 155.00 | 465.00 | 0.00 | | |
| 22038 | 2 | BIN | ORANGES BIN 75/8# | 165.00 | 330.00 | 0.00 | | |
| 22215 | 10 | CTN * | PEACH YLW 56 VF 25# | 15.25 | 152.50 | 0.00 | | |
| 14003 | 38 | CTN | RADISH 24CT | 8.00 | 304.00 | 0.48 | 133.76 | 30.56 |

| TOTALS | | | | TOTAL | | PAYMENT TERMS |
|---|---|---|---|---|---|---|
| | | | | SALES TAX | | |
| | | **(Continued)** | | INVOICE TOTAL | | |

DATE

CUSTOMER SIGNATURE

PRINT NAME

DRIVER SIGNATURE

State of CA Organic Reg #: 47884    CDFA #: A6504

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivable or proceeds from the sale of these commodities until full payment is received.



This invoice is printed on recycled paper.

**OK PRODUCE**

P.O. Box 12838 – 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

Invoice #
**1795224**
Page: 2

Customer:  **58457**
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
408/503-6515

Ship To:
**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

9

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| | 017 | 26 | | 1080578 | 07/05/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 21617 | 2 | LB | MELON HONEYDEW BIN 700# | 175.00 | 350.00 | 25.00 | 150.00 | 30.00 |

---

07/05/08     TRUCK#: *402*

DRIVER (PRINT): *Rodrigo Jaime*

**OK PRODUCE**
**TRUCK LOAD MANIFEST**

ROUTE# : 017

TIME LEAVING : *1:30*     AM / PM

| INVOICE | CUSTOMER | TIME IN | TIME OUT | RETURNS | PALLETS DEL | PALLETS P/U | SIGNATURE | PRINT NAME |
|---|---|---|---|---|---|---|---|---|
| 1795224 | 58457  MERCADO SUVIANDA | 7/15 | 8/45 | | 24 | 40 | | |
| | Pulp temp. | | | | | | | |

NOTES: NO DRK STP/PALLET CHARGE

| TOTALS | 343 | | | | | | | |

| | |
|---|---|
| TOTAL | 6318.90 |
| SALES TAX | 0.00 |
| INVOICE TOTAL | **$6318.90** |

PAYMENT TERMS
Net 21 Days

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #:  47884    CDFA #:  A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.

**OK PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

| Customer: | 58457 |
|-----------|-------|
| | 408/503-6515 |

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
408/503-6515

**Ship To:**
MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127

Invoice #
**1795580**
Page: 1

9

| PURCHASE ORDER NUMBER | ROUTE 018 | SALES REP 26 | SERVICE REP | OK ORDER NUMBER 1080697 | | INVOICE DATE 07/07/08 |
|---|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|--------|-----|-----------|-------------|-----------|-----------|-----------|-----------|---------|
| 40438 | 1 | CTN | BEAN GARBANZO "FRESH" 15# | 29.75 | 29.75 | 0.00 | | |
| 10306 | 2 | CTN | BEAN GREEN 30# | 24.85 | 49.70 | 0.00 | | |
| 10403 | 2 | CTN | BEET W-TOPS 12 CT | 13.25 | 26.50 | 0.00 | | |
| 10602 | 3 | CTN | BROCCOLI 18 CT | 10.75 | 32.25 | 0.00 | | |
| 10604 | 3 | CTN | BROCCOLI CROWN 20# | 11.75 | 35.25 | 0.00 | | |
| 10804 | 4 | CTN | CABBAGE GREEN CELLO 45# | 16.75 | 67.00 | 0.00 | | |
| 10932 | 2 | CTN | CARROT GF CTN 50# | 13.25 | 26.50 | 0.00 | | |
| 10926 | 2 | BALE | CARROT TABLE 10/5# | 13.50 | 27.00 | 0.00 | | |
| 10927 | 2 | BALE | CARROT TABLE 24/2# | 13.50 | 27.00 | 0.00 | | |
| 10949 | 1 | CTN | CARROT W.P. MINI 40/1# | 24.50 | 24.50 | 0.00 | | |
| 11004 | 3 | CTN | CAULIFLOWER 12 CT | 12.00 | 36.00 | 0.00 | | |
| 11102 | 2 | CTN | CELERY 24 CT | 19.00 | 38.00 | 0.00 | | |
| 11508 | 20 | CTN | CORN WHITE 48 CT | 14.75 | 295.00 | 0.00 | | |
| 12201 | 2 | CTN | GARLIC LOOSE 30# | 17.85 | 35.70 | 0.00 | | |
| 12722 | 10 | CTN | LETTUCE CELLO 24 CT | 13.85 | 138.50 | 0.00 | | |
| 13001 | 1 | FLT | MUSH WHT WHL 12/8 OZ | 14.00 | 14.00 | 0.00 | | |
| 13031 | 1 | FLT | MUSH WHT SLC 12/8OZ | 14.50 | 14.50 | 0.00 | | |
| 13341 | 5 | SK | ONION WHITE MEDIUM 50# | 14.50 | 72.50 | 0.00 | | |
| 15705 | 10 | BG | ONION YELLOW MED 50# | 8.00 | 80.00 | 0.00 | | |
| 13741 | 2 | CTN | PEPPER BELL GREEN LG 25# | 28.85 | 57.70 | 0.00 | | |
| 13807 | 2 | CTN | POTATO RED "A" 50# | 19.50 | 39.00 | 0.00 | | |
| 13832 | 2 | CTN | POTATO RUSSET 80 CT | 25.00 | 50.00 | 0.00 | | |
| 13840 | 3 | CTN | POTATO WHITE ROSE #1 50# | 21.50 | 64.50 | 0.00 | | |
| 20158 | 0 | CTN | APPLE FUJI 80/88CT | 31.50 | 0.00 | 0.00 | | |
| 20216 | 3 | CTN | APPLE GALA CHILEAN 90/100ct | 39.50 | 118.50 | 0.00 | | |
| 20114 | 3 | CTN | APPLE GOLD DEL"PREM" 80/88CT | 33.00 | 99.00 | 0.00 | | |
| 20157 | 4 | CTN | APPLE GRNYSMTH PREM 80/88 CT | 31.00 | 124.00 | 0.00 | | |
| 20143 | 3 | CTN | APPLE RED DEL "PREM" 72/80CT 40# | 31.00 | 93.00 | 0.00 | | |
| 20510 | 40 | CTN | BANANA 4 CLR "CHIQUITA" | 20.75 | 830.00 | 0.00 | | |
| 21608 | 15 | CTN | MELON CANTALOUPE 9CT 35# | 14.00 | 210.00 | 0.00 | | |
| 21625 | 3 | BIN | MELON WTRMLN BIN 700# | 150.00 | 450.00 | 0.00 | | |
| 21630 | 3 | BIN | MELON WTRMLN SDLS BIN 700LB | 155.00 | 465.00 | 0.00 | | |
| 22038 | 1 | BIN | ORANGES BIN 75/8# | 165.00 | 165.00 | 0.00 | | |

| TOTALS | | | | TOTAL | | | PAYMENT TERMS | |
|--------|--|--|--|-------|--|--|---------------|--|
| | | | | SALES TAX | | | | |
| | | **(Continued)** | | INVOICE TOTAL | | | | |

DATE
_____

CUSTOMER SIGNATURE
_____

PRINT NAME
_____

DRIVER SIGNATURE
_____

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884     CDFA #: A6504

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivable or proceeds from the sale of these commodities until full payment is received.



This invoice is printed on recycled paper.



**OK PRODUCE**

.O. Box 12838 - 1762 G Street
resno, CA .93779-2838
59) 445-8600
ww.okproduce.com

| Customer: | 58457 |
| --- | --- |
| | 408/503-6515 |

Invoice #
**1795580**
Page: **2**

Ship To:

- MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
    408/503-6515

**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
**1070 S. WHITE RD**
**SAN JOSE, CA 95127**

9

| PURCHASE ORDER NUMBER | ROUTE 018 | SALES REP 26 | SERVICE REP | OK ORDER NUMBER 1080697 | | | INVOICE DATE 07/07/08 | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
| 22327 | 2 | CTN | PEAR BOSC CHILEAN 70/80CT 40# | 36.00 | 72.00 | 0.00 | | |
| 22325 | 2 | CTN | PEAR D'ANJOU 60/70CT 44# | 30.50 | 61.00 | 0.00 | | |
| 22308 | 2 | CTN | PEAR PACKHAM 70/80 ct 40# | 35.00 | 70.00 | 0.00 | | |
| 14128 | 1 | CTN | SALAD CRSP ROM GRDN 12/12oz | 13.75 | 13.75 | 0.00 | | |
| 14230 | 1 | CTN | SALAD MIX 18/12 oz | 11.75 | 11.75 | 0.00 | | |

| 07/07/08 | TRUCK#: 400 | **OK PRODUCE** | ROUTE# : 018 |
| --- | --- | --- | --- |
| DRIVER (PRINT) : ESCOBAR | | **TRUCK LOAD MANIFEST** | TIME LEAVING : 12:35 ___ AM / PM |

| INVOICE | CUSTOMER | TIME | | RETURNS | PALLETS | | RECEIVED BY: | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | IN | OUT | | DEL | P/U | SIGNATURE | PRINT NAME |
| 1795580 | 58457  MERCADO SUVIANDA | 745 | 831 | 0 | 6 | 0 | Gilardo | GILDARDO |
| | Pulp temp. | | | | | | | |
| | NOTES: NO DRK STP/PALLET CHARGE | | | | | | | |

| OTALS | 168 | | TOTAL | 4063.85 | PAYMENT TERMS |
| --- | --- | --- | --- | --- | --- |
| | | | SALES TAX | 0.00 | **Net 21 Days** |
| | | | INVOICE TOTAL | **$4063.85** | |

MBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
RIETIES IN YOUR STORE.

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

of CA Organic Reg #: 47884    CDFA #: A6504

perishable agricultural commodities listed on this invoice are
subject to the statutory trust authorized by section 5(c) of the
shable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these products, and any receivable
of proceeds from the sale of these commodities until full payment is received.

NANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
NNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.



**CK PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

Customer: **58457**
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
   408/503-6515

Ship To:
**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

Invoice #
**1795698**
Page:   1

9

| PURCHASE ORDER NUMBER | ROUTE 017 | SALES REP 26 | SERVICE REP | OK ORDER NUMBER 1080943 | INVOICE DATE 07/08/08 | | | |
|---|---|---|---|---|---|---|---|---|
| ITEM # | QTY | PACK/SIZE | DESCRIPTION | | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 10305 | 0 | CTN | BEAN FAVA (FRESH) 25# | 24.75 | 0.00 | 0.00 | | |
| 40438 | 1 | CTN * | BEAN GARBANZO "FRESH" 15# | 29.75 | 29.75 | 0.00 | | |
| 10804 | 10 | CTN | CABBAGE GREEN CELLO 45# | 15.75 | 157.50 | 0.00 | | |
| 10807 | 1 | CTN | CABBAGE NAPPA 30# | 12.85 | 12.85 | 0.00 | | |
| 10932 | 2 | CTN | CARROT GF CTN 50# | 13.25 | 26.50 | 0.00 | | |
| 10927 | 2 | BALE | CARROT TABLE 24/2# | 13.50 | 27.00 | 0.00 | | |
| 10916 | 2 | SK | CARROT W/P MINI 20/2# | 25.00 | 50.00 | 0.00 | | |
| 11303 | 15 | CTN | CILANTRO 60 CT | 13.85 | 207.75 | 0.00 | | |
| 11607 | 4 | BSHL * | CUCUMBER S/S 72 CT | 20.75 | 83.00 | 0.00 | | |
| 12201 | 2 | CTN * | GARLIC LOOSE 30# | 17.85 | 35.70 | 0.00 | | |
| 12424 | 2 | CTN | HERB BUNCH MINT 6 CT | 4.50 | 9.00 | 0.00 | | |
| 12441 | 2 | DOZ * | HERB EPAZOTE 1 DZ BUNCH | 9.50 | 19.00 | 0.00 | | |
| 12813 | 1 | CTN | LEEK 12 CT | 22.00 | 22.00 | 0.00 | | |
| 12710 | 2 | CTN * | LETTUCE GREEN LEAF 24 CT | 17.00 | 34.00 | 0.00 | | |
| 12712 | 2 | CTN * | LETTUCE RED LEAF 24 CT | 16.00 | 32.00 | 0.00 | | |
| 12715 | 2 | CTN * | LETTUCE ROMAINE 24 CT | 16.00 | 32.00 | 0.00 | | |
| 12902 | 1 | CTN | MANN'S BROC/STIR FRY 6/1# | 12.50 | 12.50 | 0.00 | | |
| 12821 | 1 | CTN | MANN'S BROC/VEG MDLY 6/1# | 12.00 | 12.00 | 0.00 | | |
| 10615 | 0 | CTN | MANN'S BROC/WOKLY 6/1# | 10.75 | 0.00 | 2.56 | 0.00 | |
| 13001 | 5 | FLT | MUSH WHT WHL 12/8 OZ | 13.00 | 65.00 | 0.00 | | |
| 12851 | 2 | CTN * | NOPALES DICED 12/1# | 16.00 | 32.00 | 0.00 | | |
| 13341 | 10 | SK | ONION WHITE MEDIUM 50# | 14.50 | 145.00 | 0.00 | | |
| 13741 | 2 | CTN * | PEPPER BELL GREEN LG 25# | 28.85 | 57.70 | 0.00 | | |
| 13730 | 2 | CTN * | PEPPER BELL RED 25# | 41.75 | 83.50 | 0.00 | | |
| 13713 | 1 | CTN | PEPPER BELL YELLOW 25# | 42.00 | 42.00 | 0.00 | | |
| 13702 | 2 | CTN * | PEPPER HABANERO 5# | 37.00 | 74.00 | 0.00 | | |
| 13722 | 1 | W/B * | PEPPER LONG GRN CHILE 25# | 17.75 | 17.75 | 0.00 | | |
| 13751 | 2 | CTN * | PEPPER MANZANO 10# | 55.00 | 110.00 | 0.00 | | |
| 13840 | 7 | CTN * | POTATO WHITE ROSE #1 50# | 22.50 | 157.50 | 0.00 | | |
| 13841 | 10 | BALE * | POTATO WHITE #2 5/10# | 11.00 | 110.00 | 0.00 | | |
| 14401 | 2 | CTN * | SPINACH 24 CT | 16.25 | 32.50 | 0.00 | | |
| 14905 | 10 | FLT * | TOMATO 5X5 2-LAYER | 15.25 | 152.50 | 0.00 | | |
| 15101 | 2 | CTN | WATERCRESS 12 CT | 14.00 | 28.00 | 0.00 | | |

| TOTALS | | | | | TOTAL | | PAYMENT TERMS | |
|---|---|---|---|---|---|---|---|---|
| | | | (Continued) | | SALES TAX | | | |
| | | | | | INVOICE TOTAL | | | |

DATE

CUSTOMER SIGNATURE

PRINT NAME

DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.



Invoice #
**1795698**

**CK PRODUCE**

Customer: **58457**
408/503-6515

**Ship To:**

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
    408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127

Page: **2**

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

9

| PURCHASE ORDER NUMBER | | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | | INVOICE DATE |
|---|---|---|---|---|---|---|---|
| | | 017 | 26 | | 1080943 | | 07/08/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 15201 | 2 | CTN * | YAM #1 40# | 31.00 | 62.00 | 0.00 | | |
| 12825 | 3 | CTN | YUCCA ROOT 40# | 38.75 | 116.25 | 0.00 | | |
| 20161 | 10 | CTN | APPLE FUJI PREM 80/88CT 40# | 35.00 | 350.00 | 0.00 | | |
| 20216 | 2 | CTN | APPLE GALA CHILEAN 90/100ct | 41.00 | 82.00 | 0.00 | | |
| 20157 | 2 | CTN | APPLE GRNYSMTH PREM 80/88 CT | 31.00 | 62.00 | 0.00 | | |
| 20143 | 2 | CTN | APPLE RED DEL "PREM" 72/80CT 40# | 31.00 | 62.00 | 0.00 | | |
| 20540 | 2 | CTN * | BANANA BABY (DOMINICO)15# | 13.00 | 26.00 | 0.00 | | |
| 20507 | 2 | CTN * | BANANA BURRO "COLOR" 40# | 12.25 | 24.50 | 0.00 | | |
| 20563 | 2 | CTN * | BANANA LEAVES 25# | 26.85 | 53.70 | 0.00 | | |
| 20544 | 5 | CTN * | BANANA MACHO (COLOR) 48# | 22.50 | 112.50 | 0.00 | | |
| 20604 | 2 | CTN | CHERRIES WA 9.5 ROW | 58.00 | 116.00 | 0.00 | | |
| 21010 | 2 | CTN * | GRAPEFRUIT 40 CT | 15.50 | 31.00 | 0.00 | | |
| 21130 | 10 | CTN * | GRAPES GREEN SDLS 18# | 17.75 | 177.50 | 0.00 | | |
| 21129 | 10 | CTN * | GRAPES RED SLDS 18# | 17.75 | 177.50 | 0.00 | | |
| 21400 | 2 | CTN * | LEMON (SWEET) 40# | 33.00 | 66.00 | 0.00 | | |
| 21728 | 3 | CTN * | MAMEY CTN 25# | 44.00 | 132.00 | 0.00 | | |
| 21502 | 100 | FLT * | MANGO TOMMY 12 CT | 4.25 | 425.00 | 0.00 | | |
| 21604 | 30 | CTN * | MELON CANTALOUPE 12CT 35# | 11.75 | 352.50 | 0.00 | | |
| 21610 | 3 | CTN * | MELON CASABA 25# | 14.00 | 42.00 | 0.00 | | |
| 21613 | 3 | CTN * | MELON CRENSHAW 25# | 14.00 | 42.00 | 0.00 | | |
| 21614 | 3 | CTN * | MELON GALIA 25# | 14.00 | 42.00 | 0.00 | | |
| 21616 | 3 | CTN * | MELON HNYDW ORNG FLSH 25# | 14.00 | 42.00 | 0.00 | | |
| 21622 | 3 | CTN * | MELON JUAN CANARY 25# | 14.00 | 42.00 | 0.00 | | |
| 21625 | 2 | BIN * | MELON WTRMLN BIN 700# | 150.00 | 300.00 | 0.00 | | |
| 21911 | 10 | CTN * | NECTARINE YLW 56 VF 25# | 14.25 | 142.50 | 0.00 | | |
| 22038 | 2 | BIN * | ORANGES BIN 75/8# | 165.00 | 330.00 | 0.00 | | |
| 22215 | 10 | CTN * | PEACH YLW 56 VF 25# | 14.25 | 142.50 | 0.00 | | |
| 22326 | 1 | CTN * | PEAR ASIAN 12/14 Ct | 12.00 | 12.00 | 0.00 | | |
| 22327 | 2 | CTN * | PEAR BOSC CHILEAN 70/80CT 40# | 36.00 | 72.00 | 0.00 | | |
| 22325 | 2 | CTN * | PEAR D'ANJOU 60/70CT 44# | 30.50 | 61.00 | 0.00 | | |
| 22308 | 2 | CTN | PEAR PACKHAM 70/80 ct 40# | 35.00 | 70.00 | 0.00 | | |
| 22616 | 5 | CTN * | PLUM BLACK 40/45 VF 28# | 20.50 | 102.50 | 0.00 | | |
| 22606 | 5 | * | PLUM RED 40/45 VF 28# | 20.50 | 102.50 | 0.00 | | |

| TOTALS | | | | TOTAL | | PAYMENT TERMS | |
|---|---|---|---|---|---|---|---|
| | | **(Continued)** | | SALES TAX | | | |
| | | | | INVOICE TOTAL | | | |

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #:  47884    CDFA #:  A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.



**OK PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

Customer:  58457
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
  408/503-6515

Ship To:
MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127

Invoice #
**1795698**
Page:    3

9

| PURCHASE ORDER NUMBER | ROUTE 017 | SALES REP 26 | SERVICE REP | OK ORDER NUMBER 1080943 | INVOICE DATE 07/08/08 |
|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 40602 | 1 | CTN | TOFU BLUE SILKEN 6 CT | 8.25 | 8.25 | 0.00 | | |
| 40604 | 1 | CTN | TOFU GREEN FIRM 6 CT | 9.00 | 9.00 | 0.00 | | |
| 40608 | 1 | CTN | TOFU RED X-FIRM 6 CT | 9.25 | 9.25 | 0.00 | | |
| 40553 | 1 | CTN | NOODLES THIN 6ct | 9.50 | 9.50 | 0.00 | | |
| 14240 | 1 | CTN | SALAD AMERICAN 6/12 OZ | 10.50 | 10.50 | 0.00 | | |
| 10815 | 1 | CTN | SALAD COLESLAW PLAIN 12/16oz | 9.75 | 9.75 | 0.00 | | |
| 14235 | 1 | CTN | SALAD ITALIAN 6/10 OZ | 10.50 | 10.50 | 0.00 | | |
| 14230 | 1 | CTN | SALAD MIX 18/12 oz | 11.75 | 11.75 | 0.00 | | |
| 41409 | 2 | CTN | JUICE LEMON SICILIA 24/4 OZ | 15.75 | 31.50 | 0.00 | | |
| 41410 | 2 | CTN | JUICE LIME SICILIA 24/4 OZ | 15.75 | 31.50 | 0.00 | | |

07/08/08    TRUCK#: 03

DRIVER (PRINT):

**OK PRODUCE**
**TRUCK LOAD MANIFEST**

ROUTE#: 017

TIME LEAVING:  2:00   AM

| 1795698 | 58457  MERCADO SUVIANDA | | | | | Gildardo |
|---|---|---|---|---|---|---|
| | Pulp temp. | | | 13 | 13 | |
| | NOTES: NO DRK STP/PALLET CHARGE | | | | | |

| TOTALS | 369 | | | TOTAL | 6024.95 | PAYMENT TERMS |
|---|---|---|---|---|---|---|
| | | | | SALES TAX | 0.00 | Net 21 Days |
| | | | | INVOICE TOTAL | **$6024.95** | |

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

DATE

CUSTOMER SIGNATURE

PRINT NAME

DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act 1930 (7 U.S.C. 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.

Invoice #
**1796001**

Customer: **58457**
408/503-6515

Ship To:

MERCADO SUVIANDA #1PRODUCE(S.JOSE)      **MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD                        1070 S. WHITE RD
SAN JOSE, CA 95127                      SAN JOSE, CA 95127
        408/503-6515

Page:      1

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

9

| PURCHASE ORDER NUMBER | ROUTE 017 | SALES REP 26 | SERVICE REP | OK ORDER NUMBER 1081123 | | INVOICE DATE 07/09/08 |
|---|---|---|---|---|---|---|

| ITEM# | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 12841 | 1 | CTN | ALOE VERA LEAVES 25# | 21.25 | 21.25 | 0.00 | | |
| 10306 | 1 | CTN | BEAN GREEN 30# | 28.75 | 28.75 | 0.00 | | |
| 10403 | 1 | CTN | BEET W-TOPS 12 CT | 13.25 | 13.25 | 0.00 | | |
| 10602 | 2 | CTN | BROCCOLI 18 CT | 10.00 | 20.00 | 0.00 | | |
| 10804 | 15 | CTN | CABBAGE GREEN CELLO 45# | 15.75 | 236.25 | 0.00 | | |
| 10932 | 2 | CTN | CARROT GF CTN 50# | 13.25 | 26.50 | 0.00 | | |
| 10926 | 2 | BALE | CARROT TABLE 10/5# | 13.50 | 27.00 | 0.00 | | |
| 10927 | 2 | BALE | CARROT TABLE 24/2# | 13.50 | 27.00 | 0.00 | | |
| 11102 | 2 | CTN | CELERY 24 CT | 19.00 | 38.00 | 0.00 | | |
| 11303 | 10 | CTN | CILANTRO 60 CT | 13.85 | 138.50 | 0.00 | | |
| 11606 | 10 | CTN | CUCUMBER PICKLING 25# | 12.75 | 127.50 | 0.00 | | |
| 12201 | 2 | CTN | GARLIC LOOSE 30# | 17.85 | 35.70 | 0.00 | | |
| 11402 | 1 | CTN | GRNS COLLARD 24 CT | 14.00 | 14.00 | 0.00 | | |
| 13102 | 1 | CTN | GRNS MUSTARD CURLY 24 CT | 14.00 | 14.00 | 0.00 | | |
| 12722 | 15 | CTN | LETTUCE CELLO 24 CT | 14.85 | 222.75 | 0.00 | | |
| 13001 | 10 | FLT | MUSH WHT WHL 12/8 OZ | 13.00 | 130.00 | 0.00 | | |
| 13741 | 2 | CTN | PEPPER BELL GREEN LG 25# | 28.85 | 57.70 | 0.00 | | |
| 13730 | 2 | CTN | PEPPER BELL RED 25# | 41.75 | 83.50 | 0.00 | | |
| 13713 | 1 | CTN | PEPPER BELL YELLOW 25# | 42.00 | 42.00 | 0.00 | | |
| 13840 | 7 | CTN | POTATO WHITE ROSE #1 50# | 22.50 | 157.50 | 0.00 | | |
| 14008 | 2 | CTN | RADISH W-TOPS 48 CT | 14.25 | 28.50 | 0.00 | | |
| 14905 | 10 | FLT | TOMATO 5X5 2-LAYER | 15.25 | 152.50 | 0.00 | | |
| 20161 | 30 | CTN | APPLE FUJI PREM 80/88CT 40# | 38.00 | 1140.00 | 0.00 | | |
| 20216 | 2 | CTN | APPLE GALA CHILEAN 90/100ct | 41.00 | 82.00 | 0.00 | | |
| 20114 | 2 | CTN | APPLE GOLD DEL"PREM" 80/88CT | 33.00 | 66.00 | 0.00 | | |
| 20143 | 3 | CTN | APPLE RED DEL "PREM" 72/80CT 40# | 31.00 | 93.00 | 0.00 | | |
| 20439 | 20 | CTN | AVOCADO HASS PREC 60CT | 39.85 | 797.00 | 0.00 | | |
| 20510 | 30 | CTN | BANANA 4 CLR "CHIQUITA" | 19.50 | 585.00 | 0.00 | | |
| 20540 | 3 | CTN | BANANA BABY (DOMINICO)15# | 13.00 | 39.00 | 0.00 | | |
| 20507 | 1 | CTN | BANANA BURRO "COLOR" 40# | 12.25 | 12.25 | 0.00 | | |
| 20544 | 3 | CTN | BANANA MACHO (COLOR) 48# | 22.50 | 67.50 | 0.00 | | |
| 20526 | 2 | CTN | BANANA MANZANO 20# | 19.50 | 39.00 | 0.00 | | |
| 21010 | 2 | CTN | GRAPEFRUIT 40 CT | 15.50 | 31.00 | 0.00 | | |

| TOTALS | | | | TOTAL | | PAYMENT TERMS |
|---|---|---|---|---|---|---|
| | | **(Continued)** | | SALES TAX | | |
| | | | | INVOICE TOTAL | | |

DATE

CUSTOMER SIGNATURE

PRINT NAME

DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884   CDFA #: A6504

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).      The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivable or proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.





Customer: **58457**
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
408/503-6515

Ship To:
**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

Invoice #
**1796001**
Page:  **2**

P.O. Box 12838 – 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

9

| PURCHASE ORDER NUMBER | ROUTE 017 | SALES REP 26 | SERVICE REP | OK ORDER NUMBER 1081123 | INVOICE DATE 07/09/08 |
|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 21130 | 15 | CTN * | GRAPES GREEN SDLS 18# | 17.75 | 266.25 | 0.00 | | |
| 21129 | 15 | CTN * | GRAPES RED SLDS 18# | 17.75 | 266.25 | 0.00 | | |
| 21502 | 100 | FLT * | MANGO TOMMY 12 CT | 4.25 | 425.00 | 0.00 | | |
| 21604 | 70 | CTN * | MELON CANTALOUPE 12CT 35# | 11.75 | 822.50 | 0.00 | | |
| 21625 | 2 | BIN * | MELON WTRMLN BIN 700# | 155.00 | 310.00 | 0.00 | | |
| 21630 | 2 | BIN * | MELON WTRMLN SDLS BIN 700LB | 175.00 | 350.00 | 0.00 | | |
| 22327 | 1 | CTN * | PEAR BOSC CHILEAN 70/80CT 40# | 36.00 | 36.00 | 0.00 | | |
| 22325 | 1 | CTN * | PEAR D'ANJOU 60/70CT 44# | 30.50 | 30.50 | 0.00 | | |
| 22308 | 1 | CTN | PEAR PACKHAM 70/80 ct 40# | 35.00 | 35.00 | 0.00 | | |

07/09/08    TRUCK#:  _403_

DRIVER (PRINT):  _Gustavo_

**OK PRODUCE**
**TRUCK LOAD MANIFEST**

ROUTE# : 017

TIME LEAVING :  _1:30_    AM / PM

| INVOICE | CUSTOMER | TIME IN | OUT | RETURNS | PALLETS DEL | P/U | RECEIVED BY: SIGNATURE | PRINT NAME |
|---|---|---|---|---|---|---|---|---|
| | | 05:00 / 09:00 | | | | | | |
| 1796001 | 58457  MERCADO SUVIANDA | | | | 18 | 93 | Gildardo | |
| | Pulp temp. | | | | | | | |
| | NOTES: NO DRK STP/PALLET CHARGE | | | | | | | |

| TOTALS | 406 | | | | TOTAL | 7135.40 | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | SALES TAX | 0.00 | PAYMENT TERMS | |
| | | | | | INVOICE TOTAL | **$7135.40** | Net 21 Days | |

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

DATE

CUSTOMER SIGNATURE

PRINT NAME

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #:  47884    CDFA #:  A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable

DRIVER SIGNATURE



**CK PRODUCE**

P.O. Box 12838 – 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

Customer: **58457**
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
408/503-6515

Ship To:
**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

Invoice #
**1796222**
Page: 1

9

| PURCHASE ORDER NUMBER | ROUTE 017 | SALES REP 26 | SERVICE REP | OK ORDER NUMBER 1081283 | | | INVOICE DATE 07/10/08 |
|---|---|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 10210 | 1 | CTN * | ASPARAGUS 11# | 18.00 | 18.00 | 0.00 | | |
| 10305 | 1 | CTN | BEAN FAVA (FRESH) 25# | 24.75 | 24.75 | 0.00 | | |
| 40438 | 1 | CTN * | BEAN GARBANZO "FRESH" 15# | 29.75 | 29.75 | 0.00 | | |
| 10306 | 2 | CTN * | BEAN GREEN 30# | 28.75 | 57.50 | 0.00 | | |
| 10403 | 1 | CTN | BEET W-TOPS 12 CT | 13.25 | 13.25 | 0.00 | | |
| 10602 | 4 | CTN | BROCCOLI 18 CT | 10.00 | 40.00 | 0.00 | | |
| 10604 | 3 | CTN | BROCCOLI CROWN 20# | 10.00 | 30.00 | 0.00 | | |
| 10932 | 2 | CTN * | CARROT GF CTN 50# | 13.25 | 26.50 | 0.00 | | |
| 10926 | 2 | BALE * | CARROT TABLE 10/5# | 13.50 | 27.00 | 0.00 | | |
| 10927 | 2 | BALE * | CARROT TABLE 24/2# | 13.50 | 27.00 | 0.00 | | |
| 10949 | 2 | CTN * | CARROT W.P. MINI 40/1# | 24.50 | 49.00 | 0.00 | | |
| 10916 | 2 | SK * | CARROT W/P MINI 20/2# | 25.00 | 50.00 | 0.00 | | |
| 10965 | 1 | CTN | CARROT GF SHREDDED 12/10oz | 9.25 | 9.25 | 0.00 | | |
| 11202 | 1 | CTN | CHARD RED 12CT | 10.75 | 10.75 | 0.00 | | |
| 11205 | 1 | CTN | CHARD SWISS 12CT | 10.75 | 10.75 | 0.00 | | |
| 11102 | 2 | CTN * | CELERY 24 CT | 19.00 | 38.00 | 0.00 | | |
| 11606 | 10 | CTN * | CUCUMBER PICKLING 25# | 12.75 | 127.50 | 0.00 | | |
| 12201 | 2 | CTN * | GARLIC LOOSE 30# | 17.85 | 35.70 | 0.00 | | |
| 12490 | 2 | DOZ | HERB PAPALO 1 DZ BUNCH | 11.25 | 22.50 | 0.00 | | |
| 12459 | 2 | CTN | HERB OREGANO TRAY 6CT | 9.75 | 19.50 | 0.00 | | |
| 12450 | 1 | CTN | HERB ROSEMARY TRAY 6CT | 9.75 | 9.75 | 0.00 | | |
| 12503 | 5 | CTN * | JICAMA 40# | 12.00 | 60.00 | 0.00 | | |
| 12722 | 10 | CTN * | LETTUCE CELLO 24 CT | 14.85 | 148.50 | 0.00 | | |
| 12710 | 2 | CTN * | LETTUCE GREEN LEAF 24 CT | 17.00 | 34.00 | 0.00 | | |
| 12712 | 2 | CTN * | LETTUCE RED LEAF 24 CT | 16.00 | 32.00 | 0.00 | | |
| 12715 | 2 | CTN * | LETTUCE ROMAINE 24 CT | 16.00 | 32.00 | 0.00 | | |
| 12717 | 1 | CTN * | LETTUCE ROMAINE HRTS 12/3 pk | 17.25 | 17.25 | 0.00 | | |
| 12851 | 2 | CTN * | NOPALES DICED 12/1# | 16.00 | 32.00 | 0.00 | | |
| 13302 | 3 | SK | ONION BOILER 25# | 26.25 | 78.75 | 0.00 | | |
| 13363 | 3 | CTN * | ONION GREEN MEXICAN 2 DOZ | 10.75 | 32.25 | 0.00 | | |
| 13335 | 3 | CTN | ONION RED MEDIUM 40# SWEET | 12.50 | 37.50 | 0.00 | | |
| 15705 | 6 | BG * | ONION YELLOW MED 50# | 7.00 | 42.00 | 0.00 | | |
| 13313 | 1 | CTN | ONIONS SWEET 12/2 lbs | 13.00 | 13.00 | 0.00 | | |

| TOTALS | | | | TOTAL | | | PAYMENT TERMS |
|---|---|---|---|---|---|---|---|
| | | **(Continued)** | | SALES TAX | | | |
| | | | | INVOICE TOTAL | | | |

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).    The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivable or proceeds from the sale of these commodities until full payment is received.



This invoice is printed on recycled paper.

**OK PRODUCE**

Customer: **58457**
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
408/503-6515

Ship To:
**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
**1070 S. WHITE RD**
**SAN JOSE, CA 95127**

Invoice #
**1796222**
Page: 2

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

9

| PURCHASE ORDER NUMBER | | ROUTE 017 | SALES REP 26 | SERVICE REP | OK ORDER NUMBER 1081283 | | | INVOICE DATE 07/10/08 | | |
|---|---|---|---|---|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 13409 | 1 | CTN | PARSLEY BUNCH 30 CT | 11.25 | 11.25 | 0.00 | | |
| 13411 | 1 | CTN | PARSLEY HYE 30 ct | 10.75 | 10.75 | 0.00 | | |
| 13741 | 4 | CTN * | PEPPER BELL GREEN LG 25# | 28.85 | 115.40 | 0.00 | | |
| 13730 | 2 | CTN * | PEPPER BELL RED 25# | 41.75 | 83.50 | 0.00 | | |
| 13713 | 1 | CTN | PEPPER BELL YELLOW 25# | 42.00 | 42.00 | 0.00 | | |
| 13773 | 2 | CTN * | PEPPER DE ARBOL-FRESH 10# | 23.85 | 47.70 | 0.00 | | |
| 13722 | 1 | W/B * | PEPPER LONG GRN CHILE 25# | 17.75 | 17.75 | 0.00 | | |
| 13807 | 2 | CTN * | POTATO RED "A" 50# | 22.50 | 45.00 | 0.00 | | |
| 13840 | 6 | CTN * | POTATO WHITE ROSE #1 50# | 22.50 | 135.00 | 0.00 | | |
| 13841 | 10 | BALE * | POTATO WHITE #2 5/10# | 11.00 | 110.00 | 0.00 | | |
| 14401 | 2 | CTN * | SPINACH 24 CT | 16.25 | 32.50 | 0.00 | | |
| 14506 | 1 | CTN | SPROUT ALFALFA LIVE 12/4 OZ | 9.75 | 9.75 | 0.00 | | |
| 14511 | 1 | | SPROUT BEAN BULK 2/5# | 7.00 | 7.00 | 0.00 | | |
| 14507 | 1 | CTN | SPROUT BEAN CELLO 12/16 OZ | 8.75 | 8.75 | 0.00 | | |
| 15101 | 1 | CTN | WATERCRESS 12 CT | 14.00 | 14.00 | 0.00 | | |
| 15201 | 2 | CTN * | YAM #1 40# | 31.00 | 62.00 | 0.00 | | |
| 12825 | 2 | CTN | YUCCA ROOT 40# | 38.75 | 77.50 | 0.00 | | |
| 20216 | 5 | CTN * | APPLE GALA CHILEAN 90/100ct | 41.00 | 205.00 | 0.00 | | |
| 20439 | 10 | CTN * | AVOCADO HASS PREC 60CT | 39.85 | 398.50 | 0.00 | | |
| 20510 | 48 | CTN * | BANANA 4 CLR "CHIQUITA" | 19.50 | 936.00 | 0.00 | | |
| 20540 | 0 | CTN * | BANANA BABY (DOMINICO)15# | 13.00 | 0.00 | 0.00 | | |
| 20704 | 2 | CTN * | COCONUT WHITE FRESH 20CT | 22.75 | 45.50 | 0.00 | | |
| 20706 | 1 | CTN * | COCONUT-THAI SHAVED 9CT | 11.25 | 11.25 | 0.00 | | |
| 21005 | 0 | CTN | GRAPEFRUIT PINK 10/5# | 19.00 | 0.00 | 2.71 | 0.00 | |
| 21010 | 2 | CTN | GRAPEFRUIT 40 CT | 15.50 | 31.00 | 0.00 | | |
| 21130 | 10 | CTN * | GRAPES GREEN SDLS 18# | 17.75 | 177.50 | 0.00 | | |
| 21129 | 10 | CTN * | GRAPES RED SLDS 18# | 17.75 | 177.50 | 0.00 | | |
| 21204 | 3 | CTN * | KIWI FRUIT TRI-LYR 99 CT | 16.50 | 49.50 | 0.00 | | |
| 21302 | 3 | CTN * | LEMONS CHOICE 115 CT | 37.50 | 112.50 | 0.00 | | |
| 21502 | 50 | FLT * | MANGO TOMMY 12 CT | 4.25 | 212.50 | 0.00 | | |
| 21625 | 4 | BIN * | MELON WTRMLN BIN 700# | 155.00 | 620.00 | 0.32 | 276.00 | 30.80 |
| 21630 | 4 | BIN * | MELON WTRMLN SDLS BIN 700LB | 175.00 | 700.00 | 0.36 | 308.00 | 30.56 |
| 21911 | 10 | CTN * | NECTARINE YLW 56 VF 25# | 14.25 | 142.50 | 0.00 | | |

| TOTALS | | | | TOTAL | | PAYMENT TERMS | |
|---|---|---|---|---|---|---|---|
| | | | | SALES TAX | | | |
| | | **(Continued)** | | INVOICE TOTAL | | | |

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884     CDFA #: A6504

The perishable agricultural commodities listed on this invoice are     The seller of these commodities retains a trust claim over these commodities, all
sold subject to the statutory trust authorized by section 5(c) of the     inventories of food or other products derived from these commodities, and any receivable
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).     or proceeds from the sale of these commodities until full payment is received.



This invoice is printed on recycled paper.



**CK PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

Customer: **58457**
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
408/503-6515

**Ship To:**
**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

Invoice #
**1796222**
Page:    3

| PURCHASE ORDER NUMBER | ROUTE 017 | SALES REP 26 | SERVICE REP | OK ORDER NUMBER 1081283 | INVOICE DATE 07/10/08 |
|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 22215 | 10 | CTN * | PEACH YLW 56 VF 25# | 14.25 | 142.50 | 0.00 | | |
| 14128 | 1 | CTN | SALAD CRSP ROM GRDN 12/12oz | 13.75 | 13.75 | 0.00 | | |
| 14235 | 1 | CTN | SALAD ITALIAN 6/10 OZ | 10.50 | 10.50 | 0.00 | | |
| 14230 | 1 | CTN | SALAD MIX 18/12 oz | 11.75 | 11.75 | 0.00 | | |

**OK PRODUCE**
**TRUCK LOAD MANIFEST**

07/10/08    TRUCK#: 3 og    TIME LEAVING: 2 p    AM / PM
ROUTE#: 017

DRIVER (PRINT): V. Gutierrez

RECEIVED BY:

| INVOICE | CUSTOMER | TIME IN | OUT | RETURNS | PALLETS DEL | P/U | SIGNATURE | PRINT NAME |
|---|---|---|---|---|---|---|---|---|
| 1796222 | 58457  MERCADO SUVIANDA | 1 | 1C | 1 | 1 | 1C | Gildardo | |

Pulp temp.

NOTES: NO DRK STP/PALLET CHARGE

| TOTALS | 300 | | | | | | | |

| TOTAL | 6063.30 |
|---|---|
| SALES TAX | 0.00 |
| INVOICE TOTAL | **$6063.30** |

PAYMENT TERMS
Net 21 Days

JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #:  47884    CDFA #:  A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.





Customer: **58457**
408/503-6515

Ship To:

Invoice #
**1796450**
Page:    1

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
408/503-6515

**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

9

| PURCHASE ORDER NUMBER | ROUTE 017 | SALES REP 26 | SERVICE REP | OK ORDER NUMBER 1081509 | | | | INVOICE DATE 07/11/08 | | |
|---|---|---|---|---|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 10306 | 2 | CTN * | BEAN GREEN 30# | 28.75 | 57.50 | 0.00 | | |
| 10602 | 3 | CTN * | BROCCOLI 18 CT | 10.00 | 30.00 | 0.00 | | |
| 10604 | 3 | CTN * | BROCCOLI CROWN 20# | 10.00 | 30.00 | 0.00 | | |
| 10804 | 4 | CTN * | CABBAGE GREEN CELLO 45# | 15.75 | 63.00 | 0.00 | | |
| 10932 | 1 | CTN * | CARROT GF CTN 50# | 13.25 | 13.25 | 0.00 | | |
| 11004 | 5 | CTN * | CAULIFLOWER 12 CT | 17.00 | 85.00 | 0.00 | | |
| 11102 | 2 | CTN * | CELERY 24 CT | 19.00 | 38.00 | 0.00 | | |
| 11303 | 10 | CTN * | CILANTRO 60 CT | 13.85 | 138.50 | 0.00 | | |
| 11607 | 5 | BSHL * | CUCUMBER S/S 72 CT | 19.75 | 98.75 | 0.00 | | |
| 11606 | 8 | CTN * | CUCUMBER PICKLING 25# | 13.75 | 110.00 | 0.00 | | |
| 12503 | 5 | CTN * | JICAMA 40# | 12.00 | 60.00 | 0.00 | | |
| 12722 | 10 | CTN * | LETTUCE CELLO 24 CT | 14.85 | 148.50 | 0.00 | | |
| 13335 | 3 | CTN | ONION RED MEDIUM 40# SWEET | 12.50 | 37.50 | 0.00 | | |
| 15705 | 5 | BG * | ONION YELLOW MED 50# | 7.00 | 35.00 | 0.00 | | |
| 13741 | 3 | CTN * | PEPPER BELL GREEN LG 25# | 27.85 | 83.55 | 0.00 | | |
| 13807 | 2 | CTN * | POTATO RED "A" 50# | 22.50 | 45.00 | 0.00 | | |
| 13840 | 5 | CTN * | POTATO WHITE ROSE #1 50# | 22.50 | 112.50 | 0.00 | | |
| 13841 | 8 | BALE * | POTATO WHITE #2 5/10# | 11.00 | 88.00 | 0.00 | | |
| 14401 | 1 | CTN * | SPINACH 24 CT | 17.50 | 17.50 | 0.00 | | |
| 14612 | 4 | CTN * | SQUASH ITALIAN FCY #1 | 10.75 | 43.00 | 0.00 | | |
| 14635 | 10 | CTN * | SQUASH MEXICAN (GREY) | 11.75 | 117.50 | 0.00 | | |
| 14905 | 7 | FLT * | TOMATO 5X5 2-LAYER | 15.25 | 106.75 | 0.00 | | |
| 15101 | 1 | CTN * | WATERCRESS 12 CT | 14.00 | 14.00 | 0.00 | | |
| 20161 | 10 | CTN * | APPLE FUJI PREM 80/88CT 40# | 38.00 | 380.00 | 0.00 | | |
| 20510 | 40 | CTN * | BANANA 4 CLR "CHIQUITA" | 19.00 | 760.00 | 0.00 | | |
| 20604 | 2 | CTN * | CHERRIES WA 9.5 ROW | 58.00 | 116.00 | 0.00 | | |
| 21129 | 8 | CTN * | GRAPES RED SLDS 18# | 17.75 | 142.00 | 0.00 | | |
| 21625 | 2 | BIN * | MELON WTRMLN BIN 700# | 155.00 | 310.00 | 0.00 | | |
| 21630 | 3 | BIN * | MELON WTRMLN SDLS BIN 700LB | 195.00 | 585.00 | 0.00 | | |
| 21911 | 10 | CTN * | NECTARINE YLW 56 VF 25# | 12.75 | 127.50 | 0.00 | | |
| 22038 | 1 | BIN * | ORANGES BIN 75/8# | 165.00 | 165.00 | 0.00 | | |
| 22215 | 10 | CTN * | PEACH YLW 56 VF 25# | 12.75 | 127.50 | 0.00 | | |
| 22327 | 1 | CTN * | PEAR BOSC CHILEAN 70/80CT 40# | 36.00 | 36.00 | 0.00 | | |

| TOTALS | | | | TOTAL | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | **(Continued)** | SALES TAX | | PAYMENT TERMS | | |
| | | | | INVOICE TOTAL | | | | |

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE



A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
or proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.

**OK PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

Customer: **58457**
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
    408/503-6515

Ship To:
**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

Invoice #
**1796450**
Page:  **2**

9

| PURCHASE ORDER NUMBER | ROUTE 017 | SALES REP 26 | SERVICE REP | OK ORDER NUMBER 1081509 | INVOICE DATE 07/11/08 |
|---|---|---|---|---|---|

| ITEM# | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET.PRICE | RET.PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 22325 | 2 | CTN * | PEAR D'ANJOU 60/70CT 44# | 30.50 | 61.00 | 0.00 | | |
| 22308 | 2 | CTN | PEAR PACKHAM 70/80 ct 40# | 35.00 | 70.00 | 0.00 | | |
| 22616 | 3 | CTN * | PLUM BLACK 40/45 VF 28# | 18.75 | 56.25 | 0.00 | | |
| 22606 | 3 | * | PLUM RED 40/45 VF 28# | 18.75 | 56.25 | 0.00 | | |
| 14128 | 1 | CTN | SALAD CRSP ROM GRDN 12/12oz | 13.75 | 13.75 | 0.00 | | |
| 14230 | 1 | CTN | SALAD MIX 18/12 oz | 11.75 | 11.75 | 0.00 | | |

07/11/08    TRUCK#:  **400**

DRIVER (PRINT):  **Manuel E**

**OK PRODUCE**
**TRUCK LOAD MANIFEST**

ROUTE#: 017

TIME LEAVING : _____ AM / PM

| INVOICE | CUSTOMER | TIME | | RETURNS | PALLETS | | RECEIVED BY | |
|---|---|---|---|---|---|---|---|---|
| | | IN | OUT | | DEL | P/U | SIGNATURE | PRINT NAME |
| 1796450 | 58457  MERCADO SUVIANDA | 08:00 | 09:00 | | 8 | 8 | | Gildardo |
| | Pulp temp. | 80 | 90 | | | | | |
| | NOTES:  NO DRK STP/PALLET CHARGE | | | | | | | |

| TOTALS | 206 | | | | TOTAL | 4590.80 | PAYMENT TERMS |
|---|---|---|---|---|---|---|---|
| | | | | | SALES TAX | 0.00 | Net 21 Days |
| | | | | | INVOICE TOTAL | **$4590.80** | |

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6 VARIETIES IN YOUR STORE.**

DATE

CUSTOMER SIGNATURE

PRINT NAME

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #:  47884    CDFA #:  A6504

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

DRIVER SIGNATURE

The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivable or proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.



# OK PRODUCE

Invoice #
**1796688**
Page: 1

Customer: **58457**
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
408/503-6515

**Ship To:**
**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

9

| PURCHASE ORDER NUMBER | ROUTE 017 | SALES REP 26 | SERVICE REP AMAG | OK ORDER NUMBER 1081692 | INVOICE DATE 07/12/08 |
|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 12841 | 1 | CTN | ALOE VERA LEAVES 25# | 21.25 | 21.25 | 1.21 | 9.00 | 29.75 |
| 10102 | 1 | CTN | ARTICHOKE 24 CT | 24.25 | 24.25 | 1.44 | 10.31 | 29.83 |
| 10210 | 1 | CTN | ASPARAGUS 11# | 18.75 | 18.75 | 2.44 | 8.09 | 30.14 |
| 40438 | 1 | CTN | BEAN GARBANZO "FRESH" 15# | 29.75 | 29.75 | 2.83 | 12.70 | 29.92 |
| 10403 | 1 | CTN | BEET W-TOPS 12 CT | 13.25 | 13.25 | 1.58 | 5.71 | 30.12 |
| 10602 | 7 | CTN | BROCCOLI 18 CT | 10.00 | 70.00 | 0.79 | 29.54 | 29.68 |
| 10604 | 7 | CTN | BROCCOLI CROWN 20# | 10.00 | 70.00 | 0.71 | 29.40 | 29.58 |
| 10932 | 3 | CTN | CARROT GF CTN 50# | 13.25 | 39.75 | 0.38 | 17.25 | 30.26 |
| 10926 | 3 | BALE | CARROT TABLE 10/5# | 13.50 | 40.50 | 1.93 | 17.40 | 30.05 |
| 10927 | 3 | BALE | CARROT TABLE 24/2# | 13.50 | 40.50 | 0.80 | 17.10 | 29.69 |
| 11004 | 5 | CTN | CAULIFLOWER 12 CT | 17.00 | 85.00 | 2.02 | 36.20 | 29.87 |
| 11202 | 1 | CTN | CHARD RED 12CT | 10.75 | 10.75 | 1.28 | 4.61 | 30.01 |
| 11205 | 1 | CTN | CHARD SWISS 12CT | 10.75 | 10.75 | 1.28 | 4.61 | 30.01 |
| 11102 | 3 | CTN | CELERY 24 CT | 19.00 | 57.00 | 1.13 | 24.36 | 29.94 |
| 11303 | 15 | CTN | CILANTRO 60 CT | 13.85 | 207.75 | 0.33 | 89.25 | 30.05 |
| 11607 | 7 | BSHL | CUCUMBER S/S 72 CT | 19.75 | 138.25 | 0.39 | 58.31 | 29.67 |
| 11606 | 10 | CTN | CUCUMBER PICKLING 25# | 13.75 | 137.50 | 0.79 | 60.00 | 30.38 |
| 11903 | 1 | CTN | EGGPLANT 24 CT | 14.75 | 14.75 | 0.88 | 6.37 | 30.16 |
| 12302 | 1 | CTN | GINGER ROOT 30# | 29.00 | 29.00 | 1.38 | 12.40 | 29.95 |
| 11402 | 1 | CTN | GRNS COLLARD 24 CT | 14.00 | 14.00 | 0.83 | 5.92 | 29.72 |
| 13102 | 1 | CTN | GRNS MUSTARD CURLY 24 CT | 14.00 | 14.00 | 0.83 | 5.92 | 29.72 |
| 12722 | 15 | CTN | LETTUCE CELLO 24 CT | 14.85 | 222.75 | 0.88 | 94.05 | 29.69 |
| 12715 | 2 | CTN | LETTUCE ROMAINE 24 CT | 14.00 | 28.00 | 0.83 | 11.84 | 29.72 |
| 12851 | 3 | CTN | NOPALES DICED 12/1# | 16.00 | 48.00 | 1.90 | 20.40 | 29.82 |
| 13306 | 10 | CTN | ONION GREEN 48 CT ICELESS | 11.75 | 117.50 | 0.35 | 50.50 | 30.06 |
| 13335 | 2 | CTN | ONION RED MEDIUM 40# SWEET | 12.50 | 25.00 | 0.45 | 11.00 | 30.56 |
| 15705 | 10 | BG | ONION YELLOW MED 50# | 7.00 | 70.00 | 0.20 | 30.00 | 30.00 |
| 13741 | 5 | CTN | PEPPER BELL GREEN LG 25# | 27.85 | 139.25 | 1.59 | 59.50 | 29.94 |
| 13730 | 3 | CTN | PEPPER BELL RED 25# | 41.75 | 125.25 | 2.39 | 54.00 | 30.13 |
| 13713 | 2 | CTN | PEPPER BELL YELLOW 25# | 42.00 | 84.00 | 2.40 | 36.00 | 30.00 |
| 13832 | 3 | CTN | POTATO RUSSET  80 CT | 28.00 | 84.00 | 0.80 | 36.00 | 30.00 |
| 13840 | 6 | CTN | POTATO WHITE ROSE #1 50# | 22.50 | 135.00 | 0.64 | 57.00 | 29.69 |
| 13841 | 15 | BALE | POTATO WHITE #2 5/10# | 11.00 | 165.00 | 3.14 | 70.50 | 29.94 |

| TOTALS | | | | TOTAL | | PAYMENT TERMS | | |
|---|---|---|---|---|---|---|---|---|
| | | | **(Continued)** | SALES TAX | | | | |
| | | | | INVOICE TOTAL | | | | |

DATE

CUSTOMER SIGNATURE

PRINT NAME

DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.
State of CA Organic Reg # 47884     CDFA #: A8504
The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.



# OK PRODUCE

Invoice #
**1796688**

Customer: **58457**
408/503-6515

Ship To:
**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

Page: 2

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
408/503-6515

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

9

| PURCHASE ORDER NUMBER | ROUTE 017 | SALES REP 26 | SERVICE REP AMAG | OK ORDER NUMBER 1081692 | INVOICE DATE 07/12/08 | | | |

| ITEM# | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 14401 | 1 | CTN * | SPINACH 24 CT | 17.50 | 17.50 | 1.04 | 7.46 | 29.89 |
| 14612 | 10 | CTN * | SQUASH ITALIAN FCY #1 | 10.75 | 107.50 | 0.61 | 45.00 | 29.51 |
| 14905 | 10 | FLT * | TOMATO 5X5 2-LAYER | 15.25 | 152.50 | 1.09 | 65.50 | 30.05 |
| 20158 | 20 | CTN * | APPLE FUJI 80/88CT | 35.00 | 700.00 | 1.25 | 300.00 | 30.00 |
| 20114 | 2 | CTN * | APPLE GOLD DEL"PREM" 80/88CT | 33.00 | 66.00 | 1.18 | 28.40 | 30.08 |
| 20157 | 2 | CTN * | APPLE GRNYSMTH PREM 80/88 CT | 31.00 | 62.00 | 1.11 | 26.80 | 30.18 |
| 20303 | 5 | CTN * | APRICOT VF 8's/LGR 24# | 23.75 | 118.75 | 1.41 | 50.45 | 29.82 |
| 20509 | 30 | CTN * | BANANA 3 CLR "CHIQUITA" | 19.00 | 570.00 | 0.68 | 246.00 | 30.15 |
| 20510 | 30 | CTN * | BANANA 4 CLR "CHIQUITA" | 19.00 | 570.00 | 0.68 | 246.00 | 30.15 |
| 20540 | 3 | CTN * | BANANA BABY (DOMINICO)15# | 13.00 | 39.00 | 1.24 | 16.80 | 30.11 |
| 20507 | 2 | CTN * | BANANA BURRO "COLOR" 40# | 12.25 | 24.50 | 0.44 | 10.70 | 30.40 |
| 20563 | 1 | CTN * | BANANA LEAVES 25# | 26.85 | 26.85 | 1.53 | 11.40 | 29.80 |
| 20544 | 5 | CTN * | BANANA MACHO (COLOR) 48# | 21.50 | 107.50 | 0.64 | 46.10 | 30.01 |
| 20526 | 1 | CTN * | BANANA MANZANO 20# | 19.50 | 19.50 | 1.39 | 8.30 | 29.86 |
| 20604 | 1 | CTN | CHERRIES WA 9.5 ROW | 58.00 | 58.00 | 6.90 | 24.80 | 29.95 |
| 21010 | 3 | CTN * | GRAPEFRUIT 40 CT | 15.50 | 46.50 | 0.55 | 19.50 | 29.55 |
| 21130 | 10 | CTN * | GRAPES GREEN SDLS 18# | 17.75 | 177.50 | 1.41 | 76.30 | 30.06 |
| 21129 | 20 | CTN * | GRAPES RED SLDS 18# | 17.75 | 355.00 | 1.41 | 152.60 | 30.06 |
| 21400 | 3 | CTN * | LEMON (SWEET) 40# | 33.00 | 99.00 | 1.18 | 42.60 | 30.08 |
| 21410 | 10 | CTN * | LIME KEY 17/2# | 12.75 | 127.50 | 1.07 | 54.40 | 29.91 |
| 21728 | 5 | CTN * | MAMEY CTN 25# | 44.00 | 220.00 | 2.51 | 93.75 | 29.88 |
| 21502 | 50 | FLT * | MANGO TOMMY 12 CT | 4.25 | 212.50 | 0.51 | 93.50 | 30.56 |
| 21610 | 2 | CTN * | MELON CASABA 25# | 13.25 | 26.50 | 0.76 | 11.50 | 30.26 |
| 21613 | 2 | CTN * | MELON CRENSHAW 25# | 13.25 | 26.50 | 0.76 | 11.50 | 30.26 |
| 21614 | 2 | CTN * | MELON GALIA 25# | 13.25 | 26.50 | 0.76 | 11.50 | 30.26 |
| 21616 | 2 | CTN * | MELON HNYDW .ORNG FLSH 25# | 13.25 | 26.50 | 0.76 | 11.50 | 30.26 |
| 21622 | 2 | CTN * | MELON JUAN CANARY 25# | 13.25 | 26.50 | 0.76 | 11.50 | 30.26 |
| 21625 | 6 | BIN * | MELON WTRMLN BIN 700# | 155.00 | 930.00 | 0.32 | 414.00 | 30.80 |
| 21630 | 3 | BIN * | MELON WTRMLN SDLS BIN 700LB | 195.00 | 585.00 | 0.40 | 255.00 | 30.36 |
| 21911 | 20 | CTN * | NECTARINE YLW 56 VF 25# | 12.75 | 255.00 | 0.73 | 110.00 | 30.14 |
| 22038 | 2 | BIN * | ORANGES BIN 75/8# | 165.00 | 330.00 | 3.14 | 141.00 | 29.94 |
| 22215 | 20 | CTN * | PEACH YLW 56 VF 25# | 12.75 | 255.00 | 0.73 | 110.00 | 30.14 |
| 22327 | 4 | CTN * | PEAR BOSC CHILEAN 70/80CT 40# | 36.00 | 144.00 | 1.29 | 62.40 | 30.23 |

| TOTALS | | | | TOTAL | | | | |
| | | | | SALES TAX | | PAYMENT TERMS | | |
| | | | | INVOICE TOTAL | | | | |

**(Continued)**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884   CDFA #: A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.



**OK PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

Customer: 58457
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
408/503-6515

Ship To:
MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127

Invoice #
1796688
Page: 3

9

| PURCHASE ORDER NUMBER | ROUTE 017 | SALES REP 26 | SERVICE REP AMAG | OK ORDER NUMBER 1081692 | | | INVOICE DATE 07/12/08 | |
|---|---|---|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 22325 | 5 | CTN * | PEAR D'ANJOU 60/70CT 44# | 30.50 | 152.50 | 0.97 | 65.75 | 30.13 |
| 22518 | 15 | CTN * | PINEAPPLE GOLD 8CT | 11.50 | 172.50 | 2.05 | 73.50 | 29.88 |
| 22616 | 4 | CTN * | PLUM BLACK 40/45 VF 28# | 18.75 | 75.00 | 0.96 | 32.52 | 30.25 |
| 22606 | 4 | CTN | PLUM RED 40/45 VF 28# | 18.75 | 75.00 | 0.96 | 32.52 | 30.25 |
| 14240 | 1 | CTN | SALAD AMERICAN 6/12 OZ | 10.50 | 10.50 | 2.50 | 4.50 | 30.00 |
| 14128 | 2 | CTN | SALAD CRSP ROM GRDN 12/12oz | 13.75 | 27.50 | 1.64 | 11.86 | 30.13 |
| 14235 | 1 | CTN | SALAD ITALIAN 6/10 OZ | 10.50 | 10.50 | 2.50 | 4.50 | 30.00 |
| 14230 | 2 | CTN | SALAD MIX 18/12 oz | 11.75 | 23.50 | 0.93 | 9.98 | 29.81 |
| 14220 | 1 | CTN | SALAD RIVIERA 6/7 OZ | 10.50 | 10.50 | 2.50 | 4.50 | 30.00 |
| 14410 | 1 | CTN | SALAD SPINACH F/E 12/9 OZ | 15.50 | 15.50 | 1.85 | 6.70 | 30.18 |

---

07/12/08    TRUCK#: 302

DRIVER (PRINT) Rodrigo Jaime

**OK PRODUCE**
**TRUCK LOAD MANIFEST**

ROUTE# : 017

TIME LEAVING : 1.00    AM / PM

| INVOICE | CUSTOMER | TIME IN | TIME OUT | RETURNS | PALLETS DEL | PALLETS P/U | RECEIVED BY: SIGNATURE | PRINT NAME |
|---|---|---|---|---|---|---|---|---|
| 1796688 | 58457  MERCADO SUVIANDA | 10 30 | 11 45 | 1 Bet watermal | 16 | 16 | Armand | |
| | Pulp temp. | | | | | | | |
| | 7:00 / 10:00 | | | | | | | |
| | NOTES: NO DRK STP/PALLET CHARGE | | | | | | | |

| TOTALS | 475 | | | | | | | |

| | | TOTAL | 9412.60 |
|---|---|---|---|
| | | SALES TAX | 0.00 |
| | | INVOICE TOTAL | $9412.60 |

PAYMENT TERMS
Net 21 Days

**JAMBA JUICE & SMOOTHIES ARE HERE! CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

_____ DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivable of proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.

**OK PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

Customer: **58457**
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
408/503-6515

**Ship To:**
**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

Invoice #
**1796869**
Page:    1

9

| PURCHASE ORDER NUMBER | ROUTE 018 | SALES REP 26 | SERVICE REP CMAR | OK ORDER NUMBER 1081857 | INVOICE DATE 07/14/08 |
|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 20509 | 24 | CTN | BANANA 3 CLR "CHIQUITA" | 19.00 | 456.00 | 0.68 | 196.80 | 30.15 |
| 12841 | 1 | CTN | ALOE VERA LEAVES 25# | 21.25 | 21.25 | 1.21 | 9.00 | 29.75 |
| 10102 | 1 | CTN | ARTICHOKE 24 CT | 24.25 | 24.25 | 1.44 | 10.31 | 29.83 |
| 10210 | 1 | CTN | ASPARAGUS 11# | 18.75 | 18.75 | 2.44 | 8.09 | 30.14 |
| 40438 | 1 | CTN | BEAN GARBANZO "FRESH" 15# | 29.75 | 29.75 | 2.83 | 12.70 | 29.92 |
| 10306 | 2 | CTN | BEAN GREEN 30# | 28.75 | 57.50 | 1.37 | 24.70 | 30.05 |
| 10403 | 2 | CTN | BEET W-TOPS 12 CT | 13.25 | 26.50 | 1.58 | 11.42 | 30.12 |
| 10602 | 4 | CTN | BROCCOLI 18 CT | 10.00 | 40.00 | 0.79 | 16.88 | 29.68 |
| 10604 | 3 | CTN | BROCCOLI CROWN 20# | 10.00 | 30.00 | 0.71 | 12.60 | 29.58 |
| 10701 | 1 | CTN | BRUSSEL SPROUT #1 LSE 25# | 37.25 | 37.25 | 2.13 | 16.00 | 30.05 |
| 10804 | 8 | CTN | CABBAGE GREEN CELLO 45# | 15.75 | 126.00 | 0.50 | 54.00 | 30.00 |
| 10932 | 3 | CTN | CARROT GF CTN 50# | 13.25 | 39.75 | 0.38 | 17.25 | 30.26 |
| 10926 | 3 | BALE | CARROT TABLE 10/5# | 13.50 | 40.50 | 1.93 | 17.40 | 30.05 |
| 10927 | 2 | BALE | CARROT TABLE 24/2# | 13.50 | 27.00 | 0.80 | 11.40 | 29.69 |
| 10949 | 1 | CTN | CARROT W.P. MINI 40/1# | 24.50 | 24.50 | 0.88 | 10.70 | 30.40 |
| 10942 | 1 | CTN | CARROT PETITE MICRO 12/12OZ | 12.25 | 12.25 | 1.46 | 5.27 | 30.08 |
| 10965 | 1 | CTN | CARROT GF SHREDDED 12/10oz | 9.25 | 9.25 | 1.10 | 3.95 | 29.92 |
| 11004 | 3 | CTN | CAULIFLOWER 12 CT | 17.00 | 51.00 | 2.02 | 21.72 | 29.87 |
| 11303 | 5 | CTN | CILANTRO 60 CT | 13.85 | 69.25 | 0.33 | 29.75 | 30.05 |
| 11607 | 10 | BSHL | CUCUMBER S/S 72 CT | 19.75 | 197.50 | 0.39 | 83.30 | 29.67 |
| 11606 | 10 | CTN | CUCUMBER PICKLING 25# | 13.75 | 137.50 | 0.79 | 60.00 | 30.38 |
| 15601 | 1 | CTN | GUAJES 10# | 28.75 | 28.75 | 4.11 | 12.35 | 30.05 |
| 12722 | 15 | CTN | LETTUCE CELLO 24 CT | 14.85 | 222.75 | 0.88 | 94.05 | 29.69 |
| 12715 | 1 | CTN | LETTUCE ROMAINE 24 CT | 14.00 | 14.00 | 0.83 | 5.92 | 29.72 |
| 12821 | 1 | CTN | MANN'S BROC/VEG MDLY 6/1# | 12.00 | 12.00 | 2.86 | 5.16 | 30.07 |
| 10615 | 1 | CTN | MANN'S BROC/WOKLY 6/1# | 10.75 | 10.75 | 2.56 | 4.61 | 30.01 |
| 13001 | 4 | FLT | MUSH WHT WHL 12/8 OZ | 13.00 | 52.00 | 1.55 | 22.40 | 30.11 |
| 13031 | 2 | FLT | MUSH WHT SLC 12/8OZ | 14.50 | 29.00 | 1.73 | 12.52 | 30.15 |
| 12851 | 2 | CTN | NOPALES DICED 12/1# | 16.00 | 32.00 | 1.90 | 13.60 | 29.82 |
| 13306 | 3 | CTN | ONION GREEN 48 CT ICELESS | 11.75 | 35.25 | 0.35 | 15.15 | 30.06 |
| 13335 | 2 | CTN | ONION RED MEDIUM 40# SWEET | 12.50 | 25.00 | 0.45 | 11.00 | 30.56 |
| 13341 | 5 | SK | ONION WHITE MEDIUM 50# | 14.50 | 72.50 | 0.41 | 30.00 | 29.27 |
| 15705 | 5 | BG | ONION YELLOW MED 50# | 7.00 | 35.00 | 0.20 | 15.00 | 30.00 |

| TOTALS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|

**(Continued)**

| TOTAL | |
|---|---|
| SALES TAX | |
| INVOICE TOTAL | |

PAYMENT TERMS

DATE

CUSTOMER SIGNATURE

PRINT NAME

DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #:  47884    COFA #:  A6504

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivable of proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.



Invoice #
**1796869**

Customer: **58457**
408/503-6515

Ship To:
**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

Page: **2**

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
408/503-6515

P.O. Box 12838 - 1782 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com



9

| PURCHASE ORDER NUMBER | | ROUTE 018 | SALES REP 26 | SERVICE REP CMAR | OK ORDER NUMBER 1081857 | | | INVOICE DATE 07/14/08 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET. PRICE | RET. PROFIT | RET. GP% | | |
| 13730 | 2 | CTN | PEPPER BELL RED 25# | 41.75 | 83.50 | 2.39 | 36.00 | 30.13 | | |
| 13713 | 1 | CTN | PEPPER BELL YELLOW 25# | 42.00 | 42.00 | 2.40 | 18.00 | 30.00 | | |
| 13738 | 1 | W/B | PEPPER CHILE YELLOW 32# | 14.75 | 14.75 | 0.66 | 6.37 | 30.16 | | |
| 13832 | 2 | CTN | POTATO RUSSET 80 CT | 28.00 | 56.00 | 0.80 | 24.00 | 30.00 | | |
| 13815 | 5 | BALE | POTATO RUSSET 10/5# | 13.00 | 65.00 | 1.86 | 28.00 | 30.11 | | |
| 13823 | 5 | BALE | POTATO RUSSET 5/10# | 12.00 | 60.00 | 3.43 | 25.75 | 30.03 | | |
| 13841 | 10 | BALE | POTATO WHITE #2 5/10# | 11.00 | 110.00 | 3.14 | 47.00 | 29.94 | | |
| 14008 | 10 | CTN | RADISH W-TOPS 48 CT | 14.25 | 142.50 | 0.42 | 59.10 | 29.32 | | |
| 14401 | 1 | CTN | SPINACH 24 CT | 17.50 | 17.50 | 1.04 | 7.46 | 29.89 | | |
| 14651 | 3 | CTN | SQUASH CHAYOTE 50CT | 26.50 | 79.50 | 0.76 | 34.50 | 30.26 | | |
| 20158 | 10 | CTN | APPLE FUJI 80/88CT | 37.00 | 370.00 | 1.25 | 130.00 | 26.00 | | |
| 20114 | 2 | CTN | APPLE GOLD DEL PREM 80/88CT | 33.00 | 66.00 | 1.18 | 28.40 | 30.08 | | |
| 20157 | 2 | CTN | APPLE GRNYSMTH PREM 80/88 CT | 31.00 | 62.00 | 1.11 | 26.80 | 30.18 | | |
| 20439 | 10 | CTN | AVOCADO HASS PREC 60CT | 39.85 | 398.50 | 0.95 | 171.50 | 30.09 | | |
| 20510 | 24 | CTN | BANANA 4 CLR "CHIQUITA" | 19.00 | 456.00 | 0.68 | 196.80 | 30.15 | | |
| 20540 | 2 | CTN | BANANA BABY (DOMINICO)15# | 13.00 | 26.00 | 1.24 | 11.20 | 30.11 | | |
| 20507 | 2 | CTN | BANANA BURRO "COLOR" 40# | 12.25 | 24.50 | 0.44 | 10.70 | 30.40 | | |
| 20544 | 0 | CTN | BANANA MACHO (COLOR) 48# | 21.50 | 0.00 | 0.64 | 0.00 | | | |
| 21010 | 2 | CTN | GRAPEFRUIT 40 CT | 15.50 | 31.00 | 0.55 | 13.00 | 29.55 | | |
| 21130 | 5 | CTN | GRAPES GREEN SDLS 18# | 17.75 | 88.75 | 1.41 | 38.15 | 30.06 | | |
| 21129 | 5 | CTN | GRAPES RED SLDS 18# | 17.75 | 88.75 | 1.41 | 38.15 | 30.06 | | |
| 21302 | 2 | CTN | LEMONS CHOICE 115 CT | 37.50 | 75.00 | 0.47 | 33.10 | 30.62 | | |
| 21400 | 1 | CTN | LEMON (SWEET) 40# | 33.00 | 33.00 | 1.18 | 14.20 | 30.08 | | |
| 21408 | 3 | CTN | LIMES 230CT | 16.50 | 49.50 | 0.10 | 19.50 | 28.26 | | |
| 21502 | 20 | FLT | MANGO TOMMY 12 CT | 4.25 | 85.00 | 0.51 | 37.40 | 30.56 | | |
| 21625 | 2 | BIN | MELON WTRMLN BIN 700# | 155.00 | 310.00 | 0.32 | 138.00 | 30.80 | | |
| 21630 | 3 | BIN | MELON WTRMLN SDLS BIN 700LB | 195.00 | 585.00 | 0.40 | 255.00 | 30.36 | | |
| 22215 | 5 | CTN | PEACH YLW 56 VF 25# | 12.75 | 63.75 | 0.73 | 27.50 | 30.14 | | |
| 10815 | 1 | CTN | SALAD COLESLAW PLAIN 12/16oz | 9.75 | 9.75 | 1.16 | 4.17 | 29.96 | | |
| TOTALS | 270 | | | | | | | | | |

| | |
|---|---|
| TOTAL | 5538.00 |
| SALES TAX | 0.00 |
| INVOICE TOTAL | **$5538.00** |

PAYMENT TERMS
**Net 21 Days**

1796869  58457   MERCADO SUVIANDA    Ø 70° 83°
Ø   Pulp temp.

**OK PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

Customer: **58457**
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
408/503-6515

**Ship To:**
MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127

Invoice #
**1797099**
Page:    1

9

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| | 004 | 26 | AMAG | 1082079 | 07/15/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 10403 | 2 | CTN | BEET W-TOPS 12 CT | 12.50 | 25.00 | 1.49 | 10.76 | 30.09 |
| 10602 | 3 | CTN * | BROCCOLI 18 CT | 10.00 | 30.00 | 0.79 | 12.66 | 29.68 |
| 10604 | 5 | CTN * | BROCCOLI CROWN 20# | 10.00 | 50.00 | 0.71 | 21.00 | 29.58 |
| 10804 | 8 | CTN * | CABBAGE GREEN CELLO 45# | 15.75 | 126.00 | 0.50 | 54.00 | 30.00 |
| 10932 | 2 | CTN * | CARROT GF CTN 50# | 13.25 | 26.50 | 0.38 | 11.50 | 30.26 |
| 10926 | 3 | BALE * | CARROT TABLE 10/5# | 13.50 | 40.50 | 1.93 | 17.40 | 30.05 |
| 10927 | 1 | BALE * | CARROT TABLE 24/2# | 13.50 | 13.50 | 0.80 | 5.70 | 29.69 |
| 10949 | 1 | CTN * | CARROT W.P. MINI 40/1# | 24.50 | 24.50 | 0.88 | 10.70 | 30.40 |
| 11004 | 3 | CTN * | CAULIFLOWER 12 CT | 14.25 | 42.75 | 1.70 | 18.45 | 30.15 |
| 11102 | 2 | CTN * | CELERY 24 CT | 17.25 | 34.50 | 1.03 | 14.94 | 30.22 |
| 11303 | 5 | CTN * | CILANTRO 60 CT | 14.25 | 71.25 | 0.34 | 30.75 | 30.15 |
| 11508 | 7 | CTN * | CORN WHITE 48 CT | 14.75 | 103.25 | 0.44 | 44.59 | 30.16 |
| 11607 | 10 | BSHL * | CUCUMBER S/S 72 CT | 18.75 | 187.50 | 0.37 | 78.90 | 29.62 |
| 12722 | 10 | CTN * | LETTUCE CELLO 24 CT | 15.25 | 152.50 | 0.91 | 65.90 | 30.17 |
| 12710 | 1 | CTN * | LETTUCE GREEN LEAF 24 CT | 12.50 | 12.50 | 0.74 | 5.26 | 29.62 |
| 12712 | 1 | CTN * | LETTUCE RED LEAF 24 CT | 12.50 | 12.50 | 0.74 | 5.26 | 29.62 |
| 12851 | 2 | CTN * | NOPALES DICED 12/1# | 16.00 | 32.00 | 1.90 | 13.60 | 29.82 |
| 13335 | 2 | CTN * | ONION RED MEDIUM 40# SWEET | 12.50 | 25.00 | 0.45 | 11.00 | 30.56 |
| 15705 | 10 | BG * | ONION YELLOW MED 50# | 6.50 | 65.00 | 0.19 | 30.00 | 31.58 |
| 13411 | 1 | CTN * | PARSLEY HYE 30 ct | 10.75 | 10.75 | 0.51 | 4.55 | 29.74 |
| 13815 | 5 | BALE * | POTATO RUSSET 10/5# | 13.00 | 65.00 | 1.86 | 28.00 | 30.11 |
| 13823 | 5 | BALE * | POTATO RUSSET 5/10# | 12.00 | 60.00 | 3.43 | 25.75 | 30.03 |
| 13840 | 10 | CTN * | POTATO WHITE ROSE #1 50# | 21.50 | 215.00 | 0.61 | 90.00 | 29.51 |
| 14507 | 1 | CTN * | SPROUT BEAN CELLO 12/16 OZ | 8.75 | 8.75 | 1.04 | 3.73 | 29.89 |
| 14651 | 5 | CTN * | SQUASH CHAYOTE 50CT | 26.50 | 132.50 | 0.76 | 57.50 | 30.26 |
| 20158 | 10 | CTN * | APPLE FUJI 80/88CT | 40.00 | 400.00 | 1.43 | 172.00 | 30.07 |
| 20114 | 2 | CTN * | APPLE GOLD DEL"PREM" 80/88CT | 33.00 | 66.00 | 1.18 | 28.40 | 30.08 |
| 20171 | 15 | CTN * | APPLE RED DEL 64/72CT | 26.00 | 390.00 | 0.93 | 168.00 | 30.11 |
| 20439 | 10 | CTN * | AVOCADO HASS PREC 60CT | 39.85 | 398.50 | 0.95 | 171.50 | 30.09 |
| 20510 | 48 | CTN * | BANANA 4 CLR "CHIQUITA" | 19.00 | 912.00 | 0.68 | 393.60 | 30.15 |
| 20544 | 3 | CTN * | BANANA MACHO (COLOR) 48# | 21.50 | 64.50 | 0.64 | 27.66 | 30.01 |
| 22809 | 10 | CTN * | BERRY STRWBRY LTD ED 8/1# | 9.75 | 97.50 | 1.74 | 41.70 | 29.96 |
| 21010 | 1 | CTN * | GRAPEFRUIT 40 CT | 16.00 | 16.00 | 0.57 | 6.80 | 29.82 |

| TOTALS | | |
|---|---|---|

| TOTAL | |
|---|---|
| SALES TAX | |
| INVOICE TOTAL | |

PAYMENT TERMS

**(Continued)**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)).    The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
or proceeds from the sale of these commodities until full payment is received.



This invoice is printed on recycled paper.



**OK PRODUCE**

P.O. Box 12838 – 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

Customer:  **58457**
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
408/503-6515

Invoice #
**1797099**
Page:  **2**

**Ship To:**

**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

9

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| | 004 | 26 | AMAG | 1082079 | 07/15/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 21130 | 5 | CTN * | GRAPES GREEN SDLS 18# | 19.50 | 97.50 | 1.55 | 42.00 | 30.11 |
| 21129 | 10 | CTN * | GRAPES RED SLDS 18# | 18.50 | 185.00 | 1.47 | 79.60 | 30.08 |
| 21400 | 1 | CTN * | LEMON (SWEET) 40# | 33.00 | 33.00 | 1.18 | 14.20 | 30.08 |
| 21502 | 20 | FLT * | MANGO TOMMY 12 CT | 4.25 | 85.00 | 0.51 | 37.40 | 30.56 |
| 21911 | 10 | CTN * | NECTARINE YLW 56 VF 25# | 12.75 | 127.50 | 0.73 | 55.00 | 30.14 |
| 22109 | 15 | CTN * | PAPAYA MARADOL "PREMIUM" 33# | 21.50 | 322.50 | 0.93 | 137.85 | 29.94 |
| 22215 | 10 | CTN * | PEACH YLW 56 VF 25# | 12.75 | 127.50 | 0.73 | 55.00 | 30.14 |
| 22518 | 20 | CTN * | PINEAPPLE GOLD 8CT | 11.50 | 230.00 | 2.05 | 98.00 | 29.88 |
| 22616 | 3 | CTN * | PLUM BLACK 40/45 VF 28# | 17.75 | 53.25 | 0.91 | 23.19 | 30.34 |
| 22606 | 3 | CTN * | PLUM RED 40/45 VF 28# | 17.50 | 52.50 | 0.89 | 22.26 | 29.78 |
| 14230 | 4 | CTN * | SALAD MIX 18/12 oz | 10.50 | 42.00 | 0.83 | 17.76 | 29.72 |

| TOTALS | 305 | | | TOTAL | 5267.00 | | PAYMENT TERMS |
|---|---|---|---|---|---|---|---|
| | | | | SALES TAX | 0.00 | | Net 21 Days |
| | | | | INVOICE TOTAL | **$5267.00** | | |

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

| 1797099 | 58457  MERCADO SUVIANDA | | |
|---|---|---|---|
| Pulp temp. | | 9 / 7 / Gildardo |
| 7:00 / 10:00 | | |
| NOTES: NO DRK STP/PALLET CHARGE | | PRINT NAME |

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #:  47884    CDFA #:  A6504

DRIVER SIGNATURE

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.



This invoice is printed on recycled paper.



P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8800
www.okproduce.com

Customer: **58457**
408/503-6515

**Ship To:**

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127

Invoice #
**1797307**
Page:  1

9

| PURCHASE ORDER NUMBER | ROUTE 018 | SALES REP 26 | SERVICE REP AVER | OK ORDER NUMBER 1082250 | | INVOICE DATE 07/16/08 |
|---|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 10210 | 1 | CTN * | ASPARAGUS 11# | 18.75 | 18.75 | 2.44 | 8.09 | 30.14 |
| 10306 | 1 | CTN * | BEAN GREEN 30# | 28.75 | 28.75 | 1.37 | 12.35 | 30.05 |
| 10403 | 1 | CTN | BEET W-TOPS 12 CT | 12.50 | 12.50 | 1.49 | 5.38 | 30.09 |
| 10602 | 3 | CTN * | BROCCOLI 18 CT | 10.00 | 30.00 | 0.79 | 12.66 | 29.68 |
| 10804 | 5 | CTN * | CABBAGE GREEN CELLO 45# | 15.75 | 78.75 | 0.50 | 33.75 | 30.00 |
| 10932 | 3 | CTN * | CARROT GF CTN 50# | 13.25 | 39.75 | 0.38 | 17.25 | 30.26 |
| 10926 | 2 | BALE * | CARROT TABLE 10/5# | 13.50 | 27.00 | 1.93 | 11.60 | 30.05 |
| 10927 | 2 | BALE * | CARROT TABLE 24/2# | 13.50 | 27.00 | 0.80 | 11.40 | 29.69 |
| 11607 | 5 | BSHL * | CUCUMBER S/S 72 CT | 18.75 | 93.75 | 0.37 | 39.45 | 29.62 |
| 11606 | 5 | CTN * | CUCUMBER PICKLING 25# | 13.75 | 68.75 | 0.79 | 30.00 | 30.38 |
| 12851 | 2 | CTN * | NOPALES DICED 12/1# | 16.00 | 32.00 | 1.90 | 13.60 | 29.82 |
| 13335 | 2 | CTN * | ONION RED MEDIUM 40# SWEET | 12.50 | 25.00 | 0.45 | 11.00 | 30.56 |
| 15705 | 25 | BG * | ONION YELLOW MED 50# | 6.50 | 162.50 | 0.19 | 75.00 | 31.58 |
| 13741 | 2 | CTN * | PEPPER BELL GREEN LG 25# | 26.85 | 53.70 | 1.53 | 22.80 | 29.80 |
| 13807 | 2 | CTN * | POTATO RED "A" 50# | 24.00 | 48.00 | 0.69 | 21.00 | 30.43 |
| 13840 | 10 | CTN * | POTATO WHITE ROSE #1 50# | 21.50 | 215.00 | 0.61 | 90.00 | 29.51 |
| 13841 | 10 | BALE * | POTATO WHITE #2 5/10# | 11.75 | 117.50 | 3.36 | 50.50 | 30.06 |
| 14008 | 5 | CTN * | RADISH W-TOPS 48 CT | 15.25 | 76.25 | 0.45 | 31.75 | 29.40 |
| 14612 | 5 | CTN * | SQUASH ITALIAN FCY #1 | 10.75 | 53.75 | 0.61 | 22.50 | 29.51 |
| 14635 | 10 | CTN * | SQUASH MEXICAN (GREY) | 11.75 | 117.50 | 0.70 | 50.50 | 30.06 |
| 15101 | 1 | CTN * | WATERCRESS 12 CT | 14.00 | 14.00 | 1.67 | 6.04 | 30.14 |
| 12825 | 2 | CTN * | YUCCA ROOT 40# | 38.75 | 77.50 | 1.38 | 32.90 | 29.80 |
| 20158 | 10 | CTN * | APPLE FUJI 80/88CT | 40.00 | 400.00 | 1.43 | 172.00 | 30.07 |
| 20216 | 2 | CTN * | APPLE GALA CHILEAN 90/100ct | 41.00 | 82.00 | 1.46 | 34.80 | 29.79 |
| 20157 | 2 | CTN * | APPLE GRNYSMTH PREM 80/88 CT | 31.00 | 62.00 | 1.11 | 26.80 | 30.18 |
| 20171 | 10 | CTN * | APPLE RED DEL 64/72CT | 26.00 | 260.00 | 0.93 | 112.00 | 30.11 |
| 20303 | 2 | CTN * | APRICOT VF 8's/LGR 24# | 23.75 | 47.50 | 1.41 | 20.18 | 29.82 |
| 20510 | 48 | CTN * | BANANA 4 CLR "CHIQUITA" | 19.00 | 912.00 | 0.68 | 393.60 | 30.15 |
| 20540 | 3 | CTN * | BANANA BABY (DOMINICO)15# | 13.00 | 39.00 | 1.24 | 16.80 | 30.11 |
| 20507 | 2 | CTN * | BANANA BURRO "COLOR" 40# | 12.25 | 24.50 | 0.44 | 10.70 | 30.40 |
| 20544 | 3 | CTN * | BANANA MACHO (COLOR) 48# | 21.50 | 64.50 | 0.64 | 27.66 | 30.01 |
| 21204 | 3 | CTN * | KIWI FRUIT TRI-LYR 99 CT | 16.50 | 49.50 | 0.94 | 21.00 | 29.79 |
| 21400 | 1 | CTN * | LEMON (SWEET) 40# | 33.00 | 33.00 | 1.18 | 14.20 | 30.08 |

| TOTALS | | | | TOTAL | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | **(Continued)** | SALES TAX | | | PAYMENT TERMS | |
| | | | | INVOICE TOTAL | | | | |

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.



Customer: **58457**
408/503-6515

Invoice #
**1797307**
Page: 2

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
408/503-6515

Ship To:
**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

9

| PURCHASE ORDER NUMBER | ROUTE 018 | SALES REP 26 | SERVICE REP AVER | OK ORDER NUMBER 1082250 | | | INVOICE DATE 07/16/08 | | |
|---|---|---|---|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 21911 | 30 | CTN * | NECTARINE YLW 56 VF 25# | 12.75 | 382.50 | 0.73 | 165.00 | 30.14 |
| 22109 | 20 | CTN * | PAPAYA MARADOL "PREMIUM" 33# | 21.50 | 430.00 | 0.93 | 183.80 | 29.94 |
| 22215 | 20 | CTN * | PEACH YLW 56 VF 25# | 12.75 | 255.00 | 0.73 | 110.00 | 30.14 |
| 22518 | 20 | CTN * | PINEAPPLE GOLD 8CT | 11.50 | 230.00 | 2.05 | 98.00 | 29.88 |
| 22616 | 3 | CTN * | PLUM BLACK 40/45 VF 28# | 17.75 | 53.25 | 0.91 | 23.19 | 30.34 |
| 22606 | 3 | CTN * | PLUM RED 40/45 VF 28# | 17.50 | 52.50 | 0.89 | 22.26 | 29.78 |
| 14230 | 5 | CTN * | SALAD MIX 18/12 oz | 10.50 | 52.50 | 0.83 | 22.20 | 29.72 |

5:00 / 8:00
NOTES: DOUBLE CHECK
1797307   58457   MERCADO SUVIANDA
Pulp temp.      6  10/5  11°°      0      b  6  Gilardo  GILDARDO
7:00 / 10:00

| TOTALS | 291 | | | TOTAL | 4847.45 | |
|---|---|---|---|---|---|---|
| | | | | SALES TAX | 0.00 | PAYMENT TERMS |
| | | | | INVOICE TOTAL | **$4847.45** | Net 21 Days |

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #:  47884    CDFA #:  A6504

The perishable agricultural commodities listed on this invoice are    The seller of these commodities retains a trust claim over these commodities, all
sold subject to the statutory trust authorized by section 5(c) of the    inventories of food or other products derived from these commodities, and any receivable
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).    or proceeds from the sale of these commodities until full payment is received.    This invoice is printed on recycled paper.

_____
DRIVER SIGNATURE

**CK PRODUCE**

Customer: **58457**
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
408/503-6515

Ship To: **MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

Invoice #
**1797585**
Page: 1

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| | 018 | 26 | AVER | 1082331 | 07/17/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 20510 | 40 | CTN * | BANANA 4 CLR "CHIQUITA" | 19.00 | 760.00 | 0.68 | 328.00 | 30.15 |
| 10602 | 3 | CTN * | BROCCOLI 18 CT | 10.00 | 30.00 | 0.79 | 12.66 | 29.68 |
| 10604 | 5 | CTN * | BROCCOLI CROWN 20# | 10.00 | 50.00 | 0.71 | 21.00 | 29.58 |
| 10932 | 2 | CTN * | CARROT GF CTN 50# | 13.25 | 26.50 | 0.38 | 11.50 | 30.26 |
| 10926 | 2 | BALE * | CARROT TABLE 10/5# | 13.50 | 27.00 | 1.93 | 11.60 | 30.05 |
| 10927 | 2 | BALE * | CARROT TABLE 24/2# | 13.50 | 27.00 | 0.80 | 11.40 | 29.69 |
| 11102 | 2 | CTN * | CELERY 24 CT | 17.25 | 34.50 | 1.03 | 14.94 | 30.22 |
| 11508 | 7 | CTN * | CORN WHITE 48 CT | 14.75 | 103.25 | 0.44 | 44.59 | 30.16 |
| 12722 | 10 | CTN * | LETTUCE CELLO 24 CT | 15.25 | 152.50 | 0.91 | 65.90 | 30.17 |
| 13031 | 1 | FLT | MUSH WHT SLC 12/8OZ | 14.50 | 14.50 | 1.73 | 6.26 | 30.15 |
| 12851 | 2 | CTN * | NOPALES DICED 12/1# | 16.00 | 32.00 | 1.90 | 13.60 | 29.82 |
| 13302 | 1 | SK | ONION BOILER 25# | 26.25 | 26.25 | 1.50 | 11.25 | 30.00 |
| 13741 | 2 | CTN * | PEPPER BELL GREEN LG 25# | 26.85 | 53.70 | 1.53 | 22.80 | 29.80 |
| 13730 | 2 | CTN * | PEPPER BELL RED 25# | 38.75 | 77.50 | 2.21 | 33.00 | 29.86 |
| 13840 | 10 | CTN * | POTATO WHITE ROSE #1 50# | 21.50 | 215.00 | 0.61 | 90.00 | 29.51 |
| 13841 | 10 | BALE * | POTATO WHITE #2 5/10# | 11.75 | 117.50 | 3.36 | 50.50 | 30.06 |
| 14651 | 5 | CTN * | SQUASH CHAYOTE 50CT | 26.50 | 132.50 | 0.76 | 57.50 | 30.26 |
| 14635 | 10 | CTN * | SQUASH MEXICAN (GREY) | 11.75 | 117.50 | 0.70 | 50.50 | 30.06 |
| 20303 | 2 | CTN * | APRICOT VF 8's/LGR 24# | 23.75 | 47.50 | 1.41 | 20.18 | 29.82 |
| 20540 | 3 | CTN * | BANANA BABY (DOMINICO)15# | 13.00 | 39.00 | 1.24 | 16.80 | 30.11 |
| 20507 | 2 | CTN * | BANANA BURRO "COLOR" 40# | 12.25 | 24.50 | 0.44 | 10.70 | 30.40 |
| 20544 | 3 | CTN * | BANANA MACHO (COLOR) 48# | 21.50 | 64.50 | 0.64 | 27.66 | 30.01 |
| 22809 | 10 | CTN * | BERRY STRWBRY LTD ED 8/1# | 9.75 | 97.50 | 1.74 | 41.70 | 29.96 |
| 20704 | 1 | CTN * | COCONUT WHITE FRESH 20CT | 26.25 | 26.25 | 1.88 | 11.35 | 30.19 |
| 21911 | 30 | CTN * | NECTARINE YLW 56 VF 25# | 12.75 | 382.50 | 0.73 | 165.00 | 30.14 |
| 22109 | 10 | CTN * | PAPAYA MARADOL "PREMIUM" 33# | 21.50 | 215.00 | 0.93 | 91.90 | 29.94 |
| 22215 | 20 | CTN * | PEACH YLW 56 VF 25# | 12.75 | 255.00 | 0.73 | 110.00 | 30.14 |
| 23022 | 5 | CTN * | TANGERINE MANDARIN AUST 22# | 30.00 | 150.00 | 1.98 | 67.80 | 31.13 |
| 14230 | 3 | CTN * | SALAD MIX 18/12 oz | 10.50 | 31.50 | 0.83 | 13.32 | 29.72 |

| TOTALS | 205 | | | | | | | |
|---|---|---|---|---|---|---|---|---|

| | |
|---|---|
| TOTAL | 3330.45 |
| SALES TAX | 0.00 |
| INVOICE TOTAL | **$3330.45** |

PAYMENT TERMS
Net 21 Days

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**



1797585   58457   MERCADO SUVIANDA
Pulp temp.
7:00 / 10:00
NOTES: NO DRK STP/PALLET CHARGE

DATE

PRINT NAME

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884   CDFA #: A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
or proceeds from the sale of these commodities until full payment is received.

DRIVER SIGNATURE

This invoice is printed on recycled paper.

**CK PRODUCE**

Customer: **58457**
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
 408/503-6515

**Ship To:**
**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

Invoice #
**1797816**
Page: 1

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

9

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
|  | 018 | 26 | CMAR | 1082614 | 07/18/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 10306 | 1 | CTN | BEAN GREEN 30# | 28.75 | 28.75 | 1.37 | 12.35 | 30.05 |
| 10403 | 1 | CTN | BEET W-TOPS 12 CT | 12.50 | 12.50 | 1.49 | 5.38 | 30.09 |
| 10602 | 2 | CTN | BROCCOLI 18 CT | 10.00 | 20.00 | 0.79 | 8.44 | 29.68 |
| 10604 | 10 | CTN | BROCCOLI CROWN 20# | 10.00 | 100.00 | 0.71 | 42.00 | 29.58 |
| 10804 | 5 | CTN | CABBAGE GREEN CELLO 45# | 15.25 | 76.25 | 0.48 | 31.75 | 29.40 |
| 10932 | 2 | CTN | CARROT GF CTN 50# | 13.25 | 26.50 | 0.38 | 11.50 | 30.26 |
| 10926 | 3 | BALE | CARROT TABLE 10/5# | 13.50 | 40.50 | 1.93 | 17.40 | 30.05 |
| 10949 | 2 | CTN | CARROT W.P. MINI 40/1# | 24.50 | 49.00 | 0.88 | 21.40 | 30.40 |
| 11004 | 2 | CTN | CAULIFLOWER 12 CT | 11.75 | 23.50 | 1.40 | 10.10 | 30.06 |
| 11202 | 1 | CTN | CHARD RED 12CT | 10.75 | 10.75 | 1.28 | 4.61 | 30.01 |
| 11205 | 0 | CTN | CHARD SWISS 12CT | 10.75 | 0.00 | 1.28 | 0.00 |  |
| 11102 | 3 | CTN | CELERY 24 CT | 17.25 | 51.75 | 1.03 | 22.41 | 30.22 |
| 11303 | 10 | CTN | CILANTRO 60 CT | 12.75 | 127.50 | 0.30 | 52.50 | 29.17 |
| 11508 | 10 | CTN | CORN WHITE 48 CT | 14.75 | 147.50 | 0.44 | 63.70 | 30.16 |
| 11607 | 5 | BSHL | CUCUMBER S/S 72 CT | 18.75 | 93.75 | 0.41 | 53.85 | 36.48 |
| 11606 | 5 | CTN | CUCUMBER PICKLING 25# | 13.75 | 68.75 | 0.79 | 30.00 | 30.38 |
| 13102 | 1 | CTN | GRNS MUSTARD CURLY 24 CT | 14.00 | 14.00 | 0.83 | 5.92 | 29.72 |
| 12722 | 10 | CTN | LETTUCE CELLO 24 CT | 15.25 | 152.50 | 0.91 | 65.90 | 30.17 |
| 12710 | 1 | CTN | LETTUCE GREEN LEAF 24 CT | 12.50 | 12.50 | 0.74 | 5.26 | 29.62 |
| 12712 | 1 | CTN | LETTUCE RED LEAF 24 CT | 12.50 | 12.50 | 0.74 | 5.26 | 29.62 |
| 13001 | 1 | FLT | MUSH WHT WHL 12/8 OZ | 14.00 | 14.00 | 1.67 | 6.04 | 30.14 |
| 13031 | 1 | FLT | MUSH WHT SLC 12/8OZ | 14.50 | 14.50 | 1.73 | 6.26 | 30.15 |
| 13335 | 2 | CTN | ONION RED MEDIUM 40# SWEET | 12.50 | 25.00 | 0.45 | 11.00 | 30.56 |
| 13409 | 1 | CTN | PARSLEY BUNCH 30 CT | 11.25 | 11.25 | 0.54 | 4.95 | 30.56 |
| 13411 | 1 | CTN | PARSLEY HYE 30 ct | 10.75 | 10.75 | 0.51 | 4.55 | 29.74 |
| 13741 | 1 | CTN | PEPPER BELL GREEN LG 25# | 22.75 | 22.75 | 1.30 | 9.75 | 30.00 |
| 13730 | 1 | CTN | PEPPER BELL RED 25# | 38.75 | 38.75 | 2.21 | 16.50 | 29.86 |
| 13807 | 2 | CTN | POTATO RED "A" 50# | 25.25 | 50.50 | 0.72 | 21.50 | 29.86 |
| 13815 | 2 | BALE | POTATO RUSSET 10/5# | 13.00 | 26.00 | 1.86 | 11.20 | 30.11 |
| 13823 | 2 | BALE | POTATO RUSSET 5/10# | 12.00 | 24.00 | 3.43 | 10.30 | 30.03 |
| 13840 | 10 | CTN | POTATO WHITE ROSE #1 50# | 21.50 | 215.00 | 0.61 | 90.00 | 29.51 |
| 13841 | 10 | BALE | POTATO WHITE #2 5/10# | 11.75 | 117.50 | 3.36 | 50.50 | 30.06 |
| 14401 | 2 | CTN | SPINACH 24 CT | 17.50 | 35.00 | 1.04 | 14.92 | 29.89 |

| TOTALS | | | | TOTAL | | | PAYMENT TERMS | |
|---|---|---|---|---|---|---|---|---|
|  |  |  | **(Continued)** | SALES TAX | | | | |
|  |  |  |  | INVOICE TOTAL | | | | |

DATE

CUSTOMER SIGNATURE

PRINT NAME

DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884   CDFA #: A6504

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivable of proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.



**Customer: 58457**
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
408/503-6515

**Ship To:**
**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

Invoice #
**1797816**
Page: 2

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

9

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| | 018 | 26 | GMAR | 1082614 | 07/18/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 14651 | 5 | CTN | SQUASH CHAYOTE 50CT | 25.00 | 125.00 | 0.71 | 52.50 | 29.58 |
| 14612 | 3 | CTN | SQUASH ITALIAN FCY #1 | 10.00 | 30.00 | 0.57 | 12.75 | 29.82 |
| 20158 | 10 | CTN | APPLE FUJI 80/88CT | 40.00 | 400.00 | 1.43 | 172.00 | 30.07 |
| 20303 | 2 | CTN | APRICOT VF 8's/LGR 24# | 23.75 | 47.50 | 1.41 | 20.18 | 29.82 |
| 20439 | 5 | CTN | AVOCADO HASS PREC 60CT | 40.85 | 204.25 | 0.97 | 86.75 | 29.81 |
| 20509 | 40 | CTN | BANANA 3 CLR "CHIQUITA" | 19.00 | 760.00 | 0.68 | 328.00 | 30.15 |
| 20540 | 0 | CTN | BANANA BABY (DOMINICO)15# | 13.00 | 0.00 | 1.24 | 0.00 | |
| 20507 | 1 | CTN | BANANA BURRO "COLOR" 40# | 12.25 | 12.25 | 0.44 | 5.35 | 30.40 |
| 20544 | 2 | CTN | BANANA MACHO (COLOR) 48# | 21.50 | 43.00 | 0.64 | 18.44 | 30.01 |
| 21130 | 5 | CTN | GRAPES GREEN SDLS 18# | 18.00 | 90.00 | 1.43 | 38.70 | 30.07 |
| 21129 | 5 | CTN | GRAPES RED SLDS 18# | 18.00 | 90.00 | 1.43 | 38.70 | 30.07 |
| 21728 | 3 | CTN | MAMEY CTN 25# | 44.00 | 132.00 | 2.51 | 56.25 | 29.88 |
| 21617 | 1 | LB | MELON HONEYDEW BIN 700# | 155.00 | 155.00 | 0.32 | 69.00 | 30.80 |
| 21616 | 2 | CTN | MELON HNYDW ORNG FLSH 25# | 12.25 | 24.50 | 0.70 | 10.50 | 30.00 |
| 21622 | 2 | CTN | MELON JUAN CANARY 25# | 12.25 | 24.50 | 0.70 | 10.50 | 30.00 |
| 22518 | 10 | CTN | PINEAPPLE GOLD 8CT | 11.50 | 115.00 | 2.05 | 49.00 | 29.88 |
| 23022 | 5 | CTN | TANGERINE MANDARIN AUST 22# | 29.50 | 147.50 | 1.92 | 63.70 | 30.16 |
| 40406 | 50 | SK | BEAN PINTO 50# | 25.00 | 1250.00 | 0.88 | 950.00 | 43.18 |
| 41409 | 1 | CTN | JUICE LEMON SICILIA 24/4 OZ | 15.75 | 15.75 | 0.94 | 6.81 | 30.19 |
| 41410 | 1 | CTN | JUICE LIME SICILIA 24/4 OZ | 15.75 | 15.75 | 0.94 | 6.81 | 30.19 |

07/18/08    TRUCK#: 405

DRIVER (PRINT): ESCOBAN

**OK PRODUCE**
**TRUCK LOAD MANIFEST**

ROUTE# : 018

TIME LEAVING: 12:8.0    AM / PM

| INVOICE | CUSTOMER | TIME | | RETURNS | PALLETS | | RECEIVED BY: | |
|---|---|---|---|---|---|---|---|---|
| | | IN | OUT | | DEL | P/U | SIGNATURE | PRINT NAME |
| 1797816 | 58457  MERCADO SUVIANDA | 8:00 | 9:15 | 0 | 6 | 6 | Libardo | BILDANDI |
| | Pulp temp. | | | | | | | |
| | 7:00 / 10:00 | | | | | | | |
| | NOTES: NO DRK STP/PALLET CHARGE | | | | | | | |

| TOTALS | 264 | | | | TOTAL | 5355.50 | PAYMENT TERMS |
|---|---|---|---|---|---|---|---|
| | | | | | SALES TAX | 0.00 | Net 21 Days |
| | | | | | INVOICE TOTAL | **$5355.50** | |

JAMBA JUICE & SMOOTHIES ARE HERE! CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.

DATE

CUSTOMER SIGNATURE

PRINT NAME

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg # 47884 · CDFA # A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable

DRIVER SIGNATURE





**OK PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

Customer: **58457**
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
    408/503-6515

Ship To:
**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

Invoice #
**1798027**
Page:    1

9

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| | 004 | 26 | AVER | 1082803 | 07/19/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 10210 | 1 | CTN | ASPARAGUS 11# | 20.75 | 20.75 | 2.69 | 8.84 | 29.87 |
| 40438 | 2 | CTN | BEAN GARBANZO "FRESH" 15# | 29.75 | 59.50 | 2.83 | 25.40 | 29.92 |
| 10403 | 2 | CTN | BEET W-TOPS 12 CT | 12.50 | 25.00 | 1.49 | 10.76 | 30.09 |
| 10804 | 7 | CTN * | CABBAGE GREEN CELLO 45# | 15.25 | 106.75 | 0.48 | 44.45 | 29.40 |
| 10926 | 5 | BALE | CARROT TABLE 10/5# | 13.50 | 67.50 | 1.93 | 29.00 | 30.05 |
| 10927 | 2 | BALE | CARROT TABLE 24/2# | 13.50 | 27.00 | 0.80 | 11.40 | 29.69 |
| 10949 | 3 | CTN | CARROT W.P. MINI 40/1# | 24.50 | 73.50 | 0.88 | 32.10 | 30.40 |
| 10965 | 1 | CTN | CARROT GF SHREDDED 12/10oz | 9.25 | 9.25 | 1.10 | 3.95 | 29.92 |
| 11202 | 1 | CTN | CHARD RED 12CT | 10.75 | 10.75 | 1.28 | 4.61 | 30.01 |
| 11205 | 1 | CTN | CHARD SWISS 12CT | 10.75 | 10.75 | 1.28 | 4.61 | 30.01 |
| 11508 | 15 | CTN | CORN WHITE 48 CT | 14.75 | 221.25 | 0.44 | 95.55 | 30.16 |
| 11606 | 10 | CTN | CUCUMBER PICKLING 25# | 13.75 | 137.50 | 0.79 | 60.00 | 30.38 |
| 12503 | 10 | CTN * | JICAMA 40# | 13.00 | 130.00 | 0.46 | 54.00 | 29.35 |
| 12722 | 15 | CTN | LETTUCE CELLO 24 CT | 15.25 | 228.75 | 0.91 | 98.85 | 30.17 |
| 12851 | 2 | CTN * | NOPALES DICED 12/1# | 16.00 | 32.00 | 1.90 | 13.60 | 29.82 |
| 13306 | 2 | CTN * | ONION GREEN 48 CT ICELESS | 12.25 | 24.50 | 0.36 | 10.06 | 29.11 |
| 13335 | 4 | CTN | ONION RED MEDIUM 40# SWEET | 12.50 | 50.00 | 0.45 | 22.00 | 30.56 |
| 13741 | 4 | CTN * | PEPPER BELL GREEN LG 25# | 22.75 | 91.00 | 1.30 | 39.00 | 30.00 |
| 13730 | 2 | CTN * | PEPPER BELL RED 25# | 38.75 | 77.50 | 2.21 | 33.00 | 29.86 |
| 13807 | 2 | CTN * | POTATO RED "A" 50# | 25.25 | 50.50 | 0.72 | 21.50 | 29.86 |
| 13832 | 2 | CTN * | POTATO RUSSET 80 CT | 28.00 | 56.00 | 0.80 | 24.00 | 30.00 |
| 13815 | 10 | BALE | POTATO RUSSET 10/5# | 13.00 | 130.00 | 1.86 | 56.00 | 30.11 |
| 13823 | 10 | BALE | POTATO RUSSET 5/10# | 12.00 | 120.00 | 3.43 | 51.50 | 30.03 |
| 13841 | 5 | BALE | POTATO WHITE #2 5/10# | 11.75 | 58.75 | 3.36 | 25.25 | 30.06 |
| 14507 | 1 | CTN | SPROUT BEAN CELLO 12/16 OZ | 8.75 | 8.75 | 1.04 | 3.73 | 29.89 |
| 14651 | 5 | CTN * | SQUASH CHAYOTE 50CT | 25.00 | 125.00 | 0.71 | 52.50 | 29.58 |
| 14612 | 5 | CTN * | SQUASH ITALIAN FCY #1 | 10.00 | 50.00 | 0.57 | 21.25 | 29.82 |
| 15101 | 1 | CTN * | WATERCRESS 12 CT | 14.00 | 14.00 | 1.67 | 6.04 | 30.14 |
| 12825 | 2 | CTN * | YUCCA ROOT 40# | 38.75 | 77.50 | 1.38 | 32.90 | 29.80 |
| 20158 | 10 | CTN * | APPLE FUJI 80/88CT | 40.00 | 400.00 | 1.43 | 172.00 | 30.07 |
| 20216 | 5 | CTN * | APPLE GALA CHILEAN 90/100ct | 42.00 | 210.00 | 1.50 | 90.00 | 30.00 |
| 20114 | 2 | CTN * | APPLE GOLD DEL"PREM" 80/88CT | 33.00 | 66.00 | 1.18 | 28.40 | 30.08 |
| 20157 | 2 | CTN * | APPLE GRNYSMTH PREM 80/88 CT | 36.50 | 73.00 | 1.30 | 31.00 | 29.81 |

| TOTALS | | | | TOTAL | | | | |
|---|---|---|---|---|---|---|---|---|

**(Continued)**

| TOTAL | |
|---|---|
| SALES TAX | |
| INVOICE TOTAL | |

PAYMENT TERMS

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg.#: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
or proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.

# CK PRODUCE

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

**Customer: 58457**
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
408/503-6515

**Ship To:**

**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

Invoice #
**1798027**
Page: 2

9

| PURCHASE ORDER NUMBER | | ROUTE 004 | SALES REP 26 | SERVICE REP AVER | OK ORDER NUMBER 1082803 | | INVOICE DATE 07/19/08 | | |
|---|---|---|---|---|---|---|---|---|---|
| ITEM # | QTY | PACK/SIZE | DESCRIPTION | | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
| 20439 | 30 | CTN | AVOCADO HASS PREC 60CT | | 40.85 | 1225.50 | 0.97 | 520.50 | 29.81 |
| 20509 | 35 | CTN | BANANA 3 CLR "CHIQUITA" | | 19.00 | 665.00 | 0.68 | 287.00 | 30.15 |
| 20510 | 30 | CTN | BANANA 4 CLR "CHIQUITA" | | 19.00 | 570.00 | 0.68 | 246.00 | 30.15 |
| 20540 | 1 | CTN | BANANA BABY (DOMINICO)15# | | 13.00 | 13.00 | 1.24 | 5.60 | 30.11 |
| 20544 | 3 | CTN | BANANA MACHO (COLOR) 48# | | 21.50 | 64.50 | 0.64 | 27.66 | 30.01 |
| 22823 | 1 | CTN | BERRY BLACKBERRY 12/5.6OZ | | 23.50 | 23.50 | 2.80 | 10.10 | 30.06 |
| 22822 | 1 | CTN | BERRY BLUEBERRY 12/6 OZ | | 20.00 | 20.00 | 2.38 | 8.56 | 29.97 |
| 20601 | 1 | CTN | CHERRIES WA 10/10.5 ROW 18# | | 28.50 | 28.50 | 2.26 | 12.18 | 29.94 |
| 21010 | 3 | CTN | GRAPEFRUIT 40 CT | | 16.00 | 48.00 | 0.57 | 20.40 | 29.82 |
| 21204 | 2 | CTN | KIWI FRUIT TRI-LYR 99 CT | | 16.50 | 33.00 | 0.94 | 14.00 | 29.79 |
| 21302 | 2 | CTN | LEMONS CHOICE 115 CT | | 39.75 | 79.50 | 0.49 | 33.20 | 29.46 |
| 21728 | 5 | CTN | MAMEY CTN 25# | | 44.00 | 220.00 | 2.51 | 93.75 | 29.88 |
| 21617 | 1 | LB | MELON HONEYDEW BIN 700# | | 155.00 | 155.00 | 0.32 | 69.00 | 30.80 |
| 21911 | 10 | CTN | NECTARINE YLW 56 VF 25# | | 11.50 | 115.00 | 0.66 | 50.00 | 30.30 |
| 22215 | 10 | CTN | PEACH YLW 56 VF 25# | | 11.50 | 115.00 | 0.66 | 50.00 | 30.30 |
| 22518 | 25 | CTN | PINEAPPLE GOLD 8CT | | 11.00 | 275.00 | 1.96 | 117.00 | 29.85 |
| 23022 | 5 | CTN | TANGERINE MANDARIN AUST 22# | | 29.50 | 147.50 | 1.92 | 63.70 | 30.16 |
| 14240 | 2 | CTN | SALAD AMERICAN 6/12 OZ | | 10.50 | 21.00 | 2.50 | 9.00 | 30.00 |
| 14230 | 8 | CTN | SALAD MIX 18/12 oz | | 10.50 | 84.00 | 0.83 | 35.52 | 29.72 |
| 14410 | 1 | CTN | SALAD SPINACH F/E 12/9 OZ | | 15.50 | 15.50 | 1.85 | 6.70 | 30.18 |

| TOTALS | 327 | | | | TOTAL | 6761.25 | | PAYMENT TERMS | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | SALES TAX | 0.00 | | **Net 21 Days** | |
| | | | | | INVOICE TOTAL | **$6761.25** | | | |

JAMBA JUICE & SMOOTHIES ARE HERE! CONTACT YOUR SALES REP TO GET ALL 6

| 1798027 | 58457 MERCADO SUVIANDA | | | |
|---|---|---|---|---|
| | Pulp temp. | | 10 11 | Amanto |
| | 7:00 / 10:00 | | | |
| | NOTES: NO DRK STP/PALLET CHARGE | | | PRINT NAME |

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
or proceeds from the sale of these commodities until full payment is received.

DRIVER SIGNATURE

This invoice is printed on recycled paper.



| | | | |
|---|---|---|---|
| **Customer: 58457** | | **Invoice #** | |
| 408/503-6515 | | **1798256** | |
| | | Page: 1 | |
| MERCADO SUVIANDA #1PRODUCE(S.JOSE) | **Ship To:** | | |
| 1070 S. WHITE RD | **MERCADO SUVIANDA #1PRODUCE(S.JOSE)** | | |
| SAN JOSE, CA 95127 | 1070 S. WHITE RD | | |
| 408/503-6515 | SAN JOSE, CA 95127 | | |

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| | 018 | 26 | AMAG | 1082969 | 07/21/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 10602 | 5 | CTN * | BROCCOLI 18 CT | 10.00 | 50.00 | 0.79 | 21.10 | 29.68 |
| 10604 | 10 | CTN * | BROCCOLI CROWN 20# | 10.00 | 100.00 | 0.71 | 42.00 | 29.58 |
| 10804 | 5 | CTN * | CABBAGE GREEN CELLO 45# | 15.25 | 76.25 | 0.48 | 31.75 | 29.40 |
| 10932 | 2 | CTN * | CARROT GF CTN 50# | 13.25 | 26.50 | 0.38 | 11.50 | 30.26 |
| 10949 | 1 | CTN * | CARROT W.P. MINI 40/1# | 24.50 | 24.50 | 0.88 | 10.70 | 30.40 |
| 11508 | 5 | CTN * | CORN WHITE 48 CT | 14.75 | 73.75 | 0.44 | 31.86 | 30.16 |
| 11607 | 5 | BSHL | CUCUMBER S/S 72 CT | 20.75 | 103.75 | 0.41 | 43.85 | 29.71 |
| 12722 | 12 | CTN * | LETTUCE CELLO 24 CT | 15.25 | 183.00 | 0.91 | 79.08 | 30.17 |
| 13001 | 1 | FLT | MUSH WHT WHL 12/8 OZ | 14.00 | 14.00 | 1.67 | 6.04 | 30.14 |
| 13031 | 1 | FLT | MUSH WHT SLC 12/8OZ | 14.50 | 14.50 | 1.73 | 6.26 | 30.15 |
| 13363 | 10 | CTN * | ONION GREEN MEXICAN 2 DOZ | 12.75 | 127.50 | 0.76 | 54.90 | 30.10 |
| 13335 | 2 | CTN * | ONION RED MEDIUM 40# SWEET | 12.50 | 25.00 | 0.45 | 11.00 | 30.56 |
| 13341 | 10 | SK | ONION WHITE MEDIUM 50# | 14.50 | 145.00 | 0.41 | 60.00 | 29.27 |
| 15705 | 15 | BG | ONION YELLOW MED 50# | 6.50 | 97.50 | 0.19 | 45.00 | 31.58 |
| 13741 | 1 | CTN * | PEPPER BELL GREEN LG 25# | 22.75 | 22.75 | 1.30 | 9.75 | 30.00 |
| 13730 | 2 | CTN * | PEPPER BELL RED 25# | 38.75 | 77.50 | 2.21 | 33.00 | 29.86 |
| 14401 | 1 | CTN * | SPINACH 24 CT | 17.50 | 17.50 | 1.04 | 7.46 | 29.89 |
| 20158 | 5 | CTN * | APPLE FUJI 80/88CT | 40.00 | 200.00 | 1.43 | 86.00 | 30.07 |
| 20439 | 10 | CTN * | AVOCADO HASS PREC 60CT | 40.85 | 408.50 | 0.97 | 173.50 | 29.81 |
| 20510 | 48 | CTN * | BANANA 4 CLR "CHIQUITA" | 19.00 | 912.00 | 0.68 | 393.60 | 30.15 |
| 21302 | 1 | CTN * | LEMONS CHOICE 115 CT | 39.75 | 39.75 | 0.49 | 16.60 | 29.46 |
| 21400 | 1 | CTN * | LEMON (SWEET) 40# | 33.00 | 33.00 | 1.18 | 14.20 | 30.08 |
| 21911 | 20 | CTN * | NECTARINE YLW 56 VF 25# | 12.75 | 255.00 | 0.73 | 110.00 | 30.14 |
| 22215 | 20 | CTN * | PEACH YLW 56 VF 25# | 12.75 | 255.00 | 0.73 | 110.00 | 30.14 |
| 22350 | 2 | CTN * | PEAR BARTLETT 100CT 36# | 25.00 | 50.00 | 0.99 | 21.28 | 29.85 |
| 22518 | 10 | CTN * | PINEAPPLE GOLD 8CT | 11.50 | 115.00 | 2.05 | 49.00 | 29.88 |

| TOTALS | 205 | | | TOTAL | 3447.25 | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | SALES TAX | 0.00 | **PAYMENT TERMS** | | |
| | | | | INVOICE TOTAL | **$3447.25** | **Net 21 Days** | | |

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6 VARIETIES IN YOUR STORE.**

| INVOICE | | | IN | OUT | | | | DATE |
|---|---|---|---|---|---|---|---|---|
| 1798247 | 58457  MERCADO SUVIANDA | | 5 | 815 | 9:00 | 265 PROWER | 7 | 7 | Guildardo  GILDARDO |
| 7 | Pulp temp. | | | | | | | |
| | 7:00 / 10:00 | | | | | | | |
| | NOTES: NO DRK STP/PALLET CHARGE | | | | | | | |
| 1798256 | 58457  MERCADO SUVIANDA | | 0 | 815 | 9:00 | 265 ROSES | 0 | 0 | 1 | GILDARDO |

NOTES: Juan Carlos cell # 408-726-2724



**OK PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

| Customer: | **58457** | Invoice # |
| --- | --- | --- |
| 408/503-6515 | | **1798436** |

Ship To:

| MERCADO SUVIANDA #1PRODUCE(S.JOSE) | **MERCADO SUVIANDA #1PRODUCE(S.JOSE)** |
| --- | --- |
| 1070 S. WHITE RD | 1070 S. WHITE RD |
| SAN JOSE, CA 95127 | SAN JOSE, CA 95127 |
| 408/503-6515 | |

Page: 1

9

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
| --- | --- | --- | --- | --- | --- |
| | 004 | 26 | AMAG | 1083112 | 07/22/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 20519 | 40 | CTN | BANANA DOLE 4 CLR | 19.75 | 790.00 | 0.71 | 346.00 | 30.46 |
| 10306 | 2 | CTN | *BEAN GREEN 30# | 28.75 | 57.50 | 1.37 | 24.70 | 30.05 |
| 10403 | 2 | CTN | *BEET W-TOPS 12 CT | 12.50 | 25.00 | 1.49 | 10.76 | 30.09 |
| 10602 | 3 | CTN | *BROCCOLI 18 CT | 10.00 | 30.00 | 0.79 | 12.66 | 29.68 |
| 10604 | 10 | CTN | *BROCCOLI CROWN 20# | 10.00 | 100.00 | 0.71 | 42.00 | 29.58 |
| 10804 | 5 | CTN | *CABBAGE GREEN CELLO 45# | 14.50 | 72.50 | 0.46 | 31.00 | 29.95 |
| 10810 | 1 | CTN | *CABBAGE RED 45# | 20.00 | 20.00 | 0.63 | 8.35 | 29.45 |
| 10932 | 2 | CTN | *CARROT GF CTN 50# | 13.25 | 26.50 | 0.38 | 11.50 | 30.26 |
| 10927 | 2 | BALE | *CARROT TABLE 24/2# | 13.50 | 27.00 | 0.80 | 11.40 | 29.69 |
| 10949 | 1 | CTN | *CARROT W.P. MINI 40/1# | 24.50 | 24.50 | 0.88 | 10.70 | 30.40 |
| 11102 | 4 | CTN | *CELERY 24 CT | 14.25 | 57.00 | 0.85 | 24.60 | 30.15 |
| 11303 | 15 | CTN | *CILANTRO 60 CT | 12.75 | 191.25 | 0.30 | 78.75 | 29.17 |
| 11508 | 10 | CTN | *CORN WHITE 48 CT | 15.75 | 157.50 | 0.47 | 68.10 | 30.19 |
| 11607 | 8 | BSHL | *CUCUMBER S/S 72 CT | 25.75 | 206.00 | 0.51 | 87.76 | 29.87 |
| 11606 | 5 | CTN | *CUCUMBER PICKLING 25# | 12.00 | 60.00 | 0.69 | 26.25 | 30.43 |
| 12466 | 0 | CTN | *HERB VERDOLAGA "PURSLANE" 24CT | 8.00 | 0.00 | 0.48 | 0.00 | |
| 12722 | 10 | CTN | *LETTUCE CELLO 24 CT | 15.25 | 152.50 | 0.91 | 65.90 | 30.17 |
| 12710 | 1 | CTN | *LETTUCE GREEN LEAF 24 CT | 12.50 | 12.50 | 0.74 | 5.26 | 29.62 |
| 12712 | 1 | CTN | *LETTUCE RED LEAF 24 CT | 12.50 | 12.50 | 0.74 | 5.26 | 29.62 |
| 12715 | 1 | CTN | *LETTUCE ROMAINE 24 CT | 12.50 | 12.50 | 0.74 | 5.26 | 29.62 |
| 13001 | 1 | FLT | MUSH WHT WHL 12/8 OZ | 14.00 | 14.00 | 1.67 | 6.04 | 30.14 |
| 13031 | 1 | FLT | MUSH WHT SLC 12/8OZ | 14.50 | 14.50 | 1.73 | 6.26 | 30.15 |
| 13306 | 3 | CTN | *ONION GREEN 48 CT ICELESS | 12.25 | 36.75 | 0.36 | 15.09 | 29.11 |
| 13363 | 2 | CTN | *ONION GREEN MEXICAN 2 DOZ | 12.75 | 25.50 | 0.76 | 10.98 | 30.10 |
| 13335 | 1 | CTN | *ONION RED MEDIUM 40# SWEET | 12.50 | 12.50 | 0.45 | 5.50 | 30.56 |
| 13341 | 15 | SK | *ONION WHITE MEDIUM 50# | 14.50 | 217.50 | 0.41 | 90.00 | 29.27 |
| 15705 | 5 | BG | *ONION YELLOW MED 50# | 6.50 | 32.50 | 0.19 | 15.00 | 31.58 |
| 13741 | 2 | CTN | *PEPPER BELL GREEN LG 25# | 19.75 | 39.50 | 1.13 | 17.00 | 30.09 |
| 13730 | 1 | CTN | *PEPPER BELL RED 25# | 37.75 | 37.75 | 2.16 | 16.25 | 30.09 |
| 13713 | 1 | CTN | *PEPPER BELL YELLOW 25# | 49.75 | 49.75 | 2.84 | 21.25 | 29.93 |
| 13738 | 1 | W/B | *PEPPER CHILE YELLOW 32# | 17.50 | 17.50 | 0.78 | 7.46 | 29.89 |
| 13832 | 1 | CTN | *POTATO RUSSET 80 CT | 28.00 | 28.00 | 0.80 | 12.00 | 30.00 |
| 14008 | 7 | CTN | *RADISH W-TOPS 48 CT | 14.75 | 103.25 | 0.44 | 44.59 | 30.16 |

| TOTALS | | | TOTAL | | | | PAYMENT TERMS | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | SALES TAX | | | | | |
| | | (Continued) | INVOICE TOTAL | | | | | |

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are    The seller of these commodities retains a trust claim over these commodities, all
sold subject to the statutory trust authorized by section 5(c) of the    inventories of food or other products derived from these commodities, and any receivable
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).    or proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.



| | | | | Invoice # |
|---|---|---|---|---|
| Customer: 58457 | | | | 1798436 |
| 408/503-6515 | | | | Page: 2 |

**Ship To:**

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
    408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127

P.O. Box 12838 – 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com                                                                9

| PURCHASE ORDER NUMBER | ROUTE 004 | SALES REP 26 | SERVICE REP AMAG | OK ORDER NUMBER 1083112 | | | INVOICE DATE 07/22/08 | | |
|---|---|---|---|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 14401 | 2 | CTN * | SPINACH 24 CT | 17.50 | 35.00 | 1.04 | 14.92 | 29.89 |
| 14612 | 10 | CTN * | SQUASH ITALIAN FCY #1 | 10.00 | 100.00 | 0.57 | 42.50 | 29.82 |
| 14635 | 10 | CTN * | SQUASH MEXICAN (GREY) | 9.50 | 95.00 | 0.57 | 41.80 | 30.56 |
| 15101 | 1 | CTN * | WATERCRESS 12 CT | 14.00 | 14.00 | 1.67 | 6.04 | 30.14 |
| 15201 | 3 | CTN * | YAM #1 40# | 31.00 | 93.00 | 1.91 | 40.20 | 30.18 |
| 12825 | 1 | CTN | YUCCA ROOT 40# | 38.75 | 38.75 | 1.38 | 16.45 | 29.80 |
| 20158 | 5 | CTN * | APPLE FUJI 80/88CT | 42.00 | 210.00 | 1.50 | 90.00 | 30.00 |
| 20216 | 5 | CTN * | APPLE GALA CHILEAN 90/100ct | 42.00 | 210.00 | 1.50 | 90.00 | 30.00 |
| 20157 | 2 | CTN * | APPLE GRNYSMTH PREM 80/88 CT | 36.50 | 73.00 | 1.30 | 31.00 | 29.81 |
| 20171 | 5 | CTN * | APPLE RED DEL 64/72CT | 26.00 | 130.00 | 0.93 | 56.00 | 30.11 |
| 20303 | 1 | CTN * | APRICOT VF 8's/LGR 24# | 26.25 | 26.25 | 1.56 | 11.19 | 29.89 |
| 20439 | 15 | CTN * | AVOCADO HASS PREC 60CT | 41.85 | 627.75 | 1.00 | 272.25 | 30.25 |
| 21204 | 1 | CTN * | KIWI FRUIT TRI-LYR 99 CT | 17.75 | 17.75 | 1.01 | 7.50 | 29.70 |
| 21502 | 196 | FLT * | MANGO TOMMY 12 CT | 4.25 | 833.00 | 0.51 | 366.52 | 30.56 |
| 21911 | 10 | CTN * | NECTARINE YLW 56 VF 25# | 12.75 | 127.50 | 0.73 | 55.00 | 30.14 |
| 22350 | 3 | CTN * | PEAR BARTLETT 100CT 36# | 24.50 | 73.50 | 0.97 | 31.26 | 29.84 |
| 22518 | 5 | CTN * | PINEAPPLE GOLD 8CT | 13.00 | 65.00 | 2.32 | 27.80 | 29.96 |
| 22616 | 3 | CTN * | PLUM BLACK 40/45 VF 28# | 16.25 | 48.75 | 0.91 | 27.69 | 36.22 |
| 22606 | 3 | CTN * | PLUM RED 40/45 VF 28# | 16.25 | 48.75 | 0.83 | 20.97 | 30.08 |
| 23022 | 5 | CTN * | TANGERINE MANDARIN AUST 22# | 29.50 | 147.50 | 1.92 | 63.70 | 30.16 |

07/22/08      TRUCK# : 359          **OK PRODUCE**                    ROUTE# : 004

DRIVER (PRINT) :                    **TRUCK LOAD MANIFEST**     TIME LEAVING :  2:00    AM / PM

| INVOICE | CUSTOMER | TIME IN | OUT | RETURNS | PALLETS DEL | P/U | RECEIVED BY SIGNATURE | PRINT NAME |
|---|---|---|---|---|---|---|---|---|
| 1798436 | 58457  MERCADO SUVIANDA Pulp temp. | | | | 4 | 9 | Ricardo | |

| TOTALS | 450 | | | | | | | |

| | | TOTAL | 5678.25 | |
|---|---|---|---|---|
| | | SALES TAX | 0.00 | PAYMENT TERMS |
| | | INVOICE TOTAL | $5678.25 | Net 21 Days |

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #:  47884    CDFA #:  A6504

The perishable agricultural commodities listed on this invoice are    The seller of these commodities retains a trust claim over these commodities, all
sold subject to the statutory trust authorized by section 5(c) of the    inventories of food or other products derived from these commodities, and any receivable
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).    or proceeds from the sale of these commodities until full payment is received.

_____
DRIVER SIGNATURE



This invoice is printed on recycled paper.



**OK PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

Customer: **58457**
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
　408/503-6515

**Ship To:**

**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

Invoice #
**1798797**
Page:　1

9

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| | 018 | 26 | CMAR | 1083214 | 07/23/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 20510 | 20 | CTN * | BANANA 4 CLR "CHIQUITA" | 18.50 | 370.00 | 0.66 | 158.00 | 29.92 |
| 10602 | 2 | CTN * | BROCCOLI 18 CT | 10.00 | 20.00 | 0.79 | 8.44 | 29.68 |
| 10804 | 5 | CTN * | CABBAGE GREEN CELLO 45# | 14.50 | 72.50 | 0.46 | 31.00 | 29.95 |
| 10932 | 2 | CTN * | CARROT GF CTN 50# | 13.25 | 26.50 | 0.38 | 11.50 | 30.26 |
| 10927 | 2 | BALE * | CARROT TABLE 24/2# | 13.50 | 27.00 | 0.80 | 11.40 | 29.69 |
| 10949 | 1 | CTN * | CARROT W.P. MINI 40/1# | 24.50 | 24.50 | 0.88 | 10.70 | 30.40 |
| 10942 | 1 | CTN | CARROT PETITE MICRO 12/12OZ | 12.25 | 12.25 | 1.46 | 5.27 | 30.08 |
| 10965 | 1 | CTN | CARROT GF SHREDDED 12/10oz | 9.25 | 9.25 | 1.10 | 3.95 | 29.92 |
| 11303 | 3 | CTN * | CILANTRO 60 CT | 13.85 | 41.55 | 0.33 | 17.85 | 30.05 |
| 11508 | 10 | CTN * | CORN WHITE 48 CT | 15.75 | 157.50 | 0.47 | 68.10 | 30.19 |
| 11607 | 3 | BSHL * | CUCUMBER S/S 72 CT | 25.75 | 77.25 | 0.51 | 32.91 | 29.87 |
| 11606 | 5 | CTN * | CUCUMBER PICKLING 25# | 12.00 | 60.00 | 0.69 | 26.25 | 30.43 |
| 12466 | 3 | CTN * | HERB VERDOLAGA "PURSLANE" 24CT | 8.00 | 24.00 | 0.48 | 10.56 | 30.56 |
| 12442 | 1 | CTN | HERB BASIL TRAY 6CT | 9.75 | 9.75 | 2.32 | 4.17 | 29.96 |
| 12503 | 15 | CTN * | JICAMA 40# | 13.00 | 195.00 | 0.52 | 117.00 | 37.50 |
| 12722 | 10 | CTN * | LETTUCE CELLO 24 CT | 15.25 | 152.50 | 0.91 | 65.90 | 30.17 |
| 13306 | 5 | CTN * | ONION GREEN 48 CT ICELESS | 11.85 | 59.25 | 0.35 | 24.75 | 29.46 |
| 13341 | 20 | SK * | ONION WHITE MEDIUM 50# | 14.50 | 290.00 | 0.41 | 120.00 | 29.27 |
| 15705 | 10 | BG * | ONION YELLOW MED 50# | 7.50 | 75.00 | 0.21 | 30.00 | 28.57 |
| 13741 | 2 | CTN * | PEPPER BELL GREEN LG 25# | 19.75 | 39.50 | 1.13 | 17.00 | 30.09 |
| 13730 | 1 | CTN * | PEPPER BELL RED 25# | 37.75 | 37.75 | 2.16 | 16.25 | 30.09 |
| 13713 | 1 | CTN * | PEPPER BELL YELLOW 25# | 49.75 | 49.75 | 2.84 | 21.25 | 29.93 |
| 13832 | 1 | CTN * | POTATO RUSSET  80 CT | 28.00 | 28.00 | 0.80 | 12.00 | 30.00 |
| 13815 | 5 | BALE * | POTATO RUSSET 10/5# | 13.00 | 65.00 | 1.86 | 28.00 | 30.11 |
| 13823 | 5 | BALE * | POTATO RUSSET 5/10# | 12.00 | 60.00 | 3.43 | 25.75 | 30.03 |
| 13840 | 12 | CTN * | POTATO WHITE ROSE #1 50# | 30.00 | 360.00 | 0.86 | 156.00 | 30.23 |
| 13841 | 10 | BALE * | POTATO WHITE #2 5/10# | 11.75 | 117.50 | 3.36 | 50.50 | 30.06 |
| 14008 | 3 | CTN * | RADISH W-TOPS 48 CT | 13.85 | 41.55 | 0.41 | 17.49 | 29.62 |
| 14612 | 10 | CTN * | SQUASH ITALIAN FCY #1 | 11.75 | 117.50 | 0.67 | 50.00 | 29.85 |
| 14635 | 3 | CTN * | SQUASH MEXICAN (GREY) | 9.50 | 28.50 | 0.57 | 12.54 | 30.56 |
| 20158 | 5 | CTN * | APPLE FUJI 80/88CT | 42.00 | 210.00 | 1.50 | 90.00 | 30.00 |
| 20213 | 2 | CTN * | APPLE GALA NEW ZEALAND 80/88CT | 46.75 | 93.50 | 1.67 | 40.10 | 30.01 |
| 20114 | 1 | CTN * | APPLE GOLD DEL"PREM" 80/88CT | 33.00 | 33.00 | 1.18 | 14.20 | 30.08 |

| TOTALS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | **(Continued)** | TOTAL | | | PAYMENT TERMS | |
| | | | | SALES TAX | | | | |
| | | | | INVOICE TOTAL | | | | |

DATE

CUSTOMER SIGNATURE

PRINT NAME

DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.
State of CA Organic Reg # 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
or proceeds from the sale of these commodities until full payment is received.



This invoice is printed on recycled paper.



**OK PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

Customer: 58457
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
408/503-6515

**Ship To:**
MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127

Invoice #
**1798797**
Page:    2

9

| PURCHASE ORDER NUMBER | | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | | INVOICE DATE | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 018 | 26 | CMAR | 1083214 | | 07/23/08 | | |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 20171 | 5 | CTN * | APPLE RED DEL 64/72CT | 28.00 | 140.00 | 1.00 | 60.00 | 30.00 |
| 20439 | 5 | CTN * | AVOCADO HASS PREC 60CT | 41.85 | 209.25 | 1.00 | 90.75 | 30.25 |
| 20509 | 20 | CTN * | BANANA 3 CLR "CHIQUITA" | 18.50 | 370.00 | 0.66 | 158.00 | 29.92 |
| 20540 | 3 | CTN * | BANANA BABY (DOMINICO)15# | 13.00 | 39.00 | 1.24 | 16.80 | 30.11 |
| 20507 | 3 | CTN * | BANANA BURRO "COLOR" 40# | 12.25 | 36.75 | 0.44 | 16.05 | 30.40 |
| 20544 | 3 | CTN * | BANANA MACHO (COLOR) 48# | 21.50 | 64.50 | 0.64 | 27.66 | 30.01 |
| 21010 | 1 | CTN * | GRAPEFRUIT 40 CT | 16.00 | 16.00 | 0.57 | 6.80 | 29.82 |
| 21204 | 2 | CTN * | KIWI FRUIT TRI-LYR 99 CT | 17.75 | 35.50 | 1.01 | 15.00 | 29.70 |
| 21302 | 1 | CTN * | LEMONS CHOICE 115 CT | 37.00 | 37.00 | 0.46 | 15.90 | 30.06 |
| 21728 | 2 | CTN * | MAMEY CTN 25# | 44.00 | 88.00 | 2.51 | 37.50 | 29.88 |
| 21610 | 2 | CTN * | MELON CASABA 25# | 12.25 | 24.50 | 0.70 | 10.50 | 30.00 |
| 21613 | 2 | CTN * | MELON CRENSHAW 25# | 12.25 | 24.50 | 0.70 | 10.50 | 30.00 |
| 21614 | 2 | CTN * | MELON GALIA 25# | 12.25 | 24.50 | 0.70 | 10.50 | 30.00 |
| 21616 | 0 | CTN * | MELON HNYDW ORNG FLSH 25# | 12.25 | 0.00 | 0.70 | 0.00 | |
| 21622 | 2 | CTN * | MELON JUAN CANARY 25# | 12.25 | 24.50 | 0.70 | 10.50 | 30.00 |
| 21911 | 10 | CTN * | NECTARINE YLW 56 VF 25# | 12.75 | 127.50 | 0.73 | 55.00 | 30.14 |
| 22109 | 60 | CTN * | PAPAYA MARADOL "PREMIUM" 33# | 21.85 | 1311.00 | 0.95 | 570.00 | 30.30 |
| 22215 | 10 | CTN * | PEACH YLW 56 VF 25# | 12.75 | 127.50 | 0.73 | 55.00 | 30.14 |
| 22327 | 1 | CTN * | PEAR BOSC CHILEAN 70/80CT 40# | 36.00 | 36.00 | 1.29 | 15.60 | 30.23 |
| 22350 | 1 | CTN * | PEAR BARTLETT 100CT 36# | 24.50 | 24.50 | 0.97 | 10.42 | 29.84 |
| 22518 | 5 | CTN * | PINEAPPLE GOLD 8CT | 13.00 | 65.00 | 2.32 | 27.80 | 29.96 |
| 22616 | 8 | CTN * | PLUM BLACK 40/45 VF 28# | 16.25 | 130.00 | 0.83 | 55.92 | 30.08 |
| 22606 | 8 | CTN * | PLUM RED 40/45 VF 28# | 16.25 | 130.00 | 0.83 | 55.92 | 30.08 |
| 23022 | 3 | CTN * | TANGERINE MANDARIN AUST 22# | 29.50 | 88.50 | 1.92 | 38.22 | 30.16 |
| 14240 | 1 | CTN * | SALAD AMERICAN 6/12 OZ | 10.75 | 10.75 | 2.56 | 4.61 | 30.01 |
| 14235 | 1 | CTN * | SALAD ITALIAN 6/10 OZ | 10.75 | 10.75 | 2.56 | 4.61 | 30.01 |
| 10403 | 1 | CTN * | BEET W-TOPS 12 CT | 12.50 | 12.50 | 1.49 | 5.38 | 30.09 |
| 15101 | 1 | CTN * | WATERCRESS 12 CT | 14.00 | 14.00 | 1.67 | 6.04 | 30.14 |

| TOTALS | 343 | | | | | | | |
|---|---|---|---|---|---|---|---|---|

| TOTAL | 6207.35 |
|---|---|
| SALES TAX | 0.00 |
| INVOICE TOTAL | **$6207.35** |

PAYMENT TERMS
**Net 21 Days**

---

**JAMBA JUICE & SMOOTHIES ARE HERE! CONTACT YOUR SALES REP TO GET ALL 6 VARIETIES IN YOUR STORE.**

| 1798797 | 58457 | MERCADO SUVIANDA | | 8 | 630 | 745 | 3CS BABY BANANAS | 10 | 11 | Aldardo. | 611 DRRDO |
| | 10 | Pulp Temp. | | | | | 3CS BURRO BANANA | | | | |

7:00 / 10:00

NOTES: NO DRK STP/PALLET CHARGE

PRINT NAME

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

DRIVER SIGNATURE

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).    The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivable or proceeds from the sale of these commodities until full payment is received.    This invoice is printed on recycled paper.



**CK PRODUCE**

Customer: **58457**
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
408/503-6515

**Ship To:**
**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

Invoice #
**1798960**
Page:    1

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

9

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| | 004 | 26 | AMAG | 1083465 | 07/24/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 10306 | 1 | CTN * | BEAN GREEN 30# | 28.75 | 28.75 | 1.37 | 12.35 | 30.05 |
| 10602 | 1 | CTN * | BROCCOLI 18 CT | 10.00 | 10.00 | 0.79 | 4.22 | 29.68 |
| 10604 | 3 | CTN * | BROCCOLI CROWN 20# | 10.00 | 30.00 | 0.71 | 12.60 | 29.58 |
| 10804 | 5 | CTN * | CABBAGE GREEN CELLO 45# | 14.50 | 72.50 | 0.46 | 31.00 | 29.95 |
| 10932 | 1 | CTN * | CARROT GF CTN 50# | 13.25 | 13.25 | 0.38 | 5.75 | 30.26 |
| 10926 | 3 | BALE * | CARROT TABLE 10/5# | 13.50 | 40.50 | 1.93 | 17.40 | 30.05 |
| 10927 | 2 | BALE * | CARROT TABLE 24/2# | 13.50 | 27.00 | 0.80 | 11.40 | 29.69 |
| 11508 | 5 | CTN * | CORN WHITE 48 CT | 15.75 | 78.75 | 0.47 | 34.05 | 30.19 |
| 11607 | 3 | BSHL * | CUCUMBER S/S 72 CT | 25.75 | 77.25 | 0.51 | 32.91 | 29.87 |
| 11606 | 5 | CTN * | CUCUMBER PICKLING 25# | 12.00 | 60.00 | 0.69 | 26.25 | 30.43 |
| 12466 | 2 | CTN * | HERB VERDOLAGA "PURSLANE" 24CT | 8.00 | 16.00 | 0.48 | 7.04 | 30.56 |
| 12722 | 8 | CTN * | LETTUCE CELLO 24 CT | 15.25 | 122.00 | 0.91 | 52.72 | 30.17 |
| 13001 | 1 | FLT | MUSH WHT WHL 12/8 OZ | 14.00 | 14.00 | 1.67 | 6.04 | 30.14 |
| 13031 | 1 | FLT | MUSH WHT SLC 12/8OZ | 14.50 | 14.50 | 1.73 | 6.26 | 30.15 |
| 13306 | 5 | CTN * | ONION GREEN 48 CT ICELESS | 11.85 | 59.25 | 0.35 | 24.75 | 29.46 |
| 13341 | 15 | SK | ONION WHITE MEDIUM 50# | 14.50 | 217.50 | 0.41 | 90.00 | 29.27 |
| 15705 | 10 | BG | ONION YELLOW MED 50# | 7.50 | 75.00 | 0.21 | 30.00 | 28.57 |
| 13409 | 1 | CTN | PARSLEY BUNCH 30 CT | 11.25 | 11.25 | 0.54 | 4.95 | 30.56 |
| 13411 | 1 | CTN | PARSLEY HYE 30 ct | 12.00 | 12.00 | 0.57 | 5.10 | 29.82 |
| 13741 | 2 | CTN * | PEPPER BELL GREEN LG 25# | 19.75 | 39.50 | 1.13 | 17.00 | 30.09 |
| 13730 | 1 | CTN * | PEPPER BELL RED 25# | 37.75 | 37.75 | 2.34 | 16.07 | 29.86 |
| 13722 | 2 | W/B * | PEPPER LONG GRN CHILE 25# | 17.75 | 35.50 | 1.06 | 15.38 | 30.23 |
| 13840 | 15 | CTN * | POTATO WHITE ROSE #1 50# | 30.00 | 450.00 | 0.86 | 195.00 | 30.23 |
| 13841 | 10 | BALE * | POTATO WHITE #2 5/10# | 11.75 | 117.50 | 3.36 | 50.50 | 30.06 |
| 14401 | 1 | CTN * | SPINACH 24 CT | 17.50 | 17.50 | 1.04 | 7.46 | 29.89 |
| 14612 | 10 | CTN * | SQUASH ITALIAN FCY #1 | 11.75 | 117.50 | 0.67 | 50.00 | 29.85 |
| 20105 | 5 | CTN | APPLE FUJI 100 CT | 39.00 | 195.00 | 1.39 | 83.00 | 29.86 |
| 20114 | 3 | CTN * | APPLE GOLD DEL"PREM" 80/88CT | 33.00 | 99.00 | 1.18 | 42.60 | 30.08 |
| 20171 | 5 | CTN * | APPLE RED DEL 64/72CT | 28.00 | 140.00 | 1.00 | 60.00 | 30.00 |
| 20439 | 5 | CTN * | AVOCADO HASS PREC 60CT | 41.85 | 209.25 | 1.00 | 90.75 | 30.25 |
| 20510 | 40 | CTN * | BANANA 4 CLR "CHIQUITA" | 18.50 | 740.00 | 0.66 | 316.00 | 29.92 |
| 21010 | 2 | CTN | GRAPEFRUIT 40 CT | 16.00 | 32.00 | 0.57 | 13.60 | 29.82 |
| 21204 | 2 | CTN | KIWI FRUIT TRI-LYR 99 CT | 17.75 | 35.50 | 1.01 | 15.00 | 29.70 |

| TOTALS | | | TOTAL | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | SALES TAX | | | | PAYMENT TERMS | |
| **(Continued)** | | | INVOICE TOTAL | | | | | |

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884   CDFA #: A6504

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivable of proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.

# OK PRODUCE

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

**Customer:  58457**
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
408/503-6515

**Ship To:**
**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

Invoice #
**1798960**
Page:  2

9

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | | INVOICE DATE | |
|---|---|---|---|---|---|---|---|
| | 004 | 26 | AMAG | 1083465 | | 07/24/08 | |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 21604 | 56 | CTN * | MELON CANTALOUPE 12CT 35# | 6.25 | 350.00 | 0.26 | 159.60 | 31.32 |
| 22109 | 60 | CTN * | PAPAYA MARADOL "PREMIUM" 33# | 21.85 | 1311.00 | 0.95 | 570.00 | 30.30 |
| 22215 | 15 | CTN * | PEACH YLW 56 VF 25# | 12.75 | 191.25 | 0.73 | 82.50 | 30.14 |
| 22327 | 2 | CTN * | PEAR BOSC CHILEAN 70/80CT 40# | 36.00 | 72.00 | 1.29 | 31.20 | 30.23 |
| 22350 | 2 | CTN * | PEAR BARTLETT 100CT 36# | 24.50 | 49.00 | 0.97 | 20.84 | 29.84 |
| 22518 | 3 | CTN * | PINEAPPLE GOLD 8CT | 13.00 | 39.00 | 2.32 | 16.68 | 29.96 |
| 23022 | 5 | CTN * | TANGERINE MANDARIN AUST 22# | 29.50 | 147.50 | 1.92 | 63.70 | 30.16 |
| 40602 | 1 | CTN | TOFU BLUE SILKEN 6 CT | 9.50 | 9.50 | 2.26 | 4.06 | 29.94 |
| 40604 | 1 | CTN | TOFU GREEN FIRM 6 CT | 10.00 | 10.00 | 2.38 | 4.28 | 29.97 |
| 40608 | 1 | CTN | TOFU RED X-FIRM 6 CT | 9.50 | 9.50 | 2.26 | 4.06 | 29.94 |

NOTES: NO DRK STP/PALLET CHARGE

| 1798960 | 58457  MERCADO SUVIANDA |
|---|---|
| | Pulp temp. |

| TOTALS | 322 |
|---|---|

| | | |
|---|---|---|
| TOTAL | 5434.25 | |
| SALES TAX | 0.00 | **PAYMENT TERMS** |
| INVOICE TOTAL | **$5434.25** | **Net 21 Days** |

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

DATE

CUSTOMER SIGNATURE

PRINT NAME

DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #:  47884    CDFA #:  A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
or proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.





**OK PRODUCE**

Customer: **58457**
408/503-6515

Ship To:

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127

Invoice #
**1799120**
Page: **1**

P.O. Box 12838 – 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

9

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| | 018 | 26 | AMAG | 1083522 | 07/25/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 21646 | 1 | EA 5# | MELON ORANGE FLESH BIN 700# | 135.00 | 135.00 | 0.28 | 61.00 | 31.12 |
| 21609 | 1 | BIN | MELON CANARY BIN 700# | 135.00 | 135.00 | 0.28 | 61.00 | 31.12 |
| 10306 | 1 | CTN * | BEAN GREEN 30# | 28.75 | 28.75 | 1.37 | 12.35 | 30.05 |
| 10403 | 2 | CTN | BEET W-TOPS 12 CT | 12.50 | 25.00 | 1.49 | 10.76 | 30.09 |
| 10932 | 1 | CTN * | CARROT GF CTN 50# | 13.25 | 13.25 | 0.38 | 5.75 | 30.26 |
| 10926 | 3 | BALE * | CARROT TABLE 10/5# | 13.50 | 40.50 | 1.93 | 17.40 | 30.05 |
| 11606 | 10 | CTN * | CUCUMBER PICKLING 25# | 10.50 | 105.00 | 0.60 | 45.00 | 30.00 |
| 12441 | 5 | DOZ * | HERB EPAZOTE 1 DZ BUNCH | 8.50 | 42.50 | 1.01 | 18.10 | 29.87 |
| 12466 | 3 | CTN * | HERB VERDOLAGA "PURSLANE" 24CT | 8.00 | 24.00 | 0.48 | 10.56 | 30.56 |
| 12722 | 8 | CTN * | LETTUCE CELLO 24 CT | 15.25 | 122.00 | 0.91 | 52.72 | 30.17 |
| 12715 | 1 | CTN * | LETTUCE ROMAINE 24 CT | 12.50 | 12.50 | 0.74 | 5.26 | 29.62 |
| 12902 | 1 | CTN | MANN'S BROC/STIR FRY 6/1# | 12.50 | 12.50 | 2.98 | 5.38 | 30.09 |
| 13001 | 1 | FLT | MUSH WHT WHL 12/8 OZ | 14.00 | 14.00 | 1.67 | 6.04 | 30.14 |
| 13031 | 1 | FLT | MUSH WHT SLC 12/8OZ | 14.50 | 14.50 | 1.73 | 6.26 | 30.15 |
| 13306 | 3 | CTN * | ONION GREEN 48 CT ICELESS | 11.85 | 35.55 | 0.35 | 14.85 | 29.46 |
| 13341 | 5 | SK * | ONION WHITE MEDIUM 50# | 14.50 | 72.50 | 0.41 | 30.00 | 29.27 |
| 13807 | 1 | CTN * | POTATO RED "A" 50# | 25.25 | 25.25 | 0.72 | 10.75 | 29.86 |
| 13832 | 1 | CTN * | POTATO RUSSET  80 CT | 28.00 | 28.00 | 0.80 | 12.00 | 30.00 |
| 13840 | 5 | CTN * | POTATO WHITE ROSE #1 50# | 30.00 | 150.00 | 0.86 | 65.00 | 30.23 |
| 13841 | 10 | BALE * | POTATO WHITE #2 5/10# | 12.25 | 122.50 | 3.50 | 52.50 | 30.00 |
| 20158 | 5 | CTN * | APPLE FUJI 80/88CT | 42.00 | 210.00 | 1.50 | 90.00 | 30.00 |
| 20143 | 3 | CTN * | APPLE RED DEL "PREM" 72/80CT 40# | 34.50 | 103.50 | 1.23 | 44.10 | 29.88 |
| 20509 | 20 | CTN * | BANANA 3 CLR "CHIQUITA" | 19.00 | 380.00 | 0.68 | 164.00 | 30.15 |
| 20510 | 20 | CTN * | BANANA 4 CLR "CHIQUITA" | 19.00 | 380.00 | 0.68 | 164.00 | 30.15 |
| 20545 | 1 | CTN * | BANANA MACHO PLANTAIN 48# | 20.50 | 20.50 | 0.61 | 8.78 | 29.99 |
| 21400 | 2 | CTN * | LEMON (SWEET) 40# | 36.75 | 73.50 | 1.31 | 31.30 | 29.87 |
| 21408 | 10 | CTN * | LIMES 230CT | 15.00 | 150.00 | 0.09 | 57.00 | 27.54 |
| 21517 | 196 | CTN * | MANGO KENTS 12CT | 4.25 | 833.00 | 0.51 | 366.52 | 30.56 |
| 21604 | 56 | CTN * | MELON CANTALOUPE 12CT 35# | 6.35 | 355.60 | 0.26 | 154.00 | 30.22 |
| 21919 | 50 | CTN * | NECTARINE W-FLESH VF 25# | 11.50 | 575.00 | 0.66 | 250.00 | 30.30 |
| 21911 | 50 | CTN * | NECTARINE YLW 56 VF 25# | 11.50 | 575.00 | 0.66 | 250.00 | 30.30 |
| 22215 | 50 | CTN * | PEACH YLW 56 VF 25# | 11.50 | 575.00 | 0.66 | 250.00 | 30.30 |
| 22218 | 50 | CTN * | PEACH W/FLESH VF 25# | 11.50 | 575.00 | 0.66 | 250.00 | 30.30 |

| TOTALS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1799120 | 58457 | MERCADO SUVIANDA | 9 | 8/15 | 93.74 | 0 | 9 | 9 |

Pulp temp.

proceeds from the sale of these commodities until full payment is received.    This Invoice is printed on recycled paper.



**Customer:  5B457**
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
408/503-6515

**Ship To:**
MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127

Invoice #
**1799344**
Page:    1

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.ckproduce.com

THIS IS A CREDIT MEMO                                    9

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | CK ORDER NUMBER | | INVOICE DATE |
|---|---|---|---|---|---|---|
| 750278 | | 26 | PTSY | 1798797 | | 07/25/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 20540 | | CTN | BANANA BABY (DOMINICO)15# | 13.00 | -39.00 | 0.00 | | |
| 20507 | | CTN | BANANA BURRO "COLOR" 40# | 12.25 | -36.75 | 0.00 | | |

| TOTALS | -6 | | | | | | |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| TOTAL | -75.75 |
| SALES TAX | 0.00 |
| INVOICE TOTAL | **$-75.75** |

PAYMENT TERMS
**Net 21 Days**

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #:  47884    CDFA #:  A6504

The perishable agricultural commodities listed on this invoice are     The seller of these commodities retains a trust claim over these commodities, all
sold subject to the statutory trust authorized by section 5(c) of the     inventories of food or other products derived from these commodities, and any receivable
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).     of proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.



**Customer: 58457**
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
    408/503-6515

**Ship To:**
**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

Invoice #
**1799477**
Page:    1

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8800
www.okproduce.com

9

| PURCHASE ORDER NUMBER | | ROUTE 017 | SALES REP 26 | SERVICE REP AVER | OK ORDER NUMBER 1083879 | | INVOICE DATE 07/26/08 | | |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 10210 | 1 | CTN * | ASPARAGUS 11# | 26.75 | 26.75 | 3.47 | 11.42 | 29.92 |
| 10306 | 2 | CTN * | BEAN GREEN 30# | 28.75 | 57.50 | 1.37 | 24.70 | 30.05 |
| 10403 | 2 | CTN | BEET W-TOPS 12 CT | 12.50 | 25.00 | 1.49 | 10.76 | 30.09 |
| 10804 | 10 | CTN * | CABBAGE GREEN CELLO 45# | 14.50 | 145.00 | 0.46 | 62.00 | 29.95 |
| 10932 | 4 | CTN * | CARROT GF CTN 50# | 13.25 | 53.00 | 0.38 | 23.00 | 30.26 |
| 10926 | 5 | BALE * | CARROT TABLE 10/5# | 13.50 | 67.50 | 1.93 | 29.00 | 30.05 |
| 10927 | 2 | BALE * | CARROT TABLE 24/2# | 13.50 | 27.00 | 0.80 | 11.40 | 29.69 |
| 10949 | 1 | CTN * | CARROT W.P. MINI 40/1# | 24.50 | 24.50 | 0.88 | 10.70 | 30.40 |
| 11202 | 1 | CTN * | CHARD RED 12CT | 10.75 | 10.75 | 1.28 | 4.61 | 30.01 |
| 11205 | 1 | CTN * | CHARD SWISS 12CT | 10.75 | 10.75 | 1.28 | 4.61 | 30.01 |
| 11607 | 8 | BSHL * | CUCUMBER S/S 72 CT | 27.75 | 222.00 | 0.55 | 94.80 | 29.92 |
| 11606 | 5 | CTN * | CUCUMBER PICKLING 25# | 10.50 | 52.50 | 0.60 | 22.50 | 30.00 |
| 13102 | 1 | CTN * | GRNS MUSTARD CURLY 24 CT | 14.00 | 14.00 | 0.83 | 5.92 | 29.72 |
| 12412 | 1 | CTN * | HERB BUNCH BASIL 6 CT | 5.25 | 5.25 | 1.25 | 2.25 | 30.00 |
| 12466 | 3 | CTN * | HERB VERDOLAGA "PURSLANE" 24CT | 8.00 | 24.00 | 0.48 | 10.56 | 30.56 |
| 12722 | 18 | CTN * | LETTUCE CELLO 24 CT | 15.25 | 274.50 | 0.91 | 118.62 | 30.17 |
| 13001 | 1 | FLT * | MUSH WHT WHL 12/8 OZ | 14.00 | 14.00 | 1.67 | 6.04 | 30.14 |
| 13031 | 1 | FLT * | MUSH WHT SLC 12/8OZ | 14.50 | 14.50 | 1.73 | 6.26 | 30.15 |
| 12851 | 5 | CTN * | NOPALES DICED 12/1# | 16.00 | 80.00 | 1.90 | 34.00 | 29.82 |
| 13302 | 2 | SK * | ONION BOILER 25# | 39.75 | 79.50 | 2.27 | 34.00 | 29.96 |
| 13306 | 5 | CTN * | ONION GREEN 48 CT ICELESS | 11.85 | 59.25 | 0.35 | 24.75 | 29.46 |
| 13341 | 30 | SK * | ONION WHITE MEDIUM 50# | 14.50 | 435.00 | 0.41 | 180.00 | 29.27 |
| 15705 | 15 | BG * | ONION YELLOW MED 50# | 8.50 | 127.50 | 0.24 | 52.50 | 29.17 |
| 13409 | 1 | CTN * | PARSLEY BUNCH 30 CT | 11.25 | 11.25 | 0.54 | 4.95 | 30.56 |
| 13411 | 1 | CTN * | PARSLEY HYE 30 ct | 12.00 | 12.00 | 0.57 | 5.10 | 29.82 |
| 13741 | 5 | CTN * | PEPPER BELL GREEN LG 25# | 13.50 | 67.50 | 0.77 | 28.75 | 29.87 |
| 13730 | 3 | CTN * | PEPPER BELL RED 23# | 35.75 | 107.25 | 2.22 | 45.93 | 29.98 |
| 13722 | 2 | W/B * | PEPPER LONG GRN CHILE 25# | 17.75 | 35.50 | 1.06 | 15.38 | 30.23 |
| 13807 | 3 | CTN * | POTATO RED "A" 50# | 25.25 | 75.75 | 0.72 | 32.25 | 29.86 |
| 13832 | 1 | CTN * | POTATO RUSSET  80 CT | 28.00 | 28.00 | 0.80 | 12.00 | 30.00 |
| 13815 | 15 | BALE * | POTATO RUSSET 10/5# | 13.50 | 202.50 | 1.93 | 87.00 | 30.05 |
| 13823 | 5 | BALE * | POTATO RUSSET 5/10# | 12.50 | 62.50 | 3.57 | 26.75 | 29.97 |
| 13840 | 10 | CTN * | POTATO WHITE ROSE #1 50# | 30.00 | 300.00 | 0.86 | 130.00 | 30.23 |

| TOTALS | | | | TOTAL | | | PAYMENT TERMS | |
| | | | | SALES TAX | | | | |
| | | **(Continued)** | | INVOICE TOTAL | | | | |

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg#: 47884    CDFA #:  A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.



**OK PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

Customer: **58457**
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
    408/503-6515

Ship To:
**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

Invoice #
**1799477**
Page: 2

9

| ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|-------|-----------|-------------|-----------------|--------------|
| 017 | 26 | AVER | 1083879 | 07/26/08 |

PURCHASE ORDER NUMBER

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|--------|-----|-----------|-------------|-----------|-----------|-----------|------------|---------|
| 13841 | 20 | BALE * | POTATO WHITE #2 5/10# | 12.25 | 245.00 | 3.50 | 105.00 | 30.00 |
| 14918 | 10 | CTN * | TOMATO LOOSE LARGE 25# | 12.75 | 127.50 | 0.73 | 55.00 | 30.14 |
| 15201 | 3 | CTN * | YAM #1 40# | 31.00 | 93.00 | 1.11 | 40.20 | 30.18 |
| 20158 | 10 | CTN * | APPLE FUJI 80/88CT | 42.00 | 420.00 | 1.50 | 180.00 | 30.00 |
| 20213 | 3 | CTN * | APPLE GALA NEW ZEALAND 80/88CT | 49.75 | 149.25 | 1.78 | 64.35 | 30.13 |
| 20157 | 2 | CTN * | APPLE GRNYSMTH PREM 80/88 CT | 36.50 | 73.00 | 1.30 | 31.00 | 29.81 |
| 20303 | 3 | CTN | APRICOT VF 8's/LGR 24# | 30.75 | 92.25 | 1.83 | 39.51 | 29.99 |
| 20510 | 42 | CTN * | BANANA 4 CLR "CHIQUITA" | 19.00 | 798.00 | 0.68 | 344.40 | 30.15 |
| 20540 | 3 | CTN * | BANANA BABY (DOMINICO)15# | 13.00 | 39.00 | 1.24 | 16.80 | 30.11 |
| 20507 | 2 | CTN * | BANANA BURRO "COLOR" 40# | 12.25 | 24.50 | 0.44 | 10.70 | 30.40 |
| 20545 | 1 | CTN * | BANANA MACHO PLANTAIN 48# | 20.50 | 20.50 | 0.61 | 8.78 | 29.99 |
| 22809 | 10 | CTN * | BERRY STRWBRY LTD ED 8/1# | 10.75 | 107.50 | 1.92 | 46.10 | 30.01 |
| 20603 | 10 | CTN * | CHERRIES WA 11.5 ROW/LGR 18# | 24.50 | 245.00 | 1.94 | 104.20 | 29.84 |
| 21010 | 2 | CTN * | GRAPEFRUIT 40 CT | 16.00 | 32.00 | 0.57 | 13.60 | 29.82 |
| 21127 | 5 | CTN * | GRAPES BLACK SEEDLESS 19# | 18.00 | 90.00 | 1.35 | 38.25 | 29.82 |
| 21204 | 2 | CTN * | KIWI FRUIT TRI-LYR 99 CT | 17.75 | 35.50 | 1.01 | 15.00 | 29.70 |
| 21302 | 2 | CTN * | LEMONS CHOICE 115 CT | 36.50 | 73.00 | 0.45 | 30.50 | 29.47 |
| 21400 | 1 | CTN * | LEMON (SWEET) 40# | 36.75 | 36.75 | 1.31 | 15.65 | 29.87 |
| 21728 | 5 | CTN * | MAMEY CTN 25# | 44.00 | 220.00 | 2.51 | 93.75 | 29.88 |
| 21517 | 392 | CTN * | MANGO KENTS 12CT | 4.25 | 1666.00 | 0.51 | 733.04 | 30.56 |
| 21604 | 168 | CTN * | MELON CANTALOUPE 12CT 35# | 6.35 | 1066.80 | 0.26 | 462.00 | 30.22 |
| 21919 | 20 | CTN * | NECTARINE W-FLESH VF 25# | 11.50 | 230.00 | 0.66 | 100.00 | 30.30 |
| 21911 | 20 | CTN * | NECTARINE YLW 56 VF 25# | 11.50 | 230.00 | 0.66 | 100.00 | 30.30 |
| 22038 | 1 | BIN * | ORANGES BIN 75/8# | 180.00 | 180.00 | 3.43 | 77.25 | 30.03 |
| 22215 | 20 | CTN * | PEACH YLW 56 VF 25# | 11.50 | 230.00 | 0.66 | 100.00 | 30.30 |
| 22218 | 20 | CTN * | PEACH W/FLESH VF 25# | 11.50 | 230.00 | 0.66 | 100.00 | 30.30 |
| 22327 | 1 | CTN * | PEAR BOSC CHILEAN 70/80CT 40# | 36.00 | 36.00 | 1.29 | 15.60 | 30.23 |
| 22350 | 2 | CTN * | PEAR BARTLETT 100CT 36# | 24.50 | 49.00 | 0.97 | 20.84 | 29.84 |
| 22518 | 20 | CTN * | PINEAPPLE GOLD 8CT | 11.00 | 220.00 | 1.96 | 93.60 | 29.85 |
| 22616 | 15 | CTN * | PLUM BLACK 40/45 VF 28# | 16.25 | 243.75 | 0.83 | 104.85 | 30.08 |
| 22606 | 15 | CTN * | PLUM RED 40/45 VF 28# | 16.25 | 243.75 | 0.83 | 104.85 | 30.08 |
| 23028 | 10 | CTN * | TANGERINE MINNEOLA AUST. 22# | 29.50 | 295.00 | 1.92 | 127.40 | 30.16 |
| 35900 | 3 | CTN | DRD FRT "WF" MANGO SLICES 18/16OZ. | 46.00 | 138.00 | 3.65 | 59.10 | 29.98 |

| TOTALS | | | | TOTAL | | | | |
|--------|--|--|--|-------|--|--|--|--|
| | | | **(Continued)** | SALES TAX | | | PAYMENT TERMS | |
| | | | | INVOICE TOTAL | | | | |

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are    The seller of these commodities retains a trust claim over these commodities, all
sold subject to the statutory trust authorized by section 5(c) of the    inventories of food or other products derived from these commodities, and any receivable
Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)).    of proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.

**OK PRODUCE**

Customer: **58457**
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
408/503-6515

Invoice #
**1799580**
Page: 1

Ship To:
**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

9

| PURCHASE ORDER NUMBER | ROUTE 017 | SALES REP 26 | SERVICE REP MP | OK ORDER NUMBER 1084007 | | INVOICE DATE 07/28/08 | | | |
|---|---|---|---|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 10602 | 5 | CTN * | BROCCOLI 18 CT | 10.00 | 50.00 | 0.79 | 21.10 | 29.68 |
| 10804 | 3 | CTN * | CABBAGE GREEN CELLO 45# | 14.50 | 43.50 | 0.46 | 18.60 | 29.95 |
| 10926 | 2 | BALE * | CARROT TABLE 10/5# | 13.50 | 27.00 | 1.93 | 11.60 | 30.05 |
| 10927 | 1 | BALE * | CARROT TABLE 24/2# | 13.50 | 13.50 | 0.80 | 5.70 | 29.69 |
| 12201 | 2 | CTN * | GARLIC LOOSE 30# | 18.00 | 36.00 | 0.86 | 15.60 | 30.23 |
| 12466 | 2 | CTN * | HERB VERDOLAGA "PURSLANE" 24CT | 8.00 | 16.00 | 0.48 | 7.04 | 30.56 |
| 12722 | 5 | CTN * | LETTUCE CELLO 24 CT | 15.25 | 76.25 | 0.91 | 32.95 | 30.17 |
| 13730 | 1 | CTN * | PEPPER BELL RED 23# | 35.75 | 35.75 | 2.22 | 15.31 | 29.98 |
| 13840 | 5 | CTN * | POTATO WHITE ROSE #1 50# | 30.00 | 150.00 | 0.86 | 65.00 | 30.23 |
| 14401 | 1 | CTN * | SPINACH 24 CT | 17.50 | 17.50 | 1.04 | 7.46 | 29.89 |
| 14918 | 15 | CTN * | TOMATO LOOSE LARGE 25# | 12.75 | 191.25 | 0.73 | 82.50 | 30.14 |
| 20213 | 2 | CTN * | APPLE GALA NEW ZEALAND 80/88CT | 49.75 | 99.50 | 1.78 | 42.90 | 30.13 |
| 20114 | 2 | CTN * | APPLE GOLD DEL"PREM" 80/88CT | 34.00 | 68.00 | 1.21 | 28.80 | 29.75 |
| 20509 | 40 | CTN * | BANANA 3 CLR "CHIQUITA" | 19.00 | 760.00 | 0.68 | 328.00 | 30.15 |
| 20540 | 3 | CTN * | BANANA BABY (DOMINICO)15# | 13.00 | 39.00 | 1.24 | 16.80 | 30.11 |
| 20544 | 3 | CTN * | BANANA MACHO (COLOR) 48# | 21.50 | 64.50 | 0.64 | 27.66 | 30.01 |
| 22809 | 3 | CTN * | BERRY STRWBRY LTD ED 8/1# | 10.75 | 32.25 | 1.92 | 13.83 | 30.01 |
| 21400 | 2 | CTN * | LEMON (SWEET) 40# | 36.75 | 73.50 | 1.31 | 31.30 | 29.87 |
| 21410 | 15 | CTN * | LIME KEY 17/2# | 16.00 | 240.00 | 1.34 | 101.70 | 29.76 |
| 21728 | 2 | CTN * | MAMEY CTN 25# | 44.00 | 88.00 | 2.51 | 37.50 | 29.88 |
| 21919 | 20 | CTN * | NECTARINE W-FLESH VF 25# | 11.50 | 230.00 | 0.79 | 165.00 | 41.77 |
| 21911 | 30 | CTN * | NECTARINE YLW 56 VF 25# | 11.50 | 345.00 | 0.73 | 202.50 | 36.99 |
| 22109 | 10 | CTN * | PAPAYA MARADOL "PREMIUM" 33# | 21.85 | 218.50 | 0.95 | 95.00 | 30.30 |
| 22215 | 30 | CTN * | PEACH YLW 56 VF 25# | 11.50 | 345.00 | 0.73 | 202.50 | 36.99 |
| 22518 | 20 | CTN * | PINEAPPLE GOLD 8CT | 11.50 | 230.00 | 2.05 | 98.00 | 29.88 |
| 10815 | 1 | CTN * | SALAD COLESLAW PLAIN 12/16oz | 10.00 | 10.00 | 1.19 | 4.28 | 29.97 |
| 14128 | 1 | CTN * | SALAD CRSP ROM GRDN 12/12oz | 14.00 | 14.00 | 1.67 | 6.04 | 30.14 |
| 14235 | 1 | CTN * | SALAD ITALIAN 6/10 OZ | 10.75 | 10.75 | 2.56 | 4.61 | 30.01 |
| 14410 | 1 | CTN * | SALAD SPINACH F/E 12/9 OZ | 15.75 | 15.75 | 1.88 | 6.81 | 30.19 |

| TOTALS | 228 | | | | | | | |
|---|---|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| TOTAL | 3540.50 | |
| SALES TAX | 0.00 | PAYMENT TERMS |
| INVOICE TOTAL | **$3540.50** | Net 21 Days |

| 1799575 | 58457 | MERCADO SUVIANDA | | | | | |
|---|---|---|---|---|---|---|---|
| | Pulp temp. | | 800 | | 7 | Guldardo | |
| | 7:00 / 10:00 | | | | | | |
| | NOTES: NO DRK STP/PALLET CHARGE | | | | | | |
| 1799580 | 58457 | MERCADO SUVIANDA | | 30 | | 26 | |
| | Pulp temp. | | | | | | |
| | 7:00 / 10:00 | | | | | | |
| | NOTES: NO DRK STP/PALLET CHARGE | | | | | | |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivable of proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.

**CK PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

Customer: **58457**
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
    408/503-6515

Invoice #
**1799780**
Page:    1

**Ship To:**

**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

THIS IS A CREDIT MEMO

9

| PURCHASE ORDER NUMBER 744456 | ROUTE | SALES REP 26 | SERVICE REP MGAR | OK ORDER NUMBER 1798797 | INVOICE DATE 07/28/08 |
|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 13840 | | CTN | POTATO WHITE ROSE #1 50# | 7.50 | -90.00 | 0.00 | | |

| TOTALS | -12 | | | | | | | |

| | | |
|---|---|---|
| TOTAL | -90.00 | |
| SALES TAX | 0.00 | **PAYMENT TERMS** |
| INVOICE TOTAL | **$-90.00** | **Net 21 Days** |

**JAMBA JUICE & SMOOTHIES ARE HERE! CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #:  47884    CDFA #:  A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

_____
DRIVER SIGNATURE

This invoice is printed on recycled paper.



**CK PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

| | |
|---|---|
| Customer: **58457** | Invoice # |
| 408/503-6515 | **1799781** |
| | Page: 1 |
| MERCADO SUVIANDA #1PRODUCE(S.JOSE) | Ship To: |
| 1070 S. WHITE RD | **MERCADO SUVIANDA #1PRODUCE(S.JOSE)** |
| SAN JOSE, CA 95127 | 1070 S. WHITE RD |
| 408/503-6515 | SAN JOSE, CA 95127 |

**THIS IS A CREDIT MEMO**

9

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | | INVOICE DATE |
|---|---|---|---|---|---|---|
| 744456 | | 26 | MGAR | 1798960 | | 07/28/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 13840 | | CTN | POTATO WHITE ROSE #1 50# | 7.50 | -112.50 | 0.00 | | |

| TOTALS | -15 | | | | | |
|---|---|---|---|---|---|---|
| | | | | TOTAL | -112.50 | |
| | | | | SALES TAX | 0.00 | PAYMENT TERMS |
| | | | | INVOICE TOTAL | **$-112.50** | **Net 21 Days** |

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.

_____
DRIVER SIGNATURE

**OK PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

Customer: **58457**
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
408/503-6515

**Ship To:**

Invoice #
**1799832**
Page:     1

**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

THIS IS A CREDIT MEMO                                                    9

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| 758364 | | 26 | PTSY | 1799120 | 07/28/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 22109 | | CTN | PAPAYA MARADOL "PREMIUM" 33# | 21.85 | -786.60 | 0.00 | | |

| TOTALS | -36 | | | | | |
|---|---|---|---|---|---|---|

| | |
|---|---|
| TOTAL | -786.60 |
| SALES TAX | 0.00 |
| INVOICE TOTAL | $-786.60 |

PAYMENT TERMS
**Net 21 Days**

**JAMBA JUICE & SMOOTHIES ARE HERE! CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #:  47884    CDFA #:  A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

_____
DRIVER SIGNATURE

 This invoice is printed on recycled paper.



**OK PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

Customer: **58457**
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
408/503-6515

Ship To:
**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

Invoice #
**1799988**
Page: 1

9

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | | INVOICE DATE |
|---|---|---|---|---|---|---|
| | 004 | 26 | AMAG | 1084172 | | 07/29/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 13895 | 1 | BIN | POTATO RUSSET BIN 225/8LB | 405.00 | 405.00 | 2.57 | 173.25 | 29.96 |
| 10305 | 1 | CTN | BEAN FAVA (FRESH) 25# | 23.75 | 23.75 | 1.36 | 10.25 | 30.15 |
| 40438 | 1 | CTN * | BEAN GARBANZO "FRESH" 15# | 29.75 | 29.75 | 2.83 | 12.70 | 29.92 |
| 10306 | 1 | CTN * | BEAN GREEN 30# | 28.75 | 28.75 | 1.37 | 12.35 | 30.05 |
| 10403 | 2 | CTN * | BEET W-TOPS 12 CT | 11.85 | 23.70 | 1.41 | 10.14 | 29.96 |
| 10602 | 2 | CTN * | BROCCOLI 18 CT | 10.00 | 20.00 | 0.79 | 8.44 | 29.68 |
| 10804 | 5 | CTN * | CABBAGE GREEN CELLO 45# | 14.50 | 72.50 | 0.46 | 31.00 | 29.95 |
| 10932 | 2 | CTN * | CARROT GF CTN 50# | 13.25 | 26.50 | 0.38 | 11.50 | 30.26 |
| 11004 | 10 | CTN * | CAULIFLOWER 12 CT | 10.50 | 105.00 | 1.25 | 45.00 | 30.00 |
| 11619 | 10 | BSHL * | CUCUMBER SELECT 84 CT | 17.00 | 170.00 | 0.29 | 73.60 | 30.21 |
| 11606 | 5 | CTN * | CUCUMBER PICKLING 25# | 11.75 | 58.75 | 0.67 | 25.00 | 29.85 |
| 12722 | 10 | CTN * | LETTUCE CELLO 24 CT | 14.75 | 147.50 | 0.88 | 63.70 | 30.16 |
| 12710 | 1 | CTN * | LETTUCE GREEN LEAF 24 CT | 14.50 | 14.50 | 0.86 | 6.14 | 29.75 |
| 12712 | 1 | CTN * | LETTUCE RED LEAF 24 CT | 14.50 | 14.50 | 0.86 | 6.14 | 29.75 |
| 12715 | 1 | CTN * | LETTUCE ROMAINE 24 CT | 16.00 | 16.00 | 0.95 | 6.80 | 29.82 |
| 12851 | 2 | CTN * | NOPALES DICED 12/1# | 16.00 | 32.00 | 1.90 | 13.60 | 29.82 |
| 13302 | 0 | SK | ONION BOILER 25# | 39.75 | 0.00 | 2.27 | 0.00 | |
| 13335 | 2 | CTN * | ONION RED MEDIUM 40# SWEET | 12.50 | 25.00 | 0.45 | 11.00 | 30.56 |
| 13341 | 10 | SK | ONION WHITE MEDIUM 50# | 15.50 | 155.00 | 0.44 | 65.00 | 29.55 |
| 13722 | 1 | W/B * | PEPPER LONG GRN CHILE 25# | 17.75 | 17.75 | 1.06 | 7.69 | 30.23 |
| 13738 | 1 | W/B * | PEPPER CHILE YELLOW 32# | 17.50 | 17.50 | 0.78 | 7.46 | 29.89 |
| 13807 | 1 | CTN * | POTATO RED "A" 50# | 25.25 | 25.25 | 0.72 | 10.75 | 29.86 |
| 13840 | 3 | CTN * | POTATO WHITE ROSE #1 50# | 31.25 | 93.75 | 0.89 | 39.75 | 29.78 |
| 14612 | 5 | CTN * | SQUASH ITALIAN FCY #1 | 13.75 | 68.75 | 0.79 | 30.00 | 30.38 |
| 20113 | 3 | CTN | APPLE GALA CHILEAN 80/90 CT | 44.75 | 134.25 | 1.60 | 57.75 | 30.08 |
| 20114 | 3 | CTN | APPLE GOLD DEL"PREM" 80/88CT | 34.00 | 102.00 | 1.21 | 43.20 | 29.75 |
| 20171 | 2 | CTN | APPLE RED DEL 64/72CT | 29.00 | 58.00 | 1.04 | 25.20 | 30.29 |
| 20303 | 2 | CTN | APRICOT VF 8's/LGR 24# | 30.75 | 61.50 | 1.83 | 26.34 | 29.99 |
| 20510 | 40 | CTN | BANANA 4 CLR "CHIQUITA" | 19.00 | 760.00 | 0.68 | 328.00 | 30.15 |
| 20540 | 3 | CTN | BANANA BABY (DOMINICO)15# | 13.00 | 39.00 | 1.24 | 16.80 | 30.11 |
| 22809 | 3 | CTN * | BERRY STRWBRY LTD ED 8/1# | 11.75 | 35.25 | 2.10 | 15.15 | 30.06 |
| 21127 | 5 | CTN | GRAPES BLACK SEEDLESS 19# | 18.00 | 90.00 | 1.35 | 38.25 | 29.82 |
| 21204 | 1 | CTN | KIWI FRUIT TRI-LYR 99 CT | 17.75 | 17.75 | 1.01 | 7.50 | 29.70 |

| TOTALS | | | | TOTAL | | PAYMENT TERMS | |
|---|---|---|---|---|---|---|---|
| | | | | SALES TAX | | | |
| **(Continued)** | | | | INVOICE TOTAL | | | |

DATE

CUSTOMER SIGNATURE

PRINT NAME

DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884   CDFA #: A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.



OK PRODUCE

Customer: **58457**
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
    408/503-6515

Ship To:
**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

Invoice #
**1799988**
Page:    2

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

9

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| | 004 | 26 | AMAG | 1084172 | 07/29/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 21302 | 1 | CTN | LEMONS CHOICE 115 CT | 36.50 | 36.50 | 0.45 | 15.25 | 29.47 |
| 21911 | 50 | CTN | NECTARINE YLW 56 VF 25# | 11.50 | 575.00 | 0.66 | 250.00 | 30.30 |
| 22038 | 2 | BIN | ORANGES BIN 75/8# | 170.00 | 340.00 | 3.24 | 146.00 | 30.04 |
| 22215 | 30 | CTN | PEACH YLW 56 VF 25# | 11.50 | 345.00 | 0.66 | 150.00 | 30.30 |
| 22330 | 2 | CTN | PEAR BOSC 90/100 CT 40# | 36.00 | 72.00 | 1.29 | 31.20 | 30.23 |
| 22350 | 5 | CTN | PEAR BARTLETT 100CT 36# | 24.50 | 122.50 | 0.97 | 52.10 | 29.84 |
| 22518 | 20 | CTN | PINEAPPLE GOLD 8CT | 11.50 | 230.00 | 2.05 | 98.00 | 29.88 |
| 23022 | 20 | CTN | TANGERINE MANDARIN AUST 22# | 29.00 | 580.00 | 1.88 | 247.20 | 29.88 |
| 23028 | 10 | CTN | TANGERINE MINNEOLA AUST. 22# | 29.00 | 290.00 | 1.88 | 123.60 | 29.88 |
| 14904 | 12 | FLT | TOMATO 4X5 2-LAYER 22# | 12.25 | 147.00 | 0.88 | 64.20 | 30.40 |

| INVOICE | CUSTOMER | TIME | | RETURNS | PALLETS | | RECEIVED BY: | |
|---|---|---|---|---|---|---|---|---|
| | | IN | OUT | | DEL | P/U | SIGNATURE | PRINT NAME |
| 1799988 | 58457  MERCADO SUVIANDA | | | | | | Gildardo | |
| | Pulp temp. | | | | | | | |
| | 7:00 / 10:00 | | | | | | | |
| | NOTES: NO DRK STP/PALLET CHARGE | | | | | | | |

| TOTALS | 292 | | | | |
|---|---|---|---|---|---|
| | | | TOTAL | 5626.95 | |
| | | | SALES TAX | 0.00 | PAYMENT TERMS |
| | | | INVOICE TOTAL | **$5626.95** | Net 21 Days |

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #:  47884    CDFA #:  A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.



**CK PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

Customer: **58457**
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
408/503-6515

Ship To:
**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

Invoice #
**1800157**
Page: 1

9

| PURCHASE ORDER NUMBER | ROUTE 018 | SALES REP 26 | SERVICE REP CMAR | OK ORDER NUMBER 1084397 | | INVOICE DATE 07/30/08 |
|---|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 12841 | 1 | CTN | ALOE VERA LEAVES 25# | 21.25 | 21.25 | 1.21 | 9.00 | 29.75 |
| 10210 | 1 | CTN | ASPARAGUS 11# | 28.50 | 28.50 | 3.70 | 12.20 | 29.98 |
| 40438 | 1 | CTN * | BEAN GARBANZO "FRESH" 15# | 29.75 | 29.75 | 2.83 | 12.70 | 29.92 |
| 10306 | 1 | CTN * | BEAN GREEN 30# | 28.75 | 28.75 | 1.37 | 12.35 | 30.05 |
| 10403 | 1 | CTN * | BEET W-TOPS 12 CT | 11.85 | 11.85 | 1.41 | 5.07 | 29.96 |
| 10602 | 3 | CTN * | BROCCOLI 18 CT | 10.00 | 30.00 | 0.79 | 12.66 | 29.68 |
| 10604 | 3 | CTN * | BROCCOLI CROWN 20# | 11.75 | 35.25 | 0.84 | 15.15 | 30.06 |
| 10804 | 5 | CTN * | CABBAGE GREEN CELLO 45# | 14.50 | 72.50 | 0.46 | 31.00 | 29.95 |
| 10932 | 2 | CTN * | CARROT GF CTN 50# | 13.25 | 26.50 | 0.38 | 11.50 | 30.26 |
| 10926 | 3 | BALE * | CARROT TABLE 10/5# | 13.50 | 40.50 | 1.93 | 17.40 | 30.05 |
| 10927 | 1 | BALE * | CARROT TABLE 24/2# | 13.50 | 13.50 | 0.80 | 5.70 | 29.69 |
| 10949 | 1 | CTN * | CARROT W.P. MINI 40/1# | 24.50 | 24.50 | 0.88 | 10.70 | 30.40 |
| 11004 | 10 | CTN * | CAULIFLOWER 12 CT | 10.50 | 105.00 | 1.25 | 45.00 | 30.00 |
| 11202 | 1 | CTN | CHARD RED 12CT | 10.75 | 10.75 | 1.28 | 4.61 | 30.01 |
| 11205 | 1 | CTN | CHARD SWISS 12CT | 10.75 | 10.75 | 1.28 | 4.61 | 30.01 |
| 11619 | 20 | BSHL * | CUCUMBER SELECT 84 CT | 17.00 | 340.00 | 0.29 | 147.20 | 30.21 |
| 11606 | 4 | CTN * | CUCUMBER PICKLING 25# | 11.75 | 47.00 | 0.67 | 20.00 | 29.85 |
| 12201 | 2 | CTN * | GARLIC LOOSE 30# | 18.00 | 36.00 | 0.86 | 15.60 | 30.23 |
| 11402 | 1 | CTN * | GRNS COLLARD 24 CT | 14.00 | 14.00 | 0.83 | 5.92 | 29.72 |
| 13102 | 1 | CTN | GRNS MUSTARD CURLY 24 CT | 14.00 | 14.00 | 0.83 | 5.92 | 29.72 |
| 12722 | 15 | CTN * | LETTUCE CELLO 24 CT | 14.75 | 221.25 | 0.88 | 95.55 | 30.16 |
| 13001 | 1 | FLT | MUSH WHT WHL 12/8 OZ | 14.00 | 14.00 | 1.67 | 6.04 | 30.14 |
| 13031 | 1 | FLT | MUSH WHT SLC 12/8OZ | 14.50 | 14.50 | 1.73 | 6.26 | 30.15 |
| 12851 | 2 | CTN * | NOPALES DICED 12/1# | 16.00 | 32.00 | 1.90 | 13.60 | 29.82 |
| 13306 | 5 | CTN * | ONION GREEN 48 CT ICELESS | 12.25 | 61.25 | 0.36 | 25.15 | 29.11 |
| 13335 | 2 | CTN | ONION RED MEDIUM 40# SWEET | 12.50 | 25.00 | 0.45 | 11.00 | 30.56 |
| 13341 | 10 | SK * | ONION WHITE MEDIUM 50# | 15.50 | 155.00 | 0.44 | 65.00 | 29.55 |
| 13409 | 1 | CTN | PARSLEY BUNCH 30 CT | 11.25 | 11.25 | 0.54 | 4.95 | 30.56 |
| 13411 | 1 | CTN | PARSLEY HYE 30 ct | 12.00 | 12.00 | 0.57 | 5.10 | 29.82 |
| 13741 | 3 | CTN * | PEPPER BELL GREEN LG 25# | 16.75 | 50.25 | 0.96 | 21.75 | 30.21 |
| 13730 | 1 | CTN * | PEPPER BELL RED 23# | 30.75 | 30.75 | 1.91 | 13.18 | 30.00 |
| 13722 | 1 | W/B * | PEPPER LONG GRN CHILE 25# | 17.75 | 17.75 | 1.06 | 7.69 | 30.23 |
| 13738 | 1 | W/B * | PEPPER CHILE YELLOW 32# | 17.50 | 17.50 | 0.78 | 7.46 | 29.89 |

| TOTALS | | | | TOTAL | | PAYMENT TERMS | | |
|---|---|---|---|---|---|---|---|---|
| | | | **(Continued)** | SALES TAX | | | | |
| | | | | INVOICE TOTAL | | | | |

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884   CDFA #: A6504

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivable or proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.



**CK PRODUCE**

Customer: **58457**
408/503-6515

**Ship To:**

Invoice #
**1800157**
Page: 2

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
408/503-6515

**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

9

| PURCHASE ORDER NUMBER | | ROUTE 018 | SALES REP 26 | SERVICE REP CMAR | OK ORDER NUMBER 1084397 | | INVOICE DATE 07/30/08 | | | |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 13807 | 1 | CTN * | POTATO RED "A" 50# | 25.25 | 25.25 | 0.72 | 10.75 | 29.86 |
| 14401 | 1 | CTN * | SPINACH 24 CT | 18.75 | 18.75 | 1.12 | 8.13 | 30.25 |
| 14612 | 5 | CTN * | SQUASH ITALIAN FCY #1 | 13.75 | 68.75 | 0.79 | 30.00 | 30.38 |
| 14904 | 15 | FLT * | TOMATO 4X5 2-LAYER 22# | 15.75 | 236.25 | 1.13 | 102.75 | 30.31 |
| 15101 | 1 | CTN | WATERCRESS 12 CT | 14.00 | 14.00 | 1.67 | 6.04 | 30.14 |
| 15201 | 0 | CTN * | YAM #1 40# | 31.00 | 0.00 | 1.11 | 0.00 | |
| 20105 | 8 | CTN | APPLE FUJI 100 CT | 39.00 | 312.00 | 1.39 | 132.80 | 29.86 |
| 20113 | 2 | CTN | APPLE GALA CHILEAN 80/90 CT | 44.75 | 89.50 | 1.60 | 38.50 | 30.08 |
| 20114 | 2 | CTN * | APPLE GOLD DEL"PREM" 80/88CT | 34.00 | 68.00 | 1.21 | 28.80 | 29.75 |
| 20303 | 2 | CTN | APRICOT VF 8's/LGR 24# | 30.75 | 61.50 | 1.83 | 26.34 | 29.99 |
| 20510 | 40 | CTN * | BANANA 4 CLR "CHIQUITA" | 19.00 | 760.00 | 0.68 | 328.00 | 30.15 |
| 20540 | 3 | CTN * | BANANA BABY (DOMINICO)15# | 13.00 | 39.00 | 1.24 | 16.80 | 30.11 |
| 20507 | 1 | CTN * | BANANA BURRO "COLOR" 40# | 12.25 | 12.25 | 0.44 | 5.35 | 30.40 |
| 20544 | 5 | CTN * | BANANA MACHO (COLOR) 48# | 21.50 | 107.50 | 0.64 | 46.10 | 30.01 |
| 22809 | 3 | CTN * | BERRY STRWBRY LTD ED 8/1# | 11.75 | 35.25 | 2.10 | 15.15 | 30.06 |
| 21010 | 2 | CTN * | GRAPEFRUIT 40 CT | 16.00 | 32.00 | 0.57 | 13.60 | 29.82 |
| 21127 | 5 | CTN * | GRAPES BLACK SEEDLESS 19# | 18.00 | 90.00 | 1.35 | 38.25 | 29.82 |
| 21204 | 1 | CTN | KIWI FRUIT TRI-LYR 99 CT | 17.75 | 17.75 | 1.01 | 7.50 | 29.70 |
| 21302 | 1 | CTN * | LEMONS CHOICE 115 CT | 36.50 | 36.50 | 0.45 | 15.25 | 29.47 |
| 21400 | 1 | CTN * | LEMON (SWEET) 40# | 36.75 | 36.75 | 1.31 | 15.65 | 29.87 |
| 21728 | 3 | CTN * | MAMEY CTN 25# | 44.00 | 132.00 | 2.51 | 56.25 | 29.88 |
| 21617 | 1 | LB * | MELON HONEYDEW BIN 700# | 140.00 | 140.00 | 0.29 | 63.00 | 31.03 |
| 21911 | 70 | CTN * | NECTARINE YLW 56 VF 25# | 11.50 | 805.00 | 0.66 | 350.00 | 30.30 |
| 22215 | 50 | CTN * | PEACH YLW 56 VF 25# | 11.50 | 575.00 | 0.66 | 250.00 | 30.30 |
| 22330 | 2 | CTN * | PEAR BOSC 90/100 CT 40# | 36.00 | 72.00 | 1.29 | 31.20 | 30.23 |
| 22351 | 1 | BIN * | PEAR BARTLETT BIN 650# | 190.00 | 190.00 | 0.42 | 83.00 | 30.40 |
| 22518 | 25 | CTN * | PINEAPPLE GOLD 8CT | 11.50 | 287.50 | 2.05 | 122.50 | 29.88 |
| 23022 | 51 | CTN * | TANGERINE MANDARIN AUST 22# | 29.00 | 1479.00 | 1.88 | 630.36 | 29.88 |
| 23028 | 5 | CTN * | TANGERINE MINNEOLA AUST. 22# | 29.00 | 145.00 | 1.88 | 61.80 | 29.88 |
| 14240 | 1 | CTN | SALAD AMERICAN 6/12 OZ | 10.75 | 10.75 | 2.56 | 4.61 | 30.01 |
| 14128 | 1 | CTN | SALAD CRSP ROM GRDN 12/12oz | 14.00 | 14.00 | 1.67 | 6.04 | 30.14 |
| 14235 | 1 | CTN | SALAD ITALIAN 6/10 OZ | 10.75 | 10.75 | 2.56 | 4.61 | 30.01 |
| 14205 | 1 | CTN | SALAD KIT BLT CAESAR 6/10.5 OZ | 15.25 | 15.25 | 3.63 | 6.53 | 29.98 |

| TOTALS | | | | | | | | |

| | TOTAL | | PAYMENT TERMS |
|---|---|---|---|
| **(Continued)** | SALES TAX | | |
| | INVOICE TOTAL | | |

DATE

CUSTOMER SIGNATURE

PRINT NAME

DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884   CDFA #: A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
or proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.



**OK PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

Customer:  **58457**
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
  408/503-6515

Ship To:
**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

Invoice #
**1800157**
Page:  3

9

| PURCHASE ORDER NUMBER | ROUTE 018 | SALES REP 26 | SERVICE REP CMAR | OK ORDER NUMBER 1084397 | INVOICE DATE 07/30/08 |
|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 14230 | 3 | CTN | SALAD MIX 18/12 oz | 12.00 | 36.00 | 0.95 | 15.30 | 29.82 |
| 14237 | 1 | CTN | SALAD SPRING MIX 6/5OZ | 11.25 | 11.25 | 2.68 | 4.83 | 30.04 |

_07/30/08_    TRUCK#: _307_

DRIVER (PRINT) _M. SAMBRANO_

**OK PRODUCE**
**TRUCK LOAD MANIFEST**

ROUTE#: 018

TIME LEAVING: _12:30_    (AMY P

| INVOICE | CUSTOMER | TIME IN | OUT | RETURNS | PALLETS DEL | P/U | RECEIVED BY: SIGNATURE | PRINT NAME |
|---|---|---|---|---|---|---|---|---|
| 1800156 | NOTES: Juan Carlos cell# 408-726-2724 | | | | | | | |
| 1800156 | 58457  MERCADO SUVIANDA | 8:23 | 9:32 | | 15 | | | |
|  | Pulp temp: 7:00 / 10:00 | | | | | | | |
|  | NOTES: NO DRK STP/PALLET CHARGE | | | | | | | |
| 1800157 | 58457  MERCADO SUVIANDA | 8:23 | 9:32 | | 15 | _Ardardo_ | | |
|  | Pulp temp: 7:00 / 10:00 | | | | | | | |

| TOTALS | 422 |
|---|---|

| TOTAL | 7587.35 |
|---|---|
| SALES TAX | 0.00 |
| INVOICE TOTAL | **$7587.35** |

PAYMENT TERMS
Net 21 Days

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #:  47884    CDFA #:  A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.

# OK PRODUCE

Customer: **58457**
408/503-6515

**Ship To:**

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
   408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127

Invoice #
**1801426**
Page: 1

P.O. Box 12838 – 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

**THIS IS A CREDIT MEMO**

9

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| 744459 | | 26 | MGAR | 1799988 | 08/05/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 11619 | | BSHL | CUCUMBER SELECT 84 CT | 17.00 | -85.00 | 0.00 | | |

| TOTALS | -5 | | | | | | | |

| | |
|---|---|
| TOTAL | -85.00 |
| SALES TAX | 0.00 |
| INVOICE TOTAL | **$-85.00** |

PAYMENT TERMS
**Net 21 Days**

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6**
 **VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #:  47884    CDFA #:  A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

_____
DRIVER SIGNATURE



This invoice is printed on recycled paper.



Customer: **58457**
408/503-6515

Invoice #
**1804726**
Page: 1

**Ship To:**

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
408/503-6515

**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

9

| PURCHASE ORDER NUMBER REV-REBATE 2007 | ROUTE | SALES REP 26 | SERVICE REP | OK ORDER NUMBER | INVOICE DATE 08/22/08 |
|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| | | | 08/22/08 MGAR: REVERSED REBATES 2007   Total $6499.80 | | 6499.80 | | | |
| | | | 10/31/07 $2285.17 | | | | | |
| | | | 11/30/07 $2008.03 | | | | | |
| | | | 12/30/07 $2206.60 | | | | | |

| TOTALS | 1 | | | TOTAL | 6499.80 | PAYMENT TERMS |
|---|---|---|---|---|---|---|
| | | | | SALES TAX | 0.00 | Net 21 Days |
| | | | | INVOICE TOTAL | **$6499.80** | |

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

State of CA Organic Reg #:  47884    CDFA #:  A6504

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

_____
DRIVER SIGNATURE

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.



Customer: **58457**
408/503-6515

Invoice #
**1804727**
Page: 1

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
    408/503-6515

**Ship To:**
**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

9

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | | INVOICE DATE |
|---|---|---|---|---|---|---|
| REV-REBATE 2008 | | 26 | | | | 08/22/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| | | | | | 5198.95 | | | |
| | | | 08/22/08 MGAR: REVERSED- REBATE 2008  Total   $5198.95 | | | | | |
| | | | 01/31/08  $1748.55 | | | | | |
| | | | 02/29/08  $1701.85 | | | | | |
| | | | 03/31/08  $1748.55 | | | | | |

| TOTALS | 1 | | | TOTAL | 5198.95 | | |
|---|---|---|---|---|---|---|---|
| | | | | SALES TAX | 0.00 | PAYMENT TERMS | |
| | | | | INVOICE TOTAL | **$5198.95** | Net 21 Days | |

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

State of CA Organic Reg #:  47884    CDFA #:  A6504

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

_____
DRIVER SIGNATURE

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.



**PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

Customer:  **58457**
408/503-6515

MERCADO SUVIANDA #1PRODUCE(S.JOSE)
1070 S. WHITE RD
SAN JOSE, CA 95127
  408/503-6515

**Ship To:**
**MERCADO SUVIANDA #1PRODUCE(S.JOSE)**
1070 S. WHITE RD
SAN JOSE, CA 95127

Invoice #
**1804739**
Page:    1

9

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | | INVOICE DATE |
|---|---|---|---|---|---|---|
| FINANACE CHARGE | | 26 | | | | 08/22/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| | | | 08/22/08 MGAR: FINANCE CHARGE | | 2643.08 | | | |
| | | | See calculation of Finance Charges at 1 1/2% | | | | | |

| TOTALS | 1 | | | | |
|---|---|---|---|---|---|
| | | | TOTAL | 2643.08 | |
| | | | SALES TAX | 0.00 | |
| | | | INVOICE TOTAL | **$2643.08** | |

PAYMENT TERMS
**Net 21 Days**

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #:  47884    CDFA #:  A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

_____
DRIVER SIGNATURE



This invoice is printed on recycled paper.

## Charlies Enterprises, Inc. dba OK Produce

### v.

### Kimomex Markets, Inc. dba   Mercado Suvianda
(Store #2 - 272 E. Santa Clara Street)

| Invoice Number | Transaction Date | Invoice Date | Payment Due Date 10 Days | Invoice Amount | No. of Days Overdue 9/3/2008 | Accrued Interest 18% | Trust Amount |
|---|---|---|---|---|---|---|---|
| 1780969 | 4/25/2008 | 4/25/2008 | 5/5/2008 | $ (137.00) | 121 | | $ (137.00) |
| 1781443 | 4/28/2008 | 4/28/2008 | 5/8/2008 | $ (54.00) | 118 | $ (3.14) | $ (57.14) |
| 1782679 | 5/5/2008 | 5/5/2008 | 5/15/2008 | $ 2,967.86 | 111 | $ 162.46 | $ 3,130.32 |
| 1783148 | 5/6/2008 | 5/6/2008 | 5/16/2008 | $ (17.50) | 110 | | $ (17.50) |
| 1784135 | 5/11/2008 | 5/11/2008 | 5/21/2008 | $ (36.00) | 105 | | $ (36.00) |
| 1784313 | 5/12/2008 | 5/12/2008 | 5/22/2008 | $ (90.00) | 104 | | $ (90.00) |
| 1789596 | 6/6/2008 | 6/6/2008 | 6/16/2008 | $ (19.25) | 79 | | $ (19.25) |
| 1789612 | 6/6/2008 | 6/6/2008 | 6/16/2008 | $ (174.25) | 79 | | $ (174.25) |
| 1790147* | 6/10/2008 | 6/10/2008 | 6/20/2008 | $ 5,390.15 | 75 | $ 199.36 | $ 5,589.51 |
| 1790346 | 6/11/2008 | 6/11/2008 | 6/21/2008 | $ 7,491.45 | 74 | $ 273.39 | $ 7,764.84 |
| 1790627 | 6/11/2008 | 6/11/2008 | 6/21/2008 | $ (26.50) | 74 | | $ (26.50) |
| 1790592 | 6/12/2008 | 6/12/2008 | 6/22/2008 | $ 4,824.35 | 73 | $ 173.68 | $ 4,998.03 |
| 1790879 | 6/13/2008 | 6/13/2008 | 6/23/2008 | $ 3,493.75 | 72 | $ 124.05 | $ 3,617.80 |
| 1791207 | 6/14/2008 | 6/14/2008 | 6/24/2008 | $ 7,193.80 | 71 | $ 251.88 | $ 7,445.68 |
| 1791378* | 6/16/2008 | 6/16/2008 | 6/26/2008 | $ 5,243.60 | 69 | $ 178.43 | $ 5,422.03 |
| 1791540 | 6/17/2008 | 6/17/2008 | 6/27/2008 | $ 2,470.40 | 68 | $ 82.84 | $ 2,553.24 |
| 1791714 | 6/17/2008 | 6/17/2008 | 6/27/2008 | $ (19.75) | 68 | | $ (19.75) |
| 1791863 | 6/18/2008 | 6/18/2008 | 6/28/2008 | $ 5,394.30 | 67 | $ 178.23 | $ 5,572.53 |
| 1792100 | 6/18/2008 | 6/18/2008 | 6/28/2008 | $ (580.00) | 67 | | $ (580.00) |
| 1792085* | 6/19/2008 | 6/19/2008 | 6/29/2008 | $ 4,433.10 | 66 | $ 144.29 | $ 4,577.39 |
| 1792265 | 6/20/2008 | 6/20/2008 | 6/30/2008 | $ 3,071.95 | 65 | $ 98.47 | $ 3,170.42 |
| 1792483 | 6/21/2008 | 6/21/2008 | 7/1/2008 | $ 5,387.25 | 64 | $ 170.03 | $ 5,557.28 |
| 1792739 | 6/23/2008 | 6/23/2008 | 7/3/2008 | $ 4,725.75 | 62 | $ 144.49 | $ 4,870.24 |
| 1792887 | 6/23/2008 | 6/23/2008 | 7/3/2008 | $ (13.00) | 62 | | $ (13.00) |
| 1793045* | 6/24/2008 | 6/24/2008 | 7/4/2008 | $ 6,444.55 | 61 | $ 193.87 | $ 6,638.42 |
| receipt | 6/24/2008 | 6/24/2008 | 7/4/2008 | $ 1,711.25 | 61 | $ 51.48 | $ 1,762.73 |
| receipt | 6/24/2008 | 6/24/2008 | 7/4/2008 | $ 19.25 | 61 | $ 0.58 | $ 19.83 |
| 1793202 | 6/25/2008 | 6/25/2008 | 7/5/2008 | $ 4,983.25 | 60 | $ 147.45 | $ 5,130.70 |
| 1793447 | 6/26/2008 | 6/26/2008 | 7/6/2008 | $ 4,603.75 | 59 | $ 133.95 | $ 4,737.70 |
| 1793693 | 6/27/2008 | 6/27/2008 | 7/7/2008 | $ 2,531.15 | 58 | $ 72.40 | $ 2,603.55 |
| 1793724 | 6/27/2008 | 6/27/2008 | 7/7/2008 | $ (145.00) | 58 | | $ (145.00) |
| 1793848 | 6/27/2008 | 6/27/2008 | 7/7/2008 | $ (38.85) | 58 | | $ (38.85) |
| 1793873 | 6/27/2008 | 6/27/2008 | 7/7/2008 | $ (14.50) | 58 | | $ (14.50) |
| 1793965 | 6/28/2008 | 6/28/2008 | 7/8/2008 | $ 5,071.60 | 57 | $ 142.56 | $ 5,214.16 |
| 1794242 | 6/30/2008 | 6/30/2008 | 7/10/2008 | $ 4,330.15 | 55 | $ 117.45 | $ 4,447.60 |
| 1794516 | 7/1/2008 | 7/1/2008 | 7/11/2008 | $ 4,827.20 | 54 | $ 128.55 | $ 4,955.75 |
| 1794691* | 7/2/2008 | 7/2/2008 | 7/12/2008 | $ 5,284.15 | 53 | $ 138.11 | $ 5,422.26 |
| 1794860* | 7/3/2008 | 7/3/2008 | 7/13/2008 | $ 4,665.70 | 52 | $ 119.65 | $ 4,785.35 |
| 1795065 | 7/4/2008 | 7/4/2008 | 7/14/2008 | $ 3,788.35 | 51 | $ 95.28 | $ 3,883.63 |
| 1795238 | 7/5/2008 | 7/5/2008 | 7/15/2008 | $ 6,445.35 | 50 | $ 158.93 | $ 6,604.28 |
| 1795535 | 7/7/2008 | 7/7/2008 | 7/17/2008 | $ 2,617.10 | 48 | $ 61.95 | $ 2,679.05 |
| 1795697* | 7/8/2008 | 7/8/2008 | 7/18/2008 | $ 3,834.65 | 47 | $ 88.88 | $ 3,923.53 |
| 1796038 | 7/9/2008 | 7/9/2008 | 7/19/2008 | $ 4,251.60 | 46 | $ 96.45 | $ 4,348.05 |
| 1796220 | 7/10/2008 | 7/10/2008 | 7/20/2008 | $ 3,437.00 | 45 | $ 76.27 | $ 3,513.27 |
| 1796378* | 7/11/2008 | 7/11/2008 | 7/21/2008 | $ 2,350.00 | 44 | $ 50.99 | $ 2,400.99 |
| 1796687 | 7/12/2008 | 7/12/2008 | 7/22/2008 | $ 3,219.65 | 43 | $ 68.27 | $ 3,287.92 |
| 1796918* | 7/14/2008 | 7/14/2008 | 7/24/2008 | $ 3,166.90 | 41 | $ 64.03 | $ 3,230.93 |
| 1797097 | 7/15/2008 | 7/15/2008 | 7/25/2008 | $ 4,623.20 | 40 | $ 91.20 | $ 4,714.40 |
| 1797312 | 7/16/2008 | 7/16/2008 | 7/26/2008 | $ 4,672.10 | 39 | $ 89.86 | $ 4,761.96 |
| 1797586* | 7/17/2008 | 7/17/2008 | 7/27/2008 | $ 3,791.20 | 38 | $ 71.05 | $ 3,862.25 |
| 1797807* | 7/18/2008 | 7/18/2008 | 7/28/2008 | $ 2,909.00 | 37 | $ 53.08 | $ 2,962.08 |

## Charlies Enterprises, Inc. dba OK Produce
### v.
## Kimomex Markets, Inc. dba   Mercado Suvianda
**(Store #2 - 272 E. Santa Clara Street)**

| Invoice Number | Transaction Date | Invoice Date | Payment Due Date 10 Days | Invoice Amount | No. of Days Overdue 9/3/2008 | Accrued Interest 18% | Trust Amount |
|---|---|---|---|---|---|---|---|
| 1798026 | 7/19/2008 | 7/19/2008 | 7/29/2008 | $ 4,751.75 | 36 | $ 84.36 | $ 4,836.11 |
| 1798253* | 7/21/2008 | 7/21/2008 | 7/31/2008 | $ 2,630.40 | 34 | $ 44.10 | $ 2,674.50 |
| 1798437 | 7/22/2008 | 7/22/2008 | 8/1/2008 | $ 5,988.50 | 33 | $ 97.46 | $ 6,085.96 |
| 1798798 | 7/23/2008 | 7/23/2008 | 8/2/2008 | $ 5,761.10 | 32 | $ 90.91 | $ 5,852.01 |
| 1798961* | 7/24/2008 | 7/24/2008 | 8/3/2008 | $ 4,425.10 | 31 | $ 67.65 | $ 4,492.75 |
| 1799121 | 7/25/2008 | 7/25/2008 | 8/4/2008 | $ 2,536.00 | 30 | $ 37.52 | $ 2,573.52 |
| 1799325 | 7/25/2008 | 7/25/2008 | 8/4/2008 | $ (66.50) | 30 | | $ (66.50) |
| 1799347 | 7/25/2008 | 7/25/2008 | 8/4/2008 | $ (49.00) | 30 | | $ (49.00) |
| 1799378 | 7/26/2008 | 7/26/2008 | 8/5/2008 | $ 6,017.30 | 29 | $ 86.06 | $ 6,103.36 |
| 1799613 | 7/28/2008 | 7/28/2008 | 8/7/2008 | $ 3,889.40 | 27 | $ 51.79 | $ 3,941.19 |
| 1799772 | 7/28/2008 | 7/28/2008 | 8/7/2008 | $ (75.00) | 27 | | $ (75.00) |
| 1799773 | 7/28/2008 | 7/28/2008 | 8/7/2008 | $ (22.50) | 27 | | $ (22.50) |
| 1799984 | 7/29/2008 | 7/29/2008 | 8/8/2008 | $ 5,317.95 | 26 | $ 68.19 | $ 5,386.14 |
| 1800184* | 7/30/2008 | 7/30/2008 | 8/9/2008 | $ 5,568.55 | 25 | $ 68.65 | $ 5,637.20 |
| receipt | 8/4/2008 | 8/4/2008 | 8/14/2008 | $ 59.50 | 20 | $ 0.59 | $ 60.09 |
| receipt | 8/7/2008 | 8/7/2008 | 8/17/2008 | $ (3,660.40) | 17 | | $ (3,660.40) |
| | | | | | | | |
| **Sub-Totals** | | | | $ 197,372.36 | | $ 5,188.03 | $ 202,560.39 |
| | | | | | | | |
| **Estimated attorney fees** | | | | $ 27,200.00 | | | $ 27,200.00 |
| | | | | | | | |
| **TOTALS** | | | | $ 224,572.36 | | $ 5,188.03 | $ 229,760.39 |
| | | | | | | | |
| **Additional daily interest accruing from above date** | | | | | | $ 97.33 | |
| **Buyer agrees to pay all collection and attorney fees** | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| ***Indicates that the invoice amount listed includes only produce items.** | | | | | | | |



**CK PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-9600
www.okproduce.com

| Customer: 58459 | Ship To: | Invoice # |
|---|---|---|
| 408/516-5100 | | **1780969** |
| | | Page: 1 |
| MERCADO SUVIANDA #2 (SAN JOSE) | MERCADO SUVIANDA #2 (SAN JOSE) | |
| 272 E. SANTA CLARA ST | 272 E. SANTA CLARA ST | |
| SAN JOSE, CA 95113 | SAN JOSE, CA 95113 | |
| 408/516-5100 | | |

**THIS IS A CREDIT MEMO**

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| 746256 | | 26 | PTSY | 1780556 | 04/25/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 21509 | | CTN | MANGO ATAULFO 18 CT | 6.85 | -137.00 | 0.00 | | |

| TOTALS | -20 | | | | |
|---|---|---|---|---|---|
| | | | TOTAL | -137.00 | |
| | | | SALES TAX | 0.00 | **PAYMENT TERMS** |
| | | | INVOICE TOTAL | **$-137.00** | **Net 28 Days** |

**JAMBA JUICE & SMOOTHIES ARE HERE! CONTACT YOUR SALES REP TO GET ALL 6 VARIETIES IN YOUR STORE.**

_____  DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivable or proceeds from the sale of these commodities until full payment is received.

_____
DRIVER SIGNATURE



This invoice is printed on recycled paper.

**OK PRODUCE**

P.O. Box 12838 – 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

Customer: **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

Invoice #
**1781443**
Page: 1

Ship To:
**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

THIS IS A CREDIT MEMO

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| 746260 | | 26 | PTSY | 1781290 | 04/28/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 12503 | | CTN | JICAMA 40# | 13.50 | -54.00 | 0.00 | | |

| TOTALS | -4 | | | TOTAL | -54.00 | | |
|---|---|---|---|---|---|---|---|
| | | | | SALES TAX | 0.00 | PAYMENT TERMS |
| | | | | INVOICE TOTAL | $-54.00 | Net 28 Days |

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivable of proceeds from the sale of these commodities until full payment is received.


This invoice is printed on recycled paper.

# OK PRODUCE

Invoice #
**1782679**
Page: 1

Customer: **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

**Ship To:**
**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

| PURCHASE ORDER NUMBER | | ROUTE 017 | SALES REP 26 | SERVICE REP ABRA | OK ORDER NUMBER 1070694 | | INVOICE DATE 05/05/08 | | |
|---|---|---|---|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 10305 | 1 | CTN * | BEAN FAVA (FRESH) 25# | 20.00 | 20.00 | 1.23 | 10.75 | 34.96 |
| 10403 | 1 | CTN * | BEET W-TOPS 12 CT | 14.85 | 14.85 | 1.90 | 7.95 | 34.87 |
| 10503 | 1 | CTN * | BOK CHOY 30# | 13.25 | 13.25 | 0.68 | 7.15 | 35.05 |
| 10505 | 1 | CTN | BOK CHOY BABY 30# | 16.75 | 16.75 | 0.86 | 9.05 | 35.08 |
| 10604 | 5 | CTN * | BROCCOLI CROWN 20# | 11.00 | 55.00 | 0.85 | 30.00 | 35.29 |
| 10804 | 1 | CTN * | CABBAGE GREEN CELLO 45# | 14.50 | 14.50 | 0.50 | 8.00 | 35.56 |
| 10927 | 2 | BALE * | CARROT TABLE 24/2# | 13.50 | 27.00 | 0.87 | 14.76 | 35.34 |
| 11004 | 3 | CTN * | CAULIFLOWER 12 CT | 17.50 | 52.50 | 2.24 | 28.14 | 34.90 |
| 11205 | 1 | CTN * | CHARD SWISS 12CT | 12.25 | 12.25 | 1.57 | 6.59 | 34.98 |
| 12302 | 1 | CTN | GINGER ROOT 30# | 19.75 | 19.75 | 1.01 | 10.55 | 34.82 |
| 12441 | 2 | DOZ * | HERB EPAZOTE 1 DZ BUNCH | 8.00 | 16.00 | 1.03 | 8.72 | 35.28 |
| 12503 | 4 | CTN * | JICAMA 40# | 12.00 | 48.00 | 0.46 | 25.60 | 34.78 |
| 12722 | 1 | CTN * | LETTUCE CELLO 24 CT | 13.85 | 13.85 | 0.89 | 7.51 | 35.16 |
| 12715 | 1 | CTN * | LETTUCE ROMAINE 24 CT | 10.85 | 10.85 | 0.70 | 5.95 | 35.42 |
| 13329 | 1 | CTN * | ONION RED JUMBO 25# | 14.00 | 14.00 | 0.86 | 7.50 | 34.88 |
| 13341 | 4 | SK * | ONION WHITE MEDIUM 50# | 20.00 | 80.00 | 0.62 | 44.00 | 35.48 |
| 13718 | 4 | W/B * | PEPPER JALAPENO CHILE W/B | 24.00 | 96.00 | 0.97 | 51.44 | 34.89 |
| 13733 | 2 | W/B * | PEPPER SERRANO CHILE W/B | 32.85 | 65.70 | 1.33 | 35.38 | 35.00 |
| 13807 | 1 | CTN * | POTATO RED "A" 50# | 16.85 | 16.85 | 0.52 | 9.15 | 35.19 |
| 13832 | 1 | CTN * | POTATO RUSSET 80 CT | 15.25 | 15.25 | 0.47 | 8.25 | 35.11 |
| 13840 | 2 | CTN * | POTATO WHITE ROSE #1 50# | 19.50 | 39.00 | 0.60 | 21.00 | 35.00 |
| 14401 | 1 | CTN * | SPINACH 24 CT | 13.00 | 13.00 | 0.83 | 6.92 | 34.74 |
| 14635 | 5 | CTN * | SQUASH MEXICAN (GREY) | 14.85 | 74.25 | 0.95 | 39.75 | 34.87 |
| 14803 | 3 | W/B * | TOMATILLO W/B | 25.85 | 77.55 | 1.05 | 42.15 | 35.21 |
| 14921 | 50 | CTN * | TOMATO ROMA 25# | 17.85 | 892.50 | 1.10 | 482.50 | 35.09 |
| 20216 | 5 | CTN * | APPLE GALA 90/100ct | 24.00 | 120.00 | 0.92 | 64.00 | 34.78 |
| 20114 | 1 | CTN * | APPLE GOLD DEL"PREM" 80/88CT | 32.00 | 32.00 | 1.23 | 17.20 | 34.96 |
| 20157 | 1 | CTN * | APPLE GRNYSMTH PREM 80/88 CT | 29.50 | 29.50 | 1.13 | 15.70 | 34.73 |
| 20143 | 1 | CTN * | APPLE RED DEL "PREM" 80/88CT 40# | 28.00 | 28.00 | 1.08 | 15.20 | 35.19 |
| 20439 | 5 | CTN * | AVOCADO HASS PREC 60CT | 34.85 | 174.25 | 0.89 | 92.75 | 34.74 |
| 20509 | 7 | CTN * | BANANA 3 CLR "CHIQUITA" | 22.50 | 157.50 | 0.87 | 86.10 | 35.34 |
| 20510 | 6 | CTN * | BANANA 4 CLR "CHIQUITA" | 22.50 | 135.00 | 0.87 | 73.80 | 35.34 |
| 20540 | 1 | CTN * | BANANA BABY (DOMINICO)15# | 11.85 | 11.85 | 1.22 | 6.45 | 35.25 |

| TOTALS | | | TOTAL | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | SALES TAX | | | PAYMENT TERMS | | |
| | | **(Continued)** | INVOICE TOTAL | | | | | |

DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A8504

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivable or proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.



Customer: **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

Invoice #
**1782679**
Page: **2**

**Ship To:**
**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

P.O. Box 12836 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | | INVOICE DATE |
|---|---|---|---|---|---|---|
| | 017 | 26 | ABRA | 1070694 | | 05/05/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 20507 | 1 | CTN | BANANA BURRO "COLOR" 40# | 11.85 | 11.85 | 0.46 | 6.55 | 35.60 |
| 20545 | 1 | CTN | BANANA MACHO PLANTAIN 48# | 25.50 | 25.50 | 0.82 | 13.86 | 35.21 |
| 20544 | 1 | CTN | BANANA MACHO (COLOR) 48# | 25.50 | 25.50 | 0.82 | 13.86 | 35.21 |
| 22809 | 4 | CTN | BERRY STRWBRY LTD ED 8/1# | 13.75 | 55.00 | 2.64 | 29.48 | 34.90 |
| 21119 | 5 | CTN | GRAPES RED GLOBE 18# | 21.25 | 106.25 | 1.82 | 57.55 | 35.13 |
| 21113 | 2 | CTN | GRAPES RED SDLS CHLN 18# | 21.25 | 42.50 | 1.82 | 23.02 | 35.13 |
| 21302 | 1 | CTN | LEMONS CHOICE 115 CT | 35.50 | 35.50 | 0.47 | 18.55 | 34.32 |
| 21408 | 2 | CTN | LIMES 230CT | 15.85 | 31.70 | 0.11 | 18.90 | 37.35 |
| 21508 | 30 | CTN | MANGO ATAULFO 20 CT | 6.85 | 205.50 | 0.53 | 112.50 | 35.38 |
| 21619 | 5 | CTN | MELON HONEYDEW 5/6CT 25# | 12.85 | 64.25 | 0.79 | 34.50 | 34.94 |
| 21626 | 10 | CTN | MELON PERSONAL SIZE 9CT | 18.00 | 180.00 | 3.08 | 97.20 | 35.06 |
| 21603 | 5 | UNIT | MELON TUSCAN 6/9CT 33# | 20.50 | 102.50 | 0.96 | 55.90 | 35.29 |
| 21630 | 1 | BIN | MELON WTRMLN SDLS BIN 700LB | 155.00 | 155.00 | 0.34 | 83.00 | 34.87 |
| 22109 | 4 | CTN | PAPAYA MARADOL "PREMIUM" 33# | 20.95 | 83.80 | 0.98 | 45.56 | 35.22 |
| 22518 | 5 | CTN | PINEAPPLE GOLD 8CT | 12.50 | 62.50 | 2.40 | 33.50 | 34.90 |
| 23020 | 5 | CTN | TANGELO MINNEOLA 80ct CH 38# | 17.25 | 86.25 | 0.70 | 46.75 | 35.15 |

679  58459  MERCADO SUVIANDA #2   520  0.00          5     MANGOS A GO
Pulp temp.
/

| TOTAL | 3680.35 |
|---|---|
| SALES TAX | 0.00 |
| INVOICE TOTAL | **$3680.35** |

PAYMENT TERMS
**Net 28 Days**

AMBA JUICE & SMOOTHIES ARE HERE! CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

a perishable agricultural commodities listed on this invoice are
d subject to the statutory trust authorized by section 5(c) of the
shable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

 This invoice is printed on recycled paper.

# CK PRODUCE

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.ckproduce.com

Customer: **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

**Ship To:**

**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1783148**
Page: **1**

**THIS IS A CREDIT MEMO**

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| 756441 | | 26 | PTSY | 1782966 | 05/06/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 20170 | | CTN | APPLE RED DEL 12/3# WASH | 17.50 | -17.50 | 0.00 | | |

| TOTALS | -1 | | | | | |
|---|---|---|---|---|---|---|

| | |
|---|---|
| TOTAL | -17.50 |
| SALES TAX | 0.00 |
| INVOICE TOTAL | $-17.50 |

**PAYMENT TERMS**
**Net 28 Days**

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6 VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).    The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivable or proceeds from the sale of these commodities until full payment is received.



This invoice is printed on recycled paper.

**CK PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

Customer: **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

**Ship To:**

**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1784135**
Page: **1**

**THIS IS A CREDIT MEMO**

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | | INVOICE DATE |
|---|---|---|---|---|---|---|
| 746271 | | 26 | PTSY | 1783365 | | 05/11/08 |

| ITEM# | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 12503 | | CTN | JICAMA 40# | 12.00 | -36.00 | 0.00 | | |

| TOTALS | -3 | | | | | |
|---|---|---|---|---|---|---|
| | | | | TOTAL | -36.00 | |
| | | | | SALES TAX | 0.00 | PAYMENT TERMS |
| | | | | INVOICE TOTAL | **$-36.00** | **Net 28 Days** |

**JAMBA JUICE & SMOOTHIES ARE HERE! CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.

**CK PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

Customer: **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

Ship To:
**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1784313**
Page: 1

THIS IS A CREDIT MEMO

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| 737490 | | 26 | PAM | 1781768 | 05/12/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 21626 | | CTN | MELON PERSONAL SIZE 9CT | 18.00 | -90.00 | 0.00 | | |

| TOTALS | -5 | | | | | |
|---|---|---|---|---|---|---|
| | | | TOTAL | -90.00 | | |
| | | | SALES TAX | 0.00 | PAYMENT TERMS | |
| | | | INVOICE TOTAL | **$-90.00** | Net 28 Days | |

**JAMBA JUICE & SMOOTHIES ARE HERE! CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
or proceeds from the sale of these commodities until full payment is received.

_____
DRIVER SIGNATURE



This invoice is printed on recycled paper.

# CK PRODUCE

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

Customer: **58459**
4u8/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
  408/516-5100

**Ship To:**
**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1789596**
Page: 1

### THIS IS A CREDIT MEMO

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | | INVOICE DATE |
|---|---|---|---|---|---|---|
| 746479 | | 26 | PTSY | 1789332 | | 06/06/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 22109 | | CTN | PAPAYA MARADOL "PREMIUM" 33# | 19.25 | -19.25 | 0.00 | | |

| TOTALS | -1 | | | TOTAL | -19.25 | | PAYMENT TERMS |
|---|---|---|---|---|---|---|---|
| | | | | SALES TAX | 0.00 | | Net 28 Days |
| | | | | INVOICE TOTAL | $-19.25 | | |

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
  VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #:  A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

_____
DRIVER SIGNATURE


This invoice is printed on recycled paper.

**CK PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

Customer: **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
   408/516-5100

**Ship To:**
**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1789612**
Page:   1

### THIS IS A CREDIT MEMO

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | | INVOICE DATE |
|---|---|---|---|---|---|---|
| 745194 | | 26 | PTSY | 1789110 | | 06/06/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 21410 | | CTN | LIME KEY 17/2# | 15.25 | -76.25 | 0.00 | | |
| 21502 | | FLT | MANGO TOMMY 12 CT | 5.85 | -58.50 | 0.00 | | |
| 12834 | | CTN | CACTUS PRICKLY PEAR RED 35# | 19.75 | -39.50 | 0.00 | | |

| TOTALS | -17 | | | TOTAL | -174.25 | | PAYMENT TERMS | |
|---|---|---|---|---|---|---|---|---|
| | | | | SALES TAX | 0.00 | | Net 28 Days | |
| | | | | INVOICE TOTAL | $-174.25 | | | |

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

_____
DRIVER SIGNATURE

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).    The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.



This invoice is printed on recycled paper.

**CK PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

Customer: **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

**Ship To:**
**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1790147**
Page: 1

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | | | | INVOICE DATE |
|---|---|---|---|---|---|---|---|---|
| | 017 | 26 | AMAG | 1076540 | | | | 06/10/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 10403 | 5 | CTN * | BEET W-TOPS 12 CT | 11.00 | 55.00 | 0.00 | | |
| 10602 | 3 | CTN * | BROCCOLI 18 CT | 8.50 | 25.50 | 0.00 | | |
| 10604 | 3 | CTN * | BROCCOLI CROWN 20# | 9.00 | 27.00 | 0.00 | | |
| 10804 | 1 | CTN * | CABBAGE GREEN CELLO 45# | 14.85 | 14.85 | 0.00 | | |
| 10932 | 1 | CTN * | CARROT GF CTN 50# | 13.25 | 13.25 | 0.00 | | |
| 11205 | 1 | CTN | CHARD SWISS 12CT | 12.25 | 12.25 | 0.00 | | |
| 11303 | 3 | CTN * | CILANTRO 60 CT | 11.50 | 34.50 | 0.00 | | |
| 11508 | 12 | CTN * | CORN WHITE 48 CT | 14.85 | 178.20 | 0.00 | | |
| 11607 | 1 | BSHL * | CUCUMBER S/S 72 CT | 28.85 | 28.85 | 0.00 | | |
| 11606 | 2 | CTN * | CUCUMBER PICKLING 25# | 12.85 | 25.70 | 0.00 | | |
| 12302 | 1 | CTN * | GINGER ROOT 30# | 28.75 | 28.75 | 0.00 | | |
| 12424 | 2 | CTN * | HERB BUNCH MINT 6 CT | 4.50 | 9.00 | 0.00 | | |
| 12441 | 3 | DOZ * | HERB EPAZOTE 1 DZ BUNCH | 8.50 | 25.50 | 0.00 | | |
| 12503 | 5 | CTN * | JICAMA 40# | 12.50 | 62.50 | 0.00 | | |
| 12722 | 10 | CTN * | LETTUCE CELLO 24 CT | 12.50 | 125.00 | 0.00 | | |
| 12821 | 1 | CTN | MANN'S BROC/VEG MDLY 6/1# | 12.00 | 12.00 | 0.00 | | |
| 13001 | 1 | FLT | MUSH WHT WHL 12/8 OZ | 14.00 | 14.00 | 0.00 | | |
| 13031 | 1 | FLT | MUSH WHT SLC 12/8OZ | 14.50 | 14.50 | 0.00 | | |
| 12851 | 1 | CTN * | NOPALES DICED 12/1# | 16.00 | 16.00 | 0.00 | | |
| 13363 | 5 | CTN * | ONION GREEN MEXICAN 2 DOZ | 8.75 | 43.75 | 0.00 | | |
| 15705 | 3 | BG * | ONION YELLOW MED 50# | 10.25 | 30.75 | 0.00 | | |
| 13741 | 2 | CTN * | PEPPER BELL GREEN LG 25# | 26.85 | 53.70 | 0.00 | | |
| 13730 | 1 | CTN * | PEPPER BELL RED 25# | 21.85 | 21.85 | 0.00 | | |
| 13773 | 1 | CTN * | PEPPER DE ARBOL-FRESH 10# | 22.85 | 22.85 | 0.00 | | |
| 13738 | 1 | W/B * | PEPPER CHILE YELLOW 32# | 15.85 | 15.85 | 0.00 | | |
| 13840 | 3 | CTN * | POTATO WHITE ROSE #1 50# | 19.00 | 57.00 | 0.00 | | |
| 13841 | 5 | BALE * | POTATO WHITE #2 5/10# | 8.50 | 42.50 | 0.00 | | |
| 14008 | 1 | CTN * | RADISH W-TOPS 48 CT | 13.00 | 13.00 | 0.00 | | |
| 14401 | 1 | CTN * | SPINACH 24 CT | 13.00 | 13.00 | 0.00 | | |
| 14506 | 1 | CTN | SPROUT ALFALFA LIVE 12/4 OZ | 9.75 | 9.75 | 0.00 | | |
| 14651 | 2 | CTN * | SQUASH CHAYOTE 50CT | 30.85 | 61.70 | 0.00 | | |
| 14635 | 3 | CTN * | SQUASH MEXICAN (GREY) | 12.85 | 38.55 | 0.00 | | |
| 14809 | 1 | CTN * | TOMATILLO MILPERO 10/1# | 15.50 | 15.50 | 0.00 | | |

| TOTALS | | | | TOTAL | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | **(Continued)** | SALES TAX | | | PAYMENT TERMS | |
| | | | | INVOICE TOTAL | | | | |

DATE

CUSTOMER SIGNATURE

PRINT NAME

DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivable or proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.



**OK PRODUCE**

P.O. Box 12838 – 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

omer: **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

**Ship To:**
**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1790147**
Page:    2

| PURCHASE ORDER NUMBER | ROUTE 017 | SALES REP 26 | SERVICE REP AMAG | OK ORDER NUMBER 1076540 | | INVOICE DATE 06/10/08 | | |
|---|---|---|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 20114 | 2 | CTN * | APPLE GOLD DEL"PREM" 80/88CT | 33.00 | 66.00 | 0.00 | | |
| 20157 | 1 | CTN * | APPLE GRNYSMTH PREM 80/88 CT | 31.00 | 31.00 | 0.00 | | |
| 20143 | 3 | CTN * | APPLE RED DEL "PREM" 72/80CT 40# | 30.00 | 90.00 | 0.00 | | |
| 20439 | 10 | CTN * | AVOCADO HASS PREC 60CT | 32.85 | 328.50 | 0.00 | | |
| 20509 | 13 | CTN * | BANANA 3 CLR "CHIQUITA" | 22.50 | 292.50 | 0.00 | | |
| 20510 | 12 | CTN * | BANANA 4 CLR "CHIQUITA" | 22.50 | 270.00 | 0.00 | | |
| 20540 | 1 | CTN * | BANANA BABY (DOMINICO)15# | 11.85 | 11.85 | 0.00 | | |
| 20544 | 1 | CTN * | BANANA MACHO (COLOR) 48# | 26.50 | 26.50 | 0.00 | | |
| 22823 | 1 | CTN | BERRY BLACKBERRY 12/5.6OZ | 28.50 | 28.50 | 0.00 | | |
| 22822 | 1 | CTN | BERRY BLUEBERRY 12/6 OZ | 26.00 | 26.00 | 0.00 | | |
| 22824 | 1 | FLT | BERRY RASPBERRY  12/5.6OZ | 23.50 | 23.50 | 0.00 | | |
| 12858 | 1 | CTN * | CACTUS PRICKLY PEAR GRN 35# | 19.75 | 19.75 | 0.00 | | |
| 20704 | 1 | CTN * | COCONUT WHITE FRESH 20CT | 22.75 | 22.75 | 0.00 | | |
| 20706 | 1 | CTN * | COCONUT-THAI SHAVED 9CT | 10.25 | 10.25 | 0.00 | | |
| 21508 | 30 | CTN * | MANGO ATAULFO 20 CT | 6.50 | 195.00 | 0.00 | | |
| 21503 | 100 | FLT | MANGO TOMMY 14 CT | 4.60 | 460.00 | 0.00 | | |
| 20193 | 10 | CTN * | APPLE BRAEBURN "PREM" 80/88CT 40# | 28.00 | 280.00 | 0.00 | | |
| 21614 | 5 | CTN * | MELON GALIA 25# | 14.85 | 74.25 | 0.00 | | |
| 21619 | 20 | CTN * | MELON HONEYDEW 5/6CT 25# | 7.75 | 155.00 | 0.00 | | |
| 21616 | 5 | CTN * | MELON HNYDW ORNG FLSH 25# | 14.85 | 74.25 | 0.00 | | |
| 21622 | 5 | CTN * | MELON JUAN CANARY 25# | 14.85 | 74.25 | 0.00 | | |
| 21912 | 20 | CTN * | NECTARINE YLW 64 VF 25# | 18.00 | 360.00 | 0.00 | | |
| 22044 | 10 | CTN * | ORANGES NAVEL FCY 48/56 CT 38# | 17.50 | 175.00 | 0.00 | | |
| 22109 | 15 | CTN * | PAPAYA MARADOL "PREMIUM" 33# | 19.00 | 285.00 | 0.00 | | |
| 22326 | 1 | CTN * | PEAR ASIAN 12/14 Ct | 12.00 | 12.00 | 0.00 | | |
| 22327 | 1 | CTN * | PEAR BOSC CHILEAN 70/80CT 40# | 38.00 | 38.00 | 0.00 | | |
| 22325 | 3 | CTN * | PEAR D'ANJOU 60/70CT 44# | 26.85 | 80.55 | 0.00 | | |
| 22612 | 1 | CTN * | PLUM BLACK 50/55 VF 28# | 26.00 | 26.00 | 0.00 | | |
| 40602 | 1 | CTN | TOFU BLUE SILKEN 6 CT | 8.25 | 8.25 | 0.00 | | |
| 40604 | 1 | CTN | TOFU GREEN FIRM 6 CT | 9.00 | 9.00 | 0.00 | | |
| 40608 | 1 | CTN | TOFU RED X-FIRM 6 CT | 9.25 | 9.25 | 0.00 | | |
| 40586 | 1 | CTN | WONTON WRAPPER 6ct "ORANGE TAPE" | 9.25 | 9.25 | 0.00 | | |
| 40553 | 1 | CTN | NOODLES THIN 6ct | 9.50 | 9.50 | 0.00 | | |

| TOTALS | | | | TOTAL | | PAYMENT TERMS | |
|---|---|---|---|---|---|---|---|
| | | **(Continued)** | | SALES TAX | | | |
| | | | | INVOICE TOTAL | | | |

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #:  47884    CDFA #:  A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.



This invoice is printed on recycled paper.



**OK PRODUCE**

P.O. Box 12838 – 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

Customer: **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
    408/516-5100

**Ship To:**
**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1790147**
Page:    **3**

| PURCHASE ORDER NUMBER | ROUTE 017 | SALES REP 26 | SERVICE REP AMAG | OK ORDER NUMBER 1076540 | INVOICE DATE 06/10/08 |
|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 41407 | 1 | CTN | JUICE POMEGRANATE (PW) 6/16 OZ | 16.75 | 16.75 | 0.00 | | |
| 41423 | 1 | CTN | JUICE POM/BLUEBERRY 6/16 OZ | 16.75 | 16.75 | 0.00 | | |
| 41424 | 1 | CTN | JUICE POM/CHERRY 6/16 OZ | 16.75 | 16.75 | 0.00 | | |
| 14918 | 10 | CTN | TOMATO LOOSE LARGE 25# | 16.50 | 165.00 | 0.00 | | |
| 14921 | 30 | CTN | TOMATO ROMA 25# | 15.85 | 475.50 | 0.00 | | |
| 90905 | 1 | EA | MISC CRV SMALL | 0.30 | 0.30 | 0.00 | | |
| 90905 | 1 | EA | MISC CRV SMALL | 0.30 | 0.30 | 0.00 | | |
| 90905 | 1 | EA | MISC CRV SMALL | 0.30 | 0.30 | 0.00 | | |

NOTES: NO DARK STOP/PALLET CHARGE

| 1790147 | 58459  MERCADO SUVIANDA #2 |
| Pulp temp. | 10:30 / 11:45    Ø    8 |

| 1790151 | 58459  MERCADO SUVIANDA #2 |
| Pulp temp. | marios |

| TOTALS | 413 | | | | | TOTAL | 5435.40 |
| | | | | | | SALES TAX | 0.00 |
| | | | | | | INVOICE TOTAL | **$5435.40** |

PAYMENT TERMS
Net 28 Days

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #:  47884    CDFA #:  A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
or proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.

**OK PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

Cr mer:  58459
408 516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

**Ship To:**
MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

| PURCHASE ORDER NUMBER | ROUTE 018 | SALES REP 26 | SERVICE REP CMAR | OK ORDER NUMBER 1075761 | | INVOICE DATE 06/11/08 | | |
|---|---|---|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 10306 | 1 | CTN * | BEAN GREEN 30# | 34.85 | 34.85 | 1.79 | 18.85 | 35.10 |
| 10503 | 1 | CTN | BOK CHOY 30# | 10.50 | 10.50 | 0.54 | 5.70 | 35.19 |
| 10505 | 1 | CTN | BOK CHOY BABY 30# | 16.75 | 16.75 | 0.86 | 9.05 | 35.08 |
| 10602 | 4 | CTN * | BROCCOLI 18 CT | 8.50 | 34.00 | 0.73 | 18.56 | 35.31 |
| 10604 | 2 | CTN * | BROCCOLI CROWN 20# | 9.00 | 18.00 | 0.69 | 9.60 | 34.78 |
| 10804 | 1 | CTN * | CABBAGE GREEN CELLO 45# | 14.85 | 14.85 | 0.51 | 8.10 | 35.29 |
| 10926 | 2 | BALE | CARROT TABLE 10/5# | 13.50 | 27.00 | 2.08 | 14.60 | 35.10 |
| 10927 | 2 | BALE | CARROT TABLE 24/2# | 13.50 | 27.00 | 0.87 | 14.76 | 35.34 |
| 11004 | 5 | CTN * | CAULIFLOWER 12 CT | 18.50 | 92.50 | 2.37 | 49.70 | 34.95 |
| 11303 | 5 | CTN | CILANTRO 60 CT | 11.50 | 57.50 | 0.29 | 29.50 | 33.91 |
| 11508 | 10 | CTN | CORN WHITE 48 CT | 19.85 | 198.50 | 0.64 | 108.70 | 35.38 |
| 11607 | 2 | BSHL | CUCUMBER S/S 72 CT | 28.85 | 57.70 | 0.62 | 31.58 | 35.37 |
| 11606 | 3 | CTN * | CUCUMBER PICKLING 25# | 12.85 | 38.55 | 0.79 | 20.70 | 34.94 |
| 12214 | 3 | CTN * | GARLIC CHINESE 48/5PC VXR | 13.85 | 41.55 | 0.44 | 21.81 | 34.42 |
| 12441 | 5 | DOZ * | HERB EPAZOTE 1 DZ BUNCH | 8.50 | 42.50 | 1.09 | 22.90 | 35.02 |
| 12466 | 5 | CTN * | HERB VERDOLAGA "PURSLANE" 24CT | 7.50 | 37.50 | 0.48 | 20.10 | 34.90 |
| 12503 | 2 | CTN * | JICAMA 40# | 13.00 | 26.00 | 0.50 | 14.00 | 35.00 |
| 12722 | 10 | CTN * | LETTUCE CELLO 24 CT | 12.50 | 125.00 | 0.80 | 67.00 | 34.90 |
| 12715 | 1 | CTN | LETTUCE ROMAINE 24 CT | 11.85 | 11.85 | 0.76 | 6.39 | 35.03 |
| 12717 | 1 | CTN | LETTUCE ROMAINE HRTS 12/3 pk | 15.25 | 15.25 | 1.96 | 8.27 | 35.16 |
| 12851 | 2 | CTN * | NOPALES DICED 12/1# | 16.00 | 32.00 | 2.05 | 17.20 | 34.96 |
| 13306 | 5 | CTN * | ONION GREEN 48 CT ICELESS | 11.50 | 57.50 | 0.37 | 31.30 | 35.25 |
| 13363 | 3 | CTN * | ONION GREEN MEXICAN 2 DOZ | 9.85 | 29.55 | 0.63 | 15.81 | 34.85 |
| 13335 | 1 | CTN | ONION RED MEDIUM 40# SWEET | 14.50 | 14.50 | 0.56 | 7.90 | 35.27 |
| 13341 | 8 | SK | ONION WHITE MEDIUM 50# | 15.85 | 126.80 | 0.49 | 69.20 | 35.31 |
| 15705 | 1 | BG | ONION YELLOW MED 50# | 10.25 | 10.25 | 0.32 | 5.75 | 35.94 |
| 13722 | 1 | W/B * | PEPPER LONG GRN CHILE 25# | 17.85 | 17.85 | 1.14 | 9.51 | 34.76 |
| 13733 | 2 | W/B * | PEPPER SERRANO CHILE W/B | 32.85 | 65.70 | 1.33 | 35.38 | 35.00 |
| 13738 | 1 | W/B * | PEPPER CHILE YELLOW 32# | 15.85 | 15.85 | 0.76 | 8.47 | 34.83 |
| 13840 | 4 | CTN * | POTATO WHITE ROSE #1 50# | 19.00 | 76.00 | 0.58 | 40.00 | 34.48 |
| 13841 | 10 | BALE | POTATO WHITE #2 5/10# | 8.00 | 80.00 | 2.62 | 51.00 | 38.93 |
| 14401 | 1 | CTN * | SPINACH 24 CT | 13.00 | 13.00 | 0.83 | 6.92 | 34.74 |
| 14651 | 2 | CTN * | SQUASH CHAYOTE 50CT | 30.85 | 61.70 | 0.95 | 33.30 | 35.05 |

| TOTALS | | | | TOTAL | | PAYMENT TERMS | |
|---|---|---|---|---|---|---|---|
| | | | | SALES TAX | | | |
| | | **(Continued)** | | INVOICE TOTAL | | | |

DATE

CUSTOMER SIGNATURE

PRINT NAME

DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.
State of CA Organic Reg #:  47884    CDFA #:  A6504
The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
or proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.



**OK PRODUCE**

Invoice #
**1790346**

stomer: **58459**
~~~/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

**Ship To:**

Page: **2**

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

| PURCHASE ORDER NUMBER | | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | | INVOICE DATE |
|---|---|---|---|---|---|---|---|
| | | 018 | 26 | CMAR | 1076761 | | 06/11/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 14612 | 1 | CTN | SQUASH ITALIAN FCY #1 | 19.85 | 19.85 | 1.22 | 10.65 | 34.92 |
| 14635 | 8 | CTN | SQUASH MEXICAN (GREY) | 15.85 | 126.80 | 1.02 | 69.04 | 35.25 |
| 14809 | 1 | CTN | TOMATILLO MILPERO 10/1# | 15.50 | 15.50 | 2.38 | 8.30 | 34.87 |
| 14968 | 1 | CTN | TOMATO RED GRAPE CLAMSHELL 12 CT | 16.25 | 16.25 | 2.08 | 8.71 | 34.90 |
| 14905 | 5 | FLT | TOMATO 5X5 2-LAYER | 15.00 | 75.00 | 1.15 | 40.00 | 34.78 |
| 14921 | 60 | CTN | TOMATO ROMA 25# | 15.00 | 900.00 | 0.98 | 570.00 | 38.78 |
| 20193 | 10 | CTN | APPLE BRAEBURN "PREM" 80/88CT 40# | 28.00 | 280.00 | 1.08 | 152.00 | 35.19 |
| 20303 | 1 | CTN | APRICOT VF 8's/LGR 24# | 22.50 | 22.50 | 1.44 | 12.06 | 34.90 |
| 20439 | 15 | CTN | AVOCADO HASS PREC 60CT | 36.85 | 552.75 | 0.94 | 293.25 | 34.66 |
| 20510 | 35 | CTN | BANANA 4 CLR "CHIQUITA" | 22.50 | 787.50 | 0.87 | 430.50 | 35.34 |
| 20540 | 6 | CTN | BANANA BABY (DOMINICO)15# | 11.85 | 71.10 | 1.22 | 38.70 | 35.25 |
| 20563 | 1 | CTN | BANANA LEAVES 25# | 26.85 | 26.85 | 1.65 | 14.40 | 34.91 |
| 12858 | 1 | CTN | CACTUS PRICKLY PEAR GRN 35# | 22.75 | 22.75 | 0.29 | 12.05 | 34.63 |
| 21005 | 1 | CTN | GRAPEFRUIT PINK 10/5# | 17.75 | 17.75 | 2.73 | 9.55 | 34.98 |
| 21130 | 4 | CTN | GRAPES GREEN SDLS 18# | 17.85 | 71.40 | 1.53 | 38.76 | 35.19 |
| 21129 | 5 | CTN | GRAPES RED SLDS 18# | 18.85 | 94.25 | 1.61 | 50.65 | 34.96 |
| 21209 | 2 | CTN | KIWI FRUIT VF 117 CT | 16.75 | 33.50 | 0.22 | 17.98 | 34.93 |
| 21302 | 1 | CTN | LEMONS CHOICE 115 CT | 38.75 | 38.75 | 0.52 | 21.05 | 35.20 |
| 21408 | 5 | CTN | LIMES 230CT | 13.25 | 66.25 | 0.09 | 37.25 | 35.99 |
| 21410 | 2 | CTN | LIME KEY 17/2# | 16.85 | 33.70 | 1.52 | 17.98 | 34.79 |
| 21508 | 20 | CTN | MANGO ATAULFO 20 CT | 6.50 | 130.00 | 0.50 | 70.00 | 35.00 |
| 21502 | 100 | FLT | MANGO TOMMY 12 CT | 4.90 | 490.00 | 0.63 | 266.00 | 35.19 |
| 21619 | 10 | CTN | MELON HONEYDEW 5/6CT 25# | 7.75 | 77.50 | 0.48 | 42.50 | 35.42 |
| 21616 | 5 | CTN | MELON HNYDW ORNG FLSH 25# | 14.85 | 74.25 | 0.91 | 39.50 | 34.73 |
| 21622 | 10 | CTN | MELON JUAN CANARY 25# | 14.85 | 148.50 | 0.91 | 79.00 | 34.73 |
| 21625 | 1 | BIN | MELON WTRMLN BIN 700# | 145.00 | 145.00 | 0.32 | 79.00 | 35.27 |
| 21630 | 1 | BIN | MELON WTRMLN SDLS BIN 700LB | 140.00 | 140.00 | 0.31 | 77.00 | 35.48 |
| 21912 | 30 | CTN | NECTARINE YLW 64 VF 25# | 18.00 | 540.00 | 1.11 | 292.50 | 35.14 |
| 22044 | 5 | CTN | ORANGES NAVEL FCY 48/56 CT 38# | 17.50 | 87.50 | 0.71 | 47.40 | 35.14 |
| 22109 | 30 | CTN | PAPAYA MARADOL "PREMIUM" 33# | 19.00 | 570.00 | 0.89 | 311.10 | 35.31 |
| 22326 | 1 | CTN | PEAR ASIAN 12/14 Ct | 12.00 | 12.00 | 1.85 | 6.50 | 35.14 |
| 22327 | 1 | CTN | PEAR BOSC CHILEAN 70/80CT 40# | 38.00 | 38.00 | 1.46 | 20.40 | 34.93 |
| 22325 | 2 | CTN | PEAR D'ANJOU 60/70CT 44# | 26.85 | 53.70 | 0.92 | 29.10 | 35.14 |

| TOTALS | | | | TOTAL | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | **(Continued)** | SALES TAX | | | PAYMENT TERMS | |
| | | | | INVOICE TOTAL | | | | |

DATE

CUSTOMER SIGNATURE

PRINT NAME

DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% over the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884   CDFA #: A8504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
or proceeds from the sale of these commodities until full payment is received.


This invoice is printed on recycled paper.

**OK**

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

Customer: **58459**
408/___-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
  408/516-5100

**Ship To:**

**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

INVOICE #
**1790346**
Page:   **3**

| PURCHASE ORDER NUMBER | ROUTE 018 | SALES REP 26 | SERVICE REP CMAR | OK ORDER NUMBER 1076761 | INVOICE DATE 06/11/08 |
|---|---|---|---|---|---|

| ITEM# | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 22518 | 10 | CTN | PINEAPPLE GOLD 8CT | 13.25 | 132.50 | 2.55 | 71.50 | 35.05 |
| 22612 | 2 | CTN | PLUM BLACK 50/55 VF 28# | 26.00 | 52.00 | 1.43 | 28.08 | 35.06 |

| 790346 | 58459 | MERCADO SUVIANDA #2 | 13 | 9ᵖˡ | 11ᵉˡ | 0 | 13 | 13 | *mateos.* | *maras* |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Pulp temp. | | | | | | | | |

| TOTALS | 500 | | | | | | | |
|---|---|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| TOTAL | 7491.45 | |
| SALES TAX | 0.00 | |
| INVOICE TOTAL | **$7491.45** | |

**PAYMENT TERMS**
**Net 21 Days**

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6**
**VARIETIES IN YOUR STORE.**

_____  DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #:  47884    CDFA #:  A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.



**OK PRODUCE**

tomer: **58459**
4u8/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

**Ship To:**

**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1790627**
Page:    1

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

**THIS IS A CREDIT MEMO**

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | | INVOICE DATE |
|---|---|---|---|---|---|---|
| 747856 | | 26 | PTSY | 1789921 | | 06/11/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 20544 | | CTN | BANANA MACHO (COLOR) 48# | 26.50 | -26.50 | 0.00 | | |

| TOTALS | -1 | | | | | | |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| TOTAL | -26.50 |
| SALES TAX | 0.00 |
| INVOICE TOTAL | **$-26.50** |

**PAYMENT TERMS**
**Net 21 Days**

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

_____
DRIVER SIGNATURE



This invoice is printed on recycled paper.

# CK PRODUCE

Invoice #
**1790592**
Page: 1

Cu mer: **58459**
40bro16-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

**Ship To:**
**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

| PURCHASE ORDER NUMBER | ROUTE 018 | SALES REP 26 | SERVICE REP CMAR | OK ORDER NUMBER 1076905 | INVOICE DATE 06/12/08 |
|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 10602 | 1 | CTN * | BROCCOLI 18 CT | 8.50 | 8.50 | 0.73 | 4.64 | 35.31 |
| 10604 | 2 | CTN * | BROCCOLI CROWN 20# | 9.00 | 18.00 | 0.69 | 9.60 | 34.78 |
| 10804 | 1 | CTN * | CABBAGE GREEN CELLO 45# | 14.85 | 14.85 | 0.51 | 8.10 | 35.29 |
| 12838 | 1 | CTN * | CACTUS LEAF 35# W/B | 11.00 | 11.00 | 0.45 | 6.10 | 35.67 |
| 10932 | 1 | CTN * | CARROT GF CTN 50# | 13.25 | 13.25 | 0.41 | 7.25 | 35.37 |
| 10942 | 1 | CTN * | CARROT PETITE MICRO 12/12OZ | 12.25 | 12.25 | 1.57 | 6.59 | 34.98 |
| 10965 | 1 | CTN * | CARROT GF SHREDDED 12/10oz | 9.25 | 9.25 | 1.19 | 5.03 | 35.22 |
| 11004 | 8 | CTN * | CAULIFLOWER 12 CT | 18.50 | 148.00 | 2.37 | 79.52 | 34.95 |
| 11303 | 2 | CTN * | CILANTRO 60 CT | 11.50 | 23.00 | 0.29 | 11.80 | 33.91 |
| 11508 | 5 | CTN * | CORN WHITE 48 CT | 19.85 | 99.25 | 0.64 | 54.35 | 35.38 |
| 11607 | 2 | BSHL * | CUCUMBER S/S 72 CT | 28.85 | 57.70 | 0.62 | 31.58 | 35.37 |
| 11626 | 1 | CTN * | CUCUMBER HOT HOUSE 18CT | 19.00 | 19.00 | 1.62 | 10.16 | 34.84 |
| 11606 | 3 | CTN * | CUCUMBER PICKLING 25# | 12.85 | 38.55 | 0.79 | 20.70 | 34.94 |
| 11903 | 1 | CTN * | EGGPLANT 24 CT | 27.85 | 27.85 | 1.79 | 15.11 | 35.17 |
| 12214 | 1 | CTN * | GARLIC CHINESE 48/5PC VXR | 13.85 | 13.85 | 0.44 | 7.27 | 34.42 |
| 12412 | 1 | CTN * | HERB BUNCH BASIL 6 CT | 5.25 | 5.25 | 1.35 | 2.85 | 35.19 |
| 12424 | 2 | CTN * | HERB BUNCH MINT 6 CT | 4.50 | 9.00 | 6.92 | 4.84 | 34.97 |
| 12441 | 3 | DOZ * | HERB EPAZOTE 1 DZ BUNCH | 8.50 | 25.50 | 1.09 | 13.74 | 35.02 |
| 12466 | 4 | CTN * | HERB VERDOLAGA "PURSLANE" 24CT | 7.50 | 30.00 | 0.48 | 16.08 | 34.90 |
| 12503 | 4 | CTN * | JICAMA 40# | 13.00 | 52.00 | 0.50 | 28.00 | 35.00 |
| 12722 | 2 | CTN * | LETTUCE CELLO 24 CT | 12.50 | 25.00 | 0.80 | 13.40 | 34.90 |
| 12710 | 1 | CTN * | LETTUCE GREEN LEAF 24 CT | 11.85 | 11.85 | 0.76 | 6.39 | 35.03 |
| 12712 | 1 | CTN * | LETTUCE RED LEAF 24 CT | 11.85 | 11.85 | 0.76 | 6.39 | 35.03 |
| 12715 | 1 | CTN * | LETTUCE ROMAINE 24 CT | 11.85 | 11.85 | 0.76 | 6.39 | 35.03 |
| 12717 | 1 | CTN * | LETTUCE ROMAINE HRTS 12/3 pk | 15.25 | 15.25 | 1.96 | 8.27 | 35.16 |
| 12902 | 1 | CTN * | MANN'S BROC/STIR FRY 6/1# | 12.50 | 12.50 | 3.21 | 6.76 | 35.10 |
| 12821 | 1 | CTN * | MANN'S BROC/VEG MDLY 6/1# | 12.00 | 12.00 | 3.08 | 6.48 | 35.06 |
| 10615 | 1 | CTN * | MANN'S BROC/WOKLY 6/1# | 10.75 | 10.75 | 2.76 | 5.81 | 35.08 |
| 13001 | 1 | FLT * | MUSH WHT WHL 12/8 OZ | 14.00 | 14.00 | 1.79 | 7.48 | 34.82 |
| 13031 | 1 | FLT * | MUSH WHT SLC 12/8OZ | 14.50 | 14.50 | 1.86 | 7.82 | 35.04 |
| 12851 | 2 | CTN * | NOPALES DICED 12/1# | 16.00 | 32.00 | 2.05 | 17.20 | 34.96 |
| 13335 | 1 | CTN * | ONION RED MEDIUM 40# SWEET | 14.50 | 14.50 | 0.56 | 7.90 | 35.27 |
| 13341 | 2 | SK * | ONION WHITE MEDIUM 50# | 15.85 | 31.70 | 0.49 | 17.30 | 35.31 |

| TOTALS | | | | TOTAL | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | SALES TAX | | PAYMENT TERMS | | |
| | | | | INVOICE TOTAL | | | | |

**(Continued)**

DATE

CUSTOMER SIGNATURE

PRINT NAME

DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
or proceeds from the sale of these commodities until full payment is received.



This invoice is printed on recycled paper.



**OK PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

| | |
|---|---|
| omer: **58459** | Invoice #<br>**1790592**<br>Page: **2** |
| 408/516-5100 | |

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
  408/516-5100

**Ship To:**
**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

| PURCHASE ORDER NUMBER | | ROUTE<br>018 | SALES REP<br>26 | SERVICE REP<br>CMAR | OK ORDER NUMBER<br>1076905 | | | INVOICE DATE<br>06/12/08 | | |
|---|---|---|---|---|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 13338 | 0 | BALE | ONION WHITE 16/3# | 19.75 | 0.00 | 1.90 | 0.00 | |
| 15705 | 3 | BG | ONION YELLOW MED 50# | 10.25 | 30.75 | 0.32 | 17.25 | 35.94 |
| 13741 | 1 | CTN | PEPPER BELL GREEN LG 25# | 26.85 | 26.85 | 1.65 | 14.40 | 34.91 |
| 12831 | 1 | CTN | PEPPER CHILACA FRESH 10# | 17.00 | 17.00 | 2.62 | 9.20 | 35.11 |
| 13773 | 1 | CTN | PEPPER DE ARBOL-FRESH 10# | 22.85 | 22.85 | 3.52 | 12.35 | 35.09 |
| 13702 | 1 | CTN | PEPPER HABANERO 5# | 24.50 | 24.50 | 7.54 | 13.20 | 35.01 |
| 13722 | 1 | W/B | PEPPER LONG GRN CHILE 25# | 17.85 | 17.85 | 1.14 | 9.51 | 34.76 |
| 13807 | 1 | CTN | POTATO RED "A" 50# | 17.85 | 17.85 | 0.55 | 9.65 | 35.09 |
| 13840 | 2 | CTN | POTATO WHITE ROSE #1 50# | 19.00 | 38.00 | 0.58 | 20.00 | 34.48 |
| 13841 | 6 | BALE | POTATO WHITE #2 5/10# | 8.00 | 48.00 | 2.62 | 30.60 | 38.93 |
| 14401 | 1 | CTN | SPINACH 24 CT | 13.00 | 13.00 | 0.83 | 6.92 | 34.74 |
| 14651 | 1 | CTN | SQUASH CHAYOTE 50CT | 30.85 | 30.85 | 0.95 | 16.65 | 35.05 |
| 14612 | 3 | CTN | SQUASH ITALIAN FCY #1 | 19.85 | 59.55 | 1.22 | 31.95 | 34.92 |
| 14635 | 2 | CTN | SQUASH MEXICAN (GREY) | 15.85 | 31.70 | 1.02 | 17.26 | 35.25 |
| 14921 | 40 | CTN | TOMATO ROMA 25# | 15.00 | 600.00 | 0.92 | 320.00 | 34.78 |
| 12866 | 1 | CTN | XOCONOTLE 10# | 14.50 | 14.50 | 2.23 | 7.80 | 34.98 |
| 20114 | 2 | CTN | APPLE GOLD DEL"PREM" 80/88CT | 33.00 | 66.00 | 1.27 | 35.60 | 35.04 |
| 20157 | 1 | CTN | APPLE GRNYSMTH PREM 80/88 CT | 31.00 | 31.00 | 1.19 | 16.60 | 34.87 |
| 20143 | 1 | CTN | APPLE RED DEL "PREM" 72/80CT 40# | 30.00 | 30.00 | 1.15 | 16.00 | 34.78 |
| 20303 | 1 | CTN | APRICOT VF 8's/LGR 24# | 22.50 | 22.50 | 1.44 | 12.06 | 34.90 |
| 20439 | 10 | CTN | AVOCADO HASS PREC 60CT | 36.85 | 368.50 | 0.94 | 195.50 | 34.66 |
| 20510 | 25 | CTN | BANANA 4 CLR "CHIQUITA" | 22.50 | 562.50 | 0.87 | 307.50 | 35.34 |
| 20540 | 5 | CTN | BANANA BABY (DOMINICO)15# | 11.85 | 59.25 | 1.22 | 32.25 | 35.25 |
| 20544 | 1 | CTN | BANANA MACHO (COLOR) 48# | 26.50 | 26.50 | 0.85 | 14.30 | 35.05 |
| 12858 | 2 | CTN | CACTUS PRICKLY PEAR GRN 35# | 22.75 | 45.50 | 0.29 | 24.10 | 34.63 |
| 20701 | 1 | CTN | COCONUT 20CT | 15.50 | 15.50 | 1.19 | 8.30 | 34.87 |
| 20704 | 1 | CTN | COCONUT WHITE FRESH 20CT | 22.75 | 22.75 | 1.75 | 12.25 | 35.00 |
| 20706 | 1 | CTN | COCONUT-THAI SHAVED 9CT | 10.25 | 10.25 | 1.75 | 5.50 | 34.92 |
| 21010 | 1 | CTN | GRAPEFRUIT 40 CT | 14.00 | 14.00 | 0.54 | 7.60 | 35.19 |
| 21209 | 1 | CTN | KIWI FRUIT VF 117 CT | 16.75 | 16.75 | 0.22 | 8.99 | 34.93 |
| 21410 | 3 | CTN | LIME KEY 17/2# | 16.85 | 50.55 | 1.52 | 26.97 | 34.79 |
| 21502 | 50 | FLT | MANGO TOMMY 12 CT | 4.90 | 245.00 | 0.63 | 133.00 | 35.19 |
| 21608 | 15 | CTN | MELON CANTALOUPE 9CT 35# | 9.00 | 135.00 | 0.40 | 75.00 | 35.71 |

| TOTALS | | | | TOTAL | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | **(Continued)** | SALES TAX | | | PAYMENT TERMS | |
| | | | | INVOICE TOTAL | | | | |

DATE

CUSTOMER SIGNATURE

PRINT NAME

DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
or proceeds from the sale of these commodities until full payment is received.

 This invoice is printed on recycled paper.



tomer: **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

**Ship To:**
**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1790592**
Page: **3**

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8500
www.okproduce.com

| PURCHASE ORDER NUMBER | | ROUTE 018 | SALES REP 26 | SERVICE REP CMAR | OK ORDER NUMBER 1076905 | | | INVOICE DATE 06/12/08 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ITEM # | QTY | PACK/SIZE | DESCRIPTION | | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GR% |
| 21616 | 6 | CTN * | MELON HNYDW ORNG FLSH 25# | | 14.85 | 89.10 | 0.91 | 47.40 | 34.73 |
| 21622 | 7 | CTN * | MELON JUAN CANARY 25# | | 14.85 | 103.95 | 0.91 | 55.30 | 34.73 |
| 21625 | 2 | BIN * | MELON WTRMLN BIN 700# | | 145.00 | 290.00 | 0.32 | 158.00 | 35.27 |
| 21630 | 2 | BIN * | MELON WTRMLN SDLS BIN 700LB | | 140.00 | 280.00 | 0.31 | 154.00 | 35.48 |
| 21912 | 5 | CTN * | NECTARINE YLW 64 VF 25# | | 18.00 | 90.00 | 1.11 | 48.75 | 35.14 |
| 22109 | 13 | CTN * | PAPAYA MARADOL "PREMIUM" 33# | | 19.00 | 247.00 | 0.89 | 134.81 | 35.31 |
| 22336 | 1 | CTN * | PEAR ASIAN 12/14 Ct | | 12.00 | 12.00 | 1.85 | 6.50 | 35.14 |
| 22327 | 1 | CTN * | PEAR BOSC CHILEAN 70/80CT 40# | | 38.00 | 38.00 | 1.46 | 20.40 | 34.93 |
| 22325 | 2 | CTN * | PEAR D'ANJOU 60/70CT 44# | | 26.85 | 53.70 | 0.92 | 29.10 | 35.14 |
| 22612 | 2 | CTN * | PLUM BLACK 50/55 VF 28# | | 26.00 | 52.00 | 1.43 | 28.08 | 35.06 |

NOTES: OK STOR NEEDS KEYS

| 1790592 | 58459 MERCADO SUVIANDA #2 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Pulp temp. | | 630 | | | | 10  10  6-12-08 | |
| 1790578 | 58459 MERCADO SUVIANDA #2 | | ↓ | | | | MARSOS.AC | |
| | Pulp temp. | | 730 | | | | | |

| TOTALS | 288 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|

| | |
|---|---|
| TOTAL | 4824.35 |
| SALES TAX | 0.00 |
| INVOICE TOTAL | **$4824.35** |

PAYMENT TERMS
Net 21 Days

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884   CDFA #: A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
or proceeds from the sale of these commodities until full payment is received.



P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

**OK PRODUCE**

tomer: **58459**

408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

**Ship To:**
**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1790879**
Page:    1

| PURCHASE ORDER NUMBER | ROUTE 017 | SALES REP 26 | SERVICE REP AMAG | OK ORDER NUMBER 1076984 | INVOICE DATE 06/13/08 |
|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 20510 | 15 | CTN * | BANANA 4 CLR "CHIQUITA" | 22.50 | 337.50 | 0.87 | 184.50 | 35.34 |
| 10602 | 1 | CTN * | BROCCOLI 18 CT | 10.50 | 10.50 | 0.90 | 5.70 | 35.19 |
| 10604 | 1 | CTN * | BROCCOLI CROWN 20# | 11.50 | 11.50 | 0.88 | 6.10 | 34.66 |
| 10804 | 1 | CTN * | CABBAGE GREEN CELLO 45# | 14.85 | 14.85 | 0.51 | 8.10 | 35.29 |
| 12838 | 2 | CTN * | CACTUS LEAF 35# W/B | 11.00 | 22.00 | 0.45 | 12.20 | 35.67 |
| 11303 | 2 | CTN * | CILANTRO 60 CT | 11.50 | 23.00 | 0.29 | 11.80 | 33.91 |
| 11508 | 3 | CTN * | CORN WHITE 48 CT | 19.85 | 59.55 | 0.64 | 32.61 | 35.38 |
| 11606 | 3 | CTN * | CUCUMBER PICKLING 25# | 12.85 | 38.55 | 0.79 | 20.70 | 34.94 |
| 13341 | 3 | SK * | ONION WHITE MEDIUM 50# | 15.85 | 47.55 | 0.49 | 25.95 | 35.31 |
| 13338 | 1 | BALE | ONION WHITE 16/3# | 19.75 | 19.75 | 1.90 | 10.65 | 35.03 |
| 15705 | 3 | BG * | ONION YELLOW MED 50# | 10.25 | 30.75 | 0.32 | 17.25 | 35.94 |
| 13741 | 2 | CTN * | PEPPER BELL GREEN LG 25# | 26.85 | 53.70 | 1.65 | 28.80 | 34.91 |
| 13761 | 1 | CTN | PEPPER BELL ORANGE 25# | 26.75 | 26.75 | 1.65 | 14.50 | 35.15 |
| 13730 | 2 | CTN * | PEPPER BELL RED 25# | 21.85 | 43.70 | 1.34 | 23.30 | 34.78 |
| 13713 | 1 | CTN | PEPPER BELL YELLOW 25# | 26.75 | 26.75 | 1.65 | 14.50 | 35.15 |
| 13738 | 1 | W/B * | PEPPER CHILE YELLOW 32# | 15.85 | 15.85 | 0.76 | 8.47 | 34.83 |
| 13807 | 1 | CTN * | POTATO RED "A" 50# | 17.85 | 17.85 | 0.55 | 9.65 | 35.09 |
| 13840 | 3 | CTN * | POTATO WHITE ROSE #1 50# | 19.00 | 57.00 | 0.58 | 30.00 | 34.48 |
| 14008 | 3 | CTN * | RADISH W-TOPS 48 CT | 13.00 | 39.00 | 0.42 | 21.48 | 35.52 |
| 14651 | 2 | CTN * | SQUASH CHAYOTE 50CT | 30.85 | 61.70 | 0.95 | 33.30 | 35.05 |
| 14921 | 30 | CTN * | TOMATO ROMA 25# | 15.00 | 450.00 | 0.92 | 240.00 | 34.78 |
| 20193 | 3 | CTN * | APPLE BRAEBURN "PREM" 80/88CT 40# | 28.00 | 84.00 | 1.08 | 45.60 | 35.19 |
| 20113 | 3 | CTN * | APPLE GALA CHILEAN 80/90 CT | 34.00 | 102.00 | 1.31 | 55.20 | 35.11 |
| 20114 | 3 | CTN * | APPLE GOLD DEL"PREM" 80/88CT | 33.00 | 99.00 | 1.27 | 53.40 | 35.04 |
| 20157 | 2 | CTN * | APPLE GRNYSMTH PREM 80/88 CT | 31.00 | 62.00 | 1.19 | 33.20 | 34.87 |
| 20143 | 3 | CTN * | APPLE RED DEL "PREM" 72/80CT 40# | 30.00 | 90.00 | 1.15 | 48.00 | 34.78 |
| 20303 | 2 | CTN * | APRICOT VF 8's/LGR 24# | 21.25 | 42.50 | 1.36 | 22.78 | 34.90 |
| 20439 | 10 | CTN * | AVOCADO HASS PREC 60CT | 37.85 | 378.50 | 0.97 | 203.50 | 34.97 |
| 20545 | 1 | CTN * | BANANA MACHO PLANTAIN 48# | 26.00 | 26.00 | 0.83 | 13.84 | 34.74 |
| 20544 | 1 | CTN * | BANANA MACHO (COLOR) 48# | 26.50 | 26.50 | 0.85 | 14.30 | 35.05 |
| 20701 | 1 | CTN * | COCONUT 20CT | 15.50 | 15.50 | 1.19 | 8.30 | 34.87 |
| 20704 | 1 | CTN * | COCONUT WHITE FRESH 20CT | 22.75 | 22.75 | 1.75 | 12.25 | 35.00 |
| 21005 | 1 | CTN * | GRAPEFRUIT PINK 10/5# | 17.75 | 17.75 | 2.73 | 9.55 | 34.98 |

| TOTALS | | | | TOTAL | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | SALES TAX | | PAYMENT TERMS | | |
| | | **(Continued)** | | INVOICE TOTAL | | | | |

DATE

CUSTOMER SIGNATURE

PRINT NAME

DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884   CDFA#: A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
or proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.





Invoice #
**1790879**

Page: 2

Cust r: **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

**Ship To:**
**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8800
www.okproduce.com

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
|  | 017 | 26 | AMAG | 1076984 | 06/13/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GR% |
|---|---|---|---|---|---|---|---|---|
| 21010 | 1 | CTN * | GRAPEFRUIT 40 CT | 14.00 | 14.00 | 0.54 | 7.60 | 35.19 |
| 21209 | 2 | CTN | KIWI FRUIT VF 117 CT | 16.75 | 33.50 | 0.22 | 17.98 | 34.93 |
| 21302 | 2 | CTN | LEMONS CHOICE 115 CT | 38.75 | 77.50 | 0.52 | 42.10 | 35.20 |
| 21619 | 5 | CTN | MELON HONEYDEW 5/6CT 25# | 7.75 | 38.75 | 0.48 | 21.25 | 35.42 |
| 21622 | 2 | CTN | MELON JUAN CANARY 25# | 14.85 | 29.70 | 0.91 | 15.80 | 34.73 |
| 21625 | 1 | BIN | MELON WTRMLN BIN 700# | 145.00 | 145.00 | 0.32 | 79.00 | 35.27 |
| 21630 | 1 | BIN | MELON WTRMLN SDLS BIN 700LB | 140.00 | 140.00 | 0.31 | 77.00 | 35.48 |
| 21912 | 10 | CTN | NECTARINE YLW 64 VF 25# | 15.75 | 157.50 | 0.97 | 85.00 | 35.05 |
| 22044 | 5 | CTN | ORANGES NAVEL FCY 48/56 CT 38# | 17.50 | 87.50 | 0.71 | 47.40 | 35.14 |
| 22326 | 2 | CTN | PEAR ASIAN 12/14 Ct | 12.00 | 24.00 | 1.85 | 13.00 | 35.14 |
| 22327 | 2 | CTN | PEAR BOSC CHILEAN 70/80CT 40# | 38.00 | 76.00 | 1.46 | 40.80 | 34.93 |
| 22325 | 2 | CTN | PEAR D'ANJOU 60/70CT 44# | 29.50 | 59.00 | 1.01 | 31.90 | 35.09 |
| 22612 | 3 | CTN | PLUM BLACK 50/55 VF 28# | 26.00 | 78.00 | 1.43 | 42.12 | 35.06 |
| 22518 | 12 | CTN | PINEAPPLE GOLD 8CT | 13.25 | 159.00 | 2.55 | 85.80 | 35.05 |

| 1790879 | 58459 | MERCADO SUVIANDA #2 | 9:15 /0:30 | 9 8 | Change056-13-08 |
|---|---|---|---|---|---|
|  | Pulp temp. |  |  |  |  |

1790881   OK MI AT THEROOF CHECK

| | |
|---|---|
| SALES TAX | 0.00 |
| INVOICE TOTAL | **$3493.75** |

**PAYMENT TERMS**
Net 21 Days

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #:  47884    CDFA #:  A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.

# OK PRODUCE

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

tomer: **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

**Ship To:**
**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1791207**
Page: 1

| PURCHASE ORDER NUMBER | | ROUTE 004 | SALES REP 26 | SERVICE REP AMAG | OK ORDER NUMBER 1077313 | | | INVOICE DATE 06/14/08 | | |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|--------|-----|-----------|-------------|-----------|-----------|-----------|-----------|---------|
| 10102 | 1 | CTN | ARTICHOKE 24 CT | 24.75 | 24.75 | 1.59 | 13.41 | 35.14 |
| 40438 | 1 | CTN | BEAN GARBANZO "FRESH" 15# | 30.85 | 30.85 | 3.16 | 16.55 | 34.92 |
| 10306 | 1 | CTN | BEAN GREEN 30# | 34.85 | 34.85 | 1.79 | 18.85 | 35.10 |
| 10604 | 3 | CTN | BROCCOLI CROWN 20# | 11.50 | 34.50 | 0.88 | 18.30 | 34.66 |
| 10804 | 3 | CTN | CABBAGE GREEN CELLO 45# | 14.85 | 44.55 | 0.51 | 24.30 | 35.29 |
| 10810 | 1 | CTN | CABBAGE RED 45# | 19.00 | 19.00 | 0.65 | 10.25 | 35.04 |
| 12838 | 3 | CTN | CACTUS LEAF 35# W/B | 11.00 | 33.00 | 0.45 | 18.30 | 35.67 |
| 10932 | 2 | CTN | CARROT GF CTN 50# | 13.25 | 26.50 | 0.41 | 14.50 | 35.37 |
| 10926 | 2 | BALE | CARROT TABLE 10/5# | 13.50 | 27.00 | 2.08 | 14.60 | 35.10 |
| 10927 | 2 | BALE | CARROT TABLE 24/2# | 13.50 | 27.00 | 0.87 | 14.76 | 35.34 |
| 10949 | 2 | CTN | CARROT W.P. MINI 40/1# | 24.50 | 49.00 | 0.94 | 26.20 | 34.84 |
| 11004 | 5 | CTN | CAULIFLOWER 12 CT | 22.00 | 110.00 | 2.82 | 59.20 | 34.99 |
| 11102 | 3 | CTN | CELERY 24 CT | 27.25 | 81.75 | 1.75 | 44.25 | 35.12 |
| 11303 | 8 | CTN | CILANTRO 60 CT | 11.50 | 92.00 | 0.29 | 47.20 | 33.91 |
| 11508 | 10 | CTN | CORN WHITE 48 CT | 19.85 | 198.50 | 0.64 | 108.70 | 35.38 |
| 11607 | 3 | BSHL | CUCUMBER S/S 72 CT | 26.75 | 80.25 | 0.57 | 42.87 | 34.82 |
| 11606 | 5 | CTN | CUCUMBER PICKLING 25# | 12.85 | 64.25 | 0.79 | 34.50 | 34.94 |
| 12214 | 3 | CTN | GARLIC CHINESE 48/5PC VXR | 13.85 | 41.55 | 0.44 | 21.81 | 34.42 |
| 11402 | 1 | CTN | GRNS COLLARD 24 CT | 16.00 | 16.00 | 1.03 | 8.72 | 35.28 |
| 13102 | 1 | CTN | GRNS MUSTARD CURLY 24 CT | 14.00 | 14.00 | 0.90 | 7.60 | 35.19 |
| 12722 | 8 | CTN | LETTUCE CELLO 24 CT | 12.50 | 100.00 | 0.80 | 53.60 | 34.90 |
| 12710 | 1 | CTN | LETTUCE GREEN LEAF 24 CT | 11.85 | 11.85 | 0.76 | 6.39 | 35.03 |
| 12712 | 1 | CTN | LETTUCE RED LEAF 24 CT | 11.85 | 11.85 | 0.76 | 6.39 | 35.03 |
| 12715 | 1 | CTN | LETTUCE ROMAINE 24 CT | 11.85 | 11.85 | 0.76 | 6.39 | 35.03 |
| 12717 | 1 | CTN | LETTUCE ROMAINE HRTS 12/3 pk | 11.75 | 11.75 | 1.51 | 6.37 | 35.15 |
| 13001 | 1 | FLT | MUSH WHT WHL 12/8 OZ | 12.00 | 12.00 | 1.54 | 6.48 | 35.06 |
| 13031 | 1 | FLT | MUSH WHT SLC 12/8OZ | 12.00 | 12.00 | 1.54 | 6.48 | 35.06 |
| 12851 | 3 | CTN | NOPALES DICED 12/1# | 16.00 | 48.00 | 2.05 | 25.80 | 34.96 |
| 13302 | 1 | SK | ONION BOILER 25# | 22.50 | 22.50 | 1.38 | 12.00 | 34.78 |
| 13306 | 6 | CTN | ONION GREEN 48 CT ICELESS | 11.50 | 69.00 | 0.37 | 37.56 | 35.25 |
| 13363 | 6 | CTN | ONION GREEN MEXICAN 2 DOZ | 9.85 | 59.10 | 0.63 | 31.62 | 34.85 |
| 13332 | 1 | CTN | ONION RED JUMBO 40# SWEET | 14.00 | 14.00 | 0.54 | 7.60 | 35.19 |
| 13341 | 6 | SK | ONION WHITE MEDIUM 50# | 15.85 | 95.10 | 0.49 | 51.90 | 35.31 |

| TOTALS | | | | TOTAL | | PAYMENT TERMS | | |
|--------|--|--|--|-------|--|---------------|--|--|
| | | | | SALES TAX | | | | |
| | | | (Continued) | INVOICE TOTAL | | | | |

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.



C  mer: **58459**

40&/516-5100

**Ship To:**

MERCADO SUVIANDA #2 (SAN JOSE)        **MERCADO SUVIANDA #2 (SAN JOSE)**

272 E. SANTA CLARA ST        272 E. SANTA CLARA ST

SAN JOSE, CA 95113        SAN JOSE, CA 95113

    408/516-5100

Invoice #

**1791207**

Page:   **2**

**OK PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

| PURCHASE ORDER NUMBER | | ROUTE 004 | SALES REP 26 | SERVICE REP AMAG | OK ORDER NUMBER 1077313 | INVOICE DATE 06/14/08 | | | |
|---|---|---|---|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 13338 | 1 | BALE | ONION WHITE 16/3# | 19.75 | 19.75 | 1.90 | 10.65 | 35.03 |
| 15705 | 3 | BG * | ONION YELLOW MED 50# | 10.25 | 30.75 | 0.32 | 17.25 | 35.94 |
| 13409 | 1 | CTN | PARSLEY BUNCH 30 CT | 14.00 | 14.00 | 0.72 | 7.60 | 35.19 |
| 13411 | 1 | CTN | PARSLEY HYE 30 ct | 14.00 | 14.00 | 0.72 | 7.60 | 35.19 |
| 13741 | 1 | CTN * | PEPPER BELL GREEN LG 25# | 26.85 | 26.85 | 1.65 | 14.40 | 34.91 |
| 13730 | 2 | CTN * | PEPPER BELL RED 25# | 21.85 | 43.70 | 1.34 | 23.30 | 34.78 |
| 13722 | 2 | W/B * | PEPPER LONG GRN CHILE 25# | 17.85 | 35.70 | 1.14 | 19.02 | 34.76 |
| 13738 | 1 | W/B * | PEPPER CHILE YELLOW 32# | 15.85 | 15.85 | 0.76 | 8.47 | 34.83 |
| 13835 | 2 | CTN * | POTATO SWEET #1 | 29.00 | 58.00 | 1.12 | 31.60 | 35.27 |
| 13841 | 5 | BALE | POTATO WHITE #2 5/10# | 8.50 | 42.50 | 2.62 | 23.00 | 35.11 |
| 14401 | 1 | CTN * | SPINACH 24 CT | 13.00 | 13.00 | 0.83 | 6.92 | 34.74 |
| 14651 | 3 | CTN * | SQUASH CHAYOTE 50CT | 30.85 | 92.55 | 0.95 | 49.95 | 35.05 |
| 14612 | 5 | CTN * | SQUASH ITALIAN FCY #1 | 17.85 | 89.25 | 1.10 | 48.25 | 35.09 |
| 14635 | 8 | CTN * | SQUASH MEXICAN (GREY) | 15.85 | 126.80 | 1.02 | 69.04 | 35.25 |
| 14918 | 15 | CTN * | TOMATO LOOSE LARGE 25# | 14.50 | 217.50 | 0.89 | 116.25 | 34.83 |
| 14921 | 30 | CTN * | TOMATO ROMA 25# | 15.00 | 450.00 | 0.92 | 240.00 | 34.78 |
| 15201 | 2 | CTN * | YAM #1 40# | 29.00 | 58.00 | 1.12 | 31.60 | 35.27 |
| 20193 | 5 | CTN * | APPLE BRAEBURN "PREM" 80/88CT 40# | 28.00 | 140.00 | 1.08 | 76.00 | 35.19 |
| 20158 | 10 | CTN * | APPLE FUJI 80/88CT | 30.00 | 300.00 | 1.15 | 160.00 | 34.78 |
| 20228 | 1 | CTN * | APPLE VARIETY GALA WAXF 113CT | 27.00 | 27.00 | 1.09 | 14.42 | 34.81 |
| 20114 | 1 | CTN * | APPLE GOLD DEL"PREM" 80/88CT | 33.00 | 33.00 | 1.27 | 17.80 | 35.04 |
| 20157 | 1 | CTN * | APPLE GRNYSMTH PREM 80/88 CT | 31.00 | 31.00 | 1.19 | 16.60 | 34.87 |
| 20143 | 1 | CTN * | APPLE RED DEL "PREM" 72/80CT 40# | 30.00 | 30.00 | 1.15 | 16.00 | 34.78 |
| 20303 | 1 | CTN | APRICOT VF 8's/LGR 24# | 21.25 | 21.25 | 1.36 | 11.39 | 34.90 |
| 20439 | 5 | CTN * | AVOCADO HASS PREC 60CT | 37.85 | 189.25 | 0.97 | 101.75 | 34.97 |
| 20509 | 30 | CTN * | BANANA 3 CLR "CHIQUITA" | 22.50 | 675.00 | 0.87 | 369.00 | 35.34 |
| 20540 | 5 | CTN * | BANANA BABY (DOMINICO)15# | 11.85 | 59.25 | 1.22 | 32.25 | 35.25 |
| 20507 | 1 | CTN * | BANANA BURRO "COLOR" 40# | 12.25 | 12.25 | 0.47 | 6.55 | 34.84 |
| 20545 | 1 | CTN * | BANANA MACHO PLANTAIN 48# | 26.00 | 26.00 | 0.83 | 13.84 | 34.74 |
| 20544 | 1 | CTN * | BANANA MACHO (COLOR) 48# | 26.50 | 26.50 | 0.85 | 14.30 | 35.05 |
| 21130 | 7 | CTN * | GRAPES GREEN SDLS 18# | 16.50 | 115.50 | 1.41 | 62.16 | 34.99 |
| 21129 | 3 | CTN * | GRAPES RED SLDS 18# | 18.85 | 56.55 | 1.61 | 30.39 | 34.96 |
| 21204 | 1 | CTN | KIWI FRUIT TRI-LYR 99 CT | 16.50 | 16.50 | 1.02 | 9.00 | 35.29 |

| TOTALS | | | | TOTAL | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | **(Continued)** | SALES TAX | | | PAYMENT TERMS | |
| | | | | INVOICE TOTAL | | | | |

DATE

CUSTOMER SIGNATURE

PRINT NAME

DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #:  47884    CDFA #:  A6504

The perishable agricultural commodities listed on this invoice are        The seller of these commodities retains a trust claim over these commodities, all
sold subject to the statutory trust authorized by section 5(c) of the        inventories of food or other products derived from these commodities, and any receivable
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).        or proceeds from the sale of these commodities until full payment is received.



This invoice is printed on recycled paper.

**OK PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

Customer: 58455

/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
    408/516-5100

**Ship To:**

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1791207**
Page:    3

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| | 004 | 26 | AMAG | 1077313 | 06/14/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 21302 | 2 | CTN * | LEMONS CHOICE 115 CT | 38.75 | 77.50 | 0.52 | 42.10 | 35.20 |
| 21508 | 40 | CTN * | MANGO ATAULFO 20 CT | 6.50 | 260.00 | 0.50 | 140.00 | 35.00 |
| 21502 | 60 | FLT * | MANGO TOMMY 12 CT | 4.90 | 294.00 | 0.63 | 159.60 | 35.19 |
| 21608 | 30 | CTN * | MELON CANTALOUPE 9CT 35# | 8.50 | 255.00 | 0.37 | 133.50 | 34.36 |
| 21625 | 2 | BIN * | MELON WTRMLN BIN 700# | 145.00 | 290.00 | 0.32 | 158.00 | 35.27 |
| 21630 | 3 | BIN * | MELON WTRMLN SDLS BIN 700LB | 140.00 | 420.00 | 0.31 | 231.00 | 35.48 |
| 21912 | 5 | CTN * | NECTARINE YLW 64 VF 25# | 15.75 | 78.75 | 0.97 | 42.50 | 35.05 |
| 22109 | 18 | CTN * | PAPAYA MARADOL "PREMIUM" 33# | 19.00 | 342.00 | 0.89 | 186.66 | 35.31 |
| 22215 | 10 | CTN * | PEACH YLW 56 VF 25# | 15.75 | 157.50 | 0.97 | 85.00 | 35.05 |
| 22326 | 1 | CTN * | PEAR ASIAN 12/14 Ct | 12.00 | 12.00 | 1.85 | 6.50 | 35.14 |
| 22327 | 0 | CTN * | PEAR BOSC CHILEAN 70/80CT 40# | 38.00 | 0.00 | 1.46 | 0.00 | |
| 22518 | 15 | CTN * | PINEAPPLE GOLD 8CT | 13.25 | 198.75 | 2.55 | 107.25 | 35.05 |
| 22612 | 2 | CTN * | PLUM BLACK 50/55 VF 28# | 26.00 | 52.00 | 1.43 | 28.08 | 35.06 |
| 14240 | 1 | CTN | SALAD AMERICAN 6/12 OZ | 10.50 | 10.50 | 2.69 | 5.64 | 34.94 |
| 14128 | 1 | CTN | SALAD CRSP ROM GRDN 12/12oz | 13.75 | 13.75 | 1.76 | 7.37 | 34.90 |
| 14235 | 1 | CTN | SALAD ITALIAN 6/10 OZ | 10.50 | 10.50 | 2.69 | 5.64 | 34.94 |
| 14225 | 1 | CTN | SALAD KIT ASIAN SUPRM 6/13.9OZ | 15.00 | 15.00 | 3.85 | 8.10 | 35.06 |
| 14205 | 1 | CTN | SALAD KIT BLT CAESAR 6/10.5 OZ | 15.00 | 15.00 | 3.85 | 8.10 | 35.06 |
| 14230 | 1 | CTN | SALAD MIX 18/12 oz | 11.75 | 11.75 | 1.00 | 6.25 | 34.72 |
| 14410 | 1 | CTN | SALAD SPINACH F/E 12/9 OZ | 15.50 | 15.50 | 1.99 | 8.38 | 35.09 |
| 14605 | 1 | CTN | SQUASH OPO 40# | 28.75 | 28.75 | 1.11 | 15.65 | 35.25 |

791207    58459    MERCADO SUVIANDA #2

Pulp temp.

TIME LEAVING    AM / PM

| TOTALS | 450 | | | | |
|---|---|---|---|---|---|

| TOTAL | 7193.80 |
|---|---|
| SALES TAX | 0.00 |
| INVOICE TOTAL | **$7193.80** |

PAYMENT TERMS
**Net 21 Days**

**JAMBA JUICE & SMOOTHIES ARE HERE! CONTACT YOUR SALES REP TO GET ALL 6 VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivable of proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.

**OK PRODUCE**

Invoice #
**1791378**
Page: 1

Customer: **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

**Ship To:**
**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| | 017 | 26 | CMAR | 1077492 | 06/16/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 12841 | 1 | CTN | ALOE VERA LEAVES 25# | 21.25 | 21.25 | 1.31 | 11.50 | 35.11 |
| 10306 | 1 | CTN | BEAN GREEN 30# | 34.85 | 34.85 | 1.79 | 18.85 | 35.10 |
| 10403 | 1 | CTN | BEET W-TOPS 12 CT | 14.50 | 14.50 | 1.86 | 7.82 | 35.04 |
| 10804 | 2 | CTN | CABBAGE GREEN CELLO 45# | 14.85 | 29.70 | 0.51 | 16.20 | 35.29 |
| 12838 | 2 | CTN | CACTUS LEAF 35# W/B | 11.00 | 22.00 | 0.45 | 12.20 | 35.67 |
| 10932 | 1 | CTN | CARROT GF CTN 50# | 13.25 | 13.25 | 0.41 | 7.25 | 35.37 |
| 11102 | 1 | CTN | CELERY 24 CT | 27.25 | 27.25 | 1.75 | 14.75 | 35.12 |
| 11303 | 4 | CTN | CILANTRO 60 CT | 12.85 | 51.40 | 0.33 | 27.80 | 35.10 |
| 11619 | 3 | BSHL | CUCUMBER SELECT 84 CT | 26.75 | 80.25 | 0.49 | 43.23 | 35.01 |
| 11606 | 2 | CTN | CUCUMBER PICKLING 25# | 12.85 | 25.70 | 0.79 | 13.80 | 34.94 |
| 12214 | 2 | CTN | GARLIC CHINESE 48/5PC VXR | 13.85 | 27.70 | 0.44 | 14.54 | 34.42 |
| 12722 | 8 | CTN | LETTUCE CELLO 24 CT | 13.75 | 110.00 | 0.88 | 58.96 | 34.90 |
| 12710 | 1 | CTN | LETTUCE GREEN LEAF 24 CT | 11.85 | 11.85 | 0.76 | 6.39 | 35.03 |
| 12712 | 1 | CTN | LETTUCE RED LEAF 24 CT | 11.85 | 11.85 | 0.76 | 6.39 | 35.03 |
| 12715 | 1 | CTN | LETTUCE ROMAINE 24 CT | 11.85 | 11.85 | 0.76 | 6.39 | 35.03 |
| 12717 | 1 | CTN | LETTUCE ROMAINE HRTS 12/3 pk | 15.25 | 15.25 | 1.96 | 8.27 | 35.16 |
| 13001 | 1 | FLT | MUSH WHT WHL 12/8 OZ | 14.00 | 14.00 | 1.79 | 7.48 | 34.82 |
| 13031 | 1 | FLT | MUSH WHT SLC 12/8OZ | 14.50 | 14.50 | 1.86 | 7.82 | 35.04 |
| 13306 | 5 | CTN | ONION GREEN 48 CT ICELESS | 11.85 | 59.25 | 0.38 | 31.95 | 35.03 |
| 13332 | 1 | CTN | ONION RED JUMBO 40# SWEET | 16.85 | 16.85 | 0.65 | 9.15 | 35.19 |
| 13334 | 1 | SK | ONION RED 16/3# | 19.00 | 19.00 | 1.83 | 10.28 | 35.11 |
| 13341 | 5 | SK | ONION WHITE MEDIUM 50# | 17.00 | 85.00 | 0.52 | 45.00 | 34.62 |
| 13338 | 1 | BALE | ONION WHITE 16/3# | 19.75 | 19.75 | 1.90 | 10.65 | 35.03 |
| 15705 | 5 | BG | ONION YELLOW MED 50# | 10.25 | 51.25 | 0.32 | 28.75 | 35.94 |
| 13344 | 1 | BALE | ONION YELLOW 16/3# | 15.25 | 15.25 | 1.47 | 8.27 | 35.16 |
| 13741 | 2 | CTN | PEPPER BELL GREEN LG 25# | 26.85 | 53.70 | 1.65 | 28.80 | 34.91 |
| 13807 | 1 | CTN | POTATO RED "A" 50# | 17.85 | 17.85 | 0.55 | 9.65 | 35.09 |
| 13840 | 2 | CTN | POTATO WHITE ROSE #1 50# | 19.00 | 38.00 | 0.58 | 20.00 | 34.48 |
| 13841 | 5 | BALE | POTATO WHITE #2 5/10# | 8.50 | 42.50 | 2.62 | 23.00 | 35.11 |
| 14401 | 1 | CTN | SPINACH 24 CT | 13.00 | 13.00 | 0.83 | 6.92 | 34.74 |
| 14651 | 1 | CTN | SQUASH CHAYOTE 50CT | 30.85 | 30.85 | 0.95 | 16.65 | 35.05 |
| 14612 | 3 | CTN | SQUASH ITALIAN FCY #1 | 17.85 | 53.55 | 1.10 | 28.95 | 35.09 |
| 14635 | 6 | CTN | SQUASH MEXICAN (GREY) | 15.85 | 95.10 | 1.02 | 51.78 | 35.25 |

| TOTALS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|

| TOTAL | |
|---|---|
| SALES TAX | |
| INVOICE TOTAL | |

**PAYMENT TERMS**

**(Continued)**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
or proceeds from the sale of these commodities until full payment is received.



This invoice is printed on recycled paper.



**OK PRODUCE**

Customer: **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

Ship To:
**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1791378**
Page:    2

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

| PURCHASE ORDER NUMBER | ROUTE 017 | SALES REP 26 | SERVICE REP CMAR | OK ORDER NUMBER 1077492 | | | | INVOICE DATE 06/16/08 | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ITEM # | QTY | PACK/SIZE | DESCRIPTION | | UNIT PRICE | EXTENSION | RET. PRICE | RET. PROFIT | RET GP% |
| 14918 | 10 | CTN * | TOMATO LOOSE LARGE 25# | | 14.50 | 145.00 | 0.89 | 77.50 | 34.83 |
| 14921 | 30 | CTN * | TOMATO ROMA 25# | | 15.00 | 450.00 | 0.98 | 285.00 | 38.78 |
| 15208 | 1 | CTN | YAM JBO 40# | | 21.25 | 21.25 | 0.82 | 11.55 | 35.21 |
| 20193 | 3 | CTN * | APPLE BRAEBURN "PREM" 80/88CT 40# | | 30.00 | 90.00 | 1.15 | 48.00 | 34.78 |
| 20158 | 2 | CTN | APPLE FUJI 80/88CT | | 30.00 | 60.00 | 1.15 | 32.00 | 34.78 |
| 20113 | 2 | CTN | APPLE GALA CHILEAN 80/90 CT | | 34.00 | 68.00 | 1.31 | 36.80 | 35.11 |
| 20143 | 3 | CTN * | APPLE RED DEL "PREM" 72/80CT 40# | | 30.00 | 90.00 | 1.15 | 48.00 | 34.78 |
| 20303 | 2 | CTN * | APRICOT VF 8's/LGR 24# | | 21.25 | 42.50 | 1.36 | 22.78 | 34.90 |
| 20439 | 15 | CTN * | AVOCADO HASS PREC 60CT | | 37.85 | 567.75 | 0.97 | 305.25 | 34.97 |
| 20509 | 30 | CTN * | BANANA 3 CLR "CHIQUITA" | | 22.50 | 675.00 | 0.87 | 369.00 | 35.34 |
| 20540 | 3 | CTN * | BANANA BABY (DOMINICO)15# | | 12.85 | 38.55 | 1.32 | 20.85 | 35.10 |
| 21005 | 1 | CTN | GRAPEFRUIT PINK 10/5# | | 17.75 | 17.75 | 2.73 | 9.55 | 34.98 |
| 21010 | 1 | CTN | GRAPEFRUIT 40 CT | | 14.00 | 14.00 | 0.54 | 7.60 | 35.19 |
| 21302 | 1 | CTN * | LEMONS CHOICE 115 CT | | 38.75 | 38.75 | 0.52 | 21.05 | 35.20 |
| 21410 | 5 | CTN * | LIME KEY 17/2# | | 15.00 | 75.00 | 1.36 | 40.60 | 35.12 |
| 21508 | 20 | CTN * | MANGO ATAULFO 20 CT | | 6.50 | 130.00 | 0.50 | 70.00 | 35.00 |
| 21502 | 50 | FLT * | MANGO TOMMY 12 CT | | 5.50 | 275.00 | 0.71 | 151.00 | 35.45 |
| 21608 | 15 | CTN * | MELON CANTALOUPE 9CT 35# | | 8.50 | 127.50 | 0.40 | 82.50 | 39.29 |
| 21625 | 2 | BIN * | MELON WTRMLN BIN 700# | | 145.00 | 290.00 | 0.32 | 158.00 | 35.27 |
| 21630 | 2 | BIN * | MELON WTRMLN SDLS BIN 700LB | | 145.00 | 290.00 | 0.32 | 158.00 | 35.27 |
| 21912 | 10 | CTN * | NECTARINE YLW 64 VF 25# | | 15.75 | 157.50 | 1.16 | 132.50 | 45.69 |
| 22109 | 10 | CTN * | PAPAYA MARADOL "PREMIUM" 33# | | 19.25 | 192.50 | 0.90 | 104.50 | 35.19 |
| 22215 | 10 | CTN * | PEACH YLW 56 VF 25# | | 15.75 | 157.50 | 1.00 | 92.50 | 37.00 |
| 22612 | 2 | CTN * | PLUM BLACK 50/55 VF 28# | | 26.00 | 52.00 | 1.43 | 28.08 | 35.06 |
| 14205 | 1 | CTN | SALAD KIT BLT CAESAR 6/10.5 OZ | | 15.00 | 15.00 | 3.85 | 8.10 | 35.06 |
| 14224 | 1 | CTN | SALAD KIT SALSA ENSALADA 6/14OZ | | 15.00 | 15.00 | 3.85 | 8.10 | 35.06 |
| 40406 | 3 | SK | BEAN PINTO 50# | | 29.50 | 88.50 | 0.91 | 48.00 | 35.16 |
| 40422 | 2 | SK | BEAN PERUANO 50# | | 43.75 | 87.50 | 1.35 | 47.50 | 35.19 |
| TOTALS | 311 | | | | TOTAL | 5419.60 | | | |
| | | | | | SALES TAX | 0.00 | | PAYMENT TERMS | |
| | | | | | INVOICE TOTAL | **$5419.60** | | Net 21 Days | |

91365  58459  MERCADO SUVIANDA #2
Poly/temp/v

91378  58459  MERCADO SUVIANDA #2
Poly/temp/v

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivable of proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.

**OK PRODUCE**

Invoice #
**1791540**
Page: 1

Customer: 58453
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

**Ship To:**
**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

| PURCHASE ORDER NUMBER | ROUTE 017 | SALES REP 26 | SERVICE REP AMAG | OK ORDER NUMBER 1077690 | | INVOICE DATE 06/17/08 |
|---|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 10306 | 1 | CTN * | BEAN GREEN 30# | 34.85 | 34.85 | 1.79 | 18.85 | 35.10 |
| 10602 | 2 | CTN * | BROCCOLI 18 CT | 11.25 | 22.50 | 0.96 | 12.06 | 34.90 |
| 10604 | 2 | CTN * | BROCCOLI CROWN 20# | 12.50 | 25.00 | 0.96 | 13.40 | 34.90 |
| 10804 | 2 | CTN * | CABBAGE GREEN CELLO 45# | 14.85 | 29.70 | 0.51 | 16.20 | 35.29 |
| 12838 | 2 | CTN * | CACTUS LEAF 35# W/B | 10.75 | 21.50 | 0.44 | 11.94 | 35.71 |
| 10932 | 1 | CTN * | CARROT GF CTN 50# | 13.25 | 13.25 | 0.41 | 7.25 | 35.37 |
| 11205 | 1 | CTN | CHARD SWISS 12CT | 12.25 | 12.25 | 1.57 | 6.59 | 34.98 |
| 11303 | 4 | CTN * | CILANTRO 60 CT | 12.85 | 51.40 | 0.29 | 18.20 | 26.15 |
| 11607 | 2 | BSHL * | CUCUMBER S/S 72 CT | 28.75 | 57.50 | 0.61 | 30.34 | 34.54 |
| 11606 | 2 | CTN * | CUCUMBER PICKLING 25# | 12.35 | 24.70 | 0.76 | 13.30 | 35.00 |
| 12214 | 2 | CTN * | GARLIC CHINESE 48/5PC VXR | 13.85 | 27.70 | 0.41 | 11.66 | 29.62 |
| 12302 | 1 | CTN | GINGER ROOT 30# | 25.00 | 25.00 | 1.28 | 13.40 | 34.90 |
| 12503 | 2 | CTN * | JICAMA 40# | 13.00 | 26.00 | 0.50 | 14.00 | 35.00 |
| 12722 | 4 | CTN * | LETTUCE CELLO 24 CT | 14.85 | 59.40 | 0.80 | 17.40 | 22.66 |
| 40550 | 1 | CTN * | NAGAIMO "CAMOTE DE CERRO" 22 LB | 64.00 | 64.00 | 4.48 | 34.56 | 35.06 |
| 13306 | 3 | CTN * | ONION GREEN 48 CT ICELESS | 12.25 | 36.75 | 0.51 | 16.53 | 31.02 |
| 13341 | 5 | SK * | ONION WHITE MEDIUM 50# | 16.50 | 82.50 | 0.51 | 45.00 | 35.29 |
| 15705 | 5 | BG * | ONION YELLOW MED 50# | 9.75 | 48.75 | 0.30 | 26.25 | 35.00 |
| 13741 | 2 | CTN * | PEPPER BELL GREEN LG 25# | 26.85 | 53.70 | 1.65 | 28.80 | 34.91 |
| 13722 | 0 | W/B * | PEPPER LONG GRN CHILE 25# | 16.75 | 0.00 | 1.07 | 0.00 | |
| 13738 | 1 | W/B * | PEPPER CHILE YELLOW 32# | 13.75 | 13.75 | 0.66 | 7.37 | 34.90 |
| 14703 | 1 | CTN | TARO ROOT SMALL 30# | 18.00 | 18.00 | 0.92 | 9.60 | 34.78 |
| 14809 | 1 | CTN * | TOMATILLO MILPERO 10/1# | 15.50 | 15.50 | 2.38 | 8.30 | 34.87 |
| 14921 | 25 | CTN * | TOMATO ROMA 25# | 13.50 | 337.50 | 0.92 | 237.50 | 41.30 |
| 15208 | 1 | CTN * | YAM JBO 40# | 21.25 | 21.25 | 0.82 | 11.55 | 35.21 |
| 12825 | 1 | CTN * | YUCCA ROOT 40# | 38.75 | 38.75 | 1.49 | 20.85 | 34.98 |
| 20158 | 5 | CTN * | APPLE FUJI 80/88CT | 30.00 | 150.00 | 1.15 | 80.00 | 34.78 |
| 20303 | 1 | CTN * | APRICOT VF 8's/LGR 24# | 21.25 | 21.25 | 1.36 | 11.39 | 34.90 |
| 20509 | 16 | CTN * | BANANA 3 CLR "CHIQUITA" | 22.50 | 360.00 | 0.87 | 196.80 | 35.34 |
| 20510 | 14 | CTN * | BANANA 4 CLR "CHIQUITA" | 22.50 | 315.00 | 0.87 | 172.20 | 35.34 |
| 20563 | 0 | CTN * | BANANA LEAVES 25# | 26.85 | 0.00 | 1.65 | 0.00 | |
| 20526 | 0 | CTN * | BANANA MANZANO 20# | 19.50 | 0.00 | 1.50 | 0.00 | |
| 21130 | 2 | CTN * | GRAPES GREEN SDLS 18# | 16.50 | 33.00 | 1.52 | 21.72 | 39.69 |

| TOTALS | | | | | | | |
|---|---|---|---|---|---|---|---|

**(Continued)**

| TOTAL | |
|---|---|
| SALES TAX | |
| INVOICE TOTAL | |

PAYMENT TERMS

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    COFA #: A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.


This invoice is printed on recycled paper.

Customer: 58459
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

**Ship To:**
MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1791540**
Page    2

PO Box 2308 - 1762 G Street
Fresno, CA 93745-2308
(559) 495-8900
www.okproduce.com

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RETURN PRICE | RET EXT |
|--------|-----|-----------|-------------|-----------|-----------|-----------|-------------|---------|
| 21129 | 2 | CTN | GRAPES RED SDLS 18# | 18.85 | 37.70 | 1.52 | 17.02 | 31.10 |
| 21302 | 1 | CTN | LEMONS CHOICE 140 CT | 38.75 | 38.75 | 0.52 | 21.05 | 35.20 |
| 21608 | 10 | CTN | MELON CANTALOUPE 9CT 35# | 9.00 | 90.00 | 0.40 | 50.00 | 55.71 |
| 22024 | 10 | CTN | ORANGES NAVEL WATE 48/56CL 38# | 17.50 | 175.00 | 0.71 | 94.80 | 85.79 |
| 22518 | 5 | CTN | PINEAPPLE GOLD 8CT | 12.50 | 62.50 | 2.40 | 33.50 | 84.50 |
| 22612 | 1 | CTN | PLUM BLACK 50/55 VC 28# | 26.00 | 26.00 | 1.35 | 12.08 | 31.72 |

1791540    58459    MERCADO SUVIANDA #2
Pulp temp

| | TOTAL | 2470.40 | | |
|---|-------|---------|---|---|
| TOTALS 141 | SALES TAX | 0.00 | PAYMENT TERMS | |
| | INVOICE TOTAL | **$2470.40** | Net 21 Days | |

**JAMBA JUICE & SMOOTHIES ARE HERE! CONTACT YOUR SALES REP TO GET ALL 6 VARIETIES IN YOUR STORE.**

DATE _____

CUSTOMER SIGNATURE _____

PRINT NAME _____

DRIVER SIGNATURE _____

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47804    COFA #: A6504

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivable of proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper. 



**CK PRODUCE**

Customer: **58459**
4...516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
  408/516-5100

**Ship To:**
**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1791714**
Page:  1

P.O. Box 12838 – 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
**www.okproduce.com**

THIS IS A CREDIT MEMO

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| 747857 | | 26 | PTSY | 1790879 | 06/17/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 13338 | | BALE | ONION WHITE 16/3#.. | 19.75 | -19.75 | 0.00 | | |

| TOTALS | -1 | | | | | | | |

| | |
|---|---|
| TOTAL | -19.75 |
| SALES TAX | 0.00 |
| INVOICE TOTAL | **$-19.75** |

PAYMENT TERMS
**Net 21 Days**

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #:  47884    CDFA #:  A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

This Invoice is printed on recycled paper.

OK PRODUCE

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

Invoice #
**1791863**
Page:    1

Customer:  58455
4...516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
    408/516-5100

**Ship To:**

**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

| PURCHASE ORDER NUMBER | | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | | | INVOICE DATE | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 017 | 26 | CMAR | 1077840 | | | 06/18/08 | | |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 10804 | 6 | CTN * | CABBAGE GREEN CELLO 45# | 14.85 | 89.10 | 0.51 | 48.60 | 35.29 |
| 10807 | 1 | CTN | CABBAGE NAPPA 30# | 14.85 | 14.85 | 0.76 | 7.95 | 34.87 |
| 10810 | 1 | CTN | CABBAGE RED 45# | 19.00 | 19.00 | 0.65 | 10.25 | 35.04 |
| 12838 | 6 | CTN | CACTUS LEAF 35# W/B | 10.75 | 64.50 | 0.44 | 35.82 | 35.71 |
| 11004 | 3 | CTN | CAULIFLOWER 12 CT | 22.00 | 66.00 | 2.82 | 35.52 | 34.99 |
| 11205 | 1 | CTN | CHARD SWISS 12CT | 12.25 | 12.25 | 1.57 | 6.59 | 34.98 |
| 11508 | 10 | CTN | CORN WHITE 48 CT | 16.75 | 167.50 | 0.54 | 91.70 | 35.38 |
| 11607 | 3 | BSHL | CUCUMBER S/S 72 CT | 28.75 | 86.25 | 0.61 | 45.51 | 34.54 |
| 11606 | 2 | CTN | CUCUMBER PICKLING 25# | 12.35 | 24.70 | 0.76 | 13.30 | 35.00 |
| 11903 | 1 | CTN | EGGPLANT 24 CT | 27.85 | 27.85 | 1.79 | 15.11 | 35.17 |
| 12503 | 2 | CTN | JICAMA 40# | 13.00 | 26.00 | 0.50 | 14.00 | 35.00 |
| 12902 | 1 | CTN | MANN'S BROC/STIR FRY 6/1# | 12.50 | 12.50 | 3.21 | 6.76 | 35.10 |
| 12821 | 1 | CTN | MANN'S BROC/VEG MDLY 6/1# | 12.00 | 12.00 | 3.08 | 6.48 | 35.06 |
| 10615 | 2 | CTN | MANN'S BROC/WOKLY 6/1# | 10.75 | 21.50 | 2.76 | 11.62 | 35.08 |
| 13001 | 1 | FLT | MUSH WHT WHL 12/8 OZ | 14.00 | 14.00 | 1.79 | 7.48 | 34.82 |
| 13031 | 1 | FLT | MUSH WHT SLC 12/8OZ | 14.50 | 14.50 | 1.86 | 7.82 | 35.04 |
| 13341 | 5 | SK * | ONION WHITE MEDIUM 50# | 16.50 | 82.50 | 0.51 | 45.00 | 35.29 |
| 15705 | 5 | BG * | ONION YELLOW MED 50# | 9.75 | 48.75 | 0.30 | 26.25 | 35.00 |
| 13761 | 1 | CTN | PEPPER BELL ORANGE 25# | 26.75 | 26.75 | 1.65 | 14.50 | 35.15 |
| 13730 | 1 | CTN | PEPPER BELL RED 25# | 21.85 | 21.85 | 1.34 | 11.65 | 34.78 |
| 13702 | 1 | CTN | PEPPER HABANERO 5# | 23.00 | 23.00 | 7.08 | 12.40 | 35.03 |
| 13733 | 5 | W/B * | PEPPER SERRANO CHILE W/B | 25.00 | 125.00 | 1.01 | 66.90 | 34.86 |
| 13807 | 1 | CTN | POTATO RED "A" 50# | 17.85 | 17.85 | 0.55 | 9.65 | 35.09 |
| 13815 | 5 | BALE | POTATO RUSSET 10/5# | 12.50 | 62.50 | 1.92 | 33.50 | 34.90 |
| 13840 | 10 | CTN | POTATO WHITE ROSE #1 50# | 16.85 | 168.50 | 0.52 | 91.50 | 35.19 |
| 14008 | 1 | CTN | RADISH W-TOPS 48 CT | 12.75 | 12.75 | 0.41 | 6.93 | 35.21 |
| 14401 | 1 | CTN | SPINACH 24 CT | 13.00 | 13.00 | 0.83 | 6.92 | 34.74 |
| 14651 | 2 | CTN | SQUASH CHAYOTE 50CT | 30.85 | 61.70 | 0.95 | 33.30 | 35.05 |
| 14612 | 2 | CTN | SQUASH ITALIAN FCY #1 | 16.85 | 33.70 | 1.04 | 18.30 | 35.19 |
| 14635 | 4 | CTN | SQUASH MEXICAN (GREY) | 14.85 | 59.40 | 0.95 | 31.80 | 34.87 |
| 14921 | 10 | CTN | TOMATO ROMA 25# | 13.50 | 135.00 | 0.83 | 72.50 | 34.94 |
| 20158 | 3 | CTN | APPLE FUJI 80/88CT | 30.00 | 90.00 | 1.15 | 48.00 | 34.78 |
| 20228 | 1 | CTN * | APPLE VARIETY GALA WAXF 113CT | 27.00 | 27.00 | 1.09 | 14.42 | 34.81 |

| TOTALS | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | **(Continued)** | TOTAL | | | |
| | | | | SALES TAX | | PAYMENT TERMS | |
| | | | | INVOICE TOTAL | | | |

DATE

CUSTOMER SIGNATURE

PRINT NAME

DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #:  47884    CDFA #:  A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
or proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.

**OK PRODUCE**

Customer: **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

**Ship To:**

**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1791863**
Page: 2

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

| PURCHASE ORDER NUMBER | ROUTE 017 | SALES REP 26 | SERVICE REP CMAR | OK ORDER NUMBER 1077840 | INVOICE DATE 06/18/08 |
|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 20114 | 1 | CTN * | APPLE GOLD DEL"PREM" 80/88CT | 33.00 | 33.00 | 1.27 | 17.80 | 35.04 |
| 20157 | 1 | CTN * | APPLE GRNYSMTH PREM 80/88 CT | 31.00 | 31.00 | 1.19 | 16.60 | 34.87 |
| 20143 | 1 | CTN * | APPLE RED DEL "PREM" 72/80CT 40# | 30.00 | 30.00 | 1.15 | 16.00 | 34.78 |
| 20303 | 1 | CTN | APRICOT VF 8's/LGR 24# | 21.25 | 21.25 | 1.36 | 11.39 | 34.90 |
| 20439 | 10 | CTN * | AVOCADO HASS PREC 60CT | 38.85 | 388.50 | 1.00 | 211.50 | 35.25 |
| 22809 | 50 | CTN * | BERRY STRWBRY LTD ED 8/1# | 10.50 | 525.00 | 2.02 | 283.00 | 35.02 |
| 21130 | 2 | CTN * | GRAPES GREEN SDLS 18# | 16.50 | 33.00 | 1.41 | 17.76 | 34.99 |
| 21129 | 2 | CTN * | GRAPES RED SLDS 18# | 18.85 | 37.70 | 1.61 | 20.26 | 34.96 |
| 21508 | 20 | CTN * | MANGO ATAULFO 20 CT | 6.50 | 130.00 | 0.50 | 70.00 | 35.00 |
| 21502 | 60 | FLT * | MANGO TOMMY 12 CT | 4.90 | 294.00 | 0.63 | 159.60 | 35.19 |
| 21608 | 5 | CTN * | MELON CANTALOUPE 9CT 35# | 9.00 | 45.00 | 0.40 | 25.00 | 35.71 |
| 21625 | 1 | BIN | MELON WTRMLN BIN 700# | 145.00 | 145.00 | 0.32 | 79.00 | 35.27 |
| 21630 | 1 | BIN | MELON WTRMLN SDLS BIN 700LB | 145.00 | 145.00 | 0.32 | 79.00 | 35.27 |
| 22518 | 30 | CTN * | PINEAPPLE GOLD 8CT | 12.50 | 375.00 | 2.40 | 201.00 | 34.90 |
| 22612 | 1 | CTN * | PLUM BLACK 50/55 VF 28# | 26.00 | 26.00 | 1.43 | 14.04 | 35.06 |
| 12710 | 2 | CTN | LETTUCE GREEN LEAF 24 CT | 11.85 | 23.70 | 0.76 | 12.78 | 35.03 |
| 12712 | 2 | CTN | LETTUCE RED LEAF 24 CT | 11.85 | 23.70 | 0.76 | 12.78 | 35.03 |
| 12715 | 2 | CTN | LETTUCE ROMAINE 24 CT | 11.85 | 23.70 | 0.76 | 12.78 | 35.03 |
| 21906 | 8 | CTN | NECTARINE YLW 54/56 TP 20# | 16.85 | 134.80 | 1.44 | 72.56 | 34.99 |
| 22215 | 32 | CTN | PEACH YLW 56 VF 25# | 16.85 | 539.20 | 1.04 | 292.80 | 35.19 |
| 20509 | 20 | CTN * | BANANA 3 CLR "CHIQUITA" | 22.50 | 450.00 | 0.87 | 246.00 | 35.34 |
| 14905 | 24 | FLT | TOMATO 5X5 2-LAYER | 10.75 | 258.00 | 0.83 | 140.40 | 35.24 |

| TOTALS | 376 |
|---|---|

| TOTAL | 5394.30 |
|---|---|
| SALES TAX | 0.00 |
| INVOICE TOTAL | **$5394.30** |

PAYMENT TERMS
**Net 21 Days**

| 1791863 | 58459 | MERCADO SUVIANDA #2 | | 10 | 95 MARCOS-AG |
|---|---|---|---|---|---|
| | Pulp temp. | | | | |

CDFA #: A6504

DRIVER SIGNATURE

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivable of proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.

**OK PRODUCE**

Customer: **58455**
./516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

**Ship To:**

**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1792100**
Page: 1

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

**THIS IS A CREDIT MEMO**

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| 746178 | | 26 | PTSY | 1791378 | 06/18/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 21625 | | BIN | MELON WTRMLN BIN 700# | 145.00 | -290.00 | 0.00 | | |
| 21630 | | BIN | MELON WTRMLN SDLS BIN 700LB | 145.00 | -290.00 | 0.00 | | |

| TOTALS | -4 | | | | | | | |

| | |
|---|---|
| TOTAL | -580.00 |
| SALES TAX | 0.00 |
| INVOICE TOTAL | $-580.00 |

**PAYMENT TERMS**

**Net 21 Days**

**JAMBA JUICE & SMOOTHIES ARE HERE! CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

_____    DATE

_____    CUSTOMER SIGNATURE

_____    PRINT NAME

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

_____    DRIVER SIGNATURE



This invoice is printed on recycled paper.

Invoice #
**1792085**
Page: 1

Customer: **58455**
4C...516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
  408/516-5100

**Ship To:**

**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

| PURCHASE ORDER NUMBER | ROUTE 004 | SALES REP 26 | SERVICE REP AMAG | OK ORDER NUMBER 1077987 | | | INVOICE DATE 06/19/08 | |
|---|---|---|---|---|---|---|---|---|

| ITEM# | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 12841 | 1 | CTN | ALOE VERA LEAVES 25# | 21.25 | 21.25 | 1.31 | 11.50 | 35.11 |
| 10505 | 1 | CTN | BOK CHOY BABY 30# | 16.75 | 16.75 | 0.86 | 9.05 | 35.08 |
| 10604 | 3 | CTN | BROCCOLI CROWN 20# | 12.50 | 37.50 | 0.96 | 20.10 | 34.90 |
| 10804 | 3 | CTN | CABBAGE GREEN CELLO 45# | 14.85 | 44.55 | 0.51 | 24.30 | 35.29 |
| 10932 | 1 | CTN | CARROT GF CTN 50# | 13.25 | 13.25 | 0.41 | 7.25 | 35.37 |
| 10927 | 1 | BALE | CARROT TABLE 24/2# | 13.50 | 13.50 | 0.87 | 7.38 | 35.34 |
| 11004 | 4 | CTN | CAULIFLOWER 12 CT | 22.00 | 88.00 | 2.82 | 47.36 | 34.99 |
| 11102 | 1 | CTN | CELERY 24 CT | 25.85 | 25.85 | 1.66 | 13.99 | 35.12 |
| 11303 | 4 | CTN | CILANTRO 60 CT | 12.85 | 51.40 | 0.33 | 27.80 | 35.10 |
| 11607 | 2 | BSHL | CUCUMBER S/S 72 CT | 28.75 | 57.50 | 0.61 | 30.34 | 34.54 |
| 11606 | 2 | CTN | CUCUMBER PICKLING 25# | 12.35 | 24.70 | 0.76 | 13.30 | 35.00 |
| 12424 | 3 | CTN | HERB BUNCH MINT 6 CT | 4.50 | 13.50 | 6.92 | 7.26 | 34.97 |
| 12722 | 6 | CTN | LETTUCE CELLO 24 CT | 14.85 | 89.10 | 0.95 | 47.70 | 34.87 |
| 12851 | 1 | CTN | NOPALES DICED 12/1# | 16.00 | 16.00 | 2.05 | 8.60 | 34.96 |
| 13306 | 4 | CTN | ONION GREEN 48 CT ICELESS | 12.25 | 49.00 | 0.39 | 25.88 | 34.56 |
| 13332 | 3 | CTN | ONION RED JUMBO 40# SWEET | 15.35 | 46.05 | 0.59 | 24.75 | 34.96 |
| 13334 | 1 | SK | ONION RED 16/3# | 20.75 | 20.75 | 2.00 | 11.25 | 35.16 |
| 13341 | 2 | SK | ONION WHITE MEDIUM 50# | 16.50 | 33.00 | 0.51 | 18.00 | 35.29 |
| 13338 | 1 | BALE | ONION WHITE 16/3# | 20.75 | 20.75 | 2.00 | 11.25 | 35.16 |
| 13409 | 1 | CTN | PARSLEY BUNCH 30 CT | 14.00 | 14.00 | 0.72 | 7.60 | 35.19 |
| 13411 | 1 | CTN | PARSLEY HYE 30 ct | 12.50 | 12.50 | 0.64 | 6.70 | 34.90 |
| 13741 | 1 | CTN | PEPPER BELL GREEN LG 25# | 26.85 | 26.85 | 1.65 | 14.40 | 34.91 |
| 13738 | 1 | W/B | PEPPER CHILE YELLOW 32# | 13.75 | 13.75 | 0.66 | 7.37 | 34.90 |
| 13832 | 4 | CTN | POTATO RUSSET  80 CT | 25.00 | 100.00 | 0.77 | 54.00 | 35.06 |
| 13815 | 3 | BALE | POTATO RUSSET 10/5# | 12.50 | 37.50 | 1.92 | 20.10 | 34.90 |
| 13835 | 1 | CTN | POTATO SWEET #1 | 30.00 | 30.00 | 1.15 | 16.00 | 34.78 |
| 13840 | 10 | CTN | POTATO WHITE ROSE #1 50# | 16.85 | 168.50 | 0.52 | 91.50 | 35.19 |
| 14008 | 4 | CTN | RADISH W-TOPS 48 CT | 12.75 | 51.00 | 0.41 | 27.72 | 35.21 |
| 12866 | 1 | CTN | XOCONOTLE 10# | 14.50 | 14.50 | 2.23 | 7.80 | 34.98 |
| 15201 | 1 | CTN | YAM #1 40# | 29.00 | 29.00 | 1.12 | 15.80 | 35.27 |
| 20158 | 5 | CTN | APPLE FUJI 80/88CT | 30.00 | 150.00 | 1.15 | 80.00 | 34.78 |
| 20213 | 1 | CTN | APPLE GALA NEW ZEALAND 80/88CT | 42.25 | 42.25 | 0.47 | 22.61 | 34.86 |
| 20157 | 1 | CTN | APPLE GRNYSMTH PREM 80/88 CT | 31.00 | 31.00 | 1.19 | 16.60 | 34.87 |

| TOTALS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | **(Continued)** | TOTAL | | | PAYMENT TERMS | |
| | | | | SALES TAX | | | | |
| | | | | INVOICE TOTAL | | | | |

DATE

CUSTOMER SIGNATURE

PRINT NAME

DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities; and any receivable
of proceeds from the sale of these commodities until full payment is received.



This invoice is printed on recycled paper.



Customer: **58459**

.../516-5100

| MERCADO SUVIANDA #2 (SAN JOSE) | Ship To: |
| 272 E. SANTA CLARA ST | MERCADO SUVIANDA #2 (SAN JOSE) |
| SAN JOSE, CA 95113 | 272 E. SANTA CLARA ST |
| 408/516-5100 | SAN JOSE, CA 95113 |

P.O. Box 12838 – 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| | 004 | 26 | AMAG | 1077987 | 06/19/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 20143 | 1 | CTN * | APPLE RED DEL "PREM" 72/80CT 40# | 30.00 | 30.00 | 1.15 | 16.00 | 34.78 |
| 20439 | 10 | CTN * | AVOCADO HASS PREC 60CT | 38.85 | 388.50 | 1.00 | 211.50 | 35.25 |
| 20509 | 18 | CTN * | BANANA 3 CLR "CHIQUITA" | 22.50 | 405.00 | 0.87 | 221.40 | 35.34 |
| 20510 | 18 | CTN * | BANANA 4 CLR "CHIQUITA" | 22.50 | 405.00 | 0.87 | 221.40 | 35.34 |
| 20507 | 1 | CTN * | BANANA BURRO "COLOR" 40# | 12.25 | 12.25 | 0.47 | 6.55 | 34.84 |
| 20607 | 2 | CTN * | CHERRIES 11.5 ROW 8/2# | 30.50 | 61.00 | 2.61 | 32.96 | 35.08 |
| 20701 | 1 | CTN * | COCONUT 20CT | 15.50 | 15.50 | 1.19 | 8.30 | 34.87 |
| 20704 | 1 | CTN * | COCONUT WHITE FRESH 20CT | 22.75 | 22.75 | 1.75 | 12.25 | 35.00 |
| 21010 | 1 | CTN * | GRAPEFRUIT 40 CT | 14.00 | 14.00 | 0.54 | 7.60 | 35.19 |
| 21502 | 60 | FLT | MANGO TOMMY 12 CT | 4.90 | 294.00 | 0.63 | 159.60 | 35.19 |
| 21608 | 20 | CTN * | MELON CANTALOUPE 9CT 35# | 9.00 | 180.00 | 0.40 | 100.00 | 35.71 |
| 21619 | 5 | CTN * | MELON HONEYDEW 5/6CT 25# | 8.25 | 41.25 | 0.51 | 22.50 | 35.29 |
| 21625 | 0 | BIN * | MELON WTRMLN BIN 700# | 145.00 | 0.00 | 0.32 | 0.00 | |
| 21630 | 2 | BIN * | MELON WTRMLN SDLS BIN 700LB | 145.00 | 290.00 | 0.32 | 158.00 | 35.27 |
| 22036 | 10 | CTN | ORANGES NAVEL LATE CH 56 CT 38# | 10.75 | 107.50 | 0.44 | 59.70 | 35.71 |
| 22215 | 20 | CTN * | PEACH YLW 56 VF 25# | 16.85 | 337.00 | 1.04 | 183.00 | 35.19 |
| 22517 | 10 | CTN * | PINEAPPLE GOLD 7CT | 10.00 | 100.00 | 2.20 | 54.00 | 35.06 |
| 22612 | 1 | CTN * | PLUM BLACK 50/55 VF 28# | 26.00 | 26.00 | 1.43 | 14.04 | 35.06 |
| 14235 | 1 | CTN | SALAD ITALIAN 6/10 OZ | 10.50 | 10.50 | 2.69 | 5.64 | 34.94 |
| 14225 | 1 | CTN | SALAD KIT ASIAN SUPRM 6/13.9OZ | 15.00 | 15.00 | 3.85 | 8.10 | 35.06 |
| 30829 | 2 | CTN | NUT PEANUT HAMPTON R/NS 16/24oz | 27.00 | 54.00 | 2.60 | 29.20 | 35.10 |
| 30807 | 2 | CTN | NUT PEANUT HAMPTON R/S 16/24oz | 27.00 | 54.00 | 2.60 | 29.20 | 35.10 |
| 30905 | 1 | CTN | NUT "SV" PECAN HALVES 20/12 OZ. | 83.50 | 83.50 | 6.42 | 44.90 | 34.97 |
| 31309 | 1 | CTN | NUT "SV" WALNUT HLVS/PCS 12/16oz | 57.25 | 57.25 | 7.34 | 30.83 | 35.00 |
| 35906 | 3 | CTN | NUTS "WF" PEANUTS/CACAHUATES 24/20OZ. | 45.50 | 136.50 | 2.92 | 73.74 | 35.07 |
| 14905 | 12 | FLT | TOMATO 5X5 2-LAYER | 10.80 | 129.60 | 0.83 | 69.60 | 34.94 |

| 1792085 | 58459 | MERCADO SUVIANDA #2 |
| | Pulp temp. | |

| SALES TAX | 0.00 |
| INVOICE TOTAL | **$4673.35** |

PAYMENT TERMS
Net 21 Days

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

DATE

CUSTOMER SIGNATURE

PRINT NAME

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.
State of CA Organic Reg #: 47884    CDFA #: A6504
The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).    The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.    This invoice is printed on recycled paper.

DRIVER SIGNATURE

**CK PRODUCE**

Customer: **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

**Ship To:**

**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1792265**
Page: 1

P.O. Box 12838 · 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

| PURCHASE ORDER NUMBER | ROUTE 017 | SALES REP 26 | SERVICE REP CMAR | OK ORDER NUMBER 1078186 | INVOICE DATE 06/20/08 |
|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 10604 | 2 | CTN * | BROCCOLI CROWN 20# | 12.50 | 25.00 | 0.96 | 13.40 | 34.90 |
| 10932 | 1 | CTN | CARROT GF CTN 50# | 13.25 | 13.25 | 0.41 | 7.25 | 35.37 |
| 10949 | 2 | CTN * | CARROT W.P. MINI 40/1# | 24.00 | 48.00 | 0.92 | 25.60 | 34.78 |
| 10942 | 1 | CTN | CARROT PETITE MICRO 12/12OZ | 12.25 | 12.25 | 1.57 | 6.59 | 34.98 |
| 11102 | 1 | CTN * | CELERY 24 CT | 21.85 | 21.85 | 1.40 | 11.75 | 34.97 |
| 11303 | 3 | CTN * | CILANTRO 60 CT | 12.85 | 38.55 | 0.33 | 20.85 | 35.10 |
| 11607 | 2 | BSHL * | CUCUMBER S/S 72 CT | 28.75 | 57.50 | 0.61 | 30.34 | 34.54 |
| 11606 | 2 | CTN * | CUCUMBER PICKLING 25# | 12.35 | 24.70 | 0.76 | 13.30 | 35.00 |
| 11402 | 1 | CTN * | GRNS COLLARD 24 CT | 16.00 | 16.00 | 1.03 | 8.72 | 35.28 |
| 13102 | 1 | CTN | GRNS MUSTARD CURLY 24 CT | 14.00 | 14.00 | 0.90 | 7.60 | 35.19 |
| 12424 | 2 | CTN | HERB BUNCH MINT 6 CT | 4.50 | 9.00 | 6.92 | 4.84 | 34.97 |
| 12503 | 3 | CTN * | JICAMA 40# | 13.00 | 39.00 | 0.50 | 21.00 | 35.00 |
| 12722 | 3 | CTN * | LETTUCE CELLO 24 CT | 14.85 | 44.55 | 0.95 | 23.85 | 34.87 |
| 12715 | 1 | CTN * | LETTUCE ROMAINE 24 CT | 11.85 | 11.85 | 0.76 | 6.39 | 35.03 |
| 13306 | 3 | CTN * | ONION GREEN 48 CT ICELESS | 12.25 | 36.75 | 0.39 | 19.41 | 34.56 |
| 13341 | 1 | SK * | ONION WHITE MEDIUM 50# | 16.50 | 16.50 | 0.51 | 9.00 | 35.29 |
| 15705 | 1 | BG * | ONION YELLOW MED 50# | 8.75 | 8.75 | 0.27 | 4.75 | 35.19 |
| 13741 | 1 | CTN * | PEPPER BELL GREEN LG 25# | 28.85 | 28.85 | 1.78 | 15.65 | 35.17 |
| 13722 | 1 | W/B * | PEPPER LONG GRN CHILE 25# | 16.75 | 16.75 | 1.07 | 8.93 | 34.77 |
| 13738 | 1 | W/B * | PEPPER CHILE YELLOW 32# | 14.75 | 14.75 | 0.71 | 7.97 | 35.08 |
| 13807 | 1 | CTN * | POTATO RED "A" 50# | 17.85 | 17.85 | 0.55 | 9.65 | 35.09 |
| 13832 | 1 | CTN | POTATO RUSSET  80 CT | 25.00 | 25.00 | 0.77 | 13.50 | 35.06 |
| 13815 | 5 | BALE * | POTATO RUSSET 10/5# | 12.50 | 62.50 | 1.92 | 33.50 | 34.90 |
| 13840 | 5 | CTN * | POTATO WHITE ROSE # 50# | 16.85 | 84.25 | 0.52 | 45.75 | 35.19 |
| 14008 | 3 | CTN * | RADISH W-TOPS 48 CT | 12.75 | 38.25 | 0.41 | 20.79 | 35.21 |
| 14401 | 1 | CTN * | SPINACH 24 CT | 13.00 | 13.00 | 0.83 | 6.92 | 34.74 |
| 14918 | 20 | CTN * | TOMATO LOOSE LARGE 25# | 13.50 | 270.00 | 0.83 | 145.00 | 34.94 |
| 15201 | 1 | CTN * | YAM #1 40# | 31.00 | 31.00 | 1.19 | 16.60 | 34.87 |
| 20158 | 2 | CTN * | APPLE FUJI 80/88CT | 30.00 | 60.00 | 1.15 | 32.00 | 34.78 |
| 20213 | 2 | CTN * | APPLE GALA NEW ZEALAND 80/88CT | 41.75 | 83.50 | 0.47 | 46.22 | 35.63 |
| 20114 | 2 | CTN * | APPLE GOLD DEL"PREM" 80/88CT | 33.00 | 66.00 | 1.27 | 35.60 | 35.04 |
| 20143 | 2 | CTN * | APPLE RED DEL "PREM" 72/80CT 40# | 30.00 | 60.00 | 1.15 | 32.00 | 34.78 |
| 20303 | 1 | CTN | APRICOT VF 8's/LGR 24# | 21.25 | 21.25 | 1.36 | 11.39 | 34.90 |

| TOTALS | | | | TOTAL | | PAYMENT TERMS | | |
|---|---|---|---|---|---|---|---|---|
| | | | **(Continued)** | SALES TAX | | | | |
| | | | | INVOICE TOTAL | | | | |

DATE

CUSTOMER SIGNATURE

PRINT NAME

DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #:  47884    CDFA #:  A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.





OK PRODUCE

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

**Ship To:**

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1792265**
Page:   2

| PURCHASE ORDER NUMBER | ROUTE 017 | SALES REP 26 | SERVICE REP CMAR | OK ORDER NUMBER 1078186 | | | INVOICE DATE 06/20/08 | | |
|---|---|---|---|---|---|---|---|---|---|
| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
| 20439 | 5 | CTN * | AVOCADO HASS PREC 60CT | 38.85 | 194.25 | 1.00 | 105.75 | 35.25 |
| 20509 | 25 | CTN * | BANANA 3 CLR "CHIQUITA" | 21.50 | 537.50 | 0.83 | 292.50 | 35.24 |
| 20507 | 1 | CTN * | BANANA BURRO "COLOR" 40# | 12.25 | 12.25 | 0.47 | 6.55 | 34.84 |
| 20544 | 1 | CTN * | BANANA MACHO (COLOR) 48# | 26.00 | 26.00 | 0.83 | 13.84 | 34.74 |
| 21509 | 30 | CTN * | MANGO ATAULFO 18 CT | 6.25 | 187.50 | 0.53 | 98.70 | 34.49 |
| 21502 | 60 | FLT * | MANGO TOMMY 12 CT | 4.90 | 294.00 | 0.63 | 159.60 | 35.19 |
| 21608 | 20 | CTN * | MELON CANTALOUPE 9CT 35# | 9.00 | 180.00 | 0.40 | 100.00 | 35.71 |
| 21625 | 1 | BIN * | MELON WTRMLN BIN 700# | 155.00 | 155.00 | 0.34 | 83.00 | 34.87 |
| 21630 | 1 | BIN * | MELON WTRMLN SDLS BIN 700LB | 155.00 | 155.00 | 0.34 | 83.00 | 34.87 |

| 1792265 | 58459 | MERCADO SUVIANDA #2 | 1026 1:00 | | 8 7 MARCO V |
|---|---|---|---|---|---|
| | Pulp temp | | | | |

| TOTALS | 223 | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | TOTAL | 3071.95 | |
| | | | | | SALES TAX | 0.00 | |
| | | | | | INVOICE TOTAL | **$3071.95** | PAYMENT TERMS Net 21 Days |

AMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
ARIETIES IN YOUR STORE.

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

ate of CA Organic Reg #:  47884     CDFA #:  A6504

a perishable agricultural commodities listed on this invoice are
d subject to the statutory trust authorized by section 5(c) of the
ishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.



This invoice is printed on recycled paper.

**OK PRODUCE**

P.O. Box 12838 – 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

Customer: **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
  408/516-5100

**Ship To:**
**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1792483**
Page:     1

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| | 004 | 26 | AMAG | 1078300 | 06/21/08 |

| ITEM# | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 10210 | 1 | CTN * | ASPARAGUS 11# | 17.25 | 17.25 | 2.41 | 9.26 | 34.93 |
| 40438 | 1 | CTN * | BEAN GARBANZO "FRESH" 15# | 27.75 | 27.75 | 2.85 | 15.00 | 35.09 |
| 10403 | 1 | CTN | BEET W-TOPS 12 CT | 14.50 | 14.50 | 1.86 | 7.82 | 35.04 |
| 10602 | 4 | CTN | BROCCOLI 18 CT | 11.25 | 45.00 | 0.96 | 24.12 | 34.90 |
| 10604 | 4 | CTN | BROCCOLI CROWN 20# | 12.50 | 50.00 | 0.96 | 26.80 | 34.90 |
| 12838 | 5 | CTN | CACTUS LEAF 35# W/B | 10.75 | 53.75 | 0.44 | 29.85 | 35.71 |
| 10926 | 1 | BALE | CARROT TABLE 10/5# | 13.50 | 13.50 | 2.08 | 7.30 | 35.10 |
| 10927 | 1 | BALE | CARROT TABLE 24/2# | 13.50 | 13.50 | 0.87 | 7.38 | 35.34 |
| 10949 | 1 | CTN * | CARROT W.P. MINI 40/1# | 24.00 | 24.00 | 0.92 | 12.80 | 34.78 |
| 11102 | 1 | CTN | CELERY 24 CT | 21.85 | 21.85 | 1.40 | 11.75 | 34.97 |
| 11303 | 2 | CTN | CILANTRO 60 CT | 12.85 | 25.70 | 0.33 | 13.90 | 35.10 |
| 11508 | 5 | CTN | CORN WHITE 48 CT | 15.75 | 78.75 | 0.50 | 41.25 | 34.38 |
| 11607 | 2 | BSHL * | CUCUMBER S/S 72 CT | 28.75 | 57.50 | 0.61 | 30.34 | 34.54 |
| 11606 | 1 | CTN | CUCUMBER PICKLING 25# | 12.35 | 12.35 | 0.76 | 6.65 | '35.00 |
| 12214 | 1 | CTN | GARLIC CHINESE 48/5PC VXR | 15.85 | 15.85 | 0.51 | 8.63 | 35.25 |
| 12424 | 2 | CTN | HERB BUNCH MINT 6 CT | 4.50 | 9.00 | 6.92 | 4.84 | 34.97 |
| 12503 | 2 | CTN * | JICAMA 40# | 13.00 | 26.00 | 0.50 | 14.00 | 35.00 |
| 12722 | 6 | CTN * | LETTUCE CELLO 24 CT | 14.85 | 89.10 | 0.95 | 47.70 | 34.87 |
| 13001 | 2 | FLT | MUSH WHT WHL 12/8 OZ | 14.00 | 28.00 | 1.79 | 14.96 | 34.82 |
| 13031 | 2 | FLT | MUSH WHT SLC 12/8OZ | 14.50 | 29.00 | 1.86 | 15.64 | 35.04 |
| 12851 | 2 | CTN | NOPALES DICED 12/1# | 16.00 | 32.00 | 2.05 | 17.20 | 34.96 |
| 13302 | 1 | SK | ONION BOILER 25# | 22.50 | 22.50 | 1.38 | 12.00 | 34.78 |
| 13306 | 2 | CTN * | ONION GREEN 48 CT ICELESS | 12.25 | 24.50 | 0.39 | 12.94 | 34.56 |
| 13332 | 1 | CTN * | ONION RED JUMBO 40# SWEET | 15.35 | 15.35 | 0.59 | 8.25 | 34.96 |
| 13341 | 4 | SK * | ONION WHITE MEDIUM 50# | 16.50 | 66.00 | 0.51 | 36.00 | 35.29 |
| 15705 | 4 | BG * | ONION YELLOW MED 50# | 8.75 | 35.00 | 0.27 | 19.00 | 35.19 |
| 13773 | 1 | CTN * | PEPPER DE ARBOL-FRESH 10# | 23.85 | 23.85 | 3.67 | 12.85 | 35.01 |
| 13751 | 1 | CTN * | PEPPER MANZANO 10# | 55.00 | 55.00 | 8.46 | 29.60 | 34.99 |
| 13733 | 1 | W/B * | PEPPER SERRANO CHILE W/B | 25.00 | 25.00 | 1.01 | 13.38 | 34.86 |
| 13807 | 2 | CTN * | POTATO RED "A" 50# | 17.85 | 35.70 | 0.55 | 19.30 | 35.09 |
| 13832 | 2 | CTN * | POTATO RUSSET  80 CT | 25.00 | 50.00 | 0.77 | 27.00 | 35.06 |
| 13815 | 2 | BALE * | POTATO RUSSET 10/5# | 12.50 | 25.00 | 1.92 | 13.40 | 34.90 |
| 13840 | 8 | CTN * | POTATO WHITE ROSE #1 50# | 16.85 | 134.80 | 0.52 | 73.20 | 35.19 |

| TOTALS | | | | TOTAL | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | SALES TAX | | | PAYMENT TERMS | |
| | | **(Continued)** | | INVOICE TOTAL | | | | |

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #:  47884     CDFA #:  A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.

**OK PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

Invoice #
**1792483**
Page:  **2**

Customer: **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
  408/516-5100

**Ship To:**
**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
|  | 004 | 26 | AMAG | 1078300 | 06/21/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 14008 | 3 | CTN * | RADISH W-TOPS 48 CT | 12.75 | 38.25 | 0.41 | 20.79 | 35.21 |
| 14401 | 1 | CTN * | SPINACH 24 CT | 13.00 | 13.00 | 0.83 | 6.92 | 34.74 |
| 14651 | 2 | CTN * | SQUASH CHAYOTE 50CT | 25.00 | 50.00 | 0.77 | 27.00 | 35.06 |
| 14612 | 2 | CTN * | SQUASH ITALIAN FCY #1 | 12.85 | 25.70 | 0.88 | 18.30 | 41.59 |
| 14635 | 3 | CTN * | SQUASH MEXICAN (GREY) | 13.85 | 41.55 | 0.89 | 22.53 | 35.16 |
| 14918 | 20 | CTN * | TOMATO LOOSE LARGE 25# | 13.50 | 270.00 | 0.83 | 145.00 | 34.94 |
| 14921 | 20 | CTN * | TOMATO ROMA 25# | 14.75 | 295.00 | 0.91 | 160.00 | 35.16 |
| 15101 | 1 | CTN | WATERCRESS 12 CT | 14.00 | 14.00 | 1.79 | 7.48 | 34.82 |
| 15201 | 2 | CTN * | YAM #1 40# | 31.00 | 62.00 | 1.19 | 33.20 | 34.87 |
| 20158 | 5 | CTN * | APPLE FUJI 80/88CT | 30.00 | 150.00 | 1.15 | 80.00 | 34.78 |
| 20216 | 2 | CTN * | APPLE GALA CHILEAN 100ct | 37.50 | 75.00 | 1.44 | 40.20 | 34.90 |
| 20114 | 2 | CTN * | APPLE GOLD DEL"PREM" 80/88CT | 33.00 | 66.00 | 1.27 | 35.60 | 35.04 |
| 20143 | 1 | CTN * | APPLE RED DEL "PREM" 72/80CT 40# | 30.00 | 30.00 | 1.15 | 16.00 | 34.78 |
| 20303 | 2 | CTN | APRICOT VF 8's/LGR 24# | 21.25 | 42.50 | 1.36 | 22.78 | 34.90 |
| 20439 | 5 | CTN * | AVOCADO HASS PREC 60CT | 38.85 | 194.25 | 1.00 | 105.75 | 35.25 |
| 20510 | 25 | CTN * | BANANA 4 CLR "CHIQUITA" | 21.50 | 537.50 | 0.83 | 292.50 | 35.24 |
| 20563 | 1 | CTN * | BANANA LEAVES 25# | 26.85 | 26.85 | 1.65 | 14.40 | 34.91 |
| 22809 | 20 | CTN * | BERRY STRWBRY LTD ED 8/1# | 10.50 | 210.00 | 2.02 | 113.20 | 35.02 |
| 20607 | 2 | CTN | CHERRIES 11.5 ROW 8/2# | 27.00 | 54.00 | 2.31 | 29.16 | 35.06 |
| 21010 | 1 | CTN | GRAPEFRUIT 40 CT | 14.00 | 14.00 | 0.54 | 7.60 | 35.19 |
| 21130 | 3 | CTN * | GRAPES GREEN SDLS 18# | 15.50 | 46.50 | 1.52 | 35.58 | 43.35 |
| 21129 | 3 | CTN * | GRAPES RED SLDS 18# | 15.50 | 46.50 | 1.52 | 35.58 | 43.35 |
| 21509 | 25 | CTN * | MANGO ATAULFO 18 CT | 6.25 | 156.25 | 0.53 | 82.25 | 34.49 |
| 21502 | 115 | FLT | MANGO TOMMY 12 CT | 4.90 | 563.50 | 0.63 | 305.90 | 35.19 |
| 21608 | 15 | CTN * | MELON CANTALOUPE 9CT 35# | 9.00 | 135.00 | 0.40 | 75.00 | 35.71 |
| 21619 | 2 | CTN * | MELON HONEYDEW 5/6CT 25# | 10.25 | 20.50 | 0.63 | 11.00 | 34.92 |
| 21625 | 2 | BIN | MELON WTRMLN BIN 700# | 155.00 | 310.00 | 0.34 | 166.00 | 34.87 |
| 21630 | 2 | BIN | MELON WTRMLN SDLS BIN 700LB | 155.00 | 310.00 | 0.34 | 166.00 | 34.87 |
| 22036 | 15 | CTN * | ORANGES NAVEL LATE CH 56 CT 38# | 10.75 | 161.25 | 0.49 | 118.05 | 42.27 |
| 22616 | 2 | CTN * | PLUM BLACK 40/45 VF 28# | 24.75 | 49.50 | 1.36 | 26.66 | 35.01 |
| 14240 | 1 | CTN | SALAD AMERICAN 6/12 OZ | 10.50 | 10.50 | 2.69 | 5.64 | 34.94 |
| 22517 | 10 | CTN * | PINEAPPLE GOLD 7CT | 10.00 | 100.00 | 2.20 | 54.00 | 35.06 |
| 12710 | 2 | CTN * | LETTUCE GREEN LEAF 24 CT | 11.85 | 23.70 | 0.76 | 12.78 | 35.03 |

| TOTALS | | | | TOTAL | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | SALES TAX | | | PAYMENT TERMS | |
| | | | | INVOICE TOTAL | | | | |

**(Continued)**

DATE

CUSTOMER SIGNATURE

PRINT NAME

DRIVER SIGNATURE



A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #:  47884     CDFA #:  A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.



Customer: **58459**
408/516-5100

Invoice #
**1792483**
Page:    3

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

**Ship To:**
MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

P.O. Box 12838 - 1762 G Street
Fresno, CA  83779-2838
(559) 445-8600
www.okproduce.com

| PURCHASE ORDER NUMBER | | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | | INVOICE DATE | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 004 | 26 | AMAG | 1078300 | | 06/21/08 | | |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 12712 | 2 | CTN * | LETTUCE RED LEAF 24 CT | 11.85 | 23.70 | 0.76 | 12.78 | 35.03 |
| 12715 | 2 | CTN * | LETTUCE ROMAINE 24 CT | 11.85 | 23.70 | 0.76 | 12.78 | 35.03 |

NOTES: DOUBLE CHECK

| 1792483 | 58459 | MERCADO SUVIANDA #2 | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Pulp temp. | | | | | | |
| 1792484 | 58459 | MERCADO SUVIANDA #2 | | | | | | |
| | | Pulp temp. | | | | | | |

| TOTALS | 397 | | | | TOTAL | 5387.25 | |
|---|---|---|---|---|---|---|---|
| | | | | | SALES TAX | 0.00 | |
| | | | | | INVOICE TOTAL | $5387.25 | PAYMENT TERMS |
| | | | | | | | Net 21 Days |

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #:  47884    CDFA #:  A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.



This invoice is printed on recycled paper.



**Customer:** 58459
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

**Ship To:**

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1792739**
Page: 1

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| | 017 | 26 | AMAG | 1078592 | 06/23/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 10305 | 1 | CTN | BEAN FAVA (FRESH) 25# | 15.75 | 15.75 | 0.97 | 8.50 | 35.05 |
| 10306 | 1 | CTN * | BEAN GREEN 30# | 28.75 | 28.75 | 1.47 | 15.35 | 34.81 |
| 10403 | 1 | CTN | BEET W-TOPS 12 CT | 14.50 | 14.50 | 1.86 | 7.82 | 35.04 |
| 10604 | 2 | CTN * | BROCCOLI CROWN 20# | 12.50 | 25.00 | 0.96 | 13.40 | 34.90 |
| 10804 | 4 | CTN * | CABBAGE GREEN CELLO 45# | 14.85 | 59.40 | 0.51 | 32.40 | 35.29 |
| 10932 | 1 | CTN * | CARROT GF CTN 50# | 13.25 | 13.25 | 0.41 | 7.25 | 35.37 |
| 11205 | 1 | CTN | CHARD SWISS 12CT | 12.25 | 12.25 | 1.57 | 6.59 | 34.98 |
| 11102 | 1 | CTN * | CELERY 24 CT | 21.85 | 21.85 | 1.40 | 11.75 | 34.97 |
| 11303 | 6 | CTN * | CILANTRO 60 CT | 12.85 | 77.10 | 0.33 | 41.70 | 35.10 |
| 11508 | 10 | CTN * | CORN WHITE 48 CT | 15.75 | 157.50 | 0.50 | 82.50 | 34.38 |
| 11607 | 2 | BSHL * | CUCUMBER S/S 72 CT | 28.75 | 57.50 | 0.61 | 30.34 | 34.54 |
| 11626 | 1 | CTN | CUCUMBER HOT HOUSE 18CT | 18.50 | 18.50 | 1.58 | 9.94 | 34.95 |
| 11606 | 2 | CTN * | CUCUMBER PICKLING 25# | 12.35 | 24.70 | 0.76 | 13.30 | 35.00 |
| 11702 | 1 | CTN | DAIKON 40# | 10.75 | 10.75 | 0.41 | 5.65 | 34.45 |
| 15601 | 1 | CTN * | GUAJES 10# | 30.85 | 30.85 | 4.75 | 16.65 | 35.05 |
| 12424 | 2 | CTN * | HERB BUNCH MINT 6 CT | 4.50 | 9.00 | 6.92 | 4.84 | 34.97 |
| 12441 | 2 | DOZ * | HERB EPAZOTE 1 DZ BUNCH | 9.50 | 19.00 | 1.22 | 10.28 | 35.11 |
| 12466 | 1 | CTN * | HERB VERDOLAGA "PURSLANE" 24CT | 8.75 | 8.75 | 0.56 | 4.69 | 34.90 |
| 12442 | 1 | CTN | HERB BASIL TRAY 6CT | 9.75 | 9.75 | 2.50 | 5.25 | 35.00 |
| 12459 | 1 | CTN | HERB OREGANO TRAY 6CT | 9.75 | 9.75 | 2.50 | 5.25 | 35.00 |
| 12450 | 1 | CTN | HERB ROSEMARY TRAY 6CT | 9.75 | 9.75 | 2.50 | 5.25 | 35.00 |
| 12722 | 10 | CTN * | LETTUCE CELLO 24 CT | 14.85 | 148.50 | 0.95 | 79.50 | 34.87 |
| 12902 | 1 | CTN | MANN'S BROC/STIR FRY 6/1# | 12.50 | 12.50 | 3.21 | 6.76 | 35.10 |
| 12821 | 1 | CTN | MANN'S BROC/VEG MDLY 6/1# | 12.00 | 12.00 | 3.08 | 6.48 | 35.06 |
| 13001 | 1 | FLT | MUSH WHT WHL 12/8 OZ | 14.00 | 14.00 | 1.79 | 7.48 | 34.82 |
| 13031 | 1 | FLT | MUSH WHT SLC 12/8OZ | 14.50 | 14.50 | 1.86 | 7.82 | 35.04 |
| 13306 | 4 | CTN * | ONION GREEN 48 CT ICELESS | 12.25 | 49.00 | 0.39 | 25.88 | 34.56 |
| 13332 | 1 | CTN * | ONION RED JUMBO 40# SWEET | 15.35 | 15.35 | 0.59 | 8.25 | 34.96 |
| 13339 | 3 | SK * | ONION WHITE JUMBO 50# | 16.50 | 49.50 | 0.51 | 27.00 | 35.29 |
| 15705 | 3 | BG * | ONION YELLOW MED 50# | 8.75 | 26.25 | 0.27 | 14.25 | 35.19 |
| 13741 | 2 | CTN * | PEPPER BELL GREEN LG 25# | 28.85 | 57.70 | 1.78 | 31.30 | 35.17 |
| 13730 | 1 | CTN * | PEPPER BELL RED 25# | 21.85 | 21.85 | 1.34 | 11.65 | 34.78 |
| 13713 | 1 | CTN * | PEPPER BELL YELLOW 25# | 29.75 | 29.75 | 1.83 | 16.00 | 34.97 |

| TOTALS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|

**(Continued)**

| TOTAL | |
|---|---|
| SALES TAX | |
| INVOICE TOTAL | |

PAYMENT TERMS

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884   CDFA #: A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.



This invoice is printed on recycled paper.

**CK PRODUCE**

Customer: **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

**Ship To:**

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1792739**
Page:    2

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | | INVOICE DATE |
|---|---|---|---|---|---|---|
| | 017 | 26 | AMAG | 1078592 | | 06/23/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 13722 | 1 | W/B | PEPPER LONG GRN CHILE 25# | 16.75 | 16.75 | 1.07 | 8.93 | 34.77 |
| 13815 | 5 | BALE | POTATO RUSSET 10/5# | 12.50 | 62.50 | 1.92 | 33.50 | 34.90 |
| 14008 | 3 | CTN | RADISH W-TOPS 48 CT | 12.75 | 38.25 | 0.41 | 20.79 | 35.21 |
| 14401 | 1 | CTN | SPINACH 24 CT | 13.00 | 13.00 | 0.83 | 6.92 | 34.74 |
| 14651 | 2 | CTN | SQUASH CHAYOTE 50CT | 25.00 | 50.00 | 0.77 | 27.00 | 35.06 |
| 14612 | 2 | CTN | SQUASH ITALIAN FCY #1 | 14.35 | 28.70 | 0.88 | 15.30 | 34.77 |
| 14918 | 10 | CTN | TOMATO LOOSE LARGE 25# | 13.50 | 135.00 | 0.83 | 72.50 | 34.94 |
| 12825 | 1 | CTN | YUCCA ROOT 40# | 38.75 | 38.75 | 1.49 | 20.85 | 34.98 |
| 20439 | 15 | CTN | AVOCADO HASS PREC 60CT | 38.85 | 582.75 | 1.00 | 317.25 | 35.25 |
| 20509 | 33 | CTN | BANANA 3 CLR "CHIQUITA" | 21.50 | 709.50 | 0.83 | 386.10 | 35.24 |
| 20510 | 3 | CTN | BANANA 4 CLR "CHIQUITA" | 21.50 | 64.50 | 0.83 | 35.10 | 35.24 |
| 20540 | 2 | CTN | BANANA BABY (DOMINICO)15# | 13.00 | 26.00 | 1.33 | 13.90 | 34.84 |
| 20507 | 1 | CTN | BANANA BURRO "COLOR" 40# | 12.25 | 12.25 | 0.47 | 6.55 | 34.84 |
| 22823 | 1 | CTN | BERRY BLACKBERRY 12/5.6OZ | 28.50 | 28.50 | 3.65 | 15.30 | 34.93 |
| 22822 | 1 | CTN | BERRY BLUEBERRY 12/6 OZ | 26.00 | 26.00 | 3.33 | 13.96 | 34.93 |
| 22824 | 1 | FLT | BERRY RASPBERRY  12/5.6OZ | 22.25 | 22.25 | 2.85 | 11.95 | 34.94 |
| 22809 | 20 | CTN | BERRY STRWBRY LTD ED 8/1# | 10.50 | 210.00 | 2.02 | 113.20 | 35.02 |
| 20601 | 2 | CTN | CHERRIES 10.5 ROW 8/2# | 37.00 | 74.00 | 4.23 | 61.36 | 45.33 |
| 21005 | 1 | CTN | GRAPEFRUIT PINK 10/5# | 17.75 | 17.75 | 2.73 | 9.55 | 34.98 |
| 21410 | 6 | CTN | LIME KEY 17/2# | 15.00 | 90.00 | 1.36 | 48.72 | 35.12 |
| 21728 | 1 | CTN | MAMEY CTN 25# | 48.00 | 48.00 | 2.95 | 25.75 | 34.92 |
| 21604 | 20 | CTN | MELON CANTALOUPE 12CT 35# | 9.00 | 180.00 | 0.44 | 128.00 | 41.56 |
| 21619 | 10 | CTN | MELON HONEYDEW 5/6CT 25# | 10.25 | 102.50 | 0.63 | 55.00 | 34.92 |
| 21625 | 2 | BIN | MELON WTRMLN BIN 700# | 155.00 | 310.00 | 0.34 | 166.00 | 34.87 |
| 21630 | 2 | BIN | MELON WTRMLN SDLS BIN 700LB | 155.00 | 310.00 | 0.34 | 166.00 | 34.87 |
| 21911 | 10 | CTN | NECTARINE YLW 56 VF 25# | 16.85 | 168.50 | 1.04 | 91.50 | 35.19 |
| 22005 | 2 | CTN | ORANGES CELLO 10/4# | 15.50 | 31.00 | 2.38 | 16.60 | 34.87 |
| 22036 | 10 | CTN | ORANGES NAVEL LATE CH 56 CT 38# | 12.00 | 120.00 | 0.49 | 66.20 | 35.55 |
| 22327 | 1 | CTN | PEAR BOSC CHILEAN 70/80CT 40# | 38.00 | 38.00 | 1.46 | 20.40 | 34.93 |
| 22616 | 1 | CTN | PLUM BLACK 40/45 VF 28# | 24.75 | 24.75 | 1.36 | 13.33 | 35.01 |
| 40547 | 1 | CTN | KIM CHEE 6CT | 20.50 | 20.50 | 5.26 | 11.06 | 35.04 |
| 40548 | 1 | CTN | KIM CHEE X-HOT 6CT | 20.50 | 20.50 | 5.26 | 11.06 | 35.04 |
| 14240 | 1 | CTN | SALAD AMERICAN 6/12 OZ | 10.50 | 10.50 | 2.69 | 5.64 | 34.94 |

| TOTALS | | | | TOTAL | | | PAYMENT TERMS | |
|---|---|---|---|---|---|---|---|---|
| | | | (Continued) | SALES TAX | | | | |
| | | | | INVOICE TOTAL | | | | |

DATE

CUSTOMER SIGNATURE

PRINT NAME

DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.



**OK PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

Customer: **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

**Ship To:**
**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1792739**
Page:   3

| PURCHASE ORDER NUMBER | ROUTE 017 | SALES REP 26 | SERVICE REP AMAG | OK ORDER NUMBER 1078592 | | | INVOICE DATE 06/23/08 |
|---|---|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 14235 | 1 | CTN | SALAD ITALIAN 6/10 OZ | 10.50 | 10.50 | 2.69 | 5.64 | 34.94 |
| 1792722 | 58459 | MERCADO SUVIANDA #2  Pulp temp. | 8S | 12 | | | | |
| 1792739 | 58459 | MERCADO SUVIANDA #2  Pulp temp. | 941 | 12 | | | | |

| TOTALS | 246 | | | | TOTAL | 4725.75 | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | SALES TAX | 0.00 | PAYMENT TERMS | |
| | | | | | INVOICE TOTAL | **$4725.75** | Net 21 Days | |

JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.


This invoice is printed on recycled paper.



**OK PRODUCE**

P.O. Box 12838 – 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

Customer: **58459**

408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
   408/516-5100

**Ship To:**

**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1792887**
Page:     1

THIS IS A CREDIT MEMO

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| 747864 | | 26 | PTSY | 1792265 | 06/23/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 12503 | | CTN | JICAMA 40# | 13.00 | -13.00 | 0.00 | | |

| TOTALS | -1 | | | | | | | |

| | | |
|---|---|---|
| TOTAL | -13.00 | |
| SALES TAX | 0.00 | PAYMENT TERMS |
| INVOICE TOTAL | $-13.00 | Net 21 Days |

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.

**Melissa Garcia**

| | |
|---|---|
| **From:** | Melissa Garcia |
| **Sent:** | Tuesday, June 24, 2008 10:31 AM |
| **To:** | 'Elena Perez' |
| **Subject:** | Need credit copy's/pmt for skips |
| **Importance:** | High |

please fax or email me credit
75194     $1711.25
746479    $19.25

also on another note:

**Skips on acct #58457**
cr 754473 $30.00
inv 1777170 $55.04
cr 747916 $5.25
inv 1782713 $7424.05

**Skips on acct #58459**
inv 1777764 $528.50
inv 1779327 $1738.46
inv 1779331 $41.50
cr 746256 $137.00
cr 746260 $54.00
inv 1782442 $359.25
inv 1782679 $3680.35

Need to clear 13600.90 in skips some that are April invoices!!!! Please remit ASAP.

Thanks.


*Melissa Garcia*
*OK Produce*
*(559) 443-8300x309*
mgarcia@okproduce.com

*Please consider the environment before printing this message.*

8/19/2008

... Jose Ca  95164

| Vendor ID | Vendor Name | | Check Name | | Payment Number | | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| OKP1127 | OK PRODUCE | | OK PRODUCE | | 000007150 | | 8/21/2008 | 14357 |

| Our Voucher Number | Your Voucher Number | Date | Amount | | Amount Paid | Discount | Writeoff | Net |
|---|---|---|---|---|---|---|---|---|
| 000018787 | 1781579 | 4/29/2008 | $13,510.50 | | $9,969.85 | $0.00 | $0.00 | $9,969.85 |
| 000018927 | 745186 | 5/28/2008 | ($22.85) | | $0.00 | $0.00 | $0.00 | $0.00 |
| 000018928 | 737494 | 5/28/2008 | ($503.50) | | $0.00 | $0.00 | $0.00 | $0.00 |
| 000018929 | 757936 | 6/30/2008 | ($892.00) | | $0.00 | $0.00 | $0.00 | $0.00 |
| 000018930 | 757935 | 5/30/2008 | ($356.80) | | $0.00 | $0.00 | $0.00 | $0.00 |
| 000018931 | 737493 | 5/26/2008 | ($75.00) | | $0.00 | $0.00 | $0.00 | $0.00 |
| 000019166 | 745194 | 6/5/2008 | ($1,711.25) | need copies | $0.00 | $0.00 | $0.00 | $0.00 |
| 000019167 | 746479 | 6/6/2008 | ($19.25) | | $0.00 | $0.00 | $0.00 | $0.00 |
| 000017330 | 1781505 | 4/29/2008 | $7,131.80 | | $7,131.80 | $0.00 | $0.00 | $7,131.80 |
| 000016788 | 1781767 | 4/30/2008 | $710.06 | | $710.06 | $0.00 | $0.00 | $710.06 |
| 000016789 | 1781789 | 4/30/2008 | $12,958.60 | | $12,958.60 | $0.00 | $0.00 | $12,958.60 |
| 000017331 | 1781768 | 4/30/2008 | $9,658.66 | not in system | $9,658.66 | $0.00 | $0.00 | $9,658.66 |
| 000016781 | 1782012 | 5/1/2008 | $2,562.50 | | $2,562.50 | $0.00 | $0.00 | $2,562.50 |
| 000016784 | 1782011 | 5/1/2008 | $8,707.95 | | $8,707.95 | $0.00 | $0.00 | $8,707.95 |
| 000016785 | 1782257 | 5/1/2008 | $5,554.10 | | $5,554.10 | $0.00 | $0.00 | $5,554.10 |
| 000017333 | 1781976 | 5/1/2008 | $254.25 | | $254.25 | $0.00 | $0.00 | $254.25 |
| 000017334 | 1781980 | 5/1/2008 | $1,856.60 | | $1,856.60 | $0.00 | $0.00 | $1,856.60 |
| 000016782 | 1782248 | 5/2/2008 | $5,265.00 | | $5,265.00 | $0.00 | $0.00 | $5,265.00 |
| 000016783 | 1781998 | 5/2/2008 | $254.25 | | $254.25 | $0.00 | $0.00 | $254.25 |
| 000016790 | 1782425 | 5/3/2008 | $18,112.55 | | $18,112.55 | $0.00 | $0.00 | $18,112.55 |
| 000017335 | 1782432 | 5/3/2008 | $8,013.85 | | $8,013.85 | $0.00 | $0.00 | $8,013.85 |
| 000017693 | 1782966 | 5/6/2008 | $3,594.80 | | $3,594.80 | $0.00 | $0.00 | $3,594.80 |
| 000017694 | 1782980 | 5/6/2008 | $0.01 | | $0.01 | $0.00 | $0.00 | $0.01 |
| 000017695 | 1782977 | 5/6/2008 | $330.00 | | $330.00 | $0.00 | $0.00 | $330.00 |
| 000017853 | 1782976 | 5/6/2008 | $410.00 | | $410.00 | $0.00 | $0.00 | $410.00 |
| 000017854 | 1782972 | 5/3/2008 | $9,649.50 | | $9,649.50 | $0.00 | $0.00 | $9,649.50 |
| | | | $104,994.33 | | $104,994.33 | $0.00 | $0.00 | $104,994.33 |



**Customer: 58459**

408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
    408/516-5100

**Ship To:**

**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1793045**
Page:    1

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

| PURCHASE ORDER NUMBER | ROUTE 017 | SALES REP 26 | SERVICE REP CMAR | OK ORDER NUMBER 1078686 | INVOICE DATE 06/24/08 |
|---|---|---|---|---|---|

| ITEM# | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 10102 | 1 | CTN | ARTICHOKE 24 CT | 34.75 | 34.75 | 2.23 | 18.77 | 35.07 |
| 10210 | 1 | CTN | ASPARAGUS 11# | 20.00 | 20.00 | 2.80 | 10.80 | 35.06 |
| 10503 | 1 | CTN | BOK CHOY 30# | 11.50 | 11.50 | 0.59 | 6.20 | 35.03 |
| 10602 | 2 | CTN | BROCCOLI 18 CT | 11.25 | 22.50 | 0.96 | 12.06 | 34.90 |
| 10604 | 3 | CTN | BROCCOLI CROWN 20# | 12.50 | 37.50 | 0.96 | 20.10 | 34.90 |
| 10804 | 3 | CTN | CABBAGE GREEN CELLO 45# | 16.75 | 50.25 | 0.57 | 26.70 | 34.70 |
| 10810 | 1 | CTN | CABBAGE RED 45# | 21.50 | 21.50 | 0.74 | 11.80 | 35.44 |
| 10932 | 1 | CTN | CARROT GF CTN 50# | 13.25 | 13.25 | 0.41 | 7.25 | 35.37 |
| 10926 | 1 | BALE | CARROT TABLE 10/5# | 13.50 | 13.50 | 2.08 | 7.30 | 35.10 |
| 10949 | 1 | CTN | CARROT W.P. MINI 40/1# | 25.00 | 25.00 | 0.96 | 13.40 | 34.90 |
| 10942 | 1 | CTN | CARROT PETITE MICRO 12/12OZ | 12.25 | 12.25 | 1.57 | 6.59 | 34.98 |
| 11102 | 1 | CTN | CELERY 24 CT | 19.00 | 19.00 | 1.22 | 10.28 | 35.11 |
| 11303 | 6 | CTN | CILANTRO 60 CT | 12.85 | 77.10 | 0.33 | 41.70 | 35.10 |
| 11508 | 5 | CTN | CORN WHITE 48 CT | 15.75 | 78.75 | 0.50 | 41.25 | 34.38 |
| 11607 | 2 | BSHL | CUCUMBER S/S 72 CT | 28.75 | 57.50 | 0.61 | 30.34 | 34.54 |
| 11626 | 1 | CTN | CUCUMBER HOT HOUSE 18CT | 18.50 | 18.50 | 1.58 | 9.94 | 34.95 |
| 11606 | 15 | CTN | CUCUMBER PICKLING 25# | 12.00 | 180.00 | 0.76 | 105.00 | 36.84 |
| 12424 | 1 | CTN | HERB BUNCH MINT 6 CT | 4.50 | 4.50 | 6.92 | 2.42 | 34.97 |
| 12441 | 2 | DOZ | HERB EPAZOTE 1 DZ BUNCH | 9.50 | 19.00 | 1.22 | 10.28 | 35.11 |
| 12503 | 10 | CTN | JICAMA 40# | 12.50 | 125.00 | 0.50 | 75.00 | 37.50 |
| 12722 | 5 | CTN | LETTUCE CELLO 24 CT | 15.75 | 78.75 | 1.01 | 42.45 | 35.02 |
| 12715 | 1 | CTN | LETTUCE ROMAINE 24 CT | 12.50 | 12.50 | 0.80 | 6.70 | 34.90 |
| 12851 | 2 | CTN | NOPALES DICED 12/1# | 16.00 | 32.00 | 2.05 | 17.20 | 34.96 |
| 13363 | 4 | CTN | ONION GREEN MEXICAN 2 DOZ | 11.00 | 44.00 | 0.71 | 24.16 | 35.45 |
| 13332 | 10 | CTN | ONION RED JUMBO 40# SWEET | 14.50 | 145.00 | 0.59 | 91.00 | 38.56 |
| 13341 | 2 | SK | ONION WHITE MEDIUM 50# | 16.50 | 33.00 | 0.51 | 18.00 | 35.29 |
| 15705 | 2 | BG | ONION YELLOW MED 50# | 8.25 | 16.50 | 0.25 | 8.50 | 34.00 |
| 13741 | 2 | CTN | PEPPER BELL GREEN LG 25# | 28.85 | 57.70 | 1.78 | 31.30 | 35.17 |
| 13730 | 8 | CTN | PEPPER BELL RED 25# | 18.75 | 150.00 | 1.34 | 118.00 | 44.03 |
| 12831 | 1 | CTN | PEPPER CHILACA FRESH 10# | 17.00 | 17.00 | 2.62 | 9.20 | 35.11 |
| 13722 | 1 | W/B | PEPPER LONG GRN CHILE 25# | 16.75 | 16.75 | 1.07 | 8.93 | 34.77 |
| 13798 | 4 | W/B | PEPPER PASILLA W/B 22# | 18.75 | 75.00 | 1.31 | 40.28 | 34.94 |
| 13738 | 8 | W/B | PEPPER CHILE YELLOW 32# | 14.75 | 118.00 | 0.71 | 63.76 | 35.08 |

| TOTALS | | | | TOTAL | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | SALES TAX | | | PAYMENT TERMS | |
| | | | | INVOICE TOTAL | | | | |

**(Continued)**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE # 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884   CDFA #: A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
or proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.





Customer: **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

**Ship To:**

**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1793045**
Page: 2

P.O. Box 12838 ~ 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

| PURCHASE ORDER NUMBER | ROUTE 017 | SALES REP 26 | SERVICE REP CMAR | OK ORDER NUMBER 1078886 | INVOICE DATE 06/24/08 |
|---|---|---|---|---|---|

| ITEM# | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 13823 | 5 | BALE * | POTATO RUSSET 5/10# | 11.50 | 57.50 | 3.54 | 31.00 | 35.03 |
| 14008 | 3 | CTN * | RADISH W-TOPS 48 CT | 12.75 | 38.25 | 0.41 | 20.79 | 35.21 |
| 14401 | 1 | CTN * | SPINACH 24 CT | 13.00 | 13.00 | 0.83 | 6.92 | 34.74 |
| 14651 | 2 | CTN * | SQUASH CHAYOTE 50CT | 25.00 | 50.00 | 0.77 | 27.00 | 35.06 |
| 14612 | 2 | CTN * | SQUASH ITALIAN FCY #1 | 14.35 | 28.70 | 0.88 | 15.30 | 34.77 |
| 14635 | 8 | CTN * | SQUASH MEXICAN (GREY) | 13.85 | 110.80 | 0.89 | 60.08 | 35.16 |
| 14809 | 1 | CTN * | TOMATILLO MILPERO 10/1# | 15.50 | 15.50 | 2.38 | 8.30 | 34.87 |
| 14905 | 15 | FLT * | TOMATO 5X5 2-LAYER | 17.25 | 258.75 | 1.33 | 140.25 | 35.15 |
| 14921 | 5 | CTN * | TOMATO ROMA 25# | 15.75 | 78.75 | 0.97 | 42.50 | 35.05 |
| 12866 | 1 | CTN * | XOCONOTLE 10# | 14.50 | 14.50 | 2.23 | 7.80 | 34.98 |
| 20158 | 3 | CTN * | APPLE FUJI 80/88CT | 31.50 | 94.50 | 1.21 | 50.70 | 34.92 |
| 20216 | 1 | CTN * | APPLE GALA CHILEAN 100ct | 37.50 | 37.50 | 1.44 | 20.10 | 34.90 |
| 20114 | 1 | CTN * | APPLE GOLD DEL"PREM" 80/88CT | 33.00 | 33.00 | 1.27 | 17.80 | 35.04 |
| 20157 | 1 | CTN * | APPLE GRNYSMTH PREM 80/88 CT | 31.00 | 31.00 | 1.19 | 16.60 | 34.87 |
| 20143 | 1 | CTN * | APPLE RED DEL "PREM" 72/80CT 40# | 30.00 | 30.00 | 1.15 | 16.00 | 34.78 |
| 20303 | 1 | CTN * | APRICOT VF 8's/LGR 24# | 21.25 | 21.25 | 1.36 | 11.39 | 34.90 |
| 20439 | 15 | CTN * | AVOCADO HASS PREC 60CT | 39.85 | 597.75 | 1.02 | 320.25 | 34.89 |
| 20509 | 30 | CTN * | BANANA 3 CLR "CHIQUITA" | 20.75 | 622.50 | 0.80 | 337.50 | 35.16 |
| 20507 | 1 | CTN * | BANANA BURRO "COLOR" 40# | 12.25 | 12.25 | 0.47 | 6.55 | 34.84 |
| 22809 | 15 | CTN * | BERRY STRWBRY LTD ED 8/1# | 10.50 | 157.50 | 2.02 | 84.90 | 35.02 |
| 20701 | 1 | CTN * | COCONUT 20CT | 15.50 | 15.50 | 1.19 | 8.30 | 34.87 |
| 20704 | 1 | CTN * | COCONUT WHITE FRESH 20CT | 22.75 | 22.75 | 1.75 | 12.25 | 35.00 |
| 20706 | 1 | CTN * | COCONUT-THAI SHAVED 9CT | 11.75 | 11.75 | 2.01 | 6.34 | 35.05 |
| 21129 | 5 | CTN * | GRAPES RED SLDS 18# | 17.75 | 88.75 | 1.52 | 48.05 | 35.12 |
| 21410 | 2 | CTN * | LIME KEY 17/2# | 15.00 | 30.00 | 1.36 | 16.24 | 35.12 |
| 21728 | 5 | CTN * | MAMEY CTN 25# | 45.00 | 225.00 | 2.95 | 143.75 | 38.98 |
| 21502 | 100 | FLT * | MANGO TOMMY 12 CT | 4.90 | 490.00 | 0.63 | 266.00 | 35.19 |
| 21604 | 20 | CTN * | MELON CANTALOUPE 12CT 35# | 11.75 | 235.00 | 0.52 | 129.00 | 35.44 |
| 21619 | 20 | CTN * | MELON HONEYDEW 5/6CT 25# | 8.50 | 170.00 | 0.63 | 145.00 | 46.03 |
| 21625 | 3 | BIN * | MELON WTRMLN BIN 700# | 145.00 | 435.00 | 0.34 | 279.00 | 39.08 |
| 21911 | 20 | CTN * | NECTARINE YLW 56 VF 25# | 16.00 | 320.00 | 1.04 | 200.00 | 38.46 |
| 22327 | 1 | CTN * | PEAR BOSC CHILEAN 70/80CT 40# | 38.00 | 38.00 | 1.46 | 20.40 | 34.93 |
| 22325 | 15 | CTN * | PEAR D'ANJOU 60/70CT 44# | 26.50 | 397.50 | 0.99 | 270.75 | 40.52 |

| TOTALS | | | | TOTAL | | | | |
|---|---|---|---|---|---|---|---|---|
| | | **(Continued)** | | SALES TAX | | | PAYMENT TERMS | |
| | | | | INVOICE TOTAL | | | | |

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE



A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #:  47884    CDFA #:  A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.

**OK**

Customer: **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

**Ship To:**
**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1793045**
Page: **3**

P.O. Box 12838 · 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

| PURCHASE ORDER NUMBER | ROUTE 017 | SALES REP 26 | SERVICE REP CMAR | OK ORDER NUMBER 1078686 | | | | INVOICE DATE 06/24/08 | |
|---|---|---|---|---|---|---|---|---|---|
| ITEM # | QTY | PACK/SIZE | DESCRIPTION | | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
| 22616 | 1 | CTN * | PLUM BLACK 40/45 VF 28# | | 24.75 | 24.75 | 1.36 | 13.33 | 35.01 |
| 40406 | 3 | SK | BEAN PINTO 50# | | 30.75 | 92.25 | 0.95 | 50.25 | 35.26 |
| 40422 | 3 | SK | BEAN PERUANO 50# | | 44.75 | 134.25 | 1.38 | 72.75 | 35.14 |

| 1793045 | 58459 | MERCADO SUVIANDA #2 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Pulp temp. | 8/30 | 9/15 | loxoconttc | 10 | 10 | MARCOSAG | |

| TOTALS | 422 | | | | TOTAL | 6671.05 | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | SALES TAX | .00 | PAYMENT TERMS | |
| | | | | | INVOICE TOTAL | $6671.05 | Net 21 Days | |

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.



This invoice is printed on recycled paper.



**OK PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

Customer: **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

**Ship To:**

**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1793202**
Page: 1

| PURCHASE ORDER NUMBER | ROUTE 018 | SALES REP 26 | SERVICE REP CMAR | OK ORDER NUMBER 1078927 | INVOICE DATE 06/25/08 |
|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 10602 | 2 | CTN * | BROCCOLI 18 CT | 11.25 | 22.50 | 0.96 | 12.06 | 34.90 |
| 10804 | 3 | CTN * | CABBAGE GREEN CELLO 45# | 16.75 | 50.25 | 0.57 | 26.70 | 34.70 |
| 12838 | 1 | CTN * | CACTUS LEAF 35# W/B | 11.00 | 11.00 | 0.45 | 6.10 | 35.67 |
| 11102 | 1 | CTN * | CELERY 24 CT | 19.00 | 19.00 | 1.22 | 10.28 | 35.11 |
| 11508 | 8 | CTN * | CORN WHITE 48 CT | 15.75 | 126.00 | 0.50 | 66.00 | 34.38 |
| 11607 | 2 | BSHL * | CUCUMBER S/S 72 CT | 28.75 | 57.50 | 0.61 | 30.34 | 34.54 |
| 12722 | 5 | CTN * | LETTUCE CELLO 24 CT | 15.75 | 78.75 | 1.01 | 42.45 | 35.02 |
| 12715 | 1 | CTN * | LETTUCE ROMAINE 24 CT | 12.50 | 12.50 | 0.80 | 6.70 | 34.90 |
| 12717 | 1 | CTN * | LETTUCE ROMAINE HRTS 12/3 pk | 14.00 | 14.00 | 1.79 | 7.48 | 34.82 |
| 12902 | 1 | CTN | MANN'S BROC/STIR FRY 6/1# | 12.50 | 12.50 | 3.21 | 6.76 | 35.10 |
| 12821 | 1 | CTN | MANN'S BROC/VEG MDLY 6/1# | 12.00 | 12.00 | 3.08 | 6.48 | 35.06 |
| 10615 | 1 | CTN | MANN'S BROC/WOKLY 6/1# | 10.75 | 10.75 | 2.76 | 5.81 | 35.08 |
| 40550 | 1 | CTN * | NAGAIMO "CAMOTE DE CERRO" 22 LB | 64.00 | 64.00 | 4.48 | 34.56 | 35.06 |
| 12851 | 1 | CTN * | NOPALES DICED 12/1# | 16.00 | 16.00 | 2.05 | 8.60 | 34.96 |
| 13306 | 1 | CTN * | ONION GREEN 48 CT ICELESS | 12.25 | 12.25 | 0.39 | 6.47 | 34.56 |
| 13363 | 2 | CTN * | ONION GREEN MEXICAN 2 DOZ | 11.00 | 22.00 | 0.71 | 12.08 | 35.45 |
| 13335 | 8 | CTN | ONION RED MEDIUM 40# SWEET | 12.50 | 100.00 | 0.48 | 53.60 | 34.90 |
| 13341 | 3 | SK * | ONION WHITE MEDIUM 50# | 16.50 | 49.50 | 0.51 | 27.00 | 35.29 |
| 13338 | 1 | BALE | ONION WHITE 16/3# | 20.75 | 20.75 | 2.00 | 11.25 | 35.16 |
| 15705 | 3 | BG * | ONION YELLOW MED 50# | 8.25 | 24.75 | 0.25 | 12.75 | 34.00 |
| 13344 | 1 | BALE | ONION YELLOW 16/3# | 15.25 | 15.25 | 1.47 | 8.27 | 35.16 |
| 13741 | 1 | CTN * | PEPPER BELL GREEN LG 25# | 28.85 | 28.85 | 1.78 | 15.65 | 35.17 |
| 13730 | 4 | CTN * | PEPPER BELL RED 25# | 18.75 | 75.00 | 1.15 | 40.00 | 34.78 |
| 13722 | 1 | W/B * | PEPPER LONG GRN CHILE 25# | 16.75 | 16.75 | 1.07 | 8.93 | 34.77 |
| 13751 | 1 | CTN * | PEPPER MANZANO 10# | 55.00 | 55.00 | 8.46 | 29.60 | 34.99 |
| 13738 | 4 | W/B * | PEPPER CHILE YELLOW 32# | 14.75 | 59.00 | 0.71 | 31.88 | 35.08 |
| 13815 | 2 | BALE * | POTATO RUSSET 10/5# | 12.50 | 25.00 | 1.92 | 13.40 | 34.90 |
| 13823 | 2 | BALE * | POTATO RUSSET 5/10# | 11.50 | 23.00 | 3.54 | 12.40 | 35.03 |
| 14651 | 1 | CTN * | SQUASH CHAYOTE 50CT | 25.00 | 25.00 | 0.77 | 13.50 | 35.06 |
| 14612 | 3 | CTN * | SQUASH ITALIAN FCY #1 | 14.35 | 43.05 | 0.88 | 22.95 | 34.77 |
| 14809 | 0 | CTN * | TOMATILLO MILPERO 10/1# | 15.50 | 0.00 | 2.38 | 0.00 | |
| 14933 | 1 | FLT | TOMATO CHERRY CLAM SHELL | 26.00 | 26.00 | 3.33 | 13.96 | 34.93 |
| 15201 | 1 | CTN * | YAM #1 40# | 31.00 | 31.00 | 1.19 | 16.60 | 34.87 |

| TOTALS | | | |
|---|---|---|---|

| TOTAL | |
|---|---|
| SALES TAX | |
| INVOICE TOTAL | |

**(Continued)**

PAYMENT TERMS

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE



A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
or proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.



**OK PRODUCE**

P.O. Box 12838 – 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

Customer: **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

**Ship To:**
**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1793202**
Page: 2

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| | 018 | 26 | CMAR | 1078927 | 06/25/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 20158 | 3 | CTN * | APPLE FUJI 80/88CT | 31.50 | 94.50 | 1.21 | 50.70 | 34.92 |
| 20439 | 11 | CTN * | AVOCADO HASS PREC 60CT | 39.85 | 438.35 | 1.02 | 234.85 | 34.89 |
| 20509 | 30 | CTN * | BANANA 3 CLR "CHIQUITA" | 20.75 | 622.50 | 0.80 | 337.50 | 35.16 |
| 20540 | 2 | CTN * | BANANA BABY (DOMINICO)15# | 13.00 | 26.00 | 1.33 | 13.90 | 34.84 |
| 20507 | 2 | CTN * | BANANA BURRO "COLOR" 40# | 12.25 | 24.50 | 0.47 | 13.10 | 34.84 |
| 20544 | 1 | CTN * | BANANA MACHO (COLOR) 48# | 24.00 | 24.00 | 0.77 | 12.96 | 35.06 |
| 22809 | 10 | CTN * | BERRY STRWBRY LTD ED 8/1# | 11.75 | 117.50 | 2.26 | 63.30 | 35.01 |
| 21130 | 3 | CTN * | GRAPES GREEN SDLS 18# | 17.75 | 53.25 | 1.52 | 28.83 | 35.12 |
| 21129 | 8 | CTN * | GRAPES RED SLDS 18# | 17.75 | 142.00 | 1.52 | 76.88 | 35.12 |
| 21204 | 1 | CTN | KIWI FRUIT TRI-LYR 99 CT | 16.50 | 16.50 | 1.02 | 9.00 | 35.29 |
| 21302 | 0 | CTN | LEMONS CHOICE 115 CT | 37.75 | 0.00 | 0.51 | 0.00 | |
| 21410 | 3 | CTN | LIME KEY 17/2# | 15.00 | 45.00 | 1.36 | 24.36 | 35.12 |
| 21728 | 5 | CTN | MAMEY CTN 25# | 45.00 | 225.00 | 2.77 | 121.25 | 35.02 |
| 21604 | 15 | CTN * | MELON CANTALOUPE 12CT 35# | 11.75 | 176.25 | 0.52 | 96.75 | 35.44 |
| 21619 | 20 | CTN * | MELON HONEYDEW 5/6CT 25# | 8.50 | 170.00 | 0.52 | 90.00 | 34.62 |
| 21625 | 2 | BIN * | MELON WTRMLN BIN 700# | 145.00 | 290.00 | 0.32 | 158.00 | 35.27 |
| 21911 | 20 | CTN * | NECTARINE YLW 56 VF 25# | 16.00 | 320.00 | 0.98 | 170.00 | 34.69 |
| 22215 | 10 | CTN * | PEACH YLW 56 VF 25# | 16.85 | 168.50 | 1.04 | 91.50 | 35.19 |
| 22327 | 1 | CTN * | PEAR BOSC CHILEAN 70/80CT 40# | 38.00 | 38.00 | 1.46 | 20.40 | 34.93 |
| 22325 | 10 | CTN * | PEAR D'ANJOU 60/70CT 44# | 26.50 | 265.00 | 0.91 | 144.50 | 35.29 |
| 22517 | 15 | CTN * | PINEAPPLE GOLD 7CT | 12.00 | 180.00 | 2.80 | 114.00 | 38.78 |
| 22616 | 1 | CTN * | PLUM BLACK 40/45 VF 28# | 24.75 | 24.75 | 1.36 | 13.33 | 35.01 |
| 14240 | 1 | CTN | SALAD AMERICAN 6/12 OZ | 10.50 | 10.50 | 2.69 | 5.64 | 34.94 |
| 10815 | 1 | CTN | SALAD COLESLAW PLAIN 12/16oz | 9.75 | 9.75 | 1.25 | 5.25 | 35.00 |
| 14128 | 1 | CTN | SALAD CRSP ROM GRDN 12/12oz | 13.75 | 13.75 | 1.76 | 7.37 | 34.90 |
| 14234 | 1 | CTN | SALAD HRTS OF ROMAINE 6/10oz | 10.50 | 10.50 | 2.69 | 5.64 | 34.94 |
| 14235 | 1 | CTN | SALAD ITALIAN 6/10 OZ | 10.50 | 10.50 | 2.69 | 5.64 | 34.94 |
| 14905 | 18 | FLT | TOMATO 5X5 2-LAYER | 15.00 | 270.00 | 1.15 | 144.00 | 34.78 |
| 21300 | 1 | CTN | LEMONS FANCY 140 CT | 37.75 | 37.75 | 0.41 | 19.65 | 34.23 |

| TOTALS | 266 | | | | | | | |

| | | |
|---|---|---|
| TOTAL | 4983.25 | |
| SALES TAX | 0.00 | **PAYMENT TERMS** |
| INVOICE TOTAL | **$4983.25** | **Net 21 Days** |

| 793202 | 58459 | MERCADO SUVIANDA #2 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Pulp temp. | | 8 | 93ℓ | 103ℓ | 0 | 8 | 8 | MARCOS dℓ marcos |

DRIVER SIGNATURE

State of CA Organic Reg #: 47884    CDFA#: A6504

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivable or proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.



# OK PRODUCE

Customer: **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

**Ship To:**

**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1793447**
Page: 1

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

| PURCHASE ORDER NUMBER | ROUTE 004 | SALES REP 26 | SERVICE REP CMAR | OK ORDER NUMBER 1079097 | INVOICE DATE 06/26/08 |
|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 10604 | 2 | CTN * | BROCCOLI CROWN 20# | 12.50 | 25.00 | 0.96 | 13.40 | 34.90 |
| 10932 | 1 | CTN * | CARROT GF CTN 50# | 13.25 | 13.25 | 0.41 | 7.25 | 35.37 |
| 11102 | 1 | CTN * | CELERY 24 CT | 19.00 | 19.00 | 1.22 | 10.28 | 35.11 |
| 11303 | 4 | CTN * | CILANTRO 60 CT | 12.85 | 51.40 | 0.33 | 27.80 | 35.10 |
| 11508 | 3 | CTN * | CORN WHITE 48 CT | 15.75 | 47.25 | 0.50 | 24.75 | 34.38 |
| 11607 | 2 | BSHL * | CUCUMBER S/S 72 CT | 28.75 | 57.50 | 0.61 | 30.34 | 34.54 |
| 12214 | 2 | CTN * | GARLIC CHINESE 48/5PC VXR | 17.85 | 35.70 | 0.57 | 19.02 | 34.76 |
| 12722 | 6 | CTN * | LETTUCE CELLO 24 CT | 15.75 | 94.50 | 1.01 | 50.94 | 35.02 |
| 12710 | 1 | CTN * | LETTUCE GREEN LEAF 24 CT | 12.50 | 12.50 | 0.80 | 6.70 | 34.90 |
| 12712 | 1 | CTN * | LETTUCE RED LEAF 24 CT | 12.50 | 12.50 | 0.80 | 6.70 | 34.90 |
| 12715 | 1 | CTN * | LETTUCE ROMAINE 24 CT | 12.50 | 12.50 | 0.80 | 6.70 | 34.90 |
| 13001 | 1 | FLT | MUSH WHT WHL 12/8 OZ | 14.00 | 14.00 | 1.79 | 7.48 | 34.82 |
| 13031 | 1 | FLT | MUSH WHT SLC 12/8OZ | 14.50 | 14.50 | 1.86 | 7.82 | 35.04 |
| 13306 | 3 | CTN * | ONION GREEN 48 CT ICELESS | 12.25 | 36.75 | 0.39 | 19.41 | 34.56 |
| 13363 | 4 | CTN * | ONION GREEN MEXICAN 2 DOZ | 11.00 | 44.00 | 0.71 | 24.16 | 35.45 |
| 13335 | 5 | CTN * | ONION RED MEDIUM 40# SWEET | 12.50 | 62.50 | 0.48 | 33.50 | 34.90 |
| 13341 | 5 | SK * | ONION WHITE MEDIUM 50# | 16.50 | 82.50 | 0.51 | 45.00 | 35.29 |
| 15705 | .5 | BG * | ONION YELLOW MED 50# | 8.25 | 41.25 | 0.25 | 21.25 | 34.00 |
| 13409 | 1 | CTN * | PARSLEY BUNCH 30 CT | 13.25 | 13.25 | 0.68 | 7.15 | 35.05 |
| 13411 | 1 | CTN * | PARSLEY HYE 30 ct | 12.50 | 12.50 | 0.64 | 6.70 | 34.90 |
| 13741 | 1 | CTN * | PEPPER BELL GREEN LG 25# | 28.85 | 28.85 | 1.78 | 15.65 | 35.17 |
| 13730 | 10 | CTN * | PEPPER BELL RED 25# | 18.75 | 187.50 | 1.15 | 100.00 | 34.78 |
| 13738 | 8 | W/B * | PEPPER CHILE YELLOW 32# | 14.75 | 118.00 | 0.71 | 63.76 | 35.08 |
| 13832 | 1 | CTN * | POTATO RUSSET 80 CT | 25.00 | 25.00 | 0.77 | 13.50 | 35.06 |
| 13815 | 2 | BALE * | POTATO RUSSET 10/5# | 12.50 | 25.00 | 1.92 | 13.40 | 34.90 |
| 13823 | 2 | BALE * | POTATO RUSSET 5/10# | 11.50 | 23.00 | 3.54 | 12.40 | 35.03 |
| 14008 | 3 | CTN * | RADISH W-TOPS 48 CT | 12.75 | 38.25 | 0.41 | 20.79 | 35.21 |
| 14401 | 1 | CTN * | SPINACH 24 CT | 13.00 | 13.00 | 0.83 | 6.92 | 34.74 |
| 14651 | 1 | CTN * | SQUASH CHAYOTE 50CT | 25.00 | 25.00 | 0.77 | 13.50 | 35.06 |
| 14612 | 3 | CTN * | SQUASH ITALIAN FCY #1 | 14.35 | 43.05 | 0.88 | 22.95 | 34.77 |
| 14635 | 5 | CTN * | SQUASH MEXICAN (GREY) | 13.85 | 69.25 | 0.89 | 37.55 | 35.16 |
| 14905 | 10 | FLT * | TOMATO 5X5 2-LAYER | 17.25 | 172.50 | 1.33 | 93.50 | 35.15 |
| 14921 | 10 | CTN * | TOMATO ROMA 25# | 15.75 | 157.50 | 0.97 | 85.00 | 35.05 |

| TOTALS | | | | TOTAL | | | |
|---|---|---|---|---|---|---|---|
| | | | | SALES TAX | | PAYMENT TERMS | |
| | | **(Continued)** | | INVOICE TOTAL | | | |

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains their trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivable of proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.

OK PRODUCE

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

...omer: **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

**Ship To:**

**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1793447**
Page:    2

| PURCHASE ORDER NUMBER | ROUTE 004 | SALES REP 26 | SERVICE REP CMAR | OK ORDER NUMBER 1079097 | | INVOICE DATE 06/26/08 |
|---|---|---|---|---|---|---|

| ITEM# | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 20216 | 4 | CTN * | APPLE GALA CHILEAN 100ct | 37.50 | 150.00 | 1.44 | 80.40 | 34.90 |
| 20114 | 1 | CTN * | APPLE GOLD DEL"PREM" 80/88CT | 33.00 | 33.00 | 1.27 | 17.80 | 35.04 |
| 20157 | 1 | CTN * | APPLE GRNYSMTH PREM 80/88 CT | 31.00 | 31.00 | 1.19 | 16.60 | 34.87 |
| 20143 | 1 | CTN * | APPLE RED DEL "PREM" 72/80CT 40# | 30.00 | 30.00 | 1.15 | 16.00 | 34.78 |
| 20303 | 2 | CTN | APRICOT VF 8's/LGR 24# | 21.25 | 42.50 | 1.36 | 22.78 | 34.90 |
| 20509 | 10 | CTN * | BANANA 3 CLR "CHIQUITA" | 20.75 | 207.50 | 0.80 | 112.50 | 35.16 |
| 22809 | 4 | CTN * | BERRY STRWBRY LTD ED 8/1# | 11.75 | 47.00 | 2.26 | 25.32 | 35.01 |
| 21005 | 1 | CTN * | GRAPEFRUIT PINK 10/5# | 17.75 | 17.75 | 2.73 | 9.55 | 34.98 |
| 21010 | 1 | CTN * | GRAPEFRUIT 40 CT | 14.00 | 14.00 | 0.54 | 7.60 | 35.19 |
| 21130 | 2 | CTN * | GRAPES GREEN SDLS 18# | 17.75 | 35.50 | 1.52 | 19.22 | 35.12 |
| 21129 | 2 | CTN * | GRAPES RED SLDS 18# | 17.75 | 35.50 | 1.52 | 19.22 | 35.12 |
| 21302 | 0 | CTN * | LEMONS CHOICE 115 CT | 37.75 | 0.00 | 0.51 | 0.00 | |
| 21728 | 10 | CTN * | MAMEY CTN 25# | 45.00 | 450.00 | 2.77 | 242.50 | 35.02 |
| 21509 | 40 | CTN * | MANGO ATAULFO 18 CT | 6.00 | 240.00 | 0.51 | 127.20 | 34.64 |
| 21604 | 20 | CTN * | MELON CANTALOUPE 12CT 35# | 11.75 | 235.00 | 0.52 | 129.00 | 35.44 |
| 21619 | 20 | CTN * | MELON HONEYDEW 5/6CT 25# | 8.50 | 170.00 | 0.52 | 90.00 | 34.62 |
| 21625 | 1 | BIN * | MELON WTRMLN BIN 700# | 145.00 | 145.00 | 0.32 | 79.00 | 35.27 |
| 21630 | 1 | BIN * | MELON WTRMLN SDLS BIN 700LB | 145.00 | 145.00 | 0.32 | 79.00 | 35.27 |
| 21911 | 10 | CTN * | NECTARINE YLW 56 VF 25# | 16.00 | 160.00 | 0.98 | 85.00 | 34.69 |
| 22215 | 5 | CTN * | PEACH YLW 56 VF 25# | 16.85 | 84.25 | 1.04 | 45.75 | 35.19 |
| 22327 | 1 | CTN * | PEAR BOSC CHILEAN 70/80CT 40# | 38.00 | 38.00 | 1.46 | 20.40 | 34.93 |
| 22335 | 10 | CTN * | PEAR D'ANJOU 60/70CT 44# | 26.50 | 265.00 | 0.91 | 144.50 | 35.29 |
| 22518 | 35 | CTN * | PINEAPPLE GOLD 8CT | 10.00 | 350.00 | 2.40 | 322.00 | 47.92 |
| 22616 | 2 | CTN * | PLUM BLACK 40/45 VF 28# | 24.75 | 49.50 | 1.36 | 26.66 | 35.01 |

| 1793441 | 58459 | MERCADO SUVIANDA #2 | | | | | |
|---|---|---|---|---|---|---|---|
| | | Pulp temp. | | | 10 | | |

| 1793447 | 58459 | MERCADO SUVIANDA #2 | | | | | |
|---|---|---|---|---|---|---|---|
| | | Pulp temp. | | | | | |

| TOTALS | 291 | | | TOTAL | 4603.75 | PAYMENT TERMS |
|---|---|---|---|---|---|---|
| | | | | SALES TAX | 0.00 | Net 21 Days |
| | | | | INVOICE TOTAL | $4603.75 | |

**JAMBA JUICE & SMOOTHIES ARE HERE! CONTACT YOUR SALES REP TO GET ALL 6 VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg#: 47884    CDFA#: A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.



This invoice is printed on recycled paper.



**Customer: 58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

**Ship To:**

**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1793693**
Page:    1

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

| PURCHASE ORDER NUMBER | ROUTE 018 | SALES REP 26 | SERVICE REP CMAR | OK ORDER NUMBER 1079298 | | INVOICE DATE 06/27/08 |
|---|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 10604 | 2 | CTN * | BROCCOLI CROWN 20# | 12.50 | 25.00 | 0.96 | 13.40 | 34.90 |
| 10932 | 1 | CTN * | CARROT GF CTN 50# | 13.25 | 13.25 | 0.41 | 7.25 | 35.37 |
| 11508 | 3 | CTN * | CORN WHITE 48 CT | 14.75 | 44.25 | 0.47 | 23.43 | 34.62 |
| 11607 | 1 | BSHL * | CUCUMBER S/S 72 CT | 28.75 | 28.75 | 0.61 | 15.17 | 34.54 |
| 11903 | 1 | CTN * | EGGPLANT 24 CT | 21.75 | 21.75 | 1.39 | 11.61 | 34.80 |
| 12412 | 2 | CTN | HERB BUNCH BASIL 6 CT | 5.25 | 10.50 | 1.35 | 5.70 | 35.19 |
| 12715 | 1 | CTN * | LETTUCE ROMAINE 24 CT | 14.00 | 14.00 | 0.90 | 7.60 | 35.19 |
| 12851 | 1 | CTN * | NOPALES DICED 12/1# | 16.00 | 16.00 | 2.05 | 8.60 | 34.96 |
| 13306 | 2 | CTN * | ONION GREEN 48 CT ICELESS | 12.25 | 24.50 | 0.39 | 12.94 | 34.56 |
| 13363 | 2 | CTN * | ONION GREEN MEXICAN 2 DOZ | 11.00 | 22.00 | 0.71 | 12.08 | 35.45 |
| 15705 | 2 | BG * | ONION YELLOW MED 50# | 7.50 | 15.00 | 0.23 | 8.00 | 34.78 |
| 13741 | 1 | CTN * | PEPPER BELL GREEN LG 25# | 28.85 | 28.85 | 1.78 | 15.65 | 35.17 |
| 13730 | 3 | CTN * | PEPPER BELL RED 25# | 18.75 | 56.25 | 1.15 | 30.00 | 34.78 |
| 13807 | 1 | CTN * | POTATO RED "A" 50# | 17.85 | 17.85 | 0.55 | 9.65 | 35.09 |
| 14401 | 1 | CTN * | SPINACH 24 CT | 13.00 | 13.00 | 0.83 | 6.92 | 34.74 |
| 14651 | 1 | CTN * | SQUASH CHAYOTE 50CT | 25.00 | 25.00 | 0.77 | 13.50 | 35.06 |
| 14612 | 2 | CTN * | SQUASH ITALIAN FCY #1 | 14.35 | 28.70 | 0.88 | 15.30 | 34.77 |
| 14918 | 15 | CTN * | TOMATO LOOSE LARGE 25# | 18.75 | 281.25 | 1.15 | 150.00 | 34.78 |
| 15201 | 1 | CTN * | YAM #1 40# | 31.00 | 31.00 | 1.19 | 16.60 | 34.87 |
| 20599 | 25 | CTN * | BANANA 3 CLR "CHIQUITA" | 20.75 | 518.75 | 0.80 | 281.25 | 35.16 |
| 20507 | 1 | CTN * | BANANA BURRO "COLOR" 40# | 12.25 | 12.25 | 0.47 | 6.55 | 34.84 |
| 20704 | 1 | CTN * | COCONUT WHITE FRESH 20CT | 22.75 | 22.75 | 1.75 | 12.25 | 35.00 |
| 21010 | 1 | CTN * | GRAPEFRUIT 40 CT | 14.00 | 14.00 | 0.54 | 7.60 | 35.19 |
| 21911 | 15 | CTN * | NECTARINE YLW 56 VF 25# | 16.00 | 240.00 | 0.98 | 127.50 | 34.69 |
| 22109 | 5 | CTN * | PAPAYA MARADOL "PREMIUM" 33# | 21.50 | 107.50 | 1.00 | 57.50 | 34.85 |
| 22215 | 5 | CTN * | PEACH YLW 56 VF 25# | 15.50 | 77.50 | 0.95 | 41.25 | 34.74 |
| 22325 | 7 | CTN * | PEAR D'ANJOU 60/70CT 44# | 26.50 | 185.50 | 0.91 | 101.15 | 35.29 |
| 22616 | 1 | CTN * | PLUM BLACK 40/45 VF 28# | 22.75 | 22.75 | 1.25 | 12.25 | 35.00 |
| 40406 | 3 | SK | BEAN PINTO 50# | 30.75 | 92.25 | 0.95 | 50.25 | 35.26 |
| 40409 | 1 | BG | BEAN DRD BLACK 50# | 32.75 | 32.75 | 1.01 | 17.75 | 35.15 |
| 40422 | 3 | SK | BEAN PERUANO 50# | 44.75 | 134.25 | 1.38 | 72.75 | 35.14 |
| 20607 | 2 | CTN * | CHERRIES 11.5 ROW 8/2# | 28.00 | 56.00 | 2.39 | 30.04 | 34.91 |
| 13738 | 8 | W/B * | PEPPER CHILE YELLOW 32# | 14.75 | 118.00 | 0.71 | 63.76 | 35.08 |

| TOTALS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|

**(Continued)**

| TOTAL | |
|---|---|
| SALES TAX | |
| INVOICE TOTAL | |

PAYMENT TERMS

DATE

CUSTOMER SIGNATURE

PRINT NAME

DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.





Customer: **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

Invoice #
**1793693**
Page: **2**

**Ship To:**
**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

P.O. Box 12838 - 1752 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | | | INVOICE DATE | |
|---|---|---|---|---|---|---|---|---|
| | 018 | 26 | CMAR | 1079298 | | | 06/27/08 | |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 22046 | 1 | BIN # | ORANGES LOOSE BIN 700# | 180.00 | 180.00 | 0.35 | 100.00 | 35.71 |

NOTES: Juan Carlos Cell# 408-720-2724

| 1793693 | 58459 | MERCADO SUVIANDA #2 |
|---|---|---|
| | Pulp temp. | |

| TOTALS. | 122 | | | | | | |
|---|---|---|---|---|---|---|---|

| TOTAL | 2531.15 | |
|---|---|---|
| SALES TAX | 0.00 | PAYMENT TERMS |
| INVOICE TOTAL | **$2531.15** | Net 21 Days |

**JAMBA JUICE & SMOOTHIES ARE HERE! CONTACT YOUR SALES REP TO GET ALL 6 VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.



This invoice is printed on recycled paper.



P.O. Box 12838 – 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

Customer: **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

**Ship To:**

**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1793724**
Page: **1**

**THIS IS A CREDIT MEMO**

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| 759451 | | 26 | PTSY | 1791863 | 06/27/08 |

| ITEM# | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 21625 | | BIN | MELON WTRMLN BIN 700# | 145.00 | -145.00 | 0.00 | | |

| | | |
|---|---|---|
| TOTALS | -1 | |

| | |
|---|---|
| TOTAL | -145.00 |
| SALES TAX | 0.00 |
| INVOICE TOTAL | **$-145.00** |

PAYMENT TERMS
**Net 21 Days**

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

DATE

CUSTOMER SIGNATURE

PRINT NAME

DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #:  47884    CDFA #:  A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.



This invoice is printed on recycled paper.



**OK PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

Customer: **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

**Ship To:**

**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1793848**
Page: 1

THIS IS A CREDIT MEMO

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| 747866 | | 26 | PTSY | 1792739 | 06/27/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 20439 | | CTN | AVOCADO HASS PREC 60CT | 38.85 | -38.85 | 0.00 | | |

| TOTALS | -1 | | | | | | | |

| TOTAL | -38.85 |
|---|---|
| SALES TAX | 0.00 |
| INVOICE TOTAL | **$-38.85** |

PAYMENT TERMS
**Net 21 Days**

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

 This invoice is printed on recycled paper.



**Customer: 58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

**Ship To:**

**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1793873**
Page: 1

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
**www.okproduce.com**

**THIS IS A CREDIT MEMO**

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| 746182 | | 26 | PTSY | 1793045 | 06/27/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 12866 | | CTN | XOCONOTLE 10# | 14.50 | -14.50 | 0.00 | | |

| TOTALS | -1 | | | | | | | |

| TOTAL | -14.50 |
|---|---|
| SALES TAX | 0.00 |
| INVOICE TOTAL | **$-14.50** |

**PAYMENT TERMS**
**Net 21 Days**

**JAMBA JUICE & SMOOTHIES ARE HERE! CONTACT YOUR SALES REP TO GET ALL 6 VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivable of proceeds from the sale of these commodities until full payment is received.

_____
DRIVER SIGNATURE

This invoice is printed on recycled paper.





Customer: **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

**Ship To:**

**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #

**1793965**
Page: 1

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| | 018 | 26 | ABRA | 1079523 | 06/28/08 |

| ITEM# | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 12841 | 1 | CTN | ALOE VERA LEAVES 25# | 21.25 | 21.25 | 1.31 | 11.50 | 35.11 |
| 10210 | 1 | CTN | ASPARAGUS 11# | 20.00 | 20.00 | 2.80 | 10.80 | 35.06 |
| 10306 | 1 | CTN * | BEAN GREEN 30# | 27.75 | 27.75 | 1.42 | 14.85 | 34.86 |
| 10505 | 1 | CTN * | BOK CHOY BABY 30# | 15.75 | 15.75 | 0.81 | 8.55 | 35.19 |
| 10604 | 6 | CTN * | BROCCOLI CROWN 20# | 12.50 | 75.00 | 0.96 | 40.20 | 34.90 |
| 10804 | 3 | CTN * | CABBAGE GREEN CELLO 45# | 16.75 | 50.25 | 0.57 | 26.70 | 34.70 |
| 12838 | 2 | CTN * | CACTUS LEAF 35# W/B | 11.00 | 22.00 | 0.45 | 12.20 | 35.67 |
| 10932 | 3 | CTN * | CARROT GF CTN 50# | 13.25 | 39.75 | 0.41 | 21.75 | 35.37 |
| 10926 | 3 | BALE | CARROT TABLE 10/5# | 13.50 | 40.50 | 2.08 | 21.90 | 35.10 |
| 10927 | 3 | BALE | CARROT TABLE 24/2# | 13.50 | 40.50 | 0.87 | 22.14 | 35.34 |
| 11004 | 2 | CTN | CAULIFLOWER 12 CT | 13.50 | 27.00 | 1.73 | 14.52 | 34.97 |
| 11205 | 1 | CTN | CHARD SWISS 12CT | 12.25 | 12.25 | 1.57 | 6.59 | 34.98 |
| 11102 | 2 | CTN | CELERY 24 CT | 19.00 | 38.00 | 1.22 | 20.56 | 35.11 |
| 11303 | 3 | CTN | CILANTRO 60 CT | 12.85 | 38.55 | 0.33 | 20.85 | 35.10 |
| 11508 | 5 | CTN | CORN WHITE 48 CT | 14.75 | 73.75 | 0.47 | 39.05 | 34.62 |
| 11607 | 2 | BSHL | CUCUMBER S/S 72 CT | 28.75 | 57.50 | 0.61 | 30.34 | 34.54 |
| 12214 | 2 | CTN | GARLIC CHINESE 48/5PC VXR | 17.85 | 35.70 | 0.57 | 19.02 | 34.76 |
| 12302 | 1 | CTN | GINGER ROOT 30# | 28.00 | 28.00 | 1.44 | 15.20 | 35.19 |
| 11402 | 1 | CTN | GRNS COLLARD 24 CT | 16.00 | 16.00 | 1.03 | 8.72 | 35.28 |
| 13102 | 1 | CTN | GRNS MUSTARD CURLY 24 CT | 14.00 | 14.00 | 0.90 | 7.60 | 35.19 |
| 12412 | 2 | CTN | HERB BUNCH BASIL 6 CT | 5.25 | 10.50 | 1.35 | 5.70 | 35.19 |
| 12424 | 2 | CTN | HERB BUNCH MINT 6 CT | 4.50 | 9.00 | 6.92 | 4.84 | 34.97 |
| 12722 | 6 | CTN * | LETTUCE CELLO 24 CT | 15.75 | 94.50 | 1.01 | 50.94 | 35.02 |
| 12710 | 1 | CTN * | LETTUCE GREEN LEAF 24 CT | 14.00 | 14.00 | 0.90 | 7.60 | 35.19 |
| 12712 | 1 | CTN * | LETTUCE RED LEAF 24 CT | 14.00 | 14.00 | 0.90 | 7.60 | 35.19 |
| 12715 | 1 | CTN * | LETTUCE ROMAINE 24 CT | 14.00 | 14.00 | 0.90 | 7.60 | 35.19 |
| 12717 | 1 | CTN | LETTUCE ROMAINE HRTS 12/3 pk | 17.75 | 17.75 | 2.28 | 9.61 | 35.12 |
| 12902 | 1 | CTN | MANN'S BROC/STIR FRY 6/1# | 12.50 | 12.50 | 3.21 | 6.76 | 35.10 |
| 12821 | 1 | CTN | MANN'S BROC/VEG MDLY 6/1# | 12.00 | 12.00 | 3.08 | 6.48 | 35.06 |
| 13001 | 1 | FLT | MUSH WHT WHL 12/8 OZ | 14.00 | 14.00 | 1.79 | 7.48 | 34.82 |
| 13031 | 1 | FLT | MUSH WHT SLC 12/8OZ | 14.50 | 14.50 | 1.86 | 7.82 | 35.04 |
| 12851 | 1 | CTN * | NOPALES DICED 12/1# | 16.00 | 16.00 | 2.05 | 8.60 | 34.96 |
| 13302 | 1 | SK | ONION BOILER 25# | 26.25 | 26.25 | 1.62 | 14.25 | 35.19 |

| TOTALS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| TOTAL | | |
| SALES TAX | | PAYMENT TERMS |
| INVOICE TOTAL | | |

**(Continued)**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivable of proceeds from the sale of these commodities until full payment is received.

 This invoice is printed on recycled paper.



**CK PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

...omer:  **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

**Ship To:**
**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1793965**
Page:   **2**

| PURCHASE ORDER NUMBER | ROUTE 018 | SALES REP 26 | SERVICE REP ABRA | OK ORDER NUMBER 1079523 | INVOICE DATE 06/28/08 | | | |
|---|---|---|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 13306 | 3 | CTN * | ONION GREEN 48 CT ICELESS | 12.25 | 36.75 | 0.39 | 19.41 | 34.56 |
| 13363 | 3 | CTN * | ONION GREEN MEXICAN 2 DOZ | 11.00 | 33.00 | 0.71 | 18.12 | 35.45 |
| 13341 | 5 | SK * | ONION WHITE MEDIUM 50# | 16.50 | 82.50 | 0.51 | 45.00 | 35.29 |
| 13338 | 1 | BALE | ONION WHITE 16/3# | 20.75 | 20.75 | 2.00 | 11.25 | 35.16 |
| 15705 | 5 | BG * | ONION YELLOW MED 50# | 7.50 | 37.50 | 0.23 | 20.00 | 34.78 |
| 13344 | 1 | BALE | ONION YELLOW 16/3# | 15.25 | 15.25 | 1.47 | 8.27 | 35.16 |
| 13807 | 1 | CTN * | POTATO RED "A" 50# | 17.85 | 17.85 | 0.55 | 9.65 | 35.09 |
| 13832 | 1 | CTN * | POTATO RUSSET  80 CT | 25.00 | 25.00 | 0.77 | 13.50 | 35.06 |
| 13815 | 3 | BALE * | POTATO RUSSET 10/5# | 12.50 | 37.50 | 1.92 | 20.10 | 34.90 |
| 13823 | 3 | BALE * | POTATO RUSSET 5/10# | 11.50 | 34.50 | 3.54 | 18.60 | 35.03 |
| 14008 | 2 | CTN * | RADISH W-TOPS 48 CT | 13.75 | 27.50 | 0.44 | 14.74 | 34.90 |
| 14401 | 2 | CTN * | SPINACH 24 CT | 13.00 | 26.00 | 0.83 | 13.84 | 34.74 |
| 14651 | 2 | CTN * | SQUASH CHAYOTE 50CT | 25.00 | 50.00 | 0.77 | 27.00 | 35.06 |
| 15201 | 1 | CTN * | YAM #1 40# | 31.00 | 31.00 | 1.19 | 16.60 | 34.87 |
| 12825 | 1 | CTN * | YUCCA ROOT 40# | 38.75 | 38.75 | 1.49 | 20.85 | 34.98 |
| 20158 | 5 | CTN * | APPLE FUJI 80/88CT | 31.50 | 157.50 | 1.21 | 84.50 | 34.92 |
| 20216 | 2 | CTN * | APPLE GALA CHILEAN 100ct | 37.50 | 75.00 | 1.44 | 40.20 | 34.90 |
| 20114 | 1 | CTN * | APPLE GOLD DEL"PREM" 80/88CT | 33.00 | 33.00 | 1.27 | 17.80 | 35.04 |
| 20157 | 1 | CTN * | APPLE GRNYSMTH PREM 80/88 CT | 31.00 | 31.00 | 1.19 | 16.60 | 34.87 |
| 20171 | 1 | CTN * | APPLE RED DEL 64/72CT | 26.00 | 26.00 | 1.00 | 14.00 | 35.00 |
| 20303 | 2 | CTN * | APRICOT VF 8's/LGR 24# | 21.25 | 42.50 | 1.36 | 22.78 | 34.90 |
| 20439 | 5 | CTN * | AVOCADO HASS PREC 60CT | 39.85 | 199.25 | 1.02 | 106.75 | 34.89 |
| 20509 | 20 | CTN * | BANANA 3 CLR "CHIQUITA" | 20.75 | 415.00 | 0.80 | 225.00 | 35.16 |
| 20540 | 2 | CTN * | BANANA BABY (DOMINICO)15# | 13.00 | 26.00 | 1.33 | 13.90 | 34.84 |
| 22809 | 10 | CTN * | BERRY STRWBRY LTD ED 8/1# | 11.75 | 117.50 | 2.26 | 63.30 | 35.01 |
| 20601 | 3 | CTN * | CHERRIES 10.5 ROW 8/2# | 40.00 | 120.00 | 3.85 | 64.80 | 35.06 |
| 20701 | 1 | CTN * | COCONUT 20CT | 15.50 | 15.50 | 1.19 | 8.30 | 34.87 |
| 20704 | 1 | CTN * | COCONUT WHITE FRESH 20CT | 22.75 | 22.75 | 1.75 | 12.25 | 35.00 |
| 20706 | 1 | CTN * | COCONUT-THAI SHAVED 9CT | 11.75 | 11.75 | 2.01 | 6.34 | 35.05 |
| 21005 | 1 | CTN | GRAPEFRUIT PINK 10/5# | 17.75 | 17.75 | 2.73 | 9.55 | 34.98 |
| 21010 | 1 | CTN * | GRAPEFRUIT 40 CT | 14.00 | 14.00 | 0.54 | 7.60 | 35.19 |
| 21129 | 3 | CTN * | GRAPES RED SLDS 18# | 17.75 | 53.25 | 1.52 | 28.83 | 35.12 |
| 21604 | 10 | CTN * | MELON CANTALOUPE 12CT 35# | 12.75 | 127.50 | 0.56 | 68.50 | 34.95 |

| TOTALS | | | | TOTAL | | | |
|---|---|---|---|---|---|---|---|
| | | | | SALES TAX | | PAYMENT TERMS | |
| | | **(Continued)** | | INVOICE TOTAL | | | |

DATE

CUSTOMER SIGNATURE

PRINT NAME

DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #:  47884    CDFA #:  A6504

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivable of proceeds from the sale of these commodities until full payment is received.



This invoice is printed on recycled paper.



**OK PRODUCE**

Customer: **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

**Ship To:**
**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1793965**
Page: 3

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

| PURCHASE ORDER NUMBER | ROUTE 018 | SALES REP 26 | SERVICE REP ABRA | OK ORDER NUMBER 1079523 | INVOICE DATE 06/28/08 |
|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 21619 | 5 | CTN | MELON HONEYDEW 5/6CT 25# | 8.50 | 42.50 | 0.52 | 22.50 | 34.62 |
| 21911 | 15 | CTN * | NECTARINE YLW 56 VF 25# | 16.00 | 240.00 | 0.98 | 127.50 | 34.69 |
| 22109 | 5 | CTN * | PAPAYA MARADOL "PREMIUM" 33# | 21.50 | 107.50 | 1.00 | 57.50 | 34.85 |
| 22215 | 15 | CTN * | PEACH YLW 56 VF 25# | 15.50 | 232.50 | 0.95 | 123.75 | 34.74 |
| 22325 | 10 | CTN * | PEAR D'ANJOU 60/70CT 44# | 26.50 | 265.00 | 0.91 | 144.50 | 35.29 |
| 22517 | 10 | CTN * | PINEAPPLE GOLD 7CT | 12.50 | 125.00 | 2.75 | 67.50 | 35.06 |
| 22616 | 2 | CTN * | PLUM BLACK 40/45 VF 28# | 22.75 | 45.50 | 1.25 | 24.50 | 35.00 |
| 14240 | 1 | CTN | SALAD AMERICAN 6/12 OZ | 10.50 | 10.50 | 2.69 | 5.64 | 34.94 |
| 14235 | 1 | CTN | SALAD ITALIAN 6/10 OZ | 10.50 | 10.50 | 2.69 | 5.64 | 34.94 |
| 40406 | 3 | SK | BEAN PINTO 50# | 30.75 | 92.25 | 0.95 | 50.25 | 35.26 |
| 40422 | 3 | SK | BEAN PERUANO 50# | 44.75 | 134.25 | 1.38 | 72.75 | 35.14 |
| 22046 | 1 | BIN # | ORANGES LOOSE BIN 700# | 180.00 | 180.00 | 0.35 | 100.00 | 35.71 |
| 14904 | 32 | FLT | TOMATO 4X5 2-LAYER 22# | 17.25 | 552.00 | 1.33 | 299.20 | 35.15 |
| 22518 | 5 | CTN | PINEAPPLE GOLD 8CT | 10.50 | 52.50 | 2.02 | 28.30 | 35.02 |

---

06/28/08   TRUCK#: 424-803   **OK PRODUCE**   ROUTE#: 018

DRIVER (PRINT): ALEX VOLKOV   **TRUCK LOAD MANIFEST**   TIME LEAVING: 1100  AM/PM

| INVOICE | CUSTOMER | TIME IN | OUT | RETURNS | PALLETS DEL | P/U | RECEIVED BY: SIGNATURE | PRINT NAME |
|---|---|---|---|---|---|---|---|---|
| 1793965 | 58459  MERCADO SUVIANDA #2 Pulp temp. | 700 | 745 | | 5 | 5 | *[signature]* Alfonso | |
| | Pulp temp. | | | | | | | |

| TOTALS | 276 | | | | | | | |

| TOTAL | 5071.60 |
|---|---|
| SALES TAX | 0.00 |
| INVOICE TOTAL | **$5071.60** |

PAYMENT TERMS
**Net 21 Days**

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884   CDFA #: A6504

The Perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.



**OK PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-9600
www.okproduce.com

Customer: **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
    408/516-5100

**Ship To:**

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1794242**
Page:   1

| PURCHASE ORDER NUMBER | ROUTE 018 | SALES REP 26 | SERVICE REP MP | OK ORDER NUMBER 1079682 | INVOICE DATE 06/30/08 | | | | |
|---|---|---|---|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 10403 | 3 | CTN * | BEET W-TOPS 12 CT | 13.25 | 39.75 | 1.70 | 21.45 | 35.05 |
| 10804 | 5 | CTN * | CABBAGE GREEN CELLO 45# | 16.75 | 83.75 | 0.57 | 44.50 | 34.70 |
| 10932 | 1 | CTN * | CARROT GF CTN 50# | 13.25 | 13.25 | 0.41 | 7.25 | 35.37 |
| 10949 | 2 | CTN * | CARROT W.P. MINI 40/1# | 24.50 | 49.00 | 0.94 | 26.20 | 34.84 |
| 11004 | 2 | CTN * | CAULIFLOWER 12 CT | 13.50 | 27.00 | 1.73 | 14.52 | 34.97 |
| 11102 | 2 | CTN * | CELERY 24 CT | 19.00 | 38.00 | 1.22 | 20.56 | 35.11 |
| 11303 | 4 | CTN * | CILANTRO 60 CT | 12.85 | 51.40 | 0.33 | 27.80 | 35.10 |
| 11619 | 2 | BSHL * | CUCUMBER SELECT 84 CT | 27.75 | 55.50 | 0.51 | 30.18 | 35.22 |
| 15601 | 1 | CTN * | GUAJES 10# | 30.85 | 30.85 | 4.75 | 16.65 | 35.05 |
| 12722 | 8 | CTN * | LETTUCE CELLO 24 CT | 15.75 | 126.00 | 1.01 | 67.92 | 35.02 |
| 12715 | 1 | CTN * | LETTUCE ROMAINE 24 CT | 14.00 | 14.00 | 0.90 | 7.60 | 35.19 |
| 13001 | 1 | FLT * | MUSH WHT WHL 12/8 OZ | 14.00 | 14.00 | 1.79 | 7.48 | 34.82 |
| 13031 | 1 | FLT * | MUSH WHT SLC 12/8OZ | 14.50 | 14.50 | 1.86 | 7.82 | 35.04 |
| 12851 | 1 | CTN * | NOPALES DICED 12/1# | 16.00 | 16.00 | 2.05 | 8.60 | 34.96 |
| 13306 | 2 | CTN * | ONION GREEN 48 CT ICELESS | 12.25 | 24.50 | 0.39 | 12.94 | 34.56 |
| 13363 | 4 | CTN * | ONION GREEN MEXICAN 2 DOZ | 11.00 | 44.00 | 0.71 | 24.16 | 35.45 |
| 13341 | 1 | SK * | ONION WHITE MEDIUM 50# | 16.50 | 16.50 | 0.51 | 9.00 | 35.29 |
| 15705 | 3 | BG * | ONION YELLOW MED 50# | 7.50 | 22.50 | 0.23 | 12.00 | 34.78 |
| 13741 | 2 | CTN * | PEPPER BELL GREEN LG 25# | 28.85 | 57.70 | 1.78 | 31.30 | 35.17 |
| 13730 | 6 | CTN * | PEPPER BELL RED 25# | 18.75 | 112.50 | 1.15 | 60.00 | 34.78 |
| 13815 | 5 | BALE * | POTATO RUSSET 10/5# | 12.50 | 62.50 | 1.92 | 33.50 | 34.90 |
| 13823 | 5 | BALE * | POTATO RUSSET 5/10# | 11.50 | 57.50 | 3.54 | 31.00 | 35.03 |
| 14401 | 1 | CTN * | SPINACH 24 CT | 13.00 | 13.00 | 0.83 | 6.92 | 34.74 |
| 14612 | 2 | CTN * | SQUASH ITALIAN FCY #1 | 14.35 | 28.70 | 0.88 | 15.30 | 34.77 |
| 14809 | 2 | CTN * | TOMATILLO MILPERO 10/1# | 15.50 | 31.00 | 2.38 | 16.60 | 34.87 |
| 14921 | 20 | CTN * | TOMATO ROMA 25# | 16.75 | 335.00 | 1.03 | 180.00 | 34.95 |
| 20158 | 5 | CTN * | APPLE FUJI 80/88CT | 31.50 | 157.50 | 1.21 | 84.50 | 34.92 |
| 20216 | 2 | CTN * | APPLE GALA CHILEAN 100ct | 37.50 | 75.00 | 1.44 | 40.20 | 34.90 |
| 20114 | 2 | CTN * | APPLE GOLD DEL"PREM" 80/88CT | 33.00 | 66.00 | 1.27 | 35.60 | 35.04 |
| 20157 | 1 | CTN * | APPLE GRNYSMTH PREM 80/88 CT | 31.00 | 31.00 | 1.19 | 16.60 | 34.87 |
| 20171 | 2 | CTN * | APPLE RED DEL 64/72CT | 26.00 | 52.00 | 1.00 | 28.00 | 35.00 |
| 20303 | 2 | CTN * | APRICOT VF 8's/LGR 24# | 21.25 | 42.50 | 1.36 | 22.78 | 34.90 |
| 20439 | 10 | CTN * | AVOCADO HASS PREC 60CT | 39.85 | 398.50 | 1.02 | 213.50 | 34.89 |

| TOTALS | | | | | |
|---|---|---|---|---|---|
| | | **(Continued)** | TOTAL | | |
| | | | SALES TAX | | PAYMENT TERMS |
| | | | INVOICE TOTAL | | |

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884   CDFA #: A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
or proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.



**CK PRODUCE**

P.O. Box 12838 – 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

C. .omer: **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

**Ship To:**
**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1794242**
Page: 2

| PURCHASE ORDER NUMBER | | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|---|
| | | 018 | 26 | MP | 1079682 | 06/30/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 20509 | 20 | CTN * | BANANA 3 CLR "CHIQUITA" | 20.75 | 415.00 | 0.80 | 225.00 | 35.16 |
| 20540 | 1 | CTN * | BANANA BABY (DOMINICO)15# | 13.00 | 13.00 | 1.33 | 6.95 | 34.84 |
| 22809 | 4 | CTN * | BERRY STRWBRY LTD ED 8/1# | 11.75 | 47.00 | 2.26 | 25.32 | 35.01 |
| 21300 | 1 | CTN * | LEMONS FANCY 140 CT | 37.75 | 37.75 | 0.41 | 19.65 | 34.23 |
| 21728 | 3 | CTN * | MAMEY CTN 25# | 45.00 | 135.00 | 2.77 | 72.75 | 35.02 |
| 21509 | 20 | CTN * | MANGO ATAULFO 18 CT | 6.00 | 120.00 | 0.51 | 63.60 | 34.64 |
| 21513 | 50 | CTN * | MANGO TOMMY 9CT | 7.00 | 350.00 | 1.20 | 190.00 | 35.19 |
| 21604 | 20 | CTN * | MELON CANTALOUPE 12CT 35# | 12.75 | 255.00 | 0.56 | 137.00 | 34.95 |
| 21625 | 1 | BIN | MELON WTRMLN BIN 700# | 145.00 | 145.00 | 0.32 | 79.00 | 35.27 |
| 21630 | 1 | BIN | MELON WTRMLN SDLS BIN 700LB | 145.00 | 145.00 | 0.32 | 79.00 | 35.27 |
| 21911 | 5 | CTN * | NECTARINE YLW 56 VF 25# | 16.00 | 80.00 | 0.98 | 42.50 | 34.69 |
| 22109 | 5 | CTN * | PAPAYA MARADOL "PREMIUM" 33# | 21.50 | 107.50 | 1.00 | 57.50 | 34.85 |
| 22215 | 7 | CTN * | PEACH YLW 56 VF 25# | 15.50 | 108.50 | 0.95 | 57.75 | 34.74 |
| 22327 | 1 | CTN * | PEAR BOSC CHILEAN 70/80CT 40# | 38.00 | 38.00 | 1.46 | 20.40 | 34.93 |
| 22325 | 5 | CTN * | PEAR D'ANJOU 60/70CT 44# | 26.50 | 132.50 | 0.91 | 72.25 | 35.29 |

NOTES: NO DRK STP/PALLET CHARGE

| 1794233 | 58459 | MERCADO SUVIANDA #2 |
| Pulp temp. | | |

| 1794242 | 58459 | MERCADO SUVIANDA #2 |
| Pulp temp. | | |

| TOTALS | 255 | | | | TOTAL | 4330.15 |
|---|---|---|---|---|---|---|
| | | | | | SALES TAX | 0.00 |
| | | | | | INVOICE TOTAL | **$4330.15** |

PAYMENT TERMS
**Net 21 Days**

**JAMBA JUICE & SMOOTHIES ARE HERE! CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE d 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884   CDFA #: A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.





**OK PRODUCE**

Customer: **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE) .
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

**Ship To:**

**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1794516**
Page:    1

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| | 017 | 26 | AMAG | 1079830 | 07/01/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 10102 | 1 | CTN | ARTICHOKE 24 CT | 34.75 | 34.75 | 2.23 | 18.77 | 35.07 |
| 10210 | 1 | CTN | ASPARAGUS 11# | 21.00 | 21.00 | 2.94 | 11.34 | 35.06 |
| 40438 | 1 | CTN | BEAN GARBANZO "FRESH" 15# | 29.75 | 29.75 | 3.05 | 16.00 | 34.97 |
| 10306 | 5 | CTN | BEAN GREEN 30# | 27.75 | 138.75 | 1.42 | 74.25 | 34.86 |
| 10403 | 1 | CTN | BEET W-TOPS 12 CT | 13.25 | 13.25 | 1.70 | 7.15 | 35.05 |
| 10604 | 4 | CTN | BROCCOLI CROWN 20# | 11.75 | 47.00 | 0.90 | 25.00 | 34.72 |
| 10804 | 5 | CTN | CABBAGE GREEN CELLO 45# | 16.75 | 83.75 | 0.57 | 44.50 | 34.70 |
| 12838 | 3 | CTN | CACTUS LEAF 35# W/B | 11.00 | 33.00 | 0.45 | 18.30 | 35.67 |
| 10932 | 1 | CTN | CARROT GF CTN 50# | 13.25 | 13.25 | 0.41 | 7.25 | 35.37 |
| 10926 | 1 | BALE | CARROT TABLE 10/5# | 13.50 | 13.50 | 2.08 | 7.30 | 35.10 |
| 10927 | 1 | BALE | CARROT TABLE 24/2# | 13.50 | 13.50 | 0.87 | 7.38 | 35.34 |
| 11004 | 3 | CTN | CAULIFLOWER 12 CT | 12.00 | 36.00 | 1.54 | 19.44 | 35.06 |
| 11303 | 5 | CTN | CILANTRO 60 CT | 12.85 | 64.25 | 0.33 | 34.75 | 35.10 |
| 11508 | 10 | CTN | CORN WHITE 48 CT | 14.75 | 147.50 | 0.47 | 78.10 | 34.62 |
| 11607 | 14 | BSHL | CUCUMBER S/S 72 CT | 23.75 | 332.50 | 0.51 | 181.58 | 35.32 |
| 12302 | 1 | CTN | GINGER ROOT 30# | 28.00 | 28.00 | 1.44 | 15.20 | 35.19 |
| 12722 | 3 | CTN | LETTUCE CELLO 24 CT | 15.75 | 47.25 | 1.01 | 25.47 | 35.02 |
| 12851 | 1 | CTN | NOPALES DICED 12/1# | 16.00 | 16.00 | 2.05 | 8.60 | 34.96 |
| 13334 | 1 | SK | ONION RED 16/3# | 20.00 | 20.00 | 1.92 | 10.72 | 34.90 |
| 13341 | 2 | SK | ONION WHITE MEDIUM 50# | 15.00 | 30.00 | 0.46 | 16.00 | 34.78 |
| 13338 | 1 | BALE | ONION WHITE 16/3# | 20.75 | 20.75 | 2.00 | 11.25 | 35.16 |
| 15705 | 2 | BG | ONION YELLOW MED 50# | 7.50 | 15.00 | 0.23 | 8.00 | 34.78 |
| 13344 | 1 | BALE | ONION YELLOW 16/3# | 12.50 | 12.50 | 1.20 | 6.70 | 34.90 |
| 13722 | 1 | W/B | PEPPER LONG GRN CHILE 25# | 16.75 | 16.75 | 1.07 | 8.93 | 34.77 |
| 13832 | 1 | CTN | POTATO RUSSET  80 CT | 25.00 | 25.00 | 0.77 | 13.50 | 35.06 |
| 13815 | 2 | BALE | POTATO RUSSET 10/5# | 12.50 | 25.00 | 1.92 | 13.40 | 34.90 |
| 13823 | 2 | BALE | POTATO RUSSET 5/10# | 12.00 | 24.00 | 3.69 | 12.90 | 34.96 |
| 13840 | 4 | CTN | POTATO WHITE ROSE #1 50# | 21.50 | 86.00 | 0.66 | 46.00 | 34.85 |
| 14008 | 3 | CTN | RADISH W-TOPS 48 CT | 15.25 | 45.75 | 0.49 | 24.81 | 35.16 |
| 14506 | 1 | CTN | SPROUT ALFALFA LIVE 12/4 OZ | 9.75 | 9.75 | 1.25 | 5.25 | 35.00 |
| 14651 | 1 | CTN | SQUASH CHAYOTE 50CT | 25.00 | 25.00 | 0.77 | 13.50 | 35.06 |
| 14612 | 1 | CTN | SQUASH ITALIAN FCY #1 | 14.35 | 14.35 | 0.88 | 7.65 | 34.77 |
| 14703 | 1 | CTN | TARO ROOT SMALL 30# | 18.00 | 18.00 | 0.92 | 9.60 | 34.78 |

| TOTALS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|

| | |
|---|---|
| TOTAL | |
| SALES TAX | |
| INVOICE TOTAL | |

**(Continued)**

PAYMENT TERMS

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE



A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #:  47884   CDFA #:  A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.



**Customer: 58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
  408/516-5100

**Ship To:**

**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1794516**
Page:    2

P.O. Box 12838 – 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| | 017 | 26 | AMAG | 1079830 | 07/01/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 14905 | 5 | FLT * | TOMATO 5X5 2-LAYER | 17.25 | 86.25 | 1.33 | 46.75 | 35.15 |
| 14921 | 10 | CTN * | TOMATO ROMA 25# | 17.25 | 172.50 | 1.06 | 92.50 | 34.91 |
| 20158 | 4 | CTN * | APPLE FUJI 80/88CT | 31.50 | 126.00 | 1.21 | 67.60 | 34.92 |
| 20439 | 15 | CTN * | AVOCADO HASS PREC 60CT | 39.85 | 597.75 | 1.02 | 320.25 | 34.89 |
| 20509 | 48 | CTN * | BANANA 3 CLR "CHIQUITA" | 20.50 | 984.00 | 0.80 | 552.00 | 35.94 |
| 20563 | 1 | CTN * | BANANA LEAVES 25# | 26.85 | 26.85 | 1.65 | 14.40 | 34.91 |
| 22823 | 1 | CTN | BERRY BLACKBERRY 12/5.6OZ | 28.50 | 28.50 | 3.65 | 15.30 | 34.93 |
| 22822 | 1 | CTN | BERRY BLUEBERRY 12/6 OZ | 26.00 | 26.00 | 3.33 | 13.96 | 34.93 |
| 22824 | 1 | FLT | BERRY RASPBERRY  12/5.6OZ | 23.50 | 23.50 | 3.01 | 12.62 | 34.94 |
| 22809 | 20 | CTN * | BERRY STRWBRY LTD ED 8/1# | 11.75 | 235.00 | 2.26 | 126.60 | 35.01 |
| 12858 | 2 | CTN * | CACTUS PRICKLY PEAR GRN 35# | 22.75 | 45.50 | 0.29 | 24.10 | 34.63 |
| 12834 | 2 | CTN * | CACTUS PRICKLY PEAR RED 35# | 22.75 | 45.50 | 0.29 | 24.10 | 34.63 |
| 21119 | 5 | CTN * | GRAPES RED GLOBE 18# | 16.75 | 83.75 | 1.43 | 44.95 | 34.93 |
| 21509 | 30 | CTN * | MANGO ATAULFO 18 CT | 6.00 | 180.00 | 0.51 | 95.40 | 34.64 |
| 21919 | 10 | CTN * | NECTARINE W-FLESH VF 25# | 15.50 | 155.00 | 0.95 | 82.50 | 34.74 |
| 22109 | 8 | CTN * | PAPAYA MARADOL "PREMIUM" 33# | 21.50 | 172.00 | 1.00 | 92.00 | 34.85 |
| 22518 | 25 | CTN * | PINEAPPLE GOLD 8CT | 11.00 | 275.00 | 2.02 | 129.00 | 31.93 |
| 14240 | 1 | CTN | SALAD AMERICAN 6/12 OZ | 10.50 | 10.50 | 2.69 | 5.64 | 34.94 |
| 14128 | 0 | CTN | SALAD CRSP ROM GRDN 12/12oz | 13.75 | 0.00 | 1.76 | 0.00 | |
| 14235 | 1 | CTN | SALAD ITALIAN 6/10 OZ | 10.50 | 10.50 | 2.69 | 5.64 | 34.94 |
| 14225 | 1 | CTN | SALAD KIT ASIAN SUPRM 6/13.9OZ | 15.00 | 15.00 | 3.85 | 8.10 | 35.06 |
| 14230 | 1 | CTN | SALAD MIX 18/12 oz | 11.75 | 11.75 | 1.00 | 6.25 | 34.72 |
| 14410 | 1 | CTN | SALAD SPINACH F/E 12/9 OZ | 15.50 | 15.50 | 1.99 | 8.38 | 35.09 |

| 1794516 | 58459 | MERCADO SUVIANDA #2 | | | |
|---|---|---|---|---|---|
| | Pulp temp. | | | | |

| TOTALS | 278 | | | | |
|---|---|---|---|---|---|

| | |
|---|---|
| TOTAL | 4827.20 |
| SALES TAX | 0.00 |
| INVOICE TOTAL | **$4827.20** |

PAYMENT TERMS

Net 21 Days

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.



This invoice is printed on recycled paper.

# OK PRODUCE

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

Customer: **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

**Ship To:**
**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1794691**
Page: 1

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| | 017 | 26 | CMAR | 1080037 | 07/02/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 12841 | 1 | CTN | ALOE VERA LEAVES 25# | 21.25 | 21.25 | 1.31 | 11.50 | 35.11 |
| 10306 | 3 | CTN * | BEAN GREEN 30# | 24.85 | 74.55 | 1.27 | 39.75 | 34.78 |
| 10403 | 1 | CTN | BEET W-TOPS 12 CT | 13.25 | 13.25 | 1.70 | 7.15 | 35.05 |
| 10604 | 2 | CTN * | BROCCOLI CROWN 20# | 11.75 | 23.50 | 0.90 | 12.50 | 34.72 |
| 10807 | 1 | CTN * | CABBAGE NAPPA 30# | 12.85 | 12.85 | 0.66 | 6.95 | 35.10 |
| 10932 | 1 | CTN * | CARROT GF CTN 50# | 13.25 | 13.25 | 0.41 | 7.25 | 35.37 |
| 10949 | 1 | CTN * | CARROT W.P. MINI 40/1# | 24.50 | 24.50 | 0.94 | 13.10 | 34.84 |
| 11004 | 3 | CTN * | CAULIFLOWER 12 CT | 12.00 | 36.00 | 1.54 | 19.44 | 35.06 |
| 11102 | 1 | CTN * | CELERY 24 CT | 19.00 | 19.00 | 1.22 | 10.28 | 35.11 |
| 11303 | 3 | CTN * | CILANTRO 60 CT | 12.85 | 38.55 | 0.33 | 20.85 | 35.10 |
| 11508 | 15 | CTN * | CORN WHITE 48 CT | 14.75 | 221.25 | 0.47 | 117.15 | 34.62 |
| 11607 | 25 | BSHL * | CUCUMBER S/S 72 CT | 23.75 | 593.75 | 0.61 | 504.25 | 45.92 |
| 11903 | 1 | CTN * | EGGPLANT 24 CT | 18.75 | 18.75 | 1.20 | 10.05 | 34.90 |
| 15601 | 1 | CTN * | GUAJES 10# | 30.85 | 30.85 | 4.75 | 16.65 | 35.05 |
| 12412 | 1 | CTN | HERB BUNCH BASIL 6 CT | 5.25 | 5.25 | 1.35 | 2.85 | 35.19 |
| 12441 | 1 | DOZ * | HERB EPAZOTE 1 DZ BUNCH | 9.50 | 9.50 | 1.22 | 5.14 | 35.11 |
| 12722 | 8 | CTN * | LETTUCE CELLO 24 CT | 13.85 | 110.80 | 0.89 | 60.08 | 35.16 |
| 12715 | 1 | CTN * | LETTUCE ROMAINE 24 CT | 16.00 | 16.00 | 1.03 | 8.72 | 35.28 |
| 12717 | 1 | CTN * | LETTUCE ROMAINE HRTS 12/3 pk | 16.50 | 16.50 | 2.12 | 8.94 | 35.14 |
| 12902 | 1 | CTN | MANN'S BROC/STIR FRY 6/1# | 12.50 | 12.50 | 3.21 | 6.76 | 35.10 |
| 12821 | 1 | CTN | MANN'S BROC/VEG MDLY 6/1# | 12.00 | 12.00 | 3.08 | 6.48 | 35.06 |
| 13001 | 1 | FLT | MUSH WHT WHL 12/8 OZ | 14.00 | 14.00 | 1.79 | 7.48 | 34.82 |
| 13031 | 1 | FLT | MUSH WHT SLC 12/8OZ | 14.50 | 14.50 | 1.86 | 7.82 | 35.04 |
| 12851 | 1 | CTN * | NOPALES DICED 12/1# | 16.00 | 16.00 | 2.05 | 8.60 | 34.96 |
| 13306 | 4 | CTN * | ONION GREEN 48 CT ICELESS | 12.25 | 49.00 | 0.39 | 25.88 | 34.56 |
| 13363 | 3 | CTN * | ONION GREEN MEXICAN 2 DOZ | 11.25 | 33.75 | 0.72 | 18.09 | 34.90 |
| 13341 | 3 | SK * | ONION WHITE MEDIUM 50# | 15.00 | 45.00 | 0.46 | 24.00 | 34.78 |
| 15705 | 8 | BG * | ONION YELLOW MED 50# | 8.00 | 64.00 | 0.25 | 36.00 | 36.00 |
| 12831 | 1 | CTN * | PEPPER CHILACA FRESH 10# | 17.00 | 17.00 | 2.62 | 9.20 | 35.11 |
| 13773 | 1 | CTN * | PEPPER DE ARBOL-FRESH 10# | 23.85 | 23.85 | 3.67 | 12.85 | 35.01 |
| 13702 | 1 | CTN * | PEPPER HABANERO 5# | 35.00 | 35.00 | 10.77 | 18.85 | 35.00 |
| 13722 | 2 | W/B * | PEPPER LONG GRN CHILE 25# | 16.75 | 33.50 | 1.07 | 17.86 | 34.77 |
| 13751 | 1 | CTN * | PEPPER MANZANO 10# | 55.00 | 55.00 | 8.46 | 29.60 | 34.99 |

| TOTALS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|

**(Continued)**

| TOTAL | |
|---|---|
| SALES TAX | |
| INVOICE TOTAL | |

PAYMENT TERMS

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust charge over these commodities, all inventories of food or other products derived from these commodities, and any receivable of proceeds from the sale of these commodities until full payment is received.



This invoice is printed on recycled paper.



**OK PRODUCE**

Customer: **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

**Ship To:**

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1794691**
Page:    2

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| | 017 | 26 | CMAR | 1080037 | 07/02/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 13733 | 1 | W/B * | PEPPER SERRANO CHILE W/B | 24.50 | 24.50 | 0.99 | 13.12 | 34.88 |
| 13815 | 2 | BALE * | POTATO RUSSET 10/5# | 12.50 | 25.00 | 1.92 | 13.40 | 34.90 |
| 13823 | 2 | BALE * | POTATO RUSSET 5/10# | 12.00 | 24.00 | 3.69 | 12.90 | 34.96 |
| 13840 | 3 | CTN * | POTATO WHITE ROSE #1 50# | 21.50 | 64.50 | 0.66 | 34.50 | 34.85 |
| 14008 | 3 | CTN * | RADISH W-TOPS 48 CT | 15.25 | 45.75 | 0.49 | 24.81 | 35.16 |
| 14401 | 1 | CTN * | SPINACH 24 CT | 14.25 | 14.25 | 0.91 | 7.59 | 34.75 |
| 14651 | 2 | CTN * | SQUASH CHAYOTE 50CT | 25.00 | 50.00 | 0.77 | 27.00 | 35.06 |
| 14612 | 12 | CTN * | SQUASH ITALIAN FCY #1 | 10.85 | 130.20 | 0.67 | 70.80 | 35.22 |
| 14905 | 15 | FLT * | TOMATO 5X5 2-LAYER | 17.25 | 258.75 | 1.33 | 140.25 | 35.15 |
| 14921 | 15 | CTN * | TOMATO ROMA 25# | 17.25 | 258.75 | 1.06 | 138.75 | 34.91 |
| 15101 | 1 | CTN | WATERCRESS 12 CT | 14.00 | 14.00 | 1.79 | 7.48 | 34.82 |
| 20158 | 5 | CTN * | APPLE FUJI 80/88CT | 31.50 | 157.50 | 1.21 | 84.50 | 34.92 |
| 20216 | 1 | CTN * | APPLE GALA CHILEAN 100ct | 37.50 | 37.50 | 1.44 | 20.10 | 34.90 |
| 20303 | 3 | CTN * | APRICOT VF 8's/LGR 24# | 21.25 | 63.75 | 1.36 | 34.17 | 34.90 |
| 20439 | 5 | CTN * | AVOCADO HASS PREC 60CT | 39.85 | 199.25 | 1.02 | 106.75 | 34.89 |
| 20509 | 30 | CTN * | BANANA 3 CLR "CHIQUITA" | 20.50 | 615.00 | 0.80 | 345.00 | 35.94 |
| 20540 | 3 | CTN * | BANANA BABY (DOMINICO)15# | 13.00 | 39.00 | 1.33 | 20.85 | 34.84 |
| 20544 | 2 | CTN * | BANANA MACHO (COLOR) 48# | 22.50 | 45.00 | 0.72 | 24.12 | 34.90 |
| 21010 | 1 | CTN * | GRAPEFRUIT 40 CT | 14.00 | 14.00 | 0.54 | 7.60 | 35.19 |
| 21130 | 2 | CTN * | GRAPES GREEN SDLS 18# | 17.75 | 35.50 | 1.52 | 19.22 | 35.12 |
| 21129 | 2 | CTN * | GRAPES RED SLDS 18# | 17.75 | 35.50 | 1.52 | 19.22 | 35.12 |
| 21300 | 1 | CTN * | LEMONS FANCY 140 CT | 37.75 | 37.75 | 0.41 | 19.65 | 34.23 |
| 21513 | 40 | CTN * | MANGO TOMMY 9CT | 7.00 | 280.00 | 1.20 | 152.00 | 35.19 |
| 21604 | 10 | CTN * | MELON CANTALOUPE 12CT 35# | 12.75 | 127.50 | 0.60 | 82.50 | 39.29 |
| 21619 | 3 | CTN * | MELON HONEYDEW 5/6CT 25# | 10.25 | 30.75 | 0.63 | 16.50 | 34.92 |
| 21625 | 2 | BIN * | MELON WTRMLN BIN 700# | 150.00 | 300.00 | 0.33 | 162.00 | 35.06 |
| 21630 | 1 | BIN * | MELON WTRMLN SDLS BIN 700LB | 155.00 | 155.00 | 0.34 | 83.00 | 34.87 |
| 22215 | 8 | CTN * | PEACH YLW 56 VF 25# | 15.25 | 122.00 | 0.94 | 66.00 | 35.11 |
| 22518 | 30 | CTN * | PINEAPPLE GOLD 8CT | 11.00 | 330.00 | 2.12 | 178.80 | 35.14 |
| 40602 | 1 | CTN | TOFU BLUE SILKEN 6 CT | 8.25 | 8.25 | 2.12 | 4.47 | 35.14 |
| 40604 | 1 | CTN | TOFU GREEN FIRM 6 CT | 9.00 | 9.00 | 2.31 | 4.86 | 35.06 |
| 40608 | 1 | CTN | TOFU RED X-FIRM 6 CT | 9.25 | 9.25 | 2.37 | 4.97 | 34.95 |
| 20607 | 5 | CTN | CHERRIES 11.5 ROW 8/2# | 25.00 | 125.00 | 2.14 | 67.60 | 35.10 |

05:00 / 09:00

94691    58459   MERCADO SUVIANDA #2
Pulp temp.                                    12   12  MARCOS A

CUSTOMER SIGNATURE

PRINT NAME

DRIVER SIGNATURE



A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #:  A6504

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).    The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivable of proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.





**OK PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

Customer: **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

**Ship To:**

**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1794860**
Page: 1

| PURCHASE ORDER NUMBER | ROUTE 017 | SALES REP 26 | SERVICE REP AMAG | OK ORDER NUMBER 1080243 | INVOICE DATE 07/03/08 |
|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 12490 | 1 | DOZ | HERB PAPALO 1 DZ BUNCH | 9.50 | 9.50 | 0.00 | | |
| 10306 | 5 | CTN | BEAN GREEN 30# | 24.85 | 124.25 | 1.27 | 66.25 | 34.78 |
| 10403 | 2 | CTN * | BEET W-TOPS 12 CT | 13.25 | 26.50 | 1.70 | 14.30 | 35.05 |
| 10604 | 3 | CTN * | BROCCOLI CROWN 20# | 11.75 | 35.25 | 0.90 | 18.75 | 34.72 |
| 10804 | 3 | CTN * | CABBAGE GREEN CELLO 45# | 16.75 | 50.25 | 0.57 | 26.70 | 34.70 |
| 10932 | 1 | CTN * | CARROT GF CTN 50# | 13.25 | 13.25 | 0.41 | 7.25 | 35.37 |
| 10927 | 1 | BALE * | CARROT TABLE 24/2# | 13.50 | 13.50 | 0.87 | 7.38 | 35.34 |
| 11102 | 1 | CTN * | CELERY 24 CT | 19.00 | 19.00 | 1.22 | 10.28 | 35.11 |
| 11303 | 4 | CTN * | CILANTRO 60 CT | 12.85 | 51.40 | 0.33 | 27.80 | 35.10 |
| 11508 | 16 | CTN * | CORN WHITE 48 CT | 14.75 | 236.00 | 0.47 | 124.96 | 34.62 |
| 11607 | 21 | BSHL * | CUCUMBER S/S 72 CT | 23.75 | 498.75 | 0.61 | 423.57 | 45.92 |
| 12214 | 1 | CTN * | GARLIC CHINESE 48/5PC VXR | 17.85 | 17.85 | 0.57 | 9.51 | 34.76 |
| 12466 | 1 | CTN * | HERB VERDOLAGA "PURSLANE" 24CT | 8.75 | 8.75 | 0.56 | 4.69 | 34.90 |
| 12722 | 10 | CTN * | LETTUCE CELLO 24 CT | 13.85 | 138.50 | 0.89 | 75.10 | 35.16 |
| 12710 | 1 | CTN * | LETTUCE GREEN LEAF 24 CT | 16.00 | 16.00 | 1.03 | 8.72 | 35.28 |
| 12712 | 1 | CTN * | LETTUCE RED LEAF 24 CT | 15.00 | 15.00 | 0.96 | 8.04 | 34.90. |
| 12715 | 1 | CTN * | LETTUCE ROMAINE 24 CT | 16.00 | 16.00 | 1.03 | 8.72 | 35.28 |
| 12717 | 1 | CTN | LETTUCE ROMAINE HRTS 12/3 pk | 16.50 | 16.50 | 2.12 | 8.94 | 35.14 |
| 12851 | 1 | CTN * | NOPALES DICED 12/1# | 16.00 | 16.00 | 2.05 | 8.60 | 34.96 |
| 13302 | 1 | SK | ONION BOILER 25# | 26.25 | 26.25 | 1.62 | 14.25 | 35.19 |
| 13306 | 3 | CTN * | ONION GREEN 48 CT ICELESS | 12.25 | 36.75 | 0.39 | 19.41 | 34.56 |
| 13363 | 3 | CTN * | ONION GREEN MEXICAN 2 DOZ | 11.25 | 33.75 | 0.72 | 18.09 | 34.90 |
| 13341 | 3 | SK * | ONION WHITE MEDIUM 50# | 15.00 | 45.00 | 0.46 | 24.00 | 34.78 |
| 15705 | 6 | BG * | ONION YELLOW MED 50# | 8.00 | 48.00 | 0.25 | 27.00 | 36.00 |
| 13741 | 1 | CTN * | PEPPER BELL GREEN LG 25# | 28.85 | 28.85 | 1.78 | 15.65 | 35.17 |
| 13722 | 1 | W/B * | PEPPER LONG GRN CHILE 25# | 16.75 | 16.75 | 1.07 | 8.93 | 34.77 |
| 13733 | 2 | W/B * | PEPPER SERRANO CHILE W/B | 24.50 | 49.00 | 0.99 | 26.24 | 34.88 |
| 13807 | 1 | CTN * | POTATO RED "A" 50# | 17.85 | 17.85 | 0.55 | 9.65 | 35.09 |
| 13815 | 3 | BALE * | POTATO RUSSET 10/5# | 12.50 | 37.50 | 1.92 | 20.10 | 34.90 |
| 13823 | 3 | BALE * | POTATO RUSSET 5/10# | 12.00 | 36.00 | 3.69 | 19.35 | 34.96 |
| 13840 | 4 | CTN * | POTATO WHITE ROSE #1 50# | 21.50 | 86.00 | 0.66 | 46.00 | 34.85 |
| 14008 | 4 | CTN * | RADISH W-TOPS 48 CT | 15.25 | 61.00 | 0.49 | 33.08 | 35.16 |
| 14401 | 1 | CTN * | SPINACH 24 CT | 14.25 | 14.25 | 0.91 | 7.59 | 34.75 |

| TOTALS | | | | TOTAL | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | SALES TAX | | | PAYMENT TERMS | |
| | | | | INVOICE TOTAL | | | | |

**(Continued)**

DATE

CUSTOMER SIGNATURE

PRINT NAME

DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884     CDFA#: A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.



Customer:  **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
 408/516-5100

**Ship To:**

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1794860**
Page:  **2**

P.O. Box 12638 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

| PURCHASE ORDER NUMBER | | ROUTE 017 | SALES REP 26 | SERVICE REP AMAG | OK ORDER NUMBER 1080243 | | | INVOICE DATE 07/03/08 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ITEM # | QTY | PACK/SIZE | DESCRIPTION | | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
| 14651 | 2 | CTN * | SQUASH CHAYOTE 50CT | | 25.00 | 50.00 | 0.77 | 27.00 | 35.06 |
| 14612 | 10 | CTN * | SQUASH ITALIAN FCY #1 | | 10.85 | 108.50 | 0.67 | 59.00 | 35.22 |
| 14905 | 5 | FLT * | TOMATO 5X5 2-LAYER | | 17.25 | 86.25 | 1.33 | 46.75 | 35.15 |
| 20510 | 36 | CTN * | BANANA 4 CLR "CHIQUITA" | | 20.50 | 738.00 | 0.80 | 414.00 | 35.94 |
| 20544 | 1 | CTN * | BANANA MACHO (COLOR) 48# | | 22.50 | 22.50 | 0.72 | 12.06 | 34.90 |
| 20607 | 10 | CTN | CHERRIES 11.5 ROW 8/2# | | 25.00 | 250.00 | 2.14 | 135.20 | 35.10 |
| 20303 | 2 | CTN | APRICOT VF 8's/LGR 24# | | 21.25 | 42.50 | 1.36 | 22.78 | 34.90 |
| 21010 | 1 | CTN | GRAPEFRUIT 40 CT | | 14.00 | 14.00 | 0.54 | 7.60 | 35.19 |
| 21130 | 5 | CTN | GRAPES GREEN SDLS 18# | | 17.75 | 88.75 | 1.52 | 48.05 | 35.12 |
| 21129 | 5 | CTN | GRAPES RED SLDS 18# | | 17.75 | 88.75 | 1.52 | 48.05 | 35.12 |
| 21204 | 5 | CTN | KIWI FRUIT TRI-LYR 99 CT | | 16.50 | 82.50 | 1.02 | 45.00 | 35.29 |
| 21300 | 1 | CTN | LEMONS FANCY 140 CT | | 37.75 | 37.75 | 0.41 | 19.65 | 34.23 |
| 21604 | 10 | CTN | MELON CANTALOUPE 12CT 35# | | 13.75 | 137.50 | 0.60 | 72.50 | 34.52 |
| 21619 | 2 | CTN | MELON HONEYDEW 5/6CT 25# | | 10.25 | 20.50 | 0.63 | 11.00 | 34.92 |
| 21625 | 1 | BIN | MELON WTRMLN BIN 700# | | 150.00 | 150.00 | 0.33 | 81.00 | 35.06 |
| 21630 | 1 | BIN | MELON WTRMLN SDLS BIN 700LB | | 155.00 | 155.00 | 0.34 | 83.00 | 34.87 |
| 21911 | 15 | CTN | NECTARINE YLW 56 VF 25# | | 12.85 | 192.75 | 0.94 | 159.75 | 45.32 |
| 22109 | 5 | CTN * | PAPAYA MARADOL "PREMIUM" 33# | | 21.50 | 107.50 | 1.00 | 57.50 | 34.85 |
| 22215 | 15 | CTN * | PEACH YLW 56 VF 25# | | 12.85 | 192.75 | 0.94 | 159.75 | 45.32 |
| 22518 | 20 | CTN * | PINEAPPLE GOLD 8CT | | 11.00 | 220.00 | 2.12 | 119.20 | 35.14 |
| 14240 | 1 | CTN | SALAD AMERICAN 6/12 OZ | | 10.50 | 10.50 | 2.69 | 5.64 | 34.94 |
| 14235 | 1 | CTN | SALAD ITALIAN 6/10 OZ | | 10.50 | 10.50 | 2.69 | 5.64 | 34.94 |
| 30905 | 2 | CTN | NUT "SV" PECAN HALVES 20/12 OZ. | | 83.50 | 167.00 | 6.42 | 89.80 | 34.97 |

| TOTALS | 267 | | | | TOTAL | 4832.70 | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | SALES TAX | 0.00 | PAYMENT TERMS | | |
| | | | | | INVOICE TOTAL | $4832.70 | Net 21 Days | | |

07/03/08    TRUCK #:  _403_                     **OK PRODUCE**                     ROUTE #:  _0_

DRIVER (PRINT) _Dagodt_              **TRUCK LOAD MANIFEST**            TIME LEAVING :  _1'00_    AM / PM

| INVOICE | CUSTOMER | TIME IN | OUT | RETURNS | PALLETS DEL R/H | RECEIVED BY: | |
|---|---|---|---|---|---|---|---|
| 1794860 | 58459  MERCADO SUVIANDA #2 | | | | | SIGNATURE  _Marcos-M_ | PRINT NAME |
| | Pulp temp. | | | | | | |

Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).    of proceeds from the sale of these commodities until full payment is received.    This invoice is printed on recycled paper.



**OK PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

Customer: **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

**Ship To:**

**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1795065**
Page: 1

| PURCHASE ORDER NUMBER | ROUTE 019 | SALES REP 26 | SERVICE REP AMAG | OK ORDER NUMBER 1080435 | INVOICE DATE 07/04/08 |
|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 12841 | 1 | CTN | ALOE VERA LEAVES 25# | 21.25 | 21.25 | 1.31 | 11.50 | 35.11 |
| 10210 | 2 | CTN | ASPARAGUS 11# | 14.50 | 29.00 | 2.94 | 35.68 | 55.16 |
| 10306 | 2 | CTN | BEAN GREEN 30# | 24.85 | 49.70 | 1.27 | 26.50 | 34.78 |
| 10403 | 2 | CTN | BEET W-TOPS 12 CT | 13.25 | 26.50 | 1.70 | 14.30 | 35.05 |
| 10604 | 5 | CTN | BROCCOLI CROWN 20# | 11.75 | 58.75 | 0.90 | 31.25 | 34.72 |
| 10804 | 2 | CTN | CABBAGE GREEN CELLO 45# | 16.75 | 33.50 | 0.57 | 17.80 | 34.70 |
| 12838 | 2 | CTN | CACTUS LEAF 35# W/B | 9.50 | 19.00 | 0.38 | 9.88 | 34.21 |
| 10932 | 2 | CTN | CARROT GF CTN 50# | 13.25 | 26.50 | 0.41 | 14.50 | 35.37 |
| 10926 | 1 | BALE | CARROT TABLE 10/5# | 13.50 | 13.50 | 2.08 | 7.30 | 35.10 |
| 10927 | 1 | BALE | CARROT TABLE 24/2# | 13.50 | 13.50 | 0.87 | 7.38 | 35.34 |
| 10949 | 1 | CTN | CARROT W.P. MINI 40/1# | 24.50 | 24.50 | 0.94 | 13.10 | 34.84 |
| 11102 | 2 | CTN | CELERY 24 CT | 19.00 | 38.00 | 1.22 | 20.56 | 35.11 |
| 11303 | 5 | CTN | CILANTRO 60 CT | 12.85 | 64.25 | 0.33 | 34.75 | 35.10 |
| 11508 | 20 | CTN | CORN WHITE 48 CT | 14.75 | 295.00 | 0.47 | 156.20 | 34.62 |
| 11606 | 2 | CTN | CUCUMBER PICKLING 25# | 12.75 | 25.50 | 0.78 | 13.50 | 34.62 |
| 12214 | 2 | CTN | GARLIC CHINESE 48/5PC VXR | 17.85 | 35.70 | 0.57 | 19.02 | 34.76 |
| 13102 | 1 | CTN | GRNS MUSTARD CURLY 24 CT | 14.00 | 14.00 | 0.90 | 7.60 | 35.19 |
| 15601 | 0 | CTN | GUAJES 10# | 28.75 | 0.00 | 4.42 | 0.00 | |
| 12442 | 0 | CTN | HERB BASIL TRAY 6CT | 9.75 | 0.00 | 2.50 | 0.00 | |
| 12459 | 1 | CTN | HERB OREGANO TRAY 6CT | 9.75 | 9.75 | 2.50 | 5.25 | 35.00 |
| 12722 | 8 | CTN | LETTUCE CELLO 24 CT | 13.85 | 110.80 | 0.89 | 60.08 | 35.16 |
| 12715 | 1 | CTN | LETTUCE ROMAINE 24 CT | 16.00 | 16.00 | 1.03 | 8.72 | 35.28 |
| 12717 | 1 | CTN | LETTUCE ROMAINE HRTS 12/3 pk | 16.50 | 16.50 | 2.12 | 8.94 | 35.14 |
| 13001 | 1 | FLT | MUSH WHT WHL 12/8 OZ | 14.00 | 14.00 | 1.79 | 7.48 | 34.82 |
| 13031 | 1 | FLT | MUSH WHT SLC 12/8OZ | 14.50 | 14.50 | 1.86 | 7.82 | 35.04 |
| 12851 | 2 | CTN | NOPALES DICED 12/1# | 16.00 | 32.00 | 2.05 | 17.20 | 34.96 |
| 13306 | 2 | CTN | ONION GREEN 48 CT ICELESS | 12.25 | 24.50 | 0.39 | 12.94 | 34.56 |
| 13341 | 4 | SK | ONION WHITE MEDIUM 50# | 14.50 | 58.00 | 0.45 | 32.00 | 35.56 |
| 15705 | 12 | BG | ONION YELLOW MED 50# | 6.50 | 78.00 | 0.25 | 72.00 | 48.00 |
| 13741 | 3 | CTN | PEPPER BELL GREEN LG 25# | 28.85 | 86.55 | 1.78 | 46.95 | 35.17 |
| 13702 | 1 | CTN | PEPPER HABANERO 5# | 35.00 | 35.00 | 10.77 | 18.85 | 35.00 |
| 13722 | 2 | W/B | PEPPER LONG GRN CHILE 25# | 16.75 | 33.50 | 1.07 | 17.86 | 34.77 |
| 13733 | 3 | W/B | PEPPER SERRANO CHILE W/B | 24.50 | 73.50 | 0.99 | 39.36 | 34.88 |

| TOTALS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|

| TOTAL | |
|---|---|
| SALES TAX | PAYMENT TERMS |
| INVOICE TOTAL | |

**(Continued)**

DATE

CUSTOMER SIGNATURE

PRINT NAME

DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #:  47884    CDFA #:  A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.



# CK PRODUCE

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

Customer: **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
    408/516-5100

**Ship To:**

**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1795065**
Page: **2**

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| | 019 | 26 | AMAG | 1080435 | 07/04/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 13807 | 3 | CTN * | POTATO RED "A" 50# | 19.50 | 58.50 | 0.60 | 31.50 | 35.00 |
| 13832 | 2 | CTN * | POTATO RUSSET 80 CT | 25.00 | 50.00 | 0.77 | 27.00 | 35.06 |
| 13815 | 4 | BALE * | POTATO RUSSET 10/5# | 12.50 | 50.00 | 1.92 | 26.80 | 34.90 |
| 13823 | 4 | BALE * | POTATO RUSSET 5/10# | 12.00 | 48.00 | 3.69 | 25.80 | 34.96 |
| 13840 | 3 | CTN * | POTATO WHITE ROSE #1 50# | 21.50 | 64.50 | 0.66 | 34.50 | 34.85 |
| 14008 | 3 | CTN * | RADISH W-TOPS 48 CT | 14.25 | 42.75 | 0.46 | 23.49 | 35.46 |
| 14401 | 2 | CTN * | SPINACH 24 CT | 14.25 | 28.50 | 0.91 | 15.18 | 34.75 |
| 14651 | 2 | CTN * | SQUASH CHAYOTE 50CT | 25.00 | 50.00 | 0.77 | 27.00 | 35.06 |
| 14612 | 6 | CTN * | SQUASH ITALIAN FCY #1 | 10.85 | 65.10 | 0.67 | 35.40 | 35.22 |
| 14918 | 5 | CTN * | TOMATO LOOSE LARGE 25# | 14.25 | 71.25 | 0.88 | 38.75 | 35.23 |
| 20213 | 1 | CTN * | APPLE GALA NEW ZEALAND 80/88CT | 42.75 | 42.75 | 0.48 | 23.49 | 35.46 |
| 20114 | 2 | CTN * | APPLE GOLD DEL"PREM" 80/88CT | 33.00 | 66.00 | 1.27 | 35.60 | 35.04 |
| 20157 | 2 | CTN * | APPLE GRNYSMTH PREM 80/88 CT | 31.00 | 62.00 | 1.19 | 33.20 | 34.87 |
| 20143 | 2 | CTN * | APPLE RED DEL "PREM" 72/80CT 40# | 31.00 | 62.00 | 1.19 | 33.20 | 34.87 |
| 20303 | 2 | CTN | APRICOT VF 8's/LGR 24# | 21.25 | 42.50 | 1.36 | 22.78 | 34.90 |
| 20510 | 30 | CTN * | BANANA 4 CLR "CHIQUITA" | 20.50 | 615.00 | 0.80 | 345.00 | 35.94 |
| 20540 | 1 | CTN * | BANANA BABY (DOMINICO)15# | 13.00 | 13.00 | 1.33 | 6.95 | 34.84 |
| 20507 | 1 | CTN * | BANANA BURRO "COLOR" 40# | 12.25 | 12.25 | 0.47 | 6.55 | 34.84 |
| 20544 | 1 | CTN * | BANANA MACHO (COLOR) 48# | 22.50 | 22.50 | 0.72 | 12.06 | 34.90 |
| 20704 | 1 | CTN * | COCONUT WHITE FRESH 20CT | 22.75 | 22.75 | 1.75 | 12.25 | 35.00 |
| 20706 | 1 | CTN * | COCONUT-THAI SHAVED 9CT | 11.75 | 11.75 | 2.01 | 6.34 | 35.05 |
| 21130 | 3 | CTN * | GRAPES GREEN SDLS 18# | 17.75 | 53.25 | 1.52 | 28.83 | 35.12 |
| 21129 | 3 | CTN * | GRAPES RED SLDS 18# | 17.75 | 53.25 | 1.52 | 28.83 | 35.12 |
| 21204 | 3 | CTN * | KIWI FRUIT TRI-LYR 99 CT | 16.50 | 49.50 | 1.02 | 27.00 | 35.29 |
| 21300 | 1 | CTN * | LEMONS FANCY 140 CT | 39.50 | 39.50 | 0.43 | 20.70 | 34.39 |
| 21410 | 1 | CTN * | LIME KEY 17/2# | 12.75 | 12.75 | 1.15 | 6.80 | 34.78 |
| 21608 | 10 | CTN * | MELON CANTALOUPE 9CT 35# | 14.00 | 140.00 | 0.62 | 77.00 | 35.48 |
| 21630 | 1 | BIN * | MELON WTRMLN SDLS BIN 700LB | 155.00 | 155.00 | 0.34 | 83.00 | 34.87 |
| 22038 | 1 | BIN * | ORANGES BIN 75/8# | 165.00 | 165.00 | 3.38 | 88.50 | 34.91 |
| 22109 | 5 | CTN * | PAPAYA MARADOL "PREMIUM" 33# | 21.50 | 107.50 | 1.00 | 57.50 | 34.85 |
| 22616 | 1 | CTN * | PLUM BLACK 40/45 VF 28# | 20.50 | 20.50 | 1.13 | 11.14 | 35.21 |
| 22606 | 2 | CTN * | PLUM RED 40/45 VF 28# | 20.50 | 41.00 | 1.13 | 22.28 | 35.21 |
| 22313 | 3 | CTN | PEAR RED 60 CT | 19.75 | 59.25 | 0.69 | 31.83 | 34.95 |

| TOTALS | 207 | | | | | | | |

| | |
|---|---|
| TOTAL | 3788.35 |
| SALES TAX | 0.00 |
| INVOICE TOTAL | **$3788.35** |

PAYMENT TERMS
Net 21 Days

---

1795065    58459    MERCADO SUVIANDA #2
Pulp temp

9    15    MARCOS AG

CUSTOMER SIGNATURE

PRINT NAME

DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivable or proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.



**CK PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

Customer: **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
    408/516-5100

**Ship To:**

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1795238**
Page:     1

| PURCHASE ORDER NUMBER | ROUTE 018 | SALES REP 26 | SERVICE REP AMAG | OK ORDER NUMBER 1080613 | INVOICE DATE 07/05/08 |
|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 10306 | 5 | CTN * | BEAN GREEN 30# | 24.85 | 124.25 | 1.27 | 66.25 | 34.78 |
| 10403 | 3 | CTN | BEET W-TOPS 12 CT | 13.25 | 39.75 | 1.70 | 21.45 | 35.05 |
| 10503 | 1 | CTN | BOK CHOY 30# | 11.00 | 11.00 | 0.56 | 5.80 | 34.52 |
| 10604 | 8 | CTN * | BROCCOLI CROWN 20# | 11.75 | 94.00 | 0.90 | 50.00 | 34.72 |
| 10804 | 5 | CTN * | CABBAGE GREEN CELLO 45# | 16.75 | 83.75 | 0.57 | 44.50 | 34.70 |
| 12838 | 2 | CTN * | CACTUS LEAF 35# W/B | 9.50 | 19.00 | 0.38 | 9.88 | 34.21 |
| 10932 | 2 | CTN * | CARROT GF CTN 50# | 13.25 | 26.50 | 0.41 | 14.50 | 35.37 |
| 10926 | 3 | BALE * | CARROT TABLE 10/5# | 13.50 | 40.50 | 2.08 | 21.90 | 35.10 |
| 10927 | 1 | BALE * | CARROT TABLE 24/2# | 13.50 | 13.50 | 0.87 | 7.38 | 35.34 |
| 10949 | 2 | CTN * | CARROT W.P. MINI 40/1# | 24.50 | 49.00 | 0.94 | 26.20 | 34.84 |
| 10942 | 1 | CTN | CARROT PETITE MICRO 12/12OZ | 12.25 | 12.25 | 1.57 | 6.59 | 34.98 |
| 10965 | 1 | CTN | CARROT GF SHREDDED 12/10oz | 9.25 | 9.25 | 1.19 | 5.03 | 35.22 |
| 11205 | 1 | CTN | CHARD SWISS 12CT | 12.25 | 12.25 | 1.57 | 6.59 | 34.98 |
| 11102 | 4 | CTN * | CELERY 24 CT | 19.00 | 76.00 | 1.22 | 41.12 | 35.11 |
| 11303 | 16 | CTN * | CILANTRO 60 CT | 12.85 | 205.60 | 0.33 | 111.20 | 35.10 |
| 11508 | 50 | CTN * | CORN WHITE 48 CT | 14.75 | 737.50 | 0.47 | 390.50 | 34.62 |
| 11606 | 6 | CTN * | CUCUMBER PICKLING 25# | 12.75 | 76.50 | 0.78 | 40.50 | 34.62 |
| 12214 | 1 | CTN * | GARLIC CHINESE 48/5PC VXR | 17.85 | 17.85 | 0.57 | 9.51 | 34.76 |
| 15601 | 1 | CTN * | GUAJES 10# | 28.75 | 28.75 | 4.42 | 15.45 | 34.95 |
| 12441 | 2 | DOZ * | HERB EPAZOTE 1 DZ BUNCH | 9.50 | 19.00 | 1.22 | 10.28 | 35.11 |
| 12722 | 20 | CTN * | LETTUCE CELLO 24 CT | 13.85 | 277.00 | 0.89 | 150.20 | 35.16 |
| 12710 | 1 | CTN * | LETTUCE GREEN LEAF 24 CT | 16.00 | 16.00 | 1.03 | 8.72 | 35.28 |
| 12712 | 1 | CTN * | LETTUCE RED LEAF 24 CT | 15.00 | 15.00 | 0.96 | 8.04 | 34.90 |
| 12715 | 2 | CTN * | LETTUCE ROMAINE 24 CT | 16.00 | 32.00 | 1.03 | 17.44 | 35.28 |
| 12717 | 1 | CTN | LETTUCE ROMAINE HRTS 12/3 pk | 16.50 | 16.50 | 2.12 | 8.94 | 35.14 |
| 13001 | 3 | FLT | MUSH WHT WHL 12/8 OZ | 14.00 | 42.00 | 1.79 | 22.44 | 34.82 |
| 13031 | 2 | FLT | MUSH WHT SLC 12/8OZ | 14.50 | 29.00 | 1.86 | 15.64 | 35.04 |
| 12851 | 4 | CTN * | NOPALES DICED 12/1# | 16.00 | 64.00 | 2.05 | 34.40 | 34.96 |
| 13306 | 2 | CTN * | ONION GREEN 48 CT ICELESS | 12.25 | 24.50 | 0.39 | 12.94 | 34.56 |
| 13341 | 7 | SK * | ONION WHITE MEDIUM 50# | 14.50 | 101.50 | 0.45 | 56.00 | 35.56 |
| 15705 | 20 | BG * | ONION YELLOW MED 50# | 6.50 | 130.00 | 0.25 | 120.00 | 48.00 |
| 13409 | 1 | CTN | PARSLEY BUNCH 30 CT | 13.25 | 13.25 | 0.68 | 7.15 | 35.05 |
| 13411 | 1 | CTN | PARSLEY HYE 30 ct | 12.50 | 12.50 | 0.64 | 6.70 | 34.90 |

| TOTALS | | | | TOTAL | | | |
|---|---|---|---|---|---|---|---|
| | | | | SALES TAX | | PAYMENT TERMS | |
| | | | | INVOICE TOTAL | | | |

**(Continued)**

DATE

CUSTOMER SIGNATURE

PRINT NAME

DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
or proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.



Invoice #
**1795238**
Page: 2

Customer: **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

Ship To:

**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| | 018 | 26 | AMAG | 1080613 | 07/05/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 13741 | 4 | CTN * | PEPPER BELL GREEN LG 25# | 28.85 | 115.40 | 1.78 | 62.60 | 35.17 |
| 13713 | 1 | CTN * | PEPPER BELL YELLOW 25# | 42.00 | 42.00 | 2.58 | 22.50 | 34.88 |
| 12831 | 1 | CTN * | PEPPER CHILACA FRESH 10# | 17.00 | 17.00 | 2.62 | 9.20 | 35.11 |
| 13722 | 1 | W/B * | PEPPER LONG GRN CHILE 25# | 16.75 | 16.75 | 1.07 | 8.93 | 34.77 |
| 13807 | 2 | CTN * | POTATO RED "A" 50# | 19.50 | 39.00 | 0.60 | 21.00 | 35.00 |
| 13832 | 1 | CTN * | POTATO RUSSET  80 CT | 25.00 | 25.00 | 0.77 | 13.50 | 35.06 |
| 13815 | 3 | BALE * | POTATO RUSSET 10/5# | 12.50 | 37.50 | 1.92 | 20.10 | 34.90 |
| 13823 | 10 | BALE * | POTATO RUSSET 5/10# | 12.00 | 120.00 | 3.69 | 64.50 | 34.96 |
| 13840 | 8 | CTN * | POTATO WHITE ROSE #1 50# | 21.50 | 172.00 | 0.66 | 92.00 | 34.85 |
| 14401 | 2 | CTN * | SPINACH 24 CT | 14.25 | 28.50 | 0.91 | 15.18 | 34.75 |
| 14651 | 3 | CTN * | SQUASH CHAYOTE 50CT | 25.00 | 75.00 | 0.77 | 40.50 | 35.06 |
| 14612 | 10 | CTN * | SQUASH ITALIAN FCY #1 | 10.85 | 108.50 | 0.67 | 59.00 | 35.22 |
| 14905 | 25 | FLT * | TOMATO 5X5 2-LAYER | 17.25 | 431.25 | 1.33 | 233.75 | 35.15 |
| 20158 | 8 | CTN * | APPLE FUJI 80/88CT | 31.50 | 252.00 | 1.21 | 135.20 | 34.92 |
| 20114 | 1 | CTN * | APPLE GOLD DEL"PREM" 80/88CT | 33.00 | 33.00 | 1.27 | 17.80 | 35.04 |
| 20157 | 1 | CTN * | APPLE GRNYSMTH PREM 80/88 CT | 31.00 | 31.00 | 1.19 | 16.60 | 34.87 |
| 20303 | 3 | CTN * | APRICOT VF 8's/LGR 24# | 21.25 | 63.75 | 1.36 | 34.17 | 34.90 |
| 20510 | 25 | CTN * | BANANA 4 CLR "CHIQUITA" | 20.75 | 518.75 | 0.80 | 281.25 | 35.16 |
| 20507 | 1 | CTN * | BANANA BURRO "COLOR" 40# | 12.25 | 12.25 | 0.47 | 6.55 | 34.84 |
| 20544 | 1 | CTN * | BANANA MACHO (COLOR) 48# | 22.50 | 22.50 | 0.72 | 12.06 | 34.90 |
| 22809 | 1 | CTN * | BERRY STRWBRY LTD ED 8/1# | 10.75 | 10.75 | 2.07 | 5.81 | 35.08 |
| 21130 | 5 | CTN * | GRAPES GREEN SDLS 18# | 17.75 | 88.75 | 1.52 | 48.05 | 35.12 |
| 21129 | 5 | CTN * | GRAPES RED SLDS 18# | 17.75 | 88.75 | 1.52 | 48.05 | 35.12 |
| 21204 | 3 | CTN * | KIWI FRUIT TRI-LYR 99 CT | 16.50 | 49.50 | 1.02 | 27.00 | 35.29 |
| 21300 | 2 | CTN * | LEMONS FANCY 140 CT | 39.50 | 79.00 | 0.43 | 41.40 | 34.39 |
| 21410 | 1 | CTN * | LIME KEY 17/2# | 12.75 | 12.75 | 1.15 | 6.80 | 34.78 |
| 21608 | 20 | CTN * | MELON CANTALOUPE 9CT 35# | 14.00 | 280.00 | 0.62 | 154.00 | 35.48 |
| 21619 | 5 | CTN * | MELON HONEYDEW 5/6CT 25# | 10.75 | 53.75 | 0.66 | 28.75 | 34.85 |
| 21630 | 2 | BIN * | MELON WTRMLN SDLS BIN 700LB | 155.00 | 310.00 | 0.34 | 166.00 | 34.87 |
| 21911 | 10 | CTN * | NECTARINE YLW 56 VF 25# | 15.25 | 152.50 | 0.94 | 82.50 | 35.11 |
| 22215 | 10 | CTN * | PEACH YLW 56 VF 25# | 15.25 | 152.50 | 0.94 | 82.50 | 35.11 |
| 22327 | 1 | CTN * | PEAR BOSC CHILEAN 70/80CT 40# | 36.00 | 36.00 | 1.38 | 19.20 | 34.78 |
| 22518 | 10 | CTN * | PINEAPPLE GOLD 8CT | 11.00 | 110.00 | 2.12 | 59.60 | 35.14 |

| TOTALS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|

| TOTAL | |
|---|---|
| SALES TAX | |
| INVOICE TOTAL | |

**(Continued)**

PAYMENT TERMS

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #:  47884    CDFA #:  A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.



C...omer: **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

**Ship To:**

**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1795238**
Page:   **3**

P.O. Box 12838 – 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
**www.okproduce.com**

| PURCHASE ORDER NUMBER | ROUTE 018 | SALES REP 26 | SERVICE REP AMAG | OK ORDER NUMBER 1080613 | INVOICE DATE 07/05/08 |
|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 22616 | 2 | CTN * | PLUM BLACK 40/45 VF 28# | 20.50 | 41.00 | 1.13 | 22.28 | 35.21 |
| 14240 | 1 | CTN | SALAD AMERICAN 6/12 OZ | 10.50 | 10.50 | 2.69 | 5.64 | 34.94 |
| 14128 | 1 | CTN | SALAD CRSP ROM GRDN 12/12oz | 13.75 | 13.75 | 1.76 | 7.37 | 34.90 |
| 14235 | 1 | CTN | SALAD ITALIAN 6/10 OZ | 10.50 | 10.50 | 2.69 | 5.64 | 34.94 |
| 14230 | 1 | CTN | SALAD MIX 18/12 oz | 11.75 | 11.75 | 1.00 | 6.25 | 34.72 |
| 21617 | 1 | LB | MELON HONEYDEW BIN 700# | 175.00 | 175.00 | 26.92 | 94.20 | 34.99 |
| 14003 | 16 | CTN | RADISH 24CT | 8.00 | 128.00 | 0.51 | 67.84 | 34.64 |

| | NOTES: Jose Cell# 408-417-7402 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1795238 | 58459   MERCADO SUVIANDA #2 | | | | | | 7  7  Alfonso | |
| | Pulp temp. | | | | | | | |
| 1795243 | 58459   MERCADO SUVIANDA #2 | | | | 800 | | Alfonso | |
| | Pulp temp. | | | | | | | |

| TOTALS | 389 | | | | | TOTAL | 6445.35 |
|---|---|---|---|---|---|---|---|
| | | | | | | SALES TAX | 0.00 |
| | | | | | | INVOICE TOTAL | **$6445.35** |

PAYMENT TERMS
**Net 21 Days**

JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

. FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
n ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

tate of CA Organic Reg #:  47884    CDFA #:  A6504

he perishable agricultural commodities listed on this invoice are
old subject to the statutory trust authorized by section 5(c) of the
erishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.



**OK PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

Customer: **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

**Ship To:**

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1795535**
Page: 1

| ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|
| 017 | 26 | ABRA | 1080767 | 07/07/08 |

PURCHASE ORDER NUMBER

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 12838 | 2 | CTN * | CACTUS LEAF 35# W/B | 9.50 | 19.00 | 0.38 | 9.88 | 34.21 |
| 11004 | 2 | CTN * | CAULIFLOWER 12 CT | 12.00 | 24.00 | 1.54 | 12.96 | 35.06 |
| 11903 | 1 | CTN * | EGGPLANT 24 CT | 14.75 | 14.75 | 0.95 | 8.05 | 35.31 |
| 12441 | 1 | DOZ * | HERB EPAZOTE 1 DZ BUNCH | 9.50 | 9.50 | 1.22 | 5.14 | 35.11 |
| 13001 | 1 | FLT | MUSH WHT WHL 12/8 OZ | 14.00 | 14.00 | 1.79 | 7.48 | 34.82 |
| 13031 | 1 | FLT | MUSH WHT SLC 12/8OZ | 14.50 | 14.50 | 1.86 | 7.82 | 35.04 |
| 13306 | 2 | CTN * | ONION GREEN 48 CT ICELESS | 12.25 | 24.50 | 0.39 | 12.94 | 34.56 |
| 13363 | 3 | CTN * | ONION GREEN MEXICAN 2 DOZ | 10.75 | 32.25 | 0.69 | 17.43 | 35.08 |
| 13334 | 1 | SK * | ONION RED 16/3# | 20.00 | 20.00 | 1.92 | 10.72 | 34.90 |
| 13341 | 2 | SK * | ONION WHITE MEDIUM 50# | 14.50 | 29.00 | 0.45 | 16.00 | 35.56 |
| 13338 | 1 | BALE | ONION WHITE 16/3# | 19.00 | 19.00 | 1.83 | 10.28 | 35.11 |
| 15705 | 10 | BG * | ONION YELLOW MED 50# | 8.00 | 80.00 | 0.25 | 45.00 | 36.00 |
| 13344 | 1 | BALE | ONION YELLOW 16/3# | 12.50 | 12.50 | 1.20 | 6.70 | 34.90 |
| 13722 | 1 | W/B * | PEPPER LONG GRN CHILE 25# | 16.75 | 16.75 | 1.07 | 8.93 | 34.77 |
| 13807 | 1 | CTN * | POTATO RED "A" 50# | 19.50 | 19.50 | 0.60 | 10.50 | 35.00 |
| 14635 | 1 | CTN * | SQUASH MEXICAN (GREY) | 12.85 | 12.85 | 0.82 | 6.83 | 34.71 |
| 14803 | 4 | W/B * | TOMATILLO W/B | 18.00 | 72.00 | 0.73 | 38.96 | 35.11 |
| 14933 | 1 | FLT | TOMATO CHERRY CLAM SHELL | 23.00 | 23.00 | 2.95 | 12.40 | 35.03 |
| 14905 | 10 | FLT | TOMATO 5X5 2-LAYER | 17.25 | 172.50 | 1.33 | 93.50 | 35.15 |
| 15201 | 1 | CTN * | YAM #1 40# | 31.00 | 31.00 | 1.19 | 16.60 | 34.87 |
| 20216 | 2 | CTN * | APPLE GALA CHILEAN 90/100ct | 39.50 | 79.00 | 1.52 | 42.60 | 35.03 |
| 20171 | 2 | CTN * | APPLE RED DEL 64/72CT | 26.00 | 52.00 | 1.00 | 28.00 | 35.00 |
| 20303 | 3 | CTN | APRICOT VF 8's/LGR 24# | 21.25 | 63.75 | 1.36 | 34.17 | 34.90 |
| 20509 | 35 | CTN * | BANANA 3 CLR "CHIQUITA" | 20.75 | 726.25 | 0.80 | 393.75 | 35.16 |
| 20540 | 1 | CTN * | BANANA BABY (DOMINICO)15# | 13.00 | 13.00 | 1.33 | 6.95 | 34.84 |
| 20545 | 1 | CTN * | BANANA MACHO PLANTAIN 48# | 21.50 | 21.50 | 0.69 | 11.62 | 35.08 |
| 21608 | 10 | CTN * | MELON CANTALOUPE 9CT 35# | 14.00 | 140.00 | 0.62 | 77.00 | 35.48 |
| 21625 | 2 | BIN * | MELON WTRMLN BIN 700# | 150.00 | 300.00 | 0.33 | 162.00 | 35.06 |
| 21630 | 2 | BIN * | MELON WTRMLN SDLS BIN 700LB | 155.00 | 310.00 | 0.34 | 166.00 | 34.87 |
| 22038 | 1 | BIN * | ORANGES BIN 75/8# | 165.00 | 165.00 | 3.38 | 88.50 | 34.91 |
| 22109 | 4 | CTN * | PAPAYA MARADOL "PREMIUM" 33# | 21.50 | 86.00 | 1.00 | 46.00 | 34.85 |

| TOTALS | 110 |
|---|---|

| TOTAL | 2617.10 | PAYMENT TERMS |
|---|---|---|
| SALES TAX | 0.00 | **Net 21 Days** |
| INVOICE TOTAL | **$2617.10** | |

| 1795535 | 58459 | MERCADO SUVIANDA #2 | | | | | |
|---|---|---|---|---|---|---|---|
| | Pulp temp. | | | | | | |

PRINT NAME

DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivable or proceeds from the sale of these commodities until full payment is received.


This invoice is printed on recycled paper.



**OK PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

Customer: **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

Ship To:
**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1795697**
Page:   1

| PURCHASE ORDER NUMBER | ROUTE 017 | SALES REP 26 | SERVICE REP AMAG | OK ORDER NUMBER 1080941 | | INVOICE DATE 07/08/08 | | |
|---|---|---|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 21617 | 1 | LB * | MELON HONEYDEW BIN 700# | 175.00 | 175.00 | 0.38 | 91.00 | 34.21 |
| 10403 | 3 | CTN | BEET W-TOPS 12 CT | 13.25 | 39.75 | 1.70 | 21.45 | 35.05 |
| 10604 | 2 | CTN * | BROCCOLI CROWN 20# | 10.00 | 20.00 | 0.77 | 10.80 | 35.06 |
| 10810 | 1 | CTN | CABBAGE RED 45# | 21.50 | 21.50 | 0.74 | 11.80 | 35.44 |
| 12838 | 2 | CTN * | CACTUS LEAF 35# W/B | 9.50 | 19.00 | 0.38 | 9.88 | 34.21 |
| 10932 | 1 | CTN | CARROT GF CTN 50# | 13.25 | 13.25 | 0.41 | 7.25 | 35.37 |
| 10927 | 1 | BALE * | CARROT TABLE 24/2# | 13.50 | 13.50 | 0.87 | 7.38 | 35.34 |
| 11102 | 1 | CTN | CELERY 24 CT | 19.00 | 19.00 | 1.22 | 10.28 | 35.11 |
| 11303 | 1 | CTN | CILANTRO 60 CT | 13.85 | 13.85 | 0.36 | 7.75 | 35.88 |
| 11606 | 5 | CTN * | CUCUMBER PICKLING 25# | 12.75 | 63.75 | 0.78 | 33.75 | 34.62 |
| 12214 | 1 | CTN * | GARLIC CHINESE 48/5PC VXR | 17.85 | 17.85 | 0.57 | 9.51 | 34.76 |
| 12412 | 1 | CTN | HERB BUNCH BASIL 6 CT | 5.25 | 5.25 | 1.35 | 2.85 | 35.19 |
| 12902 | 1 | CTN | MANN'S BROC/STIR FRY 6/1# | 12.50 | 12.50 | 3.21 | 6.76 | 35.10 |
| 12821 | 1 | CTN | MANN'S BROC/VEG MDLY 6/1# | 12.00 | 12.00 | 3.08 | 6.48 | 35.06 |
| 10615 | 1 | CTN | MANN'S BROC/WOKLY 6/1# | 10.75 | 10.75 | 2.76 | 5.81 | 35.08 |
| 13031 | 1 | FLT | MUSH WHT SLC 12/8OZ | 14.50 | 14.50 | 1.86 | 7.82 | 35.04 |
| 13306 | 2 | CTN * | ONION GREEN 48 CT ICELESS | 12.85 | 25.70 | 0.41 | 13.66 | 34.71 |
| 13363 | 3 | CTN | ONION GREEN MEXICAN 2 DOZ | 10.75 | 32.25 | 0.69 | 17.43 | 35.08 |
| 13341 | 8 | SK * | ONION WHITE MEDIUM 50# | 15.50 | 124.00 | 0.48 | 68.00 | 35.42 |
| 15705 | 6 | BG * | ONION YELLOW MED 50# | 8.00 | 48.00 | 0.25 | 27.00 | 36.00 |
| 13610 | 1 | CTN * | PEA SNOW CHINA 10# | 23.00 | 23.00 | 3.54 | 12.40 | 35.03 |
| 13741 | 2 | CTN * | PEPPER BELL GREEN LG 25# | 28.85 | 57.70 | 1.78 | 31.30 | 35.17 |
| 13713 | 1 | CTN | PEPPER BELL YELLOW 25# | 42.00 | 42.00 | 2.58 | 22.50 | 34.88 |
| 13773 | 1 | CTN * | PEPPER DE ARBOL-FRESH 10# | 23.85 | 23.85 | 3.67 | 12.85 | 35.01 |
| 13702 | 1 | CTN * | PEPPER HABANERO 5# | 37.00 | 37.00 | 11.38 | 19.90 | 34.97 |
| 13722 | 1 | W/B * | PEPPER LONG GRN CHILE 25# | 17.75 | 17.75 | 1.14 | 9.61 | 35.12 |
| 14401 | 1 | CTN * | SPINACH 24 CT | 16.25 | 16.25 | 1.04 | 8.71 | 34.90 |
| 14651 | 1 | CTN * | SQUASH CHAYOTE 50CT | 26.50 | 26.50 | 0.82 | 14.50 | 35.37 |
| 14635 | 1 | CTN | SQUASH MEXICAN (GREY) | 12.85 | 12.85 | 0.82 | 6.83 | 34.71 |
| 14803 | 3 | W/B * | TOMATILLO W/B | 19.75 | 59.25 | 0.80 | 31.95 | 35.03 |
| 14905 | 15 | FLT * | TOMATO 5X5 2-LAYER | 15.25 | 228.75 | 1.17 | 122.25 | 34.83 |
| 20161 | 5 | CTN * | APPLE FUJI PREM 80/88CT 40# | 35.00 | 175.00 | 1.46 | 117.00 | 40.07 |
| 20171 | 1 | CTN * | APPLE RED DEL 64/72CT | 26.00 | 26.00 | 1.00 | 14.00 | 35.00 |

| TOTALS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|

**(Continued)**

| TOTAL | |
|---|---|
| SALES TAX | |
| INVOICE TOTAL | |

PAYMENT TERMS

DATE

CUSTOMER SIGNATURE

PRINT NAME

DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg # : 47884   CDFA #: A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
or proceeds from the sale of these commodities until full payment is received.

 This invoice is printed on recycled paper.



Customer: **58459**
408/516-5100

Invoice #
**1795697**
Page: **2**

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

**Ship To:**
**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

| PURCHASE ORDER NUMBER | ROUTE 017 | SALES REP 26 | SERVICE REP AMAG | OK ORDER NUMBER 1080941 | | INVOICE DATE 07/08/08 |
|---|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 20439 | 5 | CTN * | AVOCADO HASS PREC 60CT | 39.85 | 199.25 | 1.02 | 106.75 | 34.89 |
| 20510 | 20 | CTN * | BANANA 4 CLR "CHIQUITA" | 19.50 | 390.00 | 0.75 | 210.00 | 35.00 |
| 20540 | 1 | CTN * | BANANA BABY (DOMINICO)15# | 13.00 | 13.00 | 1.33 | 6.95 | 34.84 |
| 20563 | 1 | CTN * | BANANA LEAVES 25# | 26.85 | 26.85 | 1.65 | 14.40 | 34.91 |
| 20545 | 1 | CTN * | BANANA MACHO PLANTAIN 48# | 21.50 | 21.50 | 0.69 | 11.62 | 35.08 |
| 22809 | 3 | CTN * | BERRY STRWBRY LTD ED 8/1# | 10.75 | 32.25 | 2.07 | 17.43 | 35.08 |
| 21130 | 10 | CTN * | GRAPES GREEN SDLS 18# | 18.50 | 185.00 | 1.58 | 99.40 | 34.95 |
| 21129 | 10 | CTN * | GRAPES RED SLDS 18# | 18.50 | 185.00 | 1.58 | 99.40 | 34.95 |
| 21502 | 100 | FLT * | MANGO TOMMY 12 CT | 4.25 | 425.00 | 0.54 | 223.00 | 34.41 |
| 21604 | 20 | CTN * | MELON CANTALOUPE 12CT 35# | 11.75 | 235.00 | 0.52 | 129.00 | 35.44 |
| 21625 | 2 | BIN * | MELON WTRMLN BIN 700# | 150.00 | 300.00 | 0.33 | 162.00 | 35.06 |
| 21630 | 2 | BIN * | MELON WTRMLN SDLS BIN 700LB | 155.00 | 310.00 | 0.38 | 222.00 | 41.73 |
| 22109 | 3 | CTN * | PAPAYA MARADOL "PREMIUM" 33# | 21.50 | 64.50 | 1.00 | 34.50 | 34.85 |
| 40586 | 1 | CTN | WONTON WRAPPER 6ct "ORANGE TAPE" | 9.25 | 9.25 | 2.37 | 4.97 | 34.95 |

NOTES: NO DRK STP/PALLET CHARGE

| 1795697 | 58459   MERCADO SUVIANDA #2 | | |
|---|---|---|---|
| | Pulp temp. | h 55 g 08 | 12 2 Gildardo AG |

| TOTALS | 256 | | | TOTAL | 3843.90 | PAYMENT TERMS |
|---|---|---|---|---|---|---|
| | | | | SALES TAX | 0.00 | Net 21 Days |
| | | | | INVOICE TOTAL | **$3843.90** | |

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg#: 47884   CDFA#: A6504

The perishable agricultural commodities listed on this invoice are,
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.



**CK PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

Customer: **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
. 408/516-5100

**Ship To:**
**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1796038**
Page:    1

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| | 018 | 26 | CMAR | 1081127 | 07/09/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 12841 | 1 | CTN | ALOE VERA LEAVES 25# | 21.25 | 21.25 | 1.31 | 11.50 | 35.11 |
| 10604 | 2 | CTN | BROCCOLI CROWN 20# | 10.00 | 20.00 | 0.77 | 10.80 | 35.06 |
| 10932 | 1 | CTN * | CARROT GF CTN 50# | 13.25 | 13.25 | 0.41 | 7.25 | 35.37 |
| 10926 | 2 | BALE * | CARROT TABLE 10/5# | 13.50 | 27.00 | 2.08 | 14.60 | 35.10 |
| 10949 | 3 | CTN * | CARROT W.P. MINI 40/1# | 24.50 | 73.50 | 0.94 | 39.30 | 34.84 |
| 11102 | 1 | CTN * | CELERY 24 CT | 19.00 | 19.00 | 1.22 | 10.28 | 35.11 |
| 11303 | 4 | CTN * | CILANTRO 60 CT | 13.85 | 55.40 | 0.36 | 31.00 | 35.88 |
| 11606 | 4 | CTN * | CUCUMBER PICKLING 25# | 12.75 | 51.00 | 0.78 | 27.00 | 34.62 |
| 12214 | 1 | CTN * | GARLIC CHINESE 48/5PC VXR | 17.85 | 17.85 | 0.57 | 9.51 | 34.76 |
| 15601 | 1 | CTN * | GUAJES 10# | 28.75 | 28.75 | 4.42 | 15.45 | 34.95 |
| 12424 | 1 | CTN | HERB BUNCH MINT 6 CT | 4.50 | 4.50 | 6.92 | 2.42 | 34.97 |
| 12441 | 1 | DOZ | HERB EPAZOTE 1 DZ BUNCH | 9.50 | 9.50 | 1.22 | 5.14 | 35.11 |
| 12722 | 3 | CTN * | LETTUCE CELLO 24 CT | 14.85 | 44.55 | 0.95 | 23.85 | 34.87 |
| 12902 | 1 | CTN | MANN'S BROC/STIR FRY 6/1# | 12.50 | 12.50 | 3.21 | 6.76 | 35.10 |
| 12821 | 1 | CTN | MANN'S BROC/VEG MDLY 6/1# | 12.00 | 12.00 | 3.08 | 6.48 | 35.06 |
| 10615 | 1 | CTN | MANN'S BROC/WOKLY 6/1# | 10.75 | 10.75 | 2.76 | 5.81 | 35.08 |
| 13001 | 3 | FLT | MUSH WHT WHL 12/8 OZ | 13.00 | 39.00 | 1.67 | 21.12 | 35.13 |
| 13031 | 3 | FLT | MUSH WHT SLC 12/8OZ | 14.50 | 43.50 | 1.86 | 23.46 | 35.04 |
| 13306 | 1 | CTN * | ONION GREEN 48 CT ICELESS | 11.75 | 11.75 | 0.38 | 6.49 | 35.58 |
| 13341 | 10 | SK * | ONION WHITE MEDIUM 50# | 14.50 | 145.00 | 0.45 | 80.00 | 35.56 |
| 13741 | 1 | CTN * | PEPPER BELL GREEN LG 25# | 28.85 | 28.85 | 1.78 | 15.65 | 35.17 |
| 13702 | 1 | CTN * | PEPPER HABANERO 5# | 37.00 | 37.00 | 11.38 | 19.90 | 34.97 |
| 13718 | 2 | W/B * | PEPPER JALAPENO CHILE W/B | 27.75 | 55.50 | 1.12 | 29.62 | 34.80 |
| 13815 | 4 | BALE * | POTATO RUSSET 10/5# | 13.00 | 52.00 | 2.00 | 28.00 | 35.00 |
| 13823 | 4 | BALE * | POTATO RUSSET 5/10# | 12.00 | 48.00 | 3.69 | 25.80 | 34.96 |
| 14401 | 1 | CTN * | SPINACH 24 CT | 16.25 | 16.25 | 1.04 | 8.71 | 34.90 |
| 14905 | 5 | FLT * | TOMATO 5X5 2-LAYER | 15.25 | 76.25 | 1.17 | 40.75 | 34.83 |
| 20161 | 8 | CTN * | APPLE FUJI PREM 80/88CT 40# | 38.00 | 304.00 | 1.46 | 163.20 | 34.93 |
| 20216 | 1 | CTN * | APPLE GALA CHILEAN 90/100ct | 41.00 | 41.00 | 1.58 | 22.20 | 35.13 |
| 20439 | 12 | CTN * | AVOCADO HASS PREC 60CT | 39.85 | 478.20 | 1.02 | 256.20 | 34.89 |
| 20509 | 30 | CTN * | BANANA 3 CLR "CHIQUITA" | 19.50 | 585.00 | 0.75 | 315.00 | 35.00 |
| 20540 | 2 | CTN * | BANANA BABY (DOMINICO)15# | 13.00 | 26.00 | 1.33 | 13.90 | 34.84 |
| 22809 | 5 | CTN * | BERRY STRWBRY LTD ED 8/1# | 10.75 | 53.75 | 2.07 | 29.05 | 35.08 |

| TOTALS | | | | TOTAL | | | PAYMENT TERMS | |
|---|---|---|---|---|---|---|---|---|
| | | | **(Continued)** | SALES TAX | | | | |
| | | | | INVOICE TOTAL | | | | |

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
or proceeds from the sale of these commodities until full payment is received.



This invoice is printed on recycled paper.

# OK PRODUCE

**INVOICE #**
**1796038**
Page: 2

4  16-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

**Ship To:**
**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

P.O. Box 12838 – 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| | 018 | 26 | CMAR | 1081127 | 07/09/08 |

| ITEM# | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 21010 | 1 | CTN | *GRAPEFRUIT 40 CT | 15.50 | 15.50 | 0.60 | -8.50 | 35.42 |
| 21130 | 15 | CTN | GRAPES GREEN SDLS 18# | 17.75 | 266.25 | 1.52 | 144.15 | 35.12 |
| 21129 | 15 | CTN | GRAPES RED SDLS 18# | 17.75 | 266.25 | 1.52 | 144.15 | 35.12 |
| 21502 | 150 | FLT | *MANGO TOMMY 12 CT | 4.25 | 637.50 | 0.54 | 334.50 | 34.41 |
| 21604 | 20 | CTN | *MELON CANTALOUPE 12CT 35# | 11.75 | 235.00 | 0.52 | 129.00 | 35.44 |
| 21911 | 5 | CTN | *NECTARINE YLW 56 VF 25# | 14.25 | 71.25 | 0.88 | 38.75 | 35.23 |
| 22109 | 3 | CTN | PAPAYA MARADOL *PREMIUM* 33# | 21.50 | 64.50 | 1.00 | 34.50 | 34.85 |
| 22215 | 10 | CTN | *PEACH YLW 56 VF 25# | 14.25 | 142.50 | 0.88 | 77.50 | 35.23 |
| 22327 | 1 | CTN | PEAR BOSC CHILEAN 70/80CT 40# | 36.00 | 36.00 | 1.38 | 19.20 | 34.78 |
| 22518 | 5 | CTN | *PINEAPPLE GOLD 8CT | 11.00 | 55.00 | 2.12 | 29.80 | 35.14 |

1796038   58459   MERCADO SUVIANDA #2
Pulp temp.      5  90°  gus  0  8 8  marcos    marcos

179#

| TOTALS | 346 |
|---|---|

| TOTAL | 4251.60 |
|---|---|
| SALES TAX | 0.00 |
| INVOICE TOTAL | **$4251.60** |

PAYMENT TERMS
Net 21 Days

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6 VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is an ANNUAL PERCENTAGE RATE OF 16% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884   CDFA #: A6504

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivable or proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.





**CK PRODUCE**

Customer: **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

**Ship To:**
MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1796220**
Page: 1

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| | 017 | 26 | CMAR | 1081221 | 07/10/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 10306 | 1 | CTN * | BEAN GREEN 30# | 28.75 | 28.75 | 1.47 | 15.35 | 34.81 |
| 10505 | 1 | CTN | BOK CHOY BABY 30# | 16.50 | 16.50 | 0.85 | 9.00 | 35.29 |
| 10604 | 3 | CTN * | BROCCOLI CROWN 20# | 10.00 | 30.00 | 0.77 | 16.20 | 35.06 |
| 10804 | 4 | CTN * | CABBAGE GREEN CELLO 45# | 15.75 | 63.00 | 0.54 | 34.20 | 35.19 |
| 11303 | 6 | CTN * | CILANTRO 60 CT | 13.85 | 83.10 | 0.36 | 46.50 | 35.88 |
| 11508 | 3 | CTN * | CORN WHITE 48 CT | 14.75 | 44.25 | 0.47 | 23.43 | 34.62 |
| 11606 | 2 | CTN * | CUCUMBER PICKLING 25# | 12.75 | 25.50 | 0.78 | 13.50 | 34.62 |
| 12722 | 8 | CTN * | LETTUCE CELLO 24 CT | 14.85 | 118.80 | 0.95 | 63.60 | 34.87 |
| 12710 | 1 | CTN * | LETTUCE GREEN LEAF 24 CT | 17.00 | 17.00 | 1.09 | 9.16 | 35.02 |
| 12712 | 1 | CTN * | LETTUCE RED LEAF 24 CT | 16.00 | 16.00 | 1.03 | 8.72 | 35.28 |
| 12715 | 1 | CTN * | LETTUCE ROMAINE 24 CT | 16.00 | 16.00 | 1.03 | 8.72 | 35.28 |
| 12717 | 1 | CTN * | LETTUCE ROMAINE HRTS 12/3 pk | 17.25 | 17.25 | 2.21 | 9.27 | 34.95 |
| 13306 | 5 | CTN * | ONION GREEN 48 CT ICELESS | 11.75 | 58.75 | 0.38 | 32.45 | 35.58 |
| 13338 | 1 | BALE | ONION WHITE 16/3# | 19.00 | 19.00 | 1.83 | 10.28 | 35.11 |
| 13718 | 1 | W/B * | PEPPER JALAPENO CHILE W/B | 27.75 | 27.75 | 1.12 | 14.81 | 34.80 |
| 13815 | 3 | BALE * | POTATO RUSSET 10/5# | 13.00 | 39.00 | 2.00 | 21.00 | 35.00 |
| 13823 | 3 | BALE * | POTATO RUSSET 5/10# | 12.00 | 36.00 | 3.69 | 19.35 | 34.96 |
| 13840 | 2 | CTN * | POTATO WHITE ROSE #1 50# | 22.50 | 45.00 | 0.69 | 24.00 | 34.78 |
| 14651 | 2 | CTN * | SQUASH CHAYOTE 50CT | 26.50 | 53.00 | 0.82 | 29.00 | 35.37 |
| 14612 | 1 | CTN * | SQUASH ITALIAN FCY #1 | 12.85 | 12.85 | 0.79 | 6.90 | 34.94 |
| 14905 | 10 | FLT * | TOMATO 5X5 2-LAYER | 15.25 | 152.50 | 1.17 | 81.50 | 34.83 |
| 15201 | 1 | CTN * | YAM #1 40# | 31.00 | 31.00 | 1.19 | 16.60 | 34.87 |
| 12825 | 1 | CTN | YUCCA ROOT 40# | 38.75 | 38.75 | 1.49 | 20.85 | 34.98 |
| 20161 | 5 | CTN * | APPLE FUJI PREM 80/88CT 40# | 38.00 | 190.00 | 1.46 | 102.00 | 34.93 |
| 20216 | 2 | CTN * | APPLE GALA CHILEAN 90/100ct | 41.00 | 82.00 | 1.58 | 44.40 | 35.13 |
| 20157 | 1 | CTN * | APPLE GRNYSMTH PREM 80/88 CT | 31.00 | 31.00 | 1.19 | 16.60 | 34.87 |
| 20171 | 2 | CTN * | APPLE RED DEL 64/72CT | 26.00 | 52.00 | 1.00 | 28.00 | 35.00 |
| 20439 | 15 | CTN * | AVOCADO HASS PREC 60CT | 39.85 | 597.75 | 1.02 | 320.25 | 34.89 |
| 20509 | 15 | CTN * | BANANA 3 CLR "CHIQUITA" | 19.50 | 292.50 | 0.75 | 157.50 | 35.00 |
| 20507 | 1 | CTN * | BANANA BURRO "COLOR" 40# | 12.25 | 12.25 | 0.47 | 6.55 | 34.84 |
| 20545 | 1 | CTN * | BANANA MACHO PLANTAIN 48# | 21.50 | 21.50 | 0.69 | 11.62 | 35.08 |
| 22809 | 3 | CTN * | BERRY STRWBRY LTD ED 8/1# | 10.75 | 32.25 | 2.07 | 17.43 | 35.08 |
| 20706 | 1 | CTN * | COCONUT-THAI SHAVED 9CT | 11.25 | 11.25 | 1.92 | 6.03 | 34.90 |

| TOTALS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|

| TOTAL | |
|---|---|
| SALES TAX | |
| INVOICE TOTAL | |

**(Continued)**

PAYMENT TERMS

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivable or proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.





**Customer:** **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

**Ship To:**
**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1796220**
Page:  2

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

| PURCHASE ORDER NUMBER | ROUTE 017 | SALES REP 26 | SERVICE REP CMAR | OK ORDER NUMBER 1081221 | INVOICE DATE 07/10/08 |
|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 21010 | 2 | CTN | GRAPEFRUIT 40 CT | 15.50 | 31.00 | 0.60 | 17.00 | 35.42 |
| 21130 | 3 | CTN | GRAPES GREEN SDLS 18# | 17.75 | 53.25 | 1.52 | 28.83 | 35.12 |
| 21129 | 3 | CTN | GRAPES RED SLDS 18# | 17.75 | 53.25 | 1.52 | 28.83 | 35.12 |
| 21302 | 1 | CTN | LEMONS CHOICE 115 CT | 37.50 | 37.50 | 0.50 | 20.00 | 34.78 |
| 21502 | 30 | FLT | MANGO TOMMY 12 CT | 4.25 | 127.50 | 0.54 | 66.90 | 34.41 |
| 21604 | 10 | CTN | MELON CANTALOUPE 12CT 35# | 11.75 | 117.50 | 0.52 | 64.50 | 35.44 |
| 21630 | 2 | BIN | MELON WTRMLN SDLS BIN 700LB | 175.00 | 350.00 | 0.38 | 182.00 | 34.21 |
| 22038 | 1 | BIN | ORANGES BIN 75/8# | 165.00 | 165.00 | 3.38 | 88.50 | 34.91 |
| 22109 | 4 | CTN | PAPAYA MARADOL "PREMIUM" 33# | 21.50 | 86.00 | 1.00 | 46.00 | 34.85 |
| 22327 | 1 | CTN | PEAR BOSC CHILEAN 70/80CT 40# | 36.00 | 36.00 | 1.38 | 19.20 | 34.78 |
| 22518 | 3 | CTN | PINEAPPLE GOLD 8CT | 11.00 | 33.00 | 2.12 | 17.88 | 35.14 |
| 14240 | 1 | CTN | SALAD AMERICAN 6/12 OZ | 10.50 | 10.50 | 2.69 | 5.64 | 34.94 |
| 14128 | 1 | CTN | SALAD CRSP ROM GRDN 12/12oz | 13.75 | 13.75 | 1.76 | 7.37 | 34.90 |
| 14235 | 1 | CTN | SALAD ITALIAN 6/10 OZ | 10.50 | 10.50 | 2.69 | 5.64 | 34.94 |

1796220    58459    MERCADO SUVIANDA #2
Pulp temp.

| TOTALS | 171 | | | TOTAL | 3437.00 | | PAYMENT TERMS |
|---|---|---|---|---|---|---|---|
| | | | | SALES TAX | 0.00 | | Net 21 Days |
| | | | | INVOICE TOTAL | $3437.00 | | |

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

DATE _____

CUSTOMER SIGNATURE _____

PRINT NAME _____

DRIVER SIGNATURE _____

A FINANCE CHARGE of 1 1⁄2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.

# CK PRODUCE

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

Customer: **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
    408/516-5100

**Ship To:**

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1796378**
Page:    1

| PURCHASE ORDER NUMBER | ROUTE 018 | SALES REP 26 | SERVICE REP CMAR | OK ORDER NUMBER 1081511 | INVOICE DATE 07/11/08 |
|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 10403 | 1 | CTN | BEET W-TOPS 12 CT | 13.25 | 13.25 | 1.70 | 7.15 | 35.05 |
| 10604 | 2 | CTN | BROCCOLI CROWN 20# | 10.00 | 20.00 | 0.77 | 10.80 | 35.06 |
| 10932 | 2 | CTN | CARROT GF CTN 50# | 13.25 | 26.50 | 0.41 | 14.50 | 35.37 |
| 11004 | 1 | CTN | CAULIFLOWER 12 CT | 17.00 | 17.00 | 2.18 | 9.16 | 35.02 |
| 11102 | 1 | CTN | CELERY 24 CT | 19.00 | 19.00 | 1.22 | 10.28 | 35.11 |
| 11303 | 3 | CTN | CILANTRO 60 CT | 13.85 | 41.55 | 0.36 | 23.25 | 35.88 |
| 11606 | 2 | CTN | CUCUMBER PICKLING 25# | 13.75 | 27.50 | 0.85 | 15.00 | 35.29 |
| 12214 | 1 | CTN | GARLIC CHINESE 48/5PC VXR | 19.75 | 19.75 | 0.63 | 10.49 | 34.69 |
| 15601 | 0 | CTN | GUAJES 10# | 28.75 | 0.00 | 4.42 | 0.00 | |
| 12722 | 10 | CTN | LETTUCE CELLO 24 CT | 14.85 | 148.50 | 0.95 | 79.50 | 34.87 |
| 40550 | 1 | CTN | NAGAIMO "CAMOTE DE CERRO" 22 LB | 64.00 | 64.00 | 4.48 | 34.56 | 35.06 |
| 12851 | 1 | CTN | NOPALES DICED 12/1# | 16.00 | 16.00 | 2.05 | 8.60 | 34.96 |
| 13306 | 3 | CTN | ONION GREEN 48 CT ICELESS | 11.75 | 35.25 | 0.38 | 19.47 | 35.58 |
| 13334 | 1 | SK | ONION RED 16/3# | 20.00 | 20.00 | 1.92 | 10.72 | 34.90 |
| 13338 | 1 | BALE | ONION WHITE 16/3# | 19.00 | 19.00 | 1.83 | 10.28 | 35.11 |
| 13344 | 1 | BALE | ONION YELLOW 16/3# | 13.25 | 13.25 | 1.27 | 7.07 | 34.79 |
| 13409 | 1 | CTN | PARSLEY BUNCH 30 CT | 11.25 | 11.25 | 0.58 | 6.15 | 35.34 |
| 13411 | 1 | CTN | PARSLEY HYE 30 ct | 10.75 | 10.75 | 0.55 | 5.75 | 34.85 |
| 13741 | 2 | CTN | PEPPER BELL GREEN LG 25# | 27.85 | 55.70 | 1.71 | 29.80 | 34.85 |
| 13713 | 1 | CTN | PEPPER BELL YELLOW 25# | 42.00 | 42.00 | 2.58 | 22.50 | 34.88 |
| 12831 | 1 | CTN | PEPPER CHILACA FRESH 10# | 17.00 | 17.00 | 2.62 | 9.20 | 35.11 |
| 13807 | 1 | CTN | POTATO RED "A" 50# | 22.50 | 22.50 | 0.69 | 12.00 | 34.78 |
| 13840 | 3 | CTN | POTATO WHITE ROSE #1 50# | 22.50 | 67.50 | 0.69 | 36.00 | 34.78 |
| 14008 | 4 | CTN | RADISH W-TOPS 48 CT | 14.25 | 57.00 | 0.46 | 31.32 | 35.46 |
| 14651 | 1 | CTN | SQUASH CHAYOTE 50CT | 26.50 | 26.50 | 0.82 | 14.50 | 35.37 |
| 20161 | 5 | CTN | APPLE FUJI PREM 80/88CT 40# | 38.00 | 190.00 | 1.46 | 102.00 | 34.93 |
| 20509 | 10 | CTN | BANANA 3 CLR "CHIQUITA" | 19.00 | 190.00 | 0.73 | 102.00 | 34.93 |
| 21130 | 10 | CTN | GRAPES GREEN SDLS 18# | 17.75 | 177.50 | 1.52 | 96.10 | 35.12 |
| 21129 | 10 | CTN | GRAPES RED SLDS 18# | 17.75 | 177.50 | 1.52 | 96.10 | 35.12 |
| 21502 | 30 | FLT | MANGO TOMMY 12 CT | 4.25 | 127.50 | 0.54 | 66.90 | 34.41 |
| 21604 | 20 | CTN | MELON CANTALOUPE 12CT 35# | 11.75 | 235.00 | 0.52 | 129.00 | 35.44 |
| 21610 | 2 | CTN | MELON CASABA 25# | 13.25 | 26.50 | 0.82 | 14.50 | 35.37 |
| 21613 | 2 | CTN | MELON CRENSHAW 25# | 13.25 | 26.50 | 0.82 | 14.50 | 35.37 |

| TOTALS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|

**(Continued)**

TOTAL
SALES TAX
INVOICE TOTAL

PAYMENT TERMS

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #:  47884    CDFA #:  A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.



P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

Customer: **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

Ship To:

**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #

**1796378**
Page:    2

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| | 018 | 26 | CMAR | 1081511 | 07/11/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 21614 | 2 | CTN * | MELON GALIA 25# | 13.25 | 26.50 | 0.82 | 14.50 | 35.37 |
| 21616 | 2 | CTN * | MELON HNYDW ORNG FLSH 25# | 13.25 | 26.50 | 0.82 | 14.50 | 35.37 |
| 21622 | 2 | CTN * | MELON JUAN CANARY 25# | 13.25 | 26.50 | 0.82 | 14.50 | 35.37 |
| 21626 | 2 | CTN * | MELON PERSONAL SIZE 6CT | 15.25 | 30.50 | 3.91 | 16.42 | 35.00 |
| 21630 | 1 | BIN * | MELON WTRMLN SDLS BIN 700LB | 195.00 | 195.00 | 0.43 | 106.00 | 35.22 |
| 41108 | 1 | CTN | DRSNG CAESAR 6/12OZ | 15.00 | 15.00 | 3.85 | 8.10 | 35.06 |
| 41025 | 1 | CTN | DRSNG RANCH 12/12oz | 27.75 | 27.75 | 3.56 | 14.97 | 35.04 |
| 41019 | 0 | CTN | DRSNG THSND ISLD 6/12OZ | 15.00 | 0.00 | 3.85 | 0.00 | |
| 22604 | 2 | CTN | PLUOT 50/55 VF 28# | 20.50 | 41.00 | 1.13 | 22.28 | 35.21 |
| 40406 | 5 | SK | BEAN PINTO 50# | 30.75 | 153.75 | 0.95 | 83.75 | 35.26 |
| 40409 | 2 | BG | BEAN DRD BLACK 50#. | 32.75 | 65.50 | 1.01 | 35.50 | 35.15 |
| 40422 | 5 | SK | BEAN PERUANO 50# | 44.75 | 223.75 | 1.38 | 121.25 | 35.14 |
| 40902 | 2 | SK | RICE LONG GRAIN 50# | 28.75 | 57.50 | 0.88 | 30.50 | 34.66 |
| 35206 | 2 | SK | DRD HOMINY PURPLE 50# | 44.00 | 88.00 | 1.35 | 47.00 | 34.81 |
| 35207 | 2 | SK | DRD HOMINY WHITE 50# | 44.00 | 88.00 | 1.35 | 47.00 | 34.81 |

NOTES: Juan Carlos cell# 408-726-2724
58459   MERCADO SUVIANDA #2
Pulp temp.

1796378
6

| TOTALS | '166 | | | | | TOTAL | 3026.50 | | | |
|---|---|---|---|---|---|---|---|---|---|---|

| SALES TAX | 0.00 | PAYMENT TERMS |
|---|---|---|
| INVOICE TOTAL | **$3026.50** | Net 21 Days |

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OP 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.



This invoice is printed on recycled paper.



**Customer:** **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

**Ship To:**

**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1796687**
Page:  1

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

| PURCHASE ORDER NUMBER | ROUTE 017 | SALES REP 26 | SERVICE REP AMAG | OK ORDER NUMBER 1081649 | INVOICE DATE 07/12/08 | | | |
|---|---|---|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 10403 | 2 | CTN | BEET W-TOPS 12 CT | 13.25 | 26.50 | 1.70 | 14.30 | 35.05 |
| 10604 | 3 | CTN | BROCCOLI CROWN 20# | 10.00 | 30.00 | 0.77 | 16.20 | 35.06 |
| 10804 | 2 | CTN * | CABBAGE GREEN CELLO 45# | 15.75 | 31.50 | 0.54 | 17.10 | 35.19 |
| 10810 | 1 | CTN | CABBAGE RED 45# | 20.75 | 20.75 | 0.71 | 11.20 | 35.05 |
| 10927 | 3 | BALE | CARROT TABLE 24/2# | 13.50 | 40.50 | 0.87 | 22.14 | 35.34 |
| 11004 | 3 | CTN | CAULIFLOWER 12 CT | 17.00 | 51.00 | 2.18 | 27.48 | 35.02 |
| 11205 | 1 | CTN | CHARD SWISS 12CT | 10.75 | 10.75 | 1.38 | 5.81 | 35.08 |
| 11102 | 2 | CTN | CELERY 24 CT | 19.00 | 38.00 | 1.22 | 20.56 | 35.11 |
| 11303 | 3 | CTN | CILANTRO 60 CT | 13.85 | 41.55 | 0.36 | 23.25 | 35.88 |
| 11508 | 15 | CTN | CORN WHITE 48 CT | 14.75 | 221.25 | 0.47 | 117.15 | 34.62 |
| 11607 | 5 | BSHL | CUCUMBER S/S 72 CT | 19.75 | 98.75 | 0.42 | 52.45 | 34.69 |
| 11606 | 3 | CTN | CUCUMBER PICKLING 25# | 13.75 | 41.25 | 0.85 | 22.50 | 35.29 |
| 11903 | 1 | CTN | EGGPLANT 24 CT | 14.75 | 14.75 | 0.95 | 8.05 | 35.31 |
| 12722 | 10 | CTN * | LETTUCE CELLO 24 CT | 14.85 | 148.50 | 0.95 | 79.50 | 34.87 |
| 12715 | 1 | CTN * | LETTUCE ROMAINE 24 CT | 14.00 | 14.00 | 0.90 | 7.60 | 35.19 |
| 12717 | 1 | CTN | LETTUCE ROMAINE HRTS 12/3 pk | 17.25 | 17.25 | 2.21 | 9.27 | 34.95 |
| 13001 | 1 | FLT * | MUSH WHT WHL 12/8 OZ | 13.00 | 13.00 | 1.67 | 7.04 | 35.13 |
| 13031 | 1 | FLT | MUSH WHT SLC 12/8OZ | 14.50 | 14.50 | 1.86 | 7.82 | 35.04 |
| 12851 | 2 | CTN * | NOPALES DICED 12/1# | 16.00 | 32.00 | 2.05 | 17.20 | 34.96 |
| 13306 | 3 | CTN * | ONION GREEN 48 CT ICELESS | 11.75 | 35.25 | 0.38 | 19.47 | 35.58 |
| 15705 | 4 | BG * | ONION YELLOW MED 50# | 7.00 | 28.00 | 0.22 | 16.00 | 36.36 |
| 13741 | 1 | CTN * | PEPPER BELL GREEN LG 25# | 27.85 | 27.85 | 1.71 | 14.90 | 34.85 |
| 13807 | 1 | CTN * | POTATO RED "A" 50# | 22.50 | 22.50 | 0.69 | 12.00 | 34.78 |
| 13832 | 1 | CTN * | POTATO RUSSET  80 CT | 28.00 | 28.00 | 0.86 | 15.00 | 34.88 |
| 13815 | 4 | BALE * | POTATO RUSSET 10/5# | 13.00 | 52.00 | 2.00 | 28.00 | 35.00 |
| 13823 | 3 | BALE * | POTATO RUSSET 5/10# | 12.00 | 36.00 | 3.69 | 19.35 | 34.96 |
| 13840 | 5 | CTN * | POTATO WHITE ROSE #1 50# | 22.50 | 112.50 | 0.69 | 60.00 | 34.78 |
| 14008 | 6 | CTN * | RADISH W-TOPS 48 CT | 14.25 | 85.50 | 0.46 | 46.98 | 35.46 |
| 14401 | 2 | CTN * | SPINACH 24 CT | 17.50 | 35.00 | 1.12 | 18.76 | 34.90 |
| 14651 | 1 | CTN * | SQUASH CHAYOTE 50CT | 26.50 | 26.50 | 0.82 | 14.50 | 35.37 |
| 14905 | 15 | FLT * | TOMATO 5X5 2-LAYER | 15.25 | 228.75 | 1.17 | 122.25 | 34.83 |
| 20158 | 10 | CTN * | APPLE FUJI 80/88CT | 35.00 | 350.00 | 1.35 | 190.00 | 35.19 |
| 20216 | 2 | CTN * | APPLE GALA CHILEAN 90/100ct | 41.00 | 82.00 | 1.58 | 44.40 | 35.13 |

| TOTALS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|

**(Continued)**

| TOTAL | |
|---|---|
| SALES TAX | |
| INVOICE TOTAL | |

PAYMENT TERMS

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #:  47884    CDFA #:  A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

 

This invoice is printed on recycled paper.

# OK PRODUCE

| Customer: | 58459 | | | | Invoice # |
|---|---|---|---|---|---|
| | 408/516-5100 | | | | 1796687 |

**Ship To:**

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

Ship To:
MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Page: 2

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

| PURCHASE ORDER NUMBER | ROUTE 017 | SALES REP 26 | SERVICE REP AMAG | OK ORDER NUMBER 1081649 | INVOICE DATE 07/12/08 |
|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 20143 | 1 | CTN * | APPLE RED DEL "PREM" 72/80CT 40# | 31.00 | 31.00 | 1.19 | 16.60 | 34.87 |
| 20510 | 28 | CTN * | BANANA 4 CLR "CHIQUITA" | 19.00 | 532.00 | 0.73 | 285.60 | 34.93 |
| 20545 | 0 | CTN * | BANANA MACHO PLANTAIN 48# | 20.50 | 0.00 | 0.66 | 0.00 | |
| 21502 | 10 | FLT * | MANGO TOMMY 12 CT | 4.25 | 42.50 | 0.54 | 22.30 | 34.41 |
| 21616 | 2 | CTN * | MELON HNYDW ORNG FLSH 25# | 13.25 | 26.50 | 0.82 | 14.50 | 35.37 |
| 21622 | 2 | CTN * | MELON JUAN CANARY 25# | 13.25 | 26.50 | 0.82 | 14.50 | 35.37 |
| 21911 | 10 | CTN * | NECTARINE YLW 56 VF 25# | 12.75 | 127.50 | 0.78 | 67.50 | 34.62 |
| 22215 | 16 | CTN * | PEACH YLW 56 VF 25# | 12.75 | 204.00 | 0.78 | 108.00 | 34.62 |
| 22327 | 1 | CTN * | PEAR BOSC CHILEAN 70/80CT 40# | 36.00 | 36.00 | 1.38 | 19.20 | 34.78 |
| 22518 | 12 | CTN * | PINEAPPLE GOLD 8CT | 11.50 | 138.00 | 2.21 | 74.16 | 34.95 |

---

07/12/08    TRUCK#: 302

**OK PRODUCE**
**TRUCK LOAD MANIFEST**

ROUTE#: 017

DRIVER (PRINT): Rodrigo Jaim

TIME LEAVING: 1.00    AM / PM

| INVOICE | CUSTOMER | TIME IN | TIME OUT | RETURNS | PALLETS DEL | PALLETS P/U | RECEIVED BY: SIGNATURE | PRINT NAME |
|---|---|---|---|---|---|---|---|---|
| 1796687 | 58459  MERCADO SUVIANDA #2 | 8 45 | 70 00 | 8 | 2 8 | 7 0 | Alonso | |
| | Pulp temp.  / | | | | | | | |

(Diff between pallets del and p/u)

| TOTALS | 200 | | | | TOTAL | 3219.65 | | |
| | | | | | SALES TAX | 0.00 | PAYMENT TERMS | |
| | | | | | INVOICE TOTAL | $3219.65 | Net 21 Days | |

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6 VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivable of proceeds from the sale of these commodities until full payment is received.



This invoice is printed on recycled paper



**OK PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

Customer: 58459
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

Ship To:
**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1796918**
Page: 1

| PURCHASE ORDER NUMBER | ROUTE 017 | SALES REP 26 | SERVICE REP CMAR | OK ORDER NUMBER 1081847 | INVOICE DATE 07/14/08 |
|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 10604 | 2 | CTN | BROCCOLI CROWN 20# | 10.00 | 20.00 | 0.77 | 10.80 | 35.06 |
| 10804 | 1 | CTN | CABBAGE GREEN CELLO 45# | 15.75 | 15.75 | 0.54 | 8.55 | 35.19 |
| 12838 | 1 | CTN | CACTUS LEAF 35# W/B | 9.50 | 9.50 | 0.38 | 4.94 | 34.21 |
| 10932 | 1 | CTN | CARROT GF CTN 50# | 13.25 | 13.25 | 0.41 | 7.25 | 35.37 |
| 10927 | 1 | BALE | CARROT TABLE 24/2# | 13.50 | 13.50 | 0.87 | 7.38 | 35.34 |
| 11205 | 1 | CTN | CHARD SWISS 12CT | 10.75 | 10.75 | 1.38 | 5.81 | 35.08 |
| 11303 | 5 | CTN | CILANTRO 60 CT | 13.85 | 69.25 | 0.36 | 38.75 | 35.88 |
| 11607 | 2 | BSHL | CUCUMBER S/S 72 CT | 19.75 | 39.50 | 0.42 | 20.98 | 34.69 |
| 11626 | 1 | CTN | CUCUMBER HOT HOUSE 18CT | 13.00 | 13.00 | 1.11 | 6.98 | 34.93 |
| 11606 | 2 | CTN | CUCUMBER PICKLING 25# | 13.75 | 27.50 | 0.85 | 15.00 | 35.29 |
| 12214 | 1 | CTN | GARLIC CHINESE 48/5PC VXR | 19.75 | 19.75 | 0.63 | 10.49 | 34.69 |
| 15601 | 1 | CTN | GUAJES 10# | 28.75 | 28.75 | 4.42 | 15.45 | 34.95 |
| 12722 | 4 | CTN | LETTUCE CELLO 24 CT | 14.85 | 59.40 | 0.95 | 31.80 | 34.87 |
| 12710 | 1 | CTN | LETTUCE GREEN LEAF 24 CT | 14.00 | 14.00 | 0.90 | 7.60 | 35.19 |
| 12712 | 1 | CTN | LETTUCE RED LEAF 24 CT | 14.00 | 14.00 | 0.90 | 7.60 | 35.19 |
| 12715 | 1 | CTN | LETTUCE ROMAINE 24 CT | 14.00 | 14.00 | 0.90 | 7.60 | 35.19 |
| 12851 | 1 | CTN | NOPALES DICED 12/1# | 16.00 | 16.00 | 2.05 | 8.60 | 34.96 |
| 13306 | 1 | CTN | ONION GREEN 48 CT ICELESS | 11.75 | 11.75 | 0.38 | 6.49 | 35.58 |
| 13713 | 1 | CTN | PEPPER BELL YELLOW 25# | 42.00 | 42.00 | 2.58 | 22.50 | 34.88 |
| 13807 | 1 | CTN | POTATO RED "A" 50# | 22.50 | 22.50 | 0.69 | 12.00 | 34.78 |
| 13823 | 5 | BALE | POTATO RUSSET 5/10# | 12.00 | 60.00 | 3.69 | 32.25 | 34.96 |
| 14008 | 4 | CTN | RADISH W-TOPS 48 CT | 14.25 | 57.00 | 0.46 | 31.32 | 35.46 |
| 14401 | 1 | CTN | SPINACH 24 CT | 17.50 | 17.50 | 1.12 | 9.38 | 34.90 |
| 14651 | 1 | CTN | SQUASH CHAYOTE 50CT | 26.50 | 26.50 | 0.82 | 14.50 | 35.37 |
| 14612 | 2 | CTN | SQUASH ITALIAN FCY #1 | 10.75 | 21.50 | 0.66 | 11.50 | 34.85 |
| 14635 | 5 | CTN | SQUASH MEXICAN (GREY) | 11.75 | 58.75 | 0.75 | 31.25 | 34.72 |
| 15001 | 1 | SK | TURNIP 25# | 10.75 | 10.75 | 0.66 | 5.75 | 34.85 |
| 20158 | 6 | CTN | APPLE FUJI 80/88CT | 37.00 | 222.00 | 1.35 | 102.00 | 31.48 |
| 20157 | 1 | CTN | APPLE GRNYSMTH PREM 80/88 CT | 31.00 | 31.00 | 1.19 | 16.60 | 34.87 |
| 20143 | 2 | CTN | APPLE RED DEL "PREM" 72/80CT 40# | 31.00 | 62.00 | 1.19 | 33.20 | 34.87 |
| 20540 | 1 | CTN | BANANA BABY (DOMINICO)15# | 13.00 | 13.00 | 1.33 | 6.95 | 34.84 |
| 20507 | 1 | CTN | BANANA BURRO "COLOR" 40# | 12.25 | 12.25 | 0.47 | 6.55 | 34.84 |
| 20545 | 1 | CTN | BANANA MACHO PLANTAIN 48# | 20.50 | 20.50 | 0.66 | 11.18 | 35.29 |

07/14/08     TRUCK# 405/822          **OK PRODUCE**                    ROUTE#: 017
                                     **TRUCK LOAD MANIFEST**
DRIVER (PRINT): Antonio R. Vlayanei                      TIME LEAVING: 1:45     AM / PM

| INVOICE | CUSTOMER | TIME IN | TIME OUT | RETURNS | PALLETS DEL | PALLETS P/U | RECEIVED BY: SIGNATURE | PRINT NAME |
|---|---|---|---|---|---|---|---|---|
| 1796903 | 58459  MERCADO SUVIANDA #2 Pulp temp. | 9:45 | 10:45 | I leave this Plates on Suvianda #2 | 7 | 10 | MARCOS A.G | |
| 1796918 | 58459  MERCADO SUVIANDA #2 Pulp temp. | | | | | | | |



**CK PRODUCE**

Customer: **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
    408/516-5100

Ship To:
**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1796918**
Page:   2

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| | 017 | 26 | CMAR | 1081847 | 07/14/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 22822 | 1 | CTN | BERRY BLUEBERRY 12/6 OZ | 26.00 | 26.00 | 3.33 | 13.96 | 34.93 |
| 22809 | 3 | CTN * | BERRY STRWBRY LTD ED 8/1# | 9.25 | 27.75 | 1.78 | 14.97 | 35.04 |
| 21010 | 1 | CTN * | GRAPEFRUIT 40 CT | 15.50 | 15.50 | 0.60 | 8.50 | 35.42 |
| 21130 | 8 | CTN * | GRAPES GREEN SDLS 18# | 17.75 | 142.00 | 1.52 | 76.88 | 35.12 |
| 21129 | 8 | CTN * | GRAPES RED SLDS 18# | 17.75 | 142.00 | 1.52 | 76.88 | 35.12 |
| 21610 | 2 | CTN * | MELON CASABA 25# | 13.25 | 26.50 | 0.82 | 14.50 | 35.37 |
| 21613 | 2 | CTN * | MELON CRENSHAW 25# | 13.25 | 26.50 | 0.82 | 14.50 | 35.37 |
| 21614 | 2 | CTN * | MELON GALIA 25# | 13.25 | 26.50 | 0.82 | 14.50 | 35.37 |
| 21617 | 1 | LB * | MELON HONEYDEW BIN 700# | 165.00 | 165.00 | 0.36 | 87.00 | 34.52 |
| 21616 | 2 | CTN * | MELON HNYDW ORNG FLSH 25# | 13.25 | 26.50 | 0.82 | 14.50 | 35.37 |
| 21622 | 2 | CTN * | MELON JUAN CANARY 25# | 13.25 | 26.50 | 0.82 | 14.50 | 35.37 |
| 21625 | 1 | BIN * | MELON WTRMLN BIN 700# | 155.00 | 155.00 | 0.34 | 83.00 | 34.87 |
| 21630 | 2 | BIN * | MELON WTRMLN SDLS BIN 700LB | 195.00 | 390.00 | 0.43 | 212.00 | 35.22 |
| 21911 | 5 | CTN * | NECTARINE YLW 56 VF 25# | 12.75 | 63.75 | 0.78 | 33.75 | 34.62 |
| 22518 | 5 | CTN * | PINEAPPLE GOLD 8CT | 11.50 | 57.50 | 2.21 | 30.90 | 34.95 |
| 22604 | 2 | CTN * | PLUOT 50/55 VF 28# | 20.50 | 41.00 | 1.13 | 22.28 | 35.21 |
| 40704 | 1 | CTN | EGGROLL LG SQUARE WRAPS 6ct SMALL | 10.00 | 10.00 | 2.56 | 5.36 | 34.90 |
| 40586 | 1 | CTN | WONTON WRAPPER 6ct "ORANGE TAPE" | 9.25 | 9.25 | 2.37 | 4.97 | 34.95 |
| 40553 | 1 | CTN | NOODLES THIN 6ct | 9.50 | 9.50 | 2.44 | 5.14 | 35.11 |
| 14240 | 1 | CTN | SALAD AMERICAN 6/12 OZ | 10.50 | 10.50 | 2.69 | 5.64 | 34.94 |
| 14128 | 2 | CTN | SALAD CRSP ROM GRDN 12/12oz | 13.75 | 27.50 | 1.76 | 14.74 | 34.90 |
| 14235 | 2 | CTN | SALAD ITALIAN 6/10 OZ | 10.50 | 21.00 | 2.69 | 11.28 | 34.94 |
| 20509 | 27 | CTN * | BANANA 3 CLR "CHIQUITA" | 19.00 | 513.00 | 0.73 | 275.40 | 34.93 |
| 20601 | 1 | CTN | CHERRIES WA 10.5 ROW 18# | 36.00 | 36.00 | 3.37 | 17.92 | 33.23 |
| 20510 | 6 | CTN * | BANANA 4 CLR "CHIQUITA" | 19.00 | 114.00 | 0.73 | 61.20 | 34.93 |

| TOTALS | 150 | | | | | | | |

| | | |
|---|---|---|
| TOTAL | 3195.65 | |
| SALES TAX | 0.00 | PAYMENT TERMS |
| INVOICE TOTAL | **$3195.65** | **Net 21 Days** |

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
or proceeds from the sale of these commodities until full payment is received.



This invoice is printed on recycled paper.



**OK PRODUCE**

Customer: **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

Ship To:
MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1797097**
Page: 1

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| | 004 | 26 | AMAG | 1082073 | 07/15/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 12841 | 1 | CTN | ALOE VERA LEAVES 25# | 21.25 | 21.25 | 1.31 | 11.50 | 35.11 |
| 10102 | 1 | CTN | ARTICHOKE 24 CT | 24.25 | 24.25 | 1.55 | 12.95 | 34.81 |
| 10210 | 1 | CTN * | ASPARAGUS 11# | 18.75 | 18.75 | 2.62 | 10.07 | 34.94 |
| 40438 | 1 | CTN * | BEAN GARBANZO "FRESH" 15# | 29.75 | 29.75 | 3.05 | 16.00 | 34.97 |
| 10306 | 1 | CTN | BEAN GREEN 30# | 28.75 | 28.75 | 1.47 | 15.35 | 34.81 |
| 10403 | 1 | CTN * | BEET W-TOPS 12 CT | 12.50 | 12.50 | 1.60 | 6.70 | 34.90 |
| 10604 | 8 | CTN | BROCCOLI CROWN 20# | 10.00 | 80.00 | 0.77 | 43.20 | 35.06 |
| 10804 | 3 | CTN * | CABBAGE GREEN CELLO 45# | 15.75 | 47.25 | 0.54 | 25.65 | 35.19 |
| 10810 | 1 | CTN * | CABBAGE RED 45# | 20.00 | 20.00 | 0.68 | 10.60 | 34.64 |
| 12838 | 1 | CTN * | CACTUS LEAF 35# W/B | 9.50 | 9.50 | 0.38 | 4.94 | 34.21 |
| 10932 | 1 | CTN | CARROT GF CTN 50# | 13.25 | 13.25 | 0.41 | 7.25 | 35.37 |
| 10949 | 1 | CTN * | CARROT W.P. MINI 40/1# | 24.50 | 24.50 | 0.94 | 13.10 | 34.84 |
| 10942 | 1 | CTN | CARROT PETITE MICRO 12/12OZ | 12.25 | 12.25 | 1.57 | 6.59 | 34.98 |
| 10965 | 1 | CTN | CARROT GF SHREDDED 12/10oz | 9.25 | 9.25 | 1.19 | 5.03 | 35.22 |
| 11004 | 1 | CTN | CAULIFLOWER 12 CT | 14.25 | 14.25 | 1.83 | 7.71 | 35.11 |
| 11102 | 1 | CTN | CELERY 24 CT | 17.25 | 17.25 | 1.11 | 9.39 | 35.25 |
| 11607 | 3 | BSHL | CUCUMBER S/S 72 CT | 18.75 | 56.25 | 0.40 | 30.15 | 34.90 |
| 11606 | 2 | CTN | CUCUMBER PICKLING 25# | 13.75 | 27.50 | 0.85 | 15.00 | 35.29 |
| 11903 | 1 | CTN * | EGGPLANT 24 CT | 13.75 | 13.75 | 0.88 | 7.37 | 34.90 |
| 12302 | 1 | CTN | GINGER ROOT 30# | 29.00 | 29.00 | 1.49 | 15.70 | 35.12 |
| 11402 | 1 | CTN | GRNS COLLARD 24 CT | 10.75 | 10.75 | 0.69 | 5.81 | 35.08 |
| 13102 | 1 | CTN | GRNS MUSTARD CURLY 24 CT | 14.00 | 14.00 | 0.90 | 7.60 | 35.19 |
| 12412 | 1 | CTN | HERB BUNCH BASIL 6 CT | 5.25 | 5.25 | 1.35 | 2.85 | 35.19 |
| 12424 | 2 | CTN | HERB BUNCH MINT 6 CT | 4.50 | 9.00 | 6.92 | 4.84 | 34.97 |
| 12441 | 2 | DOZ * | HERB EPAZOTE 1 DZ BUNCH | 9.50 | 19.00 | 1.22 | 10.28 | 35.11 |
| 12442 | 1 | CTN | HERB BASIL TRAY 6CT | 9.75 | 9.75 | 2.50 | 5.25 | 35.00 |
| 12722 | 8 | CTN * | LETTUCE CELLO 24 CT | 15.25 | 122.00 | 0.98 | 66.16 | 35.16 |
| 13001 | 1 | FLT | MUSH WHT WHL 12/8 OZ | 14.00 | 14.00 | 1.79 | 7.48 | 34.82 |
| 13031 | 1 | FLT | MUSH WHT SLC 12/8OZ | 14.50 | 14.50 | 1.86 | 7.82 | 35.04 |
| 12851 | 1 | CTN * | NOPALES DICED 12/1# | 16.00 | 16.00 | 2.05 | 8.60 | 34.96 |
| 13306 | 3 | CTN * | ONION GREEN 48 CT ICELESS | 12.25 | 36.75 | 0.39 | 19.41 | 34.56 |
| 13335 | 1 | CTN | ONION RED MEDIUM 40# SWEET | 12.50 | 12.50 | 0.48 | 6.70 | 34.90 |
| 13334 | 1 | SK | ONION RED 16/3# | 20.00 | 20.00 | 1.92 | 10.72 | 34.90 |

| TOTALS | | | | | |
|---|---|---|---|---|---|
| | | | TOTAL | | |
| | | | SALES TAX | | PAYMENT TERMS |
| | | | INVOICE TOTAL | | |

**(Continued)**

DATE

CUSTOMER SIGNATURE

PRINT NAME

DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivable or proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.





**OK PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

Customer: **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

**Ship To:**

**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1797097**
Page:     2

| ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|
| 004 | 26 | AMAG | 1082073 | 07/15/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 13338 | 1 | BALE | ONION WHITE 16/3# | 19.00 | 19.00 | 1.83 | 10.28 | 35.11 |
| 15705 | 8 | BG * | ONION YELLOW MED 50# | 6.50 | 52.00 | 0.20 | 28.00 | 35.00 |
| 13344 | 1 | BALE | ONION YELLOW 16/3# | 13.25 | 13.25 | 1.27 | 7.07 | 34.79 |
| 13409 | 1 | CTN | PARSLEY BUNCH 30 CT | 11.25 | 11.25 | 0.58 | 6.15 | 35.34 |
| 13411 | 1 | CTN | PARSLEY HYE 30 ct | 10.75 | 10.75 | 0.55 | 5.75 | 34.85 |
| 13741 | 2 | CTN * | PEPPER BELL GREEN LG 25# | 26.85 | 53.70 | 1.65 | 28.80 | 34.91 |
| 12831 | 1 | CTN * | PEPPER CHILACA FRESH 10# | 17.00 | 17.00 | 2.62 | 9.20 | 35.11 |
| 13722 | 1 | W/B * | PEPPER LONG GRN CHILE 25# | 18.75 | 18.75 | 1.20 | 10.05 | 34.90 |
| 13840 | 2 | CTN * | POTATO WHITE ROSE #1 50# | 21.50 | 43.00 | 0.66 | 23.00 | 34.85 |
| 14008 | 4 | CTN * | RADISH W-TOPS 48 CT | 15.25 | 61.00 | 0.49 | 33.08 | 35.16 |
| 14401 | 1 | CTN * | SPINACH 24 CT | 17.50 | 17.50 | 1.12 | 9.38 | 34.90 |
| 14651 | 2 | CTN * | SQUASH CHAYOTE 50CT | 26.50 | 53.00 | 0.82 | 29.00 | 35.37 |
| 14612 | 2 | CTN * | SQUASH ITALIAN FCY #1 | 10.75 | 21.50 | 0.66 | 11.50 | 34.85 |
| 14635 | 4 | CTN * | SQUASH MEXICAN (GREY) | 11.75 | 47.00 | 0.75 | 25.00 | 34.72 |
| 14703 | 1 | CTN * | TARO ROOT SMALL 30# | 16.50 | 16.50 | 0.85 | 9.00 | 35.29 |
| 14921 | 5 | CTN * | TOMATO ROMA 25# | 14.75 | 73.75 | 0.91 | 40.00 | 35.16 |
| 15201 | 1 | CTN * | YAM #1 40# | 31.00 | 31.00 | 1.19 | 16.60 | 34.87 |
| 12825 | 1 | CTN * | YUCCA ROOT 40# | 38.75 | 38.75 | 1.49 | 20.85 | 34.98 |
| 20158 | 8 | CTN * | APPLE FUJI 80/88CT | 40.00 | 320.00 | 1.54 | 172.80 | 35.06 |
| 20439 | 10 | CTN * | AVOCADO HASS PREC 60CT | 39.85 | 398.50 | 1.02 | 213.50 | 34.89 |
| 20510 | 36 | CTN * | BANANA 4 CLR "CHIQUITA" | 19.00 | 684.00 | 0.73 | 367.20 | 34.93 |
| 20544 | 1 | CTN * | BANANA MACHO (COLOR) 48# | 21.50 | 21.50 | 0.69 | 11.62 | 35.08 |
| 22824 | 1 | FLT | BERRY RASPBERRY  12/5.6OZ | 23.50 | 23.50 | 3.01 | 12.62 | 34.94 |
| 22809 | 10 | CTN * | BERRY STRWBRY LTD ED 8/1# | 9.75 | 97.50 | 1.88 | 52.90 | 35.17 |
| 21130 | 8 | CTN * | GRAPES GREEN SDLS 18# | 19.50 | 156.00 | 1.67 | 84.48 | 35.13 |
| 22129 | 8 | CTN * | GRAPES RED SLDS 18# | 18.50 | 148.00 | 1.58 | 79.52 | 34.95 |
| 21302 | 1 | CTN * | LEMONS CHOICE 115 CT | 39.75 | 39.75 | 0.53 | 21.20 | 34.78 |
| 21604 | 10 | CTN * | MELON CANTALOUPE 12CT 35# | 8.75 | 87.50 | 0.38 | 45.50 | 34.21 |
| 21625 | 1 | BIN * | MELON WTRMLN BIN 700# | 155.00 | 155.00 | 0.34 | 83.00 | 34.87 |
| 21630 | 1 | BIN * | MELON WTRMLN SDLS BIN 700LB | 185.00 | 185.00 | 0.47 | 144.00 | 43.77 |
| 21911 | 5 | CTN * | NECTARINE YLW 56 VF 25# | 12.75 | 63.75 | 0.78 | 33.75 | 34.62 |
| 22038 | 1 | BIN * | ORANGES BIN 75/8# | 165.00 | 165.00 | 3.38 | 88.50 | 34.91 |
| 22109 | 5 | CTN * | PAPAYA MARADOL "PREMIUM" 33# | 21.50 | 107.50 | 1.00 | 57.50 | 34.85 |

| TOTALS | | | |
|---|---|---|---|

| TOTAL | |
|---|---|
| SALES TAX | |
| INVOICE TOTAL | |

**(Continued)**

PAYMENT TERMS

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #:  A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
or proceeds from the sale of these commodities until full payment is received.



This invoice is printed on recycled paper.



**OK PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

Customer: **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

Ship To:
**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1797097**
Page: **3**

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| | 004 | 26 | AMAG | 1082073 | 07/15/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 22215 | 5 | CTN * | PEACH YLW 56 VF 25# | 12.75 | 63.75 | 0.78 | 33.75 | 34.62 |
| 22518 | 15 | CTN * | PINEAPPLE GOLD 8CT | 11.50 | 172.50 | 2.21 | 92.70 | 34.95 |
| 20171 | 10 | CTN * | APPLE RED DEL 64/72CT | 26.00 | 260.00 | 1.00 | 140.00 | 35.00 |
| 14206 | 9 | CTN | SALAD MIX 12/12 oz | 7.00 | 63.00 | 0.90 | 34.20 | 35.19 |

NOTES: NO DRK STP/PALLET EXCHANGE

| 1797097 | 58459 | MERCADO SUVIANDA #2 | | | |
| | Pulp temp. | | | | |
| 1797098 | 58459 | MERCADO SUVIANDA #2 | | | |
| | Pulp temp. | | | | |

| TOTALS | 240 | | | | |

| TOTAL | 4623.20 |
|---|---|
| SALES TAX | 0.00 |
| INVOICE TOTAL | **$4623.20** |

PAYMENT TERMS
Net 21 Days

**JAMBA JUICE & SMOOTHIES ARE HERE! CONTACT YOUR SALES REP TO GET ALL 6 VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    COFА #: A6504

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivable of proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.



**Ok PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8800
www.okproduce.com

Customer:  **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
   408/516-5100

**Ship To:**

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1797312**
Page:    **1**

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| | 017 | 26 | AVER | 1082211 | 07/16/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 10306 | 1 | CTN * | BEAN GREEN 30# | 28.75 | 28.75 | 1.47 | 15.35 | 34.81 |
| 10403 | 1 | CTN | BEET W-TOPS 12 CT | 12.50 | 12.50 | 1.60 | 6.70 | 34.90 |
| 10604 | 7 | CTN * | BROCCOLI CROWN 20# | 10.00 | 70.00 | 0.77 | 37.80 | 35.06 |
| 12838 | 1 | CTN * | CACTUS LEAF 35# W/B | 9.50 | 9.50 | 0.38 | 4.94 | 34.21 |
| 10932 | 2 | CTN | CARROT GF CTN 50# | 13.25 | 26.50 | 0.41 | 14.50 | 35.37 |
| 11004 | 2 | CTN * | CAULIFLOWER 12 CT | 14.25 | 28.50 | 1.83 | 15.42 | 35.11 |
| 11102 | 1 | CTN | CELERY 24 CT | 17.25 | 17.25 | 1.11 | 9.39 | 35.25 |
| 11303 | 5 | CTN * | CILANTRO 60 CT | 14.25 | 71.25 | 0.37 | 39.75 | 35.81 |
| 11607 | 2 | BSHL * | CUCUMBER S/S 72 CT | 18.75 | 37.50 | 0.40 | 20.10 | 34.90 |
| 11606 | 1 | CTN * | CUCUMBER PICKLING 25# | 13.75 | 13.75 | 0.85 | 7.50 | 35.29 |
| 15601 | 1 | CTN * | GUAJES 10# | 27.75 | 27.75 | 4.27 | 14.95 | 35.01 |
| 12722 | 3 | CTN * | LETTUCE CELLO 24 CT | 15.25 | 45.75 | 0.98 | 24.81 | 35.16 |
| 12710 | 1 | CTN * | LETTUCE GREEN LEAF 24 CT | 12.50 | 12.50 | 0.80 | 6.70 | 34.90 |
| 12712 | 1 | CTN * | LETTUCE RED LEAF 24 CT | 12.50 | 12.50 | 0.80 | 6.70 | 34.90 |
| 12715 | 1 | CTN * | LETTUCE ROMAINE 24 CT | 12.50 | 12.50 | 0.80 | 6.70 | 34.90 |
| 12902 | 1 | CTN | MANN'S BROC/STIR FRY 6/1# | 12.50 | 12.50 | 3.21 | 6.76 | 35.10 |
| 12821 | 1 | CTN | MANN'S BROC/VEG MDLY 6/1# | 12.00 | 12.00 | 3.08 | 6.48 | 35.06 |
| 13001 | 1 | FLT | MUSH WHT 12/8 OZ | 14.00 | 14.00 | 1.79 | 7.48 | 34.82 |
| 13031 | 1 | FLT | MUSH WHT SLC 12/8OZ | 14.50 | 14.50 | 1.86 | 7.82 | 35.04 |
| 12851 | 1 | CTN * | NOPALES DICED 12/1# | 16.00 | 16.00 | 2.05 | 8.60 | 34.96 |
| 13302 | 1 | SK | ONION BOILER 25# | 26.25 | 26.25 | 1.62 | 14.25 | 35.19 |
| 13306 | 2 | CTN * | ONION GREEN 48 CT ICELESS | 12.25 | 24.50 | 0.39 | 12.94 | 34.56 |
| 13363 | 2 | CTN * | ONION GREEN MEXICAN 2 DOZ | 11.75 | 23.50 | 0.75 | 12.50 | 34.72 |
| 13341 | 2 | SK * | ONION WHITE MEDIUM 50# | 14.50 | 29.00 | 0.45 | 16.00 | 35.56 |
| 15705 | 5 | BG * | ONION YELLOW MED 50# | 6.50 | 32.50 | 0.20 | 17.50 | 35.00 |
| 13741 | 1 | CTN * | PEPPER BELL GREEN LG 25# | 26.85 | 26.85 | 1.65 | 14.40 | 34.91 |
| 13815 | 3 | BALE * | POTATO RUSSET 10/5# | 13.00 | 39.00 | 2.00 | 21.00 | 35.00 |
| 13823 | 3 | BALE * | POTATO RUSSET 5/10# | 12.00 | 36.00 | 3.69 | 19.35 | 34.96 |
| 13840 | 8 | CTN * | POTATO WHITE ROSE #1 50# | 21.50 | 172.00 | 0.66 | 92.00 | 34.85 |
| 14401 | 1 | CTN * | SPINACH 24 CT | 17.50 | 17.50 | 1.12 | 9.38 | 34.90 |
| 14651 | 2 | CTN * | SQUASH CHAYOTE 50CT | 26.50 | 53.00 | 0.82 | 29.00 | 35.37 |
| 14612 | 2 | CTN * | SQUASH ITALIAN FCY #1 | 10.75 | 21.50 | 0.66 | 11.50 | 34.85 |
| 14635 | 6 | CTN * | SQUASH MEXICAN (GREY) | 11.75 | 70.50 | 0.75 | 37.50 | 34.72 |

| TOTALS | | | | TOTAL | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | SALES TAX | | | PAYMENT TERMS | |
| | | **(Continued)** | | INVOICE TOTAL | | | | |

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #:  47884    CDFA #:  A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
or proceeds from the sale of these commodities until full payment is received.



This invoice is printed on recycled paper.



Customer: **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

**Ship To:**
**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1797312**
Page:    2

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| | 017 | 26 | AVER | 1082211 | 07/16/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 14921 | 10 | CTN * | TOMATO ROMA 25# | 14.75 | 147.50 | 0.91 | 80.00 | 35.16 |
| 20161 | 5 | CTN * | APPLE FUJI PREM 80/88CT 40# | 43.75 | 218.75 | 1.68 | 117.25 | 34.90 |
| 20216 | 2 | CTN * | APPLE GALA CHILEAN 90/100ct | 41.00 | 82.00 | 1.58 | 44.40 | 35.13 |
| 20157 | 1 | CTN * | APPLE GRNYSMTH PREM 80/88 CT | 31.00 | 31.00 | 1.19 | 16.60 | 34.87 |
| 20171 | 12 | CTN * | APPLE RED DEL 64/72CT | 26.00 | 312.00 | 1.00 | 168.00 | 35.00 |
| 20303 | 1 | CTN | APRICOT VF 8's/LGR 24# | 23.75 | 23.75 | 1.52 | 12.73 | 34.90 |
| 20509 | 25 | CTN * | BANANA 3 CLR "CHIQUITA" | 19.00 | 475.00 | 0.73 | 255.00 | 34.93 |
| 20540 | 1 | CTN * | BANANA BABY (DOMINICO)15# | 13.00 | 13.00 | 1.33 | 6.95 | 34.84 |
| 22809 | 50 | CTN * | BERRY STRWBRY LTD ED 8/1# | 9.75 | 487.50 | 1.88 | 264.50 | 35.17 |
| 21010 | 1 | CTN * | GRAPEFRUIT 40 CT | 16.00 | 16.00 | 0.62 | 8.80 | 35.48 |
| 21302 | 1 | CTN * | LEMONS CHOICE 115 CT | 39.75 | 39.75 | 0.53 | 21.20 | 34.78 |
| 21604 | 10 | CTN * | MELON CANTALOUPE 12CT 35# | 8.75 | 87.50 | 0.38 | 45.50 | 34.21 |
| 21630 | 1 | BIN * | MELON WTRMLN SDLS BIN 700LB | 215.00 | 215.00 | 0.47 | 114.00 | 34.65 |
| 21911 | 30 | CTN * | NECTARINE YLW 56 VF 25# | 12.75 | 382.50 | 0.78 | 202.50 | 34.62 |
| 22109 | 7 | CTN * | PAPAYA MARADOL "PREMIUM" 33# | 21.50 | 150.50 | 1.00 | 80.50 | 34.85 |
| 22215 | 30 | CTN * | PEACH YLW 56 VF 25# | 12.75 | 382.50 | 0.78 | 202.50 | 34.62 |
| 22350 | 2 | CTN * | PEAR BARTLETT 100CT 36# | 30.50 | 61.00 | 1.30 | 32.60 | 34.83 |
| 22518 | 35 | CTN * | PINEAPPLE GOLD 8CT | 11.50 | 402.50 | 2.21 | 216.30 | 34.95 |
| 22616 | 1 | CTN | PLUM BLACK 40/45 VF 28# | 17.75 | 17.75 | 0.98 | 9.69 | 35.31 |
| 22606 | 1 | CTN | PLUM RED 40/45 VF 28# | 17.50 | 17.50 | 0.96 | 9.38 | 34.90 |
| 22604 | 1 | CTN | PLUOT 50/55 VF 28# | 20.50 | 20.50 | 1.13 | 11.14 | 35.21 |
| 14240 | 1 | CTN | SALAD AMERICAN 6/12 OZ | 10.50 | 10.50 | 2.69 | 5.64 | 34.94 |
| 14235 | 1 | CTN | SALAD ITALIAN 6/10 OZ | 10.50 | 10.50 | 2.69 | 5.64 | 34.94 |

| | | CTN | SALAD AMERICAN 6/12 OZ | 10.50 | 10.50 | 2.69 | 5.64 | 34.94 |

1797312    58459    MERCADO SUVIANDA #2
Pulp temp.                                  MARCOS. AG 7-16-08

| TOTALS | 302 | | |
|---|---|---|---|

| TOTAL | 4672.10 | |
|---|---|---|
| SALES TAX | 0.00 | PAYMENT TERMS |
| INVOICE TOTAL | **$4672.10** | Net 21 Days |

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg # 47834    CDFA #: A8504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.



This invoice is printed on recycled paper.



P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

| Customer: | 58459 |
|---|---|
| | 408/516-5100 |

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

**Ship To:**

**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1797586**
Page:    1

| PURCHASE ORDER NUMBER | ROUTE 018 | SALES REP 26 | SERVICE REP AVER | OK ORDER NUMBER 1082332 | INVOICE DATE 07/17/08 |
|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 20510 | 20 | CTN * | BANANA 4 CLR "CHIQUITA" | 19.00 | 380.00 | 0.73 | 204.00 | 34.93 |
| 10210 | 1 | CTN * | ASPARAGUS 11# | 18.75 | 18.75 | 2.62 | 10.07 | 34.94 |
| 10604 | 3 | CTN * | BROCCOLI CROWN 20# | 10.00 | 30.00 | 0.77 | 16.20 | 35.06 |
| 10807 | 1 | CTN * | CABBAGE NAPPA 30# | 12.85 | 12.85 | 0.66 | 6.95 | 35.10 |
| 12838 | 2 | CTN * | CACTUS LEAF 35# W/B | 9.50 | 19.00 | 0.38 | 9.88 | 34.21 |
| 10926 | 1 | BALE * | CARROT TABLE 10/5# | 13.50 | 13.50 | 2.08 | 7.30 | 35.10 |
| 10927 | 2 | BALE * | CARROT TABLE 24/2# | 13.50 | 27.00 | 0.87 | 14.76 | 35.34 |
| 10949 | 1 | CTN * | CARROT W.P. MINI 40/1# | 24.50 | 24.50 | 0.94 | 13.10 | 34.84 |
| 11004 | 2 | CTN * | CAULIFLOWER 12 CT | 14.25 | 28.50 | 1.83 | 15.42 | 35.11 |
| 11303 | 3 | CTN * | CILANTRO 60 CT | 14.25 | 42.75 | 0.37 | 23.85 | 35.81 |
| 11607 | 1 | BSHL * | CUCUMBER S/S 72 CT | 18.75 | 18.75 | 0.40 | 10.05 | 34.90 |
| 11626 | 1 | CTN | CUCUMBER HOT HOUSE 18CT | 13.00 | 13.00 | 1.11 | 6.98 | 34.93 |
| 11606 | 2 | CTN * | CUCUMBER PICKLING 25# | 13.75 | 27.50 | 0.85 | 15.00 | 35.29 |
| 12722 | 3 | CTN * | LETTUCE CELLO 24 CT | 15.25 | 45.75 | 0.98 | 24.81 | 35.16 |
| 13306 | 2 | CTN * | ONION GREEN 48 CT ICELESS | 12.25 | 24.50 | 0.39 | 12.94 | 34.56 |
| 13363 | 2 | CTN * | ONION GREEN MEXICAN 2 DOZ | 11.75 | 23.50 | 0.75 | 12.50 | 34.72 |
| 13741 | 1 | CTN * | PEPPER BELL GREEN LG 25# | 26.85 | 26.85 | 1.65 | 14.40 | 34.91 |
| 13730 | 1 | CTN * | PEPPER BELL RED 25# | 38.75 | 38.75 | 2.38 | 20.75 | 34.87 |
| 13713 | 1 | CTN | PEPPER BELL YELLOW 25# | 37.50 | 37.50 | 2.31 | 20.25 | 35.06 |
| 13722 | 2 | W/B * | PEPPER LONG GRN CHILE 25# | 18.75 | 37.50 | 1.20 | 20.10 | 34.90 |
| 13807 | 1 | CTN * | POTATO RED "A" 50# | 24.00 | 24.00 | 0.74 | 13.00 | 35.14 |
| 13832 | 1 | CTN * | POTATO RUSSET  80 CT | 28.00 | 28.00 | 0.86 | 15.00 | 34.88 |
| 13815 | 4 | BALE * | POTATO RUSSET 10/5# | 13.00 | 52.00 | 2.00 | 28.00 | 35.00 |
| 13823 | 4 | BALE * | POTATO RUSSET 5/10# | 12.00 | 48.00 | 3.69 | 25.80 | 34.96 |
| 13840 | 2 | CTN * | POTATO WHITE ROSE #1 50# | 21.50 | 43.00 | 0.66 | 23.00 | 34.85 |
| 14008 | 2 | CTN * | RADISH W-TOPS 48 CT | 15.25 | 30.50 | 0.49 | 16.54 | 35.16 |
| 14506 | 1 | CTN * | SPROUT ALFALFA LIVE 12/4 OZ | 9.75 | 9.75 | 1.25 | 5.25 | 35.00 |
| 14612 | 2 | CTN * | SQUASH ITALIAN FCY #1 | 10.75 | 21.50 | 0.66 | 11.50 | 34.85 |
| 14635 | 2 | CTN * | SQUASH MEXICAN (GREY) | 11.75 | 23.50 | 0.75 | 12.50 | 34.72 |
| 14921 | 10 | CTN * | TOMATO ROMA 25# | 14.75 | 147.50 | 0.91 | 80.00 | 35.16 |
| 15201 | 1 | CTN * | YAM #1 40# | 31.00 | 31.00 | 1.19 | 16.60 | 34.87 |
| 20158 | 6 | CTN * | APPLE FUJI 80/88CT | 40.00 | 240.00 | 1.54 | 129.60 | 35.06 |
| 20143 | 10 | CTN * | APPLE RED DEL "PREM" 72/80CT 40# | 31.00 | 310.00 | 1.19 | 166.00 | 34.87 |

| TOTALS | | | | TOTAL | | | | |
|---|---|---|---|---|---|---|---|---|
| | | **(Continued)** | | SALES TAX | | PAYMENT TERMS | | |
| | | | | INVOICE TOTAL | | | | |

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.



**OK PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

Customer: **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

**Ship To:**

**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1797586**
Page: **2**

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| | 018 | 26 | AVER | 1082332 | 07/17/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 20540 | 1 | CTN * | BANANA BABY (DOMINICO)15# | 13.00 | 13.00 | 1.33 | 6.95 | 34.84 |
| 20507 | 1 | CTN * | BANANA BURRO "COLOR" 40# | 12.25 | 12.25 | 0.47 | 6.55 | 34.84 |
| 20545 | 1 | CTN * | BANANA MACHO PLANTAIN 48# | 20.50 | 20.50 | 0.66 | 11.18 | 35.29 |
| 22809 | 50 | CTN * | BERRY STRWBRY LTD ED 8/1# | 9.75 | 487.50 | 1.88 | 264.50 | 35.17 |
| 20706 | 1 | CTN * | COCONUT-THAI SHAVED 9CT | 11.25 | 11.25 | 1.92 | 6.03 | 34.90 |
| 21503 | 15 | FLT * | MANGO TOMMY 14 CT | 4.25 | 63.75 | 0.47 | 34.95 | 35.41 |
| 21610 | 2 | CTN * | MELON CASABA 25# | 12.25 | 24.50 | 0.75 | 13.00 | 34.67 |
| 21614 | 2 | CTN * | MELON GALIA 25# | 12.25 | 24.50 | 0.75 | 13.00 | 34.67 |
| 21617 | 1 | LB * | MELON HONEYDEW BIN 700# | 165.00 | 165.00 | 0.36 | 87.00 | 34.52 |
| 21622 | 2 | CTN * | MELON JUAN CANARY 25# | 12.25 | 24.50 | 0.75 | 13.00 | 34.67 |
| 21911 | 15 | CTN * | NECTARINE YLW 56 VF 25# | 12.75 | 191.25 | 0.78 | 101.25 | 34.62 |
| 22109 | 5 | CTN * | PAPAYA MARADOL "PREMIUM" 33# | 21.50 | 107.50 | 1.00 | 57.50 | 34.85 |
| 22215 | 15 | CTN * | PEACH YLW 56 VF 25# | 12.75 | 191.25 | 0.78 | 101.25 | 34.62 |
| 22331 | 1 | CTN * | PEAR ASIAN 36CT 2-LYR | 12.00 | 12.00 | 0.84 | 6.48 | 35.06 |
| 22337 | 1 | CTN * | PEAR BOSC CHILEAN 70/80CT 40# | 36.00 | 36.00 | 1.38 | 19.20 | 34.78 |
| 22518 | 20 | CTN * | PINEAPPLE GOLD 8CT | 11.50 | 230.00 | 2.21 | 123.60 | 34.95 |
| 23022 | 3 | CTN | TANGERINE MANDARIN AUST 22# | 30.00 | 90.00 | 2.13 | 50.58 | 35.98 |
| 40406 | 3 | SK | BEAN PINTO 50# | 30.75 | 92.25 | 0.95 | 50.25 | 35.26 |
| 40422 | 3 | SK | BEAN PERUANO 50# | 44.75 | 134.25 | 1.38 | 72.75 | 35.14 |
| 10804 | 2 | CTN * | CABBAGE GREEN CELLO 45# | 15.75 | 31.50 | 0.54 | 17.10 | 35.19 |
| 13335 | 1 | CTN | ONION RED MEDIUM 40# SWEET | 12.50 | 12.50 | 0.48 | 6.70 | 34.90 |
| 13341 | 3 | SK * | ONION WHITE MEDIUM 50# | 14.50 | 43.50 | 0.45 | 24.00 | 35.56 |
| 15705 | 6 | BG * | ONION YELLOW MED 50# | 6.50 | 39.00 | 0.20 | 21.00 | 35.00 |

| TOTALS | 252 | | | | | | | |

| | | |
|---|---|---|
| TOTAL | 3956.95 | |
| SALES TAX | 0.00 | PAYMENT TERMS |
| INVOICE TOTAL | **$3956.95** | **Net 21 Days** |

NOTES: NO DRK STP/PALLET EXCHANGE

| 1797586 | 58459 MERCADO SUVIANDA #2 | | | | 5 | S | |
| | Pulp temp. | | | | | | |

| 1797589 | 58459 MERCADO SUVIANDA #2 | | | | ✓ | Marcos Marcos.Rs | |
| | Pulp temp. | | | | | | |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).     The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivable of proceeds from the sale of these commodities until full payment is received.     This invoice is printed on recycled paper.



**Customer:** 58459
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

**Ship To:**
**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

**Invoice #**
**1797807**
Page: 1

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

| PURCHASE ORDER NUMBER | ROUTE 017 | SALES REP 26 | SERVICE REP CMAR | OK ORDER NUMBER 1082605 | INVOICE DATE 07/18/08 |
|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 10306 | 1 | CTN * | BEAN GREEN 30# | 28.75 | 28.75 | 1.47 | 15.35 | 34.81 |
| 10503 | 1 | CTN | BOK CHOY 30# | 11.00 | 11.00 | 0.56 | 5.80 | 34.52 |
| 10505 | 1 | CTN | BOK CHOY BABY 30# | 17.75 | 17.75 | 0.91 | 9.55 | 34.98 |
| 10604 | 2 | CTN * | BROCCOLI CROWN 20# | 10.00 | 20.00 | 0.77 | 10.80 | 35.06 |
| 10803 | 3 | CTN * | CABBAGE GREEN 45# | 12.25 | 36.75 | 0.42 | 19.95 | 35.19 |
| 10932 | 2 | CTN * | CARROT GF CTN 50# | 13.25 | 26.50 | 0.41 | 14.50 | 35.37 |
| 10926 | 4 | BALE * | CARROT TABLE 10/5# | 13.50 | 54.00 | 2.08 | 29.20 | 35.10 |
| 10927 | 4 | BALE * | CARROT TABLE 24/2# | 13.50 | 54.00 | 0.87 | 29.52 | 35.34 |
| 10949 | 2 | CTN * | CARROT W.P. MINI 40/1# | 24.50 | 49.00 | 0.94 | 26.20 | 34.84 |
| 11004 | 1 | CTN * | CAULIFLOWER 12 CT | 11.75 | 11.75 | 1.51 | 6.37 | 35.15 |
| 11102 | 1 | CTN * | CELERY 24 CT | 17.25 | 17.25 | 1.11 | 9.39 | 35.25 |
| 11508 | 2 | CTN * | CORN WHITE 48 CT | 14.75 | 29.50 | 0.47 | 15.62 | 34.62 |
| 11607 | 2 | BSHL * | CUCUMBER S/S 72 CT | 18.75 | 37.50 | 0.44 | 25.86 | 40.81 |
| 11606 | 1 | CTN * | CUCUMBER PICKLING 25# | 13.75 | 13.75 | 0.85 | 7.50 | 35.29 |
| 11903 | 1 | CTN * | EGGPLANT 24 CT | 13.75 | 13.75 | 0.88 | 7.37 | 34.90 |
| 12214 | 1 | CTN * | GARLIC CHINESE 48/5PC VXR | 19.75 | 19.75 | 0.63 | 10.49 | 34.69 |
| 15601 | 1 | CTN * | GUAJES 10# | 26.75 | 26.75 | 4.12 | 14.45 | 35.07 |
| 12722 | 6 | CTN * | LETTUCE CELLO 24 CT | 15.25 | 91.50 | 0.98 | 49.62 | 35.16 |
| 10615 | 1 | CTN | MANN'S BROC/WOKLY 6/1# | 10.75 | 10.75 | 2.76 | 5.81 | 35.08 |
| 13001 | 1 | FLT | MUSH WHT WHL 12/8 OZ | 14.00 | 14.00 | 1.79 | 7.48 | 34.82 |
| 13031 | 1 | FLT | MUSH WHT SLC 12/8OZ | 14.50 | 14.50 | 1.86 | 7.82 | 35.04 |
| 12851 | 1 | CTN * | NOPALES DICED 12/1# | 16.00 | 16.00 | 2.05 | 8.60 | 34.96 |
| 13302 | 0 | SK | ONION BOILER 25# | 26.25 | 0.00 | 1.62 | 0.00 | |
| 13306 | 2 | CTN * | ONION GREEN 48 CT ICELESS | 12.25 | 24.50 | 0.39 | 12.94 | 34.56 |
| 13335 | 1 | CTN | ONION RED MEDIUM 40# SWEET | 12.50 | 12.50 | 0.48 | 6.70 | 34.90 |
| 13341 | 2 | SK * | ONION WHITE MEDIUM 50# | 14.50 | 29.00 | 0.45 | 16.00 | 35.56 |
| 13741 | 1 | CTN * | PEPPER BELL GREEN LG 25# | 22.75 | 22.75 | 1.40 | 12.25 | 35.00 |
| 13722 | 1 | W/B * | PEPPER LONG GRN CHILE 25# | 19.75 | 19.75 | 1.27 | 10.73 | 35.20 |
| 13815 | 3 | BALE * | POTATO RUSSET 10/5# | 13.00 | 39.00 | 2.00 | 21.00 | 35.00 |
| 13823 | 3 | BALE * | POTATO RUSSET 5/10# | 12.00 | 36.00 | 3.69 | 19.35 | 34.96 |
| 13840 | 3 | CTN * | POTATO WHITE ROSE #1 50# | 21.50 | 64.50 | 0.66 | 34.50 | 34.85 |
| 14008 | 4 | CTN * | RADISH W-TOPS 48 CT | 14.75 | 59.00 | 0.47 | 31.24 | 34.62 |
| 14401 | 1 | CTN * | SPINACH 24 CT | 17.50 | 17.50 | 1.12 | 9.38 | 34.90 |

| TOTALS | | | | TOTAL | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | **(Continued)** | SALES TAX | | PAYMENT TERMS | | |
| | | | | INVOICE TOTAL | | | | |

DATE

CUSTOMER SIGNATURE

PRINT NAME

DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivable or proceeds from the sale of these commodities until full payment is received.



This invoice is printed on recycled paper.



**CK PRODUCE**

Customer: **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
  408/516-5100

**Ship To:**

**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1797807**
Page: 2

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

| PURCHASE ORDER NUMBER | | ROUTE 017 | SALES REP 26 | SERVICE REP CMAR | OK ORDER NUMBER 1082605 | INVOICE DATE 07/18/08 | | | |
|---|---|---|---|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 14651 | 2 | CTN * | SQUASH CHAYOTE 50CT | 25.00 | 50.00 | 0.77 | 27.00 | 35.06 |
| 14612 | 2 | CTN * | SQUASH ITALIAN FCY #1 | 10.00 | 20.00 | 0.62 | 11.00 | 35.48 |
| 14921 | 15 | CTN * | TOMATO ROMA 25# | 18.75 | 281.25 | 1.15 | 150.00 | 34.78 |
| 12825 | 1 | CTN | YUCCA ROOT 40# | 38.75 | 38.75 | 1.49 | 20.85 | 34.98 |
| 20158 | 5 | CTN * | APPLE FUJI 80/88CT | 40.00 | 200.00 | 1.54 | 108.00 | 35.06 |
| 20157 | 1 | CTN * | APPLE GRNYSMTH PREM 80/88 CT | 36.50 | 36.50 | 1.40 | 19.50 | 34.82 |
| 20303 | 2 | CTN * | APRICOT VF 8's/LGR 24# | 23.75 | 47.50 | 1.52 | 25.46 | 34.90 |
| 20439 | 15 | CTN * | AVOCADO HASS PREC 60CT | 40.85 | 612.75 | 1.05 | 332.25 | 35.16 |
| 20509 | 20 | CTN * | BANANA 3 CLR "CHIQUITA" | 19.00 | 380.00 | 0.73 | 204.00 | 34.93 |
| 20540 | 0 | CTN * | BANANA BABY (DOMINICO)15# | 13.00 | 0.00 | 1.33 | 0.00 | |
| 20544 | 1 | CTN * | BANANA MACHO (COLOR) 48# | 21.50 | 21.50 | 0.69 | 11.62 | 35.08 |
| 22822 | 1 | CTN * | BERRY BLUEBERRY 12/6 OZ | 20.00 | 20.00 | 2.56 | 10.72 | 34.90 |
| 21010 | 1 | CTN * | GRAPEFRUIT 40 CT | 16.00 | 16.00 | 0.62 | 8.80 | 35.48 |
| 22038 | 1 | BIN | ORANGES BIN 75/8# | 165.00 | 165.00 | 3.38 | 88.50 | 34.91 |
| 22327 | 1 | CTN * | PEAR BOSC CHILEAN 70/80CT 40# | 36.00 | 36.00 | 1.38 | 19.20 | 34.78 |
| 22350 | 1 | CTN * | PEAR BARTLETT 100CT 36# | 25.00 | 25.00 | 1.07 | 13.52 | 35.10 |
| 22616 | 1 | CTN * | PLUM BLACK 40/45 VF 28# | 17.75 | 17.75 | 0.98 | 9.69 | 35.31 |
| 40301 | 2 | CTN * | CROUTON BUTTER/GAR 12/5 OZ | 12.25 | 24.50 | 1.57 | 13.18 | 34.98 |
| 40302 | 2 | CTN | CROUTON CHEZ-GRLC 12/5 OZ | 12.25 | 24.50 | 1.57 | 13.18 | 34.98 |
| 40303 | 2 | CTN | CROUTON CLASSIC CAESAR 12/5 OZ | 12.25 | 24.50 | 1.57 | 13.18 | 34.98 |
| 41409 | 5 | CTN * | JUICE LEMON SICILIA 24/4 OZ | 15.75 | 78.75 | 1.01 | 42.45 | 35.02 |
| 41410 | 5 | CTN * | JUICE LIME SICILIA 24/4 OZ | 15.75 | 78.75 | 1.01 | 42.45 | 35.02 |
| 14230 | 3 | CTN * | SALAD MIX 18/12 oz | 10.50 | 31.50 | 0.90 | 17.10 | 35.19 |

NOTES: NO DK ST

1797807   58459   MERCADO SUVIANDA #2
Pulp temp.

| TOTALS | 150 | | | TOTAL | 3169.50 | PAYMENT TERMS |
|---|---|---|---|---|---|---|
| | | | | SALES TAX | 0.00 | **Net 21 Days** |
| | | | | INVOICE TOTAL | **$3169.50** | |

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884   CDFA #: A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
or proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.



**OK PRODUCE**

Customer: **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
    408/516-5100

**Ship To:**

**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1798026**
Page:    1

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

| PURCHASE ORDER NUMBER | | ROUTE 004 | SALES REP 26 | SERVICE REP AVER | OK ORDER NUMBER 1082788 | | INVOICE DATE 07/19/08 | | |
|---|---|---|---|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 12841 | 1 | CTN | ALOE VERA LEAVES 25# | 21.25 | 21.25 | 1.31 | 11.50 | 35.11 |
| 10210 | 1 | CTN | ASPARAGUS 11# | 20.75 | 20.75 | 2.90 | 11.15 | 34.95 |
| 10306 | 2 | CTN | BEAN GREEN 30# | 28.75 | 57.50 | 1.47 | 30.70 | 34.81 |
| 10403 | 2 | CTN | BEET W-TOPS 12 CT | 12.50 | 25.00 | 1.60 | 13.40 | 34.90 |
| 10926 | 2 | BALE | CARROT TABLE 10/5# | 13.50 | 27.00 | 2.08 | 14.60 | 35.10 |
| 10927 | 2 | BALE | CARROT TABLE 24/2# | 13.50 | 27.00 | 0.87 | 14.76 | 35.34 |
| 10965 | 1 | CTN | CARROT GF SHREDDED 12/10oz | 9.25 | 9.25 | 1.19 | 5.03 | 35.22 |
| 11508 | 10 | CTN | CORN WHITE 48 CT | 14.75 | 147.50 | 0.47 | 78.10 | 34.62 |
| 11607 | 5 | BSHL | CUCUMBER S/S 72 CT | 20.75 | 103.75 | 0.44 | 54.65 | 34.50 |
| 11606 | 2 | CTN | CUCUMBER PICKLING 25# | 13.75 | 27.50 | 0.85 | 15.00 | 35.29 |
| 11903 | 1 | CTN | EGGPLANT 24 CT | 13.75 | 13.75 | 0.88 | 7.37 | 34.90 |
| 12722 | 4 | CTN | LETTUCE CELLO 24 CT | 15.25 | 61.00 | 0.98 | 33.08 | 35.16 |
| 12902 | 1 | CTN | MANN'S BROC/STIR FRY 6/1# | 12.50 | 12.50 | 3.21 | 6.76 | 35.10 |
| 12821 | 1 | CTN | MANN'S BROC/VEG MDLY 6/1# | 12.00 | 12.00 | 3.08 | -6.48 | 35.06 |
| 13031 | 1 | FLT | MUSH WHT SLC 12/8OZ | 14.50 | 14.50 | 1.86 | 7.82 | 35.04 |
| 12851 | 1 | CTN | NOPALES DICED 12/1# | 16.00 | 16.00 | 2.05 | 8.60 | 34.96 |
| 13306 | 2 | CTN | ONION GREEN 48 CT ICELESS | 12.25 | 24.50 | 0.39 | 12.94 | 34.56 |
| 13341 | 2 | SK | ONION WHITE MEDIUM 50# | 14.50 | 29.00 | 0.45 | 16.00 | 35.56 |
| 13338 | 1 | BALE | ONION WHITE 16/3# | 19.00 | 19.00 | 1.83 | 10.28 | 35.11 |
| 13344 | 1 | BALE | ONION YELLOW 16/3# | 13.25 | 13.25 | 1.27 | 7.07 | 34.79 |
| 13741 | 2 | CTN | PEPPER BELL GREEN LG 25# | 22.75 | 45.50 | 1.40 | 24.50 | 35.00 |
| 13730 | 2 | CTN | PEPPER BELL RED 25# | 38.75 | 77.50 | 2.38 | 41.50 | 34.87 |
| 13722 | 2 | W/B | PEPPER LONG GRN CHILE 25# | 19.75 | 39.50 | 1.27 | 21.46 | 35.20 |
| 13751 | 1 | CTN | PEPPER MANZANO 10# | 49.00 | 49.00 | 7.54 | 26.40 | 35.01 |
| 13832 | 1 | CTN | POTATO RUSSET  80 CT | 28.00 | 28.00 | 0.86 | 15.00 | 34.88 |
| 13815 | 2 | BALE | POTATO RUSSET 10/5# | 13.00 | 26.00 | 2.00 | 14.00 | 35.00 |
| 13823 | 2 | BALE | POTATO RUSSET 5/10# | 12.00 | 24.00 | 3.69 | 12.90 | 34.96 |
| 13840 | 5 | CTN | POTATO WHITE ROSE #1 50# | 21.50 | 107.50 | 0.66 | 57.50 | 34.85 |
| 14651 | 3 | CTN | SQUASH CHAYOTE 50CT | 25.00 | 75.00 | 0.77 | 40.50 | 35.06 |
| 14612 | 5 | CTN | SQUASH ITALIAN FCY #1 | 10.00 | 50.00 | 0.62 | 27.50 | 35.48 |
| 14628 | 2 | CTN | SQUASH YELLOW FCY 24# | 14.75 | 29.50 | 0.95 | 16.10 | 35.31 |
| 20216 | 4 | CTN | APPLE GALA CHILEAN 90/100ct | 42.00 | 168.00 | 1.62 | 91.20 | 35.19 |
| 20114 | 2 | CTN | APPLE GOLD DEL"PREM" 80/88CT | 33.00 | 66.00 | 1.27 | 35.60 | 35.04 |

| TOTALS | | | | TOTAL | | PAYMENT TERMS | |
|---|---|---|---|---|---|---|---|
| | | | | SALES TAX | | | |
| | | **(Continued)** | | INVOICE TOTAL | | | |

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #:  47884    CDFA #:  A6504

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).    The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivable or proceeds from the sale of these commodities until full payment is received.     This invoice is printed on recycled paper.



**OK PRODUCE**

Customer: **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
  408/516-5100

**Ship To:**
**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1798026**
Page:    2

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| | 004 | 26 | AVER | 1082788 | 07/19/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 20157 | 2 | CTN * | APPLE GRNYSMTH PREM 80/88 CT | 36.50 | 73.00 | 1.40 | 39.00 | 34.82 |
| 20303 | 3 | CTN * | APRICOT VF 8's/LGR 24# | 23.75 | 71.25 | 1.52 | 38.19 | 34.90 |
| 20439 | 25 | CTN * | AVOCADO HASS PREC 60CT | 40.85 | 1021.25 | 1.05 | 553.75 | 35.16 |
| 20509 | 15 | CTN * | BANANA 3 CLR "CHIQUITA" | 19.00 | 285.00 | 0.73 | 153.00 | 34.93 |
| 20540 | 1 | CTN * | BANANA BABY (DOMINICO)15# | 13.00 | 13.00 | 1.33 | 6.95 | 34.84 |
| 20507 | 1 | CTN * | BANANA BURRO "COLOR" 40# | 12.25 | 12.25 | 0.47 | 6.55 | 34.84 |
| 20545 | 1 | CTN * | BANANA MACHO PLANTAIN 48# | 20.50 | 20.50 | 0.66 | 11.18 | 35.29 |
| 22809 | 10 | CTN * | BERRY STRWBRY LTD ED 8/1# | 9.75 | 97.50 | 1.88 | 52.90 | 35.17 |
| 20603 | 2 | CTN * | CHERRIES WA 11.5 ROW/LGR 18# | 28.00 | 56.00 | 2.39 | 30.04 | 34.91 |
| 21010 | 2 | CTN * | GRAPEFRUIT 40 CT | 16.00 | 32.00 | 0.62 | 17.60 | 35.48 |
| 21302 | 1 | CTN * | LEMONS CHOICE 115 CT | 39.75 | 39.75 | 0.53 | 21.20 | 34.78 |
| 21610 | 2 | CTN * | MELON CASABA 25# | 12.25 | 24.50 | 0.75 | 13.00 | 34.67 |
| 21614 | 2 | CTN * | MELON GALIA 25# | 12.25 | 24.50 | 0.75 | 13.00 | 34.67 |
| 21622 | 2 | CTN * | MELON JUAN CANARY 25# | 12.25 | 24.50 | 0.75 | 13.00 | 34.67 |
| 21625 | 1 | BIN | MELON WTRMLN BIN 700# | 185.00 | 185.00 | 0.41 | 102.00 | 35.54 |
| 21911 | 15 | CTN * | NECTARINE YLW 56 VF 25# | 11.50 | 172.50 | 0.71 | 93.75 | 35.21 |
| 22215 | 10 | CTN * | PEACH YLW 56 VF 25# | 11.50 | 115.00 | 0.71 | 62.50 | 35.21 |
| 22331 | 1 | CTN * | PEAR ASIAN 36CT 2-LYR | 19.50 | 19.50 | 1.36 | 10.42 | 34.83 |
| 22327 | 1 | CTN * | PEAR BOSC CHILEAN 70/80CT 40# | 28.00 | 28.00 | 1.08 | 15.20 | 35.19 |
| 22350 | 3 | CTN * | PEAR BARTLETT 100CT 36# | 25.00 | 75.00 | 1.07 | 40.56 | 35.10 |
| 22518 | 20 | CTN * | PINEAPPLE GOLD 8CT | 11.00 | 220.00 | 2.12 | 119.20 | 35.14 |
| 22616 | 2 | CTN * | PLUM BLACK 40/45 VF 28# | 17.75 | 35.50 | 0.98 | 19.38 | 35.31 |
| 22606 | 2 | CTN * | PLUM RED 40/45 VF 28# | 17.50 | 35.00 | 0.96 | 18.76 | 34.90 |
| 22604 | 2 | CTN * | PLUOT 50/55 VF 28# | 20.50 | 41.00 | 1.13 | 22.28 | 35.21 |
| 23022 | 2 | CTN * | TANGERINE MANDARIN AUST 22# | 29.50 | 59.00 | 2.06 | 31.64 | 34.91 |
| 14230 | 5 | CTN * | SALAD MIX 18/12 oz | 10.50 | 52.50 | 0.90 | 28.50 | 35.19 |
| 10804 | 5 | CTN * | CABBAGE GREEN CELLO 45# | 15.25 | 76.25 | 0.52 | 40.75 | 34.83 |
| 13335 | 2 | CTN * | ONION RED MEDIUM 40# SWEET | 12.50 | 25.00 | 0.48 | 13.40 | 34.90 |
| 15705 | 10 | BG * | ONION YELLOW MED 50# | 6.50 | 65.00 | 0.20 | 35.00 | 35.00 |
| 20510 | 15 | CTN * | BANANA 4 CLR "CHIQUITA" | 19.00 | 285.00 | 0.73 | 153.00 | 34.93 |

NOTES: NO DRK STP/PALLET CHARGE

| 1798026 | 58459 MERCADO SUVIANDA #2 | | | | |
|---|---|---|---|---|---|
| | Pulp temp. | 10:0 | 11:00 | 9  10 | |

| TOTALS | 241 | | | TOTAL | 4751.75 |
|---|---|---|---|---|---|
| | | | | SALES TAX | 0.00 |
| | | | | INVOICE TOTAL | **$4751.75** |

PAYMENT TERMS
Net 21 Days

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

DATE

CUSTOMER SIGNATURE

PRINT NAME

DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.



**CK PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

Customer: **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

**Ship To:**

**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1798253**
Page: 1

| PURCHASE ORDER NUMBER | ROUTE 018 | SALES REP 26 | SERVICE REP AMAG | OK ORDER NUMBER 1082947 | INVOICE DATE 07/21/08 |
|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 10804 | 2 | CTN * | CABBAGE GREEN CELLO 45# | 15.25 | 30.50 | 0.52 | 16.30 | 34.83 |
| 10932 | 1 | CTN * | CARROT GF CTN 50# | 13.25 | 13.25 | 0.41 | 7.25 | 35.37 |
| 11102 | 1 | CTN * | CELERY 24 CT | 17.25 | 17.25 | 1.11 | 9.39 | 35.25 |
| 11303 | 5 | CTN * | CILANTRO 60 CT | 12.75 | 63.75 | 0.33 | 35.25 | 35.61 |
| 11607 | 1 | BSHL * | CUCUMBER S/S 72 CT | 20.75 | 20.75 | 0.44 | 10.93 | 34.50 |
| 12214 | 1 | CTN * | GARLIC CHINESE 48/5PC VXR | 19.75 | 19.75 | 0.63 | 10.49 | 34.69 |
| 12722 | 5 | CTN * | LETTUCE CELLO 24 CT | 15.25 | 76.25 | 0.98 | 41.35 | 35.16 |
| 12851 | 1 | CTN * | NOPALES DICED 12/1# | 16.00 | 16.00 | 2.05 | 8.60 | 34.96 |
| 13306 | 2 | CTN * | ONION GREEN 48 CT ICELESS | 12.25 | 24.50 | 0.39 | 12.94 | 34.56 |
| 13363 | 2 | CTN * | ONION GREEN MEXICAN 2 DOZ | 12.75 | 25.50 | 0.82 | 13.86 | 35.21 |
| 13341 | 3 | SK * | ONION WHITE MEDIUM 50# | 14.50 | 43.50 | 0.45 | 24.00 | 35.56 |
| 15705 | 4 | BG * | ONION YELLOW MED 50# | 6.50 | 26.00 | 0.20 | 14.00 | 35.00 |
| 13409 | 1 | CTN * | PARSLEY BUNCH 30 CT | 11.25 | 11.25 | 0.58 | 6.15 | 35.34 |
| 13411 | 1 | CTN * | PARSLEY HYE 30 ct | 10.75 | 10.75 | 0.55 | 5.75 | 34.85 |
| 13807 | 1 | CTN * | POTATO RED "A" 50# | 25.25 | 25.25 | 0.78 | 13.75 | 35.26 |
| 13832 | 2 | CTN * | POTATO RUSSET 80 CT | 28.00 | 56.00 | 0.86 | 30.00 | 34.88 |
| 13835 | 1 | CTN * | POTATO SWEET #1 | 30.00 | 30.00 | 1.15 | 16.00 | 34.78 |
| 13840 | 5 | CTN * | POTATO WHITE ROSE #1 50# | 21.50 | 107.50 | 0.66 | 57.50 | 34.85 |
| 14401 | 1 | CTN * | SPINACH 24 CT | 17.50 | 17.50 | 1.12 | 9.38 | 34.90 |
| 14803 | 5 | W/B * | TOMATILLO W/B | 18.75 | 93.75 | 0.76 | 50.65 | 35.08 |
| 14933 | 1 | FLT | TOMATO CHERRY CLAM SHELL | 15.50 | 15.50 | 1.99 | 8.38 | 35.09 |
| 14921 | 8 | CTN * | TOMATO ROMA 25# | 18.75 | 150.00 | 1.15 | 80.00 | 34.78 |
| 15201 | 1 | CTN * | YAM #1 40# | 31.00 | 31.00 | 1.19 | 16.60 | 34.87 |
| 20509 | 18 | CTN * | BANANA 3 CLR "CHIQUITA" | 19.00 | 342.00 | 0.73 | 183.60 | 34.93 |
| 20510 | 18 | CTN * | BANANA 4 CLR "CHIQUITA" | 19.00 | 342.00 | 0.73 | 183.60 | 34.93 |
| 22809 | 10 | CTN * | BERRY STRWBRY LTD ED 8/1# | 9.75 | 97.50 | 1.88 | 52.90 | 35.17 |
| 21110 | 3 | CTN * | GRAPES GREEN SEEDLESS 19# | 18.00 | 54.00 | 1.46 | 29.22 | 35.11 |
| 21129 | 3 | CTN * | GRAPES RED SLDS 18# | 18.00 | 54.00 | 1.54 | 29.16 | 35.06 |
| 21617 | 1 | LB * | MELON HONEYDEW BIN 700# | 155.00 | 155.00 | 0.34 | 83.00 | 34.87 |
| 21630 | 1 | BIN * | MELON WTRMLN SDLS BIN 700LB | 195.00 | 195.00 | 0.43 | 106.00 | 35.22 |
| 21911 | 5 | CTN * | NECTARINE YLW 56 VF 25# | 12.75 | 63.75 | 0.78 | 33.75 | 34.62 |
| 22109 | 5 | CTN * | PAPAYA MARADOL "PREMIUM" 33# | 21.50 | 107.50 | 1.05 | 65.75 | 37.95 |
| 22215 | 5 | CTN * | PEACH YLW 56 VF 25# | 12.75 | 63.75 | 0.78 | 33.75 | 34.62 |

| TOTALS | | | TOTAL | | | |
|---|---|---|---|---|---|---|
| | | **(Continued)** | SALES TAX | | | PAYMENT TERMS |
| | | | INVOICE TOTAL | | | |

DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

 This invoice is printed on recycled paper.



Customer: **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

**Ship To:**
**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1798253**
Page:  2

P.O. Box 12838 – 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| | 018 | 26 | AMAG | 1082947 | 07/21/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 22327 | 1 | CTN * | PEAR BOSC CHILEAN 70/80CT 40# | 36.00 | 36.00 | 1.38 | 19.20 | 34.78 |
| 22350 | 1 | CTN * | PEAR BARTLETT 100CT 36# | 25.00 | 25.00 | 1.07 | 13.52 | 35.10 |
| 23022 | 5 | CTN * | TANGERINE MANDARIN AUST 22# | 29.50 | 147.50 | 2.06 | 79.10 | 34.91 |
| 14230 | 2 | CTN * | SALAD MIX 18/12 oz | 10.50 | 21.00 | 0.90 | 11.40 | 35.19 |
| 41003 | 1 | CTN | DRSNG BLEU CHEESE 12/12OZ | 27.75 | 27.75 | 3.56 | 14.97 | 35.04 |
| 41025 | 1 | CTN | DRSNG RANCH 12/12oz | 27.75 | 27.75 | 3.56 | 14.97 | 35.04 |
| 41019 | 1 | CTN | DRSNG THSND ISLD 6/12OZ | 15.00 | 15.00 | 3.85 | 8.10 | 35.06 |
| 41407 | 1 | CTN | JUICE POMEGRANATE (PW) 6/16 OZ | 16.75 | 16.75 | 4.29 | 8.99 | 34.93 |
| 41423 | 1 | CTN | JUICE POM/BLUEBERRY 6/16 OZ | 16.75 | 16.75 | 4.29 | 8.99 | 34.93 |
| 41424 | 1 | CTN | JUICE POM/CHERRY 6/16 OZ | 16.75 | 16.75 | 4.29 | 8.99 | 34.93 |
| 90905 | 1 | EA | MISC CRV SMALL | 0.30 | 0.30 | 0.00 | | |
| 90905 | 1 | EA | MISC CRV SMALL | 0.30 | 0.30 | 0.00 | | |
| 90905 | 1 | EA | MISC CRV SMALL | 0.30 | 0.30 | 0.00 | | |

7:00 / 10:00
NOTES: NO DRK STP/PALLET CHARGE

| 1798248 | 58459  MERCADO SUVIANDA #2 | | | | | | |
| 6 | Pulp temp. | 3 | 93 l | peel | 0 | 6 | 6 | marces |

| 1798253 | 58459  MERCADO SUVIANDA #2 | | | | | | |
| 0 | Pulp temp. | 2 | 93 l | peel | 0 | 0 | 0 | marces |

| TOTALS | 142 | | |
|---|---|---|---|

| TOTAL | 2751.15 |
|---|---|
| SALES TAX | 0.00 |
| INVOICE TOTAL | **$2751.15** |

PAYMENT TERMS
Net 21 Days

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #:  47884   CDFA #:  A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.



This invoice is printed on recycled paper.



**Customer: 58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
      408/516-5100

**Ship To:**

**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1798437**
Page:    1

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| | 004 | 26 | AMAG | 1083113 | 07/22/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 20519 | 30 | CTN | BANANA DOLE 4 CLR | 19.75 | 592.50 | 0.76 | 319.50 | 35.03 |
| 10102 | 1 | CTN | ARTICHOKE 24 CT | 17.50 | 17.50 | 1.12 | 9.38 | 34.90 |
| 10210 | 1 | CTN * | ASPARAGUS 11# | 24.75 | 24.75 | 3.46 | 13.31 | 34.97 |
| 10306 | 1 | CTN * | BEAN GREEN 30# | 28.75 | 28.75 | 1.47 | 15.35 | 34.81 |
| 10403 | 1 | CTN | BEET W-TOPS 12 CT | 12.50 | 12.50 | 1.60 | 6.70 | 34.90 |
| 10604 | 3 | CTN * | BROCCOLI CROWN 20# | 10.00 | 30.00 | 0.77 | 16.20 | 35.06 |
| 10804 | 3 | CTN * | CABBAGE GREEN CELLO 45# | 14.50 | 43.50 | 0.50 | 24.00 | 35.56 |
| 12838 | 3 | CTN * | CACTUS LEAF 35# W/B | 8.75 | 26.25 | 0.35 | 13.65 | 34.21 |
| 10932 | 2 | CTN * | CARROT GF CTN 50# | 13.25 | 26.50 | 0.41 | 14.50 | 35.37 |
| 10949 | 1 | CTN * | CARROT W.P. MINI 40/1# | 24.50 | 24.50 | 0.94 | 13.10 | 34.84 |
| 10942 | 1 | CTN * | CARROT PETITE MICRO 12/12OZ | 12.25 | 12.25 | 1.57 | 6.59 | 34.98 |
| 10965 | 1 | CTN | CARROT GF SHREDDED 12/10oz | 9.25 | 9.25 | 1.19 | 5.03 | 35.22 |
| 11004 | 2 | CTN * | CAULIFLOWER 12 CT | 10.50 | 21.00 | 1.35 | 11.40 | 35.19 |
| 11102 | 1 | CTN * | CELERY 24 CT | 14.25 | 14.25 | 0.91 | 7.59 | 34.75 |
| 11303 | 5 | CTN * | CILANTRO 60 CT | 12.75 | 63.75 | 0.33 | 35.25 | 35.61 |
| 11607 | 2 | BSHL * | CUCUMBER S/S 72 CT | 25.75 | 51.50 | 0.55 | 27.70 | 34.97 |
| 11606 | 1 | CTN * | CUCUMBER PICKLING 25# | 12.00 | 12.00 | 0.74 | 6.50 | 35.14 |
| 12214 | 1 | CTN * | GARLIC CHINESE 48/5PC VXR | 18.00 | 18.00 | 0.58 | 9.84 | 35.34 |
| 12302 | 1 | CTN * | GINGER ROOT 30# | 25.00 | 25.00 | 1.28 | 13.40 | 34.90 |
| 12412 | 0 | CTN | HERB BUNCH BASIL 6 CT | 5.25 | 0.00 | 1.35 | 0.00 | |
| 12424 | 2 | CTN | HERB BUNCH MINT 6 CT | 4.50 | 9.00 | 6.92 | 4.84 | 34.97 |
| 12441 | 2 | DOZ * | HERB EPAZOTE 1 DZ BUNCH | 8.50 | 17.00 | 1.09 | 9.16 | 35.02 |
| 12503 | 3 | CTN * | JICAMA 40# | 14.50 | 43.50 | 0.56 | 23.70 | 35.27 |
| 12722 | 5 | CTN * | LETTUCE CELLO 24 CT | 15.25 | 76.25 | 0.98 | 41.35 | 35.16 |
| 13001 | 1 | FLT | MUSH WHT WHL 12/8 OZ | 14.00 | 14.00 | 1.79 | 7.48 | 34.82 |
| 13031 | 1 | FLT | MUSH WHT SLC 12/8OZ | 14.50 | 14.50 | 1.86 | 7.82 | 35.04 |
| 12851 | 1 | CTN * | NOPALES DICED 12/1# | 16.00 | 16.00 | 2.05 | 8.60 | 34.96 |
| 13306 | 3 | CTN * | ONION GREEN 48 CT ICELESS | 12.25 | 36.75 | 0.39 | 19.41 | 34.56 |
| 13363 | 1 | CTN * | ONION GREEN MEXICAN 2 DOZ | 12.75 | 12.75 | 0.82 | 6.93 | 35.21 |
| 13341 | 4 | SK * | ONION WHITE MEDIUM 50# | 14.50 | 58.00 | 0.45 | 32.00 | 35.56 |
| 15705 | 6 | BG * | ONION YELLOW MED 50# | 6.50 | 39.00 | 0.20 | 21.00 | 35.00 |
| 13741 | 2 | CTN * | PEPPER BELL GREEN LG 25# | 19.75 | 39.50 | 1.22 | 21.50 | 35.25 |
| 13730 | 1 | CTN * | PEPPER BELL RED 25# | 37.75 | 37.75 | 2.32 | 20.25 | 34.91 |

| TOTALS | | | | TOTAL | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | SALES TAX | | | PAYMENT TERMS | |
| | | **(Continued)** | | INVOICE TOTAL | | | | |

DATE

CUSTOMER SIGNATURE

PRINT NAME

DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #:  47684    CDFA #:  A6504

The perishable agricultural commodities listed on this invoice are      The seller of these commodities retains a trust claim over these commodities, all
sold subject to the statutory trust authorized by section 5(c) of the      inventories of food or other products derived from these commodities, and any receivable
Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)).      or proceeds from the sale of these commodities until full payment is received.      This invoice is printed on recycled paper.





**OK PRODUCE**

Customer: **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

Ship To:
**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1798437**
Page: 2

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| | 004 | 26 | AMAG | 1083113 | 07/22/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 13713 | 1 | CTN | PEPPER BELL YELLOW 25# | 49.75 | 49.75 | 3.06 | 26.75 | 34.97 |
| 13722 | 1 | W/B | PEPPER LONG GRN CHILE 25# | 17.75 | 17.75 | 1.14 | 9.61 | 35.12 |
| 13751 | 1 | CTN | PEPPER MANZANO 10# | 49.00 | 49.00 | 7.54 | 26.40 | 35.01 |
| 13815 | 2 | BALE | POTATO RUSSET 10/5# | 13.00 | 26.00 | 2.00 | 14.00 | 35.00 |
| 13823 | 2 | BALE | POTATO RUSSET 5/10# | 12.00 | 24.00 | 3.69 | 12.90 | 34.96 |
| 13840 | 5 | CTN | POTATO WHITE ROSE #1 50# | 21.50 | 107.50 | 0.66 | 57.50 | 34.85 |
| 14008 | 2 | CTN | RADISH W-TOPS 48 CT | 14.75 | 29.50 | 0.47 | 15.62 | 34.62 |
| 14651 | 2 | CTN | SQUASH CHAYOTE 50CT | 25.00 | 50.00 | 0.77 | 27.00 | 35.06 |
| 14612 | 2 | CTN | SQUASH ITALIAN FCY #1 | 10.00 | 20.00 | 0.62 | 11.00 | 35.48 |
| 14635 | 5 | CTN | SQUASH MEXICAN (GREY) | 9.50 | 47.50 | 0.61 | 25.70 | 35.11 |
| 14703 | 1 | CTN | TARO ROOT SMALL 30# | 16.50 | 16.50 | 0.85 | 9.00 | 35.29 |
| 14803 | 10 | W/B | TOMATILLO W/B | 20.00 | 200.00 | 0.81 | 107.80 | 35.02 |
| 14921 | 30 | CTN | TOMATO ROMA 25# | 18.75 | 562.50 | 1.15 | 300.00 | 34.78 |
| 12866 | 1 | CTN | XOCONOTLE 10# | 15.25 | 15.25 | 2.35 | 8.25 | 35.11 |
| 20158 | 2 | CTN | APPLE FUJI 80/88CT | 42.00 | 84.00 | 1.62 | 45.60 | 35.19 |
| 20216 | 1 | CTN | APPLE GALA CHILEAN 90/100ct | 42.00 | 42.00 | 1.62 | 22.80 | 35.19 |
| 20114 | 1 | CTN | APPLE GOLD DEL"PREM" 80/88CT | 33.00 | 33.00 | 1.27 | 17.80 | 35.04 |
| 20157 | 1 | CTN | APPLE GRNYSMTH PREM 80/88 CT | 36.50 | 36.50 | 1.40 | 19.50 | 34.82 |
| 20171 | 5 | CTN | APPLE RED DEL 64/72CT | 26.00 | 130.00 | 1.00 | 70.00 | 35.00 |
| 20303 | 1 | CTN | APRICOT VF 8's/LGR 24# | 26.25 | 26.25 | 1.68 | 14.07 | 34.90 |
| 20439 | 15 | CTN | AVOCADO HASS PREC 60CT | 41.85 | 627.75 | 1.07 | 335.25 | 34.81 |
| 22809 | 12 | CTN | BERRY STRWBRY LTD ED 8/1# | 9.75 | 117.00 | 1.88 | 63.48 | 35.17 |
| 21110 | 3 | CTN | GRAPES GREEN SEEDLESS 19# | 18.00 | 54.00 | 1.46 | 29.22 | 35.11 |
| 21124 | 3 | CTN | GRAPES RED SEEDLESS 19# | 18.50 | 55.50 | 1.50 | 30.00 | 35.09 |
| 21502 | 50 | FLT | MANGO TOMMY 12 CT | 4.25 | 212.50 | 0.54 | 111.50 | 34.41 |
| 21604 | 30 | CTN | MELON CANTALOUPE 12CT 35# | 6.25 | 187.50 | 0.27 | 96.00 | 33.86 |
| 21911 | 20 | CTN | NECTARINE YLW 56 VF 25# | 12.75 | 255.00 | 0.78 | 135.00 | 34.62 |
| 22014 | 8 | CTN | ORANGES NAVEL LATE FCY 40ct | 19.50 | 156.00 | 0.79 | 84.16 | 35.04 |
| 22109 | 12 | CTN | PAPAYA MARADOL "PREMIUM" 33# | 22.50 | 270.00 | 1.05 | 145.80 | 35.06 |
| 22215 | 10 | CTN | PEACH YLW 56 VF 25# | 12.75 | 127.50 | 0.78 | 67.50 | 34.62 |
| 22350 | 1 | CTN | PEAR BARTLETT 100CT 36# | 24.50 | 24.50 | 1.05 | 13.30 | 35.19 |
| 22518 | 5 | CTN | PINEAPPLE GOLD 8CT | 13.00 | 65.00 | 2.50 | 35.00 | 35.00 |
| 22616 | 10 | CTN | PLUM BLACK 40/45 VF 28# | 16.25 | 162.50 | 0.98 | 111.90 | 40.78 |

| TOTALS | | | | TOTAL | | | PAYMENT TERMS | |
|---|---|---|---|---|---|---|---|---|
| | | | **(Continued)** | SALES TAX | | | | |
| | | | | INVOICE TOTAL | | | | |

DATE

CUSTOMER SIGNATURE

PRINT NAME

DRIVER SIGNATURE



A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivable of proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.



**Customer: 58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

**Ship To:**
**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1798437**
Page: 3

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| | 004 | 26 | AMAG | 1083113 | 07/22/08 |

| ITEM# | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 22606 | 10 | CTN | PLUM RED 40/45 VF 28# | 16.25 | 162.50 | 0.89 | 86.70 | 34.79 |
| 23022 | 10 | CTN | TANGERINE MANDARIN AUST 22# | 29.50 | 295.00 | 2.06 | 158.20 | 34.91 |
| 14240 | 1 | CTN | SALAD AMERICAN 6/12 OZ | 10.75 | 10.75 | 2.76 | 5.81 | 35.08 |
| 14235 | 1 | CTN | SALAD ITALIAN 6/10 OZ | 10.75 | 10.75 | 2.76 | 5.81 | 35.08 |
| 30829 | 0 | CTN | NUT PEANUT HAMPTON R/NS 16/24oz | 27.00 | 0.00 | 2.60 | 0.00 | |
| 21408 | 10 | CTN | LIMES 230CT | 16.00 | 160.00 | 0.11 | 93.00 | 36.76 |

1798437   58459   MERCADO SUVIANDA #2
Pulp temp.

| | | |
|---|---|---|
| TOTAL | 5988.50 | |
| SALES TAX | 0.00 | PAYMENT TERMS |
| INVOICE TOTAL | **$5988.50** | Net 21 Days |

**JAMBA JUICE & SMOOTHIES ARE HERE! CONTACT YOUR SALES REP TO GET ALL 6 VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.
State of CA Organic Reg #: 47884   CDFA #: A6504

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivable of proceeds from the sale of these commodities until full payment is received.

 This invoice is printed on recycled paper.



**CK PRODUCE**

Customer: **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

**Ship To:**

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1798798**
Page: 1

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

| PURCHASE ORDER NUMBER | ROUTE 018 | SALES REP 26 | SERVICE REP CMAR | OK ORDER NUMBER 1083215 | INVOICE DATE 07/23/08 |
|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 20510 | 17 | CTN | BANANA 4 CLR "CHIQUITA" | 18.50 | 314.50 | 0.71 | 168.30 | 34.86 |
| 10403 | 1 | CTN | BEET W-TOPS 12 CT | 12.50 | 12.50 | 1.60 | 6.70 | 34.90 |
| 10804 | 2 | CTN | CABBAGE GREEN CELLO 45# | 14.50 | 29.00 | 0.50 | 16.00 | 35.56 |
| 12838 | 4 | CTN | CACTUS LEAF 35# W/B | 8.75 | 35.00 | 0.35 | 18.20 | 34.21 |
| 11508 | 5 | CTN | CORN WHITE 48 CT | 15.75 | 78.75 | 0.50 | 41.25 | 34.38 |
| 11607 | 2 | BSHL | CUCUMBER S/S 72 CT | 25.75 | 51.50 | 0.55 | 27.70 | 34.97 |
| 11606 | 2 | CTN | CUCUMBER PICKLING 25# | 12.00 | 24.00 | 0.74 | 13.00 | 35.14 |
| 12503 | 10 | CTN | JICAMA 40# | 12.75 | 127.50 | 0.56 | 96.50 | 43.08 |
| 12722 | 5 | CTN | LETTUCE CELLO 24 CT | 15.25 | 76.25 | 0.98 | 41.35 | 35.16 |
| 12717 | 1 | CTN | LETTUCE ROMAINE HRTS 12/3 pk | 17.25 | 17.25 | 2.21 | 9.27 | 34.95 |
| 12851 | 1 | CTN | NOPALES DICED 12/1# | 16.00 | 16.00 | 2.05 | 8.60 | 34.96 |
| 13306 | 5 | CTN | ONION GREEN 48 CT ICELESS | 11.85 | 59.25 | 0.38 | 31.95 | 35.03 |
| 13363 | 6 | CTN | ONION GREEN MEXICAN 2 DOZ | 12.75 | 76.50 | 0.82 | 41.58 | 35.21 |
| 13341 | 7 | SK | ONION WHITE MEDIUM 50# | 14.50 | 101.50 | 0.45 | 56.00 | 35.56 |
| 12831 | 1 | CTN | PEPPER CHILACA FRESH 10# | 16.00 | 16.00 | 2.46 | 8.60 | 34.96 |
| 13751 | 1 | CTN | PEPPER MANZANO 10# | 49.00 | 49.00 | 7.54 | 26.40 | 35.01 |
| 13807 | 1 | CTN | POTATO RED "A" 50# | 25.25 | 25.25 | 0.78 | 13.75 | 35.26 |
| 13832 | 1 | CTN | POTATO RUSSET  80 CT | 28.00 | 28.00 | 0.86 | 15.00 | 34.88 |
| 13815 | 2 | BALE | POTATO RUSSET 10/5# | 13.00 | 26.00 | 2.00 | 14.00 | 35.00 |
| 13823 | 5 | BALE | POTATO RUSSET 5/10# | 12.00 | 60.00 | 3.69 | 32.25 | 34.96 |
| 14401 | 1 | CTN | SPINACH 24 CT | 17.50 | 17.50 | 1.12 | 9.38 | 34.90 |
| 14506 | 0 | CTN | SPROUT ALFALFA LIVE 12/4 OZ | 9.75 | 0.00 | 1.25 | 0.00 | |
| 14612 | 10 | CTN | SQUASH ITALIAN FCY #1 | 11.75 | 117.50 | 0.72 | 62.50 | 34.72 |
| 14635 | 3 | CTN | SQUASH MEXICAN (GREY) | 9.50 | 28.50 | 0.61 | 15.42 | 35.11 |
| 14803 | 10 | W/B | TOMATILLO W/B | 20.00 | 200.00 | 0.81 | 107.80 | 35.02 |
| 14918 | 15 | CTN | TOMATO LOOSE LARGE 25# | 12.75 | 191.25 | 0.78 | 101.25 | 34.62 |
| 14921 | 15 | CTN | TOMATO ROMA 25# | 18.75 | 281.25 | 1.15 | 150.00 | 34.78 |
| 20158 | 6 | CTN | APPLE FUJI 80/88CT | 42.00 | 252.00 | 1.62 | 136.80 | 35.19 |
| 20213 | 2 | CTN | APPLE GALA NEW ZEALAND 80/88CT | 46.75 | 93.50 | 1.80 | 50.50 | 35.07 |
| 20114 | 2 | CTN | APPLE GOLD DEL"PREM" 80/88CT | 33.00 | 66.00 | 1.27 | 35.60 | 35.04 |
| 20157 | 2 | CTN | APPLE GRNYSMTH PREM 80/88 CT | 36.50 | 73.00 | 1.40 | 39.00 | 34.82 |
| 20303 | 1 | CTN | APRICOT VF 8's/LGR 24# | 26.25 | 26.25 | 1.68 | 14.07 | 34.90 |
| 20509 | 3 | CTN | BANANA 3 CLR "CHIQUITA" | 18.50 | 55.50 | 0.71 | 29.70 | 34.86 |

| TOTALS | | | | TOTAL | | PAYMENT TERMS | | |
|---|---|---|---|---|---|---|---|---|
| | | | | SALES TAX | | | | |
| | | **(Continued)** | | INVOICE TOTAL | | | | |

DATE

CUSTOMER SIGNATURE

PRINT NAME

DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884   CDFA #: A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499c(a)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.







**Customer: 58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

**Ship To:**
**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1798798**
Page: 2

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

| PURCHASE ORDER NUMBER | ROUTE 018 | SALES REP 26 | SERVICE REP CMAR | OK ORDER NUMBER 1083215 | | INVOICE DATE 07/23/08 |
|---|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 20540 | 2 | CTN | BANANA BABY (DOMINICO)15# | 13.00 | 26.00 | 1.33 | 13.90 | 34.84 |
| 20507 | 2 | CTN | BANANA BURRO "COLOR" 40# | 12.25 | 24.50 | 0.47 | 13.10 | 34.84 |
| 20563 | 1 | CTN | BANANA LEAVES 25# | 26.85 | 26.85 | 1.65 | 14.40 | 34.91 |
| 20544 | 2 | CTN | BANANA MACHO (COLOR) 48# | 21.50 | 43.00 | 0.69 | 23.24 | 35.08 |
| 22823 | 1 | CTN | BERRY BLACKBERRY 12/5.6OZ | 23.00 | 23.00 | 2.95 | 12.40 | 35.03 |
| 22822 | 1 | CTN | BERRY BLUEBERRY 12/6 OZ | 23.00 | 23.00 | 2.95 | 12.40 | 35.03 |
| 22824 | 1 | FLT | BERRY RASPBERRY 12/5.6OZ | 23.00 | 23.00 | 2.95 | 12.40 | 35.03 |
| 21302 | 1 | CTN | LEMONS CHOICE 115 CT | 37.00 | 37.00 | 0.49 | 19.35 | 34.34 |
| 21408 | 15 | CTN | LIMES 230CT | 16.00 | 240.00 | 0.11 | 139.50 | 36.76 |
| 21517 | 150 | CTN | MANGO KENTS 12CT | 4.25 | 637.50 | 0.54 | 334.50 | 34.41 |
| 21604 | 30 | CTN | MELON CANTALOUPE 12CT 35# | 6.25 | 187.50 | 0.27 | 96.00 | 33.86 |
| 21616 | 3 | CTN | MELON HNYDW ORNG FLSH 25# | 12.25 | 36.75 | 0.75 | 19.50 | 34.67 |
| 21911 | 5 | CTN | NECTARINE YLW 56 VF 25# | 12.75 | 63.75 | 0.78 | 33.75 | 34.62 |
| 22014 | 15 | CTN | ORANGES NAVEL LATE FCY 40ct | 19.50 | 292.50 | 0.79 | 157.80 | 35.04 |
| 22109 | 10 | CTN | PAPAYA MARADOL "PREMIUM" 33# | 21.85 | 218.50 | 1.02 | 118.10 | 35.09 |
| 22215 | 5 | CTN | PEACH YLW 56 VF 25# | 12.75 | 63.75 | 0.78 | 33.75 | 34.62 |
| 22327 | 1 | CTN | PEAR BOSC CHILEAN 70/80CT 40# | 36.00 | 36.00 | 1.38 | 19.20 | 34.78 |
| 22616 | 12 | CTN | PLUM BLACK 40/45 VF 28# | 16.25 | 195.00 | 0.89 | 104.04 | 34.79 |
| 22606 | 12 | CTN | PLUM RED 40/45 VF 28# | 16.25 | 195.00 | 0.89 | 104.04 | 34.79 |
| 23022 | 15 | CTN | TANGERINE MANDARIN AUST 22# | 29.50 | 442.50 | 2.06 | 237.30 | 34.91 |
| 13840 | 10 | CTN | POTATO WHITE ROSE #1 50# | 30.00 | 300.00 | 0.92 | 160.00 | 34.78 |

7:00 / 10:00
NOTES: NO DRK STP/PALLET CHARGE

3 CS BURRO
BANANA

1798798   58459   MERCADO SUVIANDA #2
Pulp temp.

8  9 CS  10 CS   3 CS SICARIA  10  1 0   MARCOS   MARCOS

| TOTALS | 443 |
|---|---|

SALES TAX    0.00
INVOICE TOTAL   **$5761.10**    Net 21 Days

JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.

DATE

CUSTOMER SIGNATURE

PRINT NAME

DRIVER SIGNATURE



A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA#: A6504

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivable or proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.



**CK PRODUCE**

Customer: **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
   408/516-5100

**Ship To:**

**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1798961**
Page:   1

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

| PURCHASE ORDER NUMBER | | | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | | | | | INVOICE DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 004 | 26 | AMAG | 1083488 | | | | | 07/24/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 10210 | 1 | CTN * | ASPARAGUS 11# | 24.75 | 24.75 | 3.46 | 13.31 | 34.97 |
| 10403 | 1 | CTN * | BEET W-TOPS 12 CT | 12.50 | 12.50 | 1.60 | 6.70 | 34.90 |
| 10604 | 2 | CTN * | BROCCOLI CROWN 20# | 10.00 | 20.00 | 0.77 | 10.80 | 35.06 |
| 10804 | 3 | CTN * | CABBAGE GREEN CELLO 45# | 14.50 | 43.50 | 0.50 | 24.00 | 35.56 |
| 10932 | 2 | CTN * | CARROT GF CTN 50# | 13.25 | 26.50 | 0.41 | 14.50 | 35.37 |
| 10926 | 2 | BALE * | CARROT TABLE 10/5# | 13.50 | 27.00 | 2.08 | 14.60 | 35.10 |
| 10927 | 2 | BALE * | CARROT TABLE 24/2# | 13.50 | 27.00 | 0.87 | 14.76 | 35.34 |
| 11004 | 2 | CTN * | CAULIFLOWER 12 CT | 10.50 | 21.00 | 1.35 | 11.40 | 35.19 |
| 11102 | 2 | CTN * | CELERY 24 CT | 16.00 | 32.00 | 1.03 | 17.44 | 35.28 |
| 11303 | 2 | CTN * | CILANTRO 60 CT | 13.85 | 27.70 | 0.36 | 15.50 | 35.88 |
| 11508 | 2 | CTN * | CORN WHITE 48 CT | 15.75 | 31.50 | 0.50 | 16.50 | 34.38 |
| 11607 | 2 | BSHL * | CUCUMBER S/S 72 CT | 25.75 | 51.50 | 0.55 | 27.70 | 34.97 |
| 12214 | 1 | CTN * | GARLIC CHINESE 48/5PC VXR | 18.00 | 18.00 | 0.58 | 9.84 | 35.34 |
| 15601 | 2 | CTN * | GUAJES 10# | 24.75 | 49.50 | 3.81 | 26.70 | 35.04 |
| 12412 | 1 | CTN * | HERB BUNCH BASIL 6 CT | 5.25 | 5.25 | 1.35 | 2.85 | 35.19 |
| 12424 | 1 | CTN * | HERB BUNCH MINT 6 CT | 4.50 | 4.50 | 6.92 | 2.42 | 34.97 |
| 12441 | 1 | DOZ * | HERB EPAZOTE 1 DZ BUNCH | 8.50 | 8.50 | 1.09 | 4.58 | 35.02 |
| 12466 | 2 | CTN * | HERB VERDOLAGA "PURSLANE" 24CT | 8.00 | 16.00 | 0.51 | 8.48 | 34.64 |
| 12459 | 1 | CTN * | HERB OREGANO TRAY 6CT | 9.75 | 9.75 | 2.50 | 5.25 | 35.00 |
| 12450 | 1 | CTN * | HERB ROSEMARY TRAY 6CT | 9.75 | 9.75 | 2.50 | 5.25 | 35.00 |
| 12503 | 5 | CTN * | JICAMA 40# | 14.50 | 72.50 | 0.56 | 39.50 | 35.27 |
| 12722 | 7 | CTN * | LETTUCE CELLO 24 CT | 15.25 | 106.75 | 0.98 | 57.89 | 35.16 |
| 13001 | 1 | FLT | MUSH WHT WHL 12/8 OZ | 14.00 | 14.00 | 1.79 | 7.48 | 34.82 |
| 13031 | 1 | FLT | MUSH WHT SLC 12/8OZ | 14.50 | 14.50 | 1.86 | 7.82 | 35.04 |
| 12851 | 1 | CTN * | NOPALES DICED 12/1# | 16.00 | 16.00 | 2.05 | 8.60 | 34.96 |
| 13302 | 1 | SK | ONION BOILER 25# | 27.00 | 27.00 | 0.00 | | |
| 13334 | 1 | SK | ONION RED 16/3# | 20.00 | 20.00 | 1.92 | 10.72 | 34.90 |
| 13341 | 3 | SK | ONION WHITE MEDIUM 50# | 14.50 | 43.50 | 0.45 | 24.00 | 35.56 |
| 13338 | 1 | BALE | ONION WHITE 16/3# | 19.00 | 19.00 | 1.83 | 10.28 | 35.11 |
| 15705 | 4 | BG | ONION YELLOW MED 50# | 7.50 | 30.00 | 0.23 | 16.00 | 34.78 |
| 13344 | 1 | BALE | ONION YELLOW 16/3# | 13.25 | 13.25 | 1.27 | 7.07 | 34.79 |
| 13741 | 1 | CTN * | PEPPER BELL GREEN LG 25# | 19.75 | 19.75 | 1.22 | 10.75 | 35.25 |
| 13730 | 1 | CTN * | PEPPER BELL RED 25# | 37.75 | 37.75 | 2.53 | 20.44 | 35.13 |

| TOTALS | | | | TOTAL | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | SALES TAX | | | PAYMENT TERMS | |
| | | **(Continued)** | | INVOICE TOTAL | | | | |

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884   CDFA #: A6504

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivable of proceeds from the sale of these commodities until full payment is received.



This invoice is printed on recycled paper.



**OK PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

Customer: **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

Invoice #
**1798961**
Page:    2

Ship To:
**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| | 004 | 26 | AMAG | 1083488 | 07/24/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 13773 | 2 | CTN * | PEPPER DE ARBOL-FRESH 12# | 19.85 | 39.70 | 2.54 | 21.26 | 34.88 |
| 13718 | 2 | W/B * | PEPPER JALAPENO CHILE W/B | 22.50 | 45.00 | 0.91 | 24.16 | 34.93 |
| 13807 | 1 | CTN * | POTATO RED "A" 50# | 25.25 | 25.25 | 0.78 | 13.75 | 35.26 |
| 13832 | 1 | CTN * | POTATO RUSSET  80 CT | 28.00 | 28.00 | 0.86 | 15.00 | 34.88 |
| 13840 | 3 | CTN * | POTATO WHITE ROSE #1 50# | 30.00 | 90.00 | 0.92 | 48.00 | 34.78 |
| 14008 | 2 | CTN * | RADISH W-TOPS 48 CT | 13.85 | 27.70 | 0.44 | 14.54 | 34.42 |
| 14507 | 1 | CTN | SPROUT BEAN CELLO 12/16 OZ | 8.75 | 8.75 | 1.12 | 4.69 | 34.90 |
| 14612 | 3 | CTN * | SQUASH ITALIAN FCY #1 | 11.75 | 35.25 | 0.72 | 18.75 | 34.72 |
| 14918 | 5 | CTN * | TOMATO LOOSE LARGE 25# | 12.75 | 63.75 | 0.78 | 33.75 | 34.62 |
| 20105 | 8 | CTN * | APPLE FUJI 100 CT | 39.00 | 312.00 | 1.50 | 168.00 | 35.00 |
| 20213 | 1 | CTN * | APPLE GALA NEW ZEALAND 80/88CT | 46.75 | 46.75 | 1.80 | 25.25 | 35.07 |
| 20114 | 1 | CTN * | APPLE GOLD DEL"PREM" 80/88CT | 33.00 | 33.00 | 1.27 | 17.80 | 35.04 |
| 20157 | 1 | CTN * | APPLE GRNYSMTH PREM 80/88 CT | 36.50 | 36.50 | 1.40 | 19.50 | 34.82 |
| 20303 | 1 | CTN * | APRICOT VF 8's/LGR 24# | 26.25 | 26.25 | 1.68 | 14.07 | 34.90 |
| 20510 | 25 | CTN * | BANANA 4 CLR "CHIQUITA" | 18.50 | 462.50 | 0.71 | 247.50 | 34.86 |
| 21204 | 1 | CTN * | KIWI FRUIT TRI-LYR 99 CT | 17.75 | 17.75 | 1.09 | 9.50 | 34.86 |
| 21517 | 100 | CTN * | MANGO KENTS 12CT | 4.25 | 425.00 | 0.54 | 223.00 | 34.41 |
| 21604 | 20 | CTN * | MELON CANTALOUPE 12CT 35# | 6.25 | 125.00 | 0.27 | 64.00 | 33.86 |
| 21625 | 1 | BIN * | MELON WTRMLN BIN 700# | 155.00 | 155.00 | 0.34 | 83.00 | 34.87 |
| 21911 | 10 | CTN * | NECTARINE YLW 56 VF 25# | 12.75 | 127.50 | 0.78 | 67.50 | 34.62 |
| 22038 | 1 | BIN * | ORANGES BIN 75/8# | 165.00 | 165.00 | 3.38 | 88.50 | 34.91 |
| 22109 | 15 | CTN * | PAPAYA MARADOL "PREMIUM" 33# | 21.85 | 327.75 | 1.02 | 177.15 | 35.09 |
| 22215 | 10 | CTN * | PEACH YLW 56 VF 25# | 12.75 | 127.50 | 0.78 | 67.50 | 34.62 |
| 22350 | 1 | CTN * | PEAR BARTLETT 100CT 36# | 24.50 | 24.50 | 1.05 | 13.30 | 35.19 |
| 22518 | 5 | CTN * | PINEAPPLE GOLD 8CT | 13.00 | 65.00 | 2.50 | 35.00 | 35.00 |
| 22616 | 12 | CTN * | PLUM BLACK 40/45 VF 28# | 16.25 | 195.00 | 0.89 | 104.04 | 34.79 |
| 22606 | 12 | CTN * | PLUM RED 40/45 VF 28# | 16.25 | 195.00 | 0.89 | 104.04 | 34.79 |
| 23022 | 10 | CTN * | TANGERINE MANDARIN AUST 22# | 29.50 | 295.00 | 2.06 | 158.20 | 34.91 |
| 40602 | 1 | CTN * | TOFU BLUE SILKEN 6 CT | 9.50 | 9.50 | 2.44 | 5.14 | 35.11 |
| 40604 | 1 | CTN * | TOFU GREEN FIRM 6 CT | 10.00 | 10.00 | 2.56 | 5.36 | 34.90 |
| 40608 | 1 | CTN * | TOFU RED X-FIRM 6 CT | 9.50 | 9.50 | 2.44 | 5.14 | 35.11 |

| TOTALS | 319 | | | | | | | |

| TOTAL | 4454.60 |
|---|---|
| SALES TAX | 0.00 |
| INVOICE TOTAL | **$4454.60** |

PAYMENT TERMS
Net 21 Days

NOTES: NO DAR OTRA ...

| INVOICE | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1798951 | 58459   MERCADO SUVIANDA #2 | | h30 | 83 | 0 | 9   9 | MAGGOS |
| | Pulp temp. | | | | | | |
| 1798961 | 58459   MERCADO SUVIANDA #2 | | 11 | | 6 | 11 | MAGGOS |
| | Pulp temp. | | | | | | |

...APPLIED TO THE PREVIOUS BALANCE.

DRIVER SIGNATURE

State of CA Organic Reg # 47884   CDFA# A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
or proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.



**CK PRODUCE**

Customer: **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

**Ship To:**

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1799121**
Page: 1

P.O. Box 12838 – 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

| PURCHASE ORDER NUMBER | | ROUTE 018 | SALES REP 26 | SERVICE REP AMAG | OK ORDER NUMBER 1083523 | | INVOICE DATE 07/25/08 | | |
|---|---|---|---|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 21646 | 1 | EA 5# | MELON ORANGE FLESH BIN 700# | 135.00 | 135.00 | 0.30 | 75.00 | 35.71 |
| 10932 | 2 | CTN * | CARROT GF CTN 50# | 13.25 | 26.50 | 0.41 | 14.50 | 35.37 |
| 11607 | 1 | BSHL * | CUCUMBER S/S 72 CT | 27.75 | 27.75 | 0.59 | 14.73 | 34.68 |
| 11606 | 5 | CTN * | CUCUMBER PICKLING 25# | 10.50 | 52.50 | 0.65 | 28.75 | 35.38 |
| 13341 | 3 | SK | ONION WHITE MEDIUM 50# | 14.50 | 43.50 | 0.45 | 24.00 | 35.56 |
| 15705 | 3 | BG | ONION YELLOW MED 50# | 8.50 | 25.50 | 0.26 | 13.50 | 34.62 |
| 13741 | 10 | CTN * | PEPPER BELL GREEN LG 25# | 13.50 | 135.00 | 0.83 | 72.50 | 34.94 |
| 13702 | 1 | CTN * | PEPPER HABANERO 5# | 40.00 | 40.00 | 12.31 | 21.55 | 35.01 |
| 13718 | 3 | W/B * | PEPPER JALAPENO CHILE W/B | 24.00 | 72.00 | 0.97 | 38.58 | 34.89 |
| 13751 | 1 | CTN * | PEPPER MANZANO 10# | 49.00 | 49.00 | 7.54 | 26.40 | 35.01 |
| 13798 | 3 | W/B * | PEPPER PASILLA W/B 22# | 18.75 | 56.25 | 1.31 | 30.21 | 34.94 |
| 14803 | 3 | W/B * | TOMATILLO W/B | 23.75 | 71.25 | 0.96 | 38.19 | 34.90 |
| 14905 | 10 | FLT * | TOMATO 5X5 2-LAYER | 16.75 | 167.50 | 1.29 | 90.50 | 35.08 |
| 14921 | 5 | CTN * | TOMATO ROMA 25# | 16.75 | 83.75 | 1.03 | 45.00 | 34.95 |
| 12866 | 1 | CTN * | XOCONOTLE 10# | 15.25 | 15.25 | 2.35 | 8.25 | 35.11 |
| 20303 | 1 | CTN * | APRICOT VF 8's/LGR 24# | 30.75 | 30.75 | 1.97 | 16.53 | 34.96 |
| 20510 | 20 | CTN * | BANANA 4 CLR "CHIQUITA" | 19.00 | 380.00 | 0.73 | 204.00 | 34.93 |
| 20540 | 1 | CTN * | BANANA BABY (DOMINICO)15# | 13.00 | 13.00 | 1.33 | 6.95 | 34.84 |
| 21604 | 20 | CTN * | MELON CANTALOUPE 12CT 35# | 6.35 | 127.00 | 0.28 | 69.00 | 35.20 |
| 21919 | 20 | CTN * | NECTARINE W-FLESH VF 25# | 11.50 | 230.00 | 0.71 | 125.00 | 35.21 |
| 21911 | 20 | CTN * | NECTARINE YLW 56 VF 25# | 11.50 | 230.00 | 0.71 | 125.00 | 35.21 |
| 22215 | 10 | CTN * | PEACH YLW 56 VF 25# | 11.50 | 115.00 | 0.71 | 62.50 | 35.21 |
| 22218 | 10 | CTN * | PEACH W/FLESH VF 25# | 11.50 | 115.00 | 0.71 | 62.50 | 35.21 |
| 22616 | 5 | CTN * | PLUM BLACK 40/45 VF 28# | 16.25 | 81.25 | 0.89 | 43.35 | 34.79 |
| 22606 | 5 | CTN * | PLUM RED 40/45 VF 28# | 16.25 | 81.25 | 0.89 | 43.35 | 34.79 |
| 23028 | 3 | CTN * | TANGERINE MINNEOLA AUST. 22# | 29.50 | 88.50 | 2.06 | 47.46 | 34.91 |
| 10804 | 3 | CTN * | CABBAGE GREEN CELLO 45# | 14.50 | 43.50 | 0.50 | 24.00 | 35.56 |

| TOTALS | 170 | | | TOTAL | 2536.00 | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | SALES TAX | 0.00 | PAYMENT TERMS | | |
| | | | | INVOICE TOTAL | **$2536.00** | Net 21 Days | | |

7:00 / 10:00
NOTES:  NO DRK STP/PALLET CHARGE

799121   58459   MERCADO SUVIANDA #2
Pulp temp.     3   10°   180   0     33   nancy   marco?
1

PRINT NAME

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

DRIVER SIGNATURE



This invoice is printed on recycled paper.

**OK PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

Customer:  **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
   408/516-5100

**Ship To:**

**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1799325**
Page:    1

### THIS IS A CREDIT MEMO

| PURCHASE ORDER NUMBER<br>746880 | ROUTE | SALES REP<br>26 | SERVICE REP<br>PTSY | OK ORDER NUMBER<br>1798437 | | | INVOICE DATE<br>07/25/08 | | |
|---|---|---|---|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 13751 | | CTN | PEPPER MANZANO 10# | 49.00 | -49.00 | 0.00 | | |
| 12838 | | CTN | CACTUS LEAF 35# W/B | 8.75 | -17.50 | 0.00 | | |

| TOTALS | -3 | | | | | | | |
|---|---|---|---|---|---|---|---|---|

| TOTAL | -66.50 |
|---|---|
| SALES TAX | 0.00 |
| INVOICE TOTAL | **$-66.50** |

PAYMENT TERMS
**Net 21 Days**

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
  VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #:  47884    CDFA #:  A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

_____
DRIVER SIGNATURE

This invoice is printed on recycled paper.



**OK PRODUCE**

Customer: **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

**Ship To:**
MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1799347**
Page: 1

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

THIS IS A CREDIT MEMO

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | | INVOICE DATE |
|---|---|---|---|---|---|---|
| 750279 | | 26 | PTSY | 1798798 | | 07/25/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 13751 | | CTN | PEPPER MANZANO 10# | 49.00 | -49.00 | 0.00 | | |

| TOTALS | -1 | | | | | |
|---|---|---|---|---|---|---|
| | | | | TOTAL | -49.00 | |
| | | | | SALES TAX | 0.00 | PAYMENT TERMS |
| | | | | INVOICE TOTAL | $-49.00 | Net 21 Days |

**JAMBA JUICE & SMOOTHIES ARE HERE! CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

_____
DRIVER SIGNATURE

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.



Customer: 58459
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

**Ship To:**
**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1799378**
Page:     1

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| | 004 | 26 | AMAG | 1083881 | 07/26/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 12841 | 1 | CTN | ALOE VERA LEAVES 25# | 21.25 | 21.25 | 1.31 | 11.50 | 35.11 |
| 10210 | 1 | CTN | ASPARAGUS 11# | 26.75 | 26.75 | 3.74 | 14.39 | 34.98 |
| 40438 | 1 | CTN | BEAN GARBANZO "FRESH" 15# | 29.75 | 29.75 | 3.05 | 16.00 | 34.97 |
| 10804 | 5 | CTN | CABBAGE GREEN CELLO 45# | 14.50 | 72.50 | 0.50 | 40.00 | 35.56 |
| 10932 | 1 | CTN | CARROT GF CTN 50# | 13.25 | 13.25 | 0.41 | 7.25 | 35.37 |
| 10926 | 2 | BALE | CARROT TABLE 10/5# | 13.50 | 27.00 | 2.08 | 14.60 | 35.10 |
| 10927 | 2 | BALE | CARROT TABLE 24/2# | 13.50 | 27.00 | 0.87 | 14.76 | 35.34 |
| 10949 | 2 | CTN | CARROT W.P. MINI 40/1# | 24.50 | 49.00 | 0.94 | 26.20 | 34.84 |
| 11303 | 3 | CTN | CILANTRO 60 CT | 13.85 | 41.55 | 0.36 | 23.25 | 35.88 |
| 11607 | 2 | BSHL | CUCUMBER S/S 72 CT | 27.75 | 55.50 | 0.59 | 29.46 | 34.68 |
| 11606 | 10 | CTN | CUCUMBER PICKLING 25# | 10.50 | 105.00 | 0.65 | 57.50 | 35.38 |
| 12412 | 1 | CTN | HERB BUNCH BASIL 6 CT | 5.25 | 5.25 | 1.35 | 2.85 | 35.19 |
| 12424 | 2 | CTN | HERB BUNCH MINT 6 CT | 4.50 | 9.00 | 6.92 | 4.84 | 34.97 |
| 12441 | 2 | DOZ | HERB EPAZOTE 1 DZ BUNCH | 8.50 | 17.00 | 1.09 | 9.16 | 35.02 |
| 12466 | 2 | CTN | HERB VERDOLAGA "PURSLANE" 24CT | 8.00 | 16.00 | 0.51 | 8.48 | 34.64 |
| 12722 | 9 | CTN | LETTUCE CELLO 24 CT | 15.25 | 137.25 | 0.98 | 74.43 | 35.16 |
| 12715 | 1 | CTN | LETTUCE ROMAINE 24 CT | 12.50 | 12.50 | 0.80 | 6.70 | 34.90 |
| 12902 | 1 | CTN | MANN'S BROC/STIR FRY 6/1# | 12.50 | 12.50 | 3.21 | 6.76 | 35.10 |
| 12821 | 1 | CTN | MANN'S BROC/VEG MDLY 6/1# | 12.00 | 12.00 | 3.08 | 6.48 | 35.06 |
| 10615 | 1 | CTN | MANN'S BROC/WOKLY 6/1# | 10.75 | 10.75 | 2.76 | 5.81 | 35.08 |
| 13001 | 1 | FLT | MUSH WHT WHL 12/8 OZ | 14.00 | 14.00 | 1.79 | 7.48 | 34.82 |
| 13031 | 1 | FLT | MUSH WHT SLC 12/8OZ | 14.50 | 14.50 | 1.86 | 7.82 | 35.04 |
| 12851 | 2 | CTN | NOPALES DICED 12/1# | 16.00 | 32.00 | 2.05 | 17.20 | 34.96 |
| 13302 | 1 | SK | ONION BOILER 25# | 39.75 | 39.75 | 2.45 | 21.50 | 35.10 |
| 13306 | 5 | CTN | ONION GREEN 48 CT ICELESS | 11.85 | 59.25 | 0.38 | 31.95 | 35.03 |
| 13341 | 5 | SK | ONION WHITE MEDIUM 50# | 14.50 | 72.50 | 0.45 | 40.00 | 35.56 |
| 15705 | 5 | BG | ONION YELLOW MED 50# | 8.50 | 42.50 | 0.26 | 22.50 | 34.62 |
| 13411 | 1 | CTN | PARSLEY HYE 30 ct | 12.00 | 12.00 | 0.62 | 6.60 | 35.48 |
| 13741 | 8 | CTN | PEPPER BELL GREEN LG 25# | 13.50 | 108.00 | 0.83 | 58.00 | 34.94 |
| 13730 | 1 | CTN | PEPPER BELL RED 23# | 35.75 | 35.75 | 2.39 | 19.22 | 34.96 |
| 13772 | 1 | CTN | PEPPER BELL YELLOW 25# (CCF) | 39.00 | 39.00 | 2.40 | 21.00 | 35.00 |
| 13718 | 5 | W/B | PEPPER JALAPENO CHILE W/B | 24.00 | 120.00 | 0.97 | 64.30 | 34.89 |
| 13722 | 1 | W/B | PEPPER LONG GRN CHILE 25# | 17.75 | 17.75 | 1.14 | 9.61 | 35.12 |

| TOTALS | | | | TOTAL | | PAYMENT TERMS | | |
|---|---|---|---|---|---|---|---|---|
| | | | | SALES TAX | | | | |
| | | **(Continued)** | | INVOICE TOTAL | | | | |

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are    The seller of these commodities retains a trust claim over these commodities, all
sold subject to the statutory trust authorized by section 5(c) of the    invoices of food or other products derived from these commodities, and any receivable
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).    of proceeds from the sale of these commodities until full payment is received.    This invoice is printed on recycled paper.



Customer: **58459**
408/516-5100

Ship To:

MERCADO SUVIANDA #2 (SAN JOSE)     **MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST             **272 E. SANTA CLARA ST**
SAN JOSE, CA 95113                **SAN JOSE, CA 95113**
  408/516-5100

Invoice #
**1799378**
Page:   2

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| | 004 | 26 | AMAG | 1083881 | 07/26/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 13798 | 5 | W/B * | PEPPER PASILLA W/B 22# | 18.75 | 93.75 | 1.31 | 50.35 | 34.94 |
| 13738 | 1 | W/B * | PEPPER CHILE YELLOW 32# | 17.50 | 17.50 | 0.84 | 9.38 | 34.90 |
| 13807 | 1 | CTN * | POTATO RED "A" 50# | 25.25 | 25.25 | 0.78 | 13.75 | 35.26 |
| 13832 | 1 | CTN * | POTATO RUSSET  80 CT | 28.00 | 28.00 | 0.86 | 15.00 | 34.88 |
| 13815 | 4 | BALE * | POTATO RUSSET 10/5# | 13.50 | 54.00 | 2.08 | 29.20 | 35.10 |
| 14506 | 1 | CTN | SPROUT ALFALFA LIVE 12/4 OZ | 9.75 | 9.75 | 1.25 | 5.25 | 35.00 |
| 14612 | 10 | CTN | SQUASH ITALIAN FCY #1 | 11.75 | 117.50 | 0.72 | 62.50 | 34.72 |
| 14803 | 5 | W/B * | TOMATILLO W/B | 23.75 | 118.75 | 0.96 | 63.65 | 34.90 |
| 14918 | 30 | CTN * | TOMATO LOOSE LARGE 25# | 12.75 | 382.50 | 0.78 | 202.50 | 34.62 |
| 20105 | 5 | CTN | APPLE FUJI 100 CT | 39.00 | 195.00 | 1.50 | 105.00 | 35.00 |
| 20213 | 2 | CTN | APPLE GALA NEW ZEALAND 80/88CT | 49.75 | 99.50 | 1.91 | 53.30 | 34.88 |
| 20114 | 2 | CTN | APPLE GOLD DEL"PREM" 80/88CT | 34.00 | 68.00 | 1.31 | 36.80 | 35.11 |
| 20157 | 2 | CTN | APPLE GRNYSMTH PREM 80/88 CT | 36.50 | 73.00 | 1.40 | 39.00 | 34.82 |
| 20303 | 2 | CTN | APRICOT VF 8's/LGR 24# | 30.75 | 61.50 | 1.97 | 33.06 | 34.96 |
| 20510 | 25 | CTN | BANANA 4 CLR "CHIQUITA" | 19.00 | 475.00 | 0.73 | 255.00 | 34.93 |
| 20540 | 1 | CTN | BANANA BABY (DOMINICO)15# | 13.00 | 13.00 | 1.33 | 6.95 | 34.84 |
| 20545 | 1 | CTN | BANANA MACHO PLANTAIN 48# | 20.50 | 20.50 | 0.66 | 11.18 | 35.29 |
| 22809 | 5 | CTN * | BERRY STRWBRY LTD ED 8/1# | 10.75 | 53.75 | 2.07 | 29.05 | 35.08 |
| 20603 | 5 | CTN * | CHERRIES WA 11.5 ROW/LGR 18# | 24.50 | 122.50 | 2.09 | 65.60 | 34.88 |
| 20706 | 1 | CTN * | COCONUT-THAI SHAVED 9CT | 9.75 | 9.75 | 1.67 | 5.28 | 35.13 |
| 21204 | 2 | CTN | KIWI FRUIT TRI-LYR 99 CT | 17.75 | 35.50 | 1.09 | 19.00 | 34.86 |
| 21302 | 1 | CTN | LEMONS CHOICE 115 CT | 36.50 | 36.50 | 0.49 | 19.85 | 35.23 |
| 21517 | 70 | CTN | MANGO KENTS 12CT | 4.25 | 297.50 | 0.54 | 156.10 | 34.41 |
| 21604 | 40 | CTN | MELON CANTALOUPE 12CT 35# | 6.35 | 254.00 | 0.28 | 138.00 | 35.20 |
| 21625 | 1 | BIN | MELON WTRMLN BIN 700# | 150.00 | 150.00 | 0.33 | 81.00 | 35.06 |
| 21919 | 25 | CTN * | NECTARINE W-FLESH VF 25# | 11.50 | 287.50 | 0.71 | 156.25 | 35.21 |
| 21911 | 25 | CTN * | NECTARINE YLW 56 VF 25# | 11.50 | 287.50 | 0.71 | 156.25 | 35.21 |
| 22215 | 25 | CTN * | PEACH YLW 56 VF 25# | 11.50 | 287.50 | 0.71 | 156.25 | 35.21 |
| 22218 | 25 | CTN * | PEACH W/FLESH VF 25# | 11.50 | 287.50 | 0.71 | 156.25 | 35.21 |
| 22518 | 25 | CTN * | PINEAPPLE GOLD 8CT | 11.00 | 275.00 | 2.12 | 149.00 | 35.14 |
| 22616 | 10 | CTN * | PLUM BLACK 40/45 VF 28# | 16.25 | 162.50 | 0.89 | 86.70 | 34.79 |
| 22606 | 5 | CTN * | PLUM RED 40/45 VF 28# | 16.25 | 81.25 | 0.89 | 43.35 | 34.79 |
| 23028 | 5 | CTN * | TANGERINE MINNEOLA AUST. 22# | 29.50 | 147.50 | 2.06 | 79.10 | 34.91 |

| TOTALS | | | | TOTAL | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | SALES TAX | | | PAYMENT TERMS | |
| | | | (Continued) | INVOICE TOTAL | | | | |

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE



A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #:  47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are        The seller of these commodities retains a trust claim over these commodities, all
sold subject to the statutory trust authorized by section 5(c) of the     inventories of food or other products derived from these commodities, and any receivables
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).           of proceeds from the sale of these commodities until full payment is received.     This invoice is printed on recycled paper.



Customer: **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

**Ship To:**
**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1799378**
Page:   3

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

| PURCHASE ORDER NUMBER | ROUTE 004 | SALES REP 26 | SERVICE REP AMAG | OK ORDER NUMBER 1083881 | INVOICE DATE 07/26/08 |
|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 14240 | 1 | CTN | SALAD AMERICAN 6/12 OZ | 10.75 | 10.75 | 2.76 | 5.81 | 35.08 |
| 14128 | 1 | CTN | SALAD CRSP ROM GRDN 12/12oz | 14.00 | 14.00 | 1.79 | 7.48 | 34.82 |
| 14235 | 1 | CTN | SALAD ITALIAN 6/10 OZ | 10.75 | 10.75 | 2.76 | 5.81 | 35.08 |
| 14225 | 1 | CTN | SALAD KIT ASIAN SUPRM 6/13.9OZ | 15.25 | 15.25 | 3.91 | 8.21 | 35.00 |
| 14205 | 1 | CTN | SALAD KIT BLT CAESAR 6/10.5 OZ | 15.25 | 15.25 | 3.91 | 8.21 | 35.00 |
| 14224 | 1 | CTN | SALAD KIT SALSA ENSALADA 6/14OZ | 15.25 | 15.25 | 3.91 | 8.21 | 35.00 |

| TOTALS | 461 | | | | | | | |

| TOTAL | 6017.30 |
|---|---|
| SALES TAX | 0.00 |
| INVOICE TOTAL | **$6017.30** |

PAYMENT TERMS
**Net 21 Days**

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are      The seller of these commodities retains a trust claim over these commodities, all
sold subject to the statutory trust authorized by section 5(c) of the    inventories of food or other products derived from these commodities and any receivable
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).          of proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.



**OK PRODUCE**

P.O. Box 12838 - 1752 G Street
Fresno, CA  93779-2838
(559) 445-8500
www.okproduce.com

Customer:  **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

Ship To:
**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1799378**
Page:    3

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| | 004 | 26 | AMAG | 1083881 | 07/26/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 14240 | 1 | CTN | SALAD AMERICAN 6/12 OZ | 10.75 | 10.75 | 2.76 | 5.81 | 35.08 |
| 14128 | 1 | CTN | SALAD CRSP ROM GRDN 12/12oz | 14.00 | 14.00 | 1.79 | 7.48 | 34.82 |
| 14235 | 1 | CTN | SALAD ITALIAN 6/10 OZ | 10.75 | 10.75 | 2.76 | 5.81 | 35.08 |
| 14225 | 1 | CTN | SALAD KIT ASIAN SUPRM 6/13.9OZ | 15.25 | 15.25 | 3.91 | 8.21 | 35.00 |
| 14205 | 1 | CTN | SALAD KIT BLT CAESAR 6/10.5 OZ | 15.25 | 15.25 | 3.91 | 8.21 | 35.00 |
| 14224 | 1 | CTN | SALAD KIT SALSA ENSALADA 6/14OZ | 15.25 | 15.25 | 3.91 | 8.21 | 35.00 |

| 1799378 | 58459 | MERCADO SUVIANDA #2 | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Pulp temp. | 9:15 | 11:00 | | 11  13 | | |

| TOTALS | 461 | | | TOTAL | 6017.30 |
|---|---|---|---|---|---|

| | |
|---|---|
| SALES TAX | 0.00 |
| INVOICE TOTAL | **$6017.30** |

PAYMENT TERMS
Net 21 Days

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

_____  DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #:  47884    CDFA #:  A6504

The perishable agricultural commodities listed on this invoice are    The seller of these commodities retains a trust claim over these commodities, all
sold subject to the statutory trust authorized by section 5(c) of the    inventories of food or other products derived from these commodities, and any receivable
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).    of proceeds from the sale of these commodities until full payment is received.    This invoice is printed on recycled paper.



**OK PRODUCE**

Customer: **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
   408/516-5100

**Ship To:**

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1799613**
Page: 1

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

| PURCHASE ORDER NUMBER | ROUTE 018 | SALES REP 26 | SERVICE REP MP | OK ORDER NUMBER 1083996 | INVOICE DATE 07/28/08 |
|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 10306 | 1 | CTN * | BEAN GREEN 30# | 28.75 | 28.75 | 1.47 | 15.35 | 34.81 |
| 10403 | 1 | CTN | BEET W-TOPS 12 CT | 12.50 | 12.50 | 1.60 | 6.70 | 34.90 |
| 10505 | 1 | CTN | BOK CHOY BABY 30# | 19.75 | 19.75 | 1.01 | 10.55 | 34.82 |
| 11303 | 4 | CTN * | CILANTRO 60 CT | 13.85 | 55.40 | 0.36 | 31.00 | 35.88 |
| 11508 | 5 | CTN * | CORN WHITE 48 CT | 15.75 | 78.75 | 0.50 | 41.25 | 34.38 |
| 11607 | 1 | BSHL * | CUCUMBER S/S 72 CT | 27.75 | 27.75 | 0.59 | 14.73 | 34.68 |
| 11606 | 6 | CTN * | CUCUMBER PICKLING 25# | 10.75 | 64.50 | 0.66 | 34.50 | 34.85 |
| 11402 | 1 | CTN | GRNS COLLARD 24 CT | 14.00 | 14.00 | 0.90 | 7.60 | 35.19 |
| 13102 | 1 | CTN | GRNS MUSTARD CURLY 24 CT | 14.00 | 14.00 | 0.90 | 7.60 | 35.19 |
| 15601 | 1 | CTN * | GUAJES 10# | 23.75 | 23.75 | 3.65 | 12.75 | 34.93 |
| 12412 | 2 | CTN * | HERB BUNCH BASIL 6 CT | 5.25 | 10.50 | 1.35 | 5.70 | 35.19 |
| 12424 | 2 | CTN * | HERB BUNCH MINT 6 CT | 4.50 | 9.00 | 6.92 | 4.84 | 34.97 |
| 12441 | 2 | DOZ * | HERB EPAZOTE 1 DZ BUNCH | 8.50 | 17.00 | 1.09 | 9.16 | 35.02 |
| 12722 | 4 | CTN * | LETTUCE CELLO 24 CT | 15.25 | 61.00 | 0.98 | 33.08 | 35.16 |
| 12710 | 1 | CTN * | LETTUCE GREEN LEAF 24 CT | 12.50 | 12.50 | 0.80 | 6.70 | 34.90 |
| 12712 | 1 | CTN * | LETTUCE RED LEAF 24 CT | 12.50 | 12.50 | 0.80 | 6.70 | 34.90 |
| 12715 | 1 | CTN * | LETTUCE ROMAINE 24 CT | 12.50 | 12.50 | 0.80 | 6.70 | 34.90 |
| 13001 | 1 | FLT * | MUSH WHT WHL 12/8 OZ | 14.00 | 14.00 | 1.79 | 7.48 | 34.82 |
| 13306 | 6 | CTN * | ONION GREEN 48 CT ICELESS | 11.85 | 71.10 | 0.38 | 38.34 | 35.03 |
| 13363 | 5 | CTN * | ONION GREEN MEXICAN 2 DOZ | 12.75 | 63.75 | 0.82 | 34.65 | 35.21 |
| 13341 | 10 | SK * | ONION WHITE MEDIUM 50# | 14.50 | 145.00 | 0.45 | 80.00 | 35.56 |
| 13338 | 1 | BALE * | ONION WHITE 16/3# | 19.00 | 19.00 | 1.83 | 10.28 | 35.11 |
| 15705 | 3 | BG * | ONION YELLOW MED 50# | 8.50 | 25.50 | 0.26 | 13.50 | 34.62 |
| 13344 | 1 | BALE * | ONION YELLOW 16/3# | 14.25 | 14.25 | 1.37 | 7.67 | 34.99 |
| 13702 | 1 | CTN * | PEPPER HABANERO 5# | 40.00 | 40.00 | 12.31 | 21.55 | 35.01 |
| 13738 | 2 | W/B * | PEPPER CHILE YELLOW 32# | 17.50 | 35.00 | 0.84 | 18.76 | 34.90 |
| 13832 | 1 | CTN * | POTATO RUSSET 80 CT | 28.00 | 28.00 | 0.86 | 15.00 | 34.88 |
| 13815 | 5 | BALE * | POTATO RUSSET 10/5# | 13.50 | 67.50 | 2.08 | 36.50 | 35.10 |
| 13823 | 5 | BALE * | POTATO RUSSET 5/10# | 12.50 | 62.50 | 3.85 | 33.75 | 35.06 |
| 14008 | 1 | CTN * | RADISH W-TOPS 48 CT | 13.85 | 13.85 | 0.44 | 7.27 | 34.42 |
| 14612 | 6 | CTN * | SQUASH ITALIAN FCY #1 | 11.75 | 70.50 | 0.72 | 37.50 | 34.72 |
| 14635 | 5 | CTN * | SQUASH MEXICAN (GREY) | 10.50 | 52.50 | 0.67 | 27.90 | 34.70 |
| 14918 | 15 | CTN * | TOMATO LOOSE LARGE 25# | 12.75 | 191.25 | 0.78 | 101.25 | 34.62 |

| TOTALS | | | **(Continued)** | TOTAL | | PAYMENT TERMS | | |
|---|---|---|---|---|---|---|---|---|
| | | | | SALES TAX | | | | |
| | | | | INVOICE TOTAL | | | | |

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884   CDFA #: A6504

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).   The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivable or proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.



Customer: **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

**Ship To:**

**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1799613**
Page: 2

P.O. Box 12838 – 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

| PURCHASE ORDER NUMBER | ROUTE 018 | SALES REP 26 | SERVICE REP MP | OK ORDER NUMBER 1083996 | | | INVOICE DATE 07/28/08 |
|---|---|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 20303 | 1 | CTN | APRICOT VF 8's/LGR 24# | 30.75 | 30.75 | 1.97 | 16.53 | 34.96 |
| 20439 | 8 | CTN * | AVOCADO HASS PREC 60CT | 41.85 | 334.80 | 1.07 | 178.80 | 34.81 |
| 20509 | 20 | CTN * | BANANA 3 CLR "CHIQUITA" | 19.00 | 380.00 | 0.73 | 204.00 | 34.93 |
| 20540 | 1 | CTN * | BANANA BABY (DOMINICO)15# | 13.00 | 13.00 | 1.33 | 6.95 | 34.84 |
| 20507 | 1 | CTN * | BANANA BURRO "COLOR" 40# | 12.25 | 12.25 | 0.47 | 6.55 | 34.84 |
| 20544 | 1 | CTN * | BANANA MACHO (COLOR) 48# | 21.50 | 21.50 | 0.69 | 11.62 | 35.08 |
| 22809 | 5 | CTN * | BERRY STRWBRY LTD ED 8/1# | 10.75 | 53.75 | 2.07 | 29.05 | 35.08 |
| 21110 | 3 | CTN * | GRAPES GREEN SEEDLESS 19# | 18.00 | 54.00 | 1.46 | 29.22 | 35.11 |
| 21124 | 3 | CTN * | GRAPES RED SEEDLESS 19# | 17.00 | 51.00 | 1.38 | 27.66 | 35.16 |
| 21410 | 2 | CTN * | LIME KEY 17/2# | 16.00 | 32.00 | 1.45 | 17.30 | 35.09 |
| 21517 | 30 | CTN * | MANGO KENTS 12CT | 4.25 | 127.50 | 0.54 | 66.90 | 34.41 |
| 21604 | 10 | CTN * | MELON CANTALOUPE 12CT 35# | 6.25 | 62.50 | 0.27 | 32.00 | 33.86 |
| 21625 | 2 | BIN | MELON WTRMLN BIN 700# | 150.00 | 300.00 | 0.33 | 162.00 | 35.06 |
| 21919 | 10 | CTN * | NECTARINE W-FLESH VF 25# | 13.75 | 137.50 | 0.85 | 75.00 | 35.29 |
| 21911 | 10 | CTN * | NECTARINE YLW 56 VF 25# | 12.75 | 127.50 | 0.78 | 67.50 | 34.62 |
| 22038 | 1 | BIN | ORANGES BIN 75/8# | 165.00 | 165.00 | 3.69 | 111.75 | 40.38 |
| 22109 | 10 | CTN * | PAPAYA MARADOL "PREMIUM" 33# | 21.85 | 218.50 | 1.02 | 118.10 | 35.09 |
| 22215 | 10 | CTN * | PEACH YLW 56 VF 25# | 12.75 | 127.50 | 0.78 | 67.50 | 34.62 |
| 22218 | 10 | CTN * | PEACH W/FLESH VF 25# | 13.75 | 137.50 | 0.85 | 75.00 | 35.29 |
| 22518 | 10 | CTN * | PINEAPPLE GOLD 8CT | 11.50 | 115.00 | 2.21 | 61.80 | 34.95 |

| TOTALS | 251 | | | | | | | |

| TOTAL | 3889.40 |
|---|---|
| SALES TAX | 0.00 |
| INVOICE TOTAL | **$3889.40** |

PAYMENT TERMS
**Net 21 Days**

**JAMBA JUICE & SMOOTHIES ARE HERE! CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

DATE

1799613 | 58457 MERCADO SUVIANDA
Pulp temp.

7:00 / 10:00
NOTES: NO DRK STP/PALLET CHARGE

80°

7 / Gilderdo

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884  CDFA#: A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable

DRIVER SIGNATURE





**OK PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

Customer:  **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
  408/516-5100

Ship To:

**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1799772**
Page:  **1**

THIS IS A CREDIT MEMO

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | | INVOICE DATE |
|---|---|---|---|---|---|---|
| 744457 | | 26 | MGAR | 1798798 | | 07/28/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 13840 | | CTN | POTATO WHITE ROSE #1 50# | 7.50 | -75.00 | 0.00 | | |

| TOTALS | -10 | | | | | |
|---|---|---|---|---|---|---|
| | | | | TOTAL | -75.00 | |
| | | | | SALES TAX | 0.00 | PAYMENT TERMS |
| | | | | INVOICE TOTAL | **$-75.00** | **Net 21 Days** |

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
  VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #:  47884    CDFA #:  A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

 This invoice is printed on recycled paper.



**OK PRODUCE**

Customer: **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
  408/516-5100

Ship To:

**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1799773**
Page:    1

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

THIS IS A CREDIT MEMO

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | | INVOICE DATE |
|---|---|---|---|---|---|---|
| 744457 | | 26 | MGAR | 1798961 | | 07/28/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 13840 | | CTN | POTATO WHITE ROSE #1 50# | 7.50 | -22.50 | 0.00 | | |

| TOTALS | -3 | | | | | |
|---|---|---|---|---|---|---|
| | | | TOTAL | -22.50 | | |
| | | | SALES TAX | 0.00 | PAYMENT TERMS | |
| | | | INVOICE TOTAL | $-22.50 | Net 21 Days | |

**JAMBA JUICE & SMOOTHIES ARE HERE! CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #:  47884    CDFA #:  A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.



This invoice is printed on recycled paper.



**Customer:** **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
 408/516-5100

**Ship To:**
**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1799984**
Page: 1

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

| PURCHASE ORDER NUMBER | ROUTE 004 | SALES REP 26 | SERVICE REP AMAG | OK ORDER NUMBER 1084107 | INVOICE DATE 07/29/08 |
|---|---|---|---|---|---|

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 10305 | 1 | CTN | BEAN FAVA (FRESH) 25# | 23.75 | 23.75 | 1.46 | 12.75 | 34.93 |
| 13895 | 1 | BIN | POTATO RUSSET BIN 225/8LB | 405.00 | 405.00 | 2.77 | 218.25 | 35.02 |
| 13713 | 1 | CTN | PEPPER BELL YELLOW 23# | 45.00 | 45.00 | 3.01 | 24.23 | 35.00 |
| 10210 | 1 | CTN * | ASPARAGUS 11# | 28.50 | 28.50 | 3.99 | 15.39 | 35.06 |
| 10306 | 1 | CTN * | BEAN GREEN 30# | 28.75 | 28.75 | 1.47 | 15.35 | 34.81 |
| 10403 | 1 | CTN * | BEET W-TOPS 12 CT | 11.85 | 11.85 | 1.52 | 6.39 | 35.03 |
| 13730 | 1 | CTN * | PEPPER BELL RED 23# | 30.75 | 30.75 | 2.06 | 16.63 | 35.10 |
| 11009 | 3 | CTN * | CAULIFLOWER 9 CT | 9.95 | 29.85 | 1.70 | 16.05 | 34.97 |
| 11004 | 6 | CTN * | CAULIFLOWER 12 CT | 10.50 | 63.00 | 1.35 | 34.20 | 35.19 |
| 11619 | 15 | BSHL * | CUCUMBER SELECT 84 CT | 17.00 | 255.00 | 0.31 | 135.60 | 34.72 |
| 15601 | 1 | CTN | GUAJES 10# | 25.75 | 25.75 | 3.96 | 13.85 | 34.97 |
| 12412 | 1 | CTN | HERB BUNCH BASIL 6 CT | 5.25 | 5.25 | 1.35 | 2.85 | 35.19 |
| 12424 | 1 | CTN | HERB BUNCH MINT 6 CT | 4.50 | 4.50 | 6.92 | 2.42 | 34.97 |
| 12441 | 1 | DOZ * | HERB EPAZOTE 1 DZ BUNCH | 8.50 | 8.50 | 1.09 | 4.58 | 35.02 |
| 12722 | 3 | CTN * | LETTUCE CELLO 24 CT | 14.75 | 44.25 | 0.95 | 24.15 | 35.31 |
| 13001 | 1 | FLT | MUSH WH WHL 12/8 OZ | 14.00 | 14.00 | 1.79 | 7.48 | 34.82 |
| 13306 | 3 | CTN * | ONION GREEN 48 CT ICELESS | 12.25 | 36.75 | 0.39 | 19.41 | 34.56 |
| 13363 | 3 | CTN * | ONION GREEN MEXICAN 2 DOZ | 12.75 | 38.25 | 0.82 | 20.79 | 35.21 |
| 13341 | 4 | SK * | ONION WHITE MEDIUM 50# | 15.50 | 62.00 | 0.48 | 34.00 | 35.42 |
| 15705 | 3 | BG * | ONION YELLOW MED 50# | 8.50 | 25.50 | 0.26 | 13.50 | 34.62 |
| 13610 | 1 | CTN * | PEA SNOW CHINA 10# | 24.00 | 24.00 | 3.69 | 12.90 | 34.96 |
| 12831 | 1 | CTN * | PEPPER CHILACA FRESH 10# | 16.00 | 16.00 | 2.46 | 8.60 | 34.96 |
| 13718 | 4 | W/B * | PEPPER JALAPENO CHILE W/B | 24.00 | 96.00 | 0.97 | 51.44 | 34.89 |
| 13722 | 1 | W/B * | PEPPER LONG GRN CHILE 25# | 17.75 | 17.75 | 1.14 | 9.61 | 35.12 |
| 13840 | 3 | CTN * | POTATO WHITE ROSE #1 50# | 31.25 | 93.75 | 0.96 | 50.25 | 34.90 |
| 14401 | 1 | CTN * | SPINACH 24 CT | 18.75 | 18.75 | 1.20 | 10.05 | 34.90 |
| 14612 | 5 | CTN * | SQUASH ITALIAN FCY #1 | 13.75 | 68.75 | 0.85 | 37.50 | 35.29 |
| 14635 | 5 | CTN * | SQUASH MEXICAN (GREY) | 10.50 | 52.50 | 0.67 | 27.90 | 34.70 |
| 14803 | 5 | W/B * | TOMATILLO W/B | 23.75 | 118.75 | 0.96 | 63.65 | 34.90 |
| 14921 | 10 | CTN * | TOMATO ROMA 25# | 16.75 | 167.50 | 1.03 | 90.00 | 34.95 |
| 20105 | 3 | CTN * | APPLE FUJI 100 CT | 39.00 | 117.00 | 1.50 | 63.00 | 35.00 |
| 20113 | 1 | CTN | APPLE GALA CHILEAN 80/90 CT | 44.75 | 44.75 | 1.72 | 24.05 | 34.96 |
| 20114 | 1 | CTN * | APPLE GOLD DEL"PREM" 80/88CT | 34.00 | 34.00 | 1.31 | 18.40 | 35.11 |

| TOTALS | | | | TOTAL | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | SALES TAX | | PAYMENT TERMS | | |
| | | **(Continued)** | | INVOICE TOTAL | | | | |

DATE

CUSTOMER SIGNATURE

PRINT NAME

DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).     The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivable or proceeds from the sale of these commodities until full payment is received.     This invoice is printed on recycled paper.



**OK PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

| Customer: 58459 | Ship To: | Invoice # |
| --- | --- | --- |
| 408/516-5100 | | 1799984 |
| | | Page: 2 |
| MERCADO SUVIANDA #2 (SAN JOSE) | MERCADO SUVIANDA #2 (SAN JOSE) | |
| 272 E. SANTA CLARA ST | 272 E. SANTA CLARA ST | |
| SAN JOSE, CA 95113 | SAN JOSE, CA 95113 | |
| 408/516-5100 | | |

| PURCHASE ORDER NUMBER | ROUTE 004 | SALES REP 26 | SERVICE REP AMAG | OK ORDER NUMBER 1084107 | INVOICE DATE 07/29/08 |
| --- | --- | --- | --- | --- | --- |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 20157 | 1 | CTN * | APPLE GRNYSMTH PREM 80/88 CT | 36.50 | 36.50 | 1.40 | 19.50 | 34.82 |
| 20439 | 5 | CTN * | AVOCADO HASS PREC 60CT | 41.85 | 209.25 | 1.07 | 111.75 | 34.81 |
| 20509 | 30 | CTN * | BANANA 3 CLR "CHIQUITA" | 19.00 | 570.00 | 0.73 | 306.00 | 34.93 |
| 22809 | 8 | CTN * | BERRY STRWBRY LTD ED 8/1# | 11.75 | 94.00 | 2.26 | 50.64 | 35.01 |
| 21010 | 1 | CTN * | GRAPEFRUIT 40 CT | 16.00 | 16.00 | 0.62 | 8.80 | 35.48 |
| 21110 | 4 | CTN * | GRAPES GREEN SEEDLESS 19# | 18.00 | 72.00 | 1.46 | 38.96 | 35.11 |
| 21124 | 4 | CTN * | GRAPES RED SEEDLESS 19# | 17.00 | 68.00 | 1.38 | 36.88 | 35.16 |
| 21302 | 1 | CTN * | LEMONS CHOICE 115 CT | 36.50 | 36.50 | 0.49 | 19.85 | 35.23 |
| 21410 | 5 | CTN * | LIME KEY 17/2# | 15.00 | 75.00 | 1.36 | 40.60 | 35.12 |
| 21517 | 20 | CTN * | MANGO KENTS 12CT | 4.25 | 85.00 | 0.64 | 68.60 | 44.66 |
| 21604 | 30 | CTN * | MELON CANTALOUPE 12CT 35# | 6.85 | 205.50 | 0.30 | 109.50 | 34.76 |
| 21617 | 1 | LB * | MELON HONEYDEW BIN 700# | 140.00 | 140.00 | 0.31 | 77.00 | 35.48 |
| 21911 | 20 | CTN * | NECTARINE YLW 56 VF 25# | 11.50 | 230.00 | 0.71 | 125.00 | 35.21 |
| 22038 | 1 | BIN | ORANGES BIN 75/8# | 170.00 | 170.00 | 3.49 | 91.75 | 35.05 |
| 22109 | 10 | CTN * | PAPAYA MARADOL "PREMIUM" 33# | 22.50 | 225.00 | 1.05 | 121.50 | 35.06 |
| 22215 | 20 | CTN * | PEACH YLW 56 VF 25# | 11.50 | 230.00 | 0.71 | 125.00 | 35.21 |
| 22351 | 1 | BIN | PEAR BARTLETT BIN 650# | 190.00 | 190.00 | 0.45 | 102.50 | 35.04 |
| 22518 | 15 | CTN * | PINEAPPLE GOLD 8CT | 11.50 | 172.50 | 2.21 | 92.70 | 34.95 |
| 23022 | 10 | CTN * | TANGERINE MANDARIN AUST 22# | 29.00 | 290.00 | 2.03 | 156.60 | 35.06 |
| 14904 | 12 | FLT | TOMATO 4X5 2-LAYER 22# | 12.25 | 147.00 | 0.94 | 78.60 | 34.84 |

NOTES: NO DRK STP/PALLET EXCHANGE

| 1799984 | 58459 MERCADO SUVIANDA #2 |
| --- | --- |
| | Pulp temp. |

| TOTALS | 292 | | TOTAL | 5317.95 | PAYMENT TERMS |
| --- | --- | --- | --- | --- | --- |
| | | | SALES TAX | 0.00 | Net 21 Days |
| | | | INVOICE TOTAL | $5317.95 | |

**JAMBA JUICE & SMOOTHIES ARE HERE!  CONTACT YOUR SALES REP TO GET ALL 6
VARIETIES IN YOUR STORE.**

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #:  47884    CDFA #:  A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.

_____
DRIVER SIGNATURE



This invoice is printed on recycled paper.



**CK PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA 93779-2838
(559) 445-8600
www.okproduce.com

Customer: 58459
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
    408/516-5100

**Ship To:**

**MERCADO SUVIANDA #2 (SAN JOSE)**
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1800184**
Page: 1

| PURCHASE ORDER NUMBER | ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|---|
| | 017 | 26 | CMAR | 1084337 | 07/30/08 |

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 10403 | 3 | CTN * | BEET W-TOPS 12 CT | 11.85 | 35.55 | 1.52 | 19.17 | 35.03 |
| 10604 | 2 | CTN | BROCCOLI CROWN 20# | 11.75 | 23.50 | 0.90 | 12.50 | 34.72 |
| 10804 | 1 | CTN * | CABBAGE GREEN CELLO 45# | 14.50 | 14.50 | 0.50 | 8.00 | 35.56 |
| 10932 | 1 | CTN * | CARROT GF CTN 50# | 13.25 | 13.25 | 0.41 | 7.25 | 35.37 |
| 10926 | 1 | BALE * | CARROT TABLE 10/5# | 13.50 | 13.50 | 2.08 | 7.30 | 35.10 |
| 10927 | 1 | BALE * | CARROT TABLE 24/2# | 13.50 | 13.50 | 0.87 | 7.38 | 35.34 |
| 10949 | 1 | CTN * | CARROT W.P. MINI 40/1# | 24.50 | 24.50 | 0.94 | 13.10 | 34.84 |
| 10942 | 1 | CTN | CARROT PETITE MICRO 12/12OZ | 12.25 | 12.25 | 1.57 | 6.59 | 34.98 |
| 11004 | 15 | CTN * | CAULIFLOWER 12 CT | 10.50 | 157.50 | 1.35 | 85.50 | 35.19 |
| 11619 | 25 | BSHL * | CUCUMBER SELECT 84 CT | 17.00 | 425.00 | 0.31 | 226.00 | 34.72 |
| 12412 | 1 | CTN | HERB BUNCH BASIL 6 CT | 5.25 | 5.25 | 1.35 | 2.85 | 35.19 |
| 12424 | 1 | CTN | HERB BUNCH MINT 6 CT | 4.50 | 4.50 | 6.92 | 2.42 | 34.97 |
| 12441 | 1 | DOZ * | HERB EPAZOTE 1 DZ BUNCH | 8.50 | 8.50 | 1.09 | 4.58 | 35.02 |
| 12722 | 10 | CTN * | LETTUCE CELLO 24 CT | 14.75 | 147.50 | 0.95 | 80.50 | 35.31 |
| 12717 | 1 | CTN | LETTUCE ROMAINE HRTS 12/3 pk | 18.50 | 18.50 | 2.37 | 9.94 | 34.95 |
| 12821 | 1 | CTN | MANN'S BROC/VEG MDLY 6/1# | 12.00 | 12.00 | 3.08 | 6.48 | 35.06 |
| 10615 | 1 | CTN | MANN'S BROC/WOKLY 6/1# | 10.75 | 10.75 | 2.76 | 5.81 | 35.08 |
| 13001 | 1 | FLT | MUSH WHT WHL 12/8 OZ | 14.00 | 14.00 | 1.79 | 7.48 | 34.82 |
| 13031 | 1 | FLT | MUSH WHT SLC 12/8OZ | 14.50 | 14.50 | 1.86 | 7.82 | 35.04 |
| 12851 | 1 | CTN * | NOPALES DICED 12/1# | 16.00 | 16.00 | 2.05 | 8.60 | 34.96 |
| 13341 | 4 | SK * | ONION WHITE MEDIUM 50# | 15.50 | 62.00 | 0.48 | 34.00 | 35.42 |
| 15705 | 4 | BG * | ONION YELLOW MED 50# | 8.50 | 34.00 | 0.26 | 18.00 | 34.62 |
| 13730 | 1 | CTN * | PEPPER BELL RED 23# | 30.75 | 30.75 | 2.06 | 16.63 | 35.10 |
| 13722 | 1 | W/B * | PEPPER LONG GRN CHILE 25# | 17.75 | 17.75 | 1.14 | 9.61 | 35.12 |
| 13738 | 1 | W/B * | PEPPER CHILE YELLOW 32# | 17.50 | 17.50 | 0.84 | 9.38 | 34.90 |
| 13840 | 3 | CTN * | POTATO WHITE ROSE #1 50# | 31.25 | 93.75 | 0.96 | 50.25 | 34.90 |
| 14401 | 2 | CTN * | SPINACH 24 CT | 18.75 | 37.50 | 1.20 | 20.10 | 34.90 |
| 14507 | 1 | CTN | SPROUT BEAN CELLO 12/16 OZ | 8.75 | 8.75 | 1.12 | 4.69 | 34.90 |
| 14904 | 15 | FLT * | TOMATO 4X5 2-LAYER 22# | 15.75 | 236.25 | 1.21 | 126.75 | 34.92 |
| 14921 | 15 | CTN * | TOMATO ROMA 25# | 16.75 | 251.25 | 1.03 | 135.00 | 34.95 |
| 12866 | 1 | CTN * | XOCONOTLE 10# | 15.25 | 15.25 | 2.35 | 8.25 | 35.11 |
| 20105 | 6 | CTN | APPLE FUJI 100 CT | 39.00 | 234.00 | 1.50 | 126.00 | 35.00 |
| 20113 | 1 | CTN | APPLE GALA CHILEAN 80/90 CT | 44.75 | 44.75 | 1.72 | 24.05 | 34.96 |

| TOTALS | | | | TOTAL | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | SALES TAX | | PAYMENT TERMS | | |
| | | **(Continued)** | | INVOICE TOTAL | | | | |

_____
DATE

_____
CUSTOMER SIGNATURE

_____
PRINT NAME

_____
DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is
an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic Reg #: 47884    CDFA #: A6504

The perishable agricultural commodities listed on this invoice are
sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivable
of proceeds from the sale of these commodities until full payment is received.



This invoice is printed on recycled paper.



**OK PRODUCE**

P.O. Box 12838 - 1762 G Street
Fresno, CA  93779-2838
(559) 445-8600
www.okproduce.com

Customer: **58459**
408/516-5100

MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113
408/516-5100

Ship To:
MERCADO SUVIANDA #2 (SAN JOSE)
272 E. SANTA CLARA ST
SAN JOSE, CA 95113

Invoice #
**1800184**
Page:   **2**

| ROUTE | SALES REP | SERVICE REP | OK ORDER NUMBER | INVOICE DATE |
|---|---|---|---|---|
| 017 | 26 | CMAR | 1084337 | 07/30/08 |

PURCHASE ORDER NUMBER

| ITEM # | QTY | PACK/SIZE | DESCRIPTION | UNIT PRICE | EXTENSION | RET PRICE | RET PROFIT | RET GP% |
|---|---|---|---|---|---|---|---|---|
| 20114 | 1 | CTN | APPLE GOLD DEL"PREM" 80/88CT | 34.00 | 34.00 | 1.31 | 18.40 | 35.11 |
| 20157 | 1 | CTN | APPLE GRNYSMTH PREM 80/88 CT | 36.50 | 36.50 | 1.40 | 19.50 | 34.82 |
| 20303 | 1 | CTN | APRICOT VF 8's/LGR 24# | 30.75 | 30.75 | 1.97 | 16.53 | 34.96 |
| 20509 | 35 | CTN | BANANA 3 CLR "CHIQUITA" | 19.00 | 665.00 | 0.73 | 357.00 | 34.93 |
| 20603 | 10 | CTN | CHERRIES WA 10.5 ROW CMI LABEL | 24.50 | 245.00 | 2.09 | 131.20 | 34.88 |
| 21010 | 2 | CTN | GRAPEFRUIT 40 CT | 16.00 | 32.00 | 0.62 | 17.60 | 35.48 |
| 21204 | 2 | CTN | KIWI FRUIT TRI-LYR 99 CT | 17.75 | 35.50 | 1.09 | 19.00 | 34.86 |
| 21302 | 1 | CTN | LEMONS CHOICE 115 CT | 36.50 | 36.50 | 0.49 | 19.85 | 35.23 |
| 21410 | 7 | CTN | LIME KEY 17/2# | 15.00 | 105.00 | 1.36 | 56.84 | 35.12 |
| 21517 | 20 | CTN | MANGO KENTS 12CT | 5.00 | 100.00 | 0.64 | 53.60 | 34.90 |
| 21604 | 25 | CTN | MELON CANTALOUPE 12CT 35# | 6.85 | 171.25 | 0.30 | 91.25 | 34.76 |
| 21617 | 2 | LB | MELON HONEYDEW BIN 700# | 140.00 | 280.00 | 0.31 | 154.00 | 35.48 |
| 21625 | 1 | BIN | MELON WTRMLN BIN 700# | 150.00 | 150.00 | 0.33 | 81.00 | 35.06 |
| 21911 | 20 | CTN | NECTARINE YLW 56 VF 25# | 11.50 | 230.00 | 0.71 | 125.00 | 35.21 |
| 22038 | 1 | BIN | ORANGES BIN 75/8# | 170.00 | 170.00 | 3.49 | 91.75 | 35.05 |
| 22109 | 3 | CTN | PAPAYA MARADOL "PREMIUM" 33# | 22.50 | 67.50 | 1.05 | 36.45 | 35.06 |
| 22215 | 20 | CTN | PEACH YLW 56 VF 25# | 11.50 | 230.00 | 0.71 | 125.00 | 35.21 |
| 22330 | 1 | CTN | PEAR BOSC 90/100 CT 40# | 36.00 | 36.00 | 1.38 | 19.20 | 34.78 |
| 22518 | 20 | CTN | PINEAPPLE GOLD 8CT | 11.50 | 230.00 | 2.21 | 123.60 | 34.95 |
| 23022 | 20 | CTN | TANGERINE MANDARIN AUST 22# | 29.00 | 580.00 | 2.03 | 313.20 | 35.06 |
| 14240 | 1 | CTN | SALAD AMERICAN 6/12 OZ | 10.75 | 10.75 | 2.76 | 5.81 | 35.08 |
| 14128 | 1 | CTN | SALAD CRSP ROM GRDN 12/12oz | 14.00 | 14.00 | 1.79 | 7.48 | 34.82 |
| 14235 | 1 | CTN | SALAD ITALIAN 6/10 OZ | 10.75 | 10.75 | 2.76 | 5.81 | 35.08 |
| 40205 | 2 | CTN | APPLE CHIPS CARAMEL 12/2.5oz | 14.50 | 29.00 | 1.86 | 15.64 | 35.04 |
| 40207 | 1 | CTN | APPLE CHIPS GOLDEN DEL 12/2.5oz | 14.50 | 14.50 | 1.86 | 7.82 | 35.04 |
| 40208 | 1 | CTN | APPLE CHIPS GRANNYSMITH 12/2.5oz | 14.50 | 14.50 | 1.86 | 7.82 | 35.04 |
| 35911 | 1 | CTN | DRD FRT "WF" BANANA CHIPS 30/18OZ. | 53.50 | 53.50 | 2.74 | 28.70 | 34.91 |

06:00 / 8:00
NOTES: NO DARK STOP/PALLET EXCH.

800184  58459  MERCADO SUVIANDA #2
Pulp temp.

| TOTALS | 326 |
|---|---|

| SALES TAX | 0.00 |
|---|---|
| INVOICE TOTAL | $5680.05 |

PAYMENT TERMS
Net 21 Days

**JAMBA JUICE & SMOOTHIES ARE HERE! CONTACT YOUR SALES REP TO GET ALL 6 VARIETIES IN YOUR STORE.**

DATE

CUSTOMER SIGNATURE

PRINT NAME

DRIVER SIGNATURE

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE.

State of CA Organic  Reg #:  47884    CDFA #:  A6504

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)).

The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivable or proceeds from the sale of these commodities until full payment is received.

This invoice is printed on recycled paper.



**Melissa Garcia**

| | |
|---|---|
| **From:** | Melissa Garcia |
| **Sent:** | Monday, August 04, 2008 11:14 AM |
| **To:** | 'Elena Perez' |
| **Subject:** | re voided credit #759708 |
| **Importance:** | High |

voided cr #759708 for 59.50 per Sergio- product not ok's .
Please email sgarcia@okproduce.com for further info.

Please note a temp charge back will be sitting on the account until resolved.

Thanks.

*Melissa Garcia*
*OK Produce*
*(559) 443-8300x509*
mgarcia@okproduce.com

*Please consider the environment before printing this message.*

KimoMex Markets, INC
P.O.Box 641298
San Jose Ca 95164

Page:

RECEIVED AUG 0 4 2008

| VendorID | Vendor Name | Check Name | | Payment Number | Check Date | Check Number |
|---|---|---|---|---|---|---|
| OKP1127 | OK PRODUCE | OK PRODUCE | | 000007625 | 7/29/2008 | 14633 |

| Our Voucher Number | Your Voucher Number | Date | Amount | Amount Paid | Discount | Writeoff | Net |
|---|---|---|---|---|---|---|---|
| 000018878 | 1788212 | 5/31/2008 | $6,641.90 | $4,547.90 | $0.00 | $0.00 | $4,54 |
| 000021274 | 759415-CMW | 7/3/2008 | ($900.00) | $0.00 | $0.00 | $0.00 | $21 |
| 000021275 | 746870-CMW | 7/1/2008 | ($90.00) | $0.00 | $0.00 | $0.00 | $2,91 |
| 000021276 | 745577-CMW | 6/30/2008 | ($143.50) | $0.00 | $0.00 | $0.00 | $12,66 |
| 000021491 | 746875 | 7/8/2008 | ($118.00) | $0.00 | $0.00 | $0.00 | $6,588 |
| 000021492 | 759462 | 7/9/2008 | ($36.50) | $0.00 | $0.00 | $0.00 | $264 |
| 000021537 | 759708 | 7/10/2008 | ($59.50) | $0.00 | $0.00 | $0.00 | $4,797 |
| 000021630 | 745939 | 7/14/2008 | ($19.75) | $0.00 | $0.00 | $0.00 | $6,148 |
| 000021631 | 745938 | 7/14/2008 | ($543.50) | $0.00 | $0.00 | $0.00 | $4,027 |
| 000021748 | 750269 | 7/14/2008 | ($97.25) | $0.00 | $0.00 | $0.00 | $6,936 |
| 000021768 | 744450 | 7/14/2008 | ($450.00) | $0.00 | $0.00 | $0.00 | $360. |
| 000021784 | 745594 | 7/18/2008 | ($36.75) | $0.00 | $0.00 | $0.00 | $3,660. |
| 000021813 | 750273 | 7/18/2008 | ($12.25) | $0.00 | $0.00 | $0.00 | $269. |
| 000018879 | 1788214 | 5/31/2008 | $210.00 | $210.00 | $0.00 | $0.00 | $269. |

8/4/2008

**KIMOMEX MARKETS, INC.**
MERCADOS SUVIANDA

14635

| Vendor Name | | | | Check Date | | Check Number | |
|---|---|---|---|---|---|---|---|
| OK PRODUCE | | | | 8/1/2008 | | 14635 | |
| Invoice Number | Date | Amount | Amount Paid | | Discount | | Net Amount Paid |
| 1789027 | 6/5/2008 | $10,412.65 | $10,412.65 | | $0.00 | | $10,412.65 |
| 1789110 | 6/5/2008 | $6,195.00 | $6,195.00 | | $0.00 | | $6,195.00 |
| 1789353 | 6/6/2008 | $11,261.10 | $11,261.10 | | $0.00 | | $11,261.10 |
| 1789332 | 6/6/2008 | $3,660.40 | $3,660.40 | | $0.00 | | $3,660.40 |
| 1779332 | 6/6/2008 | $1,738.46 | $1,738.46 | | $0.00 | | $1,738.46 |
| 1789680 | 6/7/2008 | $10,597.00 | $10,597.00 | | $0.00 | | $10,597.00 |
| 1789723 | 6/7/2008 | $383.25 | $383.25 | | $0.00 | | $383.25 |
| 1789720 | 6/7/2008 | $6,638.75 | $6,638.75 | | $0.00 | | $6,638.75 |
| 1789870 | 6/9/2008 | $173.75 | $173.75 | | $0.00 | | $173.75 |
| 1789921 | 6/9/2008 | $3,777.65 | $3,777.65 | | $0.00 | | $3,777.65 |
| 1789904 | 6/9/2008 | $220.25 | $220.25 | | $0.00 | | $220.25 |
| | | $55,058.26 | $55,058.26 | | $0.00 | | $55,058.26 |

RECEIVED AUG 7 2008

OV 36060 46 Alteral