1 | Lawrence H. Meuers, Esq. (SBN: 197663)
2 | MEUERS LAW FIRM, P.L.
  | 5395 Park Central Court
  | Naples, FL 34109
3 | Telephone: (239) 513-9191
  | Facsimile: (239) 513-9677
4 |
5 | Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| CHARLIE'S ENTERPRISES, INC. dba OK PRODUCE, | Case No. 5:08-cv-04167-RS |
| Plaintiff, | DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |
| vs. | |
| KIMOMEX MARKETS, INC. dba MERCADOS SUVIANDA; ALBERT T. LUJAN and BYRON E. FETTERS, | |
| Defendants. | |

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

//
//
//
//
//
//
//
//

Declination To Proceed Before a Magistrate Judge and Request For Reassignment to a United States District Judge

Page 1 of 2

| | |
|---|---|
| 1 | Respectfully submitted on Thursday, September 04, 2008. |
| 2 | **MEUERS LAW FIRM, PL** |
| 3 | /s/ Lawrence H. Meuers |

Lawrence H. Meuers
*California Bar No. 197663*
Katy Koestner Esquivel
5395 Park Central Court
Naples, Florida 34109-5932
Telephone: (239)513-9191
Facsimile: (239)513-9677
lmeuers@meuerslawfirm.com
kesquivel@meuerslawfirm.com

*Attorneys for Plaintiff*