Lawrence H. Meuers, Esq. (SBN: 197663)
MEUERS LAW FIRM, P.L.
5395 Park Central Court
Naples, FL 34109
Telephone:  (239) 513-9191
Facsimile: (239) 513-9677

**Attorneys for Plaintiff**

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| CHARLIE'S ENTERPRISES, INC. dba OK PRODUCE,<br><br>Plaintiff,<br><br>vs.<br><br>KIMOMEX MARKETS, INC. dba MERCADOS SUVIANDA; ALBERT T. LUJAN and BYRON E. FETTERS,<br><br>Defendants. | Case No. 5:08-cv-04167-RS |

**NOTICE OF DISMISSAL WITH PREJUDICE**

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff, CHARLIE'S ENTERPRISES, INC. dba OK PRODUCE, by and through its undersigned counsel, herevy dismisses the instant Civil Action Complaint against Defendants, KIMOMEX MARKETS, INC. dba MERCADOS SUVIANDA; ALBERT T. LUJAN and BYRON E. FETTERS with prejudice.   This case is now closed.

//
//
//
//
//

Respectfully submitted on Wednesday, November 26, 2008.

**MEUERS LAW FIRM, PL**

/s/ Lawrence H. Meuers
Lawrence H. Meuers
*California Bar No. 197663*
Katy Koestner Esquivel
5395 Park Central Court
Naples, Florida 34109-5932
Telephone: (239)513-9191
Facsimile:  (239)513-9677
lmeuers@meuerslawfirm.com
kesquivel@meuerslawfirm.com

*Attorneys for Plaintiff*